AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>David Joseph Gietzen<br><br>Defendant | ) Case: 1:22-mj-00073<br>) Assigned To: Magistrate Judge Zia M. Faruqui<br>) Assign. Date : 3/24/2022<br>) Description: Complaint with Arrest Warrant<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____David Joseph Gietzen_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) & (b) - Assaulting, Resisting, or Impeding Certain Officers with Deadly or Dangerous Weapon
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds

Date:  03/25/2022

*Issuing officer's signature*
Zia M. Faruqui
2022.03.25 18:15:00 -04'00'

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __3/25/22__, and the person was arrested on *(date)* __5/11/22__
at *(city and state)* __Sanford, NC__.

Date: __5/11/22__

*Arresting officer's signature*

__FBI SA Craig Noyes__
*Printed name and title*

AO 199A (Rev. 06/19) Order Setting Conditions of Release  Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

United States of America
v.

DAVID JOSEPH GIETZEN
*Defendant*

Case No. 1:22MJ214

FILED
MAY 11 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: as directed
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                                   Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
            Custodian                                   Date

(☑) (7) The defendant must:
    (☑) (a) submit to supervision by and report for supervision to the U.S. Probation Office _____,
    telephone number _____, no later than as directed.
    (☐) (b) continue or actively seek employment.
    (☐) (c) continue or start an education program.
    (☐) (d) surrender any passport to: _____
    (☑) (e) not obtain a passport or other international travel document.
    (☑) (f) abide by the following restrictions on personal association, residence, or travel: Travel is restricted to the Middle and Eastern Districts of North Carolina unless prior notification is given to the U.S. Probation Office. Defendant may not travel to the District of Columbia other than for Court, pretrial matters, or consultation with attorneys. Travel is restricted to the continental United States unless prior authorization is given by the Court.
    (☐) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    (☐) (h) get medical or psychiatric treatment: _____
    (☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    (☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (☑) (k) not possess a firearm, destructive device, or other weapon.
    (☑) (l) not use alcohol ( ☑ ) at all ( ☐ ) excessively.
    (☑) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    (☐) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    (☐) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    (☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        (☐) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        (☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                           Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)  Voice Recognition; or
    ( ☐ ) (iii) Radio Frequency; or
    ( ☐ ) (iv)  GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

AO 199C (Rev. 09/08) Advice of Penalties                                                                                                                Page    4    of    4    Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_David Dutzan_
Defendant's Signature

Winston-Salem, North Carolina
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    5/11/2022

_Joi Galutti Peake_
Judicial Officer's Signature

Joi Elizabeth Peake, United States Magistrate Judge
Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22MJ214 |
| | ) | |
| DAVID JOSEPH GIETZEN | ) | Charging District:  District of Columbia |
| *Defendant* | ) | Charging District's Case No.  1:22-CR-00116 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Via Zoom as directed | Courtroom No.: Via Zoom as directed |
|---|---|
| | Date and Time: 5/17/2022 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    05/11/2022

*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*

# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:22−mj−00214−JEP−1
# *Internal Use Only*

| | |
|---|---|
| Case title: USA v. GIETZEN | Date Filed: 05/11/2022 |
| Other court case number: 1:22−CR−00116 District of Columbia | Date Terminated: 05/11/2022 |

Assigned to: MAG/JUDGE JOI ELIZABETH PEAKE

**Defendant (1)**

| | |
|---|---|
| **DAVID JOSEPH GIETZEN**<br>*TERMINATED: 05/11/2022* | represented by **KEARNS DAVIS**<br>BROOKS PIERCE MCLENDON HUMPHREY & LEONARD<br>POB 26000<br>GREENSBORO, NC 27420−6000<br>336−373−8850<br>Fax: 336−378−1001<br>Email: kdavis@brookspierce.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5 ARREST | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **CRAIG M. PRINCIPE**<br>U. S. ATTORNEY'S OFFICE<br>251 N. MAIN ST., STE. 726<br>WINSTON–SALEM, NC 27101<br>336–747–7519<br>Email: craig.principe@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/11/2022 | | | Arrest (Rule 5) of DAVID JOSEPH GIETZEN (Garrett, Kim) (Entered: 05/11/2022) |
| 05/11/2022 | | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DAVID JOSEPH GIETZEN held on 5/11/2022. AUSA Craig Principe. Attorney Kearns Davis appointed and present with defendant. Defendant advised of rights and charges. Government not requesting detention and agrees with release conditions. Defendant released to appear as directed (see order). Proceedings recorded. (Garrett, Kim) (Entered: 05/11/2022) |
| 05/11/2022 | 1 | | SEALED FINANCIAL AFFIDAVIT by DAVID JOSEPH GIETZEN. (Garrett, Kim) (Entered: 05/11/2022) |
| 05/11/2022 | 2 | | ORDER appointing CJA Panel Attorney KEARNS DAVIS for DAVID JOSEPH GIETZEN. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 5/11/22. (Garrett, Kim) (Entered: 05/11/2022) |
| 05/11/2022 | 3 | | ORDER Setting Conditions of Release for DAVID JOSEPH GIETZEN. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 5/11/22. (Garrett, Kim) (Entered: 05/11/2022) |
| 05/11/2022 | 4 | | ORDER Requiring Defendant to Appear in the District where charges are pending and transferring bail as to DAVID JOSEPH GIETZEN. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 5/11/22. (Garrett, Kim) (Entered: 05/11/2022) |