UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>DAVID JOSEPH GIETZEN   ) | Case No. 22-cr-116 (CJN) |

ORDER

THIS MATTER is before the Court on the Defendant's motion to change venue. For good cause shown, Defendant's motion to change venue is granted.

SO ORDERED, This the __ day of _____, 2023.

_____
Carl J. Nichols
United States District Judge