UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 22-cr-116 (CJN) |
| | : |
| DAVID JOSEPH GIETZEN, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER FOR DETENTION PENDING SENTENCING

It is hereby ORDERED that David Joseph Gietzen be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2) and that he shall be brought to the District of Columbia not more than three weeks prior to the sentencing date to be determined by this Court.

DATE: September ____ , 2023

_____
CARL J. NICHOLS
United States District Judge