**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA,

            Plaintiff,

      vs.

DAVID JOSEPH GEITZEN,

           Defendant.
_____/

Criminal Action
No. 1:22-116

Washington, DC
August 28, 2023

8:59 a.m.


TRANSCRIPT OF JURY TRIAL - PRETRIAL CONFERENCE & VOIR DIRE
**BEFORE THE HONORABLE CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE


APPEARANCES:
**For the Plaintiff:**      **Elizabeth Eriksen**
    DOJ-CRM
    1301 New York Avenue, 8th Floor
    Washington, DC 20005
    202-616-4385

                  **Rebekah Lederer**
    USAO Criminal
    601 D Street NW
    Washington, DC 20001
    202-252-7012

APPEARANCES CONTINUED:


**For the Defendant:**      **Lisa S. Costner**
                            FEDERAL PUBLIC DEFENDERS OFC MDNC
                            251 North Main Street, Ste 849
                            Winston-Salem, NC 27101
                            336-631-5172

                            **Ira Knight**
                            FEDERAL PUBLIC DEFENDERS OFFICE
                            301 North Elm Street, Suite 410
                            Greensboro, NC 27401
                            336-333-5455




**Reported By:**            **LORRAINE T. HERMAN, RPR, CRC**
                            Official Court Reporter
                            U.S. District & Bankruptcy Courts
                            333 Constitution Avenue NW
                            Washington, DC 20001
                            lorraine_herman@dcd.uscourts.gov




*** Proceedings recorded by stenotype shorthand.

*** Transcript produced by computer-aided transcription.

**I N D E X**

**WITNESS**                                                      **PAGE**

   Voir Dire                                                    34

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Good morning, Your Honor, this is

3    criminal case year 2022-116, *United States of America versus*

4    *David Joseph Geitzen.*

5          Counsel, please come forward and introduce

6    yourselves for the record, beginning with the government.

7          **MS. ERIKSEN:**  Good morning, Your Honor, Elizabeth

8    Eriksen and Rebekah Lederer for the United States.

9          **THE COURT:**  Counsel.

10         **MS. ERIKSEN:**  And with us is our paralegal

11   Elizabeth Reeves.

12         **THE COURT:**  Good morning.

13         **MR. KNIGHT:**  Your Honor, Ira Knight for

14   David Joseph Geitzen, with my co-counsel Lisa Costner.

15         **THE COURT:**  Good morning, everyone.

16         **MR. KNIGHT:**  Good morning.

17         **THE COURT:**  So we're here for the final pre-trial

18   conference.  I have a few topics that I think we need to

19   work through, and it may be that the parties have other

20   things they'd like to raise with me today.

21         I think taking things in the order that we need to

22   resolve them before we get going with the jury at least this

23   morning, I'm starting with, first, the voir dire questions

24   for the jury.

25         My understanding is, just so the record is clear,

1     I circulated a proposed set of voir dire questions that I

2     would intend to ask the jury this morning.  I asked the

3     parties to submit the email, any objections or additions

4     they had to those questions.

5              My understanding is the government doesn't have

6     any objections to the voir dire questions I circulated; is

7     that correct?

8              **MS. LEDERER:**  Yes, Your Honor.

9              **THE COURT:**  As for Mr. Geitzen, he does have some

10    objections.  In particular, he would like me to ask some

11    additional questions.  Do I have that right, counsel?

12             **MR. KNIGHT:**  Yes, Your Honor.  Would the Court

13    prefer that I answer from counsel table?

14             **THE COURT:**  I am fine with either.  I think the

15    main thing is that the court reporter would like to ensure

16    that your mike is working if you stay at counsel table.

17             **MR. KNIGHT:**  Yes, Your Honor.

18             **THE COURT:**  So why don't we just briefly give you

19    an opportunity to address that question or those questions,

20    what you would like me to ask in addition to the ones I

21    proposed.

22             **MR. KNIGHT:**  Yes, Your Honor.  We've submitted

23    nine additional questions for the Court to ask proposed

24    jurors.  Each of the questions we developed from looking at

25    the standard jury questionnaire from this district and there

1    is some biographical information about whether or not a

2    juror is married or whether they have children or

3    step-children that we've added that wasn't covered on the

4    traditional questionnaire --

5             **THE COURT:**  Why is that particularly relevant for

6    voir dire, those questions?

7             **MR. KNIGHT:**  Your Honor, those are very large

8    events in an individual's life.  They color how a person

9    views the world.  I think that it would help give us an idea

10   about who we have as a juror.

11            We have -- Number 4, that's a question near and

12   dear to my heart.  When an individual has a belief that is

13   so sincerely held that they are willing to advertise that to

14   the world, it can make a large impact on their bias or their

15   ability to be fair.  In the past, I've had cases where that

16   question has elicited very -- very important information.

17            We've also got three questions at the beginning

18   that more relate directly to this case about the Capitol,

19   the building.  I can tell you, as someone who doesn't live

20   in D.C., I walked by the Capitol yesterday and it's just a

21   majestic structure.  Just going to it really impresses a

22   feeling on a person.

23            And it would be nice to know if the jurors have

24   had that experience.  I realize that, being in the District

25   of Columbia, many of them will have had that experience but

1    it would be nice to know that information.

2              The catch-all question at the end, we request that

3    the Court ask that because it seems like a reasonable

4    opportunity for a juror to pipe up if they've got something

5    that they'd like to say.

6              **THE COURT:**  Thank you, Counsel.

7              Does the government have any objections to the

8    proposed additional voir dire questions that the defendant

9    has proposed?

10             **MS. LEDERER:**  Your Honor, I believe those

11   additional questions that were proposed by defense after

12   Your Honor issued his voir dire questions were covered in

13   the initial voir dire proposed instructions that defense

14   submitted, and the government wrote their responses in

15   there.  So we would continue to have those objections.

16             **THE COURT:**  So here's what I'm going to do on

17   this.  Thank you for that.

18             On the voir dire questions, I'm going to add four

19   questions.  I'm going to add questions 1, 2, 4 and 9 from

20   the defendant's proposed voir dire instructions.  Obviously,

21   it will be very clear from the record when I do voir dire,

22   which questions I'm asking.  But, again, those are ones

23   proposed by the defendants 1, 2, 4 and 9.  But, again, I

24   will incorporate those into the voir dire that I ask today.

25             Turning now to the preliminary and cautionary

1    instructions, I circulated proposed preliminary cautionary

2    instructions to the parties last week and asked the parties

3    whether they would want to include offense-specific

4    instructions in the preliminary instructions.  Neither party

5    indicated that it would like to do so.

6             Is that correct and still the case from the

7    government's perspective?

8             **MS. LEDERER:**  Yes, Your Honor.

9             **THE COURT:**  From the defendant's perspective?

10            **MR. KNIGHT:**  We don't take a position on it,

11   Your Honor.

12            **THE COURT:**  All right.  I will then give the jury

13   the preliminary and cautionary instructions I circulated

14   last week which, again, the record will be clear about.

15            It seems to me that that would then obviously

16   allow me to conduct voir dire with the question -- those

17   four questions added to the voir dire questions I was

18   already proposing to use.  We'd then pick a jury, and then I

19   could give at least some preliminary instructions to the

20   jury.

21            Are there other topics the parties would like to

22   resolve to get us through those stages?  Does the government

23   have anything it would like to address at this time?

24            **MS. ERIKSEN:**  Not as far as instructions on voir

25   dire.  Thank you, Your Honor.

1          **THE COURT:**  Thank you.

2               From the defense?

3          **MR. KNIGHT:**  Nothing, Your Honor.

4          **THE COURT:**  Okay.  Then, obviously, assuming that

5     we've picked the jury and I've given some preliminary

6     instructions to the jury, we are off and running on the

7     trial.

8               And that would, of course, include openings.  And

9     I assume that the parties would like to discuss the

10    remaining evidentiary issues that have been presented that

11    were presented in the joint filing on Wednesday, just have

12    some indication of where I am before openings; is that fair?

13         **MS. LEDERER:**  Yes, Your Honor.

14         **THE COURT:**  And am I correct that the only current

15    issues on which the parties are joined are those that are

16    highlighted in that filing?

17         **MS. LEDERER:**  Yes, Your Honor.

18         **MR. KNIGHT:**  Yes, the filing is the scope of

19    issues.

20         **THE COURT:**  The current scope.  I realize that

21    there may be issues during trial about particular testimony

22    and the like, but those are the ones that the parties would

23    like my resolution on?

24         **MR. KNIGHT:**  Yes, Your Honor.

25         **THE COURT:**  So I've reviewed the papers and this

1    is -- these are my determinations.  As to Exhibit 701.1, I'm

2    not going to act on this question now.  The government, as I

3    understand it, says it may not offer this exhibit into

4    evidence, would only do so as impeachment or rebuttal

5    evidence.  If the government seeks to do so, at that time, I

6    will resolve the question.  It seems to me that we don't

7    have a ripe issue there.

8            As to Exhibit 702.2, the group text from

9    Mr. Geitzen regarding his plans to attend the inauguration,

10   I am going to reject the objection to admission of that

11   evidence and will admit it if offered by the government.

12   I'm not admitting it now.  I'm just saying I will -- at

13   least I will not sustain the present objection from

14   Mr. Geitzen if the government offers that exhibit.

15           Those messages are from less than 48 hours after

16   the events at the Capitol and can bear on Mr. Geitzen's mens

17   rea at the time of those events and may demonstrate a lack

18   of mistake.  In my view, there is no 404(b) problem because

19   those purposes are non-propensity purposes according to

20   introducing the evidence.  And even though this exhibit is,

21   of course, not the only evidence of mens rea or lack of

22   mistake, it is still sufficiently probative to satisfy Rule

23   403.

24           As to Exhibit 702.4, the conversation between

25   Mr. Geitzen and someone going by the name Steve Patriot, I

1    reached the same bottom line, which is that I will overrule

2    Mr. Geitzen's objection to the government seeking to admit

3    that conversation, if it wishes to do so or it proposes to

4    do so.

5           It seems to me that, on this document, the

6    government's redaction solves most of Mr. Geitzen's concerns

7    and Mr. Geitzen admits that the conversation has relevant

8    January 6 logistics planning.  That evidence, as the

9    government argues, is also probative of the defendant's mens

10   rea and lack of mistake.  Those are non-propensity purposes

11   that satisfy 404(b).

12          And even though there is other evidence that also

13   demonstrates Mr. Geitzen's mens rea and lack of mistake,

14   this evidence is nonetheless sufficiently probative to

15   satisfy Rule 403 in my view.  So I am not deciding but I'm

16   admitting it.

17          Just to be very clear I haven't admitted a single

18   piece of evidence yet, but the parties should know, I will

19   be overruling the objection the defendant has made to the

20   admission of those exhibits should the government wish to

21   introduce them.  Okay?

22          That would obviously allow us to proceed with

23   openings or at least resolve what may be disputes that could

24   be relevant to openings.  Obviously, everyone understands

25   the rules about openings and the like.

1          It seems to me that, on my list at least, the next

2     issue to resolve would be -- or to discuss at least is jury

3     instructions, final jury instructions.  But does the

4     government have any other issues that would affect the

5     conduct of the trial before we get to the final point?

6          **MS. LEDERER:**  No, Your Honor.

7          **THE COURT:**  Thank you.

8          Does defendant have anything you would like to

9     raise before we think about final jury instructions?

10         **MR. KNIGHT:**  If I might have a moment, Your Honor.

11         **THE COURT:**  Please.

12         **MS. COSTNER:**  Good morning, Your Honor.

13         **THE COURT:**  Ms. Costner.

14         **MS. COSTNER:**  Thank you, Your Honor.  Just seeking

15    a little bit of clarity, with respect to 702.4, is that?

16         **THE COURT:**  Yes.

17         **MS. COSTNER:**  Your Honor, in giving your ruling,

18    mentioned that it pertained to January 6.  It actually

19    pertains to Mr. Geitzen's potential plans for January 20th.

20    And so we're looking for some guidance from the Court,

21    because we did file a Motion in Limine asking the Court to

22    limit any evidence regarding Mr. Geitzen's plans with

23    respect to January 20th.

24         I believe the government may present evidence that

25    one of their officers contacted Mr. Geitzen on the way -- on

1    January 19th regarding his intentions with respect to

2    January 20th.  And that's really sort of the crux of our

3    objections to those exhibits and to any evidence.  And so we

4    just want to make sure that we understand the Court's

5    ruling, particularly before --

6            **THE COURT:**  Yes.  Do you happen to have a version

7    of the document that we could pull up either on the screen

8    or you could hand up to me?  This is 702.4.  Correct?

9            **MS. COSTNER:**  I'm sorry.  Is it for -- are you

10   talking about for 702.4?

11           **THE COURT:**  Yes.

12           **MS. COSTNER:**  Yes, Your Honor, if I may.

13           **THE COURT:**  Please.

14       (Brief pause.)

15           Right, so when I was referring to January 6

16   logistics planning, I'm talking about some of these early

17   texts, unless I'm misreading them, are dated January 5th,

18   2021 and are talking about what is going to happen the next

19   day.

20           **MS. COSTNER:**  Yes, Your Honor.

21           **THE COURT:**  You agree with that.  Correct?

22           **MS. COSTNER:**  Yes, Your Honor.  Absolutely.

23           **THE COURT:**  So that's what I was referring to

24   about January 6th, that there are portions of this document

25   that are plainly relevant about what's happening on

1    January 6th.

2         You're now raising the additional question about

3    the portions of these exchanges that go more to the

4    inauguration.  Correct?

5         **MS. COSTNER:**  Yes, Your Honor.

6         **THE COURT:**  Right.  So now we're talking really

7    about the last couple of texts in this exchange.  Yes?

8         **MS. COSTNER:**  Yes, Your Honor.

9         **THE COURT:**  Right.

10        In my view, and the reason I am admitting this

11   entire exchange is because I believe that, even the texts

12   that are later, that they go to mens rea, intent, lack of

13   mistake.  Even though they are about the 20th, they are

14   relevant, in my view, and satisfy the admissibility

15   standards under 404(b) and 403 even though they are in fact

16   about January 20th.

17        So, yes, I didn't mean to suggest that, because

18   they were about planning for the inauguration, they were

19   admissible for that reason.  I was -- when I said planning

20   about January 6th, I was referring to the early parts of the

21   texts which are plainly relevant in my view.

22        And then the only question really is whether the

23   end part is inadmissible because they're about the

24   inauguration.  In my view, those texts are admissible for

25   the reasons I've given.

1          **MS. COSTNER:**  Thank you, Your Honor.  We just

2    wanted clarification.

3          **THE COURT:**  Of course.

4          **MS. COSTNER:**  So am I to understand then the

5    testimony, at some point if the government presents, would

6    be agents saying, I contacted Mr. Geitzen by telephone, I

7    had this discussion, I had this concern, is that about

8    January 20th?  Should -- is the Court, at this point --

9          **THE COURT:**  I don't really know what the testimony

10   is going to be quite yet.  Obviously, the parties have

11   summarized it to some extent.

12         **MS. COSTNER:**  Yes.

13         **THE COURT:**  What do you believe the testimony will

14   be?

15         **MS. COSTNER:**  That the agent was contacted by some

16   anonymous sources or that they later, I guess, found the

17   identity or maybe they identified them early, but had

18   conversations and learned of concerns about Mr. Geitzen's

19   going to the inauguration, what he may have intended, he and

20   his brother, at the inauguration and, on that basis, they

21   contacted Mr. Geitzen as he traveled to Washington, D.C.

22         Now, it appears that the concerns were quickly

23   alleviated because there was no further contact with

24   Mr. Geitzen.  He wasn't apprehended or somehow stopped from

25   going, but we did file a Motion in Limine based on the fact

1    that this is well after January 6th.

2              **THE COURT:**  Yes.

3              **MS. COSTNER:**  That it's not probative of what he

4    did or didn't do on January 6th, and that it would be

5    extremely prejudicial for the jury to hear this evidence,

6    given the fact that it is well after the 6th.

7              **THE COURT:**  Thank you.

8              I'd like to hear from the government on this one.

9    Counsel?

10             **MS. ERIKSEN:**  Yes, Your Honor, that is generally

11   what I believe Special Agent Doss, who is not here today --

12   these are his two case agents, Special Agent Jesse Dodson of

13   the Washington field office and Special Agent Craig Noyes of

14   the Raleigh resident agency.

15             **THE COURT:**  I assumed.  Thank you.

16             **MS. ERIKSEN:**  Yes.

17             **THE COURT:**  Welcome.

18             **MS. ERIKSEN:**  But Special Agent Doss was initially

19   on the case, as you'll hear, and very quickly got reassigned

20   to a different part of the FBI.  But as part of his initial

21   investigation, it was an anonymous tip in the sense that

22   that person didn't want to be identified, but it was not

23   from someone who did not know the defendant.

24             As you can see from some of these text messages we

25   have talked about, these are text chains with people in the

1    family, close family friends.  Someone in that group of

2    people identified the FBI saying they were concerned.

3              It was part of the FBI's process at that time

4    following January 6th, because so many people were talking

5    about coming for January 20th, to start calling people who

6    they could identify to determine whether the threat was

7    ongoing.

8              I do think Special Agent Doss would testify, both

9    on direct and cross-examination, that that threat was

10   alleviated.  Mr. Geitzen was never charged or arrested with

11   anything that happened on the 20th.  What he would offer

12   would be simply to say, this is the reason I contacted him

13   on that date, these were the things we talked about, and

14   that would be about it.

15             **THE COURT:**  And, um --

16             **MS. ERIKSEN:**  I think part of it is that people on

17   this text chain, seeing these messages that we just talked

18   about the admissibility of, were concerned when you say, The

19   next time is on the 20th.  People are going to be armed.

20   We're going to storm Congress.  I don't care if Trump is not

21   going to fight.  We're going to keep fighting.

22             **THE COURT:**  Right.  Okay.

23             **MS. ERIKSEN:**  So that was the concern.

24             **THE COURT:**  The Special Agent will say what

25   exactly?

1          **MS. ERIKSEN:**  He will say, based upon information

2     he obtained from a tipster, who knows Mr. Geitzen, not

3     someone on the internet who did a search, is going to say, I

4     have seen these messages; I am concerned about the 20th.

5          So on the 19th of January, Special Agent Doss had

6     the phone number for Mr. Geitzen.  He called Mr. Geitzen.

7     They had a conversation about, first, what are you doing?

8     They say, we're in the car going to D.C. right now.

9          They -- sum and substance, I don't know exactly

10    what they talked about, but he obviously was asking --

11    trying to determine, Should we be concerned that something

12    is going to happen when you get up there, some sort of

13    threat?  I believe that he would testify that that was not a

14    concern because they hung up the phone and that was the end

15    of that.  And they also talked about what happened on the

16    6th.

17          **THE COURT:**  So the government, your view is, just

18    like the end of this text exchange, that that conversation

19    or Mr. Geitzen's plans for the inauguration such as they

20    were, is relevant to establishing mens rea, intent, lack of

21    mistake about January 6th?

22          **MS. ERIKSEN:**  Correct.  And it's a continuum.  I

23    have no proffer of any kind from the defendant or the

24    defense team what his defense would be.  But to say he would

25    say, I went up and I thought I had a lawful right to be at

1     the Capitol.  I am very remorseful.  I didn't realize what I

2     did was illegal.  I'm sorry.

3          All of this testimony from Special Agent Doss and

4     through the text messages show that that is not the case,

5     that his intent was formed before the 6th.  It continued

6     during the 6th, and it continued after the 6th, so much so

7     that, when he's writing less than 48 hours after the riot,

8     We're going to go to D.C. on the 20th, that's the next time,

9     and lo and behold on the 19th when the agent calls to see if

10    this, in fact, is going to happen, they are in the car on

11    their way coming here.

12          And I believe that it goes to the mens rea, the

13    lack of mistake.  I have no idea what, if any, defense there

14    will be.  So that is why I believe all of this is relevant.

15         **THE COURT:**  Right.  And you need to prove the

16    elements regardless of what defense you may or may not know.

17         **MS. ERIKSEN:**  Correct.

18         **THE COURT:**  Thank you for that.

19          So the guidance I will provide is I am not going

20    to exclude this testimony altogether.  It seems to me that

21    this testimony is, for the same reason as these last texts,

22    at least probative to some extent of mens rea, intent, lack

23    of mistake issues as to January 6th even though these are,

24    of course, January 19th conversations.

25          But I'm absolutely not going to have this become a

1  minute trial about what was or was not going to happen at

2  the inauguration.  I will limit this testimony to be very

3  tight and especially will give the defendant a pretty fair

4  amount of latitude to cross on questions about, didn't have

5  any security concerns, like, all issues were alleviated and

6  the like.

7         It seems to me that the fact that Mr. Geitzen was

8  planning to come here, apparently, is relevant to issues

9  around mens rea questions as to January 6th.  It also seems

10  to me that I don't want the jury to draw improper

11  conclusions about what or was not happening, so I'll give

12  the defense some fair amount of latitude here on cross, but

13  I'm not going to grant a Motion in Limine to exclude the

14  testimony.  Okay?

15         Is that enough guidance for everyone?

16         **MS. ERIKSEN:**  Your Honor, I imagine that, if

17  things go as I intend, this witness will probably be on the

18  stand for a total of 10 minutes.  It's not --

19         **THE COURT:**  Great.

20         **MS. ERIKSEN:**  -- going to go too far.

21         **THE COURT:**  Okay.

22         **MS. ERIKSEN:**  Thank you.

23         **THE COURT:**  Very well.  Thank you, all.

24         Are there any topics from the defense perspective

25  before we sort of hit final jury instructions you'd like to

1    raise?

2            **MR. KNIGHT:**  No, Your Honor.

3            **THE COURT:**  Okay.

4            Obviously, we could defer these questions, but I

5    want to at least provide some guidance.  Of course the

6    instructions will need to be finalized as we get closer to

7    the end just to account for perhaps the applicability or not

8    of certain standard instructions and the like.

9            But as to the substantive instructions, it seems

10   to me -- well, let me just state for the record that I

11   circulated a set of draft instructions, and I believe the

12   only objection I received was from the government and it

13   relates to the definition of assault, either under the,

14   obviously, the 111 count -- or both, really, the 1752 and

15   5104 counts.

16           First of all, whoever is going to speak on this

17   from the government, please come forward.  Do I have that

18   right, first of all, that the government doesn't have any

19   other present objections to my jury instructions?

20           **MS. LEDERER:**  Yes, Your Honor.

21           **THE COURT:**  Okay.

22           So I think I have it right here.  The government's

23   view, in all cases including this one, is that, for the 111,

24   the 1752 and the 5104 count, the right definition of assault

25   comes from the common law as proposed by the government,

1    frankly as proposed by the parties here, that the *Duran*

2    case, which did apply the Model Penal Code in the context of

3    the 111 charge, was that its application of the Model Penal

4    Code there was dicta, which I could ignore.  And in any

5    event, even if it's not dicta as to 111, I should

6    nevertheless apply the common law definition for the other

7    two counts.  Is that all correct?

8              **MS. LEDERER:**  Correct, yes.

9              **THE COURT:**  That last point would mean that the

10   jury would be instructed on two definitions of assault,

11   which strikes me as at least potentially confusing.  Do you

12   agree with that?

13             **MS. LEDERER:**  I understand where Your Honor is

14   coming from.  I do.  And obviously, the government's

15   position is that it should be the common law definition for

16   assault across the board which --

17             **THE COURT:**  Do you know whether any judge has yet

18   decided in a written opinion -- I looked for one this

19   morning.  I didn't see one.  But has decided in a written

20   opinion, in the context of January 6th cases, that *Duran* is

21   nonbinding dicta?

22             **MS. LEDERER:**  Not that I am aware of.  I know that

23   the issue is out there.

24             **THE COURT:**  Yes.

25             **MS. LEDERER:**  But it's not that a judge has

1       specifically said --

2               **THE COURT:**  Right.  For example, Judge Moss, whose

3       opinion in *United States versus Cua* I've relied on in terms

4       the taxonomy of how one can violate 111, he used, in a

5       sense, the common law definition of assault in thinking

6       through that case.

7               But I don't think the parties brought to his

8       attention and certainly his opinion didn't address the

9       question of whether *Duran* requires not a different outcome

10      on the question presented by him but whether *Duran*

11      essentially binds us to a particular definition of assault

12      for purposes of 111 at least.  And I went back and looked at

13      that opinion this morning, and I didn't see any discussion

14      of Duran.

15              **MS. LEDERER:**  I can go back for Your Honor and

16      check the parties' briefings.  I know in -- because I was

17      dealing with this issue in a separate case and that defense

18      attorney had brought up that Judge Moss didn't consider

19      *Wolfname*.  However, I had gone back and looked at the

20      parties' briefs.

21              Defense did cite to *Wolfname* and so, therefore, I

22      made the argument that Judge Moss did consider *Wolfname* and

23      declined to extend *Wolfname* by omission.

24              **THE COURT:**  Yeah.

25              **MS. LEDERER:**  So a party might have -- defense

1    might have risen *Duran* but I can't say off the top of my

2    head --

3              **THE COURT:**  Fair enough.  I mean, I can say it had

4    not been brought to my attention until earlier this year in

5    the *DaSilva* case.  It was a slightly different argument

6    there, which was that the Moss *Cua* taxonomy of how one can

7    categorize 111 violations, wasn't right because, if you

8    apply the Model Penal Code definition of assault, see *Duran*,

9    it results in a different outcome.

10             So I had to look at *Duran* pretty closely as a

11   result.  I concluded, as I've sort of indicated to the

12   parties here, that *Cua* is still right, even though I am

13   bound by, and I held this in *DaSilva*, albeit orally, I

14   believe I am bound by *Duran*.

15             I believe *Duran* is not dicta, that it does in fact

16   apply the Model Penal Code in a non-dicta setting to 111

17   counts.  So in *DaSilva* in a bench trial, bench instructions

18   context, I held that the Model Penal Code definition of

19   assault applied and the like.

20             I'm not sure any of my colleagues have really

21   grappled with this question in a written opinion but.

22             **MS. LEDERER:**  Your Honor, I know it's pending

23   right now before Judge Friedman.  And we had oral argument

24   on *Duran* and I know that Judge Friedman's main concern was,

25   if I am to apply this Model Penal Code definition, then

1    you're almost creating the misdemeanor 111 and you're making

2    that a more severe penalty when it's a misdemeanor.

3            So why would -- it's already categorized as a

4    misdemeanor, and Congress took into account by categorizing

5    what was a misdemeanor what rose to the level of felonies.

6    So by implicating this bodily injury, why would the

7    misdemeanor require this higher threshold that's misdemeanor

8    when a felony requires less.

9            **THE COURT:**  Even more fundamentally than that, I

10   have said that I think *Duran* was wrong.  I think it assumed

11   something which is that the common law and the Model Penal

12   Code are the same for purposes of this question, but I don't

13   really get to tell the D.C. Circuit when it's wrong.

14           I have to faithfully apply it, even if those

15   holdings have some anomalies in my view.

16           **MS. LEDERER:**  Your Honor, to that point, the

17   government's position is, because Congress has since amended

18   the 111, that we then have to go back to that black letter

19   of what Congress intended.

20           **THE COURT:**  Understood.

21           **MS. LEDERER:**  Therefore, you're not binded or

22   bound.

23           **THE COURT:**  Yes.  No, I know.  Yes.  And the

24   government has taken that position before in *DaSilva*.  So

25   let me hear from defense counsel because -- thank you, by

1    the way, Counsel.

2              Here's the question.  The parties proposed a

3    definition of assault.  I flagged this issue because it

4    seemed to me that -- well, I wanted to make sure that we got

5    it right but, of course, didn't want creating anomalies

6    here.  The government obviously objects to the Model Penal

7    Code definition as I proposed it.

8              What is the defendant's view?

9         **MR. KNIGHT:**  Your Honor, we are happy to be

10   consistent with the Court on this.  The Model Penal Code

11   definition, I think, would eliminate a substantial amount of

12   juror confusion.

13        **THE COURT:**  Okay.  Thank you, Counsel.

14             So on this question, I recognize the government's

15   argument.  As I've said in other cases, including *DaSilva*,

16   if I were free to write on a clean slate, I would very

17   likely apply the common law definition of assault for

18   purposes of the 111 count, but I'm not writing on a clean

19   slate.

20             And for the reasons I gave in *United States versus*

21   *DaSilva*, that's 21-cr-564, I viewed the D.C. Circuit case

22   we've been talking about today, *United States versus Duran*

23   from 1996, as controlling on this issue.  That case used the

24   Model Penal Code definition of assault in the context of a

25   Section 111 prosecution and appeal.

1          So I'm going to stick with the jury instruction as

2     I proposed it to the parties most recently.  That's for the

3     111 count.  But as to Counts 7 and 8, I agree that *Duran* is

4     not binding on me here, but I'm also going to apply the

5     Model Penal Code definition of assault for those counts for

6     two reasons.

7          One is I would be concerned about using two

8     different definitions of assault, one for the 111 count and

9     another for Count 7 and 8, which in my view would risk

10    confusing the jurors.  And I think it's much more

11    appropriate to have a single definition of assault.  But

12    also, in those counts, the word assault is being used to

13    define "act of physical violence".

14         In that context using the definition of assault

15    that could be satisfied by a mere offensive touching seems

16    anomalous at least and therefore, in a sense, the Model

17    Penal Code definition of assault harmonizes slightly better

18    with the language of those statutes than the common law one.

19         Again, a good amount of work, in my opinion here,

20    has been done by the fact that I think it's important to

21    give the jury a single definition of assault at least where,

22    as here, that appears to make good sense.  So I am going to,

23    for present purposes at least, stick with my proposed

24    definition of assault as to Count -- the 111 count and

25    Counts 7 and 8.

1      Again, these will all be finalized at the end, but

2   I wanted to let the parties know that.

3      I do have just a couple of other questions about

4   the instructions.  The indictment, as I read it, alleges

5   aiding and abetting liability but the proposed instructions

6   submitted by the parties don't contain any instructions on

7   aiding and abetting liability.

8      Is the government still pursuing that theory?

9      **MS. LEDERER:**  Not at this time, Your Honor.

10     **THE COURT:**  Okay.

11     Then Count 5 and the proposed instructions -- and

12  Count 5, again, is entering or remaining in a restricted

13  building or grounds while using or carrying a deadly or

14  dangerous weapon.  That proposed instruction will instruct

15  the jury that, The term "person protected by the Secret

16  Service" includes the Vice President and the immediate

17  family of the Vice President.

18     Is the government's view that Count 5 of the

19  indictment, as phrased, that it fairly encompasses liability

20  based on the presence, not just of the Vice President but of

21  his family?

22     **MS. LEDERER:**  Yes, Your Honor, Protectee covers

23  all.

24     **THE COURT:**  What is the defendant's position on

25  this question?  Obviously, the defendant agreed with that

1    proposed instruction.

2            **MR. KNIGHT:**  Your Honor, we haven't taken a

3    position on it.  Reviewing the evidence, I think it would be

4    difficult to bifurcate the two groups.  I think they were

5    moving together as a unit.

6            **THE COURT:**  I think that it is a slightly

7    different question, which is -- well, I'll just be very

8    clear.  Count 5 only talks about the Vice President.  It

9    doesn't say the Vice President and family.

10           And the question I think is whether, in light of

11   the language of the indictment, the government should be

12   allowed to prove a violation of Count 5 by referring to

13   someone other than the Vice President's presence at the

14   Capitol.

15           **MR. KNIGHT:**  The instructions should not expand

16   the indictment, Your Honor.

17           **THE COURT:**  Okay.  Thank you, Counsel.

18           What is the government's -- you understand the

19   question?

20           **MS. LEDERER:**  Yes, Your Honor.

21           **THE COURT:**  And I confronted this question before

22   where, in a different case, I had an indictment that

23   referred only to the Vice President.  Arguments were made

24   about whether the Vice President was temporarily visiting

25   because he has an office there, all of that stuff.  Right?

1          I said to the government in this other case, would

2     you be willing to go back to the grand jury and add into the

3     count that it -- that the people who were there present were

4     the Vice President and his family, because there's no

5     argument about whether the family was temporarily visiting?

6          And the government, in that other case, rejected

7     my request to go to the grand jury.  So I had an indictment

8     that read just like this.  I then decided that the Vice

9     President could be temporarily visiting the Capitol.

10         But that's a different question than whether the

11    government can prove at trial a violation of Count 5 based

12    on the presence of someone other than the Vice President

13    because the indictment only says Vice President.

14         **MS. LEDERER:**  Correct, Your Honor.  So I believe,

15    at this point, we could strike from the jury instructions

16    the family.

17         **THE COURT:**  Okay.

18         **MS. LEDERER:**  There might be brief testimony that

19    the family were also there.

20         **THE COURT:**  Was also there but --

21         **MS. LEDERER:**  The family is protectees, but as it

22    goes to actually proving elements, yes, I understand your

23    charge.

24         **THE COURT:**  Okay.  So we will strike from the

25    proposed instructions on Count 5 the language, the phrase,

1    "and the immediate family of the Vice President."

2            Okay.  I have one personal, one last, I guess,

3    piece of housekeeping before I turn to the parties to see if

4    there's anything else they'd like to raise.  We've had

5    discussions over the course of the case and filings about

6    stipulations.

7            I believe there is presently only one stipulation

8    that I've seen, do have that right, about President Trump's

9    speech or are there other stipulations that the parties have

10   reached agreement on?

11          **MS. LEDERER:**  Just one for right now.

12          **THE COURT:**  Okay.  Thank you.

13          Is that right, Counsel?

14          **MR. KNIGHT:**  Yes, Your Honor.

15          **MS. ERIKSEN:**  Your Honor, may I?

16          **THE COURT:**  Please.

17          **MS. ERIKSEN:**  It's not really a stipulation, but

18   we do have, as you've seen the text messages we have been

19   talking about that were extracted from the defendant's cell

20   phone, we do have a written certification from the CART

21   examiner that we're going to be putting in.

22          So it's not a stipulation but, pursuant to Rule

23   902, I believe it's, (14), we'll be offering that into

24   evidence at that time.

25          **THE COURT:**  Very well.  Thank you.

1          All right.  So are there other topics before we

2     take a recess and bring the venire up here and start jury

3     selection?  Are there other topics the government would like

4     to raise with me?

5          **MS. ERIKSEN:**  Very briefly, Your Honor.  I know

6     that the proposed witness list only had possibly Mr. Geitzen

7     testifying, but I notice that his brother and I believe some

8     family members are here.  I would ask for a rule on

9     witnesses if any of those people are intending to testify.

10          **THE COURT:**  That's a fair point.

11          **MR. KNIGHT:**  Your Honor, our witness list is

12     inclusive.  We don't intend to call any other witnesses.

13          **THE COURT:**  You have no present intention calling

14     anyone who is seated in the gallery right now as a witness.

15     What I would say is, I agree it's appropriate to apply the

16     rule on witnesses here, such that, if it should change

17     during trial that you believe someone will need to testify,

18     I'm not suggesting it's somebody in the gallery right now

19     but just in general, that person at least at that point

20     should not be watching trial testimony.  Okay?

21          **MR. KNIGHT:**  Yes, Your Honor.

22          **THE COURT:**  Thank you, all.  Any other topics you

23     would like to address before the --

24          **MR. KNIGHT:**  No, Your Honor.

25          But we would reciprocate the sequestration motion.

1          **THE COURT:**  Do you raise that motion as to case

2     agents?

3          **MR. KNIGHT:**  If I could briefly discuss with the

4     government, Your Honor?

5          **THE COURT:**  Please.

6          (Discussion off the record between Ms. Lederer and

7     Mr. Knight.)

8          **MR. KNIGHT:**  We do not make that motion as to the

9     case agents, Your Honor.

10          **THE COURT:**  All right.  So the rule is applied to

11     everyone as to all witnesses here, but it does not apply to

12     case agents.  Okay?

13          **MR. KNIGHT:**  Yes, Your Honor.

14          **THE COURT:**  Any other topics you would like to

15     raise before we start?

16          **MR. KNIGHT:**  No, Your Honor.

17          **THE COURT:**  All right.  So here's what I believe

18     we're going to do.  We're going to take a recess.  Ms. Moore

19     is going to go collect the jury.  She'll bring everyone up

20     here, get them organized.  At that point, she'll call me and

21     we'll start.  Okay?  Thank you.

22          (Recess at 9:40 a.m. until 10:20 a.m.)

23          **THE COURT:**  Ms. Moore, could you please bring the

24     venire in?

25          (REPORTER'S NOTE:  Line intentionally left blank)

1          (Ms. Moore exited the courtroom and returned with the

2     venire.)

3          **THE COURT:**  Good morning, everyone.  I am

4     Judge Carl Nichols, and I am the presiding judge in this

5     case.  You have been called to this courtroom for possible

6     selection in a criminal case entitled *United States versus*

7     *David Geitzen*.

8          Would you please all stand so that the Deputy

9     Clerk can swear you in and then we'll proceed.

10         **DEPUTY CLERK:**  Will the prospective jurors please

11    rise and raise your right hand?

12         Do you each -- do you and each of you solemnly

13    swear or affirm that you will well and truly answer all

14    questions in front of you?

15         **JURORS:**  Yes.

16         **DEPUTY CLERK:**  Thank you.  Please be seated.

17         **THE COURT:**  Thank you, everyone.  The purpose of

18    jury selection is to select jurors who have no prior

19    knowledge of the case and no bias toward either side.  In

20    short, it's our aim here this morning to select a jury that

21    will reach a verdict based solely on the evidence presented

22    in this courtroom and the law as I instruct you.

23         During this process, you will be introduced to the

24    participants in the trial, and I will ask you a series of

25    questions that the lawyers and I think will be helpful to us

1      in selecting a fair and impartial jury.

2              You are, of course, bound by the oath you have

3      just taken to truthfully answer those questions.  You all

4      should now have an index card and a pen or pencil.  Please

5      start by looking at your juror badge and write the last

6      three digits from that badge in the upper right-hand corner

7      of your index card or you can write four.  Four digits is

8      fine.  Write four digits.

9              I'm now going to ask you a series of 37 questions.

10     They are all yes-or-no questions.  They are designed this

11     way on purpose.  If you have a "yes" answer to a particular

12     question, in other words, if you were to answer my question

13     "yes", please write the number of that question on your

14     card.  Don't write "yes".  Don't write why you have a "yes"

15     answer.  Just write the number.  If your answer to a

16     question is "no", don't write anything out at all.

17             We will then collect, at the end of this, all of

18     the cards.  We will then call you up one by one to have a

19     confidential discussion with you about your answers and

20     about your -- any other follow-up questions that we might

21     want to ask.

22             By "confidential", I mean you'll be seated at this

23     what's typically the witness stand.  We will have the

24     courtroom husher on, and we will speak through these phones

25     so that no one else in the jury pool can hear your answer.

1    I should say, the answers will be on the public record, but

2    no one will be able to hear you today as you answer,

3    especially members of the jury.

4          We do it this way to preserve your privacy.  We're

5    going to be asking you what may appear to you to be some

6    personal questions in an attempt to get your viewpoint about

7    things.  It's important that you be entirely truthful and

8    straightforward with us in your responses so that we may

9    more easily select the jury for this case.

10         Before I begin asking you the series of yes-or-no

11   questions, I'm going to read you a neutral statement about

12   this case.  Before I do that, does anyone have any questions

13   about where we are so far?

14       [No response]

15         Okay.  Great.

16         This, as I said before, is a criminal case.  The

17   United States has charged the defendant, David Joseph

18   Geitzen, with violations of federal law based on his alleged

19   conduct at the grounds of the United States Capitol on

20   January 6, 2021.  Mr. Geitzen has pleaded not guilty to each

21   of the allegations against him.  He is presumed innocent of

22   the allegations.

23         In particular, the United States alleges that

24   Mr. Geitzen unlawfully obstructed law enforcement officers

25   during a civil disorder, that he unlawfully entered and

1    remained on the restricted grounds of the United States

2    Capitol.  That he carried a pole while on Capitol grounds,

3    and that he engaged in physical violence on Capitol grounds

4    by assaulting police officers three times and used a pole

5    during that last assault.

6            I am now starting with the 37 questions.  So,

7    again, only write down the number of my question, if you

8    have a "yes" answer to that question.

9            Question 1:  This case concerns events at the

10   United States Capitol on January 6, 2021.  Do you or someone

11   you know have any direct or indirect connection to the

12   events at the U.S. Capitol on January 6, 2021 or to any

13   investigation into the events of January 6, 2021?

14           Question 2:  Have you been following the

15   investigation of the events of January 6, 2021 at the United

16   States Capitol in the news, media or on the internet?

17   Again, only write that down if it's a "yes".

18           Question 3:  Do you, a partner or a family member

19   live or work at or near the U.S. Capitol building?

20           Question 4:  Have you ever been on the Capitol

21   grounds or inside the Capitol building?

22           Question 5:  Is there anything about the nature of

23   the allegations or charges that might affect your ability as

24   a juror to give both the defendant and the government a fair

25   trial?

1          Question 6:  The United States government is

2     represented in this case by Department of Justice trial

3     attorney Elizabeth Eriksen and Assistant United States

4     Attorney Rebekah Lederer, and they are being assisted by

5     paralegal Elizabeth Reeves from the United States Attorney's

6     office.  Do you know or recognize or have you had any

7     contact with any of these individuals?

8          The defendant in this trial is David Geitzen.

9     Please stand, Mr. Geitzen.  This is Question 7.  Do you know

10    or recognize or have you had any contact with Mr. Geitzen?

11         Thank you, sir.  That was Question 7.

12         Question 8:  Mr. Geitzen is represented by

13    Assistant Federal Public Defenders Lisa Costner and Ira

14    Knight.  Do you know or recognize or have you had any

15    contact with Ms. Costner or Mr. Knight?

16         Thank you, Counsel.

17         Question 9:  Kind of a long one.  The government

18    may call the following witnesses during the trial.  FBI

19    Special Agent Jesse Dodson; FBI Special Agent Craig Noyes;

20    FBI Special Agent Jarrett Doss; U.S. Capitol Police Captain

21    Tia Summers; U.S. Capitol Police Sergeant Justin Cohen;

22    Metropolitan Police Department Sergeant Jason Mastony; MPD,

23    Metropolitan Police Department, Officer Chad Curtice; and

24    U.S. Secret Service Special Agent Lanelle Hawa.

25         So Question 9 is, do you know any of these

1    potential witnesses?

2           Question 10:  Do you recognize anyone else in the

3    courtroom, including me or any of the other members of the

4    jury panel?

5           Question 11:  This case is scheduled to take

6    approximately one week.  Do you have any urgent or extremely

7    important matter to attend to this week, such that you could

8    be faced with a hardship if selected to serve on the jury?

9    That was question 11.

10          Question 12:  Do you have any problems with your

11   hearing or your eyesight or any other physical problems that

12   might interfere with your ability to hear or understand what

13   the witnesses say in this case, to view exhibits or

14   photographs or to give your full attention to this case?

15          Question 13:  Do you have any health problems that

16   might affect your ability to sit as a juror in this case?

17          Question 14:  Again, only "yes" answers.  Do you

18   have any difficult speaking, reading, writing or

19   understanding the English language?

20          Question 15:  Have you previously served on a

21   grand jury or a trial jury?

22          Question 16, which relates to Question 15:  If so,

23   is there anything about that experience -- serving as a

24   juror -- that would affect your ability to sit fairly and

25   impartially in this case?

1        Question 17:  Do you have any personal beliefs,

2   whether religious, moral, philosophical or otherwise, such

3   that you could not, after hearing all of the evidence and

4   law in this case, pass judgment on another person in a

5   criminal case?

6        We are now on Question 18.  Have you, any family

7   member of your family or close friend ever studied law or

8   been employed by a lawyer or a law firm, worked in a

9   courthouse as a paralegal or a legal secretary or performed

10  legal investigative work?

11       Question 19:  Have you, any member of your family

12  or close friend ever been employed by any local, state or

13  federal law enforcement agency or a private security

14  company?  Law enforcement agencies include, for example, the

15  Metropolitan Police Department, the U.S. Marshall Service or

16  the FBI.

17       Question 20:  Does anyone in that group that I

18  just used -- that is, you, members of your immediate family

19  or close personal friends -- work for, have previously

20  worked for or is applying for any law enforcement agency?

21       This includes any local police or sheriffs'

22  department in or around the District.  It includes federal

23  law enforcement agencies, like the FBI, Secret Service,

24  Department of Homeland Security, Department of Justice and

25  the U.S. Capitol police.  It also includes any prosecutors'

1    offices, which is a U.S. Attorney's office, a State's

2    Attorney's office or a District Attorney's office.

3              Again, that question is, Does anyone, you, members

4    of your immediate family or close personal friends work for,

5    previously worked for or applied for a job for a law

6    enforcement agency as I've defined it.  That was Question

7    20.

8              Question 21 is, has anyone in that same group,

9    you, members of your immediate family or close personal

10   friends ever worked in any other part of the criminal

11   justice system.  This includes Public Defender's office,

12   Probation Office or a correctional facility?  That's

13   Question 21.

14             Question 22:  Have you ever filed a complaint

15   against a police officer or anyone in law enforcement?

16             Question 23:  Have you, any member of your family

17   or close friend, have any experiences with any law

18   enforcement agency or the government that might cause you to

19   favor or disfavor the government or law enforcement?

20             Has anyone in the same group we've been

21   discussing, that is you, members of your immediate family or

22   close personal friends, has anyone in that group ever been

23   arrested for, charged with or convicted of a crime other

24   than traffic violations?  That was Question 24.

25             Question 25 is, Has anyone in that same group,

1    again, you, members of your immediate family, close personal

2    friends, ever been the victim of or witness to a crime?

3    That was 25.

4          Question 26:  Do you have any opinions about

5    prosecutors or defense attorneys that might affect your

6    ability to serve fairly and impartially in this trial?

7          Question 27:  Do you believe that merely because a

8    defendant has been arrested and charged with a crime, that

9    he is guilty of something?

10         Question 28:  In this case, law enforcement

11   officers will be witnesses.  Would you tend to believe or

12   disbelieve the testimony of a law enforcement officer simply

13   because he or she is a law enforcement officer?

14         Question 29:  Are you, a partner or family member,

15   currently employed by or affiliated with the media?

16         Question 30:  Also a long one.  The law provides

17   that the defendant is presumed innocent.  The burden is on

18   the government to prove him guilty of each element of the

19   offense beyond a reasonable doubt.

20         The defendant does not have to produce any

21   evidence at trial, because he is not required to prove his

22   innocence nor is the defendant required to prove any fact in

23   dispute in this case.  This presumption continues through

24   the trial unless and until the government proves a defendant

25   guilty beyond a reasonable doubt.

1          This burden of proof never shifts to Mr. Geitzen.

2     Would you have any difficulty at all in following this

3     principle?  That was Question 30.

4          Question 31:  The defendant, like every defendant

5     in a criminal case, has the absolute right not to testify.

6     If the defendant elects not to testify in this case, you

7     must not draw any inference as to his guilt from that

8     decision.  Would you have any difficulty at all in following

9     this principle?  That was Question 31.

10         Question 32:  To reach a verdict on a particular

11    charge, every juror must agree on the verdict, that is, any

12    verdict must be unanimous.  In deliberations, you must

13    consider the opinions and points of view of your fellow

14    jurors but you must also follow your own conscious and be

15    personally satisfied with any verdict.

16         Would you have difficulty expressing your own

17    opinions and thoughts about this case to your fellow jurors?

18    That was Question 32.

19         Question 33:  Jurors are the sole judges of the

20    facts, but they must follow principles of law as I instruct.

21    The jury may not choose to follow some rules of law and

22    ignore others and, even if the jury disagrees with or

23    dislikes a rule of law or does not understand the reasons

24    for some of the rules, it is the jury's duty to follow those

25    rules.

1    Would you have any difficulty following my legal

2    instructions, whatever they may be?  That was Question 33.

3    Question 34:  Also somewhat long.  If you are

4    selected as a juror in this case, I will continue to

5    instruct you to avoid all media coverage relating to this

6    case, including radio, television, podcasts, social media

7    and other internet sources.  That is, you will be forbidden

8    from reading any newspaper articles about this case,

9    listening to any radio or podcast stories about this case or

10   watching any TV news about this case.

11   You will also be precluded from Googling this

12   case, blogging, Tweeting, reading or posting comments about

13   this case on social media sites or anywhere else on the

14   internet.  The parties, again, estimate that this trial

15   could take a week.

16   Do you have any reservations or concerns about

17   your ability or your willingness to follow this instruction?

18   Again, that's Question 34.

19   Question 35:  Also somewhat long.  If after

20   considering all of the evidence and my instructions on the

21   law, you find the defendant guilty of one or more counts, it

22   will be my job as the judge, and my job alone, to determine

23   the punishment.

24   The law does not permit you to consider the issue

25   of punishment because there are factors having nothing to do

1    with this trial which will help me determine the appropriate

2    sentence, if any.

3              Would you have difficulty or would you be

4    uncomfortable serving as a juror knowing that you will not

5    have any say in any sentence that I impose?  That was

6    Question 35.

7              Just two more.

8              Question 36:  Have you placed a sticker, sign or

9    flag on your vehicle or the exterior of your home?  That's

10   Question 36.

11             And last, Question 37, which is a catch-all:  Are

12   there any other reasons that I have not asked about that

13   would make it more difficult for you to sit fairly,

14   impartially and attentively as a juror in this case?  That

15   was Question 37.

16             So let's make sure we're all on the same page.

17   Your notecard should contain numbers on it.  Those numbers

18   are the numbers of the questions but only those questions I

19   asked that you answered "yes" to.

20             Ms. Moore is going to collect those notecards.

21   I'll then have a notecard for each of you.  We will then

22   call jurors individually up one by one to sit in what is

23   typically the witness seat here, where we will have a

24   conversation among me and the lawyers and the juror about

25   the answers and perhaps some follow-up questions.  We do

1        this to ensure, again, that we would be picking a fair and

2        impartial juror.

3                So with that, Ms. Moore, could you please collect

4        everyone's notecard?

5                **DEPUTY CLERK:**   [Complied]

6           (Ms. Moore collected the jurors' notecards.)

7                **THE COURT:**   Thank you, Ms. Moore.

8                So, everyone, here's how we're going to proceed.

9        I am basically just going to call the juror number.  If the

10       juror would please come, sit here, we will then go on the

11       husher, as I said, ask some follow-up questions, and then

12       you will basically know you can start coming forward.

13               Let's begin with Juror 750.

14          (Prospective juror steps up.)

15               **THE COURT:**   So this is for everyone's benefit, for

16       yours especially since you are first.  Basically, there's a

17       little button in the middle of the phone here.  If you hold

18       it down, that's how you can speak and people can hear you.

19               If you don't hold the button down, no one can hear

20       what you're saying.  You can still hear what is being said,

21       but the way to be heard is to hold this button in the middle

22       of the hand set down.  The easiest thing to do is just hold

23       it down the whole time because then you can speak and you

24       can hear as well.  Okay?

25               Ms. Moore, could you please put the husher on.

1          (Sidebar discussion.)

2               **THE COURT:**  Good morning.

3               **PROSPECTIVE JUROR:**  Good morning.

4               **THE COURT:**  You are Juror 750.  Right?

5               **PROSPECTIVE JUROR:**  Yes.

6               **THE COURT:**  Let the record reflect that this

7     prospective juror answered "yes" to Questions 2, 4 and 18.

8               So you answered Question 2, which is the question

9     about whether you're following the investigation of the

10    events of January 6, 2021 in the news, media or the

11    internet.  Correct?

12              **PROSPECTIVE JUROR:**  Yes.

13              **THE COURT:**  Can you describe to us, generally,

14    what you've been doing as it relates to following news

15    around that?

16              **PROSPECTIVE JUROR:**  I think I would just say that

17    it's constantly on the news since we live in D.C.  And so I

18    don't follow it specifically necessarily but I see it all

19    the time.

20              **THE COURT:**  You see it all of the time?

21              **PROSPECTIVE JUROR:**  Yes.

22              **THE COURT:**  You also answered "yes" to the

23    question, have you ever been on the Capitol grounds or

24    inside the Capitol building.

25              **PROSPECTIVE JUROR:**  Yes.

1          **THE COURT:**  How often have you been there?

2          **PROSPECTIVE JUROR:**  I work in government affairs

3     so I've regularly at the Capitol.

4          **THE COURT:**  Where do you work?

5          **PROSPECTIVE JUROR:**  I work for a company called

6     Baker Hughes, so I go to the Hill a lot as a result of my

7     job.

8          **THE COURT:**  Let me just ask about the other -- the

9     other question you answered "yes" to is whether you, a

10    family member or close friend ever studied law or been

11    employed by as a lawyer or law firm.  Can you describe your

12    answer there?

13         **PROSPECTIVE JUROR:**  So two of my best friends are

14    lawyers out in California and I worked a short time with a

15    lawyer.

16         **THE COURT:**  Are you a lawyer?

17         **PROSPECTIVE JUROR:**  No.

18         **THE COURT:**  Okay.  Have you worked at a law firm?

19         **PROSPECTIVE JUROR:**  I worked at a law firm for

20    like six months in college.

21         **THE COURT:**  Have you ever worked as -- and I take

22    it from your answers you've never been in law enforcement?

23         **PROSPECTIVE JUROR:**  No.

24         **THE COURT:**  In light of your seeing the news about

25    January 6 here, do you think that you have prejudged cases

1    involving January 6 in any way?

2         **PROSPECTIVE JUROR:**  I would say that I followed

3    what happened on January 6th very closely living in D.C.,

4    and so I believe that, you know, anyone who did any

5    wrongdoing on that day should face the consequences of that

6    wrongdoing.

7         But that doesn't necessarily mean I've prejudged

8    every instance.  But in general, I would say that I followed

9    this very closely.

10        **THE COURT:**  Do you think you could keep an open

11   mind about whether any particular person did engage in

12   wrongdoing that day?

13        **PROSPECTIVE JUROR:**  I do.

14        **THE COURT:**  Would you follow my instructions about

15   the law and the elements of charged offenses?

16        **PROSPECTIVE JUROR:**  Yes.

17        **THE COURT:**  Do you have any concern about your

18   ability to be fair and impartial in applying the law to the

19   evidence here?

20        **PROSPECTIVE JUROR:**  I don't.

21        **THE COURT:**  All right.

22        Counsel, why don't we start with the defendant.

23   Any follow-up questions you would like to ask?

24        **MR. KNIGHT:**  You had said -- this is Ira Knight

25   with the defendant.  You had said that you worked for a law

1    firm.  What did you do at the law firm?

2              **PROSPECTIVE JUROR:**  I did, like, technical data

3    entry stuff while in college for like four or six months.

4              **MR. KNIGHT:**  Thank you for answering that.  You

5    also, you hesitated quite a bit before answering about your

6    strong feelings about January 6.  Why the long hesitation?

7              **PROSPECTIVE JUROR:**  I think it was an emotional

8    day.  I think it just brings back emotions honestly.

9              **MR. KNIGHT:**  Is that because of things you've seen

10   or watched?

11             **PROSPECTIVE JUROR:**  Yeah.  Yeah, I think the

12   footage is very hard to watch.

13             **MR. KNIGHT:**  When you had that hesitation, was

14   that because you were starting to feel those emotions or

15   sense those in you now?

16             **PROSPECTIVE JUROR:**  I don't think so.  I think

17   it's more of just a thinking back to that day.  It brings

18   back, you know, feelings but --

19             **MR. KNIGHT:**  Is it difficult to separate those

20   feelings from what you see and hear?

21             **PROSPECTIVE JUROR:**  To be honest, I've never tried

22   because I've never had a need to.  So I don't know how to

23   answer that question honestly.

24             **MR. KNIGHT:**  Your Honor, if I could just have a

25   moment.

1          (Discussion off the record between Mr. Knight and

2     Ms. Costner.)

3              **MR. KNIGHT:**  So knowing that Mr. Geitzen has been

4     charged with crimes that relate to January 6th that include

5     assault, would that be difficult for you to set aside those

6     emotions and those feelings when considering the case?

7              **PROSPECTIVE JUROR:**  I don't think so.  I think I

8     would assess the evidence presented to me for the case.

9              **MR. KNIGHT:**  All right.  Thank you.

10             **THE COURT:**  Government?

11             **MS. ERIKSEN:**  Good morning, Ms. Price, this is

12    Elizabeth Eriksen for the government.  I just have a quick

13    question.  What specifically do you do in your job for Baker

14    Hughes?

15             **PROSPECTIVE JUROR:**  I am a lobbyist.  I'm a

16    lobbyist.

17             **MS. ERIKSEN:**  What professional, if you don't --

18    what sector?

19             **PROSPECTIVE JUROR:**  It's an energy technology

20    company.

21             **MS. ERIKSEN:**  Okay.  And then, just to reiterate,

22    the Court asked you, if the Court were to give you

23    instructions about this case and to judge the facts fairly

24    based upon the law, would you be able to set aside any

25    emotion that you may have and judge that fairly?

1          **PROSPECTIVE JUROR:**  Yes, I think I could.

2          **MS. ERIKSEN:**  Thank you.  That's all.

3          **THE COURT:**  Thank you very much.  You can go back

4     to the --

5          **PROSPECTIVE JUROR:**  Do I need to stay seated here?

6          **THE COURT:**  No, not here.  You can go back to

7     where you were sitting before.

8          **PROSPECTIVE JUROR:**  Where everyone else is seated?

9          **THE COURT:**  Yes, thank you.

10        (Prospective juror steps down.)

11         **THE COURT:**  Two things:  First, could we please

12    just refer to the jurors by the juror number and not the

13    names at least for present purposes.  The record will be

14    public at some point.

15         So what are the parties' position on whether this

16    juror can be qualified?  Let's start with the defense

17    counsel?

18         **MR. KNIGHT:**  Your Honor, we would move to strike

19    her for cause just based on the emotion and her strong

20    feelings about January 6.  This is a juror that, certainly,

21    she did say that she might have the ability to set aside

22    those, but she did say that she had never tried to do that

23    before.  That seems to be that there would be a propensity

24    for bias there.

25         **THE COURT:**  I assume the government disagrees?

1        **MS. ERIKSEN:**  I do, Your Honor.  I believe there

2   are many crimes that people commit that people have strong

3   emotions about.  But I believe she said she could set aside

4   that and listen to Your Honor's instructions and apply the

5   law fairly.

6        **THE COURT:**  Thank you.  I'm not going to qualify

7   this juror.  I think she -- between her hesitation and her

8   very strong emotions, I recognize she did say she might be

9   able to set aside those and decide the law and the facts

10  here, but this is a close enough question that I'd rather

11  err on the side of excluding her.  And so she will not be

12  qualified.

13        (Sidebar discussion concluded.)

14        **THE COURT:**  Juror 204.

15        (Prospective juror steps up.)

16        **THE COURT:**  Hello.

17        **PROSPECTIVE JUROR:**  Hello.

18        **THE COURT:**  Good morning.

19        This is Juror 204.  And for the record, Counsel,

20  Juror 204 answered "yes" to Questions 2, 4 and 36.  Why

21  don't we start with that last one, which is about placing a

22  sticker, sign or flag on your vehicle or the exterior of

23  your home, sir.  Can you explain the circumstances there?

24        **PROSPECTIVE JUROR:**  Well, you said also a flag.

25        **THE COURT:**  I did, yes.

1          **PROSPECTIVE JUROR:**  We have flags on our car, and

2     we fly the American flag.

3          **THE COURT:**  Okay.  Thank you very much.  Is the

4     American flag the one on your car or another flag?

5          **PROSPECTIVE JUROR:**  Yes.  Yes.

6          **THE COURT:**  Okay.

7          Questions 2 and 4 are both about the Capitol.

8     They're different questions.  Question 2 is about whether

9     you've been following the investigation of the events of

10     January 6, 2021.  You answered "yes" there.  Can you explain

11     how you've been following the investigation?

12          **PROSPECTIVE JUROR:**  Not this particular one, but

13     the trial coverage of -- I followed the Proud Boys trial,

14     the coverage of that, and just news articles and --

15          **THE COURT:**  Have you sought out coverage on that

16     or is that as a result of following the news generally and

17     it just happens to have been in the news?

18          **PROSPECTIVE JUROR:**  No, there is one YouTuber that

19     I usually watch who covers a lot of the trials.

20          **THE COURT:**  Who is that?

21          **PROSPECTIVE JUROR:**  I forget the guy's name.  I

22     don't recall the last name.

23          **THE COURT:**  Do you remember anything about the

24     person, this YouTuber's background or point of view?

25          **PROSPECTIVE JUROR:**  He's a defense attorney.

1    **THE COURT:**  Okay.  And do you have a sense of what

2    his perspective is on these cases?

3    **PROSPECTIVE JUROR:**  Yes.

4    **THE COURT:**  What is it?

5    **PROSPECTIVE JUROR:**  That the -- it's overreached

6    by the government, the prosecutors, stuff like that.

7    **THE COURT:**  Okay.  As a result of watching those

8    videos, do you think you would come into this case having

9    the view that these cases are overreaches and that you would

10   impose that view on your review of the law and the facts

11   here?

12   **PROSPECTIVE JUROR:**  I think it might sway me.

13   **THE COURT:**  Say that again, please?

14   **PROSPECTIVE JUROR:**  I think it would sway my

15   opinion.

16   **THE COURT:**  So you think there is a risk that you

17   would approach this case with a bias against the government?

18   **PROSPECTIVE JUROR:**  Yes.

19   **THE COURT:**  You also answered Question 4.  Have

20   you ever been on the Capitol grounds or inside of the

21   Capitol building?  What was your answer there?

22   **PROSPECTIVE JUROR:**  When I was young, we had a

23   youth group that toured the Capitol.  We sang in the

24   Rotunda.

25   **THE COURT:**  How long ago was that?

1          **PROSPECTIVE JUROR:**  Thirty or 40 years.

2          **THE COURT:**  Okay.  And you haven't been back

3    since?

4          **PROSPECTIVE JUROR:**  No.

5          **THE COURT:**  Okay.  Let me just go back to the

6    questions I asked you.  Obviously, I would instruct all

7    members of the jury that they have to apply only the law and

8    the facts in this case.  We're obviously seeking to find an

9    impartial jury with impartial jurors.

10          I think you said this but I just want to ensure

11   that you are worried that -- or maybe not even -- "worry"

12   may not be the right way to put it, but you think there is a

13   chance that you would review the law and the facts here with

14   some bias against the government when you enter the

15   courtroom; is that fair?

16          **PROSPECTIVE JUROR:**  Yes.

17          **THE COURT:**  Okay.

18          Any follow-up from government counsel?

19          **MS. ERIKSEN:**  No, Your Honor.

20          **THE COURT:**  Defense counsel?

21          **MR. KNIGHT:**  Juror 204, thank you for being open.

22          The videos that you have seen on the internet,

23   those were on YouTube?

24          **PROSPECTIVE JUROR:**  Yes.

25          **MR. KNIGHT:**  And the YouTube videos that you saw,

1    were they anti-government?

2              **PROSPECTIVE JUROR:**  No.  The guy just goes through

3    the court documents, makes comments on the whole process,

4    the tactics behind each side, what's put in the case.

5              **MR. KNIGHT:**  Do you understand those are just his

6    opinions?

7              **PROSPECTIVE JUROR:**  Yes.

8              **MR. KNIGHT:**  Do you understand that Mr. Geitzen is

9    a different defendant than what is reviewed in those

10   YouTubes?

11             **PROSPECTIVE JUROR:**  Yes.

12             **MR. KNIGHT:**  Thank you.

13             **THE COURT:**  Thank you, sir.  You can take your

14   seat.

15             **PROSPECTIVE JUROR:**  Thank you.

16        (Prospective juror steps down.)

17             **THE COURT:**  What about this juror?  Government?

18             **MS. ERIKSEN:**  Your Honor, we believe that this

19   juror should be struck for cause.  Like the juror before

20   him, he said he's been following the coverage.

21             But unlike that juror who said she could likely

22   put aside her feelings, he said on two occasions that he

23   thought he would be biased against the government based upon

24   him following these cases on YouTube, in particular, the

25   Proud Boys, and that he thinks the government is

1       overreaching.

2              **THE COURT:**  Mr. Knight?

3              **MR. KNIGHT:**  Your Honor, I'd love to have him but,

4       based on his answers, I don't think it would be fair.

5              **THE COURT:**  I agree.  At a minimum, he seems less

6       qualifiable than the first juror we spoke with.  So Juror

7       204 is also excluded for cause.

8          (Sidebar discussion concluded.)

9              **THE COURT:**  Juror 574, please.

10         (Prospective juror steps up.)

11         (Sidebar discussion.)

12             **PROSPECTIVE JUROR:**  Good morning.

13             **THE COURT:**  Good morning.

14             Counsel, this is Juror 574.

15             Correct, sir?

16             **PROSPECTIVE JUROR:**  (Nods head.)

17             **THE COURT:**  And Juror 574 answered "yes" to

18      Questions 2, 3, 4, 18 and 24.  Questions 3 and 4 ask whether

19      you, a partner or a family member live or work near the

20      Capitol building and then about, Question 4 is whether

21      you've been on the Capitol grounds or inside the Capitol

22      building.  So can you just explain your answers there for

23      us?

24             **PROSPECTIVE JUROR:**  Yes.  So I live, like, two

25      Metro stops from here.  So near is kind of relevant, but I

1    live fairly close to the Capitol building.  And I've been

2    inside the Capitol grounds.  It was, I think, 2017 when my

3    parents visited.  We visited the Capitol grounds.  We were

4    in the Capitol then, been on the grounds outside a handful

5    of times since.  So that's the answer to those two

6    questions.

7         **THE COURT:**  And you do not work in the Capitol.

8    Correct?

9         **PROSPECTIVE JUROR:**  No.

10        **THE COURT:**  For the House or Senate?

11        **PROSPECTIVE JUROR:**  No, I do not.

12        **THE COURT:**  Okay.  Question 2 asks whether you've

13   been following the investigations of the events of

14   January 6, 2021.  Can you describe why you answered "yes" to

15   that question?

16        **PROSPECTIVE JUROR:**  Just following, you know, who,

17   how many people have been brought up on charges, how many

18   have been convicted, how long they've been convicted for.

19   It's more just kind of updates on the basics.  I can't say

20   I've followed the major details that closely, but that's to

21   the extent that I've followed those.

22        **THE COURT:**  And do you seek those new stories out

23   or is it more that it's just in the news so to speak?

24        **PROSPECTIVE JUROR:**  Probably -- mostly just in the

25   news but, once I see one, I might seek out a few others just

1    to see what's been happening.  But I don't seek it out

2    initially, no.

3              THE COURT:  As a result of what you know about the

4    cases and January 6, generally, would you be concerned about

5    your ability to be fair and impartial in judging the

6    evidence in this case?

7              PROSPECTIVE JUROR:  I don't believe so, no.

8              THE COURT:  Question 18 asked you -- and you

9    answered "yes" to this question -- whether you or any family

10   member or close friend has ever studied law or been employed

11   as a lawyer or a law firm.  And you answered "yes" to that

12   question.

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Okay.  What was the reason for that

15   answer?

16             PROSPECTIVE JUROR:  My uncle on my father's -- my

17   uncle is -- he's been a lawyer for his whole life, pretty

18   much.  Some of his family members have been lawyers their

19   whole lives.  So they have been employed by several law

20   firms.  I can't remember exactly which ones, obviously, but

21   they've been employed as attorneys there for their entire

22   lives.

23             THE COURT:  Here in D.C. or somewhere else?

24             PROSPECTIVE JUROR:  Somewhere else.

25             THE COURT:  Okay.  Question 24 asks whether --

1        **PROSPECTIVE JUROR:**  Oh, actually, no.  I take that

2   back.  They were employed -- he was employed in D.C.  It

3   was, like, 30 years ago, but they did live in D.C. for a

4   time because he went to -- he and my aunt went to Georgetown

5   for part of the time.  And so they lived in Georgetown for a

6   while about 30 years ago, and so he was employed as an

7   attorney in D.C.

8        **THE COURT:**  You're talking about your uncle?

9        **PROSPECTIVE JUROR:**  My uncle, yes.

10       **THE COURT:**  Was his practice ever involve -- did

11  it ever involve criminal law, either prosecution or defense?

12       **PROSPECTIVE JUROR:**  I do not know.

13       **THE COURT:**  Okay.

14       Question 24 asked whether you, members of your

15  immediate family or close personal friend had ever been

16  arrested for, charged with or convicted of a crime.  Can you

17  tell us why you answered "yes" to that question?

18       **PROSPECTIVE JUROR:**  My father was convicted of a

19  crime.

20       **THE COURT:**  What crime?

21       **PROSPECTIVE JUROR:**  I don't know exactly.  It

22  was -- I don't know the exact charges, but it was something

23  involving his work and, like, fraud and finance-type stuff.

24  I can't remember the -- I don't know the exact charges.

25       **THE COURT:**  How long ago was that?

1       **PROSPECTIVE JUROR:**  He was convicted in '95, I

2   believe, and then he served time in 2007 to 2008.

3       **THE COURT:**  Do you harbor any ill will toward the

4   process or the government as a result of that conviction and

5   sentence?

6       **PROSPECTIVE JUROR:**  Well, it's kind of hard not to

7   because he missed my high school graduation for that.  So a

8   little bit, yes.

9       **THE COURT:**  Would that experience with your father

10   make it difficult for you to be fair and impartial in this

11   case?

12       **PROSPECTIVE JUROR:**  I don't believe so.

13       **THE COURT:**  Okay.  Thank you.

14       Why don't we start with the government.  Do you

15   have any follow-up questions?

16       **MS. ERIKSEN:**  Good morning.  Just with respect to

17   the conviction and trial you just discussed with your

18   father, was that here in D.C. or was that elsewhere?

19       **PROSPECTIVE JUROR:**  It was in New York.

20       **MS. ERIKSEN:**  Okay.

21       And do you know if it was a federal or state case?

22       **PROSPECTIVE JUROR:**  I don't know.  I'm not sure.

23       **MS. ERIKSEN:**  And you said that you think it may

24   be hard for you not to have that experience on your mind in

25   listening to the government's evidence; is that right?

1          **PROSPECTIVE JUROR:**  Well, it's always on my mind.

2     Like, it's never not on my mind.

3          **MS. ERIKSEN:**  Okay.  Thank you very much.

4          **PROSPECTIVE JUROR:**  Uh-huh.

5          **THE COURT:**  Defense counsel?

6          **MR. KNIGHT:**  574, good morning.

7          **PROSPECTIVE JUROR:**  Good morning.

8          **MR. KNIGHT:**  I'm here.  You had mentioned that

9     your father was convicted back in 1995; is that right?

10          **PROSPECTIVE JUROR:**  Correct.

11          **MR. KNIGHT:**  And so was there some sort of a, like

12     a probation or something and that's why he had to do time

13     between '07 and '08?

14          **PROSPECTIVE JUROR:**  So there were -- from what my

15     have parents told me, it's -- there were a number of

16     post-trial motions that were in place.  And then I don't

17     know why -- I can't tell you exactly why else it was delayed

18     until 2007 but it was.  And that's -- and it was April of

19     2007 until August of 2008.

20          And then in 2008 he got on the work release

21     program, so he was no longer incarcerated but I know there

22     were post-trial motions.  I don't know if there was, like,

23     an actually appeal or anything.  I don't think there was,

24     but that's the extent to, like, that I know why he wasn't --

25     he didn't serve time right after he was convicted.

1        **MR. KNIGHT:**  And you don't whether it was the

2    state or the federal government?

3        **PROSPECTIVE JUROR:**  I think.  I don't know for

4    sure.  I don't want to say something I don't know.  I do not

5    know.

6        **MR. KNIGHT:**  Do you know that Mr. Geitzen has been

7    charged by the federal government?

8        **PROSPECTIVE JUROR:**  Yes.

9        **MR. KNIGHT:**  And so would that affect anything for

10    your ability to be fair and impartial?

11        **PROSPECTIVE JUROR:**  No.

12        **MR. KNIGHT:**  Thank you.

13        **THE COURT:**  Thank you very much.  You can take

14    your seat.

15        (Prospective juror steps down.)

16        **THE COURT:**  What is the government's view about

17    whether we can qualify this juror?

18        **MS. ERIKSEN:**  Your Honor, I think, much like the

19    first juror, although he qualified by saying he thinks he

20    could be fair and impartial, he had a large pause.  When

21    Your Honor asked about that, he said, it's never not on his

22    mind, his father's situation, that he missed his high school

23    graduation.  And he seemed somewhat emotional speaking about

24    it, so we believe this juror should be struck for cause.

25        **MR. KNIGHT:**  Your Honor, this one, I would draw a

1    parallel to number one but then I would draw a difference.

2    So there was emotion there.  He's not very clear on the

3    facts.  He doesn't know if it was the state or the federal

4    government.

5           He doesn't seem to have, like, a particular

6    federal government bias.  Certainly, it's difficult that he

7    missed his high school graduation, but it doesn't seem to me

8    that that would impact his ability to judge Mr. Geitzen in

9    this federal case.  It's not him.

10          **THE COURT:**  I agree.  I'm going to qualify 574.

11   It seems to me that the potential bias isn't about

12   January 6.  There isn't really any potential bias, in my

13   view.  It's not directed at federal government, and he was

14   pretty clear and didn't hesitate on the question of whether

15   he could be unbiased in this case.  So I will qualify 574.

16          (Sidebar discussion concluded.)

17          **THE COURT:**  Juror 1443, please.

18          (Prospective juror steps up.)

19          (Sidebar discussion.)

20          **THE COURT:**  Good morning, sir.  You're Juror 1443.

21   Correct?

22          **PROSPECTIVE JUROR:**  That is correct.

23          **THE COURT:**  Counsel, for the record, Juror 1443

24   answered "yes" to Questions 2, 3 and 4, 18, 19, 20 and 21.

25          So I'm going to ask you some follow-up questions,

1    sir, and then the lawyers may have some follow-up as well.

2            About 2, 3 and 4, they're slightly different

3    questions, of course, but they all relate to the Capitol.

4    But also one of them, in particular, is about the

5    investigation of the events of January 6 and whether you've

6    been following that in the news, media or the internet and

7    you answered "yes" to that.

8            Can you explain the nature of your following of

9    the investigation and how you learned about that?

10           **PROSPECTIVE JUROR:** Well, I was watching -- or I

11   actually watched it as it transpire that day.  And I live

12   near the Capitol, so a lot was going on in my neighborhood

13   and everything.  So I did witness a lot.

14           **THE COURT:** What did you witness?

15           **PROSPECTIVE JUROR:** Just a lot of people in my

16   area of the neighborhood, a lot of out-of-towners.

17           **THE COURT:** So you mean not police activity but

18   people --

19           **PROSPECTIVE JUROR:** Yeah.  Not the police

20   activity.  Not the police.  I witnessed the police activity

21   on TV itself, you know, by the news media.

22           **THE COURT:** But in your neighborhood, you saw

23   people who looked like they weren't from D.C. --

24           **PROSPECTIVE JUROR:** Exactly.  Walking around with

25   flags and stuff like that.

1          **THE COURT:**  And then so you watched the events of

2    January 6 on TV?

3          **PROSPECTIVE JUROR:**  Yes, and I followed it

4    throughout the year.

5          **THE COURT:**  Okay.

6          Do you go looking for information about January 6

7    now or is it more that it's on the news or in the paper?

8          **PROSPECTIVE JUROR:**  No, I don't.  No, I don't.

9          **THE COURT:**  But you do see that in the news and

10   the like?

11         **PROSPECTIVE JUROR:**  Yeah.  Also, I am a special

12   police officer.  I work at St. Elizabeth Mental Health, at

13   the mental hospital, and we received a couple of patients

14   that was involved in that.

15         **THE COURT:**  Were they police officers or

16   non-police officers?

17         **PROSPECTIVE JUROR:**  No, they were non-police

18   officers.  They were charged.

19         **THE COURT:**  They were charged.  So you've been --

20   I mean, you're a police officer there.  Correct?

21         **PROSPECTIVE JUROR:**  Yeah, special police

22   officer --

23         **THE COURT:**  Special police officer and so you've

24   gotten to know some of these people?

25         **PROSPECTIVE JUROR:**  Well, no.  I just -- well,

1    when they come in, I do intake.  So I do read the charges

2    and know the charges of what's going on.

3            THE COURT:  Okay.

4            PROSPECTIVE JUROR:  So you know, just for the

5    record, I have had some of the guys that were involved

6    criminally came over to our institution or our hospital.

7            THE COURT:  Uh-huh.

8            PROSPECTIVE JUROR:  Uh-huh.

9            THE COURT:  Let me ask you this question about

10   different things we've been talking about this morning.

11   Based on your recollection of the events that day,

12   January 6, what you watched on TV and then seeing people in

13   your neighborhood, are you worried that you would be unable

14   to be unbiased here?

15           PROSPECTIVE JUROR:  No, I'm not worried about

16   that.  You know, I would be fair, you know, because that's

17   the way I was sworn in and everything.  You know,

18   everybody's due a fair trial.

19           THE COURT:  What about -- same answer you would

20   give for the -- as a result of meeting people in connection

21   with your current job, that you would still be -- I mean,

22   you have some knowledge of these folks, but would you

23   still --

24           PROSPECTIVE JUROR:  Yes, I would.

25           THE COURT:  -- be fair and impartial in your view?

1          **PROSPECTIVE JUROR:**  Exactly.  Yes, I would.

2          **THE COURT:**  All right.  Let me ask you questions

3     about -- so, 18, 19, 20, 21 are all about employment in law

4     firms or the criminal justice system or law enforcement

5     agencies.  Are you mostly answering for yourself or are

6     there other members of your family?

7          **PROSPECTIVE JUROR:**  For myself and other members.

8          **THE COURT:**  Who else?

9          **PROSPECTIVE JUROR:**  My ex-wife was a Capitol Hill

10    Police Officer.  She had just retired two months before that

11    happened.  My father retired from CIA.  I have a brother and

12    one of my brother works as a senior paralegal, and I had a

13    brother that was an MPD officer.

14         **THE COURT:**  So most of those are government

15    employees.  Correct?

16         **PROSPECTIVE JUROR:**  Yes.  And I'm affiliated with

17    a lot of correction officers and officers theirselves.

18         **THE COURT:**  Do you think you would be biased in

19    favor of the government as a result of that, both your

20    experience and all of your family members and other people

21    who have worked for the government in the past?

22         **PROSPECTIVE JUROR:**  No, I wouldn't be, because I

23    think everybody is due a fair trial.

24         **THE COURT:**  When did you and your ex-wife become

25    exes?

1          **PROSPECTIVE JUROR:**  Since 2002.

2          **THE COURT:**  Okay.  So you were not obviously

3     married at the time of January 6?

4          **PROSPECTIVE JUROR:**  No.  No.

5          **THE COURT:**  So you had been divorced before that,

6     but then she retired, as I understand it, a few months

7     before January 6?

8          **PROSPECTIVE JUROR:**  Exactly.

9          **THE COURT:**  Did she have any involvement in the

10    events of January 6?  Did she get called up or anything like

11    that?

12         **PROSPECTIVE JUROR:**  No.

13         **THE COURT:**  Okay.  Thank you.

14         Why don't we start with you, Mr. Knight.

15         **MR. KNIGHT:**  Thank you, Your Honor.

16         1443, good morning.

17         **PROSPECTIVE JUROR:**  Good morning.

18         **MR. KNIGHT:**  You had indicated that you worked at

19    a facility that treated some of the people that were injured

20    on January 6?

21         **PROSPECTIVE JUROR:**  No, they wasn't injured.  They

22    were actually charged criminally on January 6.

23         **MR. KNIGHT:**  And you were part of that process?

24         **PROSPECTIVE JUROR:**  Well, I work at a mental

25    hospital.  So I assume -- they normally come over for a

1      30-day evaluation.  So I assume that's the reason why they

2      came over.  I work at a mental hospital.

3              MR. KNIGHT:  Did you have a chance to have

4      interactions with these individuals?

5              PROSPECTIVE JUROR:  Just in processing,

6      admissions, when I do admissions.

7              MR. KNIGHT:  Do you remember any of them

8      specifically?

9              PROSPECTIVE JUROR:  No, I don't.

10             MR. KNIGHT:  You had mentioned that you lived in a

11     neighborhood that had a lot of out-of-towners in it on

12     January 6?

13             PROSPECTIVE JUROR:  Yeah.  Uh-huh.

14             MR. KNIGHT:  Could you characterize the crowd that

15     you saw?

16             PROSPECTIVE JUROR:  I live near the subway

17     station.  So there were a lot of them walking back and forth

18     from urinating on people's lawns and stuff like that but no

19     police activity that I witnessed or anything like that.

20             MR. KNIGHT:  Disrespectful activity?

21             PROSPECTIVE JUROR:  Yeah, that's all.

22             MR. KNIGHT:  Thank you.

23             MS. LEDERER:  Thank you, Your Honor.

24             Good morning, 1443.  I just have a few questions

25     about your work.  In your line of work, are other

1   individuals who are accused of other types of crimes beyond

2   anything related to January 6 taken in at your hospital that

3   you work for?

4             **PROSPECTIVE JUROR:**  Yes, they are.

5             **MS. LEDERER:**  If anyone is charged of any crime,

6   do you believe that they deserve a fair trial?

7             **PROSPECTIVE JUROR:**  Yes, uh-huh.

8             **MS. LEDERER:**  And I know you had a lot of people

9   visiting around your neighborhood on January 6, but D.C.

10  being the nation's capital, this is a big tourist area

11  anyhow.

12            **PROSPECTIVE JUROR:**  Say that again.

13            **MS. LEDERER:**  I said D.C. being the nation's

14  capital, do you see tourists here a lot anyhow?

15            **PROSPECTIVE JUROR:**  Do I see?

16            **MS. LEDERER:**  Tourists.

17            **PROSPECTIVE JUROR:**  Towards --

18            **MS. LEDERER:**  Tourists on a daily basis.

19            **PROSPECTIVE JUROR:**  Oh, tourists.  Yes, I do.  I

20  see them on a daily basis.

21            **MS. LEDERER:**  All right.  Thank you so much.

22            **PROSPECTIVE JUROR:**  Uh-huh.

23            **THE COURT:**  Thank you, sir.  You can take your

24  seat.

25            **PROSPECTIVE JUROR:**  Okay.  Thank you.  One

1    question, am I able to use the bathroom?

2              THE COURT:  Yes, just come back and take your seat

3    after you're done.

4              PROSPECTIVE JUROR:  Okay.  Thank you.

5         (Prospective juror steps down.)

6              THE COURT:  Objections to this juror being

7    qualified for cause?

8              MR. KNIGHT:  Your Honor.

9              THE COURT:  Mr. Knight.

10             MR. KNIGHT:  Yes, thank you.  I realize the events

11   of January 6 were in the District of Columbia, but having a

12   witness on the jury, it seems difficult, especially if he's

13   seen --

14             THE COURT:  I agree.  I agree.  I'm not going to

15   qualify this juror for two reasons.  One is he's interacted

16   with certain January 6 defendants in his official capacity.

17   And second, he saw people from that day urinating and I know

18   he says he can be unbiased, but I would be concerned that

19   this is too close.  In any event, we've got more jurors to

20   go.  So I am not going to qualify 1443.

21        (Sidebar discussion concluded.)

22             THE COURT:  Juror 601.

23        (Prospective juror steps up.)

24        (Sidebar discussion.)

25             PROSPECTIVE JUROR:  Hello.

1          THE COURT:  Good morning, how are you?

2          PROSPECTIVE JUROR:  How are you?

3          THE COURT:  All right.

4          So, everyone, this is Juror 601 and she answered

5     "yes" to Questions 15, 16 and 18.  15 and 16 asked about

6     service on a grand jury or a trial jury and whether that

7     would affect your ability to serve fairly and impartially.

8     So can you describe why you answered "yes" to those two

9     questions?

10          PROSPECTIVE JUROR:  Just because I've served on a

11    jury before.

12          THE COURT:  Can you tell us where?

13          PROSPECTIVE JUROR:  It was in D.C.  It was several

14    years.  It was a while back.

15          THE COURT:  Was it a criminal case or a civil

16    case?  Do you remember?

17          PROSPECTIVE JUROR:  It was a civil case.

18          THE COURT:  Was it in this courthouse or the D.C.

19    Superior Court?

20          PROSPECTIVE JUROR:  The other court.

21          THE COURT:  Have you ever served as a juror on a

22    criminal case?

23          PROSPECTIVE JUROR:  No.

24          THE COURT:  Was there anything about your

25    experience serving as a juror on that civil case that you

1    thought was bad or that would make it hard for you to serve

2    here?

3                PROSPECTIVE JUROR:  No.

4                THE COURT:  Did you find it a relatively good

5    experience?

6                PROSPECTIVE JUROR:  Sure.

7                THE COURT:  Okay.  You laughed.  Why do you laugh?

8                PROSPECTIVE JUROR:  No, I mean nothing in

9    particular.  It was fine.  Nothing really to note.

10               THE COURT:  Okay.  You also answered "yes" to

11   whether you or someone in your family or a close friend has

12   worked in a courthouse or is a lawyer or at a law firm or as

13   a paralegal.  Can you say why you answered "yes" to that

14   question?

15               PROSPECTIVE JUROR:  I have two cousins, one's a

16   lawyer and the other one is a paralegal.

17               THE COURT:  Are they lawyer and paralegal here or

18   somewhere else?

19               PROSPECTIVE JUROR:  In California.

20               THE COURT:  Does either of them practice criminal

21   law?

22               PROSPECTIVE JUROR:  No.

23               THE COURT:  One of the questions we asked is about

24   the events of January 6 and whether you've been following

25   the investigation.  You didn't answer "yes" to that.  So do

1      you know very little about that day?

2              **PROSPECTIVE JUROR:**  I mean, I know what happened.

3      I haven't been going out of my way to find out about it, but

4      I've heard about it in the news and, you know, I listen to

5      podcasts.  So I've listened to some things about it.

6              **THE COURT:**  What podcasts have you listened to?

7              **PROSPECTIVE JUROR:**  I listen to The Daily.

8              **THE COURT:**  Okay.  Is there anything about your

9      listening to those podcasts or what you've read that you

10     think would affect your ability to be fair and impartial in

11     this case?

12             **PROSPECTIVE JUROR:**  Potentially.

13             **THE COURT:**  Why?

14             **PROSPECTIVE JUROR:**  I think, just overall, my idea

15     about what happened that day I just feel like people who

16     marched into the Capitol were wrong and, you know, guilty

17     for doing so, especially if they used violence.

18             So, you know, I feel like I would -- you know, I

19     guess -- I don't know if it's considered bias, but, you

20     know, I have certain ideas about what happened that day and

21     potentially how I would see -- you know, how I would feel

22     about somebody who was there.

23             **THE COURT:**  Do you think that means that, even

24     though you may not know about a particular case, that you

25     would have a slanted view of the evidence, even if I told

1   you you had to rely only on the evidence in the court?

2           **PROSPECTIVE JUROR:**  I mean I think I would be open

3   obviously to listening to, you know, what happened and the

4   evidence, I mean, give the person the benefit of the doubt.

5           But, you know, it's hard for me to think about how

6   somebody wouldn't be guilty, you know, in that situation if

7   they went into the building and used violence.

8           **THE COURT:**  Okay.

9           Why don't we start with government counsel.

10          **MS. LEDERER:**  Good morning, Juror 601.

11          **PROSPECTIVE JUROR:**  Good morning.

12          **MS. LEDERER:**  Now, the Judge is going to instruct

13  you that you have to listen to him and the law and put all

14  of your personal beliefs aside.  Would you be able to listen

15  to the Judge when he says that?

16          **PROSPECTIVE JUROR:**  Yeah.

17          **MS. LEDERER:**  And this case doesn't involve going

18  into the building.  The Judge read the facts.  It's about

19  outside the building.  The violence that's alleged is

20  outside of the building.

21          So if the Judge says you have to put aside all of

22  your beliefs and just listen to the evidence and then make a

23  decision, would you be able to do that?

24          **PROSPECTIVE JUROR:**  Yeah.

25          **MS. LEDERER:**  I have no other questions.

1          **MR. KNIGHT:**  Good morning, 601.

2          **PROSPECTIVE JUROR:**  Good morning.

3          **MR. KNIGHT:**  You said that you mentioned that you

4    listen to The Daily?

5          **PROSPECTIVE JUROR:**  Yeah.

6          **MR. KNIGHT:**  Yeah, that podcast, it covers quite a

7    bit of January 6 content, doesn't it?

8          **PROSPECTIVE JUROR:**  Yeah, I think so.  I mean, I

9    haven't heard, you know, a lot about it on The Daily.  I

10   listen to a lot of different podcasts in The Daily.

11         **MR. KNIGHT:**  Sure.

12         **PROSPECTIVE JUROR:**  Yeah.

13         **MR. KNIGHT:**  And there's been some talk about

14   violence related to January 6 that you've read about?

15         **PROSPECTIVE JUROR:**  I mean, just in the news.  So

16   I haven't gone out of my way to find out about what's

17   happening, but just what's been in the news since it

18   happened.

19         **MR. KNIGHT:**  Sure.

20         **PROSPECTIVE JUROR:**  You know, what you see in the

21   headlines.

22         **MR. KNIGHT:**  And I appreciated you being open and

23   honest with the Court.  You mentioned though that the

24   violence was an issue for you.  If violence is at issue in

25   this case, is that going to make it more difficult to be

1      fair?

2                 **PROSPECTIVE JUROR:**  No.  I mean a violence, in

3      general, I don't think you should condone it.  Right?  So I

4      guess, not knowing the facts about the case, it's hard for

5      me to tell you now whether -- it's not a personal issue that

6      I have with it but, obviously, it would be something that I

7      would consider as part of the facts of the case.

8                 **MR. KNIGHT:**  All right.  Thank you.

9                 **THE COURT:**  Thank you.  You can take your seat.

10         (Prospective juror steps down.)

11                **THE COURT:**  Objections to qualifying this juror?

12                **MR. KNIGHT:**  Ira Knight for the government,

13     Your Honor.

14                **THE COURT:**  Yes.

15                **MR. KNIGHT:**  You know, she was very open and

16     honest when she started talking with you about her views on

17     violence and information about January 6.  I felt like that

18     her tone and demeanor changed when we started asking her

19     questions, and she became a little bit more evasive,

20     illusive.  I would request that this juror be stricken for

21     cause.

22                **MS. LEDERER:**  Your Honor, multiple times, upon

23     your questioning and also my questioning, she was reminded,

24     You're going to have to put all of your personal feelings

25     aside, listen to the Judge and listen to the law and weigh

1    the evidence against the law and then make a determination.

2    Can you do that?  And I think it was three or four times she

3    said, Yes, she would be able to do that.

4            **MR. KNIGHT:**  Your Honor, if I could --

5            **THE COURT:**  You don't need to.  I'm going to

6    strike this juror too.

7            **MR. KNIGHT:**  Yeah, okay.

8            **THE COURT:**  She feels biased to me in a way that

9    is odd at a minimum, that she didn't answer the question on

10   the notecard.  So I'm going to strike -- or not strike.  I'm

11   going to not qualify Juror 601.

12        (Sidebar discussion concluded.)

13           **THE COURT:**  Juror 87, please.  Sir.

14        (Prospective juror steps up.)

15        (Sidebar discussion.)

16           **PROSPECTIVE JUROR:**  Yes.

17           **THE COURT:**  Good morning.

18           **PROSPECTIVE JUROR:**  Good morning.

19           **THE COURT:**  This is Juror 87, everyone, and did

20   not answer "yes" to any of the questions on the notecard.

21           Sir, what do you do?

22           **PROSPECTIVE JUROR:**  I'm a painter for the public

23   school system.

24           **THE COURT:**  Okay.  Where do you live?

25           **PROSPECTIVE JUROR:**  Washington, D.C., Anacostia.

1          **THE COURT:**  Anacostia.  Not anywhere near the

2    Capitol?

3          **PROSPECTIVE JUROR:**  No, sir.

4          **THE COURT:**  One of the questions asked whether you

5    were following the investigation of the events of January 6,

6    and you didn't answer "yes" to that question.  Is that

7    right?  What do you know about January 6?

8          **PROSPECTIVE JUROR:**  I just follow a little news on

9    it, but I'm just not really consistent on it or pay much

10    attention anymore.

11          **THE COURT:**  Okay.

12          What do you know about it?

13          **PROSPECTIVE JUROR:**  That people just wanted some

14    justice is all I know.

15          **THE COURT:**  Okay.

16          Do you -- given what you know, do you have any

17    reason to believe that you would be unable to be impartial

18    and fair in this case judging the evidence based on what you

19    see in the courtroom only?

20          **PROSPECTIVE JUROR:**  No, sir.

21          **THE COURT:**  Okay.

22          Does the government have any follow-up?

23          **MS. LEDERER:**  Yes.

24          Good morning, Juror 87.  How are you doing today?

25          **PROSPECTIVE JUROR:**  How are you doing, ma'am?

1        **MS. LEDERER:**  Good.  Good.  Thank you for asking.

2        I have a few questions.  You said that you

3    categorized January 6 as people wanting some justice.  Could

4    you explain a little bit more of what you meant by that?

5        **PROSPECTIVE JUROR:**  I would think that it was just

6    unfair justice on the election as far as I know.

7        **MS. LEDERER:**  Now, is that a belief you share or

8    are you saying that's what was in their heads?

9        **PROSPECTIVE JUROR:**  That's just what's in their

10    heads.

11        **MS. LEDERER:**  Do you have any strong feelings

12    towards January 6?

13        **PROSPECTIVE JUROR:**  No, ma'am.

14        **MS. LEDERER:**  Thank you.

15        **MR. KNIGHT:**  Good morning, Juror 87.

16        **PROSPECTIVE JUROR:**  How are you doing, sir?

17        **MR. KNIGHT:**  I'm well.  You said you're a painter?

18        **PROSPECTIVE JUROR:**  Yes.

19        **MR. KNIGHT:**  Do you do any electric work?

20        **PROSPECTIVE JUROR:**  No, sir.

21        **MR. KNIGHT:**  Okay.  Just painting?

22        **PROSPECTIVE JUROR:**  Yes.

23        **MR. KNIGHT:**  All right.  No further questions,

24    Your Honor.

25        **THE COURT:**  Thank you, sir.

1          **PROSPECTIVE JUROR:**  Thank you.

2     (Prospective juror steps down.)

3          **THE COURT:**  Any objection to qualifying Juror 87?

4          **MS. LEDERER:**  No, Your Honor.

5          **MR. KNIGHT:**  No, Your Honor.

6          **THE COURT:**  Juror 87 is qualified.

7     (Sidebar discussion concluded.)

8          **THE COURT:**  Juror 2023, please.

9     (Prospective juror steps up.)

10    (Sidebar discussion.)

11         **THE COURT:**  Good morning.

12         **PROSPECTIVE JUROR:**  Good morning.

13         **THE COURT:**  This is Juror 2023.  And, Counsel,

14    Juror 2023, let the record reflect, answered "yes" to

15    Questions 2, 4 and 21.

16         I'll start with 4, which asks whether you've been

17    on the Capitol grounds or inside the Capitol building.  You

18    said "yes" to that.  When was that?

19         **PROSPECTIVE JUROR:**  As a tourist or just visiting.

20         **THE COURT:**  Okay.  How long ago were you last

21    there, do you think?

22         **PROSPECTIVE JUROR:**  Before the -- before COVID.

23         **THE COURT:**  Okay.  You also answered "yes" to the

24    question about in following the investigation of the events

25    of January 6, 2021.  Can you describe to us how you know

1     about that day and how you consume information about it?

2                    **PROSPECTIVE JUROR:**  Just general news coverage

3     from the apps.  I don't have, like, CNN and all of that.  I

4     just use the apps on my phone.

5                    **THE COURT:**  So where do you get most of your news

6     about January 6?

7                    **PROSPECTIVE JUROR:**  The Guardian and sometimes the

8     CNN app.

9                    **THE COURT:**  Do you go looking for that information

10    or is it more that you just have, kind of, a news feed

11    coming to you that includes January 6 and other stuff?

12                   **PROSPECTIVE JUROR:**  Yes.

13                   **THE COURT:**  Okay.

14                   As a result of what you know about January 6, are

15    you -- do you have reason to believe that you would be

16    biased in any case in assessing the evidence in the

17    courtroom and the law as I instruct you?

18                   **PROSPECTIVE JUROR:**  I don't think so.

19                   **THE COURT:**  Okay.

20                   Question 21 asked whether anyone in your -- you or

21    members of your family or close personal friends worked in

22    the criminal justice system.  Can you describe why you

23    answered "yes" to that question?

24                   **PROSPECTIVE JUROR:**  My mother worked as a District

25    Court clerk for our local community for 25 years.

1          **THE COURT:**  Where was that?

2          **PROSPECTIVE JUROR:**  Clifton Heights, Delaware

3     County, Pennsylvania.

4          **THE COURT:**  Okay.  Anything about that experience

5     lead you to think you would be biased against one side or

6     the other in this case?

7          **PROSPECTIVE JUROR:**  No.

8          **THE COURT:**  Okay.

9          **PROSPECTIVE JUROR:**  Also --

10         **THE COURT:**  Yes, please.

11         **PROSPECTIVE JUROR:**  My sister was a probation and

12    parole officer.

13         **THE COURT:**  Probation and parole officer where?

14         **PROSPECTIVE JUROR:**  In Delaware and Philadelphia

15    but that was 20 years ago.

16         **THE COURT:**  Okay.  She hasn't done anything in the

17    probation/parole area in the last 20 years or so?

18         **PROSPECTIVE JUROR:**  In the last 15.  She's

19    deceased now.

20         **THE COURT:**  Oh, I'm sorry to hear that.

21         Anything about her work then that would cause you

22    to be worried about being biased in this case?

23         **PROSPECTIVE JUROR:**  No.

24         **THE COURT:**  Okay.  Government, any follow-up

25    questions?

1          **MS. LEDERER:**  No.  Thank you.

2          **THE COURT:**  Defense?

3          **MR. KNIGHT:**  Thank you, Your Honor.

4          2023, good morning.  Your mother worked for the

5    District Court clerk in Pennsylvania?

6          **PROSPECTIVE JUROR:**  She did for 25 years.

7          **MR. KNIGHT:**  Did she ever tell you stories about

8    that?

9          **PROSPECTIVE JUROR:**  No.  Nothing -- she's not

10   allowed to, I don't believe, so she didn't really get into

11   anything.

12         **MR. KNIGHT:**  Okay.  You said your sister was a

13   parole officer about 20 years ago?

14         **PROSPECTIVE JUROR:**  Yes.

15         **MR. KNIGHT:**  Did she ever talk to you about that

16   job or experiences that she had?

17         **PROSPECTIVE JUROR:**  Only that it was -- it's a

18   tough job going in and, you know, visiting people's homes

19   and so forth.

20         **MR. KNIGHT:**  She saw a lot of poverty?

21         **MS. LEDERER:**  Objection.  Relevancy.

22         **THE COURT:**  I'll allow you to answer the question.

23         **PROSPECTIVE JUROR:**  I don't think she would

24   describe it as poverty, but it was difficult and stressful.

25         **MR. KNIGHT:**  For her?

1          **PROSPECTIVE JUROR:**  Yes.

2          **MR. KNIGHT:**  Okay.  Thank you.

3          **THE COURT:**  Thank you, sir.  You can take your

4     seat.

5          (Prospective juror steps down.)

6          **THE COURT:**  Any objections to qualifying Juror

7     2023?

8          **MS. LEDERER:**  Not from the government.

9          **MR. KNIGHT:**  No, Your Honor.

10         **THE COURT:**  Juror 2023 is qualified.

11         (Sidebar discussion concluded.)

12         **THE COURT:**  Juror 1403, please.

13         (Prospective juror steps up.)

14         (Sidebar discussion.)

15         **THE COURT:**  Good morning.

16         **PROSPECTIVE JUROR:**  Good morning.

17         **THE COURT:**  This is Juror 1403, everyone.

18              It appears that you started to write a "yes" --

19         **PROSPECTIVE JUROR:**  Number 2.

20         **THE COURT:**  Yes.  Then you erased it?

21         **PROSPECTIVE JUROR:**  Yeah, because I was following

22    it when it actually started and then I lost track of it.  So

23    initially, I thought I should put a 2 and then thought,

24    well, maybe not.

25         **THE COURT:**  We'll treat this as a "yes" answer

1      just for present purposes.  Describe to us how you followed

2      the events of January 6 back in the day.

3              PROSPECTIVE JUROR:  Back in the day on the news.

4              THE COURT:  Did you go looking for that news or

5      were you just --

6              PROSPECTIVE JUROR:  No, it was current events, you

7      know, because of what happened and everybody was -- you

8      know, it was on the news all of the time.

9              THE COURT:  Did you reach conclusions based on

10     that at the time about what happened that day?

11             PROSPECTIVE JUROR:  No, not actual conclusions.

12     You know, suspicions of what happened, how it happened, but

13     I don't think I actually drew a conclusion because there

14     really wasn't enough information.

15             THE COURT:  Do you presently see news regarding

16     January 6 or the trials relating to it?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  Based on what you saw at the time, do

19     you think you would come into the courtroom biased in favor

20     of one party or the other?

21             PROSPECTIVE JUROR:  No, actually not.

22             I mean, I was just shocked that it even happened.

23     I was shocked that it could happen.  I was shocked that --

24     yeah, just that it happened, to be honest with you.

25             THE COURT:  Would that -- so that feeling you had

1    of shock, do you think you would carry that into how you

2    reviewed the evidence in this case?

3            PROSPECTIVE JUROR:  Probably not.

4            THE COURT:  Okay.

5            You say "probably", is that --

6            PROSPECTIVE JUROR:  Well, no.  I don't have enough

7    information, I guess, to be biased or to vote one way or

8    another.  I mean, I do feel emotional about it.  I do feel

9    something about it, but I don't know if that would actually

10   play into this trial.

11           THE COURT:  Did you feel any emotion today when I

12   described to you what the case was about?

13           PROSPECTIVE JUROR:  No.

14           THE COURT:  Why don't we start with you,

15   Mr. Knight.

16           MR. KNIGHT:  Thank you, Your Honor.

17           1403, good morning.

18           PROSPECTIVE JUROR:  Good morning.

19           MR. KNIGHT:  You said that you were shocked that

20   January 6 could happen.

21           What did you mean by that, that an attack could

22   happen on the Capitol or what did you mean?

23           PROSPECTIVE JUROR:  I meant that it could actually

24   take place, that anyone, any group of individuals could be

25   that bold to try to take over the Capitol, I mean, and

1   actually entered into the Capitol.  I was surprised that

2   that even could happen.

3        **MR. KNIGHT:**  That had an impact on you?

4        **PROSPECTIVE JUROR:**  Well, I don't know if you

5   want -- that's an interesting question.  Yeah, I guess it

6   did because it was shocking.

7        **MR. KNIGHT:**  You've used that word quite a bit.  I

8   think I understand what shock is.  But when you think of

9   shock or when you were watching the events unfold, what was

10  going through your mind?

11       **PROSPECTIVE JUROR:**  It's unbelievable.  You know,

12  it's unbelievable that that's possible that would happen in

13  the United States of America.

14       **MR. KNIGHT:**  Did you have some strongly-held

15  beliefs about the United States of America?

16       **PROSPECTIVE JUROR:**  No.  Just that I believe that

17  we protect ourselves.  We protect things that are important.

18  And to -- for people to just sort of be able to actually get

19  in was a shock to me, you know?  It was just -- I don't even

20  see how that even happened.

21       **MR. KNIGHT:**  Okay.

22       No further questions.  Thank you.

23       **THE COURT:**  Government counsel?

24       **MS. ERIKSEN:**  Good morning, ma'am.

25       **PROSPECTIVE JUROR:**  Good morning.

1          **MS. ERIKSEN:**  The information we have about your

2    occupation is retired.  What was your job before you

3    retired?

4          **PROSPECTIVE JUROR:**  I worked for a non-profit

5    housing.

6          **MS. ERIKSEN:**  Okay.  Here in D.C.?

7          **PROSPECTIVE JUROR:**  Yeah, in D.C.

8          **MS. ERIKSEN:**  And I recognize your answers about

9    being shocked by the events, but is it also true you haven't

10   followed any individual cases or too much individual

11   coverage since January 6 itself?

12         **PROSPECTIVE JUROR:**  No, I haven't followed too

13   much of it at all.

14         **MS. ERIKSEN:**  If the Court were to give you

15   instructions on the law, would you follow his instruction?

16         **PROSPECTIVE JUROR:**  Of course.

17         **MS. ERIKSEN:**  And if the parties present evidence,

18   would you weigh all of that evidence fairly and impartially?

19         **PROSPECTIVE JUROR:**  I would make every effort to

20   do so.

21         **MS. ERIKSEN:**  Thank you, ma'am.

22         **PROSPECTIVE JUROR:**  You're welcome.

23         **THE COURT:**  Thank you, ma'am.  You can have your

24   seat.

25         **PROSPECTIVE JUROR:**  Thank you.

1          (Prospective juror steps down.)

2              **THE COURT:**  Mr. Knight?

3              **MR. KNIGHT:**  Yes, sir.

4              **THE COURT:**  Do you have an objection to qualifying

5     this juror?

6              **MR. KNIGHT:**  If I could just have a moment,

7     Your Honor.

8          (Discussion off the record between Mr. Knight and

9     Ms. Costner.)

10             **MR. KNIGHT:**  Your Honor, I've had some trouble

11    parsing how shocked she was and the emotions she felt about

12    it.  We would move to strike this juror for cause.

13             **THE COURT:**  Government?

14             **MS. ERIKSEN:**  Your Honor, I think she answered

15    that she was shocked at the time about what happened but

16    that she could listen to Your Honor's instructions.  Now

17    it's been over two years and she said she could listen to

18    the facts and also to any instructions of law given by the

19    Court.

20             **THE COURT:**  Yeah.  This seems to me to be one

21    where we have a juror who has some knowledge, who had a

22    reaction at the time, but who has been pretty clear, unlike

23    some of the earlier ones, about her ability to be unbiased

24    and to follow my instructions.

25             So I'm not suggesting that this is an easy call,

1    but I am going to qualify Juror 1403.

2         (Sidebar discussion concluded.)

3              **THE COURT:**  Juror 1597.

4         (Prospective juror steps up.)

5         (Sidebar discussion.)

6              **THE COURT:**  Good morning.

7              **PROSPECTIVE JUROR:**  Good morning.

8              **THE COURT:**  Counsel, this is Juror 1597.  He

9    answered Questions 2, 4, 15 and 18 "yes."

10             Let's start with 2 which is about whether you've

11   been following the investigation of the events of January 6,

12   2021 in the news, media or on the internet and you answered

13   "yes" to that?

14             **PROSPECTIVE JUROR:**  Yes.

15             **THE COURT:**  Can you describe to us how you've done

16   so?

17             **PROSPECTIVE JUROR:**  When news articles have come

18   out, I've read those.  Podcasts have made mention of

19   different cases that have come through.

20             **THE COURT:**  Have you sought those news articles or

21   other articles out or is it that they're coming to you?

22             **PROSPECTIVE JUROR:**  They are part of a regular

23   suite of news that I follow.  I'm not sure I'd say I've been

24   actively pursuing information, but it's a common theme of

25   the sites.

1          **THE COURT:**  What does that -- can you describe,

2     generally speaking, the regular suite of news that you get?

3          **PROSPECTIVE JUROR:**  Various podcasts, *New York*

4     *Times*, CNN, stuff like that.

5          **THE COURT:**  As a result of your consuming of those

6     news sources about January 6, do you think you could

7     approach this case in an unbiased and fair manner where you

8     listen to just the evidence in the courtroom and my

9     instructions?

10         **PROSPECTIVE JUROR:**  Yes.  Yes.

11         **THE COURT:**  You were asked whether you've been on

12    the Capitol grounds or inside of the Capitol?

13         **PROSPECTIVE JUROR:**  Yes.

14         **THE COURT:**  Can you describe when that was last?

15         **PROSPECTIVE JUROR:**  Last?

16         **THE COURT:**  Or how many times?

17         **PROSPECTIVE JUROR:**  High school, several times,

18    Senate and House side and the Gallery, tour of the Well in

19    high school, visiting for events.  I attended inauguration

20    several years back.  I've been to the Green House.  I'm not

21    sure if that counts as the Capitol grounds or not.  But not

22    in the last five years I don't think.

23         **THE COURT:**  Would all of those visits cause you to

24    worry about your ability to be unbiased in this case?

25         **PROSPECTIVE JUROR:**  No.

1        **THE COURT:**  You also have served previously on a

2   grand jury or a trial jury.  Correct?

3        **PROSPECTIVE JUROR:**  Yes.

4        **THE COURT:**  Could you describe to us those

5   experiences or that experience?

6        **PROSPECTIVE JUROR:**  I've been on two juries in

7   2011 or '12 and then one this February for the District of

8   Columbia.  The first case was drugs and gun possession and

9   second was gun possession.

10        **THE COURT:**  So those were both in D.C. Superior

11   Court?

12        **PROSPECTIVE JUROR:**  Yes, not the federal.

13        **THE COURT:**  Yeah, and they both went to verdict?

14        **PROSPECTIVE JUROR:**  Well, the first one had

15   verdict.  Second jury did not reach a verdict.

16        **THE COURT:**  Is there anything about either of

17   those experiences that you found was -- I'll use a very

18   generic word -- bad?

19        **PROSPECTIVE JUROR:**  No.

20        **THE COURT:**  Anything about them that would cause

21   you to worry about your ability to be impartial here because

22   of those experiences?

23        **PROSPECTIVE JUROR:**  No.

24        **THE COURT:**  You also answered "yes" to whether

25   someone in your family or close friend or you studied law or

1    was employed by a lawyer or a law firm.  Can you describe to

2    us why you answered "yes" there?

3                PROSPECTIVE JUROR:  My father is a lawyer and many

4    of my close friends are lawyers.

5                THE COURT:  What does your father do?

6                PROSPECTIVE JUROR:  International bank regulation.

7    He worked previously for the Office of Thrift Supervision

8    and has been advising in private sector for international

9    clients since then.

10               My best woman at my wedding is in healthcare law.

11   Several of my friends are in-house counsel or otherwise

12   lawyers.

13               THE COURT:  Any of those -- any family member or

14   close personal friend a former or current prosecutor or

15   criminal defense attorney?

16               PROSPECTIVE JUROR:  Not criminal or a prosecutor,

17   no.

18               THE COURT:  Okay.  Thank you.

19               Government, any follow-up?

20               MS. ERIKSEN:  Good morning, sir.  How are you?

21               PROSPECTIVE JUROR:  Good morning.  Good.

22               MS. ERIKSEN:  I just have a quick question about

23   your employment.  Can you tell us a little bit about your

24   job?

25               PROSPECTIVE JUROR:  I work for a federal

1    contractor.  We do contracts for the U.S. Agency for

2    International Development.

3                 **MS. ERIKSEN:**  Okay.  Thank you so much.  I don't

4    have any other questions.

5                 **THE COURT:**  Mr. Knight?

6                 **MR. KNIGHT:**  Thank you, Your Honor.

7                 Good morning, 1597.

8                 **PROSPECTIVE JUROR:**  Good morning.

9                 **MR. KNIGHT:**  You said you listen to some podcasts.

10   Do you recall the names of them?

11                **PROSPECTIVE JUROR:**  Yeah, there's *Opening*

12   *Arguments*, *Cleanup on Aisle 45*, *Mueller, She Wrote*, *Enemies*

13   *List*, things like that.

14                **MR. KNIGHT:**  When you say "Cleanup on Aisle 45",

15   what's that in reference to?

16                **PROSPECTIVE JUROR:**  That is the name of the

17   podcast.

18                **MR. KNIGHT:**  Right.  And where does the 45 come

19   from?

20                **PROSPECTIVE JUROR:**  The former president's number

21   of -- his number of presidency.

22                **MR. KNIGHT:**  How would you characterize that

23   podcast?

24                **PROSPECTIVE JUROR:**  I'm not sure.  How do you

25   mean?

1          **MR. KNIGHT:**  Well, what's the content about?

2          **PROSPECTIVE JUROR:**  Content is about what is

3   happening, what the Justice Department is up to in various

4   cases.  I haven't listened to it regularly for some time,

5   but previously did listen to it regularly.

6          **MR. KNIGHT:**  You listened to it pretty regularly.

7   so *Cleanup on Aisle 45*, if I could, is it just talking about

8   how the Justice Department's January 6 investigation is

9   advancing?

10         **PROSPECTIVE JUROR:**  And other cases related, not

11  just the January 6 cases, no.

12         **MR. KNIGHT:**  Okay.  So other cases related to

13  Donald Trump?

14         **PROSPECTIVE JUROR:**  Potentially, yes.  Yes.

15         **MR. KNIGHT:**  Okay.  Thank you.

16         **THE COURT:**  Thank you, sir.

17      (Prospective juror steps down.)

18         **THE COURT:**  Mr. Knight?

19         **MR. KNIGHT:**  Your Honor, we would move to strike

20  this juror for cause.  You asked him the question about the

21  podcasts.  He talked about *New York Times* and CNN.  That was

22  the opportunity for him to come forward and demonstrate

23  unbias, but he chose to be evasive, I think, there.

24          And instead, when we talked about it, it's clear

25  that he's got some very strong information and he subscribes

1    to these things that are political, very political in

2    nature.

3              **THE COURT:**  Thank you.  Does the government

4    believe I can qualify this juror?

5              **MS. ERIKSEN:**  Yes, I do, Your Honor.

6              **THE COURT:**  All right.  I don't need to -- I just

7    want to make sure you don't disagree with the defendant.  I

8    disagree.  I think this juror, while he clearly may have a

9    political, perhaps even strong political views, he made very

10   clear and very quick that he could be unbiased in this case

11   notwithstanding those views.  And I will therefore qualify

12   1597.

13        (Sidebar discussion concluded.)

14             **THE COURT:**  Juror 938, please.

15        (Prospective juror steps up.)

16        (Sidebar discussion.)

17             **THE COURT:**  Good morning.

18             **PROSPECTIVE JUROR:**  Good morning.

19             **THE COURT:**  Everyone, this is Juror 938, who

20   answered "yes" to Questions 18, 20 and 24.

21             Eighteen asked you, ma'am, about whether any

22   member of your family or friend or you had studied or had

23   been employed as a lawyer at a law firm or worked in the

24   courthouse or a paralegal or a legal secretary.  Can you

25   describe why you answered "yes" to that question?

1          **PROSPECTIVE JUROR:**  Yes, my sister, she went to

2   school for law.  She worked as a court clerk in Baltimore

3   and she now works for Maryland government.

4          **THE COURT:**  Does she still work in the legal

5   field, kind of, or does she do something else in Maryland?

6          **PROSPECTIVE JUROR:**  She's now with military.

7          **THE COURT:**  Can you say that again?  Sorry.

8          **PROSPECTIVE JUROR:**  She's now with military.

9          **THE COURT:**  Oh, she's in the military.  How long

10  ago was she a court clerk?

11         **PROSPECTIVE JUROR:**  I'm going to say eight years

12  maybe, something like that.

13         **THE COURT:**  Anything about her experience that

14  would cause you to be biased in this case?

15         **PROSPECTIVE JUROR:**  No.

16         **THE COURT:**  Okay.

17         Also, another question asked whether anyone in

18  your family or close friends worked in law enforcement,

19  basically.  Can you describe why you answered "yes" to that

20  question?

21         **PROSPECTIVE JUROR:**  My daughter, she works at

22  Homeland Security with the education sector.  That's

23  basically it.

24         **THE COURT:**  So how long has she worked at Homeland

25  Security?

1          **PROSPECTIVE JUROR:**  She still does now.

2          **THE COURT:**  Right.  For how long has she been

3    there?

4          **PROSPECTIVE JUROR:**  I guess since -- five years or

5    four years.

6          **THE COURT:**  Okay.  Is she -- she's not an agent,

7    though?

8          **PROSPECTIVE JUROR:**  [Shakes head]

9          **THE COURT:**  Okay.  Just let the record reflect the

10   witness, basically, nodded her head, no.

11         **PROSPECTIVE JUROR:**  Oh, no.  No.

12         **THE COURT:**  And then another -- was there anyone

13   in your group had been arrested -- in that group had been

14   arrested or charged with or convicted of a crime.  Can you

15   describe why you answered "yes" to that question?

16         **PROSPECTIVE JUROR:**  My oldest son.

17         **THE COURT:**  What was he charged with or convicted

18   with?

19         **PROSPECTIVE JUROR:**  It's been a few years.  He

20   had, years ago, about 12 years ago.

21         **THE COURT:**  What was he charged with?

22         **PROSPECTIVE JUROR:**  Theft.

23         **THE COURT:**  Death?

24         **PROSPECTIVE JUROR:**  Theft.  Stealing.

25         **THE COURT:**  Oh, theft.  I'm sorry.

1                    Did he go to jail?

2              **PROSPECTIVE JUROR:**  Yes.

3              **THE COURT:**  Is there anything about that

4     experience that would make you biased in this case against

5     the government or perhaps in favor of the government?

6              **PROSPECTIVE JUROR:**  No.  Many people do what they

7     do.  They get -- and there is always penalty for what you

8     do.

9              **THE COURT:**  Okay.

10                   Is there anything you heard about my description

11    of this case that would cause you to worry about being

12    biased one way or the other?

13             **PROSPECTIVE JUROR:**  No.

14             **THE COURT:**  Okay.  Thank you.

15                   Government?

16             **MS. ERIKSEN:**  Good morning, ma'am, how are you?

17             **PROSPECTIVE JUROR:**  Good.

18             **MS. ERIKSEN:**  I just have one quick question.  Are

19    you currently employed?

20             **PROSPECTIVE JUROR:**  No, I am not.

21             **MS. ERIKSEN:**  Are you retired?

22             **PROSPECTIVE JUROR:**  Somewhat, yes.

23             **MS. ERIKSEN:**  What type of job or jobs have you

24    done in your career?

25             **PROSPECTIVE JUROR:**  Basically teaching or nursing.

1          **MS. ERIKSEN:**  Teaching or nursing.  Okay.  And you

2    said your son's theft case, was that here in D.C.?

3          **PROSPECTIVE JUROR:**  Yes, it was.

4          **MS. ERIKSEN:**  In this courthouse or Superior

5    Court, if you recall, across the street?

6          **PROSPECTIVE JUROR:**  Yeah, across the street, I

7    think.

8          **MS. ERIKSEN:**  You said 12 years ago.  That was

9    when it occurred?

10         **PROSPECTIVE JUROR:**  Yeah, it was about 12 years

11   ago.

12         **MS. ERIKSEN:**  Okay.  You said he did serve some

13   jail time?

14         **PROSPECTIVE JUROR:**  He did.

15         **MS. ERIKSEN:**  Okay.

16         And is there anything about that that would make

17   it hard for you to sit through this case?

18         **PROSPECTIVE JUROR:**  No.  It wasn't a violent

19   crime.

20         **MS. ERIKSEN:**  Okay.  Thank you, ma'am.  Appreciate

21   it.

22         **PROSPECTIVE JUROR:**  Thank you.

23         **THE COURT:**  Mr. Knight?

24         **MR. KNIGHT:**  Thank you, 938.

25         You said that your sister was a lawyer?

1          **PROSPECTIVE JUROR:**  She went to school for law.

2     She has her degree -- master's and jurisprudence.

3          **MR. KNIGHT:**  Are the two of you close?

4          **PROSPECTIVE JUROR:**  She's my sister, yes.

5          **MR. KNIGHT:**  Do you keep in touch with her?

6          **PROSPECTIVE JUROR:**  We speak at least every Sunday

7     for FaceTime or family chat.

8          **MR. KNIGHT:**  Does she talk to you about what she

9     does pretty frequently?

10          **PROSPECTIVE JUROR:**  No.  She's actually working

11     now with the government in another agency.  She's not, um --

12     I don't think she actually does the law part anymore.

13          **MR. KNIGHT:**  Okay.

14          So there's no potential for bias there?

15          **PROSPECTIVE JUROR:**  No.

16          **MR. KNIGHT:**  Okay.  Thank you.

17          **THE COURT:**  Thank you, ma'am.

18          (Prospective juror steps down.)

19          **THE COURT:**  Any objection to qualifying Juror 938?

20          **MR. KNIGHT:**  No objection, Your Honor.

21          **MS. ERIKSEN:**  No objection, Your Honor.

22          **THE COURT:**  Juror 38 is qualified.

23          (Sidebar discussion concluded.)

24          **THE COURT:**  Juror 892, please.

25          (Prospective juror steps up.)

1          (Sidebar discussion.)

2               **THE COURT:**  Good morning.

3               **PROSPECTIVE JUROR:**  Good morning.

4               **THE COURT:**  Everyone, this is Juror 892 and he

5      answered "yes" to six questions, 2, 3, 4, 19, 20 and 25.

6               I'm going to start with the answer about following

7      the investigation of the events of January 6.

8               **PROSPECTIVE JUROR:**  Okay.

9               **THE COURT:**  Can you describe to us how you do so?

10              **PROSPECTIVE JUROR:**  Generally -- not

11     specifically -- but, generally, just on the internet, I read

12     all of the political articles on *The Post*.  I follow

13     podcasts, that sort of thing.  Like I said, nothing

14     specifically about this particular case but, generally,

15     overarching all of the cases in January 6.

16              **THE COURT:**  Do you go looking for that information

17     about and read about cases involving January 6 or is it more

18     that they are just present in the news feeds that you get?

19              **PROSPECTIVE JUROR:**  They's present in the news

20     feeds that I get, although I do subscribe to a lot of

21     political news feeds.

22              **THE COURT:**  So you read a lot about politics?

23              **PROSPECTIVE JUROR:**  Yeah.

24              **THE COURT:**  As a result of your review of news

25     about January 6, generally, have you formed opinions about

1    that day?

2         **PROSPECTIVE JUROR:**  I mean, I did watch it, and I

3    follow a lot of the cases.  I know a lot of the cases

4    haven't gone particularly well for defendants.  So I guess,

5    in my opinion, like, most of them were there.  If they were

6    there, they were kind of guilty.

7         **THE COURT:**  Do you think that you could be fair

8    and unbiased in any case -- but obviously, I'm asking about

9    this one.  And by that, I mean to review the facts and the

10   evidence and follow the law as I instruct you even though

11   you have read a lot about other cases in the media?

12        **PROSPECTIVE JUROR:**  I mean, I don't know any

13   specifics.  So I'm always -- I can listen to anything that

14   came up in the case and form my opinions just on that.

15        **THE COURT:**  Okay.

16        The other -- two of the questions then asked about

17   whether anyone in your, sort of, immediate family, partner,

18   et cetera, live or work at or near the U.S. Capitol and then

19   whether you've been on the grounds or inside the building.

20   Can you just tell us why you answered "yes" to those two

21   questions?

22        **PROSPECTIVE JUROR:**  Well, I grew up off of

23   Kentucky Avenue, Tennessee Avenue, down not that far from

24   the Capitol.  I'm like less than a mile from the Capitol.

25        **THE COURT:**  Okay.  Where do you live now?

1           **PROSPECTIVE JUROR:**  I still live at my parents'

2    house.

3           **THE COURT:**  Okay.  And then you've been on the

4    grounds?

5           **PROSPECTIVE JUROR:**  Generally, walking around,

6    doing laps around the Capitol.  Yeah, I'm close enough to do

7    that.

8           **THE COURT:**  Have you been inside the Capitol?

9           **PROSPECTIVE JUROR:**  Once or twice, but probably

10   before the pandemic.

11          **THE COURT:**  I'm now going to ask about these other

12   questions.  Questions asked about whether you had family

13   members, basically, in law enforcement.  That's 19 and 20.

14   Can you describe to us your answer there?

15          **PROSPECTIVE JUROR:**  Yeah.  Like, my dad -- my

16   stepdad's family, a lot of them work for law enforcement.

17   So he -- my dad actually works for D.C. Protective Services

18   now.  He used to work for MPD.  His brother was a Virginia

19   State Trooper before he passed in May.  And I have a friend

20   who works for federal protective services.

21          **THE COURT:**  So you have family in law enforcement.

22   And do you think that, knowing about their jobs and talking

23   to them, would lead you to potentially be biased in favor of

24   the government in this case?

25          **PROSPECTIVE JUROR:**  I know a lot of things that

1    happened, like, not specifically, but they tell me a lot of

2    what happens on their jobs but specifically, probably not.

3    You know, there's good eggs and bad eggs in every sort of

4    job so --

5        **THE COURT:**  Yep.  All right.  Question 25 asked

6    about whether anyone in your, sort of, immediate group had

7    been the victim or a witness to a crime.  Can you describe

8    why you answered "yes" to that question?

9        **PROSPECTIVE JUROR:**  Yeah.  It happened when I was

10   a teenager.  My mother was actually told -- one of her

11   co-workers attacked -- well she shot up the office at their

12   agency.  She works for Child and Family Services.  He, that

13   night -- one night shot up at one of the officers for a

14   co-worker that he had a disagreement with.

15       He told her and then so, because it's an agency

16   that takes children, she felt compelled -- well, she rightly

17   felt compelled to, you know, tell it to -- report him.  So

18   she was a witness in that trial.

19       **THE COURT:**  Is there anything about that

20   experience that you think would cause you to be biased in

21   favor of the government or perhaps against the government

22   but especially as it relates to this case?

23       **PROSPECTIVE JUROR:**  Not that I can say off the top

24   of my head, no.

25       **THE COURT:**  So obviously, I've asked you a lot of

1    questions about whether, in light of your knowledge about

2    January 6, your family members in law enforcement and your

3    mom's experience there, but just to sort of round it out,

4    we, of course, want to have people who can sit in this

5    courtroom and be unbiased with respect to any outside

6    influence and can review the evidence as it's submitted and

7    the law as I instruct the jurors.  Do you believe you could

8    do that here?

9         **PROSPECTIVE JUROR:**  Yeah, I think I can do it.

10        **THE COURT:**  Okay.

11        Government, any follow-up?

12        **MS. ERIKSEN:**  Good morning, sir, how are you?

13        **PROSPECTIVE JUROR:**  I'm good.  How are you?

14        **MS. ERIKSEN:**  I'm good.  Thanks for asking.

15        You said you listen to a number of podcasts and

16   many of them have a political bent.  Can you just give us a

17   sampling of some of the ones you regularly listen to?

18        **PROSPECTIVE JUROR:**  Like, basically, most of the

19   Crooked Media stuff, so *Pod Save America*, *Pod Save the*

20   *World*.  I also listen to a lot of NPR politic stuff.  That's

21   pretty much it, NPR, *Washington Post* for politics, that sort

22   of stuff.

23        **MS. ERIKSEN:**  And you were born and raised in D.C.

24   Correct?

25        **PROSPECTIVE JUROR:**  Yes, ma'am.

1          **MS. ERIKSEN:**  So is listening to politics sort of

2     a hobby?  Would you call it a hobby?

3          **PROSPECTIVE JUROR:**  Probably a hobby, yes.

4          **MS. ERIKSEN:**  How are you employed?

5          **PROSPECTIVE JUROR:**  I currently work for Nestle in

6     Virginia as a conference center -- I manage a conference

7     service at Nestle.  Yeah.

8          **MS. ERIKSEN:**  Okay.  And just to follow-up on what

9     the Judge said, even though you follow politics pretty

10    closely, do you think you could be fair and listen to the

11    instructions and evidence in this case?

12         **PROSPECTIVE JUROR:**  Yeah, I definitely don't

13    believe that I am biased.  So, yeah, I think I could listen

14    to evidence, yeah.

15         **MS. ERIKSEN:**  And you said you know some things

16    about outcomes in certain cases, but you don't know anything

17    about this particular case or this defendant other than the

18    brief description the Court gave you?

19         **PROSPECTIVE JUROR:**  No, I can't say that I

20    recognize the name.

21         **MS. ERIKSEN:**  Okay.  Thank you, sir.

22         **PROSPECTIVE JUROR:**  You're welcome.

23         **THE COURT:**  Mr. Knight?

24         **MR. KNIGHT:**  Thank you, Your Honor.

25              892, you mentioned that, when you were talking

1      about the January 6 folks, you said you've gone over quite a

2      number of their cases?

3                  PROSPECTIVE JUROR:  I've seen a lot of the cases

4      in the news and, a lot of the feeds that I follow, they talk

5      about them.  I can't say for sure.  I can't remember the

6      names off the top of my head.  Like, I remember the big ones

7      but nothing, like, on the smaller level.

8                  MR. KNIGHT:  Go ahead with the big ones.

9                  PROSPECTIVE JUROR:  So, like, the leader of the

10     Proud Boys, the guy that -- I can't remember his name now,

11     but he was the one with the horned helmet and that -- yeah,

12     that and that's it off the top of my head right now.

13                 MR. KNIGHT:  You had said that most of them are

14     kind of guilty.  Is that what you said?

15                 PROSPECTIVE JUROR:  I said the outcomes were

16     seemed to indicate that they were.

17                 MR. KNIGHT:  Okay.

18                 You know, talking about that, so those are people

19     who were involved in January 6.  Do you recognize

20     Mr. Geitzen from any of the content that you've viewed?

21                 PROSPECTIVE JUROR:  I can't say that I recognize

22     him or his name, no.

23                 MR. KNIGHT:  Okay.  How would the information

24     from -- that you've digested from January 6 impact your

25     ability to be a juror?

1          **PROSPECTIVE JUROR:**  Like I told the Judge, I am

2    certainly going to be willing to listen to whatever comes up

3    and make my decisions on that exclusively.

4          **MR. KNIGHT:**  Okay.

5          **THE COURT:**  Thank you.  You can take your seat.

6       (Prospective juror steps down.)

7          **THE COURT:**  Any objection to qualifying this

8    juror?

9          **MR. KNIGHT:**  Judge, I listened to his answers.

10   The most of them are kind of guilty, we would ask that the

11   Court strike him for cause.

12         **THE COURT:**  The government thinks he could be

13   qualified, I assume?

14         **MS. ERIKSEN:**  I do, Your Honor.

15         **THE COURT:**  Okay.  You don't have to go -- I just

16   want to make sure there isn't a joint view that on these

17   that the person can't be qualified.  I believe 892 can be

18   qualified.

19         He did say that there have been guilty verdicts in

20   January 6 cases he's seen, but he was quite clear on

21   multiple questions that he can, in his view, be unbiased and

22   has an open mind and fair.  And in my view, he may read a

23   lot of political stuff, but that doesn't mean he's biased in

24   a way that would require him to be excluded.  Therefore, I

25   will qualify Juror 892.

1          (Sidebar discussion concluded.)

2               **THE COURT:**  Juror 657, please.

3          (Prospective juror steps up.)

4          (Sidebar discussion.)

5               **THE COURT:**  Good morning.

6          **PROSPECTIVE JUROR:**  Good morning.

7               **THE COURT:**  For everyone, this juror is 657

8    answered "yes" to Questions 2, 18, 20 and 36.

9               I want to start with the easy one, maybe.  Have

10   you placed a sticker, sign or flag on your vehicle or the

11   exterior of your home.  Can you tell us the circumstances

12   there?

13         **PROSPECTIVE JUROR:**  Yes.  So I have a sticker for

14   my daughter's former preschool, one for a local business,

15   Circle Yoga, which is my daughter went to a camp there.  I'm

16   not certain but I think we may now have one for her current

17   elementary school.

18               And then one thing that's not a sticker, I have

19   what's called a jump master arm band around the rearview

20   mirror of my car, which is it's a holdover from being in the

21   army.  A jump master is a qualification you get as a

22   paratrooper.  It's a traditional thing to have there.  It

23   does not have, as far as I am aware, any political

24   implications.

25               **THE COURT:**  Yeah, and you don't have any political

1    stickers, signs or flags on your vehicle or otherwise?

2              **PROSPECTIVE JUROR:**  No.

3         **THE COURT:**  When were you in the Army?

4              **PROSPECTIVE JUROR:**  2004 to 2012.

5         **THE COURT:**  What do you do now?

6              **PROSPECTIVE JUROR:**  I work at the State

7    Department.

8         **THE COURT:**  What do you do there?

9              **PROSPECTIVE JUROR:**  I'm in the Cyberspace and

10   Digital Policy Bureau as a regional coordinator for digital

11   policy.

12        **THE COURT:**  How long have you been there?

13             **PROSPECTIVE JUROR:**  I've worked at the State

14   Department since 2/2019, so I was working there in the same

15   organization or same office at the time of the alleged

16   incidents.

17        **THE COURT:**  So let's take these in somewhat

18   reverse order.  The question asks whether you or a family

19   member or close friend worked as a lawyer, at a law firm,

20   paralegal.  Why did you answer "yes" to that question?

21             **PROSPECTIVE JUROR:**  My father attended University

22   of Texas law school after undergraduate.  This was in the

23   1950s.  He didn't stay.  I don't think he completed his

24   studies there.  He never worked as a lawyer.  Instead, he

25   went and worked in the foreign service.

1          **THE COURT:**  Okay.  Anyone else in your orbit a

2     lawyer?

3          **PROSPECTIVE JUROR:**  [Shakes head]

4          **THE COURT:**  Okay.  And then you answered "yes" to

5     people who have worked in law enforcement.

6          **PROSPECTIVE JUROR:**  Right.  So I personally

7     applied to work at the Federal Bureau of Investigation as an

8     intelligence analyst.  This was in 2015 or '16.  There was a

9     written test and interview.  I did get an offer but I

10    declined it based on, primarily, the salary level and also

11    the job I was in at the time, which was teaching, I was more

12    interested in that career path.

13         **THE COURT:**  Okay.  Anyone else in law enforcement

14    in your orbit so to speak?

15         **PROSPECTIVE JUROR:**  No.

16         **THE COURT:**  Okay.

17         Then you answered "yes" to the question whether

18    you've been following the investigation of the events of

19    January 6.

20         **PROSPECTIVE JUROR:**  Yes.

21         **THE COURT:**  Can you tell us how you've been

22    following that investigation?

23         **PROSPECTIVE JUROR:**  Sure.  I followed relatively

24    closely in the months immediately after the events, and I've

25    read articles on individual cases that have come up, as well

1    as the general conversation about the larger political

2    implications and involvement of different parts of the

3    federal government.

4         I'm not aware of this particular case, and I don't

5    think -- I have not followed in detail, beyond reading, you

6    know, the odd media article, any of the individual cases.

7         **THE COURT:**  Do you seek those articles out or are

8    you consuming them as part of a broader set of news that you

9    see?

10        **PROSPECTIVE JUROR:**  A broader set of news that I

11   see.  I follow, you know, mostly -- for social media, mostly

12   Twitter.  I follow mostly people associated with kind of

13   D.C. and D.C. policy.  A lot of those people will end up,

14   especially in the months after the incident, would post

15   things related to that.  But I have not spent much time

16   actually looking for these things.

17        **THE COURT:**  Can you tell us who the most note --

18   not even noteworthy, but the people whose Twitter feed

19   around D.C. issues and politics are sort of most noteworthy

20   to you, what comes to mind?

21        **PROSPECTIVE JUROR:**  Sure.  So I mean, they're

22   mostly on the probably center left, democratic side.  It's

23   people like Kevin Cruz.  He's not in D.C.  He's an academic.

24   Some have center right or center republican politicians.

25   Adam Kinzinger is an example of one, so probably skewing

1    more towards the center left with some on the center right.

2              And then -- but primarily most of the Twitter

3    is -- most of the people involved with tech policy and

4    foreign policy in general, which are my interests and also

5    my job.

6              **THE COURT:**  So based on what you know about

7    January 6 and your news that you've consumed and do consume,

8    do you think you could be, nevertheless, an impartial juror

9    in this case?

10             **PROSPECTIVE JUROR:**  Yes, I think I can.

11             **THE COURT:**  Okay.  Thank you.

12             Why don't we start with the government, any

13   questions?

14             **MS. ERIKSEN:**  No, Your Honor.  No questions.

15             **THE COURT:**  Defense?

16             **MR. KNIGHT:**  No, Your Honor.  No questions.

17             **THE COURT:**  Okay.  Thank you, very much, sir.

18             **PROSPECTIVE JUROR:**  Thank you.

19        (Prospective juror steps down.)

20             **THE COURT:**  Any objection as to qualifying Juror

21   657?

22             **MR. KNIGHT:**  No objection, Your Honor.

23             **THE COURT:**  Any objection from the government?

24             **MS. ERIKSEN:**  I'm sorry.  I didn't hear you,

25   Your Honor.

1          **THE COURT:**  Any objection from the government to

2    qualifying Juror 657?

3          **MS. ERIKSEN:**  No, Your Honor.  I'm sorry.

4          **THE COURT:**  That's okay.

5          Juror 657 is qualified.

6       (Sidebar discussion concluded.)

7          **THE COURT:**  Juror 1330.

8       (Prospective juror steps up.)

9       (Sidebar discussion.)

10         **THE COURT:**  Good afternoon.

11         **PROSPECTIVE JUROR:**  Good afternoon.

12         **THE COURT:**  Everyone, this is Juror 1330, as I

13    said.

14         I believe you answered "yes" to Question 4; is

15    that right?  Or is that Question 1?  Do you want to look at

16    the card?

17         **PROSPECTIVE JUROR:**  Question 4.  I believe that's

18    correct.  Have you ever visited the Capitol?

19         **THE COURT:**  The Capitol, yes.  Can you describe to

20    us when you were at the Capitol?

21         **PROSPECTIVE JUROR:**  Like, years ago when I was --

22    when we had a tour for my high school in D.C.

23         **THE COURT:**  Okay.

24         Where do you live now, sir?

25         **PROSPECTIVE JUROR:**  Washington, D.C.

1          **THE COURT:**  Whereabouts?

2          **PROSPECTIVE JUROR:**  What's my address?

3          **THE COURT:**  Yes or neighborhood.

4          **PROSPECTIVE JUROR:**  I live on K Street, Northeast,

5    Washington, D.C.

6          **THE COURT:**  And what do you do for work now?

7          **PROSPECTIVE JUROR:**  I am an assistant

8    superintendent for the Washington Metro Transit Authority,

9    Metro.

10         **THE COURT:**  How long have you been doing that.

11         **PROSPECTIVE JUROR:**  Twenty-four years now.

12         **THE COURT:**  Okay.  I asked whether you're

13   following the investigation of the events of January 6th and

14   you did not answer "yes" to that question.  Is that right?

15   You haven't been paying attention to what happened on

16   January 6?

17         **PROSPECTIVE JUROR:**  No.

18         **THE COURT:**  Did you watch it at all on TV?

19         **PROSPECTIVE JUROR:**  I mean, I saw it on TV the day

20   that it happened, but not watched any.  My son plays NFL

21   football so he just got drafted.

22         **THE COURT:**  Oh, wow!  Congratulations.  Is he

23   playing now still?

24         **PROSPECTIVE JUROR:**  I'm sorry?

25         **THE COURT:**  Is your son still playing?

1          **PROSPECTIVE JUROR:**  He plays for the Carolina

2     Panthers.

3          **THE COURT:**  Wow!  That's fantastic.

4          **PROSPECTIVE JUROR:**  And is currently in university

5      -- [Indiscernible]

6          **THE COURT:**  Congratulations.

7          **PROSPECTIVE JUROR:**  Thank you.

8          **THE COURT:**  So, obviously, one of the things we

9     want to make sure is that, based on what you know about

10    January 6 or your job or whatever, that you wouldn't be

11    biased coming into the courtroom.  Is there any reason to

12    think that, given what you know, the little bit that you

13    know about this case, that you think you would come in here

14    prejudging the outcome one way or the other?

15         **PROSPECTIVE JUROR:**  No, sir.

16         **THE COURT:**  Okay.  Thank you.

17         Government counsel?

18         **MS. ERIKSEN:**  No questions from the government,

19    Your Honor.

20         **THE COURT:**  Defense counsel?

21         **MR. KNIGHT:**  No questions, Your Honor.

22         **THE COURT:**  Thank you, sir.

23         **PROSPECTIVE JUROR:**  Thank you.

24      (Prospective juror steps down.)

25         **THE COURT:**  Any objection to qualifying 1330?

1          **MS. ERIKSEN:**  None from the government, Your

2    Honor.

3          **MR. KNIGHT:**  None from the defense.

4          **PROSPECTIVE JUROR:**  Thank you.

5          **THE COURT:**  Sorry.  I thought I said Juror 1330 is

6    qualified.

7          (Sidebar discussion concluded.)

8          **THE COURT:**  Juror 1420, please.

9          (Prospective juror steps up.)

10         (Sidebar discussion.)

11         **THE COURT:**  Good morning.

12         **PROSPECTIVE JUROR:**  Good morning, Your Honor.

13         **THE COURT:**  Everyone, this is Juror 1420.  She

14   answered "yes" to Questions 4, 5, 11, 18 and 37.

15         Why don't we start with 37, the catch-all, which

16   is are there other reasons I have not asked that might make

17   it difficult for you to sit fairly, impartially and

18   attentively.

19         **PROSPECTIVE JUROR:**  I guess just that, like, I'm

20   pretty progressively leaning and, you know, was here during

21   January 6 and have opinions about it.

22         **THE COURT:**  What are your opinions?

23         **PROSPECTIVE JUROR:**  That it was just, you know,

24   like a wildly inappropriate action and terrifying for people

25   that live in the City.

1          **THE COURT:**  And that is your view about the

2      events.  Do you have any knowledge about this case in

3      particular?

4          **PROSPECTIVE JUROR:**  No.

5          **THE COURT:**  Do you think, based on what you know

6      about January 6 and having lived here and the like, that you

7      would be -- obviously, you answered the question "yes", both

8      Question 5 and Question 37.  That would mean you feel that

9      you would not be able to view the evidence in an impartial

10     manner and perhaps to follow my instructions.  Is that what

11     you're saying?

12         **PROSPECTIVE JUROR:**  I think I could but, like, I

13     don't -- you know, I wanted to just make that known.  I

14     would try my best but, you know, subconscious bias.

15         **THE COURT:**  Okay.

16         You also were asked about the schedule that this

17     could take a week and whether there was anything or a

18     particular hardship for you.  Can you tell us about that?

19         **PROSPECTIVE JUROR:**  Would it be this week?

20         **THE COURT:**  It would be this week, yeah.

21         **PROSPECTIVE JUROR:**  I have a flight that I just

22     booked yesterday for Thursday, so I'll be out Thursday and

23     Friday.

24         **THE COURT:**  Where would you be going?

25         **PROSPECTIVE JUROR:**  South Dakota.

1          **THE COURT:**  Okay.  I'm just going to make sure we

2     cover everything.  I also asked whether you, a member of

3     your family or a close friend works basically in the law

4     field.

5          **PROSPECTIVE JUROR:**  Yes.

6          **THE COURT:**  Can you describe your answer there for

7     us?

8          **PROSPECTIVE JUROR:**  My aunt is a lawyer and my

9     best friend is in law school.

10         **THE COURT:**  What does your aunt do?

11         **PROSPECTIVE JUROR:**  Immigration law.

12         **THE COURT:**  Okay.  Anyone in your small orbit do

13    criminal law?

14         **PROSPECTIVE JUROR:**  No.

15         **THE COURT:**  Do you know what your friend wants to

16    do after law school?

17         **PROSPECTIVE JUROR:**  Public defender.

18         **THE COURT:**  Okay.  Going back to your answer about

19    you try to set aside any potential risk of being partial and

20    biased, is your answer really that you think you could, you

21    just wanted to note of concern?

22         **PROSPECTIVE JUROR:**  Yes.

23         **THE COURT:**  Or is it that you're really concerned?

24         **PROSPECTIVE JUROR:**  I would do my best.  I care

25    about the justice system, and I don't want anyone to be

1    falsely accused of anything.  I just liked to let it be

2    known.

3                **THE COURT:**  Okay.  All right.  Thank you.

4                Mr. Knight?

5                **MR. KNIGHT:**  Thank you, Your Honor.

6                Juror 1420, good morning -- good afternoon now.

7                **PROSPECTIVE JUROR:**  Good afternoon.

8                **MR. KNIGHT:**  You said that January 6 was

9    terrifying.  Did you watch it on TV while it was happening?

10                **PROSPECTIVE JUROR:**  Yes, I also live just a few

11    blocks away.

12                **MR. KNIGHT:**  Can you describe what that was like?

13                **PROSPECTIVE JUROR:**  It was scary.  I think there

14    was a lot of conversation about, you know, just like the

15    potential of what, like, a coo or an overthrow would look

16    like.  And then just the fear that important government

17    spaces aren't safe and, especially living in D.C., that's

18    not a great feeling.

19                **MR. KNIGHT:**  Yeah.

20                You said that you might have some subconscious

21    bias?

22                **PROSPECTIVE JUROR:**  Yeah, definitely.  I mean, I'm

23    super progressive and I work at a local non-profit.  Yeah.

24                **MR. KNIGHT:**  Just the fact that someone was there

25    January 6, would that impact your ability to say whether

1    they were guilty or not?

2            **PROSPECTIVE JUROR:**  I don't think so.  I think I

3    would obviously be really careful about that.  As I

4    mentioned, like, I care about -- I mean, I wouldn't want

5    someone falsely accused, but I definitely have a disdain

6    generally for people that were protesting January 6.

7            **MR. KNIGHT:**  I want to dig into that a little bit.

8    You said "falsely accused."  So when you say that, you mean

9    that they weren't there at all or if they were there --

10           **PROSPECTIVE JUROR:**  Whatever the crime is that

11   they're being accused of, I would want to make sure that

12   that's -- I would care about the evidence and do my -- you

13   know, I'd do everything in my power to make sure that

14   justice was served for, you know -- and make sure that the

15   person would only be punished for something they did.

16           **MR. KNIGHT:**  Okay.  Thank you.

17           **THE COURT:**  Counsel?

18           **MS. ERIKSEN:**  Good morning.

19           **PROSPECTIVE JUROR:**  Good morning.

20           **MS. ERIKSEN:**  I'm sorry, afternoon.  I'm wrong

21   again.

22           So when you say you care about people's rights and

23   you're progressive, you recognize that the burden is on the

24   government to prove all of the charges beyond a reasonable

25   doubt; is that right?

1        **PROSPECTIVE JUROR:**  That's correct.

2        **MS. ERIKSEN:**  And that it's our job to put that

3   evidence before you and there is no burden on the defendant

4   at all to produce any evidence.  Correct?

5        **PROSPECTIVE JUROR:**  Correct.

6        **MS. ERIKSEN:**  And you would listen to any

7   instructions that the Court gave you and follow those?

8        **PROSPECTIVE JUROR:**  That's correct.

9        **MS. ERIKSEN:**  To ensure that the defendant got a

10  fair trial?

11       **PROSPECTIVE JUROR:**  Yes.

12       **MS. ERIKSEN:**  That's all thank you.

13       **THE COURT:**  Thank you.

14       **PROSPECTIVE JUROR:**  Thank you.

15     (Prospective juror steps down.)

16       **THE COURT:**  Mr. Knight, does the defendant object

17  to qualifying this juror for cause?

18       **MR. KNIGHT:**  Yes, Your Honor.  She flagged some

19  subconscious vibes, and if she's articulating it, I don't

20  think that it's subconscious any longer.

21       **THE COURT:**  Yeah, I know the government's view

22  here, but this seems to me to be just over the line.  On the

23  one hand, she's saying she would do everything she could to

24  not be biased, but she said enough times something that's at

25  least close enough to the line that I am not going to

1    qualify 1420.

2         (Sidebar discussion concluded.)

3              **THE COURT:**  Juror 210.

4         Everyone, just a scheduling note.  I am just going

5    to keep doing this for a while but, at the right time,

6    probably somewhere in the 15- to 30-minute range, we will

7    take a lunch break, and everybody can find lunch.  We will

8    give everyone enough time that they will not get squeezed at

9    the cafeteria with a rush of 60 people.  Okay?

10        (Sidebar discussion.)

11             **THE COURT:**  Good morning, Juror 210.

12             **PROSPECTIVE JUROR:**  Good morning or good

13   afternoon.

14             **THE COURT:**  So you answered "yes" to Questions 2

15   and 4.  Four is whether you've visited the Capitol or been

16   inside the grounds or inside the building.  Can you describe

17   why you answered "yes" to that question?

18             **PROSPECTIVE JUROR:**  I've never been inside the

19   Capitol, but I have been into the front of the building to

20   just, like, watch the sunset and I hang out there.  I

21   remember once seeing a band playing there.  That is the

22   extent of my time there.

23             **THE COURT:**  When were you last there?

24             **PROSPECTIVE JUROR:**  It was actually before the

25   pandemic, so three years, three and a half.

1         **THE COURT:**  Okay.

2         You were also asked whether you have been

3    following the investigation of the events of January 6 and

4    you said "yes" to that.  Can you describe why you answered

5    "yes" there?

6         **PROSPECTIVE JUROR:**  Yes.  I mean, it was all over

7    the news.  I'm sure everyone has seen some sort of coverage

8    about it.  I just would see it when I would read *The New*

9    *York Times* or any other websites.  I actually didn't follow

10   it that closely.

11        **THE COURT:**  Do you currently or -- let me ask a

12   better question.  Was there any point where you actively

13   sought out articles about January 6 or it was more like it

14   was in the news media that you were consuming and so your

15   read that along with other articles?

16        **PROSPECTIVE JUROR:**  Yeah, I mean, there was just

17   the headlines everywhere.  So I never actually pursued it.

18   It was just always, like, right there in front of me.

19        **THE COURT:**  Do you know anything about this case?

20        **PROSPECTIVE JUROR:**  No.

21        **THE COURT:**  Obviously, not.  Have you, based on

22   what you know about January 6, are you concerned about your

23   ability to be impartial in looking at just the evidence in

24   this case and the law as I instruct you?

25        **PROSPECTIVE JUROR:**  No.  I have no concern.

1          **THE COURT:**  Okay.

2          Why don't we start with you, Mr. Knight.

3          **MR. KNIGHT:**  Thank you, Your Honor.

4          210, good afternoon.

5          **PROSPECTIVE JUROR:**  Hi.

6          **MR. KNIGHT:**  You said that you had watched the

7    sunset at the Capitol in the past.  Do you have any strong

8    emotions that are tied to the Capitol?

9          **PROSPECTIVE JUROR:**  No.

10         **MR. KNIGHT:**  Okay.  Thank you.

11         **THE COURT:**  Government counsel?

12         **MS. LEDERER:**  Thank you.  Good afternoon, how are

13   you?

14         **PROSPECTIVE JUROR:**  Good afternoon, I am good.

15   How are you?

16         **MS. LEDERER:**  Good, thanks.

17         I just have a quick question.  Could you just tell

18   us a little bit about the organization that you work for?

19         **PROSPECTIVE JUROR:**  Sure, I work for an

20   international nonprofit here in D.C. called IFPRI, and we

21   focus on international food security in developing nations,

22   mostly in Sub-Saharan Africa, South Asia and Southeast Asia.

23         **MS. LEDERER:**  And your position there is graphic

24   design.  Do you help with policy at all or are you building

25   and getting the message out?

1          **PROSPECTIVE JUROR:**  I am purely communications

2     from a visual standpoint.

3          **MS. LEDERER:**  All right.  Thank you so much.

4          **PROSPECTIVE JUROR:**  You're welcome.

5          **THE COURT:**  Thank you very much.  You may take

6     your seat.

7          (Prospective juror steps down.)

8          **THE COURT:**  Any objection to qualifying Juror 210?

9          **MS. LEDERER:**  Not from the government.

10         **MR. KNIGHT:**  Not from the defendant.

11         **THE COURT:**  Juror 210 is qualified.

12         (Sidebar discussion concluded.)

13         **THE COURT:**  Juror 2100.

14         (Sidebar discussion.)

15         **THE COURT:**  Good afternoon.

16         **PROSPECTIVE JUROR:**  Hey, good afternoon.

17         **THE COURT:**  Everyone, this is Juror 2100.

18    Obviously, he answered "yes" to Questions 1, 2, 3, 4, 11,

19    13, 15, 18, 24 and 29.  Why don't we start with the question

20    about -- which are 11 and 13, health problems that could

21    affect your ability to serve as a juror and the fact that

22    this case would take about a week and ask whether there are

23    any important or urgent matters that would make it hard to

24    serve on the jury.  Could you just tell us why you answered

25    "yes" to those questions?

1          **PROSPECTIVE JUROR:**  Yeah, I'm going out of town on

2     Thursday to visit my in-laws in Kansas City, and I have also

3     got a doctor appointment Thursday morning for my foot.

4     Those are the two main ones.

5          **THE COURT:**  Okay.  Go back to your first couple of

6     answers, which are about -- you were asked whether someone

7     you know has any direct or indirect connection to the events

8     at the U.S. Capitol.  That was question one.  Can you tell

9     us why you answered "yes" to that?

10          **PROSPECTIVE JUROR:**  Yeah, a friend of mine was a

11     speech writer for Nancy Pelosi and was there in the Capitol

12     on that day.

13          **THE COURT:**  Have you talked to him about that day?

14          **PROSPECTIVE JUROR:**  Yeah.

15          **THE COURT:**  As a result of those conversations

16     with him, do you feel that you could, nevertheless, be

17     impartial in this case?

18          **PROSPECTIVE JUROR:**  I think so, yeah.

19          **THE COURT:**  All right.  I also asked whether

20     you've been following the investigation of the events of

21     January 6.  Can you describe how you've done that?

22          **PROSPECTIVE JUROR:**  Just through news media, but

23     nothing -- I haven't been following it, I would say, like

24     purposefully but just through casual consumption of news

25     media.

1            **THE COURT:**  And you work at *The Post*; is that

2       right?

3            **PROSPECTIVE JUROR:**  Yeah, that's right.

4            **THE COURT:**  In software development?

5            **PROSPECTIVE JUROR:**  Yeah.

6            **THE COURT:**  You're not a journalist I take it?

7            **PROSPECTIVE JUROR:**  No.

8            **THE COURT:**  Then another question was about

9       whether you or people close to you live or work at or near

10      the Capitol building.  Do you live near there or someone you

11      know?

12           **PROSPECTIVE JUROR:**  No.  I live in Adams Morgan.

13      My wife works -- she's a lawyer so she comes downtown and

14      works in the other courthouse.

15           **THE COURT:**  That will get to another question

16      then.  What does your wife do?

17           **PROSPECTIVE JUROR:**  She's a lawyer for Legal Aid.

18      She does family law.

19           **THE COURT:**  Okay.  Another question was about

20      whether you had been on the Capitol grounds or inside the

21      building.  Just because you live here?

22           **PROSPECTIVE JUROR:**  Yeah.  Toured it, yeah.

23           **THE COURT:**  When was the last time?

24           **PROSPECTIVE JUROR:**  It's been a few years.  I

25      think my wife actually gave me a tour when she was working

1    on the Hill back in, like, geez, 2014 maybe.

2         **THE COURT:**  So your wife worked on the Hill?

3         **PROSPECTIVE JUROR:**  Yes, she did.  Yeah.

4         **THE COURT:**  For whom did she work?

5         **PROSPECTIVE JUROR:**  Janice Hahn, this was just a

6    couple years, again, like 2013-14 timeframe.

7         **THE COURT:**  What did she do?

8         **PROSPECTIVE JUROR:**  She, like, worked at the front

9    desk, effectively.  Staff assistant, I guess.

10        **THE COURT:**  Okay.  And you were asked -- you said

11   "yes" to someone being currently employed by or affiliated

12   with the media.  Is that your current employment?

13        **PROSPECTIVE JUROR:**  Yeah.

14        **THE COURT:**  And then there was a question about

15   anyone in the small group of people asked about having been

16   arrested or charged with or convicted of a crime.  Why did

17   you answer "yes" to that question?

18        **PROSPECTIVE JUROR:**  I got arrested at the end of

19   college in 2011.  It was very minor.  It was a noise

20   complaint for a party, and there was just this weird string

21   where they decided, whenever there was a noise complaint,

22   they would arrest someone.  So I was one of, like, 10 people

23   at my college that got arrested, but it was very minor, just

24   got let out on bail a few hours later.

25        **THE COURT:**  So sort of stepping back for a second,

1    you didn't answer "yes" to any questions about whether you

2    think you would have a problem being unbiased and impartial

3    here.  I just want to circle back to that.  Obviously, you

4    know somebody who was there in the Capitol that day, live in

5    town, know about the events.  Do you know anything about

6    this case?

7            **PROSPECTIVE JUROR:**  No.

8            **THE COURT:**  Do you believe, notwithstanding your

9    prior knowledge, that you could come into the courtroom and

10   be unbiased and impartial?

11           **PROSPECTIVE JUROR:**  Yeah, I do.

12           **THE COURT:**  Okay.  Thank you.

13           Mr. Knight?

14           **MR. KNIGHT:**  Thank you, Your Honor.

15           Good afternoon, 2100.  You mentioned that your

16   friend was -- is or was a speech writer for Nancy Pelosi?

17           **PROSPECTIVE JUROR:**  Was, he's gotten a new job

18   since then.

19           **MR. KNIGHT:**  Okay.  And did he talk to you about

20   what happened with him on January 6?

21           **PROSPECTIVE JUROR:**  Yeah, pretty extensively.

22           **MR. KNIGHT:**  Okay.  How extensively?

23           **PROSPECTIVE JUROR:**  I think we had him over and

24   this was probably four or five months afterwards, and we got

25   just the full rundown, probably like an hour-long

1    conversation.

2           **MR. KNIGHT:**  Could you characterize it?

3           **PROSPECTIVE JUROR:**  Yeah.  He, I think, handled it

4    pretty well, although it was definitely some lingering,

5    like, trauma from it.  You know, he had to hide under a desk

6    for several hours in the building.  He was putting on a very

7    positive face about it, but he knew a lot of people that

8    were still dealing with, like, residual trauma from it.  But

9    the way he presented it, he was handling it pretty well.

10          **MR. KNIGHT:**  Okay.  So it was a traumatic event?

11          **PROSPECTIVE JUROR:**  I would say so, yeah.

12          **MR. KNIGHT:**  Did that emotion -- he's your friend

13   so did that matter to you?

14          **PROSPECTIVE JUROR:**  A bit.  More to my wife but,

15   yeah, a bit.

16          **MR. KNIGHT:**  Okay.  Thank you.

17          **THE COURT:**  Government?

18          **MS. LEDERER:**  Thank you.  Good afternoon.  I'm

19   going to be brief.  You understand that this case is going

20   to be about Mr. Geitzen himself, and the only evidence that

21   you can consider is what the government presents and it's

22   our burden to prove that to you?

23          **PROSPECTIVE JUROR:**  Yes.

24          **MS. LEDERER:**  So can you be fair?

25          **PROSPECTIVE JUROR:**  Yes.

1          **MS. LEDERER:**  Okay.  Thank you.

2          **THE COURT:**  Thank you, sir.

3          **PROSPECTIVE JUROR:**  Thank you.

4      (Prospective juror steps down.)

5          **THE COURT:**  Objection to qualifying juror 2100?

6          **MR. KNIGHT:**  Yes, we would move to strike for

7    cause, Your Honor.

8          **THE COURT:**  Government oppose?

9          **MS. LEDERER:**  I would oppose for bias, but I do

10   understand that he is in a cast or a brace right now and has

11   a doctor's appointment.  So I don't oppose for medical

12   reasons but I do oppose for bias reasons.

13         **THE COURT:**  Yeah, I think this is an easy one in

14   the sense that he has trip, medical, plus actual knowledge,

15   at least based on conversation with somebody who was there

16   that day, and I would be worried about any kind of very

17   particularized bias, maybe that he doesn't know about but

18   that could spill over.

19         So I think we just excuse him for various reasons.

20   So 2100 is not qualified.

21     (Sidebar discussion concluded.)

22         **THE COURT:**  Juror 1753, please.

23     (Prospective juror steps up.)

24     (Sidebar discussion.)

25         **THE COURT:**  Good afternoon.

1          **PROSPECTIVE JUROR:**  Good afternoon.

2          **THE COURT:**  Just for counsel benefit, Juror 1753

3     answered "yes" to Questions 2, 4, 5, 11, 15, 18, 19, 20, 24

4     and 26.

5          Why don't we start with 11, which is about whether

6     you have any urgent or extremely important matter to tend to

7     this week that would make service hard.

8          **PROSPECTIVE JUROR:**  That was more just a question

9     of schedule.  I've served on a jury before and we worked

10    through Saturday.  It's a holiday weekend.  I was planning

11    on traveling.

12         And then, second, my wife has surgery on

13    September 11th, which is I mean outside of the week window,

14    but I just wanted to alert the Court.

15         **THE COURT:**  I will not be planning on having the

16    jury sitting -- we won't be in Court on Saturday.  The jury

17    won't be deliberating this weekend, and we'll be done by

18    September 11th.

19         **PROSPECTIVE JUROR:**  Okay.

20         **THE COURT:**  A question did ask whether you

21    previously served on a grand jury or a trial jury.  Can you

22    describe to us your previous experience?

23         **PROSPECTIVE JUROR:**  Yeah, 25 years ago, I sat on a

24    criminal jury down in Old Town.  It was a hung jury.

25         **THE COURT:**  What kind of case?  Do you remember?

1           **PROSPECTIVE JUROR:**  It was a criminal.

2           **THE COURT:**  Do you remember what the --

3           **PROSPECTIVE JUROR:**  Having carnal knowledge of a

4    minor.

5           **THE COURT:**  And the jury hung you said?

6           **PROSPECTIVE JUROR:**  Yeah, the jury hung.  Yes, it

7    was a single count.

8           **THE COURT:**  Was there anything about that

9    experience that you think would cause you to be biased here?

10          **PROSPECTIVE JUROR:**  It has made me think that

11   prosecutors roll dice to see if they can get a jury to do

12   things even if they don't have the proof.

13          **THE COURT:**  And is that because, in your view, in

14   that case there wasn't much proof?

15          **PROSPECTIVE JUROR:**  Yes, I mean generally so, but

16   I think your other questions you'll get to some of why I'm a

17   little biased, I think, against prosecutors.

18          **THE COURT:**  So describe to us why you're biased

19   about -- why you think, potentially, against prosecutors.

20          **PROSPECTIVE JUROR:**  I had a brother-in-law who

21   went to jail for a wire fraud charge in Philadelphia based

22   on a federal prosecutor's charges.  He was part of -- there

23   was a -- it was if any of the people remember when the Mayor

24   of Philadelphia, there were bugs found in his office.

25              He was part of what -- if anybody familiar with

1   that case knows, like, the Treasurer of the City of

2   Philadelphia ended up, he was taking bribes from a lawyer.

3   My brother-in-law was an investment banker at JP Morgan.   JP

4   Morgan was doing business with them.   My brother-in-law

5   submitted an invoice to JP Morgan for legal services to the

6   lawyer that was doing the bribes.   That was recorded because

7   of all the things.

8           And my brother-in-law had to plead guilty for

9   that, despite the fact that -- I mean, the company -- he was

10  never -- well, he was fired but he -- his boss, who could

11  have exonerated him, got sick and passed before the trial

12  and the prosecutors knew that.

13          The prosecutors knew that it went from being a

14  single charge on JP Morgan -- I mean, a corporate charge to

15  a single charge on my brother-in-law and his partner, who

16  were the people who did the business.   He went to jail for

17  90 days.

18          **THE COURT:**   All right.   So as a result of that

19  case, you think you would be -- there's at least a risk that

20  you would be biased against the government here?

21          **PROSPECTIVE JUROR:**   I think so.   Yes, I do not --

22  I mean, some of the other questions I'm very -- I follow

23  closely the politics of the federal prosecution of these

24  January 6 cases.   My brother-in-law is a journalist who

25  works for RealClearInvestigations.

1          We happen to have talked about, not this case but

2     these investigations this weekend when I said I had been

3     summoned for jury duty on federal court downtown.  And it

4     came up in the conversation that, oh, yeah, they're having a

5     Trump hearing today and that's also where they're seeing

6     January 6 cases.

7          **THE COURT:**  As a result of, call it, the

8     January 6-specific information you've just described, are

9     you biased against the government in your view as a result

10     of that?

11          **PROSPECTIVE JUROR:**  I think so, yes, because of

12     the nature about prosecutions from all of the upheaval of

13     past 2020 and 2021 are being handled, that it's seemingly

14     one-sided.

15          **THE COURT:**  Thank you.

16          Government, questions?

17          **MS. LEDERER:**  No, sir.

18          **THE COURT:**  Okay.

19          Mr. Knight?

20          **MR. KNIGHT:**  No.

21          **THE COURT:**  Thank you, sir.

22          **PROSPECTIVE JUROR:**  Okay.

23     (Prospective juror steps down.)

24          **THE COURT:**  Any objection to my excluding 1753 for

25     cause?

1          **MR. KNIGHT:**  No objection from the defendant,

2     Your Honor.

3          **MS. LEDERER:**  No, Your Honor.

4          **THE COURT:**  I will do so.

5          (Sidebar discussion concluded.)

6          **THE COURT:**  Juror 614.

7          (Prospective juror steps up.)

8          (Sidebar discussion.)

9          **THE COURT:**  Good afternoon.

10          **PROSPECTIVE JUROR:**  Hi.

11          **THE COURT:**  For the lawyers' benefit and the

12     record, Juror 615 answered "yes" to Questions 2, 3, 4, 15,

13     19, 20, 21 and 25.

14          So Question 2, in particular, asks about whether

15     you followed the investigation of the events of January 6,

16     2021.  Can you describe to us why you answered "yes" to that

17     question?

18          **PROSPECTIVE JUROR:**  Well, I live in the

19     neighborhood.  I live on Capitol Hill, so I was in the

20     neighborhood when the events took place.  I happened to be

21     home that day, followed it on TV.

22          **THE COURT:**  What did you see that day?

23          **PROSPECTIVE JUROR:**  I mean, people overcoming the

24     Capitol Police and going into the Capitol and going in the

25     restricted areas.

1          **THE COURT:**  That was on TV?

2          **PROSPECTIVE JUROR:**  Yeah.

3          **THE COURT:**  That's what you saw on TV.  Did you

4   see anything in the neighborhood as well?

5          **PROSPECTIVE JUROR:**  No, it was pretty quiet in the

6   neighborhood.

7          **THE COURT:**  Okay.

8          Do you have any strong feelings about what you saw

9   on TV that day?

10         **PROSPECTIVE JUROR:**  Um -- I don't know how to

11  describe strong feelings but --

12         **THE COURT:**  Okay.

13         **PROSPECTIVE JUROR:**  -- you know, I have feelings,

14  I guess, about it.

15         **THE COURT:**  What were your reactions?  How's that?

16         **PROSPECTIVE JUROR:**  Didn't think it was

17  appropriate.

18         **THE COURT:**  Okay.

19         Have you followed news about the prosecutions that

20  have been happening?  Have you followed news closely?

21         **PROSPECTIVE JUROR:**  Not closely, but I'm aware of

22  them, see them in the paper.  I live near the D.C. jail, so

23  I see the protests and people, you know, over there.

24         **THE COURT:**  Do you go looking for news about

25  January 6 or the prosecution?

1          **PROSPECTIVE JUROR:**  No.

2          **THE COURT:**  Do you have any reason to think -- I

3     know I asked this question, but I just want to make sure I

4     follow it.  Based on your watching the events of January 6

5     on TV and then what you've seen in the news since then, that

6     you couldn't be impartial in this case?

7          **PROSPECTIVE JUROR:**  I don't think so.  I'd like to

8     think I could be fair and impartial.

9          **THE COURT:**  Do you know anything -- I take it you

10    don't know anything about this case because you didn't

11    answer the questions about the defendant and the like?

12         **PROSPECTIVE JUROR:**  No.

13         **THE COURT:**  Okay.

14         You have served on a grand jury or a trial jury

15    before, yes?

16         **PROSPECTIVE JUROR:**  Yes.  I was on a jury last

17    September.  I get picked every two years around D.C.

18         **THE COURT:**  What -- have you ever served on a

19    criminal jury?

20         **PROSPECTIVE JUROR:**  Yes.

21         **THE COURT:**  Have you ever served on a jury in

22    federal court?

23         **PROSPECTIVE JUROR:**  Yes, I believe so.  It's been

24    a number of years though.

25         **THE COURT:**  Do you recall what that case was

1    about?

2            **PROSPECTIVE JUROR:**  Something about a woman who

3    was -- it involved somebody, like a political -- like

4    embassies or something, a woman who was breaching, I guess,

5    police line at an embassy.

6            **THE COURT:**  So it was a criminal prosecution?

7            **PROSPECTIVE JUROR:**  I think so.

8            **THE COURT:**  Do you remember the outcome?

9            **PROSPECTIVE JUROR:**  I believe she was found not

10   guilty.

11           **THE COURT:**  Okay.

12           I'm going to ask whether -- another question was

13   whether you or anyone in your family orbit and close friends

14   worked in law enforcement or various law enforcement-related

15   agencies.  Why did you answer "yes" to that question or

16   questions.

17           **PROSPECTIVE JUROR:**  I work in the Arlington

18   courthouse, so I work closely with police and sheriff's

19   deputies.

20           **THE COURT:**  What do you do in the Arlington

21   courthouse?

22           **PROSPECTIVE JUROR:**  Juvenile probation.

23           **THE COURT:**  How long have you been doing that?

24           **PROSPECTIVE JUROR:**  Twenty-plus years.

25           **THE COURT:**  So you obviously know a lot about the

1      criminal justice system generally?

2                    **PROSPECTIVE JUROR:**  Yes.

3                    **THE COURT:**  And that's also, obviously, your

4      answer to Question 21 about working in the criminal justice

5      system.

6                    You also were asked about whether anyone in that

7      small group of people had been a victim or witness to a

8      crime, and you said "yes".  Why did you answer "yes" to that

9      one?

10                   **PROSPECTIVE JUROR:**  My son has been a victim of

11     two separate robberies in D.C.

12                   **THE COURT:**  Okay.  And were the perpetrators

13     arrested?

14                   **PROSPECTIVE JUROR:**  In one case, yes.

15                   **THE COURT:**  And prosecuted?

16                   **PROSPECTIVE JUROR:**  Yes.

17                   **THE COURT:**  Was your son a witness at a trial?

18                   **PROSPECTIVE JUROR:**  No.  They pled.

19                   **THE COURT:**  Okay.  So I think, fair to say you

20     have a fair amount of knowledge about the criminal justice

21     system generally?

22                   **PROSPECTIVE JUROR:**  Yes.

23                   **THE COURT:**  Do you harbor any bias, one way or the

24     other, toward or against the government?

25                   **PROSPECTIVE JUROR:**  No.

1          **THE COURT:**  Would you be able to, basically --

2     first of all, would you be able to follow my legal

3     instructions, notwithstanding whatever experience you've had

4     in cases?

5          **PROSPECTIVE JUROR:**  Yes.

6          **THE COURT:**  Would you be able to review the

7     evidence in the courtroom but only the evidence in the

8     courtroom?

9          **PROSPECTIVE JUROR:**  Sure.

10          **THE COURT:**  In an impartial and unbiased way?

11          **PROSPECTIVE JUROR:**  I hope so, yeah.

12          **THE COURT:**  You hope so?  Okay.

13          Why don't we start with the government.  Any

14     follow-up questions?

15          **MS. LEDERER:**  No.  Those were all of the questions

16     that I had.

17          **THE COURT:**  Thanks.

18          Mr. Knight?

19          **MR. KNIGHT:**  Briefly, Your Honor.

20          614, good afternoon.

21          You mentioned that you've seen some protests at

22     the jail?

23          **PROSPECTIVE JUROR:**  Yes.  I live across the

24     street, so there has been protesters outside.

25          **MR. KNIGHT:**  What are they protesting?

1            **PROSPECTIVE JUROR:**  People from January 6 who have

2    been arrested and the conditions of the jail.

3            **MR. KNIGHT:**  Okay.

4            So those protestors are upset about the conditions

5    that the people are being housed in?

6            **PROSPECTIVE JUROR:**  That's my understanding.

7            **MR. KNIGHT:**  Okay.

8            Do you have strong feelings about them?

9            **PROSPECTIVE JUROR:**  I have feelings about that.

10           **MR. KNIGHT:**  Do you have feelings --

11           **PROSPECTIVE JUROR:**  I mean, they could have

12   protested before it was all the, you know, white January 6

13   people but, yes.

14           **MR. KNIGHT:**  With all of the what January 6

15   people?

16           **PROSPECTIVE JUROR:**  With the people who have been

17   arrested for January 6.  I think, if people were concerned

18   about the conditions of the D.C. Circuit jail, they should

19   have been protesting prior to all of the January 6

20   investigations and prosecutions.

21           **MR. KNIGHT:**  Oh, okay.  Okay.

22           You said you characterized January 6 as

23   inappropriate?

24           **PROSPECTIVE JUROR:**  Yes.

25           **MR. KNIGHT:**  Do you have feelings beyond that?

1          **PROSPECTIVE JUROR:**  I don't know what kind of

2     feelings.  I mean --

3          **MR. KNIGHT:**  You gave a chuckle.

4          **PROSPECTIVE JUROR:**  Well, I mean, I feel like it's

5     kind of -- there's two sides of the -- two sides of

6     January 6 so I'm not really sure how to answer that.

7          **MR. KNIGHT:**  When you say "there's two sides",

8     what do you mean?

9          **PROSPECTIVE JUROR:**  People going and storming the

10    Capitol, so to speak, or people feeling like they had the

11    right to or, you know, that they were doing it because they

12    believed Donald Trump fairly won the election.

13         **MR. KNIGHT:**  Okay.  And do you understand there's

14    two different groups of people there?

15         **PROSPECTIVE JUROR:**  Sure.

16         **MR. KNIGHT:**  Is there room for in between?

17         **PROSPECTIVE JUROR:**  On January 6 at the Capitol?

18         **MR. KNIGHT:**  Yes.

19         **PROSPECTIVE JUROR:**  I mean probably.

20         **MR. KNIGHT:**  All right.  Thank you.  No further

21    questions, Your Honor.

22         **THE COURT:**  Thank you.

23         **PROSPECTIVE JUROR:**  Thank you.

24        (Prospective juror steps down.)

25         **THE COURT:**  Mr. Knight, any objection not

1    qualifying Juror 614?

2              **MR. KNIGHT:**  No objection, Your Honor.

3              **THE COURT:**  Government object?

4              **MS. LEDERER:**  No, Your Honor.

5              **THE COURT:**  We will qualify Juror 614.

6         (Sidebar discussion concluded.)

7              **THE COURT:**  Juror 2157.

8         (Prospective juror steps up.)

9         (Sidebar discussion.)

10            **THE COURT:**  So, everyone, just so the record is

11   clear, Juror 2157 answered questions 2, 4, 5, 10, 18, 20,

12   21, 24 and 37, "yes".  I think I know the answer to Question

13   10, which is whether you recognize anyone else in the

14   courtroom, including myself.  Do you want to explain for

15   everyone why that's the case?

16            **PROSPECTIVE JUROR:**  Yes.  Hi.  I was an associate

17   at WilmerHale when Judge Nichols was a partner there.  We

18   worked on at least one matter together.

19            **THE COURT:**  Yes.

20            Would that cause you to be unable to be fair and

21   impartial and to follow my instructions in this case?

22            **PROSPECTIVE JUROR:**  No.

23            **THE COURT:**  A number of questions, including 5 and

24   37, asked about whether there are reasons that you would

25   be -- it would be difficult for you to sit fairly and

1   impartially and attentively.  Can you explain why you

2   answered "yes" to those questions?

3           PROSPECTIVE JUROR:  Yes, sir.  I think 5 was

4   encompassed by some of the later questions.  And that's the

5   fact that I am an attorney in the criminal division of the

6   Department of Justice, and I sometimes partner with the U.S.

7   Attorney's office in some of my cases.  So I wasn't sure if

8   that posed a conflict here.

9           THE COURT:  Do you think, as a general

10  proposition, that you would be potentially biased in favor

11  of the government or as a result of your current work?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  Okay.

14          You've been following the investigation of the

15  events of January 6?

16          PROSPECTIVE JUROR:  Sure.

17          THE COURT:  Can you describe to us how you follow?

18          PROSPECTIVE JUROR:  Just vaguely in the news and

19  there is an attorney in my office who is a supervisor at the

20  U.S. Attorney's Office who is overseeing some of the

21  January 6 cases, and I've talked with her generally about

22  her work.

23          THE COURT:  And obviously, I think it fair to say

24  that your current job and your background and your having

25  gone to law school are many of the reasons for your answers

1       to questions about law, law enforcement and the like?

2               **PROSPECTIVE JUROR:**  Yeah.

3               **THE COURT:**  Anything that isn't just from your own

4       personal background or a current job that you'd like to tell

5       us about?

6               **PROSPECTIVE JUROR:**  No.  So my response to

7       Question 37 was just a logistical matter, which is I have a

8       conflict tomorrow evening that I wanted to make sure I could

9       still attend.  I'm teaching a law class.

10              **THE COURT:**  What time does that start?

11              **PROSPECTIVE JUROR:**  It starts at 6 at GW.

12              **THE COURT:**  Okay.

13              **PROSPECTIVE JUROR:**  It's the first time, so I need

14      time to figure out where I'm going.  So, yeah, I think if we

15      got out by 5, that would be fine.  And the only other thing

16      I think I responded positively to is my husband was cited,

17      when we were on a ski trip, for a violation of a local Utah

18      statute.  So he -- that charge has been diverted, so that

19      was a positive response to --

20              **THE COURT:**  How long ago was that?

21              **PROSPECTIVE JUROR:**  Last January.

22              **THE COURT:**  Okay.

23              Mr. Knight?

24              **MR. KNIGHT:**  Good afternoon, 2157.

25              **PROSPECTIVE JUROR:**  Good afternoon.

1                    **MR. KNIGHT:**  You said you work for the Department

2       of Justice?

3                    **PROSPECTIVE JUROR:**  Yeah.

4                    **MR. KNIGHT:**  If the verdict in this case were to

5       be guilty or not guilty, do you think that your colleagues

6       will learn of that?

7                    **PROSPECTIVE JUROR:**  Will learn about the verdict?

8                    **MR. KNIGHT:**  Yes.

9                    **PROSPECTIVE JUROR:**  It's possible, sure.

10                   **MR. KNIGHT:**  All right.  Thank you.

11                   **THE COURT:**  Government counsel?

12                   **MS. LEDERER:**  Good afternoon.

13                   **PROSPECTIVE JUROR:**  Good afternoon.

14                   **MS. LEDERER:**  Your supervisor at DOJ, that person

15      has not specifically talked to you about this case, have

16      they?

17                   **PROSPECTIVE JUROR:**  Correct, yeah.  And she's not

18      my supervisor.  She's someone I work with who is now a

19      supervisor in your office.

20                   **MS. LEDERER:**  Okay.  But still --

21                   **PROSPECTIVE JUROR:**  I haven't talked to her.

22                   **MS. LEDERER:**  And being a lawyer and being in the

23      criminal division, you understand that it is of utmost

24      importance that an accused individual gets a fair trial.

25      Correct?

1          **PROSPECTIVE JUROR:**  Yes.

2          **MS. LEDERER:**  And can you do that?

3          **THE COURT:**  Let me just ask you a quick follow-up.

4    Do you work on January 6 cases at all?

5          **PROSPECTIVE JUROR:**  I haven't to date, no.

6          **THE COURT:**  Okay.  Can you just tell us generally

7    what your current practice entails?

8          **PROSPECTIVE JUROR:**  Yeah, so I sit in the office

9    of international affairs, which is responsible for

10   extradition and mutual legal assistance mostly.

11         **THE COURT:**  Bruce --

12         **PROSPECTIVE JUROR:**  Swartz.

13         **THE COURT:**  -- Swartz still there?

14         **PROSPECTIVE JUROR:**  Yeah.

15         **THE COURT:**  Okay.  Give him my best.

16         **PROSPECTIVE JUROR:**  I will.

17         **THE COURT:**  All right.  Thank you.

18         **PROSPECTIVE JUROR:**  Thank you.

19      (Prospective juror steps down.)

20         **THE COURT:**  Counsel?  Mr. Knight, what do you

21   think?

22         **MR. KNIGHT:**  Your Honor, I'm sure that --

23         **THE COURT:**  Currently employed by a party.  I

24   would like to exclude her, notwithstanding the fact that I

25   do believe she would do her best to be impartial.  But I

1    don't think we should have a current DOJ prosecutor or not

2    even -- I'm not sure if that's the right way to characterize

3    her, but a current criminal division employee sitting on

4    this jury.  So I will exclude 2157.

5         **MR. KNIGHT:**  Same, Your Honor.  Thank you.

6         (Sidebar discussion concluded.)

7         **THE COURT:**  We will do one more juror before lunch

8    so that would be 662.

9         (Prospective juror steps up.)

10        (Sidebar discussion.)

11        **THE COURT:**  Good afternoon.

12        **PROSPECTIVE JUROR:**  Good afternoon.

13        **THE COURT:**  For the lawyers' edification, you

14   answered "yes" to Questions 2, 3, 13 and 24.

15        **PROSPECTIVE JUROR:**  Correct.

16        **THE COURT:**  2 asked whether you've been following

17   the investigation of the events of January 6.  Correct?

18        **PROSPECTIVE JUROR:**  Correct.

19        **THE COURT:**  Can you describe for us how you've

20   done so?

21        **PROSPECTIVE JUROR:**  In the morning, I watch the

22   news, CBS news.  I've looked at the internet, you know, CNN,

23   MSNBC, Fox News, all of them.

24        **THE COURT:**  Do you go looking for news about

25   January 6 prosecutions --

1          **PROSPECTIVE JUROR:**  No, no.

2          **THE COURT:**  -- or do you just get it because

3     that's what you're watching?

4          **PROSPECTIVE JUROR:**  I just generally see it.  I

5     mean, I try to turn it off.  It's annoying.

6          **THE COURT:**  Why is it annoying?

7          **PROSPECTIVE JUROR:**  Because there's so much out

8     there and I've got little kids and it shows up on the TV.  I

9     just shut it off.

10         **THE COURT:**  Yep.

11         The question also asked whether you, a partner or

12    family member live or work at or near the U.S. Capitol and

13    you said "yes".  What was your answer there for?

14         **PROSPECTIVE JUROR:**  So my wife is in public

15    policy.  She occasionally goes down to the Capitol.

16         **THE COURT:**  Okay.  What does she do?

17         **PROSPECTIVE JUROR:**  She works for a law firm.

18         **THE COURT:**  Okay.  And is that -- what firm does

19    she work for?

20         **PROSPECTIVE JUROR:**  Well, it's a division of Baker

21    Donaldson.

22         **THE COURT:**  Okay.  Is she a lawyer?

23         **PROSPECTIVE JUROR:**  No.

24         **THE COURT:**  What do you do?

25         **PROSPECTIVE JUROR:**  I am an IT manager?

1            **THE COURT:**  Where?

2            **PROSPECTIVE JUROR:**  GW.

3            **THE COURT:**  One question asked whether anyone in

4    your sort of small group of people, family, friends, has

5    been arrested or charged with or convicted for a crime.

6            **PROSPECTIVE JUROR:**  Yep.

7            **THE COURT:**  Can you describe why you answered

8    "yes" to that question?

9            **PROSPECTIVE JUROR:**  Twenty-three years ago, I was

10   charged with a DUI.  It was expunged.

11           **THE COURT:**  Okay.  Thank you.

12           You also answered "yes" to having health problems

13   that could affect your ability to sit as a juror.  Can you

14   describe to us why you answered "yes" to that?

15           **PROSPECTIVE JUROR:**  I'm an insulin-dependent

16   diabetic.  I've got a pump and I got a CGM.

17           **THE COURT:**  How often do you have to do that?

18           **PROSPECTIVE JUROR:**  I mean, it's controlled.  It's

19   attached to me on my leg.  It just pumps -- I mean, it's

20   well controlled.

21           **THE COURT:**  Okay.  Okay.

22           Basing on your -- the news that you see about

23   January 6 and the prosecutions and the like, any reason to

24   believe -- you didn't answer "yes" to this question but just

25   to make sure.

1          **PROSPECTIVE JUROR:**  Sure.

2          **THE COURT:**  Any reason to think you'd be biased in

3     this case in favor of or against the government?

4          **PROSPECTIVE JUROR:**  I don't -- I mean, it's tough.

5     I live in the District but, at the same time, I'm going to

6     take the information as it's served to me.

7          **THE COURT:**  Yeah.  Would you be able to follow my

8     instructions about the law?

9          **PROSPECTIVE JUROR:**  Yes.

10         **THE COURT:**  Would you review and base your

11    decisions only on the evidence presented in the courtroom as

12    I would instruct you?

13         **PROSPECTIVE JUROR:**  Yes.

14         **THE COURT:**  Okay.  Thank you.

15         Mr. Knight?

16         **MR. KNIGHT:**  No questions, Your Honor.

17         **THE COURT:**  The government?

18         **MS. ERIKSEN:**  No questions, Your Honor.

19         **THE COURT:**  Thank you very much, sir.

20         **PROSPECTIVE JUROR:**  Thanks.

21      (Prospective juror steps down.)

22         **THE COURT:**  Any objection to qualifying 662?

23         **MR. KNIGHT:**  No, Your Honor.

24         **THE COURT:**  The government?

25         **MS. ERIKSEN:**  No, Your Honor.

1          **THE COURT:**  Okay.  662 is qualified.

2     (Sidebar discussion concluded.)

3          **THE COURT:**  All right.  Everyone, thank you for

4     the morning plus a little bit of time.  We're making

5     reasonable progress I would say.  We're going to keep doing

6     this until we have enough people to be able to pick a jury.

7          What I'd like to do is I'd like to take an hour

8     break.  You can get lunch in the cafeteria.  There are

9     places you can walk to.  I don't know what the security line

10    is like right now in terms of being able to get back here,

11    but I care a lot about promptness.

12         And so I expect everyone back here, I'll just call

13    it, by 1:50.  Same seats.  So look around.  Make sure you're

14    seated in the exact same spot, and I will pick up exactly

15    where we left off at 1:50 sharp.  Okay?  So we're off the

16    record now.  Thank you, all.

17    (Lunch.)

18         **THE COURT:**  Thank you, Ms. Moore.

19         Thank you, everyone, for being ready to proceed.

20    Could we please have Juror 629 come forward?

21    (Prospective juror steps up.)

22    (Sidebar discussion.)

23         **THE COURT:**  Good afternoon.

24         **PROSPECTIVE JUROR:**  And good afternoon.

25         **THE COURT:**  Counsel, Juror 629 answered "yes" to

1    Question 4 and only Question 4.  That question, of course,

2    asked if you have ever been on the Capitol grounds or inside

3    the Capitol.  So can you just explain your answer there,

4    ma'am?

5              PROSPECTIVE JUROR:  Yeah, some time on the Capitol

6    grounds just for visiting with some friends back in the

7    days.  We were just touring, not doing anything of any

8    particular nature.  It was an invite, though, sent by one of

9    the House representatives.

10             THE COURT:  Do you remember how long ago that was

11   approximately?

12             PROSPECTIVE JUROR:  It's been a couple years by.

13             THE COURT:  Okay.  Obviously, one of the other

14   questions I asked about is whether you've been following the

15   investigation of the events of January 6 and you didn't

16   answer "yes" to that one.

17             PROSPECTIVE JUROR:  No, I have not followed it

18   throughout.  I mean, I heard it when it first came on.  But

19   after that, I'd hear and see it so repeatedly on the radio

20   and the TV, I just stopped watching it completely.

21             THE COURT:  So does that mean you don't go looking

22   for information about it?

23             PROSPECTIVE JUROR:  No, I do not look for any

24   information at all.

25             THE COURT:  Do you have any reason to believe that

1    what you know about the events from back in the day when it

2    happened would lead you to be biased in this case?

3            PROSPECTIVE JUROR:  No, I don't think it would

4    make me be biased.

5            THE COURT:  Obviously, I asked a catch-all if

6    there was any reason to think you'd be biased in this case

7    and you didn't answer that one either.

8            PROSPECTIVE JUROR:  No.

9            THE COURT:  So based on what you know right now,

10   do you feel like that you could be impartial here?

11           PROSPECTIVE JUROR:  Yes, I do.

12           THE COURT:  Just a few questions.  Where do you

13   live, ma'am?

14           PROSPECTIVE JUROR:  Washington, D.C.

15           THE COURT:  Whereabouts?

16           PROSPECTIVE JUROR:  Off of Hamilton Street in

17   Northeast.

18           THE COURT:  Okay.  What neighborhood is that?

19           PROSPECTIVE JUROR:  Riggs Park.

20           THE COURT:  Are you presently employed?

21           PROSPECTIVE JUROR:  Yes, I am.

22           THE COURT:  What do you do?

23           PROSPECTIVE JUROR:  I'm a management analysis for

24   the Department of States.

25           THE COURT:  Okay.  Any reason to think that your

1    current employment would cause you to be biased here?

2               **PROSPECTIVE JUROR:**  No.

3               **THE COURT:**  Okay.  Thank you.

4               Questions from the government?

5               **MS. LEDERER:**  No questions, Your Honor.

6               **THE COURT:**  Defendant?

7               **MR. KNIGHT:**  No questions, Your Honor.

8               **THE COURT:**  Thank you.  Thank you, ma'am.  You may

9    be seated.

10              **PROSPECTIVE JUROR:**  All right.

11        (Prospective juror steps down.)

12              **THE COURT:**  Any objection to qualifying 629?

13              **MS. LEDERER:**  None from the government,

14   Your Honor.

15              **MR. KNIGHT:**  Not from the defense, Your Honor.

16              **THE COURT:**  I will qualify 629.  Thank you,

17   Counsel.

18        (Sidebar discussion concluded.)

19              **THE COURT:**  Juror 215, please.

20        (Prospective juror steps up.)

21        (Sidebar discussion.)

22              **THE COURT:**  Good afternoon.

23              **PROSPECTIVE JUROR:**  How you doing?

24              **THE COURT:**  All right.  How are you?

25              **PROSPECTIVE JUROR:**  Good.

1    **THE COURT:**  Good.  Counsel, Juror 215 answered

2    "yes" to Questions 2, 4 and 15.  Let me ask you about 15

3    first, which is whether you previously served on a grand

4    jury or trial jury.  Can you explain why you answered "yes"

5    to that question, sir?

6    **PROSPECTIVE JUROR:**  Yes.  I have served on a grand

7    jury more than 10 years.  There was a case of an infant

8    child that had a fatality.  The mother and father didn't

9    care for the child correctly and she died of malnutrition.

10   That's the only thing.

11   **THE COURT:**  Anything about that experience that

12   you think would affect your ability to be fair here?

13   **PROSPECTIVE JUROR:**  No.  The cases are totally

14   different.

15   **THE COURT:**  Okay.

16   You were asked about whether you followed the

17   investigation of the events of January 6th and you said

18   "yes" to that.  Can you describe how you had learned about

19   it and how you had followed that investigation?

20   **PROSPECTIVE JUROR:**  Well, when that took place, it

21   was quite a -- it was on the news everywhere.  So it wasn't

22   very hard not to keep up with that, but I didn't do anything

23   specifically.  Like I said, just the news, I just followed

24   the news.

25   **THE COURT:**  Do you go looking for news about

1   January 6?

2           **PROSPECTIVE JUROR:**  Do I go looking for it?

3           **THE COURT:**  Yeah, or is it more that you see it

4   because it's in the news and you might be --

5           **PROSPECTIVE JUROR:**  Well, yeah, in this area it

6   was quite popular.  You didn't really have to do much.  So I

7   didn't have to go looking for it.  It was on 24/7 almost.

8           **THE COURT:**  And based on what you know about that

9   day and what you've seen in the news, do you have any

10  concern about your ability to be fair and impartial here?

11          **PROSPECTIVE JUROR:**  I don't think.  Just offhand,

12  just you and I talking about it right at this moment, no, I

13  don't think that it's an issue of me being fair.  Like you

14  said, you would advise us about what the law states and we

15  can follow that particular --

16          **THE COURT:**  And would you be able to address just

17  the facts and the evidence that you hear in the courtroom

18  and not bring in any other information that you might have

19  learned about January 6 before?

20          **PROSPECTIVE JUROR:**  Yeah.  I don't think I have a

21  problem with that.

22          **THE COURT:**  Okay.

23          The question also asked you about whether you've

24  been on the Capitol grounds or inside the Capitol building

25  and you said, "yes".  Can you tell us why?

1          **PROSPECTIVE JUROR:**  Well, yeah, I'm a truck driver

2     and one of my -- that was on my run.  I used to go to the

3     Capitol almost every day.

4          **THE COURT:**  When did you have the route that took

5     you there just about every day?

6          **PROSPECTIVE JUROR:**  It's been now probably about

7     six years ago.

8          **THE COURT:**  Uh-huh.

9          **PROSPECTIVE JUROR:**  I had my own truck, and I was

10    working for YRC Freight Company, and we delivered to the

11    Capitol almost every day.

12         **THE COURT:**  Okay.  When was the last time you were

13    in the building?

14         **PROSPECTIVE JUROR:**  Now it's been about seven

15    years ago.

16         **THE COURT:**  Okay.

17         So obviously, as I said earlier, it's very

18    important that we have a jury that can be fair and

19    impartial, follow my direction, as you said, and decide the

20    case based on the facts as presented in the courtroom but

21    only those facts.  Do you have any concern about your

22    ability to do that?

23         **PROSPECTIVE JUROR:**  No.  I don't think I have any

24    issues with that.  I think I can be fair.

25         **THE COURT:**  Okay.  Thank you.

1          Government counsel have questions?

2          **MS. ERIKSEN:**  No, Your Honor.

3          **THE COURT:**  Mr. Knight?

4          **MR. KNIGHT:**  Thank you, Your Honor.

5          Good afternoon, 215.

6          You indicated that you got -- there was lots of

7    news around January 6.  Was that on radio, TV, or on your

8    phone?  How was that?

9          **PROSPECTIVE JUROR:**  Television mostly.  I have a

10   cell phone so all of the different sites as well.

11         **MR. KNIGHT:**  Thank you, sir.

12         **THE COURT:**  Thank you very much.

13         **PROSPECTIVE JUROR:**  All right.  Thanks.

14      (Prospective juror steps down.)

15         **THE COURT:**  Any objection to qualifying 215,

16   Mr. Knight?

17         **MR. KNIGHT:**  No objection.

18         **THE COURT:**  Government?

19         **MS. LEDERER:**  No objection, Your Honor.

20         **THE COURT:**  Juror 215 is qualified.

21      (Sidebar discussion concluded.)

22         **THE COURT:**  Juror 179, please.

23      (Prospective juror steps up.)

24      (Sidebar discussion.)

25         **THE COURT:**  Good afternoon.

1          **PROSPECTIVE JUROR:**  Hi.

2          **THE COURT:**  Hi.

3          And, Counsel, Juror 179 answered "yes" to Question

4     4, which is the question about being on the Capitol grounds

5     or inside the building.

6          Can you just describe to us why you answered "yes"

7     to that question?

8          **PROSPECTIVE JUROR:**  Did I say 4 or was it 2?

9          **THE COURT:**  I have 4.

10         **PROSPECTIVE JUROR:**  Oh, if I am not

11    misunderstand -- if I didn't misunderstand your question, I

12    thought you asked, Has anyone ever visited the Capitol?

13         **THE COURT:**  Yes.  My question was, Have you ever

14    been on the Capitol grounds or inside the Capitol building.

15         **PROSPECTIVE JUROR:**  Yes.

16         **THE COURT:**  Okay.  When was that?

17         **PROSPECTIVE JUROR:**  It was a while -- a long --

18    about four or five years ago when I took a tour inside of

19    the Capitol.

20         **THE COURT:**  Okay.  And was that, like, just as a

21    tourist on a tour?

22         **PROSPECTIVE JUROR:**  Yes.  Yes.

23         **THE COURT:**  Obviously, this case involves

24    allegations about the events of January 6th.  Are you

25    generally aware of what happened that day?

1          **PROSPECTIVE JUROR:**  Yes.

2          **THE COURT:**  Okay.  Do you consume news currently

3    that involves articles either about the events of that day

4    or about the cases that have followed?

5          **PROSPECTIVE JUROR:**  Well, if it comes on the news

6    and I'm watching the news, that's the most I go with it.

7          **THE COURT:**  So you'll watch it if it comes on the

8    news, but you don't go looking for stories about

9    January 6th?

10         **PROSPECTIVE JUROR:**  No.

11         **THE COURT:**  Based on what you know about that day,

12   do you have any reason to believe that it would be hard for

13   you to be fair and impartial in a case here?

14         **PROSPECTIVE JUROR:**  No.

15         **THE COURT:**  What neighborhood do you currently

16   live in, ma'am?

17         **PROSPECTIVE JUROR:**  Northeast D.C. over there by

18   Minnesota Avenue subway station.

19         **THE COURT:**  Got it.  Are you presently employed?

20         **PROSPECTIVE JUROR:**  Yes.

21         **THE COURT:**  What do you do?

22         **PROSPECTIVE JUROR:**  I send out pension checks

23   every month and gather information for people that's getting

24   ready to retire.

25         **THE COURT:**  Got it.  Okay.

1          Anything that would cause you to be generally

2     concerned, not just about what you know about January 6th,

3     but generally concerned about your ability to be fair and

4     impartial in this case?

5               **PROSPECTIVE JUROR:**  No, sir.

6               **THE COURT:**  Thank you.

7               Government counsel?

8               **MS. ERIKSEN:**  No questions, Your Honor.

9               **THE COURT:**  Mr. Knight?

10              **MR. KNIGHT:**  No questions, Your Honor.

11              **THE COURT:**  Thank you very much, ma'am.  You may

12    be seated.

13              **PROSPECTIVE JUROR:**  Thank you.

14         (Prospective juror steps down.)

15              **THE COURT:**  Any objections, Counsel, to qualifying

16    179?

17              **MS. ERIKSEN:**  None from the government,

18    Your Honor.

19              **MR. KNIGHT:**  None from the defendant, Your Honor.

20              **THE COURT:**  Juror 179 is qualified.

21         (Sidebar discussion concluded.)

22              **THE COURT:**  Juror 1281.

23         (Prospective juror steps up.)

24              **PROSPECTIVE JUROR:**  Hello.

25              **THE COURT:**  Good afternoon.  How are you?

1          **PROSPECTIVE JUROR:**  Fine and you?

2          **THE COURT:**  I'm fine.  Thank you.

3          Counsel, Juror 1281 answered "yes" to Question 3,

4    which is whether you or a family member or someone close to

5    you live or works at or near the Capitol building.

6          **PROSPECTIVE JUROR:**  Yes.

7          **THE COURT:**  Do you live near there?

8          **PROSPECTIVE JUROR:**  No, my sister works down --

9          **THE COURT:**  Your sister?

10         **PROSPECTIVE JUROR:**  She works at the Reagan

11   Building.

12         **THE COURT:**  She works at the Reagan Building?

13         **PROSPECTIVE JUROR:**  Uh-huh.

14         **THE COURT:**  Okay.  What does she do at the Reagan

15   Building?

16         **PROSPECTIVE JUROR:**  She's like a food person down

17   there.

18         **THE COURT:**  Okay.

19         Another question that we asked was about -- or I

20   asked was about whether you've been following the

21   investigation of the events of January 6th.

22         **PROSPECTIVE JUROR:**  No.

23         **THE COURT:**  You haven't been?

24         **PROSPECTIVE JUROR:**  No.

25         **THE COURT:**  Did you watch TV that day?

1          **PROSPECTIVE JUROR:**  Yeah, when it first happened,

2     yes.

3          **THE COURT:**  And -- but since then you haven't been

4     looking for stories on it or anything like that?

5          **PROSPECTIVE JUROR:**  No.

6          **THE COURT:**  Does anything about your knowledge

7     about that day, either news you've seen now or what you saw

8     that day, does -- do you fear it would cause you to not be

9     able to be fair and impartial here?

10          **PROSPECTIVE JUROR:**  Yes.

11          **THE COURT:**  You think you could be fair and

12     impartial or --

13          **PROSPECTIVE JUROR:**  No, I couldn't.

14          **THE COURT:**  Why couldn't you?

15          **PROSPECTIVE JUROR:**  Due to the fact that my loved

16     one was down there when this happened.  We was mostly

17     worried about what the impact of the world that was going on

18     at that moment.

19          **THE COURT:**  So you said your little one.  Who was

20     that?

21          **PROSPECTIVE JUROR:**  No, I said my loved one, my

22     sister.

23          **THE COURT:**  Oh, your loved one.  She was at the

24     Reagan Building?

25          **PROSPECTIVE JUROR:**  Yes.  And we couldn't -- she

1    didn't get home till, like, maybe 12:00 that night.  There

2    was so much going on that specific day that no one had

3    control over.

4              **THE COURT:**  So I asked a series of questions about

5    whether you would be worried about being biased in this case

6    and you didn't answer "yes".

7              **PROSPECTIVE JUROR:**  Right.  But I'm just saying,

8    overall, I mean, I wouldn't be biased but because I would --

9    I mean, everybody is entitled to their own opinion.  But

10   that's just my opinion.  I wouldn't be biased.

11             **THE COURT:**  Okay.  So you were afraid that day, on

12   January 6th, for your sister's welfare?

13             **PROSPECTIVE JUROR:**  Right.  I mean and everybody

14   that was affected by it.  Period.

15             **THE COURT:**  Uh-huh.

16             Do you know anything about this case?

17             **PROSPECTIVE JUROR:**  No.  I haven't --

18             **THE COURT:**  Yeah.

19             **PROSPECTIVE JUROR:**  -- besides what I seen that

20   first day, other than that, no.

21             **THE COURT:**  Okay.

22             Would you come into this courtroom and follow the

23   law as I instruct you?

24             **PROSPECTIVE JUROR:**  Yes.  Of course.

25             **THE COURT:**  Would you assess the defendant's guilt

1    or innocence based only on what you observed in the

2    courtroom?

3                    PROSPECTIVE JUROR:  Yes.

4                    THE COURT:  Are you worried that you would

5    approach this case with some bias because of what happened

6    that day?

7                    PROSPECTIVE JUROR:  No.  No.

8                    THE COURT:  Okay.

9                    Mr. Knight?

10                   MR. KNIGHT:  Thank you, Your Honor.

11                   Good afternoon, 1281.

12                   PROSPECTIVE JUROR:  Good afternoon.

13                   MR. KNIGHT:  You were speaking with His Honor just

14   recently about your sister --

15                   PROSPECTIVE JUROR:  Uh-huh.

16                   MR. KNIGHT:  She works at the Reagan Building?

17                   PROSPECTIVE JUROR:  Yes.

18                   MR. KNIGHT:  And what happened on January 6, that

19   affected her?

20                   PROSPECTIVE JUROR:  Yes.

21                   MR. KNIGHT:  And did that affect your family?

22                   PROSPECTIVE JUROR:  Yes, of course.

23                   MR. KNIGHT:  And how did that make you feel?

24                   PROSPECTIVE JUROR:  Sad.

25                   MR. KNIGHT:  Sad.  How does January 6 make you

1    feel?

2             **PROSPECTIVE JUROR:**  Now?  Nothing.  I mean, people

3    did stuff that they had no business doing, in my opinion,

4    but it wasn't affecting me.  But that day, like, it seemed

5    like the world was changed.

6             **MR. KNIGHT:**  And will you bring your opinion to

7    bear on this case?

8             **PROSPECTIVE JUROR:**  No.  I mean, I can only go by

9    what I see and hear in the courtroom.

10            **MR. KNIGHT:**  Okay.  Thank you.

11            **THE COURT:**  Government counsel?

12            **MS. ERIKSEN:**  Good afternoon, ma'am.

13            **PROSPECTIVE JUROR:**  Good afternoon.

14            **MS. ERIKSEN:**  You said your sister, she works in

15   food service at the Reagan Building?

16            **PROSPECTIVE JUROR:**  Yeah.

17            **SPEAKER1:**  That's at 13th and Pennsylvania, about

18   there, or Constitution?  I can't remember.  Was she outside

19   that day?

20            **PROSPECTIVE JUROR:**  No.  She was stuck in her

21   building.

22            **MS. ERIKSEN:**  Okay.  She didn't go down to the

23   Capitol?  She was stuck inside of her building?

24            **PROSPECTIVE JUROR:**  They couldn't come home.

25            **MS. ERIKSEN:**  Okay.  And you said she got home

1   about midnight that night?

2               **PROSPECTIVE JUROR:**  Yes.

3          **MS. ERIKSEN:**  Okay.  Thank you.

4          **THE COURT:**  Thank you, ma'am.  You may take your

5   seat.

6        (Prospective juror steps down.)

7          **THE COURT:**  Counsel, objection to qualifying 1281?

8          **MR. KNIGHT:**  Your Honor, we would object to

9   qualifying 1281.  She indicated that she had some strong

10  feelings that are about January 6 and that made her sad and

11  her family was involved in it.

12          While she indicated later that things had died

13  down, I think her facial expressions and the increase in her

14  inflexion and demeanor maybe could lead to a different

15  conclusion.

16          **THE COURT:**  Government?

17          **MS. ERIKSEN:**  Your Honor, I would agree.  I think

18  she seems still pretty quite upset by the situation.

19          **THE COURT:**  All right.  I will exclude 1281.

20        (Sidebar discussion concluded.)

21          **THE COURT:**  1595, please.

22        (Prospective juror steps up.)

23        (Sidebar discussion.)

24          **THE COURT:**  Good afternoon.

25              **PROSPECTIVE JUROR:**  Good afternoon.

1          **THE COURT:**  Counsel, Juror 1595 answered "yes" to

2     four questions, 2, 3, 4 and 25.  3 and 4 ask about whether

3     you've been on the Capitol grounds or whether someone close

4     to you lives or works near there.  Can you just tell us why

5     you answered "yes" to 3 and 4?

6          **PROSPECTIVE JUROR:**  I've been on the Capitol

7     grounds as a tourist trying to, you know, get to the Capitol

8     Visitor's Center.  Didn't actually make it to the Visitor's

9     Center, but technically that's close enough.

10          And I live near the corner of 1st and L,

11    Southeast.

12          **THE COURT:**  Southeast?  Were you there at home on

13    January 6th, 2021?

14          **PROSPECTIVE JUROR:**  Yes.

15          **THE COURT:**  Did you observe anything that day

16    about the events of January 6 at the Capitol?

17          **PROSPECTIVE JUROR:**  From my neighborhood?

18          **THE COURT:**  Yes.

19          **PROSPECTIVE JUROR:**  No.

20          **THE COURT:**  No.

21          Right.  Well, let me just ask the question.  Did

22    you watch anything that day on television about what

23    happened at the Capitol?

24          **PROSPECTIVE JUROR:**  I think, like, local

25    television news.

1          **THE COURT:**  Okay.

2          **PROSPECTIVE JUROR:**  Live.

3          **THE COURT:**  Live that day?

4          **PROSPECTIVE JUROR:**  Correct.

5          **THE COURT:**  Another question is just whether

6    you've been following the investigation of the events of

7    that day in the news media and you said "yes".  Can you

8    describe why you said "yes" to that question?

9          **PROSPECTIVE JUROR:**  Well, it hasn't been recently,

10   but I mean, I've read articles in *The Washington Post* in the

11   past year or so covering it.  But I haven't seen anything --

12   I haven't had a lot of time to follow the news that closely

13   recently.  So it's been several months.

14         **THE COURT:**  So I assume that means you don't seek

15   out news about January 6th; is that fair?

16         **PROSPECTIVE JUROR:**  Correct.

17         **THE COURT:**  As a result of the articles you had

18   seen more in the past, do you have any reason to believe,

19   based on what you know, that you would be potentially biased

20   in this case?

21         **PROSPECTIVE JUROR:**  I do not think so, no.

22         **THE COURT:**  Okay.

23         You also answered "yes" to the question of whether

24   you or someone in your immediate circle had been the victim

25   or witness to a crime.  Can you describe why you answered

1    "yes" to that question?

2             **PROSPECTIVE JUROR:**  I think that was 2012.  I was

3    in a Metro rail station and my not quite phone but small

4    tablet was snatched out of my hand.  That's it.

5             **THE COURT:**  Did you report the incident?

6             **PROSPECTIVE JUROR:**  To the transit police, yes.

7             **THE COURT:**  Did anything come of it that you know

8    of?

9             **PROSPECTIVE JUROR:**  No.

10            **THE COURT:**  Anything about that episode cause you

11   to worry that you would be biased in this case?

12            **PROSPECTIVE JUROR:**  I do not think so, no.

13            **THE COURT:**  Okay.  Thank you.

14            Government have any follow-up questions?

15         **MS. ERIKSEN:**  Good afternoon, sir.

16            Can I just ask what you do for work?

17            **PROSPECTIVE JUROR:**  I'm a network engineer at

18   Verizon.

19         **MS. ERIKSEN:**  What is that -- what are your duties

20   day to day?

21            **PROSPECTIVE JUROR:**  I'm responsible for testing

22   all new hardware, software, configuration, et cetera, for

23   the legacy WorldCom, now Verizon Business wire line network.

24         **MS. ERIKSEN:**  Okay.  Thank you.

25            No further questions, Your Honor.

1          **THE COURT:**  Thank you.

2          Mr. Knight?

3          **MR. KNIGHT:**  Thank you, Your Honor.

4          Good afternoon, 1595.  As part of your work, did

5     you receive any specialized training to do that work?

6          **PROSPECTIVE JUROR:**  Well, I have an undergraduate

7     degree in electrical and computer engineering.  Beyond that,

8     nothing from an employer, just, you know, things I have

9     learned on the job as it were.

10          **MR. KNIGHT:**  Thank you.

11          **THE COURT:**  Thank you, sir.

12       (Prospective juror steps down.)

13          **THE COURT:**  Counsel, any objection to qualifying

14     1595?

15          **MS. ERIKSEN:**  None from the government,

16     Your Honor.

17          **MR. KNIGHT:**  No objection, Your Honor.

18          **THE COURT:**  1595 is qualified.

19       (Sidebar discussion concluded.)

20          **THE COURT:**  Juror 2000.

21       (Prospective juror steps up.)

22          **THE COURT:**  Good afternoon.

23          **PROSPECTIVE JUROR:**  Hi.

24          **THE COURT:**  Everyone, Juror 2000 answered "yes" to

25     Questions 1, 2, 3, 4 and 18.  I'll ask you some questions

1    about those.

2              **PROSPECTIVE JUROR:**  Sure.

3              **THE COURT:**  I'm not expecting you to remember the

4    questions.

5              **PROSPECTIVE JUROR:**  Right.

6              **THE COURT:**  The first one was whether you or

7    someone you know had any direct or indirect connection to

8    the events at the U.S. Capitol.

9              **PROSPECTIVE JUROR:**  So I responded "yes" to that

10   because I am technically employed at the U.S. Capitol

11   Visitor's Center.  I wasn't there that day.  We were closed

12   to visitors, but that was how I interpreted the question so

13   I responded "yes".

14             **THE COURT:**  Sure.  Have you talked to people who

15   were there that day?

16             **PROSPECTIVE JUROR:**  I want to say yes but not

17   significantly.  Like, some of my colleagues were there that

18   morning.  The Visitor's Center closed to tour operations and

19   the public in March of 2020.

20             That was the last time I was there.  So it was

21   closed that day.  I had some colleagues who were on site

22   that morning.  I don't know anyone who was, like, there that

23   afternoon necessarily, certainly not any friends or

24   colleagues that I had.

25             **THE COURT:**  And so Questions 3 and 4 about living

1    or working near the Capitol and then being on the Capitol

2    grounds, that's -- is it related to your employment, the

3    answer --

4         **PROSPECTIVE JUROR:**  Yeah, I started my employment

5    there in 2014.  So I mean I -- I know that area very

6    intimately.  Like I said, I was last there in 2020, right

7    before it closed for COVID.

8         It's kind of been an interesting journey for me,

9    because we were closed to the public pretty much until March

10   of 2022.  And I would have returned to work there at that

11   point, but I ended up getting approved to go on, like, a

12   year-long work detail at the Naval Research Laboratory.

13        And when that ended, I went on parental leave

14   because I just had a baby and that's where we are now.  And

15   I'm actually, pretty much after this jury term service, I'm

16   going to quit my job at the Capitol and start working at the

17   Naval Research Laboratory full time for them.

18        **THE COURT:**  Got it.

19        Another question was about whether you followed

20   the investigation of the events of January 6th.  Do you --

21   just tell us why you answered "yes" to that question.

22        **PROSPECTIVE JUROR:**  Well, I mean, because I live

23   in America.  I mean, it's hard to avoid the news, I think,

24   on it.  And I haven't really looked into it probably more,

25   like, than the regular person.

1          I mean, to me, I probably have been more exposed

2     to the things at the top, especially with President Trump

3     and things like that but obviously, you know, I am aware of,

4     you know, these trials that are going on here.  But I

5     haven't taken like any particular interest into like really

6     looking at the details and whatnot.  I don't know.  I've

7     just been kind of just keeping away from it.

8          **THE COURT:**  You don't know anything about this

9     case, obviously --

10          **PROSPECTIVE JUROR:**  No.  No.

11          **THE COURT:**  -- since you didn't check yes.

12          Let me ask you questions that are related to two

13     things we've been talking about.  First, based on your

14     review of the news that you've looked at, the articles and

15     the like --

16          **PROSPECTIVE JUROR:**  Yeah.

17          **THE COURT:**  -- does that review and what you know

18     would that cause you to be in your -- are you concerned that

19     you would be potentially biased in this case?

20          **PROSPECTIVE JUROR:**  You know that's a fair

21     question, and I've kind of put a lot of thought into that.

22     And I think, you know, looking at what happened there that

23     day on January 6th, you know, is sort of a tragedy.  But I

24     mean, now that we're in, like, this courtroom with an

25     individual, I mean, that is kind of what it comes down to is

1    like what is the individual's role in this.

2           I mean, I'm assuming, if we've gotten this far,

3    this individual was there that day, but just because they

4    were there, doesn't necessarily mean they committed a crime

5    or maybe all the crimes that are, potentially, they're being

6    charged with.

7           You know, I think it's really important to kind of

8    look at the evidence and the burden of proof that needs to

9    be crossed.  To me, that is something that I think is, like,

10   very important that I take -- and I take very seriously.

11          THE COURT:  And so you think you could do that

12   here?  You would follow the law as I instruct you and you

13   would look at the evidence submitted in the courtroom and

14   only that evidence?

15          PROSPECTIVE JUROR:  I believe so.  To me, that is

16   very important.

17          THE COURT:  So a related question just because of

18   your work at the Capitol.

19          PROSPECTIVE JUROR:  Yeah.

20          THE COURT:  Do you think that that work would

21   cause you to be potentially biased or is it the same answer?

22          PROSPECTIVE JUROR:  I don't think I would be

23   biased.  Again, you know, everyone has their opinions

24   towards the event itself.  But I think, being able to

25   compartmentalize that into, like, an individual, to me, I

1   don't think I would have bias against one person.

2          You know, I have a very intimate knowledge of that

3   building.  I mean, you could probably show me a picture of

4   any corridor, and I could tell you where it was or when it

5   was.  I've been, like, kind of deliberately just like not

6   looking at the videos and the pictures and all of the stuff

7   from that day because I don't need to.  I think the

8   descriptions for me are enough.

9          But, yeah, I mean, the important thing is like,

10  that every person who comes across this, like, needs to be

11  treated from a square-one basis.  You know, I think about

12  there are four words inscribed on the pediment of the

13  Supreme Court building down the street and it's "equal

14  justice under law".  If we can't have that, then what can we

15  have really, you know?

16          **THE COURT:**  Okay.  Thank you, sir.

17          Mr. Knight, you have some follow-up questions?

18          **MR. KNIGHT:**  I have no questions, Your Honor.

19          **THE COURT:**  Government?

20          **MS. ERIKSEN:**  No, Your Honor.

21          **THE COURT:**  Thank you, sir.

22          **PROSPECTIVE JUROR:**  All right.  Thank you.

23       (Prospective juror steps down.)

24          **THE COURT:**  Any objections to qualifying Juror

25  2000?

1              **MS. ERIKSEN:**  None from the government,

2     Your Honor.

3              **MR. KNIGHT:**  Your Honor, I appreciate everything

4     you said.  I have some reservations with just his knowledge,

5     and he's going to have a tremendous amount of evidence in

6     his mind already that's not going to be admitted during this

7     trial.  And I do have some concern about just how familiar

8     he is with that area.

9              **THE COURT:**  How material is that going to be here?

10             **MS. ERIKSEN:**  Well, Your Honor, I think, as we've

11    proffered, he's talking about the hallways inside.  This

12    defendant is not alleged to have gone inside the building.

13    He was in one pretty -- he's on the west side by the

14    Inaugural stage --

15             **THE COURT:**  Right.  That's the reason I asked.

16             **MS. ERIKSEN:**  It's a pretty tight space, and we

17    will be obviously showing CCTV.  But I don't get the

18    impression that he had access to reviewing CCTV footage of

19    any kind.  We also have a lot of open source video.

20             And so I don't really think, unlike other cases

21    where we follow someone's path through the building, that's

22    not really what's happening here.

23             **THE COURT:**  I'm going to qualify this juror, Juror

24    2000.

25             Let me just state a little bit my thinking on the

1    record, which is I think he's very thoughtful about being

2    unbiased and deciding each individual case on the merits

3    based on the facts and the like, probably about as

4    thoughtful as most of the putative jurors we've had here

5    today.

6           I think the defendant raises a question that, in

7    my view, might actually require his being excused if any

8    pieces of that knowledge of the building were particularly

9    important here.

10          But this is a case, unlike some others, where I

11   don't think that knowledge of the building will matter.  And

12   I don't think, as a result, that that knowledge would either

13   infect the non-evidence in the case or otherwise infect the

14   deliberations.  And for those reasons, I will qualify Juror

15   2000.

16       (Sidebar discussion concluded.)

17          **THE COURT:**  Juror 1801.

18       (Prospective juror steps up.)

19       (Sidebar discussion.)

20          **THE COURT:**  Good afternoon.

21          **PROSPECTIVE JUROR:**  Good afternoon, Your Honor.

22          **THE COURT:**  Everyone, this is Juror 1801.  And he

23   answered "yes" to the following questions, 2, 5, 18, 19, 20,

24   21 and 24.

25          Why don't we start with 2 and 5.  Two is whether

1   you've been following the investigation of the events of

2   January 6th, and then 5 is whether there is anything about

3   the nature of the allegations or charges that could affect

4   your ability to be impartial.

5               So start by telling us about how you have followed

6   the investigation in the news.

7               **PROSPECTIVE JUROR:**  Um, well obviously, just being

8   a D.C. resident, it's hard to ignore but also just I

9   remember vividly watching the actual events unfold on the

10  6th itself, and watching the coverage afterwards, pretty

11  closely paid attention to the congressional commission

12  investigation, and I've reviewed media articles about other

13  defendants who have received -- or who have had cases tried

14  as well so just paying attention for the most part.

15              **THE COURT:**  Do you go looking for articles about

16  either January 6th or individual cases?

17              **PROSPECTIVE JUROR:**  Certainly not individual cases

18  but just in the course of, you know, if I'm scanning *The*

19  *Washington Post* or whatever it may be, I tend to check in on

20  those when I see headlines just to see what the latest news

21  about the event is.

22              And then just in terms of the -- I don't know if

23  you are interested in the second question yet or --

24              **THE COURT:**  Yes.  Yeah, let's talk about that.

25              **PROSPECTIVE JUROR:**  I wouldn't say -- I don't know

1    how -- I figured I'd mark it down just to discuss but I'm a

2    federal government employee, so I just feel like it's a

3    little close to home for me.

4              **THE COURT:**  Yeah.  What do you do?

5              **PROSPECTIVE JUROR:**  I'm an attorney for the CIA.

6              **THE COURT:**  How long have you been there?

7              **PROSPECTIVE JUROR:**  I've been there since 2020, so

8    about three years.

9              **THE COURT:**  What did you do before that?

10             **PROSPECTIVE JUROR:**  An attorney in private

11   practice.

12             **THE COURT:**  Have you ever been a prosecutor?

13             **PROSPECTIVE JUROR:**  Not a prosecutor but

14   previously also clerked in the district court so observed

15   similar but never as a prosecutor or defense attorney.

16             **THE COURT:**  What district court did you clerk in?

17             **PROSPECTIVE JUROR:**  Delaware.

18             **THE COURT:**  I mean, you obviously know how jury

19   selection works.  You know I need to figure out if someone

20   is biased.  I get that you're a federal government employee.

21             But let me ask the question, first, about

22   January 6th.  You know about what happened and you know, to

23   some extent, what you've, you know, read in the media.

24             Would you be concerned that, based on that

25   knowledge, that you could not put it aside and be impartial

1    here?

2        **PROSPECTIVE JUROR:**  No.  I think -- I mean, I

3    certainly think I would come into the trial having kind of

4    an idea.  But I think, as you said, I've served in this --

5    I've observed trials.  I get -- as an attorney, I get how

6    the burden of proof and the case system works.  So I think

7    I'd certainly set aside any preconceived notions and be able

8    to hear the evidence that's presented.

9        **THE COURT:**  And what about, a similar question

10   about your current job or I mean any of your jobs.  So your

11   current job, you're a government employee, obviously, at the

12   CIA.  Are you concerned that you could not set that aside

13   and be impartial?  That that would -- your current

14   employment would somehow infect your thinking about the case

15   or potential bias?

16       **PROSPECTIVE JUROR:**  No.  I mean, I think a similar

17   answer.  I think it's something I'd be able to separate in

18   my mind.

19       **THE COURT:**  Now, several questions were asked

20   about working as a lawyer and working in the government.

21   Are those mostly answers explained by what we just discussed

22   about your current employment or are there other either

23   family members or friends that you'd like to tell us about?

24       **PROSPECTIVE JUROR:**  For the most part answered.

25   My wife and I are both government employees, but neither in

1    a direct criminal law capacity.  In my job with the CIA, I

2    do liaise with the FBI and so I have pretty direct

3    connections with them but not in a law enforcement sense,

4    more of an intelligence sense.

5           So I don't think anything -- and just, you know,

6    connections to others in similar capacities but nothing that

7    would say would, you know, greatly sway other than what I've

8    already presented.

9           THE COURT:  What does your wife do?

10          PROSPECTIVE JUROR:  She's an attorney as well for

11   the State Department.

12          THE COURT:  For State.

13          Another question was about whether anyone in your

14   small group of friends and family members been arrested for,

15   charged with or convicted of a crime.  Can you just tell us

16   why you answered "yes" to that question?

17          PROSPECTIVE JUROR:  Yes, my father has had a, kind

18   of, misdemeanor, I guess, larceny conviction for him that

19   never went to trial or anything like that.

20          THE COURT:  Anything about that experience that

21   would cause you to be biased here?

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  So let me just ask the big-picture

24   question, which we've talked about in a particular context,

25   but obviously, it's critical that every member of the jury

1      comes in and is willing to put aside prior knowledge, base

2      their decision solely on the facts here, the law as I

3      instruct them and without any bias.

4              I realize you have both knowledge and

5      government -- current government employment.  Could you do

6      all of that in your view?

7              **PROSPECTIVE JUROR:**  I believe I can.

8              **THE COURT:**  Okay.  Thank you.

9              Any follow-up from the government?

10             **MS. ERIKSEN:**  Good afternoon, sir.

11             You said you followed some of these cases in

12     passing.  If you're scanning the news, you might check in on

13     them; is that right?

14             **PROSPECTIVE JUROR:**  That's right.  Just, you know,

15     taking a break during the day and checking *The Washington*

16     *Post* site.  If I see a, you know, D.C. news latest in the

17     line of trials or sentencing, I'll check in on that.  That's

18     about it.

19             **MS. ERIKSEN:**  But you don't have any particular

20     knowledge of this defendant or anything beyond the general

21     summary that the Court read to you this morning?

22             **PROSPECTIVE JUROR:**  That's correct.

23             **MS. ERIKSEN:**  Last question, with regard to

24     your -- you mentioned your father had a larceny conviction.

25     How long ago was that, if you recall?

1          **PROSPECTIVE JUROR:**  About five-ish years ago.

2          **MS. ERIKSEN:**  Okay.  Thank you very much.

3          **THE COURT:**  Counsel?  Mr. Knight?

4          **MR. KNIGHT:**  Thank you.

5          Good afternoon, 1801.

6          You indicated that you clerked for the district

7     court in Delaware?

8          **PROSPECTIVE JUROR:**  That's correct.

9          **MR. KNIGHT:**  That's a fairly high clerkship.  Was

10    that in the federal district court?

11         **PROSPECTIVE JUROR:**  Yes, that's the federal

12    district court.  And I also clerked at the federal court of

13    appeals but not doing criminal cases for the federal

14    circuit.

15         **MR. KNIGHT:**  Okay.  So you -- as part of that

16    clerkship, you were part of criminal cases?

17         **PROSPECTIVE JUROR:**  I helped the judge with

18    criminal cases, correct, but, yeah, not in a direct

19    involvement.

20         **MR. KNIGHT:**  Okay.  And with your current job at

21    the CIA, you interface with the FBI?

22         **PROSPECTIVE JUROR:**  Yes.

23         **MR. KNIGHT:**  Did any of your job involve

24    information that was collected about January 6th?

25         **PROSPECTIVE JUROR:**  Not that I know of.  I worked

1        in our litigation group.  And as part of that, the FBI and

2        DOJ submit what's called credential search requests to

3        federal agencies to see if they have anything about criminal

4        cases that are pending but not that I know of.  I don't

5        think we have -- not that I was aware of that we had any

6        relevant information on January 6th events.

7                **MR. KNIGHT:**  You said that you followed the

8        January 6 commission very closely; is that right?

9                **PROSPECTIVE JUROR:**  I watched it, yes, and pretty

10       regularly caught most of it, yes.

11               **MR. KNIGHT:**  Okay.  And you'd be able to separate

12       that experience from what would go on in this trial?

13               **PROSPECTIVE JUROR:**  Yes, I think so.

14               **MR. KNIGHT:**  Thank you.

15               **PROSPECTIVE JUROR:**  Thank you.

16               **THE COURT:**  Thank you very much.

17               **PROSPECTIVE JUROR:**  Thanks very much.

18          (Prospective juror steps down.)

19               **THE COURT:**  Any objection to qualifying 1801?

20               **MS. ERIKSEN:**  Not from the government, Your Honor.

21               **MR. KNIGHT:**  No objection, Your Honor.

22               **THE COURT:**  1801 is qualified.

23          (Sidebar discussion concluded.)

24               **THE COURT:**  Juror 698, please.

25          (Prospective juror steps up.)

1          (Sidebar discussion.)

2                    **THE COURT:**  Good afternoon.

3                    **PROSPECTIVE JUROR:**  Good afternoon.

4                    **THE COURT:**  Counsel, Juror 698, who is here, she

5     answered "yes" to Questions 2, 4, 18 and 19.

6                    Question 2 asked whether you've been following the

7     investigation of the events of January 6th.  Can you just

8     tell us why you answered "yes" to that question?

9                    **PROSPECTIVE JUROR:**  Because I'm a regular news

10    follower.

11                   **THE COURT:**  Okay.  Do you go looking for articles

12    about January 6th or is it just that you read the paper?

13                   **PROSPECTIVE JUROR:**  I read the paper.  I read

14    current and local events.

15                   **THE COURT:**  Okay.

16                   Did you watch the news or maybe even a live feed

17    of the Capitol on January 6th when it was happening?

18                   **PROSPECTIVE JUROR:**  No.  I was out of the office.

19                   **THE COURT:**  Okay.

20                   Is there anything about your knowledge from the

21    news that you've been reading over the last couple years

22    that would, in your view, run the risk that you would be

23    biased in some way in this courtroom?

24                   **PROSPECTIVE JUROR:**  No.

25                   **THE COURT:**  You were also asked whether you've

1   been on the Capitol grounds or inside the building and you

2   said "yes".  Can you just tell us when that was?

3           PROSPECTIVE JUROR:  I've been on a tour, like, 10

4   years ago.

5           THE COURT:  Okay and not since then?

6           PROSPECTIVE JUROR:  That is correct.

7           THE COURT:  Okay.

8           I asked you about whether somebody in your family

9   or close friend works as a lawyer or at a firm or as a

10  paralegal.  Who's that?

11          PROSPECTIVE JUROR:  So I have a cousin that, in

12  Texas, is a court stenographer.  So I thought that --

13          THE COURT:  Sure.  Yes.

14          Do you know in what court system she works?

15          PROSPECTIVE JUROR:  No, I don't.

16          THE COURT:  Do you know where in Texas?

17          PROSPECTIVE JUROR:  Yes, Dallas.

18          THE COURT:  Do you ever talk with your cousin

19  about --

20          PROSPECTIVE JUROR:  Her work?

21          THE COURT:  -- her job?  Yeah.

22          PROSPECTIVE JUROR:  No.  Just work/life balance

23  but nothing about the specific cases or types of cases.

24          THE COURT:  And before I ask you about the next

25  question, you don't know anything about this case or this

1    defendant; is that right?

2              **PROSPECTIVE JUROR:**  That is correct.

3              **THE COURT:**  Have you -- the next question was

4    whether you or any member of your family or close friend was

5    employed basically in law enforcement.  Tell us why you

6    answered --

7              **PROSPECTIVE JUROR:**  So I have -- yes.

8              **THE COURT:**  Thank you.

9              **PROSPECTIVE JUROR:**  I have an uncle, who is

10   deceased, also in Texas, who used to be a Dallas detective.

11             **THE COURT:**  Okay.  So like a private eye

12   detective?

13             **PROSPECTIVE JUROR:**  No.  Working for, I assume,

14   the city.

15             **THE COURT:**  The city or the state?

16             **PROSPECTIVE JUROR:**  Or whatever, yes.

17             **THE COURT:**  So he was a -- like, an investigator

18   for whatever the state --

19             **PROSPECTIVE JUROR:**  Whatever the entity, the

20   governmental entity is.

21             **THE COURT:**  Yeah, exactly.

22             Did you ever talk to him about his work?

23             **PROSPECTIVE JUROR:**  No.

24             **THE COURT:**  Anything about his work and his having

25   had that back in the day that would cause you to potentially

1    be biased here one way or the other?

2                    **PROSPECTIVE JUROR:**  No.  No.

3                    **THE COURT:**  Okay.

4                    Government counsel have any questions?

5              **MS. LEDERER:**  Just briefly.

6              Good afternoon, ma'am.

7                    **PROSPECTIVE JUROR:**  Hi.

8              **MS. LEDERER:**  Could you just quickly describe what

9    kind of work you're in?

10                   **PROSPECTIVE JUROR:**  I am a government contractor

11   focusing on management issues.

12             **MS. LEDERER:**  Okay.  Thank you.

13                   **THE COURT:**  Mr. Knight?

14             **MR. KNIGHT:**  Thank you, Your Honor.

15             Good afternoon, 698.

16                   **PROSPECTIVE JUROR:**  Good afternoon.

17             **MR. KNIGHT:**  You mentioned that your uncle was a

18   former law enforcement officer before he passed?

19                   **PROSPECTIVE JUROR:**  Yes.

20                   **THE COURT:**  And your cousin is a court reporter?

21                   **PROSPECTIVE JUROR:**  Yes.

22             **MR. KNIGHT:**  Was that her father?

23                   **PROSPECTIVE JUROR:**  Yes.

24             **MR. KNIGHT:**  Okay.  Thank you.

25                   **THE COURT:**  Thank you very much.

1          (Prospective juror steps down.)

2               **THE COURT:**  Any objection to qualifying 698?

3               **MS. LEDERER:**  No, Your Honor.

4               **MR. KNIGHT:**  No objection, Your Honor.

5               **THE COURT:**  Thank you.  698 is qualified.

6          (Sidebar discussion concluded.)

7               **THE COURT:**  Juror 65, please.

8          (Prospective juror steps up.)

9          (Sidebar discussion.)

10              **THE COURT:**  Good afternoon.

11              **PROSPECTIVE JUROR:**  Hey, how are you?

12              **THE COURT:**  Pretty well.  How are you?

13              **PROSPECTIVE JUROR:**  Doing well.

14              **THE COURT:**  Good.

15              Counsel, Juror 65 answered "yes" to Questions 2,

16    4, 11, 23 and 36.

17              Why don't we start with 11, which is about whether

18    you have an extremely important matter to attend to this

19    week that would make it a hardship to serve.

20              **PROSPECTIVE JUROR:**  So it would be early next week

21    I'm going to go to California, I think, for business.

22              **THE COURT:**  So when would that be, like,

23    Tuesday/Wednesday?

24              **PROSPECTIVE JUROR:**  Yes.  I'll probably leave on

25    Monday night.

1          **THE COURT:**  Okay.

2          You also answered "yes" to Question 2, which is

3     about whether you've been following the investigation of the

4     events of January 6th in the news media.  Can you just

5     describe why you answered "yes" to that question?

6          **PROSPECTIVE JUROR:**  Yes, I had just been following

7     it, local resident, have been a federal contractor for

8     several years, so just, given the nature of what transpired,

9     I view it passionately.

10          **THE COURT:**  What do you do in your capacity as a

11     federal contractor?  What's your job?

12          **PROSPECTIVE JUROR:**  So I used to work at the

13     Pentagon.  And then, during January 6th, I was with U.S.

14     Census Bureau for the 2020 Census.

15          **THE COURT:**  Do you currently seek out news about

16     January 6th or the investigations or the cases that have

17     followed or is it more that you just -- you, for lack of a

18     better word, consume news and that's in it?

19          **PROSPECTIVE JUROR:**  It's more reactive because I

20     have to check the news for work.  So if it comes up and if

21     it interests me, I'll read it.

22          **THE COURT:**  Is there anything about what you know

23     or at least have read about or have seen about the events of

24     January 6th that would cause you to be concerned about your

25     ability to be impartial in this case?

1          **PROSPECTIVE JUROR:**  I would say yes.

2          **THE COURT:**  Okay.  Why?

3          **PROSPECTIVE JUROR:**  Just background in government.

4     My father was in government for over 30 years and just, for

5     me, just what transpired I felt it was shameful and I felt

6     some of the folks were taken advantage of.

7          **THE COURT:**  Who was taken advantage of?

8          **PROSPECTIVE JUROR:**  Those who believed that there

9     was election fraud.

10         **THE COURT:**  So does that mean you would be biased

11    in their favor here or in a defendant -- you know, in an

12    individual's favor or biased in favor of the government?

13         **PROSPECTIVE JUROR:**  I'd say more so on the

14    government.

15         **THE COURT:**  What did your dad do?

16         **PROSPECTIVE JUROR:**  He was retired intelligence.

17         **THE COURT:**  One question, and this may have been

18    covered, but Question 23 is whether you or any member of

19    your family or close friend had any experience with law

20    enforcement or the government that might cause you to favor

21    or disfavor the government or law enforcement.  Is that what

22    you've basically been talking about?

23         **PROSPECTIVE JUROR:**  Yes.

24         **THE COURT:**  So you think, based on your experience

25    and your dad's experience, that you would be -- there'd be

1    at least a concern that you would be biased in favor of the

2    government?

3            PROSPECTIVE JUROR:  Well, I would try to be as

4    impartial as possibly I could, but I think I would be on the

5    favor of the government.

6            THE COURT:  Another question asked whether you

7    placed a sticker, sign or flag on your vehicle or the

8    exterior of your home.  Can you just tell us why you

9    answered "yes" to that question?

10           PROSPECTIVE JUROR:  I had a bumper sticker in 2012

11   on my car.

12           THE COURT:  What was the bumper sticker?

13           PROSPECTIVE JUROR:  It was for President Obama.

14           THE COURT:  Okay.  So here, as in any case, I

15   would instruct the jury that they have to follow my

16   instructions and the law, have to decide the case based only

17   on the evidence here.  Do you think you could do those

18   things?

19           PROSPECTIVE JUROR:  Yes.

20           THE COURT:  But -- so now, just go back to the

21   discussion we've been having, but you're worried at least

22   that you would still, perhaps, view the evidence in the

23   light most favorable to the government or just have some,

24   perhaps, implicit bias in favor of the government?

25           PROSPECTIVE JUROR:  I think it would be, I would

1    say, a little bit on the latter just because I am very

2    mission oriented and believe in the government.

3              **THE COURT:**  Okay.  Thank you.

4              Mr. Knight?

5              **MR. KNIGHT:**  1740, thank you.  I don't have any

6    questions.

7              **PROSPECTIVE JUROR:**  Okay.

8              **THE COURT:**  Government?

9              **MS. LEDERER:**  No questions.

10             **THE COURT:**  Thank you.

11        (Prospective juror steps down.)

12             **THE COURT:**  Any objection to excluding 65?

13             **MR. KNIGHT:**  No objection, Your Honor, to

14   excluding him.

15             **MS. LEDERER:**  I won't do the song and dance.  I

16   mean, he said he could be fair but I understand.

17             **THE COURT:**  Okay.  We'll exclude 65.

18        (Sidebar discussion concluded.)

19             **THE COURT:**  1740, please.

20        (Prospective juror steps up.)

21        (Sidebar discussion.)

22             **THE COURT:**  Good afternoon.

23             **PROSPECTIVE JUROR:**  Good afternoon, Your Honor.

24             **THE COURT:**  Everyone, Juror 1740 answered "yes" to

25   Questions 1, 2, 3, 4, 5, 15, 35 and 36.  So let's ask about

1  Question 1.  Do you or someone you know have any direct or

2  indirect connection to the events at the Capitol?  Can you

3  tell us why you answered "yes" to that?

4         **PROSPECTIVE JUROR:**  Several friends and people I

5  work with were trapped in the Capitol that day.

6         **THE COURT:**  Did you talk to those friends about

7  the events of that day?

8         **PROSPECTIVE JUROR:**  Yes.

9         **THE COURT:**  What did they tell you generally?

10         **PROSPECTIVE JUROR:**  Just that it's been relayed in

11  the press that it was very frightening.

12         **THE COURT:**  Is it a result of that -- those

13  conversations and those relationships, in part, that led you

14  to answer "yes" to something about the nature of the

15  allegations or the charges that could affect your ability to

16  give the defendant and government a fair trial?

17         **PROSPECTIVE JUROR:**  Yes.

18         **THE COURT:**  Is there anything else that leads you

19  to be concerned about your ability to give both parties a

20  fair trial?

21         **PROSPECTIVE JUROR:**  No.

22         **THE COURT:**  So obviously, I would instruct the

23  jury on the law and I would tell you you had to follow the

24  evidence only and only the evidence presented in the

25  courtroom.

1          **PROSPECTIVE JUROR:**  Of course.

2          **THE COURT:**  So what is your concern?  Can you be a

3    little more concrete about it?

4          **PROSPECTIVE JUROR:**  Well, you know, I think

5    having -- knowing people that were directly involved in the

6    incident, I think, has probably colored my view of the

7    events of that day.

8          **THE COURT:**  And particular defendants at least

9    potentially?

10          **PROSPECTIVE JUROR:**  Potentially.

11          **THE COURT:**  You also answered "yes" to following

12    the investigation of the events of January 6th; is that

13    right?

14          **PROSPECTIVE JUROR:**  Yes.

15          **THE COURT:**  Do you --

16          **PROSPECTIVE JUROR:**  I used to work on Capitol Hill

17    and I'm a lobbyist now, so I spent a lot of time on Capitol

18    Hill and I used to live on Capitol Hill, so you know it

19    just --

20          **THE COURT:**  It's part of the job?

21          **PROSPECTIVE JUROR:**  Yes, exactly.

22          **THE COURT:**  Part of the job.  Okay.

23          You also were asked whether you previously served

24    on a grand jury or a trial jury.  Can you just tell us about

25    that experience?

1          **PROSPECTIVE JUROR:**  So I was impaneled on a grand

2     jury here in this court from May of '15 until October or

3     November of '16.

4          **THE COURT:**  Okay.

5          Anything about that experience particularly bad in

6     terms of how it would affect your approaching this

7     experience if you were on the jury?

8          **PROSPECTIVE JUROR:**  No.  Not at all.

9          **THE COURT:**  You answered "yes" to Question 35,

10    which is that you would be uncomfortable serving as a juror

11    knowing that you will not have any say in a sentence that I

12    impose.  Can you tell me why you answered that question that

13    way?

14         **PROSPECTIVE JUROR:**  I think it's clear in this

15    conversation that I have a skewed view of the defendants in

16    the case, and I would look poorly upon a sentence that was

17    less than what I thought it should be.

18         **THE COURT:**  Okay.

19         Counsel, any other questions?

20         **MS. LEDERER:**  No.

21         **MR. KNIGHT:**  No questions.

22         **THE COURT:**  Thank you, sir.

23         **PROSPECTIVE JUROR:**  Thank you.

24      (Prospective juror steps down.)

25         **THE COURT:**  Any objection to my excluding 1740 for

1    cause?

2            **MS. LEDERER:**  No, Your Honor.

3            **MR. KNIGHT:**  No objection.

4            **THE COURT:**  1740 is excluded for cause.

5        (Sidebar discussion concluded.)

6            **THE COURT:**  Juror 885.

7        (Prospective juror steps up.)

8        (Sidebar discussion.)

9            **PROSPECTIVE JUROR:**  How are you doing?

10           **THE COURT:**  Pretty well.  How are you doing?

11           **PROSPECTIVE JUROR:**  A little nervous.

12           **THE COURT:**  Okay.  No need to be nervous.  This is

13   just among us.

14           Everyone, Juror 885 answered "yes" to four

15   questions, 11, 24, 32 and 34.

16           I'm just going to ask you some follow-up questions

17   about those answers.  Eleven is about whether it would be a

18   hardship to serve on the jury for a week.  So can you tell

19   us why you answered "yes" to that question?

20           **PROSPECTIVE JUROR:**  Will it be -- say that again?

21           **THE COURT:**  A hardship.  Whether you have

22   something really important this week that would make it hard

23   to serve on the jury.

24           **PROSPECTIVE JUROR:**  Yeah, because also I'm a home

25   caregiver.  So I'm GT independent, so I do help out with my

1    patients most of the time and I work, like, mostly the whole

2    week.

3              THE COURT:  And there's no one who -- like, what

4    would happen if you got sick?

5              PROSPECTIVE JUROR:  Like, if I got sick?

6              THE COURT:  Yeah.  Somebody take your place?

7              PROSPECTIVE JUROR:  I don't know that part.  I

8    really don't know for sure.

9              THE COURT:  Okay.

10             You answered "yes" to Questions 32 and 34.  32 is

11   about would you have difficulty expressing your own opinions

12   and thoughts to your fellow jurors.  And 34 is about not

13   being able to read about this case while you're serving on

14   the jury.

15             So can you tell us why you answered "yes" to those

16   two questions, why it would be hard?

17             PROSPECTIVE JUROR:  It could be difficult

18   because -- so like most people don't -- I mean, for me,

19   instantly I could express my opinion but, at the same time,

20   it will -- people will listen to me in a way because, like,

21   you know, everybody has their opinion.  And nowadays,

22   opinionated things, you know, out of nowhere, you know, it's

23   important to know the facts.

24             THE COURT:  So what is your concern exactly in the

25   jury room, that people wouldn't listen to you or that they

1    would be too opinionated?

2            **PROSPECTIVE JUROR:**  Would be too opinionated for

3    the most part.  Yeah.

4            **THE COURT:**  Okay.  All right.

5            And about doing research outside of the courtroom,

6    people can still read the news and stuff like that if

7    they're on the jury, but you can't go looking for

8    information about this case.

9            **PROSPECTIVE JUROR:**  Oh, most definitely, I didn't

10   even know about the situation.

11           **THE COURT:**  You would be able to follow that

12   instruction?

13           **PROSPECTIVE JUROR:**  Yeah.

14           **THE COURT:**  To not look at this case?

15           **PROSPECTIVE JUROR:**  Most definitely.

16           **THE COURT:**  Okay.

17           Another question asked whether you or anyone in

18   your small group of family and friends has ever been

19   arrested or charged with or convicted of a crime.  Can you

20   tell us why you answered "yes" to that question?

21           **PROSPECTIVE JUROR:**  Yeah, my mother was one of

22   them.

23           **THE COURT:**  What happened there?

24           **PROSPECTIVE JUROR:**  For stealing.

25           **THE COURT:**  How long ago did that case happen?

1          **PROSPECTIVE JUROR:**  I mean, it wasn't -- I mean,

2     it was her first offense.

3          **THE COURT:**  Okay.

4          **PROSPECTIVE JUROR:**  So, like, stuff like that, but

5     she never did it again.  So I just thought, you know, she

6     got banned, but everything else was okay.

7          **THE COURT:**  All right.  Anything about that

8     experience for you cause you to be worried about how you

9     would approach this case?

10          **PROSPECTIVE JUROR:**  I mean, I wouldn't be worried

11    because, at the same time, like, I don't really know anybody

12    from, like, in the area not my attention.  So, yeah.  It

13    really make me no never mind.

14          **THE COURT:**  So if you're going to serve as a juror

15    here, I would tell you you have to follow the law that I

16    instruct you to follow and you'd have to follow the evidence

17    in the courtroom.

18          **PROSPECTIVE JUROR:**  Yes.

19          **THE COURT:**  Could you do those two things?

20          **PROSPECTIVE JUROR:**  Evidence wise, yes.

21          **THE COURT:**  Okay.  Thank you.

22          Government have any follow-up questions?

23          **MS. LEDERER:**  Good afternoon.  I'll be quick so no

24    need to be nervous.  I just have a quick question.  Do you

25    think your mother got treated fairly by either the police or

1    prosecutors or the system?

2              **PROSPECTIVE JUROR:**  Oh, yeah she got treated

3    fairly, most definitely.  There was no harm or anything.

4    She got caught and went to court.  Right?  There was no

5    brutal, no anything else, type wise, because if it was, you

6    know, that would be a whole different story.

7              **MS. LEDERER:**  Thank you.

8              **THE COURT:**  Mr. Knight?

9              **MR. KNIGHT:**  Thank you, Your Honor.

10             885, good afternoon.

11             **PROSPECTIVE JUROR:**  How are you doing, sir?

12             **MR. KNIGHT:**  Doing well.

13             You said that sometimes opinions are worth more

14   than facts.  Is that something that you hold to be true or

15   you think that other people hold to be true?

16             **PROSPECTIVE JUROR:**  Me personally, no, because,

17   for instance, I feel like facts are more important than

18   anything in the world because, without facts, like, what

19   else in between?  Especially, I'm the type of person who

20   believes in proof.

21             And when it comes down to proof, you know,

22   especially if it's recent, if it's anything that comes down

23   to recent, especially from this time being, it's definitely

24   important.  Like a statement could be definitely opinionated

25   also because everybody, like I said, has an opinion.

1          But, like, for nowadays I also addressed that

2     nowadays opinion is strangely and confusing to me really,

3     like, so in knowing in a way, I'm not going to lie to you

4     because, like, it's funny how people believe in opinions and

5     facts nowadays.  So that's how I stand by.  Yeah.

6          **MR. KNIGHT:**  Okay.  Thank you for that answer.

7          You said that people don't listen to me.  What did

8     you mean by that?

9          **PROSPECTIVE JUROR:**  Like what I mean -- like I

10    said about -- like my voice can be also powerful for most

11    people but at the same time it's like they can hear me, of

12    course.  They can hear me like a lot of time but in one ear

13    and out the other, but at the same time if they're going to

14    listen to me as like --

15         Like if I'm cool with you, if I'm your friend and

16    I'm doing everything for you, are you going to, like,

17    instead of hearing me, it's just like -- I'm not demanding

18    anyone to do anything they don't want to, but at the same

19    time are they going to, like, focus on my say-so, like, not

20    to take my words but observe.  That's all.

21         **MR. KNIGHT:**  Thank you for your answer.

22         **PROSPECTIVE JUROR:**  No problem.

23         **THE COURT:**  Thank you, sir.

24         **PROSPECTIVE JUROR:**  No problem.

25         **THE COURT:**  You may take your seat.

1      **PROSPECTIVE JUROR:**  All right.

2          (Prospective juror steps down.)

3          **THE COURT:**  Why don't we start with the

4      government.

5          **MS. LEDERER:**  Your Honor, my main concern is just

6      the work schedule and what happens to his patients.

7          **THE COURT:**  Mr. Knight?

8          **MR. KNIGHT:**  I don't have any concerns with this

9      juror.  No objection to --

10         **THE COURT:**  I didn't -- it wasn't compelling

11     enough to me to exclude him, so I'm going to qualify Juror

12     885.

13         (Sidebar discussion concluded.)

14         **THE COURT:**  Juror 1171.

15         (Prospective juror steps up.)

16         (Sidebar discussion.)

17         **THE COURT:**  Good afternoon.

18         **PROSPECTIVE JUROR:**  Hi, how are you?

19         **THE COURT:**  I'm well.  How are you?

20         **PROSPECTIVE JUROR:**  I'm okay.

21         **THE COURT:**  Counsel, Juror 1171 answered "yes" to

22     Questions 2, 3, 4, 5, 11, 18, 20, 25 and 37.

23         I see you do have some notations here.  It looks

24     like you're a lawyer and you have some current obligations

25     this week.  Can you just walk us through those?

1          **PROSPECTIVE JUROR:**  Sure I'm scheduled to take a

2     deposition tomorrow in a case in the Eastern District of

3     California, and on Wednesday, I have a hearing in Superior

4     Court because I'm getting divorced.

5          **THE COURT:**  You're obviously a lawyer.  You

6     applied for and accepted a job at DOJ?

7          **PROSPECTIVE JUROR:**  I did.  I ended up ultimately

8     not going, but I was accepted and was going to start there.

9          **THE COURT:**  When was that?

10         **PROSPECTIVE JUROR:**  In October of 2021.

11         **THE COURT:**  What do you do now?

12         **PROSPECTIVE JUROR:**  I'm an attorney part time with

13    a law firm and then I also run a non-profit organization.

14         **THE COURT:**  What non-profit?

15         **PROSPECTIVE JUROR:**  It's called Brown's Promise.

16         **THE COURT:**  What's the basic --

17         **PROSPECTIVE JUROR:**  Education policy and

18    litigation.

19         **THE COURT:**  Okay.

20         You answered "yes" to Questions 2, 3, 4, 5, which

21    are kind of Capitol-focused, some of which are, have you

22    ever been there and do you live near there.  Can you just

23    tell us why you answered those questions "yes"?

24         **PROSPECTIVE JUROR:**  Sure.

25         On January 6th I was actually at work, which is

1    right near Eastern Market, so I was there when it was

2    happening and so I couldn't leave my office.  They were

3    blocking off streets so I was impacted by it.

4            **THE COURT:**  And do you follow news about

5    January 6th and prosecutions and investigations today?

6            **PROSPECTIVE JUROR:**  Lightly.  I mean, I read the

7    news every day so, if it's in the news, I would have seen

8    it.

9            **THE COURT:**  So Question 5 asked whether there's

10   anything about the nature of the allegations and charges

11   here that would potentially affect your ability to be a fair

12   and impartial juror and you said "yes" to that.  Why?  What

13   was the reason for that?

14           **PROSPECTIVE JUROR:**  I think, just given the fact

15   that I was there, like, impacted around the time, and I have

16   family members who work in law enforcement.  I mean -- not

17   direct, like, a cousin.  But I just have that kind of

18   reaction.

19           **THE COURT:**  What kind of reaction?  Is it you

20   believe there's a risk you would be -- you would favor the

21   government?

22           **PROSPECTIVE JUROR:**  I think there's a risk I might

23   favor the government.

24           **THE COURT:**  That would mean that you wouldn't then

25   follow my instruction to be -- to rely only on the evidence

1       as presented and my instructions?

2               **PROSPECTIVE JUROR:**  Yeah.  I think that I just

3       didn't quite -- if you want to ask the question again, I

4       mean, I'm a lawyer.  I know how to decipher evidence from my

5       own opinion.  So I mean, I think I would try to do that.  I

6       just wanted to be as honest as possible.

7               **THE COURT:**  Sure.  I very much appreciate that.

8               I mean, I think the fundamental question is, as

9       you know, I will have to instruct the jury on the law.  The

10      jury has to follow it.  I will be very clear that the jury

11      can decide the case based only on the evidence in the

12      courtroom.  So you have to apply the law and the facts here.

13      Are you worried about your ability to do that?

14              **PROSPECTIVE JUROR:**  No, I think I can do that.

15              **THE COURT:**  The day that you were working on

16      January 6th and you were stuck at work, how long -- until

17      what time at night did that go?

18              **PROSPECTIVE JUROR:**  It was before like nightfall

19      but maybe, like, 3 or 4 in the afternoon.

20              **THE COURT:**  Okay.

21              **PROSPECTIVE JUROR:**  Yeah.

22              **THE COURT:**  You mentioned and I think one of your

23      answers reflects -- oh, I'm sorry, I thought -- you did talk

24      a little bit about law enforcement.  But let me ask you this

25      question.

1          Where I see you've annotated your answer as well,

2    it looks like you also have childcare responsibilities.  Can

3    you tell us just a bit about your personal situation?

4          **PROSPECTIVE JUROR:**  Sure.  So I have 50/50 custody

5    with my son.  So on Wednesday and Thursday I'd have to pick

6    him up at 3:15.  That's when he gets out of school.

7          **THE COURT:**  If it turned out that you had to make

8    different arrangements, is that at least a possibility?

9          **PROSPECTIVE JUROR:**  Yeah, I would have to ask his

10   dad and he would have to be available.

11         **THE COURT:**  Yeah.

12         **PROSPECTIVE JUROR:**  I just don't know right now if

13   his dad is available.

14         **THE COURT:**  Got it.

15         And then the other question I want to ask you

16   about is whether you or members of your immediate family or

17   close personal friends have ever been the victim of or

18   witness to a crime?

19         **PROSPECTIVE JUROR:**  So I have.  In 2016 or 2017 a

20   man was murdered in front of my house and so I called 911.

21   I then ultimately had to go be interviewed by MPD.

22         **THE COURT:**  Were the perpetrators ever caught,

23   prosecuted?  What happened with the case?

24         **PROSPECTIVE JUROR:**  I'm not sure, actually.  I did

25   the interview and I never heard anything else about it.

1          **THE COURT:**  Anything about that experience, the

2     interview, that caused you to be worried about your bias

3     here as we discussed before?

4          **PROSPECTIVE JUROR:**  No.

5          **THE COURT:**  Okay.  Thank you.

6          Mr. Knight?

7          **MR. KNIGHT:**  Good afternoon, 1171.

8          **PROSPECTIVE JUROR:**  Hi.

9          **MR. KNIGHT:**  You indicated that you've got a

10    hearing on Wednesday?

11         **PROSPECTIVE JUROR:**  Yes, a divorce hearing.

12         **MR. KNIGHT:**  What's the character of the hearing?

13         **PROSPECTIVE JUROR:**  I'm getting divorced so it's

14    my final hearing with the judge.

15         **MR. KNIGHT:**  Okay.  Thank you very much.

16         **THE COURT:**  Government counsel?

17         **MS. LEDERER:**  No questions.

18         **THE COURT:**  Thank you.

19         **PROSPECTIVE JUROR:**  Thank you.

20       (Prospective juror steps down.)

21         **THE COURT:**  Okay.  Thoughts?  Government?

22         **MS. LEDERER:**  I mean, I understand that she has a

23    deposition tomorrow and a hearing on Wednesday.  If we can

24    bring her back and clarify what would happen if she missed

25    those, I mean, I wouldn't have an objection for cause.

1      **MR. KNIGHT:**  Your Honor, I think we should let

2  this young lady go.  If she's got a divorce hearing on

3  Wednesday, I don't know what her capacity to focus on this

4  case would be.

5      **THE COURT:**  Yeah, we've got a deposition that

6  she'd have to reschedule, a divorce hearing she'd have to

7  reschedule, childcare she'd have to reschedule.  I do think

8  she wouldn't be biased, but there's enough reasons here to

9  let her go that we should do that.

10     **MR. KNIGHT:**  Okay.

11     **THE COURT:**  We will excuse 1171.

12     (Sidebar discussion concluded.)

13     **THE COURT:**  Juror 234, please.

14     (Prospective juror steps up.)

15     (Sidebar discussion.)

16     **THE COURT:**  Good afternoon.

17     **PROSPECTIVE JUROR:**  Thank you.

18     **THE COURT:**  Counsel, Juror 234 answered "yes" to

19  Questions 2, 3, 4, 5, 15, 17, 18, 20, 21, 28 and 37.

20         Questions 5 and 37, perhaps, for different reasons

21  but they get at the question of, is there a reason that you

22  might not be able to sit fairly, impartially and attentively

23  here.  And why did you answer "yes" to those questions?

24     **PROSPECTIVE JUROR:**  Well, regarding the

25  January 6th events, I mean, those were certainly well

1      covered in the media.  I see the video system there.  I'm

2      sure the defendant has been captured on video with whatever

3      signs.

4               I also feel that, quite frankly, the defendant is

5      abusing the trust of the United States.  I mean, you know,

6      if you're upset with an election, well, I'm sorry.  You wait

7      the next four years.  Just because your guy doesn't win, you

8      don't pick up a sign and say, oh, we're going to stop the

9      election, blah, blah, blah, our guy won, blah, blah, blah.

10     No.  That's not how it works.

11               And I think if this were wartime, you know, this

12     individual could be charged with treason and possibly

13     receive the death penalty.  It's my hope that this

14     cheerleader defendant receive the maximum sentence.

15               I would hope that solitary confinement for 20, 25

16     years.  I have zero sympathy for the action of anyone on

17     January 6.  I think they're a threat to democracy, democracy

18     that they claim that they're upholding.

19               **THE COURT:**  So that means, in your view, because

20     of those views, you could not actually sit here and follow

21     my instructions to apply the law and decide the facts as

22     articulated in the courtroom?

23               **PROSPECTIVE JUROR:**  I would certainly respect your

24     instructions, your directions, but my personal opinion is

25     that all those involved with the January 6th events are,

1    quite frankly, traitors.  Yeah.  I have zero sympathy for

2    any of them.

3              **THE COURT:**  Okay.  Thank you, sir.

4              **PROSPECTIVE JUROR:**  Thank you.

5         (Prospective juror steps down.)

6              **THE COURT:**  I'm striking 234.

7         (Sidebar discussion concluded.)

8              **THE COURT:**  1282, please.

9         (Prospective juror steps up.)

10        (Sidebar discussion.)

11             **THE COURT:**  Good afternoon.

12             **PROSPECTIVE JUROR:**  How are you?

13             **THE COURT:**  I'm pretty well.  How are you?

14             **PROSPECTIVE JUROR:**  I'm fine.

15             **THE COURT:**  Good.

16             Counsel, Juror 1282 answered "yes" to Questions 2,

17   15, 19 and 20.

18             Question 2 asks whether you've been following the

19   investigation of the events of January 6th and you said

20   "yes".  Can you just describe to us how you do so?

21             **PROSPECTIVE JUROR:**  Well, I've only seen the

22   initial.  I don't follow it every day, no.  I saw the

23   initial 6th and, after that, no, I haven't been following

24   it.

25             **THE COURT:**  Does that mean, I take it, that you

1    don't go looking for --

2              **PROSPECTIVE JUROR:**  No.

3              **THE COURT:**  -- articles or anything about

4    January 6th now?

5              **PROSPECTIVE JUROR:**  No.

6              **THE COURT:**  Okay.  You also said 15, which was you

7    served on a grand jury.

8              **PROSPECTIVE JUROR:**  Yes.

9              **THE COURT:**  Can you describe to us your previous

10   jury service.

11             **PROSPECTIVE JUROR:**  That was for a grand jury some

12   years back, I know a good 10 years ago.

13             **THE COURT:**  Anything about that experience that

14   you thought was bad and would affect you negatively if you

15   had to serve here?

16             **PROSPECTIVE JUROR:**  No, not at all.

17             **THE COURT:**  Okay.

18             Next question is whether anyone in your family or

19   close friend was -- had served in local, state or federal

20   law enforcement.

21             **PROSPECTIVE JUROR:**  Yes.

22             **THE COURT:**  Can you describe why you answered

23   "yes" to that question?

24             **PROSPECTIVE JUROR:**  Yes.  I have a cousin who's

25   married to a gentleman who works for the Metropolitan Police

1    Department.  And I have a cousin whose daughter works for

2    the Capitol Police department.  Yeah.  So.

3              THE COURT:  Do you know whether either of those

4    two individuals was at the Capitol on January 6th?

5              PROSPECTIVE JUROR:  No.  No, they weren't.

6              THE COURT:  You know they were not?

7              PROSPECTIVE JUROR:  No.

8              THE COURT:  Okay.

9              And I guess that's very similar to the question --

10             PROSPECTIVE JUROR:  Twenty.

11             THE COURT:  Yeah, 20 exactly.

12             PROSPECTIVE JUROR:  Right.

13             THE COURT:  Same answer?

14             PROSPECTIVE JUROR:  Right.

15             THE COURT:  Any reason to think that your

16   relationship with those two people would cause you to be

17   biased in this case?

18             PROSPECTIVE JUROR:  Not at all because I don't see

19   them on a regular basis.  We see each other once a year at

20   our picnic.

21             THE COURT:  Okay.  And anything about your

22   watching the events of January 6th back in the day cause you

23   to worry about being biased here?

24             PROSPECTIVE JUROR:  No, not at all.

25             THE COURT:  Okay.  Thank you.

1          Government counsel, any follow-up questions?

2          **MS. LEDERER:**  No follow-up, thank you.

3          **PROSPECTIVE JUROR:**  Thank you.

4          **THE COURT:**  One second.

5          Mr. Knight, any questions?

6          **MR. KNIGHT:**  Briefly, Your Honor.

7          **THE COURT:**  Please.

8          **MR. KNIGHT:**  1282, good afternoon.

9          **PROSPECTIVE JUROR:**  Hi, how are you?

10         **MR. KNIGHT:**  I'm well.

11         You said that you see your family, the daughter

12  and the child of your cousin's once a year.  Is that around

13  Christmas or Thanksgiving?

14         **PROSPECTIVE JUROR:**  No, that's in June, family

15  picnic, Father's Day.

16         **MR. KNIGHT:**  All right.  At your Father's Day

17  picnic, do you all discuss events, politics, things like

18  January 6th?

19         **PROSPECTIVE JUROR:**  No, not at all.

20         **MR. KNIGHT:**  So this hasn't come up?

21         **PROSPECTIVE JUROR:**  No.

22         **MR. KNIGHT:**  All right.  Thank you so much.

23         **PROSPECTIVE JUROR:**  You're welcome.

24         **THE COURT:**  Thank you very much.

25         **PROSPECTIVE JUROR:**  Thank you.

1          (Prospective juror steps down.)

2               **THE COURT:**  Any objection to qualifying 1282?

3               **MS. LEDERER:**  No, Your Honor.

4               **MR. KNIGHT:**  No objection.

5               **THE COURT:**  I'll qualify 1282.

6          (Sidebar discussion concluded.)

7               **THE COURT:**  Juror 1725, please.

8          (Prospective juror steps up.)

9          (Sidebar discussion.)

10              **THE COURT:**  Good afternoon.

11              **PROSPECTIVE JUROR:**  Hello.

12              **THE COURT:**  Counsel, Juror 1725 answered "yes" to

13     Questions 2, 4, 18 and 22.

14              I'm just going to ask you a few follow-up

15     questions about that.  2 is about whether you've been

16     following the investigation of the events of January 6th.

17     Can you just tell us --

18              **PROSPECTIVE JUROR:**  Not closely, not in detail,

19     but generally know what January 6th is.  I see headlines

20     about some of the bigger players going through prosecution.

21     Don't know anything about the specific case.  Don't really

22     read much more than the headlines and first paragraph.

23              **THE COURT:**  Do you actively look for or go seeking

24     articles presently about January 6th?

25              **PROSPECTIVE JUROR:**  No, not actively.

1          **THE COURT:**  What do you do for a living?

2          **PROSPECTIVE JUROR:**  Currently unemployed,

3     primarily a consultant.

4          **THE COURT:**  Okay.  You also answered "yes" to

5     whether you've been to the Capitol.  Can you just tell us

6     when you were last at the Capitol?

7          **PROSPECTIVE JUROR:**  It was a junior high field

8     trip.  I remember being there.  I don't remember much more

9     about it.

10          **THE COURT:**  Got it.  A while ago?

11          **PROSPECTIVE JUROR:**  Yes.

12          **THE COURT:**  Another question was about whether

13     someone in your family or a close friend had studied law or

14     practices law.  Can you just tell us why you answered "yes"

15     to that?

16          **PROSPECTIVE JUROR:**  My father and my sister are

17     corporate attorneys.  My father is retired; sister active

18     corporate attorney.

19          **THE COURT:**  Where does your sister work?

20          **PROSPECTIVE JUROR:**  Nike.

21          **THE COURT:**  How long has she been there?

22          **PROSPECTIVE JUROR:**  A couple years.

23          **THE COURT:**  Anyone in your family practice

24     criminal law ever?

25          **PROSPECTIVE JUROR:**  No, never.

1          **THE COURT:**  The last question you answered "yes"

2     to is whether you filed a complaint against a police officer

3     and anyone in law enforcement.

4          **PROSPECTIVE JUROR:**  I thought that that was --

5     included close family.  My father filed a complaint against

6     an officer in a speeding ticket that got into a dispute.

7          **THE COURT:**  Got it.  Do you know what happened

8     with that complaint?

9          **PROSPECTIVE JUROR:**  I think he ended up paying the

10    ticket and went away after a lot of buster.  Like, I don't

11    think anything really came out of it.

12         **THE COURT:**  Was there anything about that

13    experience that you think would cause you to be biased in

14    this case?

15         **PROSPECTIVE JUROR:**  No.

16         **THE COURT:**  All right.  Thank you.

17         Government counsel?

18         **MS. LEDERER:**  Yes, just briefly.

19         Good afternoon.

20         **PROSPECTIVE JUROR:**  Hi.

21         **MS. LEDERER:**  Do you consult in any specific area?

22         **PROSPECTIVE JUROR:**  I typically work with big

23    companies on change management projects.  I'm sorry.  Do you

24    have a specific area?

25         **MS. LEDERER:**  No, I was just wondering what you --

1            **PROSPECTIVE JUROR:**  Oh, yeah, change management

2     for companies, some public sector but not federal.

3            **MS. LEDERER:**  Okay.  Thank you.

4            **THE COURT:**  Mr. Knight?

5            **MR. KNIGHT:**  Thank you, Your Honor.

6            Good afternoon, 1725.

7            **PROSPECTIVE JUROR:**  Hi.

8            **MR. KNIGHT:**  You said your father and your sister

9     are corporate attorneys?

10            **PROSPECTIVE JUROR:**  My father used to be.  He's

11     retired now.

12            **MR. KNIGHT:**  Okay.

13            **PROSPECTIVE JUROR:**  Yes.

14            **MR. KNIGHT:**  And you understand that civil

15     practice is very different from a criminal realm?

16            **PROSPECTIVE JUROR:**  Yeah, my only exposure to

17     criminal is, like, watching Law & Order.

18            **MR. KNIGHT:**  Okay.  All right.  Thank you so much.

19            **PROSPECTIVE JUROR:**  Yeah.

20            **THE COURT:**  Thank you very much.

21         (Prospective juror steps down.)

22            **THE COURT:**  Any objection to qualifying 1725?

23            **MS. LEDERER:**  No, Your Honor.

24            **MR. KNIGHT:**  No objection, Your Honor.

25            **THE COURT:**  Thank you.  I will qualify 1725.

1          (Sidebar discussion concluded.)

2              **THE COURT:**  Juror 2074.

3          (Prospective juror steps up.)

4          (Sidebar discussion.)

5              **THE COURT:**  Good afternoon.

6              **PROSPECTIVE JUROR:**  Good afternoon.

7              **THE COURT:**  Everyone, Juror 2074 answered "yes" to

8     Question 4.

9              That question asked whether you've ever been to

10    the Capitol grounds or inside the building.  Can you just

11    tell us when that was?

12             **PROSPECTIVE JUROR:**  I mean, not inside the

13    building but for just outside the building sightseeing and

14    stuff like that.  That's all.

15             **THE COURT:**  And that was, like, tourism,

16    sightseeing?

17             **PROSPECTIVE JUROR:**  Tourism, yes.

18             **THE COURT:**  One of the questions I asked was

19    whether you've been following the investigation around

20    January 6th and you didn't answer "yes".  So do you not

21    really read the news about January 6th?

22             **PROSPECTIVE JUROR:**  Just through the media but, I

23    mean, very limited information.

24             **THE COURT:**  So does that mean that, for example,

25    you might see a news story or read an article because it's

1    just in what you're otherwise reading or looking at?

2            **PROSPECTIVE JUROR:**  Yes.

3            **THE COURT:**  Is there anything about what you know

4    about January 6th that would cause you to be worried that

5    you would be biased here?

6            **PROSPECTIVE JUROR:**  I mean, I have my own opinion

7    about it, meaning, like, it was an attempt to undermine the

8    democracy of the country and the Constitution and,

9    basically, and the rule of law.  But -- I mean, being

10   biased, I will look at the facts, analyze them and make a

11   decision.  I won't let that affect any of my decision.

12           **THE COURT:**  Right.  So what you're saying, I take

13   it, is, you know, I'll instruct the jury on the law and

14   you'll follow my instructions.  Correct?

15           **PROSPECTIVE JUROR:**  Uh-huh.  Uh-huh.

16           **THE COURT:**  And then you would base your decision,

17   if you're on the jury, based solely on the evidence

18   presented in the courtroom?

19           **PROSPECTIVE JUROR:**  Correct.

20           **THE COURT:**  You would not allow yourself to be

21   biased in your review of the evidence based on the opinion

22   you just articulated; is that fair?

23           **PROSPECTIVE JUROR:**  Correct.

24           **THE COURT:**  Okay.

25           Mr. Knight, do you have questions?  Oh, Ms.

1    Costner?

2              **MS. COSTNER:**  Yeah, I think Mr. Knight's deferring

3    to me.  He's running out of steam here or his voice.

4              Juror Number 2074, just a couple of questions.

5    You said that you have your own opinion about the events of

6    January 6th; is that correct?

7              **PROSPECTIVE JUROR:**  Correct.

8              **MS. COSTNER:**  That's an opinion that you formed

9    earlier on?

10             **PROSPECTIVE JUROR:**  Yes, I mean, after the event,

11   after what happened.

12             **MS. COSTNER:**  Was it an opinion that you formed as

13   you watched news and read reports about it?

14             **PROSPECTIVE JUROR:**  Yes, read reports and analysis

15   online and, yeah, and facts, actually, like we've seen over

16   television and all of that stuff.

17             **MS. COSTNER:**  You said your opinion is that the

18   events, at least the people who participated in them, were

19   attempting to undermine democracy and the rule of law; is

20   that correct?

21             **PROSPECTIVE JUROR:**  Correct.

22             **MS. COSTNER:**  Have you held that opinion

23   consistently since you formed it?

24             **PROSPECTIVE JUROR:**  Yes.

25             **MS. COSTNER:**  Has that been over the last couple

1    of years?

2         **PROSPECTIVE JUROR:**  Yes.

3         **MS. COSTNER:**  Would it be fair to say it's

4    unchanged?

5         **PROSPECTIVE JUROR:**  Correct.

6         **MS. COSTNER:**  When you have that opinion, you have

7    it regarding, again, the participants; is that correct?

8         **PROSPECTIVE JUROR:**  I mean, yes.

9         **MS. COSTNER:**  And of course my client,

10   Mr. Geitzen, is charged with being a participant?

11        **PROSPECTIVE JUROR:**  I mean, if he took part of it.

12        **MS. COSTNER:**  So sitting here now, knowing that

13   you have this opinion that you've already formulated, is

14   that something that you can set aside to hear this case?

15        **PROSPECTIVE JUROR:**  Yes, I can.

16        **MS. COSTNER:**  That's all of the questions I have.

17        **THE COURT:**  Government counsel?

18        **MS. ERIKSEN:**  No questions, Your Honor.

19        **THE COURT:**  Thank you, sir.  You can take your

20   seat.

21        (Prospective juror steps down.)

22        **THE COURT:**  Ms. Costner?

23        **MS. COSTNER:**  Your Honor, we would move that he be

24   excused for cause.

25        **THE COURT:**  I am going to qualify him for cause.

1   I understand the position, but his answer to my question and

2   your last question tells me that he can be -- views himself

3   as able to be unbiased as to this defendant and, therefore,

4   I will qualify him.  2074 is qualified.

5        (Sidebar discussion concluded.)

6        **THE COURT:**  443.

7        (Prospective juror steps up.)

8        (Sidebar discussion.)

9        **THE COURT:**  Good afternoon.

10       **PROSPECTIVE JUROR:**  Hello.

11       **THE COURT:**  Counsel, Juror 443 answered Questions

12   3, 4 and 18 with a "yes".

13            Three and four are about whether you or someone

14   you know lives or works near the Capitol building and then 4

15   is whether you've been there.  Can you just tell us why you

16   answered "yes" to those two questions?

17       **PROSPECTIVE JUROR:**  I live in Southwest and when I

18   was little, we went on field trips to the Capitol.

19       **THE COURT:**  When was the last time you were on the

20   grounds, best guess?

21       **PROSPECTIVE JUROR:**  Probably six or seven years

22   ago when the new Visitor's Center opened up.

23       **THE COURT:**  Anything about the -- your visits to

24   the Capitol living here that would cause you to worry about

25   being biased in this case?

1        **PROSPECTIVE JUROR:**  No.

2        **THE COURT:**  One of the questions about just

3    January 6th generally, are you aware of the events of

4    January 6th?

5        **PROSPECTIVE JUROR:**  Oh, yeah.

6        **THE COURT:**  Do you seek out news currently about

7    January 6th or the investigations?

8        **PROSPECTIVE JUROR:**  No, I try not to watch TV

9    anymore.

10        **THE COURT:**  Why is that?

11        **PROSPECTIVE JUROR:**  There's too much bad stuff

12    going on.  I'm a happier person without watching some of

13    this stuff.

14        **THE COURT:**  All right.  Did you form any opinions

15    about the participants of January 6th back when you saw the

16    events of that day?

17        **PROSPECTIVE JUROR:**  I was heartbroken, sad.  Those

18    are just personal things that affected me.

19        **THE COURT:**  Okay.  Obviously, this case is about a

20    particular individual, and I'll instruct the jury that they

21    have to follow the law as I instruct it and the evidence

22    only in the courtroom.

23        Are you worried at all that the reactions you just

24    described about January 6th would cause you to potentially

25    be partial?

1          **PROSPECTIVE JUROR:**  I don't think it would.

2          **THE COURT:**  Okay.

3          You also answered "yes" to the question about

4    whether someone in your orbit studied law or was employed as

5    a lawyer at a law firm.  Can you just describe why you

6    answered "yes" to that question?

7          **PROSPECTIVE JUROR:**  My son's wife, they got

8    married last September, she's a paralegal in Alaska.

9          **THE COURT:**  Do you know what kind of law?

10         **PROSPECTIVE JUROR:**  No, I don't.  I'm getting to

11   know her as a person, and I haven't asked about any

12   work-related issues.

13         **THE COURT:**  Okay.  Thank you very much.

14         Government counsel, any follow-up questions?

15         **MS. ERIKSEN:**  No, Your Honor.

16         **MS. COSTNER:**  No questions, Your Honor.

17         **THE COURT:**  Okay.  Thank you.

18         Thank you, ma'am.  You may be seated.

19      (Prospective juror steps down.)

20         **THE COURT:**  Any objection to qualifying Juror 443?

21         **MS. ERIKSEN:**  No, Your Honor.

22         **MS. COSTNER:**  None from the defendant.

23         **THE COURT:**  Thank you.  Juror 443 is qualified.

24      (Sidebar discussion concluded.)

25         **THE COURT:**  Juror 1028.

1          (Prospective juror steps up.)

2          (Sidebar discussion.)

3              **THE COURT:**  Good afternoon.  You have to press the

4     button.

5              **PROSPECTIVE JUROR:**  Got it.

6              **THE COURT:**  Counsel, Juror 1028 answered "yes" to

7     Questions 2, 4, 15, 24 and 29.

8              I'm just going to ask you some follow-up

9     questions, one of which is that you or someone in your close

10    orbit is currently employed by or affiliated with the media.

11    Can you tell me who that is?

12             **PROSPECTIVE JUROR:**  Yeah, that's me.

13             **THE COURT:**  What do you do?

14             **PROSPECTIVE JUROR:**  I'm a reporter for *The New*

15    *York Times*.

16             **THE COURT:**  Do you do any January 6th-related

17    reporting?

18             **PROSPECTIVE JUROR:**  I mean, I don't think I've

19    written specifically on it but it's in my world.

20             **THE COURT:**  What is your --

21             **PROSPECTIVE JUROR:**  I mean, I cover the Department

22    of Homeland Security so a lot of immigration.

23             **THE COURT:**  Okay.  Got it.

24             Obviously, you consume the news probably more than

25    most.  Fair?

1               **PROSPECTIVE JUROR:**  (Nods head.)

2               **THE COURT:**  Including news about the events of

3      January 6th?

4               **PROSPECTIVE JUROR:**  Right.

5               **THE COURT:**  Correct?

6           Do you seek out news about January 6th, the

7      prosecutions or is it they're just you're like looking --

8               **PROSPECTIVE JUROR:**  As it comes in.

9               **THE COURT:**  Uh-huh.

10          Is there anything about your work, either your

11     reporting or the reporting that you read, that you think

12     would negatively affect your ability to be impartial here?

13              **PROSPECTIVE JUROR:**  No.

14              **THE COURT:**  You think you could follow my

15     direction to follow the law?

16              **PROSPECTIVE JUROR:**  Sure.  Yeah.

17              **THE COURT:**  You would decide the case based on

18     only the evidence presented in the courtroom?

19              **PROSPECTIVE JUROR:**  Right.  He's innocent right

20     now.

21              **THE COURT:**  What's that?

22              **PROSPECTIVE JUROR:**  He's innocent right now.

23              **THE COURT:**  Yes.  Yes.

24          You've been on the Capitol grounds or inside the

25     building?

1    **PROSPECTIVE JUROR:**  Yeah.

2    **THE COURT:**  When was the last time you were there?

3    **PROSPECTIVE JUROR:**  When was I there last?

4    Probably to get my press ID in the spring.

5    **THE COURT:**  Okay.

6    Let me just go back to something you said before

7    which is that you don't -- I'm going to paraphrase.  You

8    don't directly report on January 6th but it's sort of

9    related to stuff you do.  Can you tell me a little bit more

10   about that?

11   **PROSPECTIVE JUROR:**  Yeah, like, I flew down to

12   Miami to be there for Trump's arraignment for the documents

13   case.  We talk about these issues in meetings, that sort of

14   thing.  I work in the Washington news room of *The New York*

15   *Times*, so it's part of it.

16   My colleagues report on it.  I follow it.  You

17   know, if I don't make the jury selection today, I'm

18   definitely going to look up his case on Pacer because I'm

19   curious but I wouldn't obviously.

20   **THE COURT:**  Yeah.  My question would be, if you're

21   selected for the jury here, would you in fact follow my

22   direction not to look this case up?

23   **PROSPECTIVE JUROR:**  Of course.

24   **THE COURT:**  You answered "yes" to the question

25   whether you previously served on a grand jury or a jury.

1          **PROSPECTIVE JUROR:**  A jury.

2          **THE COURT:**  What kind of case was that?

3          **PROSPECTIVE JUROR:**  It was a local D.C. drug case

4     and it was a hung jury because the marshal brought in more

5     evidence than was introduced.

6          **THE COURT:**  I see.  How long ago was that?

7          **PROSPECTIVE JUROR:**  2013.

8          **THE COURT:**  Okay.

9          You answered the question "yes" to whether

10    somebody in your small orbit has been arrested.

11         **PROSPECTIVE JUROR:**  Yeah, my husband.

12         **THE COURT:**  Okay.  Can you just tell us generally?

13         **PROSPECTIVE JUROR:**  Yeah.  I didn't know him then,

14    but he was arrested on a drug possession charge in 2011.

15         **THE COURT:**  Did anything about that experience

16    color your view one way or the other of prosecutors, defense

17    lawyers that would affect your ability to be impartial here?

18         **PROSPECTIVE JUROR:**  No.

19         **THE COURT:**  All right.  Let me ask the government

20    if they have any follow-up questions.

21         **MS. ERIKSEN:**  No questions, Your Honor.

22         **THE COURT:**  Ms. Costner?

23         **MR. KNIGHT:**  I have some follow-up, Your Honor.

24         **THE COURT:**  Mr. Knight?  Okay.

25         **MR. KNIGHT:**  1028, good afternoon.

1    **PROSPECTIVE JUROR:**  Hi.

2    **MR. KNIGHT:**  You mentioned your husband was

3    previously arrested.  Did he retain counsel?

4    **PROSPECTIVE JUROR:**  Yes.

5    **MR. KNIGHT:**  Were you satisfied with --

6    **PROSPECTIVE JUROR:**  I didn't know him then.

7    **MR. KNIGHT:**  Okay.

8    **PROSPECTIVE JUROR:**  He was satisfied though.

9    **MR. KNIGHT:**  You said that there was a hung jury

10   in the case that you sat on as a juror.

11   **PROSPECTIVE JUROR:**  Uh-huh.

12   **MR. KNIGHT:**  That was a criminal case?

13   **PROSPECTIVE JUROR:**  Yes.

14   **MR. KNIGHT:**  And you said something there was a

15   marshal involved there?

16   **PROSPECTIVE JUROR:**  So when we were considering

17   the evidence, the marshal brought in more evidence than was

18   introduced during the trial so we couldn't --

19   **MR. KNIGHT:**  Okay.

20   **PROSPECTIVE JUROR:**  It was a mistrial.  That's the

21   word I'm looking for maybe.

22   **MR. KNIGHT:**  Okay.  You said you've flown to Miami

23   to cover the President Trump and these things.  So when you

24   meet in the news room at *The New York Times*, are you on a

25   fairly high level with your colleagues?

1          **PROSPECTIVE JUROR:**  I mean, we're all on the same

2    level there.  Yeah.

3          **MR. KNIGHT:**  Okay.

4          Are you making decisions about which stories?

5          **PROSPECTIVE JUROR:**  No.  No.

6          **MR. KNIGHT:**  When you speak with your colleagues

7    at *The New York Times*, are they giving you information about

8    January 6th?

9          **PROSPECTIVE JUROR:**  No.  I mean, in story

10   meetings, we just talk about the different stories that

11   we're working on.  So, you know, if I had been in the

12   meeting today, I would have said, I am working on a story

13   explaining why it would be difficult to expedite work

14   permits for asylum seekers in New York.

15         **MR. KNIGHT:**  Thank you.

16         **THE COURT:**  Thank you.

17      (Prospective juror steps down.)

18         **THE COURT:**  All right.  What's the government's

19   view?

20         **MS. ERIKSEN:**  The government doesn't have any

21   position to strike this juror for cause.

22         **THE COURT:**  Mr. Knight?

23         **MR. KNIGHT:**  Your Honor, I worry about her ability

24   to tease apart what she knows about just January 6th and

25   January 6 defendants in general with Mr. Geitzen.  I heard

1    that she said she would be fair and impartial and she seemed

2    believable.

3           But I do -- it's similar to the individual that

4    had so much information about how the Capitol was laid out.

5    She's just got a lot of information.

6           **THE COURT:**  That is true but I am going to qualify

7    Juror 1028.  I think, very clear to me that she understands

8    the difference between her job and being a juror and the

9    role that a juror has to play.  And I felt very strongly

10   from her reactions that she would be fair and impartial.  So

11   I'm going to qualify 1028.

12          (Sidebar discussion concluded.)

13          **THE COURT:**  It is 3:20, 3:17.  This is when we

14   take a relatively short mid-afternoon break.  Let's take 15.

15   Be back on the record at 3:32.  And just for purposes we

16   hope to be done today at 5.  We may have to go a little

17   beyond that, but I want to be as respectful as possible to

18   everyone's time here.

19          First of all, I really appreciate everyone sitting

20   through this.  I know a lot of this is just talking to

21   individual jurors, but it's all a very important critical

22   piece of the process.

23          But again, I have no intention of keeping people

24   here extremely late.  If it spills over a little bit past

25   five, so be it.  That will probably be because we can get to

1     a point where we can let people start going home and the

2     like.  All right?  I mean, not just this evening but select

3     the jury.  So with that, let's go back on at 3:32.

4          (Recess at 3:18 p.m. until 3:35 p.m.)

5               **THE COURT:**  Thank you.  Could Juror 1197 please

6     come forward.

7          (Prospective juror steps up.)

8          (Sidebar discussion.)

9               **THE COURT:**  Good afternoon.

10              **PROSPECTIVE JUROR:**  Hi, how you doing?

11              **THE COURT:**  Pretty well.  How are you?

12              **PROSPECTIVE JUROR:**  Doing good.

13              **THE COURT:**  Good.

14              Everyone, Juror 1197 answered "yes" to the

15    following questions, 2, 4, 11, 20 and 27.

16              So your answer to Question 11 was about whether

17    there was something happening in the next week that would be

18    a hardship if you were selected to serve.  Can you explain

19    your answer there?

20              **PROSPECTIVE JUROR:**  Yes.  I'm started a new work

21    position come this September, and my job needs me to do all

22    the preemployment activity by the 31st.  So I don't think I

23    would be able to do -- serve as a juror as well as complete

24    the requirements for my new job.

25              **THE COURT:**  What kind of new job do you have?

1          **PROSPECTIVE JUROR:**  Nursing.

2          **THE COURT:**  Great.  Congrats.

3          **PROSPECTIVE JUROR:**  Thank you.

4          **THE COURT:**  You were also asked about whether

5     you've been following the investigation of the events of

6     January 6th in the news media.  Can you describe your "yes"

7     answer there?

8          **PROSPECTIVE JUROR:**  Well, of course, on social

9     media it would come across my time feed every so often, but

10    as far as me turning on the news and following it directly,

11    no.

12         **THE COURT:**  Do you go looking for --

13         **PROSPECTIVE JUROR:**  No.

14         **THE COURT:**  -- news about January 6th?

15         **PROSPECTIVE JUROR:**  No.

16         **THE COURT:**  You also answered "yes" to Question 27

17    which is about -- the question was, do you believe that

18    merely because a defendant has been arrested and charged of

19    the crime, he is guilty of something?  You answered "yes".

20    Can you explain that answer?

21         **PROSPECTIVE JUROR:**  Yes, I do believe, if he

22    partook in a particular crime on that day at the Capitol,

23    then I think he is guilty.

24         **THE COURT:**  Does that mean that you would not

25    follow my instructions to apply the law as I instruct you

1   and to review only the evidence that comes into the Court?

2           **PROSPECTIVE JUROR:**  No, I would review everything.

3   But, I mean, that's my own point of view but I would

4   definitely follow the law and your direction.

5           **THE COURT:**  Do you think you would be biased

6   against a January 6th defendant?

7           **PROSPECTIVE JUROR:**  I can't say that I wouldn't

8   be.  I probably would, but, you know, I'm still going to

9   follow the law.  That's just my own point of view and my

10  own --

11          **THE COURT:**  Okay.

12          **PROSPECTIVE JUROR:**  -- outlook on this, yes.

13          **THE COURT:**  You answered "yes" to someone in your,

14  sort of, small group of family members, personal friends

15  having worked for law enforcement.  Can you tell us what

16  that answer is about?

17          **PROSPECTIVE JUROR:**  Yes.  I have a brother-in-law

18  and as well as a close friend who works for MPD.

19          **THE COURT:**  Were either of them at the Capitol on

20  January 6th?

21          **PROSPECTIVE JUROR:**  I'm not on January 6th, but I

22  know they got dispatched the day after.

23          **THE COURT:**  Okay.  Did you talk to either of them

24  about January 6th?

25          **PROSPECTIVE JUROR:**  Very briefly.  It was nothing

1    in depth, just that there was a lot of activity going on

2    during that day, yeah.

3              **THE COURT:**  Obviously, you know, the thing I'm

4    trying to get at is whether somebody could come to this

5    case, apply the law as I instruct them and decide it based

6    only on the evidence here.

7              **PROSPECTIVE JUROR:**  Uh-huh.

8              **THE COURT:**  Am I hearing you say you could not do

9    that or that you hope you could and you're just not sure?

10             **PROSPECTIVE JUROR:**  I mean, I'm a person I'm going

11   to follow the law.  I'm going to follow, you know, your

12   judgment and so forth.  But, of course, everyone has their

13   own personal opinion about it.  But I'm not going to apply

14   my personal opinion to what takes place here.

15             **THE COURT:**  So you would set aside your personal

16   opinion and just follow the facts and evidence wherever it

17   leads you?

18             **PROSPECTIVE JUROR:**  Yes.

19             **THE COURT:**  Mr. Knight?

20             **MR. KNIGHT:**  Thank you, Your Honor.

21             1197, good afternoon.

22             **PROSPECTIVE JUROR:**  Good afternoon.

23             **MR. KNIGHT:**  Congratulations on your new job.

24             **PROSPECTIVE JUROR:**  Thank you.

25             **MR. KNIGHT:**  What are the duties that you need to

1    complete before the 31st?

2              **PROSPECTIVE JUROR:**  So I have to do preemployment

3    physical, drug screening, a series of testing for the

4    hospital -- for hospital requirements and so forth.

5              **MR. KNIGHT:**  Does that have to be done during

6    normal business hours?

7              **PROSPECTIVE JUROR:**  Correct.  These facilities

8    normally are, yeah.

9              **MR. KNIGHT:**  Thank you.

10             **PROSPECTIVE JUROR:**  You're welcome.

11             **THE COURT:**  The government?

12             **MS. ERIKSEN:**  No questions, Your Honor.

13             **THE COURT:**  Thank you, ma'am.

14        (Prospective juror steps down.)

15             **THE COURT:**  What are the parties' views here?

16             **MR. KNIGHT:**  Your Honor, for the defendant, we

17   need all the nurses we can get.  It would be great to have

18   her be able to do that.  But I would also move to have her

19   struck for cause.  She's indicated that she's got strong

20   opinions and that she would probably be biased.

21             **THE COURT:**  What's the government's view?

22             **MS. ERIKSEN:**  Your Honor, I think she said she

23   could set it aside, but I do think, given her job concerns

24   on top of that, that seems like something she probably needs

25   to attend to this week.

1          **THE COURT:**  All right.  I will exclude 1197 for

2     cause.  Thank you.

3          (Sidebar discussion concluded.)

4          **THE COURT:**  Juror 1737, please.

5          (Prospective juror steps up.)

6          (Sidebar discussion.)

7          **THE COURT:**  Good afternoon.

8          **PROSPECTIVE JUROR:**  Good afternoon.

9          **THE COURT:**  Everyone, Juror 1737 answered "yes" to

10    Questions 2, 3, 25 and 27.

11          I'm just going to ask you some follow-up questions

12    about those answers.

13          **PROSPECTIVE JUROR:**  Okay.

14          **THE COURT:**  One related to following the

15    investigation of the events of January 6th.  Can you just

16    tell us how you get your news about that?

17          **PROSPECTIVE JUROR:**  Just watching the regular news

18    stations on TV like ES -- not ESPN, I'm sorry.  But you

19    know, just watching the regular news channel on the

20    situation that had happened.

21          **THE COURT:**  Do you seek out news about

22    January 6th?

23          **PROSPECTIVE JUROR:**  No.  No.  When I turn on the

24    news, if it's on, then I watch it like that.

25          **THE COURT:**  And there's another question about

1        whether you or someone in your family lives or works near

2        the Capitol.

3                     **PROSPECTIVE JUROR:**  Right.

4                **THE COURT:**  Who is that?

5                     **PROSPECTIVE JUROR:**  My husband.

6                **THE COURT:**  Your husband.  What does he do?

7                     **PROSPECTIVE JUROR:**  He works at the printing

8        office downtown.  So I'm not sure exactly the distance from

9        the Capitol, but he does work for the government downtown.

10               **THE COURT:**  Okay.  Is there anything about what

11       you know about what happened on January 6th, the news you've

12       read, that would, in your view, cause you to be biased in

13       this case?

14                    **PROSPECTIVE JUROR:**  Well, truthfully speaking, in

15       my mind, I'm, like, if you were there and you were part of

16       that crowd, to me, I feel like you're guilty.

17               **THE COURT:**  Okay.

18               So obviously, I would instruct everyone, as I said

19       earlier, about the law.

20                    **PROSPECTIVE JUROR:**  Uh-huh.

21               **THE COURT:**  Would you follow the law as I instruct

22       you if you were on this jury?

23                    **PROSPECTIVE JUROR:**  I mean, yeah.  But at the end

24       of the day, my decision is my decision.

25               **THE COURT:**  I don't know what that means.

1       **PROSPECTIVE JUROR:**  Basically, I go by what I see.

2    So if I saw you in that video, it's quite evident you're

3    guilty.

4       **THE COURT:**  Okay.

5       So that means that, even if you just saw a video

6    with somebody in it, you would think that person was guilty

7    of crimes independent of whether the government proved its

8    case?

9       **PROSPECTIVE JUROR:**  Yeah.  I mean --

10      **THE COURT:**  You also answered "yes" to the

11   question, Do you believe that merely because a defendant has

12   been arrested and charged with a crime that he is guilty of

13   something?  So you think that, just because somebody is

14   arrested, they're guilty?

15      **PROSPECTIVE JUROR:**  It could be a wrong-place-at-

16   the-wrong-time situation.  But, you know, I do try to give

17   it a fair try and listen to both ends.

18      **THE COURT:**  You also say that someone in your

19   close group has been, you know, family and friends, has been

20   the victim of or witness to a crime.  Can you describe what

21   happened there?

22      **PROSPECTIVE JUROR:**  Well, it was more so my sister

23   got murdered some years ago.

24      **THE COURT:**  Oh, I'm so sorry.

25      **PROSPECTIVE JUROR:**  That's fine.  It was, yeah, a

1    sibling passing away due to murder.  So, yeah, the family

2    were in the vicinity and we were at the home to see the

3    body.

4           **THE COURT:**  I'm very sorry about that.  Is --

5    would that experience cause you to have a hard time serving

6    as a juror?

7           **PROSPECTIVE JUROR:**  No.  No.  Those are two

8    separate things that have happened.

9           **THE COURT:**  Okay.  All right.  Thank you.

10          Follow-up from the government?

11          **MS. ERIKSEN:**  Good afternoon, ma'am.

12          **PROSPECTIVE JUROR:**  Hi.

13          **MS. ERIKSEN:**  First, I'm very sorry about your

14   sister.

15          **PROSPECTIVE JUROR:**  That's fine.

16          **MS. ERIKSEN:**  Secondly, you've indicated you have

17   strong opinions and, if you saw something, you may think

18   that the person was guilty for just seeing them.  But do you

19   know that the government's burden is beyond a reasonable

20   doubt for each and every charge that someone is charged

21   with?

22          **PROSPECTIVE JUROR:**  No, I understand that.

23          **MS. ERIKSEN:**  And if the Court -- the Court would

24   instruct you on the law and what we need to prove to find

25   the defendant guilty.  Would you listen to those

1    instructions and apply the law to -- you said you'll look at

2    something and then decide based upon what evidence you see?

3                    **PROSPECTIVE JUROR:**  Correct.

4              **MS. ERIKSEN:**  Okay.  Thank you, ma'am.

5                    **PROSPECTIVE JUROR:**  Yes.

6              **THE COURT:**  Mr. Knight?

7              **MR. KNIGHT:**  Thank you, Your Honor.

8              1737, good -- oh, okay.

9              **THE COURT:**  Mr. Knight?

10             **MR. KNIGHT:**  Thank you, Your Honor.

11             1737, good afternoon.

12                   **PROSPECTIVE JUROR:**  Hi.

13             **MR. KNIGHT:**  I'm sorry about your loss.

14                   **PROSPECTIVE JUROR:**  That's okay.

15             **MR. KNIGHT:**  You said that your decision is your

16   decision.  Right?

17                   **PROSPECTIVE JUROR:**  Right.

18             **MR. KNIGHT:**  Could you go into that a little bit

19   more?

20                   **PROSPECTIVE JUROR:**  Sure.  Like I said before, you

21   know, I would definitely listen to both sides of the

22   situation, you know.  Whatever is presented, I will listen

23   to it thoroughly through before making my final decision.

24             So, you know, it's all about what is brought to

25   the table for the evidence for the person.  So, you know, if

1    they're saying, Hey, this is what happened, this is the

2    cause of what's happened, you know, I will definitely listen

3    to it, listen to it fairly before I make my final decision,

4    absolutely.

5              MR. KNIGHT:  Great.  And you said that you had

6    watched some things about January 6th on the news

7    previously.  Right?

8              PROSPECTIVE JUROR:  Yes.

9              MR. KNIGHT:  And as you watched those things, you

10   formulated sort of an opinion about what happened?

11             PROSPECTIVE JUROR:  Yeah.

12             MR. KNIGHT:  And is that where you got the if-

13   you're-there-you're-guilty idea?

14             PROSPECTIVE JUROR:  Yeah.

15             MR. KNIGHT:  Yeah.

16             PROSPECTIVE JUROR:  I mean, for me, that was

17   something that was so out of the norm.  That's not something

18   that we see on the regular.  So when we saw it on the news,

19   you know, happening, it was just wild and it was crazy.  And

20   to me, I didn't see no justification on it.  You know, like,

21   why were you up there?  Why were you destroying this

22   property, you know?  It was just so many questions on it,

23   you know?

24             So, yeah, I just didn't see any justification on

25   destroying government property the way -- how it was

1    destroyed on TV.

2           **MR. KNIGHT:**  You just said, Wow.  So it provoked a

3    very strong reaction out of you?

4           **PROSPECTIVE JUROR:**  Yeah.  Yeah, it does.

5           **MR. KNIGHT:**  Thank you very much.

6           **PROSPECTIVE JUROR:**  Uh-huh.

7           **THE COURT:**  Thank you.

8           **PROSPECTIVE JUROR:**  Okay.

9        (Prospective juror steps down.)

10          **THE COURT:**  Mr. Knight, what do you think?

11          **MR. KNIGHT:**  I'd like to strike this juror for

12   cause, Your Honor.  She's got very strong feelings about

13   January 6th.  If you were there, you're guilty.  Her

14   decision is her decision.  I heard her other responses to

15   the Court's inquiries but --

16          **THE COURT:**  Yeah, I agree.  I'm going to exclude

17   1737.  Thank you.

18       (Sidebar discussion concluded.)

19          **THE COURT:**  145, please.

20       (Prospective juror steps up.)

21       (Sidebar discussion.)

22          **THE COURT:**  Good afternoon.

23          **PROSPECTIVE JUROR:**  Hi.

24          **THE COURT:**  Hi.

25          Counsel, Juror 145 answered "yes" to Questions 2,

1   3, 4, 15, 18, 19, 20 and 25.

2           I'm just going to ask you some follow-up questions

3   and then the lawyers may ask you some as well.

4           The first three were about following the

5   investigation of the events of January 6th and then whether

6   you work or someone you know works or lives near the Capitol

7   and then if you visited Capitol.  So I don't just, like, go

8   through each question, can you just tell us why you answered

9   "yes" to those questions?

10          **PROSPECTIVE JUROR:**  Sure.  I followed along with

11  January 6th just because I live in D.C. and that I live

12  about three-quarters of a mile from the Capitol just north

13  of it.  And I've visited the Capitol before.  It's been a

14  few years.

15          **THE COURT:**  As it relates to news about

16  January 6th, do you seek out that news right now or is it

17  more that you just you read the news and it's in there?

18          **PROSPECTIVE JUROR:**  I read the news and it's in

19  there.

20          **THE COURT:**  Let me -- you've also served on a jury

21  before?

22          **PROSPECTIVE JUROR:**  Yes.  It was a civil trial.

23          **THE COURT:**  Okay.  Where, in this court or D.C.

24  Superior Court?

25          **PROSPECTIVE JUROR:**  Actually, no, it was in

1    St. Louis.

2              **THE COURT:**  Oh, not here?

3              **PROSPECTIVE JUROR:**  Not here.

4              **THE COURT:**  No, no.  I apologize.  I assumed that.

5    Anything about that experience that you think would cause

6    you to have a bias in this case?

7              **PROSPECTIVE JUROR:**  No.

8              **THE COURT:**  Okay.

9              Questions 18 and 19 are about whether you know

10   people who work in law enforcement basically.  Can you

11   explain why you answered "yes" to those questions.

12             **PROSPECTIVE JUROR:**  I'm in law enforcement.

13             **THE COURT:**  What do you do?

14             **PROSPECTIVE JUROR:**  I'm a postal inspector with

15   the U.S. Postal Inspection Service.

16             **THE COURT:**  Okay.  How long have you worked there?

17             **PROSPECTIVE JUROR:**  Nine years.

18             **THE COURT:**  What did you do before that?

19             **PROSPECTIVE JUROR:**  I was an agent with the

20   Missouri Department of Revenue doing criminal tax fraud

21   investigations.

22             **THE COURT:**  Does your current job, has it

23   overlapped at all with the January 6 criminal

24   investigations?

25             **PROSPECTIVE JUROR:**  No.

1          **THE COURT:**  Have you formed an opinion about those

2     criminal investigations?

3          **PROSPECTIVE JUROR:**  No.

4          **THE COURT:**  Do you know anything about this case?

5          **PROSPECTIVE JUROR:**  No.

6          **THE COURT:**  Based on either your job or your

7     knowledge of January 6th, do you doubt your ability to be

8     fair and impartial here?

9          **PROSPECTIVE JUROR:**  No.

10         **THE COURT:**  Would you follow my instructions as I

11    give them to you?

12         **PROSPECTIVE JUROR:**  Yes.

13         **THE COURT:**  Would you decide the case based only

14    on the evidence presented in the courtroom?

15         **PROSPECTIVE JUROR:**  Yes.

16         **THE COURT:**  You also answered "yes" to someone in

17    your family studying law, being employed either as a lawyer

18    or at a law firm.  Who is that?

19         **PROSPECTIVE JUROR:**  It's a close friend in

20    St. Louis who is a lawyer.

21         **THE COURT:**  Does he or she practice criminal law?

22         **PROSPECTIVE JUROR:**  No.

23         **THE COURT:**  Do you know anyone well who is either

24    a prosecutor or a criminal defense lawyer?

25         **PROSPECTIVE JUROR:**  No.

1          **THE COURT:**  Okay.

2          You also answered "yes" to the question about

3    being a victim or a witness to a crime.

4          **PROSPECTIVE JUROR:**  Yes.

5          **THE COURT:**  Can you tell me about that one?

6          **PROSPECTIVE JUROR:**  Just thefts, a burglary.  My

7    condo building was broken into and I had some things stolen

8    here in D.C.  My mom's house has been burglarized a couple

9    of times but that's in Illinois.

10          **THE COURT:**  Anything about those experiences that

11   you think would lead you to be biased in this case?

12          **PROSPECTIVE JUROR:**  No.

13          **THE COURT:**  When you had the theft for your stuff,

14   how was your experience with the investigation, if there was

15   one?

16          **PROSPECTIVE JUROR:**  There was not one.

17          **THE COURT:**  You didn't report it?

18          **PROSPECTIVE JUROR:**  No.  The building had reported

19   it because there had been several break-ins over a couple of

20   months and as we were trying to figure out how they were

21   accessing the building.  So the building had reported the

22   break-ins and so there was a police report out there.

23          But I didn't report my particular theft because I

24   didn't know when it happened.  I didn't realize until after

25   the fact that my bike had been stolen out of our bike room.

1        **THE COURT:**  Got it.  So two last questions from me

2    at least.  The first is, in connection with your current

3    job, do you work with the FBI ever?

4        **PROSPECTIVE JUROR:**  I do.  I work joint cases with

5    them and I actually sit at DOJ cause I'm detailed to the

6    fraud section doing market integrity and major fraud unit

7    investigations.

8        **THE COURT:**  So you're at Main or are you somewhere

9    else?

10        **PROSPECTIVE JUROR:**  At Bond.

11        **THE COURT:**  So obviously you're not a DOJ employee

12    but you're detailed over there right now.

13        **PROSPECTIVE JUROR:**  Correct.

14        **THE COURT:**  In the fraud section of the civil

15    division or in the criminal division?

16        **PROSPECTIVE JUROR:**  Criminal division.

17        **THE COURT:**  Criminal division.

18        Is there anything about your work there that would

19    cause you to be worried that you would either not be able to

20    follow my instructions or be biased in how you review the

21    evidence here?

22        **PROSPECTIVE JUROR:**  No.

23        **THE COURT:**  Okay.

24        Mr. Knight or Ms. Costner?

25        **MS. COSTNER:**  Ms. Costner this time.

1        Good afternoon, 145.

2            **PROSPECTIVE JUROR:**  Hello.

3            **MS. COSTNER:**  Have you been in law enforcement

4   your entire professional life?

5            **PROSPECTIVE JUROR:**  No.  Prior to law enforcement,

6   I was a bank fraud investigator for about eight years.

7            **MS. COSTNER:**  And that was working for a bank?

8            **PROSPECTIVE JUROR:**  Yes.

9            **MS. COSTNER:**  And then your next -- when you began

10  in law enforcement, you began with the Department of Revenue

11  in Missouri?

12           **PROSPECTIVE JUROR:**  Yes.

13           **MS. COSTNER:**  That was as an investigator; is that

14  correct?

15           **PROSPECTIVE JUROR:**  Correct.  It wasn't a sworn

16  law enforcement position but it was an investigator

17  position.

18           **MS. COSTNER:**  That would have involved state

19  prosecutions.  Correct?

20           **PROSPECTIVE JUROR:**  Correct.

21           **MS. COSTNER:**  Did you work with the Internal

22  Revenue at any point in time as a part of your job there?

23           **PROSPECTIVE JUROR:**  We would work joint

24  investigations together.

25           **MS. COSTNER:**  And would you work with the U.S.

1    Attorney's Office in Missouri prosecuting defendants charged

2    with tax crimes?

3              PROSPECTIVE JUROR:  Yes.

4              MS. COSTNER:  Would you sit at trial in those

5    cases?

6              PROSPECTIVE JUROR:  None of the cases that I had

7    ever went to trial that I know of.

8              MS. COSTNER:  Would you testify before the grand

9    jury in federal court for the U.S. Attorney's Office to

10   prosecute people charged in those cases?

11             PROSPECTIVE JUROR:  In the tax cases?

12             MS. COSTNER:  Yes.

13             PROSPECTIVE JUROR:  Sorry.  I'm just trying to

14   remember.  I don't believe I ever did grand jury for that.

15             MS. COSTNER:  When you joined the postal

16   inspector's office, was that here in D.C. or did you start

17   in Missouri?

18             PROSPECTIVE JUROR:  I started in Missouri.

19             MS. COSTNER:  How long have you been here in

20   Washington, D.C. working for the postal inspector?

21             PROSPECTIVE JUROR:  Just over four years.

22             MS. COSTNER:  In your job as postal inspector,

23   both in Missouri and here in Washington, D.C., I believe you

24   said you've worked with the FBI; is that correct?

25             PROSPECTIVE JUROR:  Yes.

1          **MS. COSTNER:**  Have you been involved in the

2    prosecution of federal cases, both in Missouri and here in

3    Washington?

4          **PROSPECTIVE JUROR:**  Yes.

5          **MS. COSTNER:**  In Washington D.C., have you

6    presented or been called as a witness before the grand jury

7    by the U.S. Attorney's Office?

8          **PROSPECTIVE JUROR:**  Not here in D.C.  Most of the

9    cases that I work are in other jurisdictions.

10          **MS. COSTNER:**  How many times would you say you've

11    been called as a witness?

12          **PROSPECTIVE JUROR:**  It would be eight times.

13          **MS. COSTNER:**  And have you been a case agent in a

14    case brought by the U.S. government by -- prosecuted by a

15    U.S. Attorney's Office or a federal prosecutor?

16          **PROSPECTIVE JUROR:**  Yes.

17          **MS. COSTNER:**  Have you testified in a jury trial

18    for the federal government in any of these cases?

19          **PROSPECTIVE JUROR:**  I had to testify once at a

20    detention hearing.  Other than that, no criminal trials.

21          **MS. COSTNER:**  No jury trial or anything like that?

22          **PROSPECTIVE JUROR:**  Correct.

23          **MS. COSTNER:**  You said that, at this point in

24    time, you're working with the FBI, you're detailed to the

25    Department of Justice?

1          **PROSPECTIVE JUROR:**  Yes.

2          **MS. COSTNER:**  How long have you been detailed to

3     the Department of Justice?

4          **PROSPECTIVE JUROR:**  Since I moved to D.C.

5          **MS. COSTNER:**  So four years you've been working

6     closely with the Department of Justice here in Washington,

7     D.C.?

8          **PROSPECTIVE JUROR:**  Correct.

9          **MS. COSTNER:**  That's involved the prosecution of

10    cases?

11         **PROSPECTIVE JUROR:**  Yes.

12         **MS. COSTNER:**  That's all the questions I have.

13         **PROSPECTIVE JUROR:**  Okay.

14         **THE COURT:**  Government counsel?

15         **MS. ERIKSEN:**  Good afternoon, ma'am.

16         **PROSPECTIVE JUROR:**  Hello.

17         **MS. ERIKSEN:**  Just so I'm clear, have you pretty

18    much solely focused on financial crimes in your career?

19         **PROSPECTIVE JUROR:**  Yes.

20         **MS. ERIKSEN:**  So in building a case, are you aware

21    that the government's burden of proof is beyond a reasonable

22    doubt?

23         **PROSPECTIVE JUROR:**  Yes.

24         **MS. ERIKSEN:**  Given you have no background in this

25    case, would you be able to be fair and impartial and follow

1    the directions the Court gave you in light of the evidence

2    presented?

3                    **PROSPECTIVE JUROR:**  Yes.

4                    **MS. ERIKSEN:**  That's all I have, Your Honor.

5    Thank you.

6                    **THE COURT:**  Thank you.

7                    **PROSPECTIVE JUROR:**  Thank you, Your Honor.

8         (Prospective juror steps down.)

9                    **THE COURT:**  Ms. Costner, I assume you object to

10   qualifying this witness?

11                   **MS. COSTNER:**  Yes, Your Honor.

12                   **THE COURT:**  I agree.  I mean I will say it.  It

13   seems to me that she probably could be unbiased, but she is

14   detailed to the executive branch department that is

15   prosecuting the defendant here, and that strikes me as a

16   little bit too close for comfort at least.  And therefore,

17   we will exclude 145.

18        (Sidebar discussion concluded.)

19                   **THE COURT:**  Juror 347, please.

20        (Prospective juror steps up.)

21        (Sidebar discussion.)

22                   **THE COURT:**  Good afternoon.

23                   **PROSPECTIVE JUROR:**  Hi.

24                   **THE COURT:**  Hi.

25             Counsel, Juror 347 answered "yes" to Questions 2,

1    3 and 25.  I'll start with 25, which asks whether anyone in

2    your small group, family, friends and the like, had been the

3    victim or a witness to a crime.  Can you tell us why you

4    answered "yes" to that question?

5             PROSPECTIVE JUROR:  Yes, because I was a victim of

6    domestic violence.

7             THE COURT:  I'm very sorry to hear that.  How long

8    ago was that?

9             PROSPECTIVE JUROR:  Like about six or seven years

10   ago.

11            THE COURT:  Did you report it to the police?

12            PROSPECTIVE JUROR:  Yes.

13            THE COURT:  Was there an investigation?

14            PROSPECTIVE JUROR:  Yes.

15            THE COURT:  Was there a prosecution?

16            PROSPECTIVE JUROR:  Uh-huh.

17            THE COURT:  Did you testify?

18            PROSPECTIVE JUROR:  Yes.

19            THE COURT:  Is there anything about that

20   experience that you think would make you biased in this

21   case?

22            PROSPECTIVE JUROR:  No.

23            THE COURT:  Okay.  You don't know anything about

24   this case I take it?

25            PROSPECTIVE JUROR:  Just the news where it was on

1    ABC, NBC, CNN.  That's it.

2              **THE COURT:**  About January 6th generally?

3              **PROSPECTIVE JUROR:**  Yes.

4              **THE COURT:**  Do you know anything about this

5    particular defendant?

6              **PROSPECTIVE JUROR:**  No.

7              **THE COURT:**  So you know some things about

8    January 6th cases, I take it, from what you just said?

9              **PROSPECTIVE JUROR:**  On the news, yeah, with the

10   news reports.

11             **THE COURT:**  Do you go looking for news about

12   January 6th?

13             **PROSPECTIVE JUROR:**  No.

14             **THE COURT:**  You just, it's on the TV or the

15   internet and you see it?

16             **PROSPECTIVE JUROR:**  Uh-huh.

17             **THE COURT:**  Is there anything from what you know

18   as a result of the news about January 6th that would, in

19   your view, cause you to be biased in this case?

20             **PROSPECTIVE JUROR:**  No.  'Cause I typically don't

21   pay it no attention.  Like, I will see a scroll up on my

22   timeline and then that's about it.

23             **THE COURT:**  But you could follow my instructions

24   about what the law is and apply those instructions?

25             **PROSPECTIVE JUROR:**  Yes.

1          **THE COURT:**  And you would decide this case based

2    solely on the evidence you see in the courtroom?

3          **PROSPECTIVE JUROR:**  Yes.

4          **THE COURT:**  Okay.  Thank you.

5          Does the government have any follow-up questions?

6          **MS. ERIKSEN:**  Good afternoon, ma'am.

7          **PROSPECTIVE JUROR:**  Hi.

8          **MS. ERIKSEN:**  You mentioned that you testified in

9    your own case six or seven years ago.  Was that here in

10   D.C.?

11         **PROSPECTIVE JUROR:**  Yes.

12         **MS. ERIKSEN:**  And were you satisfied with -- were

13   there prosecutors involved?  Was there a prosecutor involved

14   on that case?

15         **PROSPECTIVE JUROR:**  No, it wasn't in D.C.  It was

16   in Maryland.

17         **MS. ERIKSEN:**  Oh, it was Maryland?

18         **PROSPECTIVE JUROR:**  Uh-huh.

19         **MS. ERIKSEN:**  Okay.  But you were satisfied with

20   how that worked out?

21         **PROSPECTIVE JUROR:**  Yes.

22         **MS. ERIKSEN:**  Okay.  I have no -- actually, one

23   more question.  What do you do for work?

24         **PROSPECTIVE JUROR:**  Right now, I am what they call

25   an associate at Urban Ingenuity where I deal with solar

1      panels.

2                **MS. ERIKSEN:**  Okay.  Thank you very much.

3                **PROSPECTIVE JUROR:**  Okay.

4                **THE COURT:**  Mr. Knight or Ms. Costner?

5                **MR. KNIGHT:**  Thank you, Your Honor.  Juror 347, in

6      the domestic violence prosecution, did the perpetrator have

7      a defense attorney?

8                **PROSPECTIVE JUROR:**  What do you mean by defense

9      attorney?

10               **MR. KNIGHT:**  Was he represented by an attorney or

11     counsel?

12               **PROSPECTIVE JUROR:**  Oh, yes.  Yes.

13               **MR. KNIGHT:**  Was there a relationship between you

14     and this individual?

15               **PROSPECTIVE JUROR:**  Yes.

16               **MR. KNIGHT:**  How did you find his counsel, his

17     representation by his attorney?

18               **PROSPECTIVE JUROR:**  Good.

19               **MR. KNIGHT:**  Okay.  Thank you.

20               **THE COURT:**  Thank you, ma'am.

21          (Prospective juror steps down.)

22               **THE COURT:**  Any objection to qualifying 347?

23               **MS. ERIKSEN:**  None from the government, Your

24     Honor.

25               **MR. KNIGHT:**  No objection, Your Honor.

1          **THE COURT:**  347 is qualified.

2     (Sidebar discussion concluded.)

3          **THE COURT:**  2118, please.

4     (Prospective juror steps up.)

5     (Sidebar discussion.)

6          **THE COURT:**  Good afternoon.

7          **PROSPECTIVE JUROR:**  Hello.

8          **THE COURT:**  Counsel, Juror 2118 answered Questions

9     2, 3, 4, 5, 11, 15, 17, 18, 19, 21, 28, 36 and 37 with "yes"

10    answers.

11          Sir, I don't think I'm going to go through each of

12    these questions individually, but a few of them, 5 and 37,

13    for example, ask whether you would be, either as a result of

14    the allegations in the case or generally, concerned about

15    your ability to be fair and impartial.  Can you tell us why

16    you answered that question "yes"?

17          **PROSPECTIVE JUROR:**  Yeah, the reason I answered

18    "yes" is, when the events occurred, I was out of town and I

19    live in the area.  When I just came back to town, my husband

20    and I, we were just walking in our neighborhood taking our

21    dog and we just couldn't believe it.

22          I was just so -- what had had happened was just

23    unreal to us and, in a way, has impacted us and just the

24    residents in my neighborhood.  And that's why I believed I

25    was just not bias because, even today, I just, thinking

1    about those events, just brings up a bunch of memories.

2              **THE COURT:**  You live near the Capitol?

3              **PROSPECTIVE JUROR:**  I do.

4              **THE COURT:**  How far from the Capitol?

5              **PROSPECTIVE JUROR:**  I live a mile away from the

6    Capitol.  I can see the Capitol from my bedroom.

7              **THE COURT:**  What do you do for work?

8              **PROSPECTIVE JUROR:**  I am a Chief of Staff.

9              **THE COURT:**  Where?

10             **PROSPECTIVE JUROR:**  Fannie Mae.

11             **THE COURT:**  Okay.  How long have you been doing

12   that?

13             **PROSPECTIVE JUROR:**  At Fannie Mae I've been five

14   years.

15             **THE COURT:**  So obviously, a lot of the questions

16   we ask, they're designed to get at the question of whether,

17   notwithstanding what you know about the events of

18   January 6th, whether you could still sit in the jury box and

19   decide the case based on the law as I instruct you and the

20   facts only as presented in the courtroom.

21             It sounds to me like, on the one hand, you're

22   saying you -- well, let me just ask the question.  Could you

23   do that?

24             **PROSPECTIVE JUROR:**  It's a tricky question.  I

25   don't know.  I just know that there were a lot of emotions

1    that time, that third week of January.  So sitting in a case

2    and say I'm just going to strip away what I saw and what I

3    lived and the aftermath of seeing that fence all around the

4    Capitol, the fact that I couldn't walk my dog, I mean, it's

5    just things that -- and I -- and I guess the reason that

6    means a lot to me, I was not born in this country and the

7    country I was born in I saw that.  Right?

8            So just seeing that in my backyard in a place that

9    I just saw so secure just hit a cord that I just didn't know

10   I was going to have those feelings again, if that makes any

11   sense.

12           **THE COURT:**  It does.

13           You also answered "yes" to the question whether

14   you tend to believe or disbelief the testimony of a law

15   enforcement officer because he or she is a law enforcement

16   officer.  Why did you answer that "yes"?

17           **PROSPECTIVE JUROR:**  So that question, actually, I

18   have -- I'm sorry that I must have been -- can you repeat

19   the question, Your Honor?  I'm sorry.

20           **THE COURT:**  The question was, Law enforcement

21   officers will be witnesses here.  Would you tend to believe

22   or disbelieve the testimony of a law enforcement officer

23   simply because he or she is a law enforcement officer?

24           **PROSPECTIVE JUROR:**  Yes.  I don't recall I

25   answered "yes".  It must have been -- yeah.

1          **THE COURT:**  Okay.  No problem.  That's why we ask

2     the follow-up questions.

3          **PROSPECTIVE JUROR:**  I apologize.

4          **THE COURT:**  There are a number of questions that

5     get to, do you have family members who are lawyers or work

6     in law enforcement or criminal justice system.  Can you

7     describe generally why you answered those questions that

8     way?

9          **PROSPECTIVE JUROR:**  Yeah, so I have a close friend

10    of mine.  He's a retired officer in D.C.  I have my cousin's

11    brother-in-law is an attorney for -- or was an attorney

12    for -- I think it was the Department of Justice or it was

13    one department.  Then I have -- who else?  I did answer

14    "yes."  I think those are just the two that come to mind.

15         **THE COURT:**  Okay.

16         **PROSPECTIVE JUROR:**  I think there was a

17    question -- I have a cousin of mine that worked in Congress

18    as well and that's another reason it just struck a cord in

19    me as well.

20         **THE COURT:**  Thank you.

21         Does the government have follow-up questions?

22         **MS. ERIKSEN:**  No, Your Honor.

23         **THE COURT:**  Thank you, sir.

24         **PROSPECTIVE JUROR:**  Okay.  Thank you.

25         (Prospective juror steps down.)

1         **THE COURT:**  Does anyone object to my striking --

2    or not striking but not qualifying 2118?

3         **MR. KNIGHT:**  No objection, Your Honor.

4         **MS. LEDERER:**  No, Your Honor.

5         **THE COURT:**  Thank you.  I will not qualify 2118.

6    (Sidebar discussion concluded.)

7         **THE COURT:**  Juror 611.

8    (Prospective juror steps up.)

9    (Sidebar discussion.)

10        **THE COURT:**  Good afternoon.

11        **PROSPECTIVE JUROR:**  Hi.

12        **THE COURT:**  Everyone, Juror 611 didn't answer

13   "yes" to any questions.  I just have a few follow-up

14   questions for you, ma'am.

15        **PROSPECTIVE JUROR:**  Okay.

16        **THE COURT:**  Are you aware generally about the

17   events of January 6th?

18        **PROSPECTIVE JUROR:**  Yes.

19        **THE COURT:**  Do you read any news about it right

20   now or watch TV news about it?

21        **PROSPECTIVE JUROR:**  No.

22        **THE COURT:**  Do you go looking for news about

23   January 6th?

24        **PROSPECTIVE JUROR:**  No.

25        **THE COURT:**  You don't know anything about this

1      defendant; is that correct?

2                    **PROSPECTIVE JUROR:**  Correct.

3                    **THE COURT:**  Would you be able to follow my

4      instructions as a juror?

5                    **PROSPECTIVE JUROR:**  Yes.

6                    **THE COURT:**  And would you decide the case based on

7      the facts and law that are presented in this courtroom and

8      only in this courtroom?

9                    **PROSPECTIVE JUROR:**  Yes.

10                   **THE COURT:**  All right.

11                   Any follow-up questions from the government?

12                   **MS. LEDERER:**  Just briefly.

13                   Good afternoon.

14                   **PROSPECTIVE JUROR:**  Hi.

15                   **MS. LEDERER:**  Could you just tell us a little bit

16     about what you do for work?

17                   **PROSPECTIVE JUROR:**  Yes.  I'm a case manager at

18     Department of Employment Services.  I have a master's in

19     social work.

20                   **MS. LEDERER:**  Are you born and raised in D.C.?

21                   **PROSPECTIVE JUROR:**  Yes.

22                   **MS. LEDERER:**  Thank you.  Nothing further.

23                   **PROSPECTIVE JUROR:**  Okay.  Thank you.

24                   **THE COURT:**  Ma'am?

25                   **PROSPECTIVE JUROR:**  Yes.

1          **THE COURT:**  Any questions, Mr. Knight or

2     Ms. Costner?

3          **MR. KNIGHT:**  No, Your Honor.

4          **THE COURT:**  Okay.  Thank you, all.

5          Thank you, ma'am.  You may take your seat.

6          **PROSPECTIVE JUROR:**  Thank you.

7       (Prospective juror steps down.)

8          **THE COURT:**  Any objection to qualifying 611?

9          **MS. LEDERER:**  No, Your Honor.

10         **MR. KNIGHT:**  No objection.

11         **THE COURT:**  Thank you.  Juror 611 is qualified.

12      (Sidebar discussion concluded.)

13         **THE COURT:**  Juror 1593.

14      (Prospective juror steps up.)

15      (Sidebar discussion.)

16         **PROSPECTIVE JUROR:**  Hello.

17         **THE COURT:**  Hello.

18         **PROSPECTIVE JUROR:**  Hello.

19         **THE COURT:**  How are you?

20         **PROSPECTIVE JUROR:**  All right.

21         **THE COURT:**  Counsel, Juror 1593 answered "yes" to

22      Questions 4, 11 and 19.

23         Why don't I start with 4.  You've visited the

24      Capitol before?

25         **PROSPECTIVE JUROR:**  Yes.  This is my first time

1  with federal.  I did -- I was at -- the last time I did jury

2  duty was at the Moultrie building.

3            **THE COURT:**  Oh, you're answering a question about

4  jury.  So you have served on a jury?

5            **PROSPECTIVE JUROR:**  Yes.

6            **THE COURT:**  When was that?

7            **PROSPECTIVE JUROR:**  I can't -- a few years ago.

8            **THE COURT:**  Okay.  Was that a civil case or a

9  criminal?  Do you know?

10            **PROSPECTIVE JUROR:**  No.

11            **THE COURT:**  Okay.

12            Have you been to the Capitol, the U.S. Capitol

13  building?

14            **PROSPECTIVE JUROR:**  Yes.

15            **THE COURT:**  How long ago was that, do you think?

16            **PROSPECTIVE JUROR:**  A few years ago.

17            **THE COURT:**  Okay.

18            Another question you answered "yes" to was whether

19  you have family or friends in law enforcement.

20            **PROSPECTIVE JUROR:**  No.  I actually don't have

21  any.

22            **THE COURT:**  Okay.

23            Question 11 asked whether it would be a hardship

24  or difficult for you to sit on a jury for this week.  You

25  answered "yes" to that question.  What was the reason for

1     that answer?

2              **PROSPECTIVE JUROR:**  The reason for that answer

3     that was I had just started a job recently, about less than

4     a week ago, with another private security company.  And it

5     will be hardship for me financially to do so, because I just

6     started the job and I don't actually want to miss any work.

7              **THE COURT:**  So you work in private security?

8              **PROSPECTIVE JUROR:**  Yes, sir.

9              **THE COURT:**  And how long have you been in this

10    current new job?

11             **PROSPECTIVE JUROR:**  This current new job I've only

12    been for less than a week.

13             **THE COURT:**  And had you done private security

14    before that?

15             **PROSPECTIVE JUROR:**  Yes, I have done it for about

16    five years.

17             **THE COURT:**  Okay.

18             So what would happen if you were selected to be on

19    the jury?  You'd have to ask if they would let you do this

20    for a week?

21             **PROSPECTIVE JUROR:**  Will, yes.  I would actually

22    check with them but, as it stands, I can't really -- I want

23    to but I really can't because it's hurting me financially.

24             **THE COURT:**  You're not a salaried employee.

25    You're paid by the hour; is that right?

1          PROSPECTIVE JUROR:  No, I'm not salaried.

2          THE COURT:  Okay.

3          Does the government have follow-up questions?

4          MS. LEDERER:  No, Your Honor.

5          THE COURT:  Mr. Knight?  Ms. Costner?

6          MR. KNIGHT:  No.

7          THE COURT:  Thank you, sir.  You may take your

8    seat.

9          PROSPECTIVE JUROR:  All right.

10       (Prospective juror steps down.)

11         THE COURT:  All right.  What are the parties'

12   views starting with the government?

13         MS. LEDERER:  Your Honor, no objection for cause.

14         MS. COSTNER:  No objection for cause from the

15   defendant.

16         THE COURT:  All right.  We'll excuse 1593.

17       (Sidebar discussion concluded.)

18         THE COURT:  Juror 372.

19       (Prospective juror steps up.)

20       (Sidebar discussion.)

21         PROSPECTIVE JUROR:  Hi.

22         THE COURT:  Hi, good afternoon.

23         PROSPECTIVE JUROR:  Good afternoon.

24         THE COURT:  Everyone, Juror 372 answered "yes" to

25   Questions 2, 4, 15 and then 18 through 21.

1          **PROSPECTIVE JUROR:**  Okay.

2          **THE COURT:**  Eighteen through 21 really get at the

3    question about people who you know or family members working

4    in law, law enforcement, criminal justice.  So can you just

5    tell us why you answered those questions?

6          **PROSPECTIVE JUROR:**  My nephew is an attorney with

7    the Legal Aid Society in New York.

8          **THE COURT:**  Okay.

9          **PROSPECTIVE JUROR:**  I was married to an attorney.

10         I used to work for pre-trial services and felony

11   diversion and misdemeanor diversion in Tennessee.

12         **THE COURT:**  Got it.

13         **PROSPECTIVE JUROR:**  When I worked for the

14   government, we had a lot of outreach workers who would work

15   with community policing, community outreach programs.  That

16   was back in the '80s --

17         **THE COURT:**  Back in the day.

18         **PROSPECTIVE JUROR:**  Late '80s I think it was when

19   they had community police.  Kind of fun.

20         **THE COURT:**  Yeah.

21         So -- and you've also served -- just to ask this

22   question, you've also served on a jury or a grand jury?

23         **PROSPECTIVE JUROR:**  Yes.

24         **THE COURT:**  Can you tell us when that was?

25         **PROSPECTIVE JUROR:**  The grand jury was a long time

1    ago, maybe in the '90s.  And the other jury was about three

2    years ago in the District, district government.

3              **THE COURT:**  Was that a civil case or a criminal

4    case do you recall?

5              **PROSPECTIVE JUROR:**  Criminal.

6              **THE COURT:**  Okay.  Do you remember how it ended?

7              **PROSPECTIVE JUROR:**  He was not guilty.  He was

8    found not guilty.

9              **THE COURT:**  Found got guilty?

10             **PROSPECTIVE JUROR:**  Based on the evidence.

11             **THE COURT:**  Do you remember what kind of crime it

12   was, alleged crime?

13             **PROSPECTIVE JUROR:**  It was a child abuse and all

14   of the evidence was overwhelming that he was not guilty.

15             **THE COURT:**  Okay.

16             So based on your family members being lawyers and

17   the work that you did in pretrial --

18             **PROSPECTIVE JUROR:**  Uh-huh, being married to an

19   attorney for five years.  That's it.

20             **THE COURT:**  Okay.

21             **PROSPECTIVE JUROR:**  Yes.

22             **THE COURT:**  Any -- so as you know, I would

23   instruct the jury on the law.

24             **PROSPECTIVE JUROR:**  Yeah, yeah, yeah.

25             **THE COURT:**  Could you follow my instructions --

1          **PROSPECTIVE JUROR:**  Absolutely.  Absolutely.

2          **THE COURT:**  Okay.  And would you decide the case

3    based solely on the evidence presented in the courtroom?

4          **PROSPECTIVE JUROR:**  Absolutely, because when I

5    worked in government the last 15, 20 years, I worked on

6    evidence-based grant programs.  Evidence-based, so I'm

7    really key on following advice and looking at outcome

8    measures and things like that.

9          **THE COURT:**  Okay.

10          And do you think you could come to the jury and

11    decide it based, again, only on the facts in evidence --

12          **PROSPECTIVE JUROR:**  Absolutely.

13          **THE COURT:**  -- and not with any bias?

14          **PROSPECTIVE JUROR:**  I'm really good at that, yes.

15          **THE COURT:**  Okay.

16          **PROSPECTIVE JUROR:**  Absolutely.

17          **THE COURT:**  You were also asked about or we asked

18    whether you've been following the investigation regarding

19    the events of January 6th.

20          **PROSPECTIVE JUROR:**  Yeah, but I can't -- I don't

21    follow as much now because now I'm doing streaming and I

22    can't get, like, MSNBC and CNN.  I just kind of get what I

23    get.  Basically kind of, no.

24          **THE COURT:**  You get news kind of as you see it.

25    You don't go looking for news about January 6th?

1          PROSPECTIVE JUROR:  No, I got too much going on.

2          THE COURT:  Based on what you know about

3    January 6th, do you think you could decide this case in a

4    fair and unbiased manner?

5          PROSPECTIVE JUROR:  Absolutely.

6          THE COURT:  All right.

7          Does the government have any follow-up questions

8    they would like to ask?

9          MS. LEDERER:  No, not at this time.

10         THE COURT:  Mr. Knight?

11         MR. KNIGHT:  372, good afternoon.

12         PROSPECTIVE JUROR:  Hi.

13         MR. KNIGHT:  Hi.

14         You mentioned that you did some community policing

15   in the late '80s; is that right?

16         PROSPECTIVE JUROR:  When I worked for the -- in

17   the Department of Health, they had community policing back

18   in that day and we had a lot of outreach workers.  And I

19   coordinated the outreach workers along with the community

20   police.  They developed community approach programs

21   throughout the community.  Very good relationship.

22         MR. KNIGHT:  Thank you.

23         No further questions, Your Honor.

24         PROSPECTIVE JUROR:  That's it.

25         THE COURT:  Thank you.  Thank you.

1          (Prospective juror steps down.)

2               **THE COURT:**  Any objection to qualifying 372?

3               **MS. LEDERER:**  No, Your Honor.

4               **MR. KNIGHT:**  No objection.

5               **THE COURT:**  372 is qualified.

6          (Sidebar discussion concluded.)

7               **THE COURT:**  Juror 789, please.

8          (Prospective juror steps up.)

9          (Sidebar discussion.)

10              **THE COURT:**  Good afternoon.

11              **PROSPECTIVE JUROR:**  Good afternoon.

12              **THE COURT:**  Everyone, Juror 789 did not answer

13     "yes" to any questions.

14              I just have some follow-up.  Are you generally

15     aware of what happened on January 6th?

16              **PROSPECTIVE JUROR:**  Yes.

17              **THE COURT:**  Have you been following the news

18     regarding January 6th?

19              **PROSPECTIVE JUROR:**  No, not really, just when I

20     watch the news.

21              **THE COURT:**  You don't go looking for news about

22     January 6th; is that fair to say?

23              **PROSPECTIVE JUROR:**  No, only when I watch the

24     news, that's when I get some information about it.

25              **THE COURT:**  Is there anything about your knowledge

1    of that -- of January 6th from what you've seen that would

2    lead you to think you could not follow my instructions about

3    the law?

4            Or maybe let me ask this question.  Would you be

5    able to follow my instructions about the law even though you

6    know something about January 6th?

7            **PROSPECTIVE JUROR:**  Yes.

8            **THE COURT:**  Would you decide this case based on

9    the facts and evidence in the courtroom?

10           **PROSPECTIVE JUROR:**  Yes.

11           **THE COURT:**  Okay.

12           What do you do for a living?

13           **PROSPECTIVE JUROR:**  I'm a procurement officer for

14   WHO.

15           **THE COURT:**  What does WHO do?

16           **PROSPECTIVE JUROR:**  World Health Organization.

17           **THE COURT:**  I'm sorry.  Yes, of course.

18           How long have you worked there?

19           **PROSPECTIVE JUROR:**  Thirteen years.

20           **THE COURT:**  Okay.  Where do you live?

21           **PROSPECTIVE JUROR:**  Foggy Bottom.

22           **THE COURT:**  Foggy Bottom?  Okay.

23           Questions from the government?

24           **MS. LEDERER:**  Good afternoon, sir.

25           **PROSPECTIVE JUROR:**  Good afternoon.

1          **MS. LEDERER:**  I'll be brief.  Was there anything

2   about January 6th specifically that makes you feel any type

3   of way?

4          **PROSPECTIVE JUROR:**  Any type of what?

5          **MS. LEDERER:**  Is there anything about January 6th

6   that makes you think that you could be unbiased either

7   towards it or against it?

8          **PROSPECTIVE JUROR:**  I guess I would have to be

9   through the whole process and follow the instructions.

10         **MS. LEDERER:**  No other questions.  Defense is

11  going to ask you some potentially.

12         **THE COURT:**  Counsel?

13         **MR. KNIGHT:**  Are you from the District of

14  Columbia?

15         **PROSPECTIVE JUROR:**  Yes.

16         **MR. KNIGHT:**  Were you born here?

17         **PROSPECTIVE JUROR:**  No.

18         **THE COURT:**  Where are you from?

19         **PROSPECTIVE JUROR:**  Columbia.

20         **MR. KNIGHT:**  Thank you.

21         **THE COURT:**  Thank you, sir.

22       (Prospective juror steps down.)

23         **THE COURT:**  Any objection to qualifying 789?

24         **MS. LEDERER:**  No, Your Honor.

25         **MR. KNIGHT:**  No objection, Your Honor.

1        **THE COURT:**  789 is qualified.

2        (Sidebar discussion concluded.)

3        **THE COURT:**  Juror 1695, please.

4        (Prospective juror steps up.)

5        (Sidebar discussion.)

6        **THE COURT:**  Good afternoon.

7        **PROSPECTIVE JUROR:**  Good afternoon.

8        **THE COURT:**  Counsel, Juror 1695 answered "yes" to

9    Questions 2, 3, 4, 18 and 21.

10        Two asks whether you've been following the

11    investigation of the events of January 6th.  Can you just

12    tell us why you answered "yes" to that question?

13        **PROSPECTIVE JUROR:**  Because I pay attention to

14    what's going on in the news daily.  I keep abreast of what's

15    going on with the trials and, you know, everything that

16    happened on January 6th.

17        **THE COURT:**  Do you seek that information out or is

18    it more that you get the paper or you get news feeds and

19    it's part of that?

20        **PROSPECTIVE JUROR:**  I don't necessarily seek it

21    out.  I mean I look for it, but I'm not actively going

22    online looking for articles.

23        **THE COURT:**  Another question that you answered

24    "yes" to was whether you, a partner or family member live or

25    work at or near the Capitol.  Can you tell us why you

1    answered "yes" to that?

2           **PROSPECTIVE JUROR:**  Yes, I live probably like a

3    mile from the Capitol.

4           **THE COURT:**  What neighborhood?

5           **PROSPECTIVE JUROR:**  Southwest waterfront, Navy

6    Yard area.

7           **THE COURT:**  Uh-huh.  Okay.  And you've been to the

8    Capitol grounds or Capitol building?

9           **PROSPECTIVE JUROR:**  Oh, yes.  I've been living

10   here five years.  I go probably three times a week riding my

11   bike, yeah.

12          **THE COURT:**  Okay.  Where are you from originally?

13          **PROSPECTIVE JUROR:**  Ohio.

14          **THE COURT:**  You lived here in D.C. for about five

15   years; is that right?

16          **PROSPECTIVE JUROR:**  Yes.

17          **THE COURT:**  Another question is whether someone in

18   your family or a close friend studied law or was employed by

19   a lawyer or a law firm.  Can you tell us why you answered

20   "yes" to that?

21          **PROSPECTIVE JUROR:**  Yes.  So from 2012 to 2016, I

22   was the chief deputy clerk for a municipal court in

23   Barberton, Ohio.  My mother is also, has a -- she's an

24   attorney.

25          I also have a close friend that is a District

1    Court Judge in Southern New York District and then also a

2    friend that is a federal prosecutor.

3            **THE COURT:**  Let's start with your job.  That

4    involved, I guess, at least some interfacing, for lack of a

5    better word, with criminal cases?

6            **PROSPECTIVE JUROR:**  Yes, fair.

7            **THE COURT:**  Anything about your role in that job

8    that would cause you to be biased in this case?

9            **PROSPECTIVE JUROR:**  No.  I don't think so.

10           **THE COURT:**  Okay.  What do you do now?

11           **PROSPECTIVE JUROR:**  I work for a renewable energy

12   company.

13           **THE COURT:**  Okay.  Not in the criminal justice

14   system at all?

15           **PROSPECTIVE JUROR:**  No.

16           **THE COURT:**  What kind of law practice does your

17   mom have?

18           **PROSPECTIVE JUROR:**  She did not have a practice.

19           **THE COURT:**  Okay.

20           **PROSPECTIVE JUROR:**  She served on several boards,

21   public boards, never practiced law.

22           **THE COURT:**  If you don't mind my asking, who is

23   the judge you know in New York?

24           **PROSPECTIVE JUROR:**  Jessica Clark.

25           **THE COURT:**  Okay.  How do you know her?

1          **PROSPECTIVE JUROR:**  I grew up with her.  She is

2     like my older sister.

3          **THE COURT:**  Okay.  Any of these relationships and

4     what you know about their involvement in the law, for lack

5     of a better word, cause you to worry that you would come

6     into this case with either the inability to follow my

7     instructions or inability to decide the case based only on

8     the evidence presented?

9          **PROSPECTIVE JUROR:**  No.

10         **THE COURT:**  Okay.

11         And you also answered about anyone in the group,

12    the sort of close group to you, being part of the criminal

13    justice system.  Have we basically covered that already?

14         **PROSPECTIVE JUROR:**  Yes.

15         **THE COURT:**  Okay.

16         Why don't we start with defense counsel.  Any

17    follow-up questions?

18         **MR. KNIGHT:**  Thank you, Your Honor.

19         **THE COURT:**  Of course.

20         **MR. KNIGHT:**  1695, good afternoon.

21         **PROSPECTIVE JUROR:**  Good afternoon.

22         **MR. KNIGHT:**  You indicated that you had a close

23    friend that's a federal prosecutor?

24         **PROSPECTIVE JUROR:**  That's correct.

25         **MR. KNIGHT:**  How did you get to know them?

1          **PROSPECTIVE JUROR:**  Through my brother-in-law.

2          **MR. KNIGHT:**  Okay.  How long have you known them?

3          **PROSPECTIVE JUROR:**  Going eight-plus years.

4          **MR. KNIGHT:**  Do you know what district they

5     practice in?

6          **PROSPECTIVE JUROR:**  I don't know what district.

7     He's in D.C.

8          **MR. KNIGHT:**  Okay.  Does he practice in this

9     district or a state or --

10         **PROSPECTIVE JUROR:**  U.S. district I believe.

11    Yeah, he's here in D.C.

12         **MR. KNIGHT:**  Okay.  Do you all keep in touch

13    fairly regularly?

14         **PROSPECTIVE JUROR:**  Yes.

15         **MR. KNIGHT:**  Does -- your relationship with him,

16    does it influence what you think about prosecutors at all?

17         **PROSPECTIVE JUROR:**  Yes.  I have a great respect

18    for prosecutors.

19         **MR. KNIGHT:**  Thank you for your answer.

20         **THE COURT:**  Government counsel?

21         **MS. LEDERER:**  Yes.  Good afternoon, sir.

22         **PROSPECTIVE JUROR:**  Good afternoon.

23         **MS. LEDERER:**  In your previous role with the

24    clerk's office and also knowing people, your mom being an

25    attorney, I'm assuming that you also have a great respect

1    for the law.  Am I correct?

2                 **PROSPECTIVE JUROR:**  That is correct.

3                 **MS. LEDERER:**  So if the Judge's instruction is to

4    follow the law, would you be able to do that?

5                 **PROSPECTIVE JUROR:**  That is correct.

6                 **MS. LEDERER:**  Would you be able to do that fairly?

7                 **PROSPECTIVE JUROR:**  To the best of my ability, I

8    would follow the law.

9                 **MS. LEDERER:**  And this defendant is also entitled

10   under the law to a fair trial.  Would you give him a fair

11   trial?

12                **PROSPECTIVE JUROR:**  I would, to the best of my

13   ability, give the defendant a fair trial.

14                **MS. LEDERER:**  Thank you very much.

15                **THE COURT:**  Thank you.

16                **PROSPECTIVE JUROR:**  Thank you.

17       (Prospective juror steps down.)

18                **THE COURT:**  Objections to my qualifying this

19   juror?

20                **MS. LEDERER:**  No, Your Honor.

21                **MR. KNIGHT:**  Your Honor, I would move to strike

22   for cause.  His last two answers, he's going to try to do it

23   to the best of his ability, and I believe that he will or he

24   would have, but his bias or his preconceived notions about

25   prosecutors, I think, would unfairly bias him.

1          **THE COURT:**  Yeah.  I'm going to qualify Juror

2    1695.  In my view, the fact that he has respect for

3    prosecutors doesn't mean he can't be impartial and unbiased

4    here.  And I think it's pretty clear he has respect for the

5    entire system and, therefore, I don't think this is cause.

6    So I will qualify 1695.

7          (Sidebar discussion concluded.)

8          **THE COURT:**  1711, please.

9          (Prospective juror steps up.)

10          (Sidebar discussion.)

11          **THE COURT:**  Sorry about that.

12          **PROSPECTIVE JUROR:**  That's okay.

13          **THE COURT:**  Good afternoon.

14          **PROSPECTIVE JUROR:**  Good afternoon.

15          **THE COURT:**  Counsel, Juror 1711 answered "yes" to

16    Questions 2, 3, 4, 5, 9, 18 and 36.

17          I'm just going to ask you some follow-up questions

18    about your answers.

19          **PROSPECTIVE JUROR:**  Sure.

20          **THE COURT:**  One of them is about whether you've

21    been following the investigation of the events of

22    January 6th and you said "yes."  Can you tell us how you do

23    that?

24          **PROSPECTIVE JUROR:**  Is it following the

25    investigation or just knowing enough about the case itself?

1          **THE COURT:**  Tell us the first.  Well, tell us just

2     how you know about January 6th.

3          **PROSPECTIVE JUROR:**  All right.

4          I was here on that day.  I had a number of friends

5     that were stuck in the Capitol on that day trapped.  I had

6     two friends that were police officers that were there during

7     and on that day.  And I was trying to get down to see one of

8     the friends, and I was stuck in my place.

9          There was a curfew that night, and it was one of

10    the more frightening nights of my life.  There was a curfew

11    and I was not able to get out and about.  I followed the

12    news that night, and I've been following not every single

13    case, but I've been following some of these cases fairly

14    closely.

15         **THE COURT:**  Do you know anything about this case?

16         **PROSPECTIVE JUROR:**  The name I actually did

17    recognize.  I don't know -- the specifics of what you said

18    this morning were the first that I've heard of that, but the

19    name itself I did recognize.

20         **THE COURT:**  And had you talked to your friends who

21    were trapped in the Capitol or the police officers about the

22    events of that day from their perspective?

23         **PROSPECTIVE JUROR:**  Since then?

24         **THE COURT:**  Yeah.  Yeah.

25         **PROSPECTIVE JUROR:**  Yes.

1      **THE COURT:**  Question 5 asked whether there is

2   anything about the nature of the allegations or charges that

3   would affect your ability to be fair and impartial.  Tell us

4   why answered "yes" to that.

5      **PROSPECTIVE JUROR:**  I answered "yes" to that

6   because it would be really, really difficult for me, just

7   because of everything that I impacted that I felt on that

8   day and what I know about what they went through, my friends

9   went through, and just the nature of this crime, what was

10   committed by so many people on that day, the needlessness of

11   it, it would be very, very difficult, I think, for me.

12      **THE COURT:**  You also answered "yes" to knowing

13   some of the government's witnesses or at least one.

14      **PROSPECTIVE JUROR:**  There was one -- well, let me

15   rephrase.  There was one name that did ring a bell, and I'm

16   fairly certain I know him.  And there's another name that

17   sounded familiar that I might I know.  Noyes, Craig Noyes, I

18   think it was.

19      **THE COURT:**  Uh-huh, yeah.

20      **PROSPECTIVE JUROR:**  I know vaguely, not terribly

21   well but I do know him.  There was another name on there

22   that I knew -- I know of but not well.

23      **THE COURT:**  Do you know Agent Noyes well enough

24   that that relationship could cause you to think either

25   better or worse of his testimony?

1      **PROSPECTIVE JUROR:**  It's borderline.  We played

2  some sports together so yeah.

3      **THE COURT:**  Okay.  Got it.

4      There was also a question about whether you have

5  somebody who studied law or was a lawyer, was at a law firm.

6  Who was that?

7      **PROSPECTIVE JUROR:**  A number of my friends work on

8  the Hill so that could be a lot of people.

9      **THE COURT:**  They're in that world?  Okay.

10      **PROSPECTIVE JUROR:**  Yeah, yeah, yeah.

11      **THE COURT:**  What do you do?

12      **PROSPECTIVE JUROR:**  I'm a video producer.  I work

13  for a union, IBEW.

14      **THE COURT:**  Sure.  And then you answered "yes" to

15  the question about whether you have a sticker, sign or flag

16  on your vehicle or your house.

17      **PROSPECTIVE JUROR:**  Well, I did.  I don't

18  currently.  By that question, was that, like, do you have a

19  political sticker on your vehicle?

20      **THE COURT:**  It wasn't really limited to that.

21      **PROSPECTIVE JUROR:**  I did during the election

22  season.  I don't currently.

23      **THE COURT:**  Okay.  What sticker, flag or --

24      **PROSPECTIVE JUROR:**  It was a Biden sticker.

25      **THE COURT:**  Okay.  Follow-up from defense counsel?

1          **MR. KNIGHT:**  No follow-up, Your Honor.

2          **THE COURT:**  Okay.

3          Government?

4          **MS. LEDERER:**  Just very briefly.

5          Sir, I'm going to point to this individual in the

6    blue suit.  Do you recognize him?

7          **PROSPECTIVE JUROR:**  In the blue suit, no.

8          **MS. LEDERER:**  For the record, that is Craig Noyes.

9          **THE COURT:**  Okay.

10         **MS. LEDERER:**  Thank you.  That's all I have.

11         **PROSPECTIVE JUROR:**  Different person.  My bad.

12    Sorry about that.

13         **THE COURT:**  That's all right.

14         **MS. LEDERER:**  Common name.

15         **THE COURT:**  Thank you.

16         **PROSPECTIVE JUROR:**  Yeah.

17         **THE COURT:**  Okay.  Thank you.

18         (Prospective juror steps down.)

19         **THE COURT:**  Objection from the defense to qualify

20    this juror for cause?

21         **MR. KNIGHT:**  This is an individual --

22         **THE COURT:**  Objection to qualifying this juror?

23    Does the defense object to qualifying this juror?

24         **MR. KNIGHT:**  Yes.  I object to qualification of

25    this juror.  He had multiple -- he said it was one of the

1    more frightening events of his life.  He's essentially a

2    witness.

3              **THE COURT:**  Yeah.  Any -- does the government?

4              **MS. LEDERER:**  No, Your Honor.

5              **THE COURT:**  Okay.  We will exclude 1711.

6         (Sidebar discussion concluded.)

7              **THE COURT:**  Juror 2177.

8         (Prospective juror steps up.)

9         (Sidebar discussion.)

10             **PROSPECTIVE JUROR:**  Hello.

11             **THE COURT:**  Hello.  Good afternoon.

12             **PROSPECTIVE JUROR:**  Good afternoon.

13             **THE COURT:**  Everyone, Juror 2177 answered the

14   following questions "yes", 2, 4, 25, 36.

15             Two is about whether you follow in the news media

16   the investigation of the events of January 6th.  Can you

17   just tell us generally why you answered "yes" to that

18   question?

19             **PROSPECTIVE JUROR:**  I get the paper every day.  I

20   read the paper every day.  I read the paper*, New York Times*,

21   *Washington Post*.  It seems like you're going to be hard

22   pressed to find somebody in this town who doesn't but.

23             **THE COURT:**  Do you go looking for news about

24   January 6th, or is it more that you get those papers and

25   other media and those articles are there along with others?

1          **PROSPECTIVE JUROR:**  It kind of depends on the news

2     cycle that day honestly.  But I don't search it out, but I

3     might spend more time on any day reading more than others.

4          **THE COURT:**  Dependent on what the news is?

5          **PROSPECTIVE JUROR:**  Yeah.

6          **THE COURT:**  Is there anything -- so would you be

7     able, notwithstanding what you know from what you've read,

8     to follow my instructions on the law?

9          **PROSPECTIVE JUROR:**  I think so.

10         **THE COURT:**  And would you decide this case based

11    solely on the evidence presented in the courtroom and not

12    anything you've read in the newspaper about January 6th?

13         **PROSPECTIVE JUROR:**  I mean, I'd like to think so

14    but I'm human.

15         **THE COURT:**  Do you think you would be biased in

16    how you review the evidence here as a result of living here,

17    reviewing the material or would you say, you know, I guess

18    January 6 happened that's a fact but --

19         **PROSPECTIVE JUROR:**  Yeah.

20         **THE COURT:**  -- that you could still review the

21    evidence in an unbiased way applying my instructions?

22         **PROSPECTIVE JUROR:**  I can tell you I was

23    personally scared for my own safety on that day.  I remember

24    that day crystal clear and have lived in the city long

25    enough to have moments like that.

1          **THE COURT:**  Do you think that that feeling that

2    you had on January 6th would cause you to potentially be

3    partial?

4          **PROSPECTIVE JUROR:**  Potentially.

5          **THE COURT:**  Okay.  Another question asked whether

6    you had placed a sticker, sign or flag on your vehicle or

7    the exterior of your home.

8          **PROSPECTIVE JUROR:**  Yes.

9          **THE COURT:**  Can you just tell us what those are or

10   were?

11         **PROSPECTIVE JUROR:**  I had a sign for President

12   Biden in my home window of my house.

13         **THE COURT:**  Until when, through the election?

14         **PROSPECTIVE JUROR:**  Yes.

15         **THE COURT:**  Okay.  Another question is about

16   whether anyone in your sort of small circle of friends and

17   family have been the victim or a witness to a crime.  Can

18   you tell us what that was?

19         **PROSPECTIVE JUROR:**  It was me.

20         **THE COURT:**  I'm sorry.

21         **PROSPECTIVE JUROR:**  Um --

22         **THE COURT:**  Can you tell us just a little bit

23   about what happened?

24         **PROSPECTIVE JUROR:**  Sure.  I was mugged.  I was

25   robbed.  I was hospitalized for a night.

1          **THE COURT:**  Wow, I'm very sorry.

2          **PROSPECTIVE JUROR:**  Thanks.

3          **THE COURT:**  Was there an investigation?

4          **PROSPECTIVE JUROR:**  There was.

5          **THE COURT:**  Did you interact with law enforcement,

6    like MPD or someone else?

7          **PROSPECTIVE JUROR:**  At the time.

8          **THE COURT:**  Yeah.

9          **PROSPECTIVE JUROR:**  At the time of the

10   investigation.

11         **THE COURT:**  Was there anything about that

12   experience that was either particularly good or particularly

13   bad such that it would affect how you view either the

14   government here or defendants?

15         **PROSPECTIVE JUROR:**  I don't think so.  I mean I've

16   had only pleasant interactions with the D.C. police.

17         **THE COURT:**  Okay.  Thank you.

18         Does the government have follow-up?

19         **MS. LEDERER:**  No, Your Honor.

20         **THE COURT:**  Mr. Knight, Ms. Costner?

21         **MR. KNIGHT:**  2177, good afternoon.

22         **PROSPECTIVE JUROR:**  Hi.  Good afternoon.

23         **MR. KNIGHT:**  Was the -- you had answered

24   affirmatively to -- that you had some things that would make

25   it difficult for you to sit fairly or impartially; is that

1     right?

2             **PROSPECTIVE JUROR:**  I mean, yes.

3             **MR. KNIGHT:**  And is that related to those strong

4     feelings you had about your personal safety on January 6th?

5             **PROSPECTIVE JUROR:**  Yeah, I mean, yes, I lived

6     here.  I lived in a neighborhood that I thought might be

7     susceptible to violence during that time.

8             **MR. KNIGHT:**  Thank you for your honesty.

9             **PROSPECTIVE JUROR:**  Uh-huh.

10            **THE COURT:**  Thank you very much.

11        (Prospective juror steps down.)

12            **THE COURT:**  Mr. Knight, I assume you believe it's

13    appropriate to exclude this juror for cause?

14            **MR. KNIGHT:**  I do.

15            **THE COURT:**  Any objection from the government?

16            **MS. LEDERER:**  No, Your Honor.

17            **THE COURT:**  All right.  We're going to exclude

18    Juror 2177.

19            So by my count -- but please tell me if you think

20    this is wrong and I can go through the list in one second --

21    we have 30 qualified jurors which I know is not 32.  I just

22    want to see if that's the number that everyone has?

23            **MS. LEDERER:**  Yes, Your Honor.

24            **DEPUTY CLERK:**  Yes, Your Honor.

25            **THE COURT:**  Does that sound right to you,

1    Ms. Costner or Mr. Knight, 30?

2              **MR. KNIGHT:**  I have 31 but I think I'll be able to

3    cross-check that when you run them down.

4              **THE COURT:**  Let's assume -- right, when we run

5    them down -- let's assume that it's either 31 or 30.  That

6    is not 32, and 32 would be the number of qualified jurors

7    that would -- we would need if the parties exercised

8    completely non-overlapping peremptories and completely

9    non-overlapping alternate peremptories.

10             It seems to me, however -- so, so -- I've been

11   thinking about what would happen if we got to this point.

12   We have more jurors who would be here tomorrow if we need

13   them.  If we had 32 qualified jurors right now, I would just

14   go and we would do the peremptories and we would have and we

15   would pick our jury.

16             Because we have at least 30 qualified jurors, we

17   know that we can pick the 12 jurors, the non-alternates.

18   And depending on how the peremptories go, it may be that we

19   would still have four qualified jurors at the end, and we

20   could pick the two alternates and we could just be done.  It

21   could also be that we get to the end of this and we would

22   have either only two or three qualified jurors to do all the

23   alternate process.

24             My proposal would be -- but I'm curious for the

25   parties' view, my proposal would be that we do the first

1    round of peremptories and basically see where we are.  And

2    if it turns out that we have enough qualified jurors based

3    on the pool because the first set of peremptories are

4    overlapping at least a little bit, then that's great or at

5    least we can then have a conversation about how we fill the

6    alternate slots, but we have enough jurors to fill the main

7    slots.

8              Does the government object to proceeding that way?

9              **MS. LEDERER:**  No, Your Honor.

10             **THE COURT:**  Does the defendant have an objection

11   to proceeding that way?

12             **MR. KNIGHT:**  No objection at all.

13             **THE COURT:**  Okay.

14             So what we're going to do is then the government

15   will prepare its list of, I'll call it, regular

16   peremptories.  So that's the list of six.

17             The defendant will prepare his list of 10.  You'll

18   bring them to me -- I mean to Ms. Moore.  I will -- we'll

19   then work through what they mean for purposes of the jury.

20             But before we get there, let's just all go through

21   our list to make sure we're all on the same page about the

22   jurors that have been qualified.  So I'm going to walk

23   through my list and just stop me if you think I've gotten

24   something wrong here.

25             So the first qualified juror is 574, then 87,

1    2023, 1403 and 1597; that gets us to five.

2              Then we have 938, 892, 657, 1330 and 210; that

3    gets us to 10.

4              614, 662, 629, 215, 79; that gets us to 15.

5         **MS. LEDERER:**  Your Honor that was 179.  Correct?

6         **THE COURT:**  Yes.  I'm sorry.  What did I say?

7         **MS. LEDERER:**  Just 79, I just wanted to make sure.

8         **THE COURT:**  Yes, I apologize, 179; that gets us to

9    15.  Sorry about that.

10             1595, 2000, 1801, 698 and 885; that gets us to 20.

11             Then 1282, 1725, 2074, 443, 1028 gets us to 25.

12             And then 347, 611, 372, 789, 1695 gets us to 30.

13             Does everyone agree that those are the 30

14   qualified jurors that we have so far?

15        **MS. LEDERER:**  Yes from the government.

16        **MS. COSTNER:**  Yes, Your Honor.

17        **THE COURT:**  Okay.  Thank you all.

18             So what I'd like you to do now is prepare your --

19   again, your list of six peremptories for the government and

20   your list of 10 peremptories from the defendant.  We'll work

21   through those and we will see whether the jury can come from

22   this pool of 30 qualified or if we need to do a small voir

23   dire in the morning just to fill the alternates out tomorrow

24   morning.  Okay?

25             So I just want to tell the jury pool what we're up

1    to.  How long do the parties think they need to do this?

2              **MR. KNIGHT:**  Like 10 minutes, Your Honor.

3              **MS. LEDERER:**  The government is thinking 10 or 15

4    as well.

5              **THE COURT:**  Okay.  That's perfect.  Why don't we

6    have those done.  If you could hit 4:45, that would be

7    great.  I know that's 8 minutes but around there.  Okay?

8    Thank you.

9              **MR. KNIGHT:**  Thanks, Your Honor.

10         (Sidebar discussion concluded.)

11             **THE COURT:**  Ladies and gentlemen of the jury and

12   all jury pool members, again, I'm hoping to be able to

13   finish here today.  We have one more step, which is the

14   lawyers have to submit something to me which we'll then work

15   through.

16             And I have every intention of ending today by 5

17   but hopefully being done with the jury selection.  But

18   there's a slight chance not that anyone would have to sit

19   through what we just did, but that we might have just a tiny

20   bit to do in the morning.

21             We're going to go into a 10-minute recess.  I'm

22   going to come back in 10 minutes.  The parties are going to

23   submit something to me that I'll have to go look at and then

24   we'll take it from there.  So sorry I'm not going to say

25   more.  I want to let this process play itself out a little

1    bit, but that's what we're going to do.  And then we'll be

2    back in court not in recess but let me ask something of

3    someone who knows how things work around here.

4         (Discussion off the record between the Judge and

5    Ms. Moore.)

6         **THE COURT:**  All right.  So we're just going to go

7    into a recess right now.  I'll be back in something like six

8    to eight minutes.

9         Oh, yeah.  And if Ms. Moore has not released you

10   from the courtroom, you are obligated to stay here.  So

11   please stay here.

12        (Recess at 4:39 p.m. until 5:04 p.m.)

13        (Sidebar discussion.)

14        **THE COURT:**  All right.  So the first question is

15   just have the parties seen each other's peremptories?

16        **MS. ERIKSEN:**  No, Your Honor.

17        **THE COURT:**  Okay.  I'm going to read them to each

18   other -- I'm going to read them both for the record so you

19   at least you know each other's.  And then I'm going to walk

20   through how I think they apply here.

21        So the government has exercised the following six

22   peremptories:  Juror 574, 87, 885, 789, 372, 1595.

23        And then the defendant has exercised peremptories

24   for 2023, 1597, 1403, 1695, 1725, 347, 2074, 443, 892 and

25   1028.

1          So going to the list -- sorry about that.  I'm

2   just going to proceed down the jury panel sheet and describe

3   for the record and then write down on my sheet at least what

4   I believe the state of play on each juror is.

5          So Juror 574 was peremptoried by the government.

6          Juror 87 was also peremptoried by the government.

7          Juror 2023 was peremptoried by the defendant.

8          Juror 1403 was peremptoried by the defendant.

9          Juror 1597 peremptoried by the defendant.

10         Juror 938 -- I believe that's 38.  My copy is not

11  great -- was not excluded by either party; is that correct,

12  everyone?  No one excluded Juror 938.  Correct?

13         **DEPUTY CLERK:**  That is correct.

14         **MS. ERIKSEN:**  That's correct, Your Honor.

15         **THE COURT:**  Okay.  That's Juror 1 in a way.  Okay.

16         Juror 892 was excluded by the defendant.

17         Juror 657 was not excluded by anyone.  That's

18  Juror 2.  Correct?

19         **MS. LEDERER:**  Yes, Your Honor.

20         **MR. KNIGHT:**  Yes, Your Honor.

21         **THE COURT:**  Juror 1330 was not excluded by anyone.

22  That's Juror 3.  Correct?

23         **MS. LEDERER:**  Yes, Your Honor.

24         **MR. KNIGHT:**  Yes, Your Honor.

25         **THE COURT:**  Juror 210 was not excluded by anyone.

1    That's Juror 4.  Correct?

2              **MS. LEDERER:**  Yes, Your Honor.

3              **MR. KNIGHT:**  That's correct.

4              **THE COURT:**  Juror 614 was also not excluded by

5    anyone.  That's juror 5.  Agreed?

6              **MS. LEDERER:**  Yes, Your Honor.

7              **THE COURT:**  Juror 662 was also not excluded by

8    anyone.  That's Juror 6; is that correct?

9              **MS. LEDERER:**  Yes, Your Honor.

10             **MR. KNIGHT:**  Yes, Your Honor.

11             **THE COURT:**  Juror 629 is not excluded by anyone.

12   That's Juror 7.  Correct?

13             **MS. LEDERER:**  Yes, Your Honor.

14             **MR. KNIGHT:**  Yes, Your Honor.

15             **THE COURT:**  Juror 215 also not excluded by anyone.

16   Correct?

17             **MS. LEDERER:**  Yes, Your Honor.

18             **MR. KNIGHT:**  That's 215?

19             **THE COURT:**  215, yes.

20             **MR. KNIGHT:**  Not excluded.  Yes.

21             **THE COURT:**  So that's eight jurors so far.

22   Correct?

23             **MS. LEDERER:**  Yes, Your Honor.

24             **THE COURT:**  Juror 179 not excluded.  Correct?  Not

25   peremptoried.  Excuse me.  Correct?

1        **MS. LEDERER:**  Yes, Your Honor.

2        **MR. KNIGHT:**  Correct.

3        **THE COURT:**  Juror 1595 was peremptoried by the

4    government.

5        Juror 2000 was not peremptoried by anybody.

6    Correct?

7        **MS. LEDERER:**  That's correct, Your Honor.

8        **MR. KNIGHT:**  Correct.

9        **THE COURT:**  Juror 1801 not peremptoried by anyone.

10   Correct?

11       **MS. ERIKSEN:**  That's correct, Your Honor.

12       **MR. KNIGHT:**  That's correct.

13       **THE COURT:**  By my count we have 11.  Correct?

14   Just making sure.

15       **MS. LEDERER:**  Yes.  Yes, Your Honor.

16       **MR. KNIGHT:**  I show 11, Your Honor.

17       **THE COURT:**  Okay.

18       Juror 698 was not peremptoried by anyone.

19   Correct?

20       **MS. ERIKSEN:**  That's correct, Your Honor.

21       **MR. KNIGHT:**  Correct.

22       **THE COURT:**  Okay.

23       That means that is our jury of 12.  Does anybody

24   disagree with that?

25       **MR. KNIGHT:**  No.

1          **MS. ERIKSEN:**  No, Your Honor.

2          **THE COURT:**  Let me just walk through the numbers

3     that I believe that reflects.  That's 938, 657, 1330, 210,

4     614, 662, 629, 215, 179, 2000, 1801, 698.

5          Everybody agree that those are the first 12

6     jurors, those are the 12 members of the jury?

7          **MS. ERIKSEN:**  Yes, Your Honor.

8          **MR. KNIGHT:**  Yes, Your Honor.

9          **THE COURT:**  Now, as we discussed, we will turn to

10    alternate peremptories.  What that means is, we have four

11    jurors who are our possible alternates.  Those four jurors

12    are Jurors 885, 1282, 1725 and 2074.  Does anybody agree

13    those are the next four qualified jurors on the list?

14         **MR. KNIGHT:**  What's the third one, 1725?

15         **THE COURT:**  Yes.

16         **MR. KNIGHT:**  Yes, Your Honor.

17         **THE COURT:**  Okay.

18         So right now, Juror 885 would be Alternate Number

19    1 and Juror 1282 would be Alternate Number 2.

20         **MR. KNIGHT:**  Your Honor, I may have wrote it down

21    wrong.  I show government's third peremptory strike as being

22    885.

23         **MS. ERIKSEN:**  We did strike 885.

24         **THE COURT:**  That is true but let me -- we didn't

25    get there.

1          MR. KNIGHT:  That's fair.

2          THE COURT:  I went through the peremptories and we

3     qualified 12 people for the jury based on the peremptories.

4     Right?

5          MS. ERIKSEN:  Yes.

6          THE COURT:  Okay.

7          Now we could just apply -- and I'm fine if this is

8     where the parties want to go -- apply the remainder of the

9     peremptories to the alternates or we could do another

10    round -- I guess we didn't talk about this -- of alternate

11    peremptories.

12         I mean, in theory at least, everyone exercised

13    their 10 -- the government exercised their 6 and the

14    defendant exercised their 10 peremptories which are not

15    alternate peremptories.  Those are peremptories to the jury

16    itself.  We now have a jury of 12.

17         Each party then, in theory, has one more

18    peremptory each as to the alternates.  Do you see what I am

19    saying, counsel?

20         MS. ERIKSEN:  I do, Your Honor.

21         MR. KNIGHT:  I do.

22         MS. ERIKSEN:  Now I see what you're saying.  We're

23    kind of starting anew with what is left over.

24         THE COURT:  Right.  And we have four potential

25    alternates.  We have each party has one peremptory as to

1     those four.  The government -- it would be very easy to just

2     say 885 is our alternate peremptory.  It's already on our

3     list.  But that -- at least that's the way I was thinking of

4     it is we've now used the regular peremptories as to the

5     venire, and we now somewhere our 12 qualified members of the

6     jury.  We are now proceeding to pick the alternates.  We are

7     exercising alternate peremptories.  So, at least in theory,

8     we could start over.

9              Obviously, the parties know the peremptories that

10    the other party has, has exercised.  I'm happy to either

11    just apply these peremptories till we get two alternates.

12    That's one option.  Or we could do what I thought we might

13    do -- and I apologize if we didn't discuss this fully

14    before -- now proceed to do one peremptory each as to the

15    two parties on the four next qualified jurors.  Do the

16    parties care?

17         **MS. ERIKSEN:**  Your Honor, I don't think we do.

18    Ours is the same regardless with 885.

19         **THE COURT:**  Okay.  All right.

20         **MS. ERIKSEN:**  So I think, no matter how you slice

21    it, that's our challenge.

22         **THE COURT:**  Why don't we do this then.  The

23    government is peremptorying 885.  So 885 is no longer an

24    alternate.

25              And then the defendant can exercise his

1    peremptory, his alternate peremptory with respect to 1282,

2    1725 or 2074.  It would be -- it wouldn't make a lot of

3    sense to peremptory 2074.  Right now, the two alternates

4    would be 1282 and 1725 if the defendant does not exercise a

5    peremptory there.

6         **MS. COSTNER:**  Your Honor, we had actually

7    exercised peremptories, you know, for the first 12 for both

8    1725 and 2074.  So we would at least like a minute.  I guess

9    I would just ask that the peremptories exercised by the

10   government and the defendant originally be applied to the

11   jury list, and then whatever is left, we look at as far as

12   exercising an additional peremptory.

13        **THE COURT:**  We could see what that leaves us.

14   But, first of all, we may not have enough jurors.  If I

15   don't have an objection to proceeding that way, we can do it

16   that way too.

17        **MS. ERIKSEN:**  Your Honor, that's fine.  I think

18   that's how we thought about it.

19        **THE COURT:**  Okay.  Let's just keep going then.

20   That's fine.

21        **MS. ERIKSEN:**  Okay.

22        **THE COURT:**  So 885 the government peremptoried.

23   1282, no one peremptoried.  So if I'm right, 1282

24   is Alternate 1.  Right?

25        **MS. ERIKSEN:**  That's correct, Your Honor.

1          **MS. COSTNER:**  Yes, Your Honor.

2          **THE COURT:**  Now, 1725 the defendant peremptoried.

3          2074 the defendant peremptoried.

4          443 the defendant peremptoried.

5          1028 the defendant peremptoried.

6          347 the defendant peremptoried.

7          And from what I could tell, no one peremptoried

8  611; is that correct?

9          **MS. ERIKSEN:**  That's correct, Your Honor.

10          **MR. KNIGHT:**  That's correct.

11          **THE COURT:**  Okay.  Let me just make sure I got

12  this right.  So right now, that would mean that 1282 and 611

13  are the two current alternates, but we're going to keep

14  going to see if we can exercise more peremptories or what we

15  do next.

16          The government exercised its peremptory as to 372.

17          The government exercised its peremptory as to 789.

18          And the defendant exercised his peremptory as to

19  1695.  That's all correct.  Yes?

20          **MR. KNIGHT:**  Yes.

21          **MS. ERIKSEN:**  Yes, Your Honor.

22          **THE COURT:**  So that leaves us with the following,

23  which is, we have a jury of 12.  We have two alternates

24  without anyone having exercised their alternate

25  peremptories, if this is how we're going to proceed.  We

1   can, of course, bring more jurors back in the morning and

2   voir dire them to get two more alternates so that we can

3   exercise those two alternate peremptories.

4        **MR. KNIGHT:**  Your Honor, if the government's

5   satisfied with these alternate jurors, we are satisfied with

6   these alternate jurors.  They are alternates.

7        **MS. ERIKSEN:**  We are as well, Your Honor.

8        **THE COURT:**  Okay.

9        So just for the record then, the parties obviously

10  understand that, at least in theory, we could be bringing

11  juror members back tomorrow to have additional people

12  qualified for the purpose of exercising two more alternate

13  peremptories in the morning.  But both parties agree that

14  these alternates are acceptable as alternates and therefore

15  forego their opportunity to do that tomorrow morning; is

16  that correct?

17        **MS. ERIKSEN:**  That's correct, Your Honor.

18        **MR. KNIGHT:**  That's correct, Your Honor.

19        **THE COURT:**  Okay.  So we have a jury.

20        So shall I just go through it one more time so

21  everybody is on the same page?

22        The jury, Juror 1 is 938.

23        Juror 2 is 657.

24        Juror 3 is 1330.

25        Juror 4 is 210.

1          Juror 5 is 614.

2          Juror 6 is 662.

3          Juror 7 is 629.

4          Juror 8 is 215.

5          Juror 9 is 179.

6          Juror 10 is 2000.

7          Juror 11 is 1801.

8          And Juror 12 is 698.  And our two alternates, that

9     is Jurors 13 and 14, but we're not going to tell them that,

10    are Jurors 1282 and 611.

11          **MS. ERIKSEN:**  That's correct, Your Honor.

12          **THE COURT:**  Okay.

13          **MR. KNIGHT:**  That's my understanding, Your Honor.

14          **THE COURT:**  Thank you.

15          So, Ms. Moore, can you do your magic and have

16    those 14 people come forward and then I'll excuse everyone

17    else.

18          **DEPUTY CLERK:**  Yes, Your Honor.

19          **THE COURT:**  Thank you.

20       (Sidebar discussion concluded.)

21          **THE COURT:**  Let me just say, Ms. Moore is about to

22    instruct people where they need to go.  But the good news

23    is, we have a jury.  That means for 14 of you, that's seven

24    jurors and two alternates, you're not going to find out who

25    the alternate is.  You are going to be the jurors in this

1    trial.

2         For everyone else, what I was hoping I would do

3    tonight is happening, which is we're going to be able to

4    excuse everyone else.  We're just going to very quickly have

5    the 14 come up.  Because I'm not going to belabor, like, the

6    full set of pretrial instructions, but I want to give very

7    limited instructions before everyone goes home at night.

8         Once we have the 14 people up here, everyone else

9    is free to leave.  But the 14 of you who come forward, I

10   just want to speak to you for five minutes.  Okay?

11        And, again, I just want to say, thank everyone for

12   your patience today, for your candor during the discussions.

13   It was important to the process, and I think we landed in a

14   very good place.

15        So with that, Ms. Moore.

16        **DEPUTY CLERK:**  Thank you all for your patience.

17   When I call your four-digit juror number, I'm going to ask

18   for you to come to the jury box.  This first chair to my

19   left in the front row is Juror Number 1.  And then you'll

20   follow along.  There's a notebook in the seat with the

21   number for your juror number.

22        Juror Number 1 is 0938.  When I call your number,

23   please come forward and bring your belongings.

24        Juror Number 2, 0657.

25        Juror Number 3, 1330.

1                    Juror Number 4, 0210.

2                    Juror Number 5, 0614.

3                    Juror Number 6, 0662.

4                    Juror Number 7, 0629.

5                    Juror Number 8, 0215.  And you will start the

6     second row, please.

7                    Juror Number 9, 0179.

8                    Juror Number 10, 2000.

9                    Juror Number 11, 1801.

10                    Juror Number 12, 0698.

11                    Juror Number 13, 1282.

12                    Juror Number 14, 0611.

13                    Normally, I would ask that all remaining jurors

14     return to the jury office but they have closed.  So you all

15     may go home.  I don't have any further instruction other

16     than you can just dial the number, and then they will let

17     you all know whether or not you will return for another

18     jury.

19               **THE COURT:**  Yes.  So everyone in the gallery,

20     thank you again for your time.  You are free to go.  You can

21     stick around for five minutes but you don't need to.  Thank

22     you, all.

23          (Remaining jurors exited the courtroom.)

24               **DEPUTY CLERK:**  Members of the jury, please rise

25     and raise your right hand.

1          Do you and each of you solemnly swear or affirm

2    that you will well and truly try all issues joined in this

3    cause between the United States of America and defendant

4    David Joseph Geitzen and render a true verdict according to

5    the evidence?

6          **JURORS:**  Yes.

7          **DEPUTY CLERK:**  Thank you.  Please be seated.

8          **THE COURT:**  Thank you all.  And thank you all for

9    your time today.  I know it's long.  It can be arduous but

10   we obviously now have a jury.

11          Typically, if it was earlier in the day, I would

12   read a long set, not too long but a longer set of

13   preliminary instructions that I'm going to give that I

14   instead will give you tomorrow morning about the case and

15   thinking about evidence and the like.

16          The one thing I want to say tonight, however,

17   which I will repeat in future instructions, is you are

18   absolutely forbidden from discussing this case with anyone,

19   from researching this case in any way.

20          It's critical, as I will instruct you in more

21   detail, that you, as some of the questions I discussed with

22   you got to, that you decide this case based solely on the

23   law as I instruct you and as the evidence comes into the

24   record and not on external research of any sort.

25          So do not research this case.  Do not talk about

1    it with anyone.  Do not email with people about it and, by

2    those instructions, I mean to encompass every medium for

3    purposes of research and every medium for purposes of

4    communications.  Just because I didn't say Twitter doesn't

5    mean go Tweet about it.  Right?  You get it.

6           You are free, of course -- or I should just say

7    you are free to tell anyone you need to tell that you have

8    been selected to serve as a juror in a criminal case in this

9    courtroom.  I understand that people have obligations and

10   want to tell people.

11          But I would like you not to describe to anyone the

12   nature of the case, the name of the defendant, anything

13   specific.  Of course, the fact that you've been selected to

14   serve on a jury you need to tell people but please don't say

15   more than that.

16          I will give you, as I said, tomorrow morning a

17   more detailed set of pretrial instructions that will include

18   partly what I just said, but that's really the only thing I

19   think we need to discuss tonight.  You've been here for a

20   long time and, for purposes of tonight, that's the most

21   important thing.

22          Oh, yes, right behind the courtroom here is a jury

23   room.  Ms. Moore will take you in there, give you some kind

24   of basics about the service.

25          My plan is to start every morning at 9 a.m. sharp.

1    Ms. Moore will ask you to be here before that so we can be

2    ready to go at 9.  In the morning, I will give you those

3    instructions and we will begin the trial.

4              I care very deeply about being respectful of your

5    time.  So when we are here, I want people ready to go.  I

6    make sure that the lawyers know that we're going to be on.

7    I don't want you sitting around wondering why we aren't

8    doing things.  I want this to move.  So I want to be very

9    respectful of your time.  So when we're here at 9, I want to

10   go.  Okay?

11             But that also means there's a reciprocal thing,

12   though, which is please make sure you are here and ready to

13   listen and the like at 9 a.m.

14             With that, you are excused for the evening.

15   Ms. Moore will give you some more basics.  But thank you

16   all, again, for your service, and we will make it as

17   rewarding as we possibly can.  Okay?

18             So please go with Ms. Moore.

19        (Jury exited the courtroom.)

20        **THE COURT:**  I am just waiting to see -- I know

21   Ms. Moore is not here.  But are there any topics the parties

22   would like to raise before we start tomorrow morning?

23             Again, as I said just now to the jury, my plan

24   would be some preliminary instructions in the morning and

25   then roll right into openings and then start with the

1    witnesses unless there is something the government would

2    like to raise now?

3              **MS. LEDERER:**  Your Honor, I just want to put on

4    everyone's radar, it should not be an issue due to the

5    amount of witnesses that we have, but our Secret Service

6    agent is not available tomorrow.  But we have a pathway that

7    we can work through.  I don't see it being an issue.  I just

8    want to put that on everyone's radar.

9              **THE COURT:**  Very good.  Thank you.  Okay.

10   Anything else the government would like to discuss before we

11   recess for the evening?

12             **MS. LEDERER:**  Not at this time, Your Honor.

13             **THE COURT:**  How about from the defense's

14   perspective?

15             **MR. KNIGHT:**  Nothing, Your Honor.

16             **THE COURT:**  Okay.  Thank you all.  See you all in

17   the morning.

18        (Proceedings concluded at 5:30 p.m.)

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9     __October 21, 2023__        __/s/ Lorraine T. Herman__
                **DATE**                 **Lorraine T. Herman**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK: [10]**
4/2 34/10 34/16 46/5
299/24 305/13 314/18
315/16 316/24 317/7
**JURORS: [2]** 34/15
317/6
**MR. KNIGHT: [328]**
**MS. COSTNER: [58]**
12/12 12/14 12/17 13/9
13/12 13/20 13/22 14/5
14/8 15/1 15/4 15/12
15/15 16/3 229/2 229/8
229/12 229/17 229/22
229/25 230/3 230/6
230/9 230/12 230/16
230/23 233/16 233/22
257/25 258/3 258/7
258/9 258/13 258/18
258/21 258/25 259/4
259/8 259/12 259/15
259/19 259/22 260/1
260/5 260/10 260/13
260/17 260/21 260/23
261/2 261/5 261/9
261/12 262/11 276/14
302/16 311/6 312/1
**MS. ERIKSEN: [142]**
4/7 4/10 8/24 16/10
16/16 16/18 17/16
17/23 18/1 18/22 19/17
20/16 20/20 20/22
31/15 31/17 32/5 51/11
51/17 51/21 52/2 53/1
56/19 57/18 62/16
62/20 62/23 63/3 64/18
90/24 91/1 91/6 91/8
91/14 91/17 91/21
92/14 96/20 96/22 97/3
99/5 102/16 102/18
102/21 102/23 103/1
103/4 103/8 103/12
103/15 103/20 104/21
109/12 109/14 109/23
110/1 110/4 110/8
110/15 110/21 112/14
117/14 117/24 118/3
120/18 121/1 125/18
125/20 126/2 126/6
126/9 126/12 157/18
157/25 165/2 168/8
168/17 173/12 173/14
173/22 173/25 174/3
174/17 177/15 177/19

177/24 178/15 183/20
184/1 184/10 184/16
190/10 190/19 190/23
191/2 192/20 230/18
233/15 233/21 237/21
239/20 245/12 245/22
249/11 249/13 249/16
249/23 250/4 261/15
261/17 261/20 261/24
262/4 265/6 265/8
265/12 265/17 265/19
265/22 266/2 266/23
270/22 304/16 305/14
307/11 307/20 308/1
308/7 308/23 309/5
309/20 309/22 310/17
310/20 311/17 311/21
311/25 312/9 312/21
313/7 313/17 314/11
**MS. LEDERER: [133]**
5/8 7/10 8/8 9/13 9/17
12/6 21/20 22/8 22/13
22/22 22/25 23/15
23/25 24/22 25/16
25/21 28/9 28/22 29/20
30/14 30/18 30/21
31/11 71/23 72/5 72/8
72/13 72/16 72/18
72/21 77/10 77/12
77/17 77/25 79/22
81/23 82/1 82/7 82/11
82/14 83/4 86/1 86/21
87/8 129/12 129/16
129/23 130/3 130/9
135/18 135/24 136/1
136/9 140/17 141/3
146/15 149/4 152/12
152/14 152/20 152/22
153/2 161/5 161/13
165/19 196/5 196/8
196/12 197/3 201/9
201/15 204/20 205/2
208/23 209/7 211/5
216/17 216/22 222/2
223/3 225/18 225/21
225/25 226/3 226/23
271/4 272/12 272/15
272/20 272/22 273/9
276/4 276/13 280/9
281/3 282/24 283/1
283/5 283/10 283/24
288/21 288/23 289/3
289/6 289/9 289/14
289/20 294/4 294/8

294/10 294/14 295/4
298/19 299/16 299/23
301/9 302/5 302/7
302/15 303/3 305/19
305/23 306/2 306/6
306/9 306/13 306/17
306/23 307/1 307/7
307/15 320/3 320/12
**PROSPECTIVE**
**JUROR: [1184]**
**SPEAKER1: [1]**
173/17
**THE COURT: [1280]**

**'**

**'07 [1]** 63/13
**'08 [1]** 63/13
**'12 [1]** 95/7
**'15 [1]** 204/2
**'16 [2]** 115/8 204/3
**'80s [3]** 277/16 277/18
280/15
**'90s [1]** 278/1
**'95 [1]** 62/1
**'Cause [1]** 264/20

**/**

**/s [1]** 321/9

**0**

**0179 [1]** 316/7
**0210 [1]** 316/1
**0215 [1]** 316/5
**0611 [1]** 316/12
**0614 [1]** 316/2
**0629 [1]** 316/4
**0657 [1]** 315/24
**0662 [1]** 316/3
**0698 [1]** 316/10
**0938 [1]** 315/22

**1**

**10 [18]** 20/18 39/2
133/22 149/11 149/13
162/7 194/3 220/12
301/17 302/3 302/20
303/2 303/3 303/22
309/13 309/14 314/6
316/8
**10-minute [1]** 303/21
**1028 [8]** 233/25 234/6
237/25 240/7 240/11
302/11 304/25 312/5
**10:20 [1]** 33/22
**11 [20]** 39/5 39/9

130/18 130/20
137/3 137/5 197/16
197/17 205/15 211/22
241/15 241/16 267/9
273/22 274/23 307/13
307/16 314/7 316/9
**111 [15]** 21/14 21/23
22/3 22/5 23/4 23/12
24/7 24/16 25/1 25/18
26/18 26/25 27/3 27/8
27/24
**116 [2]** 1/6 4/3
**1171 [4]** 211/14 211/21
216/7 217/11
**1197 [4]** 241/5 241/14
244/21 246/1
**11th [2]** 137/13 137/18
**12 [15]** 39/10 101/20
103/8 103/10 300/17
307/23 308/5 308/6
309/3 309/10 310/5
311/7 312/23 314/8
316/10
**1281 [6]** 168/22 169/3
172/11 174/7 174/9
174/19
**1282 [15]** 219/8 219/16
222/8 223/2 223/5
302/11 308/12 308/19
311/1 311/4 311/23
311/23 312/12 314/10
316/11
**12:00 [1]** 171/1
**13 [6]** 39/15 130/19
130/20 154/14 314/9
316/11
**1301 [1]** 1/15
**1330 [9]** 118/7 118/12
120/25 121/5 302/2
305/21 308/3 313/24
315/25
**13th [1]** 173/17
**14 [10]** 31/23 39/17
133/6 314/9 314/16
314/23 315/5 315/8
315/9 316/12
**1403 [7]** 87/12 87/17
89/17 93/1 302/1
304/24 305/8
**1420 [4]** 121/8 121/13
124/6 127/1
**1443 [6]** 65/17 65/20
65/23 70/16 71/24
73/20

## 1

**145 [4]** 252/19 252/25 258/1 262/17
**15 [25]** 39/20 39/22 74/5 74/5 85/18 93/9 127/6 130/19 137/3 141/12 162/2 162/2 201/25 217/19 219/17 220/6 234/7 240/14 253/1 267/9 276/25 279/5 302/4 302/9 303/3
**1593 [3]** 273/13 273/21 276/16
**1595 [8]** 174/21 175/1 178/4 178/14 178/18 302/10 304/22 307/3
**1597 [7]** 93/3 93/8 97/7 99/12 302/1 304/24 305/9
**16 [3]** 39/22 74/5 74/5
**1695 [8]** 284/3 284/8 287/20 290/2 290/6 302/12 304/24 312/19
**17 [3]** 40/1 217/19 267/9
**1711 [3]** 290/8 290/15 295/5
**1725 [13]** 223/7 223/12 226/6 226/22 226/25 302/11 304/24 308/12 308/14 311/2 311/4 311/8 312/2
**1737 [5]** 246/4 246/9 250/8 250/11 252/17
**1740 [5]** 201/5 201/19 201/24 204/25 205/4
**1752 [2]** 21/14 21/24
**1753 [3]** 136/22 137/2 140/24
**179 [9]** 165/22 166/3 168/16 168/20 302/5 302/8 306/24 308/4 314/5
**18 [27]** 40/6 47/7 58/18 60/8 65/24 69/3 74/5 93/9 99/20 113/8 121/14 130/19 137/3 149/11 178/25 185/23 193/5 211/22 217/19 223/13 231/12 253/1 254/9 267/9 276/25 284/9 290/16
**1801 [10]** 185/17

## 2

85/22 191/5 192/16 192/22 302/10 307/9 308/4 314/7 316/9
**19 [14]** 40/11 65/24 69/3 105/5 107/13 137/3 141/13 185/23 193/5 219/17 253/1 254/9 267/9 273/22
**1950s [1]** 114/23
**1995 [1]** 63/9
**1996 [1]** 26/23
**19th [4]** 13/1 18/5 19/9 19/24
**1:22-116 [1]** 1/6
**1:50 [2]** 158/13 158/15
**1st [1]** 175/10

## 2

**2/2019 [1]** 114/14
**20 [24]** 40/17 41/7 65/24 69/3 85/15 85/17 86/13 99/20 105/5 107/13 113/8 137/3 141/13 149/11 185/23 211/22 217/19 218/15 219/17 221/11 241/15 253/1 279/5 302/10
**2000 [10]** 178/20 178/24 183/25 184/24 185/15 302/10 307/5 308/4 314/6 316/8
**20001 [2]** 1/19 2/13
**20005 [1]** 1/16
**2002 [1]** 70/1
**2004 [1]** 114/4
**2007 [3]** 62/2 63/18 63/19
**2008 [3]** 62/2 63/19 63/20
**2011 [3]** 95/7 133/19 237/14
**2012 [4]** 114/4 177/2 200/10 285/21
**2013 [1]** 237/7
**2013-14 [1]** 133/6
**2014 [2]** 133/1 180/5
**2015 [1]** 115/8
**2016 [2]** 215/19 285/21
**2017 [2]** 59/2 215/19
**2019 [1]** 114/14
**202-252-7012 [1]** 1/19
**202-616-4385 [1]** 1/16
**2020 [5]** 140/13 179/19 180/6 187/7 198/14

**2021 [15]** 13/18 36/20 37/10 37/12 37/13 37/15 47/10 54/10 59/14 83/25 93/12 140/13 141/16 175/13 212/10
**2022 [1]** 180/10
**2022-116 [1]** 4/3
**2023 [11]** 1/7 83/8 83/13 83/14 86/4 87/7 87/10 302/1 304/24 305/7 321/9
**204 [5]** 53/14 53/19 53/20 56/21 58/7
**2074 [11]** 227/2 227/7 229/4 231/4 302/11 304/24 308/12 311/2 311/3 311/8 312/3
**20th [11]** 12/19 12/23 13/2 14/13 14/16 15/8 17/5 17/11 17/19 18/4 19/8
**21 [16]** 41/8 41/13 65/24 69/3 83/15 84/20 141/13 145/4 149/12 185/24 217/19 267/9 276/25 277/2 284/9 321/9
**21-cr-564 [1]** 26/21
**210 [9]** 127/3 127/11 129/4 130/8 130/11 302/2 305/25 308/3 313/25
**2100 [5]** 130/13 130/17 134/15 136/5 136/20
**2118 [4]** 267/3 267/8 271/2 271/5
**215 [11]** 161/19 162/1 165/5 165/15 165/20 302/4 306/15 306/18 306/19 308/4 314/4
**2157 [4]** 149/7 149/11 151/24 154/4
**2177 [4]** 295/7 295/13 298/21 299/18
**22 [2]** 41/14 223/13
**23 [3]** 41/16 197/16 199/18
**234 [3]** 217/13 217/18 219/6
**24 [12]** 41/24 58/18 60/25 61/14 99/20 130/19 137/3 149/12 154/14 185/24 205/15

**24/7 [1]** 163/7
**25 [17]** 41/25 42/3 84/25 86/6 105/5 108/5 137/23 141/13 175/2 211/22 218/15 246/10 253/1 263/1 263/1 295/14 302/11
**251 [2]** 2/4
**26 [2]** 42/4 137/4
**27 [4]** 42/7 241/15 242/16 246/10
**27101 [1]** 2/4
**27401 [1]** 2/7
**28 [4]** 1/7 42/10 217/19 267/9
**29 [3]** 42/14 130/19 234/7

## 3

**30 [12]** 42/16 43/3 61/3 61/6 199/4 299/21 300/1 300/5 300/16 302/12 302/13 302/22
**30-day [1]** 71/1
**30-minute [1]** 127/6
**301 [2]** 2/7
**31 [4]** 43/4 43/9 300/2 300/5
**31st [2]** 241/22 245/1
**32 [9]** 43/10 43/18 205/15 206/10 206/10 299/21 300/6 300/6 300/13
**33 [2]** 43/19 44/2
**333 [1]** 2/13
**336-333-5455 [1]** 2/8
**336-631-5172 [1]** 2/5
**34 [5]** 44/3 44/18 205/15 206/10 206/12
**347 [8]** 262/19 262/25 266/5 266/22 267/1 302/12 304/24 312/6
**35 [4]** 44/19 45/6 201/25 204/9
**36 [9]** 45/8 45/10 53/20 113/8 197/16 201/25 267/9 290/16 295/14
**37 [15]** 35/9 37/6 45/11 45/15 121/14 121/15 122/8 149/12 149/24 151/7 211/22 217/19 217/20 267/9 267/12
**372 [8]** 276/18 276/24

**3**

**372... [6]** 280/11 281/2 281/5 302/12 304/22 312/16
**38 [2]** 104/22 305/10
**3:15 [1]** 215/6
**3:17 [1]** 240/13
**3:18 [1]** 241/4
**3:20 [1]** 240/13
**3:32 [2]** 240/15 241/3
**3:35 p.m [1]** 241/4

**4**

**40 [1]** 56/1
**403 [3]** 10/23 11/15 14/15
**404 [3]** 10/18 11/11 14/15
**410 [1]** 2/7
**4385 [1]** 1/16
**443 [7]** 231/6 231/11 233/20 233/23 302/11 304/24 312/4
**45 [4]** 97/12 97/14 97/18 98/7
**48 [2]** 10/15 19/7
**4:39 [1]** 304/12
**4:45 [1]** 303/6

**5**

**50 [1]** 215/4
**50/50 [1]** 215/4
**5104 [2]** 21/15 21/24
**5172 [1]** 2/5
**5455 [1]** 2/8
**564 [1]** 26/21
**574 [9]** 58/9 58/14 58/17 63/6 65/10 65/15 301/25 304/22 305/5
**5:04 [1]** 304/12
**5:30 p.m [1]** 320/18
**5th [1]** 13/17

**6**

**60 [1]** 127/9
**601 [6]** 1/18 73/22 74/4 77/10 78/1 80/11
**611 [8]** 271/7 271/12 273/8 273/11 302/12 312/8 312/12 314/10
**614 [8]** 141/6 146/20 149/1 149/5 302/4 306/4 308/4 314/1
**615 [1]** 141/12

**629 [8]** 158/20 158/24 161/12 161/16 302/4 306/11 308/4 314/3
**65 [4]** 197/7 197/15 201/12 201/17
**657 [9]** 113/2 113/7 117/21 118/2 118/5 302/2 305/17 308/3 313/23
**662 [7]** 154/8 157/22 158/1 302/4 306/7 308/4 314/2
**698 [9]** 192/24 193/4 196/15 197/2 197/5 302/10 307/18 308/4 314/8
**6th [111]** 13/24 14/1 14/20 16/1 16/4 16/6 17/4 18/16 18/21 19/5 19/6 19/6 19/23 20/9 22/20 49/3 51/4 119/13 162/17 166/24 167/9 168/2 169/21 171/12 175/13 176/15 180/20 181/23 186/2 186/10 186/16 187/22 191/24 192/6 193/7 193/12 193/17 198/4 198/13 198/16 198/24 203/12 212/25 213/5 214/16 217/25 218/25 219/19 219/23 220/4 221/4 221/22 222/18 223/16 223/19 223/24 227/20 227/21 228/4 229/6 232/3 232/4 232/7 232/15 232/24 235/3 235/6 236/8 239/8 239/24 242/6 242/14 243/6 243/20 243/21 243/24 246/15 246/22 247/11 251/6 252/13 253/5 253/11 253/16 255/7 264/2 264/8 264/12 264/18 268/18 271/17 271/23 279/19 279/25 280/3 281/15 281/18 281/22 282/1 282/6 283/2 283/5 284/11 284/16 290/22 291/2 295/16 295/24 296/12 297/2 299/4

**7**

**701.1 [1]** 10/1
**7012 [1]** 1/19
**702.2 [1]** 10/8
**702.4 [4]** 10/24 12/15 13/8 13/10
**750 [2]** 46/13 47/4
**789 [7]** 281/7 281/12 283/23 284/1 302/12 304/22 312/17
**79 [2]** 302/4 302/7

**8**

**849 [1]** 2/4
**87 [9]** 80/13 80/19 81/24 82/15 83/3 83/6 301/25 304/22 305/6
**885 [15]** 205/6 205/14 209/10 211/12 302/10 304/22 308/12 308/18 308/22 308/23 310/2 310/18 310/23 310/23 311/22
**892 [8]** 104/24 105/4 110/25 112/17 112/25 302/2 304/24 305/16
**8:59 [1]** 1/9
**8th [1]** 1/15

**9**

**9 a.m [2]** 318/25 319/13
**90 [1]** 139/17
**902 [1]** 31/23
**911 [1]** 215/20
**938 [9]** 99/14 99/19 103/24 104/19 302/2 305/10 305/12 308/3 313/22
**9:40 [1]** 33/22

**A**

**a.m [5]** 1/9 33/22 33/22 318/25 319/13
**ABC [1]** 264/1
**abetting [2]** 28/5 28/7
**ability [41]** 6/15 37/23 39/12 39/16 39/24 42/6 44/17 49/18 52/21 60/5 64/10 65/8 74/7 76/10 92/23 94/24 95/21 111/25 124/25 128/23 130/21 156/13 162/12 163/10 164/22 168/3

86/4 198/25 202/15 202/19 213/11 214/13 235/12 237/17 239/23 255/7 267/15 289/7 289/13 289/23 292/3
**able [38]** 36/2 51/24 53/9 73/1 77/14 77/23 80/3 90/18 122/9 146/1 146/2 146/6 157/7 158/6 158/10 163/16 170/9 182/24 188/7 188/17 192/11 206/13 207/11 217/22 231/3 241/23 245/18 257/19 261/25 272/3 282/5 289/4 289/6 291/11 296/7 300/2 303/12 315/3
**about [526]**
**above [1]** 321/5
**above-entitled [1]** 321/5
**abreast [1]** 284/14
**absolute [1]** 43/5
**absolutely [10]** 13/22 19/25 251/4 279/1 279/1 279/4 279/12 279/16 280/5 317/18
**abuse [1]** 278/13
**abusing [1]** 218/5
**academic [1]** 116/23
**acceptable [1]** 313/14
**accepted [2]** 212/6 212/8
**access [1]** 184/18
**accessing [1]** 256/21
**according [2]** 10/19 317/4
**account [2]** 21/7 25/4
**accused [6]** 72/1 124/1 125/5 125/8 125/11 152/24
**across [6]** 22/16 103/5 103/6 146/23 183/10 242/9
**act [2]** 10/2 27/13
**action [3]** 1/5 121/24 218/16
**active [1]** 224/17
**actively [5]** 93/24 128/12 223/23 223/25 284/21
**activity [7]** 66/17 66/20 66/20 71/19

**A**

activity... [3]  71/20 241/22 244/1
actual [3]  88/11 136/14 186/9
actually [38]  12/18 30/22 61/1 63/23 66/11 70/22 87/22 88/13 88/21 89/9 89/23 90/1 90/18 104/10 104/12 107/17 108/10 116/16 127/24 128/9 128/17 132/25 175/8 180/15 185/7 212/25 215/24 218/20 229/15 253/25 257/5 265/22 269/17 274/20 275/6 275/21 291/16 311/6
Adam [1]  116/25
Adams [1]  132/12
add [3]  7/18 7/19 30/2
added [2]  6/3 8/17
addition [1]  5/20
additional [7]  5/11 5/23 7/8 7/11 14/2 311/12 313/11
additions [1]  5/3
address [6]  5/19 8/23 23/8 32/23 119/2 163/16
addressed [1]  210/1
admissibility [2]  14/14 17/18
admissible [2]  14/19 14/24
admission [2]  10/10 11/20
admissions [2]  71/6 71/6
admit [2]  10/11 11/2
admits [1]  11/7
admitted [2]  11/17 184/6
admitting [3]  10/12 11/16 14/10
advancing [1]  98/9
advantage [2]  199/6 199/7
advertise [1]  6/13
advice [1]  279/7
advise [1]  163/14
advising [1]  96/8
affairs [2]  48/2 153/9
affect [22]  12/4 37/23

99/16 39/24 42/8 64/4 74/7 76/10 130/21 156/13 162/12 172/21 186/3 202/15 204/6 213/11 220/14 228/11 235/12 237/17 292/3 298/13
affected [3]  171/14 172/19 232/18
affecting [1]  173/4
affiliated [4]  42/15 69/16 133/11 234/10
affirm [2]  34/13 317/1
affirmatively [1] 298/24
afraid [1]  171/11
Africa [1]  129/22
after [22]  7/11 10/15 16/1 16/6 19/6 19/7 40/3 44/19 63/25 73/3 114/22 115/24 116/14 123/16 159/19 180/15 219/23 225/10 229/10 229/11 243/22 256/24
aftermath [1]  269/3
afternoon [102] 118/10 118/11 124/6 124/7 125/20 127/13 129/4 129/12 129/14 130/15 130/16 134/15 135/18 136/25 137/1 141/9 146/20 151/24 151/25 152/12 152/13 154/11 154/12 158/23 158/24 161/22 165/5 165/25 168/25 172/11 172/12 173/12 173/13 174/24 174/25 177/15 178/4 178/22 179/23 180/25 185/21 190/10 191/5 193/2 193/3 196/6 196/15 196/16 197/10 201/22 201/23 208/23 209/10 211/17 214/19 216/7 217/16 219/11 222/8 223/10 225/19 226/6 227/5 227/6 231/9 234/3 237/25 240/14 241/9 244/21 244/22 246/7 246/8 249/11 250/11 252/22 258/1 261/15 262/22 265/6 267/6 271/10 272/13 276/22

276/23 280/11 281/17 281/11 282/24 282/25 284/6 284/7 287/20 287/21 288/21 288/22 290/13 290/14 295/11 295/12 298/24 298/22
afterwards [2]  134/24 186/10
again [33]  7/22 7/23 8/14 27/19 28/1 28/12 37/7 37/17 39/17 41/3 42/1 44/14 44/18 46/1 55/13 72/12 100/7 125/21 133/6 182/23 205/20 208/5 214/3 230/7 240/23 269/10 279/11 302/19 303/12 315/11 316/20 319/16 319/23
against [20]  36/21 41/15 55/17 56/14 57/23 80/1 85/5 102/4 108/21 138/17 138/19 139/20 140/9 145/24 157/3 183/1 225/2 225/5 243/6 283/7
agencies [5]  40/14 40/23 69/5 144/15 192/3
agency [9]  16/14 40/13 40/20 41/6 41/18 97/1 104/11 108/12 108/15
agent [19]  15/15 16/11 16/12 16/13 16/18 17/8 17/24 18/5 19/3 19/9 38/19 38/19 38/20 38/24 101/6 254/19 260/13 292/23 320/6
Agent Doss [5]  16/11 16/18 17/8 18/5 19/3
Agent Jesse [1]  16/12
Agent Noyes [1] 292/23
Agent will [1]  17/24
agents [5]  15/6 16/12 33/2 33/9 33/12
ago [38]  55/25 61/3 61/6 61/25 83/20 85/15 86/13 100/10 101/20 101/20 103/8 103/11 118/21 137/23 151/20 156/9 159/10 164/7 164/15 166/18 190/25

194/4 207/25 220/12 224/10 231/22 237/6 248/23 263/8 263/10 265/9 274/7 274/15 274/16 275/4 278/1 278/2
agree [16]  13/21 22/12 27/3 32/15 43/11 58/5 65/10 73/14 73/14 174/17 252/16 262/12 302/13 308/5 308/12 313/13
agreed [2]  28/25 306/5
agreement [1]  31/10
ahead [1]  111/8
Aid [2]  132/17 277/7
aided [1]  2/18
aiding [2]  28/5 28/7
aim [1]  34/20
Aisle [3]  97/12 97/14 98/7
Alaska [1]  233/8
albeit [1]  24/13
alert [1]  137/14
all [169]  7/2 8/12 19/3 19/14 20/5 20/23 21/16 21/18 21/23 22/7 28/1 28/23 29/25 32/1 32/22 33/10 33/11 33/17 34/8 34/13 35/3 35/10 35/16 35/17 40/3 43/2 43/8 44/5 44/20 45/11 45/16 47/18 47/20 49/21 51/9 52/2 56/6 66/3 69/2 69/3 69/20 71/21 72/21 74/3 77/13 77/21 79/8 79/24 81/14 82/23 84/3 88/8 91/13 91/18 94/23 99/6 105/12 105/15 108/5 119/18 121/15 124/3 125/9 125/24 126/4 126/12 128/6 129/24 130/3 131/19 139/7 139/18 140/12 146/2 146/15 147/12 147/14 147/19 148/20 152/10 153/4 153/17 154/23 158/3 158/16 159/24 160/5 161/10 161/24 165/10 165/13 174/19 177/22 182/5 183/6 183/22 190/6 204/8 207/4 208/7 210/20 211/1 218/25

**A**

**all...** **[66]** 220/16
221/18 221/24 222/16
222/17 222/19 222/22
225/16 226/18 227/14
229/16 230/16 232/14
232/23 237/19 239/1
239/18 240/19 240/21
241/2 241/21 245/17
246/1 249/9 250/24
254/23 261/12 262/4
269/3 272/10 273/4
273/20 276/9 276/11
276/16 278/13 280/6
286/14 288/12 288/16
291/3 294/10 294/13
299/17 300/22 301/12
301/20 301/21 302/17
303/12 304/6 304/14
310/19 311/14 312/19
315/16 316/13 316/14
316/17 316/22 317/2
317/8 317/8 319/16
320/16 320/16

**allegations [9]** 36/21
36/22 37/23 166/24
186/3 202/15 213/10
267/14 292/2

**alleged [5]** 36/18
77/19 114/15 184/12
278/12

**alleges [2]** 28/4 36/23

**alleviated [3]** 15/23
17/10 20/5

**allow [4]** 8/16 11/22
86/22 228/20

**allowed [2]** 29/12
86/10

**almost [4]** 25/1 163/7
164/3 164/11

**alone [1]** 44/22

**along [5]** 128/15
253/10 280/19 295/25
315/20

**already [7]** 8/18 25/3
184/6 189/8 230/13
287/13 310/2

**also [93]** 6/17 11/9
11/12 18/15 20/9 27/4
27/12 30/19 30/20
40/25 42/16 43/14 44/3
44/11 44/19 47/22 50/5
53/24 55/19 58/7 66/4
67/11 75/10 79/23

63/23 85/9 91/9 92/16
95/1 95/24 100/17
109/20 115/10 117/4
122/16 123/2 124/10
128/2 131/2 131/19
140/5 145/3 145/6
155/11 156/12 163/23
176/23 184/19 186/8
187/14 191/12 193/25
195/10 198/2 203/11
203/23 205/24 209/25
210/1 210/10 212/13
215/2 218/4 220/6
224/4 233/3 242/4
242/16 245/18 248/10
248/18 253/20 255/16
256/2 269/13 277/21
277/22 279/17 285/23
285/25 286/1 287/11
288/24 288/25 289/9
292/12 293/4 300/21
305/6 306/4 306/7
306/15 319/11

**alternate [19]** 300/9
300/23 301/6 308/10
308/18 308/19 309/10
309/15 310/2 310/7
310/24 311/1 311/24
312/24 313/3 313/5
313/6 313/12 314/25

**alternates [18]** 300/17
300/20 302/23 308/11
309/9 309/18 309/25
310/6 310/11 311/3
312/13 312/23 313/2
313/6 313/14 313/14
314/8 314/24

**although [3]** 64/19
105/20 135/4

**altogether [1]** 19/20

**always [4]** 63/1 102/7
106/13 128/18

**am [50]** 5/14 9/12 9/14
10/10 11/15 14/10 15/4
18/4 19/1 19/19 22/22
24/12 24/14 24/25
27/22 34/3 34/4 37/6
46/9 51/15 67/11 73/1
73/20 93/1 102/20
110/13 112/1 113/23
119/7 126/25 127/4
129/14 130/1 150/5
155/25 160/21 166/10
179/10 181/3 196/10

201/1 230/25 239/6
240/6 244/8 265/24
268/8 289/1 309/18
319/20

**amended [1]** 25/17
**AMERICA [7]** 1/5 4/3
90/13 90/15 109/19
180/23 317/3
**American [2]** 54/2
54/4
**among [2]** 45/24
205/13
**amount [7]** 20/4 20/12
26/11 27/19 145/20
184/5 320/5
**Anacostia [2]** 80/25
81/1
**analysis [2]** 160/23
229/14
**analyst [1]** 115/8
**analyze [1]** 228/10
**anew [1]** 309/23
**annotated [1]** 215/1
**annoying [2]** 155/5
155/6
**anomalies [2]** 25/15
26/5
**anomalous [1]** 27/16
**anonymous [2]** 15/16
16/21
**another [30]** 27/9 40/4
54/4 89/8 100/17
101/12 104/11 132/8
132/15 132/19 144/12
169/19 176/5 180/19
189/13 200/6 207/17
224/12 246/25 270/18
274/18 275/4 284/23
285/17 292/16 292/21
297/5 297/15 309/9
316/17
**answer [66]** 5/13
34/13 35/3 35/11 35/12
35/15 35/15 35/25 36/2
37/8 48/12 50/23 55/21
59/5 60/15 68/19 75/25
80/9 80/20 81/6 86/22
87/25 105/6 107/14
114/20 119/14 123/6
123/18 123/20 133/17
134/1 143/11 144/15
145/4 145/8 148/6
149/12 155/13 156/24
159/3 159/16 160/7

188/17 202/14 210/6
210/21 215/1 217/23
221/13 227/20 231/1
241/16 241/19 242/7
242/20 243/16 269/16
270/13 271/12 275/1
275/2 281/12 288/19

**answered [143]** 45/19
47/7 47/8 47/22 48/9
53/20 54/10 55/19
58/17 59/14 60/9 60/11
61/17 65/24 66/7 74/4
74/8 75/10 75/13 83/14
83/23 84/23 92/14 93/9
93/12 95/24 96/2 99/20
99/25 100/19 101/15
105/5 106/20 108/8
113/8 115/4 115/17
118/14 121/14 122/7
127/14 127/17 128/4
130/18 130/24 131/9
137/3 141/12 141/16
149/11 150/2 154/14
156/7 156/12 156/14
158/25 162/1 162/4
166/3 166/6 169/3
175/1 175/5 176/23
176/25 178/24 180/21
185/23 188/24 189/16
193/5 193/8 195/6
197/15 198/2 198/5
200/9 201/24 202/3
203/11 204/9 204/12
205/14 205/19 206/10
206/15 207/20 211/21
212/20 212/23 217/18
219/16 220/22 223/12
224/4 224/14 225/1
227/7 231/11 231/16
233/3 233/6 234/6
236/24 237/9 241/14
242/16 242/19 243/13
246/9 248/10 252/25
253/8 254/11 255/16
256/2 262/25 263/4
267/8 267/16 267/17
269/13 269/25 270/7
273/21 274/18 274/25
276/24 277/5 284/8
284/12 284/23 285/1
285/19 287/11 290/15
292/4 292/5 292/12
293/14 295/13 295/17

**A**

answered... [1] 298/23
answering [4] 50/4
50/5 69/5 274/3
answers [18] 35/19
36/1 39/17 45/25 48/22
58/4 58/22 91/8 112/9
131/6 150/25 188/21
205/17 214/23 246/12
267/10 289/22 290/18
anti [1] 57/1
anti-government [1]
57/1
any [228] 5/3 5/6 7/7
12/4 12/22 13/3 18/23
19/13 20/5 20/24 21/18
22/4 22/17 23/13 24/20
28/6 32/9 32/12 32/22
33/14 35/20 36/12
37/11 37/12 38/6 38/7
38/10 38/14 38/25 39/3
39/6 39/10 39/11 39/15
39/18 40/1 40/6 40/11
40/12 40/20 40/21
40/25 41/10 41/16
41/17 41/17 42/4 42/20
42/22 43/2 43/7 43/8
43/11 43/15 44/1 44/8
44/9 44/10 44/16 45/2
45/5 45/5 45/12 49/1
49/4 49/11 49/17 49/23
51/24 56/18 60/9 62/3
62/15 65/12 70/9 71/7
72/5 73/19 80/20 81/16
81/22 82/11 82/19 83/3
84/16 85/24 87/6 89/11
89/24 91/10 92/18
96/13 96/13 96/19 97/4
99/21 104/19 106/8
106/12 109/5 109/11
111/20 112/7 113/23
113/25 116/6 117/12
117/20 117/23 118/1
119/20 120/11 120/25
122/2 123/19 126/4
126/6 126/20 128/9
128/12 129/7 130/8
130/23 131/7 134/1
136/16 137/6 138/23
140/24 142/8 143/2
145/23 146/13 148/25
156/23 157/2 157/22
159/7 159/23 159/25
160/6 160/25 161/12
164/23 165/15 167/12
168/15 176/18 177/14
178/5 178/13 179/7
179/23 181/5 183/4
183/24 184/19 185/7
188/7 188/10 190/3
190/9 190/19 191/23
192/5 192/19 195/4
196/4 197/2 199/18
199/19 200/14 201/5
201/12 202/1 204/11
204/19 204/25 208/22
211/8 219/2 221/15
222/1 222/5 223/2
225/21 226/22 228/11
232/14 233/11 233/14
233/20 234/16 237/20
239/20 251/24 258/22
260/18 265/5 266/22
269/10 271/13 271/19
272/11 273/1 273/8
274/21 275/6 278/22
279/13 280/7 281/2
281/13 283/2 283/4
283/23 287/3 287/16
295/3 296/3 299/15
316/15 317/19 317/24
319/21
anybody [5] 138/25
208/11 307/5 307/23
308/12
anyhow [2] 72/11
72/14
anymore [3] 81/10
104/12 232/9
anyone [56] 32/14
36/12 39/2 40/17 41/3
41/8 41/15 41/20 41/22
41/25 49/4 72/5 84/20
89/24 100/17 101/12
106/17 108/6 115/1
115/13 123/12 123/25
133/15 144/13 145/6
149/13 156/3 166/12
179/22 189/13 207/17
210/18 218/16 220/18
224/23 225/3 255/23
263/1 271/1 287/11
297/16 303/18 305/17
305/21 305/25 306/5
306/8 306/11 306/15
307/9 307/18 312/24
317/18 318/1 318/7
anything [103] 8/23
12/8 17/11 31/4 35/16
37/22 39/23 54/23
63/23 64/9 70/10 71/19
72/2 74/24 76/8 85/4
85/16 85/21 86/11
95/16 95/20 100/13
102/3 102/10 103/16
106/13 108/19 110/16
122/17 124/1 128/19
134/5 138/8 142/4
143/9 143/10 151/3
159/7 162/11 162/22
168/1 170/4 170/6
171/16 175/15 175/22
176/11 177/7 177/10
181/8 186/2 189/5
189/19 189/20 190/20
192/3 193/20 194/25
195/24 198/22 202/18
204/5 208/7 209/3
209/5 209/18 209/22
210/18 213/10 215/25
216/1 220/3 220/13
221/21 223/21 225/11
225/12 228/3 231/23
235/10 237/15 247/10
254/5 255/4 256/10
257/18 260/21 263/19
263/23 264/4 264/17
271/25 281/25 283/1
283/5 286/7 291/15
292/2 296/6 296/12
298/11 318/12 320/10
anywhere [2] 44/13
81/1
apart [1] 239/24
apologize [4] 254/4
270/3 302/8 310/13
app [1] 84/8
apparently [1] 20/8
appeal [2] 26/25 63/23
appeals [1] 191/13
appear [1] 36/5
APPEARANCES [2]
1/14 1/20
appears [3] 15/22
27/22 87/18
applicability [1] 21/7
application [1] 22/3
applied [6] 24/19
33/10 41/5 115/7 212/6
311/10
apply [23] 22/2 22/6
24/8 24/16 24/25 25/14
26/17 27/4 32/15 33/11
53/4 56/7 214/12
218/21 242/25 244/5
244/13 250/1 264/24
304/20 309/7 309/8
310/11
applying [3] 40/20
49/18 296/21
appointment [2] 131/3
136/11
appreciate [4] 103/20
184/3 214/7 240/19
appreciated [1] 78/22
apprehended [1]
15/24
approach [5] 55/17
94/7 172/5 208/9
280/20
approaching [1] 204/6
appropriate [5] 27/11
32/15 45/1 142/17
299/13
approved [1] 180/11
approximately [2]
39/6 159/11
apps [2] 84/3 84/4
April [1] 63/18
arduous [1] 317/9
are [216] 6/7 6/13 7/22
8/21 9/6 9/15 9/15 9/15
9/22 10/1 10/15 10/19
11/10 13/9 13/17 13/18
13/24 13/25 14/12
14/13 14/13 14/15
14/21 14/24 16/12
16/25 17/19 18/7 19/10
19/23 20/24 25/12 26/9
31/9 32/1 32/3 32/8
32/9 35/2 35/10 35/10
36/13 38/4 40/6 42/14
43/19 44/3 44/25 45/11
45/18 46/16 47/4 48/13
48/16 52/15 53/2 54/7
55/9 56/11 57/5 68/13
69/3 69/5 69/5 69/14
71/25 72/1 72/4 74/1
74/2 75/17 81/24 81/25
82/8 82/16 84/14 90/17
93/22 96/4 96/11 96/20
99/1 102/16 102/18
102/21 104/3 105/18
109/12 109/13 110/4

**A**

**are... [126]** 111/13
111/18 112/10 116/7
116/19 117/4 121/16
121/22 128/22 129/8
129/12 129/15 129/24
130/20 130/22 131/4
131/6 140/8 140/13
146/25 147/4 147/5
149/24 150/25 158/8
160/20 161/24 162/13
166/24 167/19 168/25
172/4 174/10 177/19
180/14 181/4 181/12
181/18 182/5 183/8
183/12 186/23 188/12
188/21 188/22 188/25
192/4 197/11 197/12
205/9 205/10 209/11
209/13 209/17 210/16
210/19 211/18 211/19
212/21 212/21 214/13
218/25 219/12 219/13
222/9 224/16 226/9
231/13 232/3 232/18
232/23 238/24 239/4
239/7 241/11 244/25
245/8 245/15 249/7
254/9 257/8 260/9
261/20 270/4 270/5
270/14 271/16 272/7
272/20 273/19 276/11
281/14 283/13 283/18
285/12 295/25 297/9
301/1 301/3 302/13
303/22 304/10 308/5
308/6 308/11 308/12
308/13 309/14 309/15
310/6 310/6 312/13
313/5 313/6 313/7
313/14 314/10 314/25
316/20 317/17 318/6
318/7 319/5 319/12
319/14 319/21
**area [11]** 66/16 72/10
85/17 163/5 180/5
184/8 208/12 225/21
225/24 267/19 285/6
**areas [1]** 141/25
**aren't [2]** 124/17 319/7
**argues [1]** 11/9
**argument [5]** 23/22
24/5 24/23 26/15 30/5
**Arguments [2]** 29/23

**Arlington [2]** 144/17
144/20
**arm [1]** 113/19
**armed [1]** 17/19
**army [2]** 113/21 114/3
**around [20]** 20/9 40/22
47/15 66/24 72/9 107/5
107/6 113/19 116/19
143/17 158/13 165/7
213/15 222/12 227/19
269/3 303/7 304/3
316/21 319/7
**arraignment [1]**
236/12
**arrangements [1]**
215/8
**arrest [1]** 133/22
**arrested [21]** 17/10
41/23 42/8 61/16
101/13 101/14 133/16
133/18 133/23 145/13
147/2 147/17 156/5
189/14 207/19 237/10
237/14 238/3 242/18
248/12 248/14
**article [2]** 116/6
227/25
**articles [21]** 44/8
54/14 93/17 93/20
93/21 105/12 115/25
116/7 128/13 128/15
167/3 176/10 176/17
181/14 186/12 186/15
193/11 220/3 223/24
284/22 295/25
**articulated [2]** 218/22
228/22
**articulating [1]** 126/19
**as [236]** 5/9 6/10 6/19
8/24 8/24 10/1 10/2
10/4 10/8 10/24 11/8
15/21 16/19 16/20
16/24 18/19 19/21
19/23 20/9 20/17 21/6
21/9 21/25 22/1 22/5
22/11 24/10 24/11 25/3
26/7 26/15 26/23 27/1
27/3 27/22 27/24 28/4
28/19 29/5 30/21 31/18
32/14 33/1 33/8 33/11
34/22 36/2 36/16 37/23
39/16 39/23 40/9 41/6
43/7 43/20 44/4 44/22

45/3 45/14 46/1 46/24
47/14 48/6 48/11 48/21
54/16 55/7 60/3 60/11
60/21 61/6 62/4 66/1
66/11 68/20 69/12
69/19 70/6 74/21 74/25
75/12 79/7 82/3 82/6
82/6 83/19 84/14 84/17
84/24 86/24 87/25 94/5
94/21 99/23 100/2
105/24 106/10 108/22
109/6 109/7 110/6
113/21 113/23 113/23
114/10 114/19 114/24
115/7 115/25 116/1
116/8 117/20 118/12
125/3 128/24 130/21
131/15 139/18 140/7
140/9 142/4 147/22
150/9 150/11 156/13
157/6 157/11 164/17
164/19 164/20 165/10
166/20 171/23 175/7
176/17 178/4 178/9
182/12 184/10 185/3
185/4 185/12 186/14
187/15 188/4 188/5
188/20 189/10 190/2
191/15 192/1 194/9
194/9 198/10 200/3
200/4 200/14 204/10
208/14 210/14 214/1
214/6 214/6 214/8
215/1 216/3 218/21
229/12 231/3 231/3
232/21 233/4 233/11
235/8 238/10 240/17
240/17 241/23 241/23
241/23 242/10 242/10
242/25 243/18 243/18
244/5 247/18 247/21
249/6 251/9 253/3
253/15 255/10 255/17
256/20 258/13 258/22
259/22 260/6 260/11
262/15 264/18 267/13
268/19 268/20 270/18
270/19 272/4 275/22
278/22 279/21 279/24
296/16 303/4 308/9
308/21 309/18 309/25
310/4 310/14 311/11
311/11 312/16 312/17
312/18 313/7 313/14

317/21 317/23
317/23 318/8 318/16
319/16 319/17 319/23
**Asia [2]** 129/22 129/22
**aside [17]** 51/5 51/24
52/21 53/3 53/9 57/22
77/14 77/21 79/25
123/19 187/25 188/7
188/12 190/1 230/14
244/15 245/23
**ask [60]** 5/2 5/10 5/20
5/23 7/3 7/24 32/8
34/24 35/9 35/21 46/11
48/8 49/23 58/18 65/25
68/9 69/2 107/11
112/10 128/11 130/22
137/20 144/12 153/3
162/2 175/2 175/21
177/16 178/25 181/12
187/21 189/23 194/24
201/25 205/16 214/3
214/24 215/9 215/15
223/14 234/8 237/19
246/11 253/2 253/3
267/13 268/16 268/22
270/1 275/19 277/21
280/8 282/4 283/11
290/17 304/2 311/9
315/17 316/13 319/1
**asked [63]** 5/2 8/2
45/12 45/19 51/22 56/6
60/8 61/14 64/21 74/5
75/23 81/4 84/20 94/11
98/20 99/21 100/17
106/16 107/12 108/5
108/25 119/12 121/16
122/16 123/2 128/2
131/6 131/19 133/10
133/15 143/3 145/6
149/24 154/16 155/11
156/3 159/2 159/14
160/5 162/16 163/23
166/12 169/19 169/20
171/4 184/15 188/19
193/6 193/25 194/8
200/6 203/23 207/17
213/9 227/9 227/18
233/11 242/4 274/23
279/17 279/17 292/1
297/5
**asking [10]** 7/22 12/21
18/10 36/5 36/10 79/18
82/1 106/8 109/14
286/22

**A**

**asks [8]** 59/12 60/25 83/16 114/18 141/14 219/18 263/1 284/10
**assault [21]** 21/13 21/24 22/10 22/16 23/5 23/11 24/8 24/19 26/3 26/17 26/24 27/5 27/8 27/11 27/12 27/14 27/17 27/21 27/24 37/5 51/5
**assaulting [1]** 37/4
**assess [2]** 51/8 171/25
**assessing [1]** 84/16
**assistance [1]** 153/10
**assistant [4]** 38/3 38/13 119/7 133/9
**assisted [1]** 38/4
**associate [2]** 149/16 265/25
**associated [1]** 116/12
**assume [11]** 9/9 52/25 70/25 71/1 112/13 176/14 195/13 262/9 299/12 300/4 300/5
**assumed [3]** 16/15 25/10 254/4
**assuming [3]** 9/4 182/2 288/25
**asylum [1]** 239/14
**attached [1]** 156/19
**attack [1]** 89/21
**attacked [1]** 108/11
**attempt [2]** 36/6 228/7
**attempting [1]** 229/19
**attend [5]** 10/9 39/7 151/9 197/18 245/25
**attended [2]** 94/19 114/21
**attention [10]** 23/8 24/4 39/14 81/10 119/15 186/11 186/14 208/12 264/21 284/13
**attentively [4]** 45/14 121/18 150/1 217/22
**attorney [26]** 23/18 38/3 38/4 54/25 61/7 96/15 150/5 150/19 187/5 187/10 187/15 188/5 189/10 212/12 224/18 266/7 266/9 266/10 266/17 270/11 270/11 277/6 277/9 278/19 285/24 288/25

**Attorney's [10]** 38/5 41/1 41/2 41/2 150/7 150/20 259/1 259/9 260/7 260/15
**attorneys [4]** 42/5 60/21 224/17 226/9
**August [2]** 1/7 63/19
**aunt [3]** 61/4 123/8 123/10
**Authority [1]** 119/8
**available [3]** 215/10 215/13 320/6
**Avenue [5]** 1/15 2/13 106/23 106/23 167/18
**avoid [2]** 44/5 180/23
**aware [11]** 22/22 113/23 116/4 142/21 166/25 181/3 192/5 232/3 261/20 271/16 281/15
**away [6]** 124/11 181/7 225/10 249/1 268/5 269/2

**B**

**baby [1]** 180/14
**back [47]** 23/12 23/15 23/19 25/18 30/2 50/8 50/17 50/18 52/3 52/6 56/2 56/5 61/2 63/9 71/17 73/2 74/14 88/2 88/3 94/20 123/18 131/5 133/1 133/25 134/3 158/10 158/12 159/6 160/1 195/25 200/20 216/24 220/12 221/22 232/15 236/6 240/15 241/3 267/19 277/16 277/17 280/17 303/22 304/2 304/7 313/1 313/11
**background [5]** 54/24 150/24 151/4 199/3 261/24
**backyard [1]** 269/8
**bad [8]** 75/1 95/18 108/3 204/5 220/14 232/11 294/11 298/13
**badge [2]** 35/5 35/6
**bail [1]** 133/24
**Baker [3]** 48/6 51/13 155/20
**balance [1]** 194/22
**Baltimore [1]** 100/2

**band [2]** 113/3 127/21
**bank [3]** 96/6 258/6 258/7
**banker [1]** 139/3
**Bankruptcy [1]** 2/12
**banned [1]** 208/6
**Barberton [1]** 285/23
**base [3]** 157/10 190/1 228/16
**based [57]** 15/25 18/1 28/20 30/11 34/21 36/18 51/24 52/19 57/23 58/4 68/11 81/18 88/9 88/18 115/10 117/6 120/9 122/5 128/21 136/15 138/21 143/4 160/9 163/8 164/20 167/11 172/1 176/19 181/13 185/3 187/24 199/24 200/16 214/11 228/17 228/21 235/17 244/5 250/2 255/6 255/13 265/1 268/19 272/6 278/10 278/16 279/3 279/6 279/6 279/11 280/2 282/8 287/7 296/10 301/2 309/3 317/22
**basic [1]** 212/16
**basically [19]** 46/9 46/12 46/16 100/19 100/23 101/10 102/25 107/13 109/18 123/3 146/1 195/5 199/22 228/9 248/1 254/10 279/23 287/13 301/1
**basics [3]** 59/19 318/24 319/15
**Basing [1]** 156/22
**basis [5]** 15/20 72/18 72/20 183/11 221/19
**bathroom [1]** 73/1
**be [364]**
**bear [2]** 10/16 173/7
**became [1]** 79/19
**because [95]** 7/3 10/18 12/21 14/11 14/17 14/23 15/23 17/4 18/14 23/16 24/7 25/17 25/25 26/3 29/25 30/4 30/13 42/7 42/13 42/21 44/25 46/23 50/9 50/14 50/22 61/4 62/7 68/16

69/22 74/10 87/7 88/7 88/13 90/6 95/21 108/15 132/21 138/13 139/6 140/11 143/10 148/11 155/2 155/7 163/4 171/8 172/5 179/10 180/9 180/14 180/22 182/3 182/17 183/7 193/9 198/19 201/1 205/24 206/18 206/20 208/11 209/5 209/16 209/18 209/25 210/4 212/4 218/7 218/19 221/18 227/25 236/18 237/4 240/25 242/18 248/11 248/13 253/11 256/19 256/23 263/5 267/25 269/15 269/23 275/5 275/23 279/4 279/21 284/13 292/6 292/7 300/16 301/3 315/5 318/4
**become [2]** 19/25 69/24
**bedroom [1]** 268/6
**been [188]** 9/10 24/4 26/22 27/20 31/18 34/5 37/14 37/20 40/8 40/12 41/20 41/22 42/2 42/8 47/14 47/23 48/1 48/10 48/22 51/3 54/9 54/11 54/17 55/20 56/2 57/20 58/21 59/1 59/4 59/13 59/17 59/18 59/18 60/1 60/10 60/17 60/18 60/19 60/21 61/15 64/6 66/6 67/19 68/10 70/5 75/24 76/3 78/13 78/17 83/16 92/17 92/22 93/11 93/23 94/11 94/20 95/6 96/8 99/23 101/2 101/13 101/13 101/19 106/19 107/3 107/8 108/7 112/19 114/12 115/18 115/21 119/10 119/15 127/15 127/18 127/19 128/2 131/20 131/23 132/20 132/24 133/15 140/2 142/20 143/23 144/23 145/7 145/10 146/24 147/2 147/16 147/19 150/14 151/18 154/16 156/5 159/2 159/12

**B**

**been... [90]** 159/14 163/24 164/6 164/14 166/14 169/20 169/23 170/3 175/3 175/6 176/6 176/9 176/13 176/24 180/8 181/1 181/7 181/13 183/5 186/1 187/6 187/7 187/12 189/14 193/6 193/21 194/1 194/3 198/3 198/6 198/7 199/17 199/22 200/21 202/10 207/18 212/22 215/17 218/2 219/18 219/23 223/15 224/5 224/21 227/9 227/19 229/25 231/15 235/24 237/10 239/11 242/5 242/18 248/12 248/19 248/19 253/13 256/8 256/19 256/25 258/3 259/19 260/1 260/6 260/11 260/13 261/2 261/5 263/2 268/11 268/13 269/18 269/25 274/12 275/9 275/12 279/18 281/17 284/10 285/7 285/9 290/21 291/12 291/13 297/17 300/10 301/22 318/8 318/13 318/19
**before [63]** 1/12 4/22 9/12 12/5 12/9 13/5 19/5 20/25 24/23 25/24 29/21 31/3 32/1 32/23 33/15 36/10 36/12 36/16 50/5 52/7 52/23 57/19 69/10 70/5 70/7 74/11 83/22 83/22 91/2 107/10 107/19 126/3 127/24 137/9 139/11 143/15 147/12 154/7 163/19 180/7 187/9 194/24 196/18 214/18 216/3 236/6 245/1 250/20 250/23 251/3 253/13 253/21 254/18 259/8 260/6 273/24 275/14 301/20 310/14 315/7 319/1 319/22 320/10
**began [2]** 258/9 258/10

**begin [3]** 36/10 46/13 319/3
**beginning [2]** 4/6 6/17
**behind [2]** 57/4 318/22
**behold [1]** 19/9
**being [51]** 6/24 27/12 38/4 46/20 56/21 72/10 72/13 73/6 78/22 85/22 91/9 102/11 113/20 123/19 125/11 133/11 134/2 139/13 140/13 147/5 152/22 152/22 158/10 158/19 163/13 166/4 171/5 180/1 182/5 182/24 185/1 185/7 186/7 206/13 209/23 221/23 224/8 228/9 230/10 231/25 240/8 255/17 256/3 278/16 278/18 287/12 288/24 303/17 308/21 319/4 320/7
**belabor [1]** 315/5
**belief [2]** 6/12 82/7
**beliefs [4]** 40/1 77/14 77/22 90/15
**believable [1]** 240/2
**believe [65]** 7/10 12/24 14/11 15/13 16/11 18/13 19/12 19/14 21/11 24/14 24/15 30/14 31/7 31/23 32/7 32/17 33/17 42/7 42/11 49/4 53/1 53/3 57/18 60/7 62/2 62/12 64/24 72/6 81/17 84/15 86/10 90/16 99/4 109/7 110/13 112/17 118/14 118/17 134/8 143/23 144/9 153/25 156/24 159/25 167/12 176/18 182/15 190/7 201/2 210/4 213/20 242/17 242/21 248/11 259/14 259/23 267/21 269/14 269/21 288/10 289/23 299/12 305/4 305/10 308/3
**believed [3]** 148/12 199/8 267/24
**believes [1]** 209/20
**bell [1]** 292/15
**belongings [1]** 315/23
**bench [2]** 24/17 24/17

**benefit [4]** 46/15 77/4 137/2 141/19
**bent [1]** 109/16
**besides [1]** 171/19
**best [11]** 48/13 96/10 122/14 123/9 123/24 153/15 153/25 231/20 289/7 289/12 289/23
**better [6]** 27/17 128/12 198/18 286/5 287/5 292/25
**between [12]** 10/24 33/6 51/1 53/7 63/13 92/8 148/16 209/19 240/8 266/13 304/4 317/3
**beyond [11]** 42/19 42/25 72/1 116/5 125/24 147/25 178/7 190/20 240/17 249/19 261/21
**bias [27]** 6/14 34/19 52/24 55/17 56/14 65/6 65/11 65/12 76/19 104/14 122/14 124/21 136/9 136/12 136/17 145/23 172/5 183/1 188/15 190/3 200/24 216/2 254/6 267/25 279/13 289/24 289/25
**biased [61]** 57/23 69/18 80/8 84/16 85/5 85/22 88/19 89/7 100/14 102/4 102/12 107/23 108/20 110/13 112/23 120/11 123/20 126/24 138/9 138/17 138/18 139/20 140/9 150/10 157/2 160/2 160/4 160/6 161/1 171/5 171/8 171/10 176/19 177/11 181/19 182/21 182/23 187/20 189/21 193/23 196/1 199/10 199/12 200/1 217/8 221/17 221/23 225/13 228/5 228/10 228/21 231/25 243/5 245/20 247/12 256/11 257/20 263/20 264/19 286/8 296/15
**Biden [2]** 293/24 297/12
**bifurcate [1]** 29/4

**big [5]** 90/10 111/6 111/8 189/23 225/22
**big-picture [1]** 189/23
**bigger [1]** 223/20
**bike [3]** 256/25 256/25 285/11
**binded [1]** 25/21
**binding [1]** 27/4
**binds [1]** 23/11
**biographical [1]** 6/1
**bit [27]** 12/15 50/5 62/8 78/7 79/19 82/4 90/7 96/23 120/12 125/7 129/18 135/14 135/15 158/4 184/25 201/1 214/24 215/3 236/9 240/24 250/18 262/16 272/15 297/22 301/4 303/20 304/1
**black [1]** 25/18
**blah [6]** 218/9 218/9 218/9 218/9 218/9 218/9
**blank [1]** 33/25
**blocking [1]** 213/3
**blocks [1]** 124/11
**blogging [1]** 44/12
**blue [2]** 294/6 294/7
**board [1]** 22/16
**boards [2]** 286/20 286/21
**bodily [1]** 25/6
**body [1]** 249/3
**bold [1]** 89/25
**Bond [1]** 257/10
**booked [1]** 122/22
**borderline [1]** 293/1
**born [5]** 109/23 269/6 269/7 272/20 283/16
**boss [1]** 139/10
**both [18]** 17/8 21/14 37/24 54/7 69/19 95/10 95/13 122/7 188/25 190/4 202/19 248/17 250/21 259/23 260/2 304/18 311/7 313/13
**bottom [3]** 11/1 282/21 282/22
**bound [4]** 24/13 24/14 25/22 35/2
**box [2]** 268/18 315/18
**Boys [3]** 54/13 57/25 111/10
**brace [1]** 136/10

**B**

**branch [1]** 262/14
**breaching [1]** 144/4
**break [6]** 127/7 158/8
190/15 240/14 256/19
256/22
**break-ins [2]** 256/19
256/22
**bribes [2]** 139/2 139/6
**brief [5]** 13/14 30/18
110/18 135/19 283/1
**briefings [1]** 23/16
**briefly [10]** 5/18 32/5
33/3 146/19 196/5
222/6 225/18 243/25
272/12 294/4
**briefs [1]** 23/20
**bring [9]** 32/12 33/19
33/23 163/18 173/6
216/24 301/18 313/1
315/23
**bringing [1]** 313/10
**brings [3]** 50/8 50/17
268/1
**broader [2]** 116/8
116/10
**broken [1]** 256/7
**brother [15]** 15/20
32/7 69/11 69/12 69/13
107/18 138/20 139/3
139/4 139/8 139/15
139/24 243/17 270/11
288/1
**brought [8]** 23/7 23/18
24/4 59/17 237/4
238/17 250/24 260/14
**Brown's [1]** 212/15
**Bruce [1]** 153/11
**brutal [1]** 209/5
**bugs [1]** 138/24
**building [54]** 6/19
28/13 37/19 37/21
47/24 55/21 58/20
58/22 59/1 77/7 77/18
77/19 77/20 83/17
106/19 127/16 127/19
129/24 132/10 132/21
135/6 163/24 164/13
166/5 166/14 169/5
169/11 169/12 169/15
170/24 172/16 173/15
173/21 173/23 183/3
183/13 184/12 184/21
185/8 185/11 194/1

227/10 227/13 227/19
231/14 235/25 256/7
256/18 256/21 256/21
261/20 274/2 274/13
285/8
**bumper [2]** 200/10
200/12
**bunch [1]** 268/1
**burden [9]** 42/17 43/1
125/23 126/3 135/22
182/8 188/6 249/19
261/21
**Bureau [3]** 114/10
115/7 198/14
**burglarized [1]** 256/8
**burglary [1]** 256/6
**business [7]** 113/14
139/4 139/16 173/3
177/23 197/21 245/6
**buster [1]** 225/10
**button [4]** 46/17 46/19
46/21 234/4

**C**

**cafeteria [2]** 127/9
158/8
**California [4]** 48/14
75/19 197/21 212/3
**call [14]** 32/12 33/20
35/18 38/18 45/22 46/9
92/25 110/2 140/7
158/12 265/24 301/15
315/17 315/22
**called [11]** 18/6 34/5
48/5 70/10 113/19
129/20 192/2 212/15
215/20 260/6 260/11
**calling [2]** 17/5 32/13
**calls [1]** 19/9
**came [7]** 68/6 71/2
106/14 140/4 159/18
225/11 267/19
**camp [1]** 113/15
**can [191]** 6/14 6/19
10/16 16/24 23/4 23/15
24/3 24/6 30/11 34/9
35/7 35/25 46/12 46/18
46/18 46/19 46/20
46/23 46/24 47/13
48/11 52/3 52/6 52/16
53/23 54/10 57/13
58/22 59/14 61/16
64/13 64/17 66/8 72/23
73/18 74/8 74/12 75/13

79/8 86/7 87/23 87/25
87/3 91/23 93/15 94/1
94/14 96/1 96/23 99/4
99/24 100/7 100/19
101/14 105/9 106/13
106/20 107/14 108/7
108/23 109/4 109/6
109/9 109/16 112/5
112/17 112/21 113/11
115/21 116/17 117/10
118/19 122/18 123/6
124/12 127/7 127/16
128/4 131/8 131/21
135/21 135/24 137/21
138/11 141/16 150/1
150/17 153/2 153/6
154/19 156/7 156/13
158/8 158/9 159/3
162/4 162/18 163/15
163/25 164/18 164/24
166/6 173/8 175/4
176/7 176/25 177/16
183/14 189/15 190/7
193/7 194/2 198/4
200/8 202/2 203/2
203/24 204/12 205/18
206/15 207/6 207/19
210/10 210/11 210/12
211/25 212/22 214/11
214/14 215/2 216/23
219/20 220/9 220/22
223/17 224/5 224/14
227/10 230/14 230/15
230/19 231/2 231/15
233/5 234/11 236/9
237/12 240/25 241/1
241/18 242/6 242/20
243/15 245/17 246/15
248/20 253/8 254/10
256/5 263/3 267/15
268/6 269/18 270/6
277/4 277/24 284/11
284/25 285/19 290/22
295/16 296/22 297/9
297/17 297/22 299/20
300/17 301/5 302/21
310/25 311/15 312/14
313/1 313/2 314/15
316/16 316/20 317/9
319/1 319/17 320/7
**can't [21]** 24/1 59/19
60/20 61/24 63/17
110/19 111/5 111/5
111/10 111/21 112/17

73/18 184/18 43/14 207/7
243/7 274/7 275/22
275/23 279/20 279/22
290/3
**candor [1]** 315/12
**capacities [1]** 189/6
**capacity [4]** 73/16
189/1 198/10 217/3
**capital [2]** 72/10 72/14
**Capitol [136]** 6/18 6/20
10/16 19/1 29/14 30/9
36/19 37/2 37/3 37/3
37/10 37/12 37/16
37/19 37/20 37/21
38/20 38/21 40/25
47/23 47/24 48/3 54/7
55/20 55/21 55/23
58/20 58/21 58/21 59/1
59/2 59/3 59/4 59/7
66/3 66/12 69/9 76/16
81/2 83/17 83/17 89/22
89/25 90/1 94/12 94/12
94/21 106/18 106/24
106/24 107/6 107/8
118/18 118/19 118/20
127/15 127/19 129/7
129/8 131/8 131/11
132/10 132/20 134/4
141/19 141/24 141/24
148/10 148/17 155/12
155/15 159/2 159/3
159/5 163/24 163/24
164/3 164/11 166/4
166/12 166/14 166/14
166/19 169/5 173/23
175/3 175/6 175/7
175/16 175/23 179/8
179/10 180/1 180/1
180/16 182/18 193/17
194/1 202/2 202/5
203/16 203/17 203/18
212/21 221/2 221/4
224/5 224/6 227/10
231/14 231/18 231/24
235/24 240/4 242/22
243/19 247/2 247/9
252/6 253/7 253/12
253/13 268/2 268/4
268/6 268/6 269/4
273/24 274/12 274/12
284/25 285/3 285/8
285/8 291/5 291/21
**Capitol-focused [1]**
212/21

# C

**Captain [1]** 38/20
**captured [1]** 218/2
**car [6]** 18/8 19/10 54/1
54/4 113/20 200/11
**card [4]** 35/4 35/7
35/14 118/16
**cards [1]** 35/18
**care [9]** 17/20 123/24
125/4 125/12 125/22
158/11 162/9 310/16
319/4
**career [3]** 102/24
115/12 261/18
**careful [1]** 125/3
**caregiver [1]** 205/25
**CARL [2]** 1/12 34/4
**carnal [1]** 138/3
**Carolina [1]** 120/1
**carried [1]** 37/2
**carry [1]** 89/1
**carrying [1]** 28/13
**CART [1]** 31/20
**case [206]** 4/3 6/18 8/6
16/12 16/19 19/4 22/2
23/6 23/17 24/5 26/21
26/23 29/22 30/1 30/6
31/5 33/1 33/9 33/12
34/5 34/6 34/19 36/9
36/12 36/16 37/9 38/2
39/5 39/13 39/14 39/16
39/25 40/4 40/5 42/10
42/23 43/5 43/6 43/17
44/4 44/6 44/8 44/9
44/10 44/12 44/13
45/14 51/6 51/8 51/23
55/8 55/17 56/8 57/4
60/6 62/11 62/21 65/9
65/15 74/15 74/16
74/17 74/22 74/25
76/11 76/24 77/17
78/25 79/4 79/7 81/18
84/16 85/6 85/22 89/2
89/12 94/7 94/24 95/8
99/10 100/14 102/4
102/11 103/2 103/17
105/14 106/8 106/14
107/24 108/22 110/11
110/17 116/4 117/9
120/13 122/2 128/19
128/24 130/22 131/17
134/6 135/19 137/25
138/14 139/1 139/19
140/1 143/6 143/10
149/25 152/4 152/15
157/3 160/2 160/6
162/7 164/20 166/23
167/13 168/4 171/5
171/16 172/5 173/7
176/20 177/11 181/9
181/19 185/2 185/10
185/13 188/6 188/14
194/25 198/25 200/14
200/16 204/16 206/13
207/8 207/14 207/25
208/9 212/2 214/11
215/23 217/4 221/17
223/21 225/14 230/14
231/25 232/19 235/17
236/13 236/18 236/22
237/2 237/3 238/10
238/12 244/5 247/13
248/8 254/6 255/4
255/13 256/11 260/13
260/14 261/20 261/25
263/21 263/24 264/19
265/1 265/9 265/14
267/14 268/19 269/1
272/6 272/17 274/8
278/3 278/4 279/2
280/3 282/8 286/8
287/6 287/7 290/25
291/13 291/15 296/10
317/14 317/18 317/19
317/22 317/25 318/8
318/12
**cases [58]** 6/15 21/23
22/20 26/15 48/25 55/2
55/9 57/24 60/4 91/10
93/19 98/4 98/10 98/11
98/12 105/15 105/17
106/3 106/3 106/11
110/16 111/2 111/3
112/20 115/25 116/6
139/24 140/6 146/4
150/7 150/21 153/4
162/13 167/4 184/20
186/13 186/16 186/17
190/11 191/13 191/16
191/18 192/4 194/23
194/23 198/16 257/14
259/5 259/6 259/10
259/11 260/2 260/9
260/18 261/10 264/8
286/5 291/13
**cast [1]** 136/10
**casual [1]** 131/24

**cat**  149/14 149/15
121/15 160/5
**catch-all [4]** 7/2 45/11
121/15 160/5
**categorize [1]** 24/7
**categorized [2]** 25/3
82/3
**categorizing [1]** 25/4
**caught [3]** 192/10
209/4 215/22
**cause [65]** 41/18 52/19
57/19 58/7 64/24 73/7
79/21 85/21 92/12
94/23 95/20 98/20
100/14 102/11 108/20
112/11 126/17 136/7
138/9 140/25 149/20
161/1 168/1 170/8
177/10 181/18 182/21
189/21 195/25 198/24
199/20 205/1 205/4
208/8 216/25 221/16
221/22 225/13 228/4
230/24 230/25 231/24
232/24 239/21 245/19
246/2 247/12 249/5
251/2 252/12 254/5
257/5 257/19 264/19
276/13 276/14 286/8
287/5 289/22 290/5
292/24 294/20 297/2
299/13 317/3
**caused [1]** 216/2
**cautionary [3]** 7/25 8/1
8/13
**CBS [1]** 154/22
**CCTV [2]** 184/17
184/18
**cell [2]** 31/19 165/10
**Census [2]** 198/14
198/14
**center [11]** 110/6
116/22 116/24 116/24
117/1 117/1 175/8
175/9 179/11 179/18
231/22
**certain [6]** 21/8 73/16
76/20 110/16 113/16
292/16
**certainly [10]** 23/8
52/20 65/6 112/2
179/23 186/17 188/3
188/7 217/25 218/23
**certification [1]** 31/20

**caten [4]** 7/2 45/11 321/4
**cetera [2]** 106/18
177/22
**CGM [1]** 156/16
**Chad [1]** 38/23
**chain [1]** 17/17
**chains [1]** 16/25
**chair [1]** 315/18
**challenge [1]** 310/21
**chance [3]** 56/13 71/3
303/18
**change [3]** 32/16
225/23 226/1
**changed [2]** 79/18
173/5
**channel [1]** 246/19
**character [1]** 216/12
**characterize [4]** 71/14
97/22 135/2 154/2
**characterized [1]**
147/22
**charge [10]** 22/3 30/23
43/11 138/21 139/14
139/14 139/15 151/18
237/14 249/20
**charged [28]** 17/10
36/17 41/23 42/8 49/15
51/4 61/16 64/7 67/18
67/19 70/22 72/5
101/14 101/17 101/21
133/16 156/5 156/10
182/6 189/15 207/19
218/12 230/10 242/18
248/12 249/20 259/1
259/10
**charges [12]** 37/23
59/17 61/22 61/24 68/1
68/2 125/24 138/22
186/3 202/15 213/10
292/2
**chat [1]** 104/7
**check [8]** 23/16 181/11
186/19 190/12 190/17
198/20 275/22 300/3
**checking [1]** 190/15
**checks [1]** 167/22
**cheerleader [1]** 218/14
**chief [2]** 268/8 285/22
**child [5]** 108/12 162/8
162/9 222/12 278/13
**childcare [2]** 215/2
217/7
**children [3]** 6/2 6/3
108/16

**C**

choose [1] 43/21
chose [1] 98/23
Christmas [1] 222/13
chuckle [1] 148/3
CIA [5] 69/11 187/5
188/12 189/1 191/21
circle [4] 113/15 134/3
176/24 297/16
circuit [4] 25/13 26/21
147/18 191/14
circulated [5] 5/1 5/6
8/1 8/13 21/11
circumstances [2]
53/23 113/11
cite [1] 23/21
cited [1] 151/16
city [6] 121/25 131/2
139/1 195/14 195/15
296/24
civil [9] 36/25 74/15
74/17 74/25 226/14
253/22 257/14 274/8
278/3
claim [1] 218/18
clarification [1] 15/2
clarify [1] 216/24
clarity [1] 12/15
Clark [1] 286/24
class [1] 151/9
clean [2] 26/16 26/18
Cleanup [3] 97/12
97/14 98/7
clear [18] 4/25 7/21
8/14 11/17 29/8 65/2
65/14 92/23 98/24
99/10 112/20 149/11
204/14 214/10 240/7
261/17 290/4 296/24
clearly [1] 99/8
clerk [7] 34/9 84/25
86/5 100/2 100/10
187/16 285/22
clerk's [1] 288/24
clerked [3] 187/14
191/6 191/12
clerkship [2] 191/9
191/16
client [1] 230/9
clients [1] 96/9
Clifton [1] 85/2
close [49] 17/1 40/7
40/12 40/19 41/4 41/9
41/17 41/22 42/1 48/10
73/19 75/11 84/21
95/25 96/4 96/14
100/18 104/3 107/6
114/19 123/3 126/25
132/9 144/13 169/4
175/3 175/9 187/3
194/9 195/4 199/19
215/17 220/19 224/13
225/5 234/9 243/18
248/19 255/19 262/16
270/9 285/18 285/25
287/12 287/22
closed [6] 179/11
179/18 179/21 180/7
180/9 316/14
closely [17] 24/10 49/3
49/9 59/20 110/10
115/24 128/10 139/23
142/20 142/21 144/18
176/12 186/11 192/8
223/18 261/6 291/14
closer [1] 21/6
CNN [7] 84/3 84/8 94/4
98/21 154/22 264/1
279/22
co [3] 4/14 108/11
108/14
co-counsel [1] 4/14
co-worker [1] 108/14
co-workers [1] 108/11
Code [12] 22/2 22/4
24/8 24/16 24/18 24/25
25/12 26/7 26/10 26/24
27/5 27/17
Cohen [1] 38/21
colleagues [8] 24/20
152/5 179/17 179/21
179/24 236/16 238/25
239/6
collect [4] 33/19 35/17
45/20 46/3
collected [2] 46/6
191/24
college [4] 48/20 50/3
133/19 133/23
color [2] 6/8 237/16
colored [1] 203/6
COLUMBIA [6] 1/3
6/25 73/11 95/8 283/14
283/19
come [36] 4/5 20/8
21/17 46/10 55/8 68/1
70/25 73/2 88/19 93/17
93/19 97/18 98/22
115/25 120/13 134/9
158/20 171/22 173/24
177/7 188/3 222/20
241/6 241/21 242/9
244/4 270/14 279/10
287/5 302/21 303/22
314/16 315/5 315/9
315/18 315/23
comes [15] 21/25
112/2 116/20 132/13
167/5 167/7 181/25
183/10 190/1 198/20
209/21 209/22 235/8
243/1 317/23
comfort [1] 262/16
coming [7] 17/5 19/11
22/14 46/12 84/11
93/21 120/11
comments [2] 44/12
57/3
commission [2]
186/11 192/8
commit [1] 53/2
committed [2] 182/4
292/10
common [9] 21/25
22/6 22/15 23/5 25/11
26/17 27/18 93/24
294/14
communications [2]
130/1 318/4
community [9] 84/25
277/15 277/15 277/19
280/14 280/17 280/19
280/20 280/21
companies [2] 225/23
226/2
company [7] 40/14
48/5 51/20 139/9
164/10 275/4 286/12
compartmentalize [1]
182/25
compelled [2] 108/16
108/17
compelling [1] 211/10
complaint [6] 41/14
133/20 133/21 225/2
225/5 225/8
complete [2] 241/23
245/1
completed [1] 114/23
completely [3] 159/20
300/8 300/8
complied [1] 46/5
computer [2] 2/18
178/7
computer-aided [1]
2/18
concern [14] 15/7
17/23 18/14 24/24
49/17 123/21 128/25
163/10 164/21 184/7
200/1 203/2 206/24
211/5
concerned [18] 17/2
17/18 18/4 18/11 27/7
60/4 73/18 123/23
128/22 147/17 168/2
168/3 181/18 187/24
188/12 198/24 202/19
267/14
concerns [8] 11/6
15/18 15/22 20/5 37/9
44/16 211/8 245/23
concluded [53] 24/11
53/13 58/8 65/16 73/21
80/12 83/7 87/11 93/2
99/13 104/23 113/1
118/6 121/7 127/2
130/12 136/21 141/5
149/6 154/6 158/2
161/18 165/21 168/21
174/20 178/19 185/16
192/23 197/6 201/18
205/5 211/13 217/12
219/7 223/8 227/1
231/5 233/24 240/12
246/3 252/18 262/18
267/2 271/6 273/12
276/17 281/6 284/2
290/7 295/6 303/10
314/20 320/18
conclusion [2] 88/13
174/15
conclusions [3] 20/11
88/9 88/11
concrete [1] 203/3
conditions [3] 147/2
147/4 147/18
condo [1] 256/7
condone [1] 79/3
conduct [3] 8/16 12/5
36/19
conference [4] 1/11
4/18 110/6 110/6
confidential [2] 35/19
35/22

**C**

**configuration [1]** 177/22

**confinement [1]** 218/15

**conflict [2]** 150/8 151/8

**confronted [1]** 29/21

**confusing [3]** 22/11 27/10 210/2

**confusion [1]** 26/12

**Congrats [1]** 242/2

**Congratulations [3]** 119/22 120/6 244/23

**Congress [5]** 17/20 25/4 25/17 25/19 270/17

**congressional [1]** 186/11

**connection [6]** 37/11 68/20 131/7 179/7 202/2 257/2

**connections [2]** 189/3 189/6

**conscious [1]** 43/14

**consequences [1]** 49/5

**consider [6]** 23/18 23/22 43/13 44/24 79/7 135/21

**considered [1]** 76/19

**considering [3]** 44/20 51/6 238/16

**consistent [2]** 26/10 81/9

**consistently [1]** 229/23

**constantly [1]** 47/17

**Constitution [3]** 2/13 173/18 228/8

**consult [1]** 225/21

**consultant [1]** 224/3

**consume [5]** 84/1 117/7 167/2 198/18 234/24

**consumed [1]** 117/7

**consuming [3]** 94/5 116/8 128/14

**consumption [1]** 131/24

**contact [4]** 15/23 38/7 38/10 38/15

**contacted [5]** 12/25 15/6 15/15 15/21 17/12

**contain [2]** 28/6 45/17

**content [4]** 78/7 98/1 98/2 111/20

**context [6]** 22/2 22/20 24/18 26/24 27/14 189/24

**continue [2]** 7/15 44/4

**continued [3]** 2/1 19/5 19/6

**continues [1]** 42/23

**continuum [1]** 18/22

**contractor [4]** 97/1 196/10 198/7 198/11

**contracts [1]** 97/1

**control [1]** 171/3

**controlled [2]** 156/18 156/20

**controlling [1]** 26/23

**conversation [13]** 10/24 11/3 11/7 18/7 18/18 45/24 116/1 124/14 135/1 136/15 140/4 204/15 301/5

**conversations [4]** 15/18 19/24 131/15 202/13

**convicted [14]** 41/23 59/18 59/18 61/16 61/18 62/1 63/9 63/25 101/14 101/17 133/16 156/5 189/15 207/19

**conviction [4]** 62/4 62/17 189/18 190/24

**coo [1]** 124/15

**cool [1]** 210/15

**coordinated [1]** 280/19

**coordinator [1]** 114/10

**copy [1]** 305/10

**cord [2]** 269/9 270/18

**corner [2]** 35/6 175/10

**corporate [4]** 139/14 224/17 224/18 226/9

**correct [100]** 5/7 8/6 9/14 13/8 13/21 14/4 18/22 19/17 22/7 22/8 30/14 47/11 58/15 59/8 63/10 65/21 65/22 67/20 69/15 95/2 109/24 118/18 126/1 126/4 126/5 126/8 152/17 152/25 154/15 154/17 154/18 176/4 176/16 190/22 191/8

**contain [2]** 228/14 228/19 228/23 229/6 229/7 229/20 229/21 230/5 230/7 235/5 245/7 250/3 257/13 258/14 258/15 258/19 258/20 259/24 260/22 261/8 272/1 272/2 287/24 289/1 289/2 289/5 302/5 305/11 305/12 305/13 305/14 305/18 305/22 306/1 306/3 306/8 306/12 306/16 306/22 306/24 306/25 307/2 307/6 307/7 307/8 307/10 307/11 307/12 307/13 307/19 307/20 307/21 311/25 312/8 312/9 312/10 312/19 313/16 313/17 313/18 314/11 321/4

**correction [1]** 69/17

**correctional [1]** 41/12

**correctly [1]** 162/9

**corridor [1]** 183/4

**Costner [18]** 2/3 4/14 12/13 38/13 38/15 51/2 92/9 229/1 230/22 237/22 257/24 257/25 262/9 266/4 273/2 276/5 298/20 300/1

**could [117]** 8/19 11/23 13/7 13/8 17/6 21/4 22/4 27/15 30/9 30/15 33/3 33/23 39/7 40/3 44/15 46/3 46/25 49/10 50/24 52/1 52/11 53/3 57/21 64/20 65/15 71/14 80/4 82/3 88/23 89/20 89/21 89/23 89/24 90/2 92/6 92/16 92/17 94/6 95/4 98/7 99/10 106/7 109/7 110/10 110/13 112/12 117/8 122/12 122/17 123/20 126/23 129/17 130/20 130/24 131/16 134/9 135/2 136/18 139/10 143/8 147/11 151/8 156/13 158/20 160/10 170/11 174/14 182/11 183/3 183/4 186/3 187/25 188/12

**C [1]** 198/6 200/4 200/10 201/16 202/15 206/17 206/19 208/19 209/24 218/12 218/20 235/14 241/5 244/4 244/8 244/9 245/23 248/15 250/18 262/13 264/23 268/18 268/22 272/15 278/25 279/10 280/3 282/2 283/6 292/24 293/8 296/20 300/20 300/20 300/21 303/6 309/7 309/9 310/8 310/12 311/13 312/7 313/10

**couldn't [17]** 143/6 170/13 170/14 170/25 173/24 213/2 238/18 267/21 269/4

**counsel [77]** 4/5 4/9 4/14 5/11 5/13 5/16 7/6 16/9 25/25 26/1 26/13 29/17 31/13 38/16 49/22 52/17 53/19 56/18 56/20 58/14 63/5 65/23 77/9 83/13 90/23 93/8 96/11 120/17 120/20 125/17 129/11 137/2 152/11 153/20 158/25 161/17 162/1 165/1 166/3 168/7 168/15 169/3 173/11 174/7 175/1 178/13 191/3 193/4 196/4 197/15 204/19 211/21 216/16 217/18 219/16 222/1 223/12 225/17 230/17 231/11 233/14 234/6 238/3 252/25 261/14 262/25 266/11 266/16 267/8 273/21 283/12 284/8 287/16 288/20 290/15 293/25 309/19

**count [19]** 21/14 21/24 26/18 27/3 27/8 27/9 27/24 27/24 28/11 28/12 28/18 29/8 29/12 30/3 30/11 30/25 138/7 299/19 307/13

**country [3]** 228/8 269/6 269/7

**counts [9]** 21/15 22/7 24/17 27/3 27/5 27/12

**C**

counts... [3]  27/25
44/21 94/21
County [1]  85/3
couple [12]  14/7 28/3
67/13 131/5 133/6
159/12 193/2 224/22
229/4 229/25 256/8
256/19
course [26]  9/8 10/21
15/3 19/24 21/5 26/5
31/5 35/2 66/3 91/16
109/4 159/1 171/24
172/22 186/18 203/1
210/12 230/9 236/23
242/8 244/12 282/17
287/19 313/1 318/6
318/13
court [57]  1/3 2/12
5/12 5/15 5/23 7/3
12/20 12/21 15/8 26/10
51/22 51/22 57/3 74/19
74/20 77/1 78/23 84/25
86/5 91/14 92/19 95/11
100/2 100/10 103/5
110/18 112/11 126/7
137/14 137/16 140/3
187/16 190/21 191/7
191/10 191/12 191/12
194/12 194/14 196/20
204/2 209/4 212/4
243/1 249/23 249/23
253/23 253/24 259/9
262/1 285/22 286/1
304/2 321/3
Court's [2]  13/4
252/15
courthouse [8]  40/9
74/18 75/12 99/24
103/4 132/14 144/18
144/21
courtroom [46]  34/1
34/5 34/22 35/24 39/3
56/15 81/19 84/17
88/19 94/8 109/5
120/11 134/9 146/7
146/8 149/14 157/11
163/17 164/20 171/22
172/2 173/9 181/24
182/13 193/23 202/25
207/5 208/17 214/12
218/22 228/18 232/22
235/18 255/14 265/2

268/20 272/7 272/8
279/3 282/9 296/11
304/10 316/23 318/9
318/22 319/19
Courts [1]  2/12
cousin [7]  194/11
194/18 196/20 213/17
220/24 221/1 270/17
cousin's [2]  222/12
270/10
cousins [1]  75/15
cover [3]  123/2 234/21
238/23
coverage [9]  44/5
54/13 54/14 54/15
57/20 84/2 91/11 128/7
186/10
covered [5]  6/3 7/12
199/18 218/1 287/13
covering [1]  176/11
covers [3]  28/22 54/19
78/6
COVID [2]  83/22 180/7
cr [1]  26/21
Craig [4]  16/13 38/19
292/17 294/8
crazy [1]  251/19
CRC [1]  2/11
creating [2]  25/1 26/5
credential [1]  192/2
crime [29]  41/23 42/2
42/8 61/16 61/19 61/20
72/5 101/14 103/19
108/7 125/10 133/16
145/8 156/5 176/25
182/4 189/15 207/19
215/18 242/19 242/22
248/12 248/20 256/3
263/3 278/11 278/12
292/9 297/17
crimes [7]  51/4 53/2
72/1 182/5 248/7 259/2
261/18
criminal [54]  1/5 1/18
4/3 34/6 36/16 40/5
41/10 43/5 61/11 69/4
74/15 74/22 75/20
84/22 96/15 96/16
123/13 137/24 138/1
143/19 144/6 145/1
145/4 145/20 150/5
152/23 154/3 189/1
191/13 191/16 191/18
192/3 224/24 226/15

226/1 238/12 254/20
254/23 255/2 255/21
255/24 257/15 257/16
257/17 260/20 270/6
274/9 277/4 278/3
278/5 286/5 286/13
287/12 318/8
criminally [2]  68/6
70/22
critical [3]  189/25
240/21 317/20
CRM [1]  1/15
Crooked [1]  109/19
cross [4]  17/9 20/4
20/12 300/3
cross-check [1]  300/3
cross-examination [1]
17/9
crossed [1]  182/9
crowd [2]  71/14
247/16
crux [1]  13/2
Cruz [1]  116/23
crystal [1]  296/24
Cua [3]  23/3 24/6
24/12
curfew [2]  291/9
291/10
curious [2]  236/19
300/24
current [27]  9/14 9/20
68/21 88/6 96/14
113/16 133/12 150/11
150/24 151/4 153/7
154/1 154/3 161/1
188/10 188/11 188/13
188/22 190/5 191/20
193/14 211/24 254/22
257/2 275/10 275/11
312/13
currently [15]  42/15
102/19 110/5 120/4
128/11 133/11 153/23
167/2 167/15 198/15
224/2 232/6 234/10
293/18 293/22
Curtice [1]  38/23
custody [1]  215/4
Cyberspace [1]  114/9
cycle [1]  296/2

**D**

D.C [58]  6/20 15/21
18/8 19/8 47/17 49/3

61/3 61/7
62/18 66/23 72/9 72/13
74/13 74/18 80/25 91/6
91/7 95/10 103/2
107/17 109/23 116/13
116/13 116/19 116/23
118/22 118/25 119/5
124/17 129/20 142/22
143/17 145/11 160/14
167/17 186/8 190/16
237/3 253/11 253/23
256/8 259/16 259/20
259/23 260/5 260/8
261/4 261/7 265/10
265/15 270/10 272/20
285/14 288/7 288/11
298/16
D.C. [3]  25/13 26/21
147/18
D.C. Circuit [3]  25/13
26/21 147/18
dad [5]  107/15 107/17
199/15 215/10 215/13
dad's [1]  199/25
daily [7]  72/18 72/20
76/7 78/4 78/9 78/10
284/14
Dakota [1]  122/25
Dallas [2]  194/17
195/10
dance [1]  201/15
dangerous [1]  28/14
DaSilva [6]  24/5 24/13
24/17 25/24 26/15
26/21
data [1]  50/2
date [3]  17/13 153/5
321/9
dated [1]  13/17
daughter [4]  100/21
113/15 221/1 222/11
daughter's [1]  113/14
DAVID [7]  1/8 4/4 4/14
34/7 36/17 38/8 317/4
David Joseph Geitzen
[1]  4/14
day [85]  13/19 49/5
49/12 50/8 50/17 66/11
68/11 71/1 73/17 76/1
76/15 76/20 84/1 88/2
88/3 88/10 106/1
119/19 131/12 131/13
134/4 136/16 141/21
141/22 142/9 160/1

**D**

day... **[59]** 163/9 164/3 164/5 164/11 166/25 167/3 167/11 169/25 170/7 170/8 171/2 171/11 171/20 172/6 173/4 173/19 175/15 175/22 176/3 176/7 177/20 177/20 179/11 179/15 179/21 181/23 182/3 183/7 190/15 195/25 202/5 202/7 203/7 213/7 214/15 219/22 221/22 222/15 222/16 232/16 242/22 243/22 244/2 247/24 277/17 280/18 291/4 291/5 291/7 291/22 292/8 292/10 295/19 295/20 296/2 296/3 296/23 296/24 317/11

**days [2]** 139/17 159/7

**DC [4]** 1/7 1/16 1/19 2/13

**dcd.uscourts.gov [1]** 2/14

**deadly [1]** 28/13

**deal [1]** 265/25

**dealing [2]** 23/17 135/8

**dear [1]** 6/12

**death [2]** 101/23 218/13

**deceased [2]** 85/19 195/10

**decide [19]** 53/9 164/19 200/16 214/11 218/21 235/17 244/5 250/2 255/13 265/1 268/19 272/6 279/2 279/11 280/3 282/8 287/7 296/10 317/22

**decided [4]** 22/18 22/19 30/8 133/21

**deciding [2]** 11/15 185/2

**decipher [1]** 214/4

**decision [14]** 43/8 77/23 190/2 228/11 228/11 228/16 247/24 247/24 250/15 250/16 250/23 251/3 252/14 252/14

**decisions [3]** 112/3

**declined [2]** 23/23 115/10

**deeply [1]** 319/4

**defendant [76]** 1/9 2/3 7/8 11/19 12/8 16/23 18/23 20/3 28/25 36/17 37/24 38/8 42/8 42/17 42/20 42/22 42/24 43/4 43/4 43/6 44/21 49/22 49/25 57/9 99/7 110/17 126/3 126/9 126/16 130/10 141/1 143/11 161/6 168/19 184/12 185/6 190/20 195/1 199/11 202/16 218/2 218/4 218/14 231/3 233/22 242/18 243/6 245/16 248/11 249/25 262/15 264/5 272/1 276/15 289/9 289/13 301/10 301/17 302/20 304/23 305/7 305/8 305/9 305/16 309/14 310/25 311/4 311/10 312/2 312/3 312/4 312/5 312/6 312/18 317/3 318/12

**defendant's [7]** 7/20 8/9 11/9 26/8 28/24 31/19 171/25

**defendants [9]** 7/23 73/16 106/4 186/13 203/8 204/15 239/25 259/1 298/14

**defender [1]** 123/17

**Defender's [1]** 41/11

**DEFENDERS [3]** 2/3 2/6 38/13

**defense [35]** 7/11 7/13 9/2 18/24 18/24 19/13 19/16 20/12 20/24 23/17 23/21 23/25 25/25 42/5 52/16 54/25 56/20 61/11 63/5 86/2 96/15 117/15 120/20 121/3 161/15 187/15 237/16 255/24 266/7 266/8 283/10 287/16 293/25 294/19 294/23

**defense's [1]** 320/13

**defer [1]** 21/4

**deferring [1]** 229/2

**define [1]** 27/13

**defined [1]** 41/6

**definitely [13]** 110/12 124/22 125/5 135/4 207/9 207/15 209/3 209/23 209/24 236/18 243/4 250/21 251/2

**definition [20]** 21/13 21/24 22/6 22/15 23/5 23/11 24/8 24/18 24/25 26/3 26/7 26/11 26/17 26/24 27/5 27/11 27/14 27/17 27/21 27/24

**definitions [2]** 22/10 27/8

**degree [2]** 104/2 178/7

**Delaware [4]** 85/2 85/14 187/17 191/7

**delayed [1]** 63/17

**deliberately [1]** 183/5

**deliberating [1]** 137/17

**deliberations [2]** 43/12 185/14

**delivered [1]** 164/10

**demanding [1]** 210/17

**demeanor [2]** 79/18 174/14

**democracy [4]** 218/17 218/17 228/8 229/19

**democratic [1]** 116/22

**demonstrate [2]** 10/17 98/22

**demonstrates [1]** 11/13

**department [27]** 38/2 38/22 38/23 40/15 40/22 40/24 40/24 98/3 114/7 114/14 150/6 152/1 160/24 189/11 221/1 221/2 234/21 254/20 258/10 260/25 261/3 261/6 262/14 270/12 270/13 272/18 280/17

**Department's [1]** 98/8

**dependent [2]** 156/15 296/4

**depending [1]** 300/18

**depends [1]** 296/1

**deposition [3]** 212/2 216/23 217/5

**depth [1]** 244/1

**deputies [1]** 144/19

**deputy [2]** 34/8 285/22

**describe [48]** 47/13 48/11 59/14 74/8 83/25 84/22 86/24 88/1 93/15 94/1 94/14 95/4 96/1 99/25 100/19 101/15 105/9 107/14 108/7 118/19 123/6 124/12 127/16 128/4 131/21 137/22 138/18 141/16 142/11 150/17 154/19 156/7 156/14 162/18 166/6 176/8 176/25 196/8 198/5 219/20 220/9 220/22 233/5 242/6 248/20 270/7 305/2 318/11

**described [3]** 89/12 140/8 232/24

**description [2]** 102/10 110/18

**descriptions [1]** 183/8

**deserve [1]** 72/6

**design [1]** 129/24

**designed [2]** 35/10 268/16

**desk [2]** 133/9 135/5

**despite [1]** 139/9

**destroyed [1]** 252/1

**destroying [2]** 251/21 251/25

**detail [4]** 116/5 180/12 223/18 317/21

**detailed [6]** 257/5 257/12 260/24 261/2 262/14 318/17

**details [2]** 59/20 181/6

**detective [2]** 195/10 195/12

**detention [1]** 260/20

**determination [1]** 80/1

**determinations [1]** 10/1

**determine [4]** 17/6 18/11 44/22 45/1

**developed [2]** 5/24 280/20

**developing [1]** 129/21

**development [2]** 97/2 132/4

**diabetic [1]** 156/16

**dial [1]** 316/16

**dice [1]** 138/11

**dicta [5]** 22/4 22/5 22/21 24/15 24/16

**D**

**did [120]** 12/21 15/25 16/4 16/23 18/3 19/2 22/2 23/21 23/22 49/4 49/11 50/1 50/2 52/21 52/22 53/8 53/25 61/3 61/10 66/13 66/14 69/24 70/9 70/10 71/3 75/4 80/19 86/6 86/7 86/15 88/4 88/9 89/11 89/21 89/22 90/6 90/14 95/15 98/5 102/1 103/12 103/14 106/2 112/19 114/20 115/9 119/14 119/18 124/9 125/15 133/3 133/4 133/7 133/16 134/19 135/12 135/13 137/20 139/16 141/22 142/3 144/15 145/8 164/4 166/8 169/25 172/21 172/23 173/3 175/15 175/21 177/5 177/7 178/4 187/9 187/16 191/23 193/16 195/22 199/15 202/6 202/9 207/25 208/5 210/7 212/7 214/17 214/23 215/24 217/23 232/14 237/15 238/3 243/23 254/18 258/21 259/14 259/16 263/11 263/17 266/6 266/16 269/16 270/13 274/1 274/1 278/17 280/14 281/12 286/18 287/25 291/16 291/19 292/15 293/17 293/21 298/5 302/6 303/19 308/23

**didn't [53]** 14/17 16/4 16/22 19/1 20/4 22/19 23/8 23/13 23/18 26/5 63/25 65/14 75/25 80/9 81/6 86/10 114/23 117/24 128/9 134/1 142/16 143/10 156/24 159/15 160/7 162/8 162/22 163/6 163/7 166/11 171/1 171/6 173/22 175/8 181/11 207/9 211/10 214/3 227/20 237/13 238/6 251/20 251/24 256/17 256/23 256/24 256/24

269/9 271/12 308/24
**died [2]** 162/9 174/12
**difference [2]** 65/1 240/8
**different [25]** 16/20 23/9 24/5 24/9 27/8 29/7 29/22 30/10 54/8 57/9 66/2 68/10 78/10 93/19 116/2 148/14 162/14 165/10 174/14 209/6 215/8 217/20 226/15 239/10 294/11
**difficult [18]** 29/4 39/18 45/13 50/19 51/5 62/10 65/6 73/12 78/25 86/24 121/17 149/25 206/17 239/13 274/24 292/6 292/11 298/25
**difficulty [6]** 43/2 43/8 43/16 44/1 45/3 206/11
**dig [1]** 125/7
**digested [1]** 111/24
**digit [1]** 315/17
**digital [2]** 114/10 114/10
**digits [3]** 35/6 35/7 35/8
**dire [18]** 1/11 3/3 4/23 5/1 5/6 6/6 7/8 7/12 7/13 7/18 7/20 7/21 7/24 8/16 8/17 8/25 302/23 313/2
**direct [9]** 17/9 37/11 131/7 179/7 189/1 189/2 191/18 202/1 213/17
**directed [1]** 65/13
**direction [4]** 164/19 235/15 236/22 243/4
**directions [2]** 218/24 262/1
**directly [4]** 6/18 203/5 236/8 242/10
**disagree [3]** 99/7 99/8 307/24
**disagreement [1]** 108/14
**disagrees [2]** 43/22 52/25
**disbelief [1]** 269/14
**disbelieve [2]** 42/12 269/22
**discuss [8]** 9/9 12/2

310/13 318/19 320/10
**discussed [5]** 62/17 188/21 216/3 308/9 317/21
**discussing [2]** 41/21 317/18
**discussion [107]** 15/7 23/13 33/6 35/19 47/1 51/3 53/13 58/8 58/11 65/16 65/19 73/21 73/24 80/12 80/15 83/7 83/10 87/11 87/14 92/8 93/2 93/5 99/13 99/16 104/23 105/1 113/1 113/4 118/6 118/9 121/7 121/10 127/2 127/10 130/12 130/14 136/21 136/24 141/5 141/8 149/6 149/9 154/6 154/10 158/2 158/22 161/18 161/21 165/21 165/24 168/21 174/20 174/23 178/19 185/16 185/19 192/23 193/1 197/6 197/9 200/21 201/18 201/21 205/5 205/8 211/13 211/16 217/12 217/15 219/7 219/10 223/6 223/9 227/1 227/4 231/5 231/8 233/24 234/2 240/12 241/8 246/3 246/6 252/18 252/21 262/18 262/21 267/2 267/5 271/6 271/9 273/12 273/15 276/17 276/20 281/6 281/9 284/2 284/5 290/7 290/10 295/6 295/9 303/10 304/4 304/13 314/20
**discussions [2]** 31/5 315/12
**disdain [1]** 125/5
**disfavor [2]** 41/19 199/21
**dislikes [1]** 43/23
**disorder [1]** 36/25
**dispatched [1]** 243/22
**dispute [2]** 42/23 225/6
**disputes [1]** 11/23
**Disrespectful [1]**

310/13 318/7 320/1
**distance [1]** 247/8
**district [28]** 1/3 1/3 1/12 2/12 5/25 6/24 40/22 41/2 73/11 84/24 86/5 95/7 157/5 187/14 187/16 191/6 191/10 191/12 212/2 278/2 278/2 283/13 285/25 286/1 288/4 288/6 288/9 288/10
**district court [1]** 187/14
**diversion [2]** 277/11 277/11
**diverted [1]** 151/18
**division [8]** 150/5 152/23 154/3 155/20 257/15 257/15 257/16 257/17
**divorce [3]** 216/11 217/2 217/6
**divorced [3]** 70/5 212/4 216/13
**do [393]**
**doctor [1]** 131/3
**doctor's [1]** 136/11
**document [2]** 11/5 13/7 13/24
**documents [2]** 57/3 236/12
**Dodson [2]** 16/12 38/19
**does [72]** 5/9 7/7 8/22 12/3 12/8 24/15 33/11 36/12 40/17 41/3 42/20 43/23 44/24 75/20 81/22 94/1 96/5 97/18 99/3 100/4 100/5 101/1 104/8 104/9 104/12 113/23 123/10 126/16 132/16 132/18 151/10 155/16 155/18 159/21 169/14 170/6 170/8 172/25 181/17 189/9 199/10 219/25 224/19 227/24 242/24 245/5 247/6 247/9 252/4 254/22 255/21 265/5 269/12 270/11 271/1 276/3 280/7 282/15 286/16 288/8 288/15 288/16 294/23 295/3 298/18 299/25 301/8

**D**

**does... [5]** 301/10 302/13 307/23 308/12 311/4

**doesn't [18]** 5/5 6/19 21/18 29/9 49/7 65/3 65/5 65/7 77/17 78/7 112/23 136/17 182/4 218/7 239/20 290/3 295/22 318/4

**dog [2]** 267/21 269/4

**doing [32]** 18/7 47/14 76/17 81/24 81/25 82/16 107/6 119/10 127/5 139/4 139/6 144/23 148/11 158/5 159/7 161/23 173/3 191/13 197/13 205/9 205/10 207/5 209/11 209/12 210/16 241/10 241/12 254/20 257/6 268/11 279/21 319/8

**DOJ [7]** 1/15 152/14 154/1 192/2 212/6 257/5 257/11

**DOJ-CRM [1]** 1/15

**domestic [2]** 263/6 266/6

**don't [177]** 5/18 8/10 10/6 15/9 17/20 18/9 20/10 23/7 25/12 28/6 32/12 35/14 35/14 35/16 46/19 47/18 49/20 49/22 50/16 50/22 51/7 51/17 53/21 54/22 58/4 60/1 60/7 61/21 61/22 61/24 62/12 62/14 62/22 63/16 63/22 63/23 64/1 64/3 64/4 64/4 67/8 67/8 70/14 71/9 76/19 77/9 79/3 80/5 84/3 84/18 86/10 86/23 88/13 89/6 89/9 89/14 90/4 90/19 94/22 97/3 99/6 99/7 104/12 106/12 110/12 110/16 112/15 113/25 114/23 116/4 117/12 121/15 122/13 123/25 125/2 126/19 129/2 130/19 136/11 137/5 138/12 142/10 143/7 143/10 146/13 148/1 154/1

160/3 163/11 163/13 163/20 164/23 167/8 176/14 179/22 181/6 181/8 182/22 183/1 183/7 184/17 184/20 185/11 185/12 185/25 186/22 186/25 189/5 190/19 192/4 194/15 194/25 197/17 201/5 206/7 206/8 206/18 208/11 210/7 210/18 211/3 211/8 215/12 217/3 218/8 219/22 220/1 221/18 223/21 223/21 224/8 225/10 233/1 233/10 234/18 236/7 236/8 236/17 241/22 247/25 253/7 259/14 263/23 264/20 267/11 268/25 269/24 271/25 273/23 274/20 275/6 279/20 279/25 281/21 284/20 286/9 286/22 287/16 288/6 290/5 291/17 293/17 293/22 296/2 298/15 303/5 310/17 310/22 311/15 316/15 316/21 318/14 319/7 320/7

**Donald [2]** 98/13 148/12

**Donaldson [1]** 155/21

**done [15]** 27/20 73/3 85/16 93/15 102/24 131/21 137/17 154/20 240/16 245/5 275/13 275/15 300/20 303/6 303/17

**Doss [6]** 16/11 16/18 17/8 18/5 19/3 38/20

**doubt [7]** 42/19 42/25 77/4 125/25 249/20 255/7 261/22

**down [76]** 37/7 37/17 46/18 46/19 46/22 46/23 52/10 57/16 64/15 73/5 79/10 83/2 87/5 92/1 98/17 104/18 106/23 112/6 117/19 120/24 126/15 130/7 136/4 137/24 140/23 148/24 153/19 155/15 157/21 161/11 165/14

170/16 173/22 174/6 174/13 178/12 181/25 183/13 183/23 187/1 192/18 197/1 201/11 204/24 209/21 209/22 211/2 216/20 219/5 223/1 226/21 230/21 233/19 236/11 239/17 245/14 252/9 262/8 266/21 270/25 273/7 276/10 281/1 283/22 289/17 291/7 294/18 299/11 300/3 300/5 305/2 305/3 308/20

**downtown [4]** 132/13 140/3 247/8 247/9

**draft [1]** 21/11

**drafted [1]** 119/21

**draw [4]** 20/10 43/7 64/25 65/1

**drew [1]** 88/13

**driver [1]** 164/1

**drug [3]** 237/3 237/14 245/3

**drugs [1]** 95/8

**due [5]** 68/18 69/23 170/15 249/1 320/4

**DUI [1]** 156/10

**Duran [14]** 22/1 22/20 23/9 23/10 23/14 24/1 24/8 24/10 24/14 24/15 24/24 25/10 26/22 27/3

**during [18]** 9/21 19/6 32/17 34/23 36/25 37/5 38/18 121/20 184/6 190/15 198/13 238/18 244/2 245/5 291/6 293/21 299/7 315/12

**duties [2]** 177/19 244/25

**duty [3]** 43/24 140/3 274/2

**E**

**each [21]** 5/24 34/12 34/12 36/20 42/18 45/21 57/4 185/2 221/19 249/20 253/8 267/11 304/15 304/17 304/19 305/4 309/17 309/18 309/25 310/14 317/1

**ear [1]** 210/12

**earlier [6]** 24/4 92/23 164/17 229/9 247/19 317/11

**early [4]** 13/16 14/20 15/17 197/20

**easiest [1]** 46/22

**easily [1]** 36/9

**Eastern [2]** 212/2 213/1

**easy [4]** 92/25 113/9 136/13 310/1

**edification [1]** 154/13

**education [2]** 100/22 212/17

**effectively [1]** 133/9

**effort [1]** 91/19

**eggs [2]** 108/3 108/3

**eight [6]** 100/11 258/6 260/12 288/3 304/8 306/21

**eight-plus [1]** 288/3

**Eighteen [2]** 99/21 277/2

**either [32]** 5/14 13/7 21/13 34/19 61/11 75/20 95/16 160/7 167/3 170/7 185/12 186/16 188/22 208/25 221/3 235/10 243/19 243/23 255/6 255/17 255/23 257/19 267/13 283/6 287/6 292/24 298/12 298/13 300/5 300/22 305/11 310/10

**election [7]** 82/6 148/12 199/9 218/6 218/9 293/12 297/13

**electric [1]** 82/19

**electrical [1]** 178/7

**elects [1]** 43/6

**element [1]** 42/18

**elementary [1]** 113/17

**elements [3]** 19/16 30/22 49/15

**Eleven [1]** 205/17

**elicited [1]** 6/16

**eliminate [1]** 26/11

**Elizabeth [7]** 1/14 4/7 4/11 38/3 38/5 51/12 67/12

**Elm [1]** 2/7

**else [27]** 31/4 35/25 39/2 44/13 52/8 60/23 60/24 63/17 69/8 75/18

# E

**else...** **[17]** 100/5 115/1
115/13 149/13 202/18
208/6 209/5 209/19
215/25 257/9 270/13
298/6 314/17 315/2
315/4 315/8 320/10
**elsewhere** **[1]** 62/18
**email** **[2]** 5/3 318/1
**embassies** **[1]** 144/4
**embassy** **[1]** 144/5
**emotion** **[5]** 51/25
52/19 65/2 89/11
135/12
**emotional** **[3]** 50/7
64/23 89/8
**emotions** **[8]** 50/8
50/14 51/6 53/3 53/8
92/11 129/8 268/25
**employed** **[24]** 40/8
40/12 42/15 48/11
60/10 60/19 60/21 61/2
61/2 61/6 96/1 99/23
102/19 110/4 133/11
153/23 160/20 167/19
179/10 195/5 233/4
234/10 255/17 285/18
**employee** **[6]** 154/3
187/2 187/20 188/11
257/11 275/24
**employees** **[2]** 69/15
188/25
**employer** **[1]** 178/8
**employment** **[10]** 69/3
96/23 133/12 161/1
180/2 180/4 188/14
188/22 190/5 272/18
**encompass** **[1]** 318/2
**encompassed** **[1]**
150/4
**encompasses** **[1]**
28/19
**end** **[12]** 7/2 14/23
18/14 18/18 21/7 28/1
35/17 116/13 133/18
247/23 300/19 300/21
**ended** **[6]** 139/2
180/11 180/13 212/7
225/9 278/6
**ending** **[1]** 303/16
**ends** **[1]** 248/17
**Enemies** **[1]** 97/12
**energy** **[2]** 51/19
286/11

**enforcement** **[49]**
36/24 40/13 40/14
40/20 40/23 41/6 41/15
41/18 41/19 42/10
42/12 42/13 48/22 69/4
100/18 107/13 107/16
107/21 109/2 115/5
115/13 144/14 144/14
151/1 189/3 195/5
196/18 199/20 199/21
213/16 214/24 220/20
225/3 243/15 254/10
254/12 258/3 258/5
258/10 258/16 269/15
269/15 269/20 269/22
269/23 270/6 274/19
277/4 298/5
**enforcement-related**
**[1]** 144/14
**engage** **[1]** 49/11
**engaged** **[1]** 37/3
**engineer** **[1]** 177/17
**engineering** **[1]** 178/7
**English** **[1]** 39/19
**enough** **[20]** 20/15
24/3 53/10 88/14 89/6
107/6 126/24 126/25
127/8 158/6 175/9
183/8 211/11 217/8
290/25 292/23 296/25
301/2 301/6 311/14
**ensure** **[4]** 5/15 46/1
56/10 126/9
**entails** **[1]** 153/7
**enter** **[1]** 56/14
**entered** **[2]** 36/25 90/1
**entering** **[1]** 28/12
**entire** **[4]** 14/11 60/21
258/4 290/5
**entirely** **[1]** 36/7
**entitled** **[4]** 34/6 171/9
289/9 321/5
**entity** **[2]** 195/19
195/20
**entry** **[1]** 50/3
**episode** **[1]** 177/10
**equal** **[1]** 183/13
**erased** **[1]** 87/20
**Eriksen** **[4]** 1/14 4/8
38/3 51/12
**err** **[1]** 53/11
**ES** **[1]** 246/18
**especially** **[12]** 20/3
36/3 46/16 73/12 76/17

108/22 176/4 177/10
181/2 209/19 209/22
209/23
**ESPN** **[1]** 246/18
**essentially** **[2]** 23/11
295/1
**establishing** **[1]** 18/20
**estimate** **[1]** 44/14
**et** **[2]** 106/18 177/22
**et cetera** **[2]** 106/18
177/22
**evaluation** **[1]** 71/1
**evasive** **[2]** 79/19
98/23
**even** **[29]** 10/20 11/12
14/11 14/13 14/15
19/23 22/5 24/12 25/9
25/14 43/22 56/11
76/23 76/25 88/22 90/2
90/19 90/20 99/9
106/10 110/9 116/18
138/12 154/2 193/16
207/10 248/5 267/25
282/5
**evening** **[4]** 151/8
241/2 319/14 320/11
**event** **[6]** 22/5 73/19
135/10 182/24 186/21
229/10
**events** **[83]** 6/8 10/16
10/17 37/9 37/12 37/13
37/15 47/10 54/9 59/13
66/5 67/1 68/11 70/10
73/10 75/24 81/5 83/24
88/2 88/6 90/9 91/9
93/11 94/19 105/7
115/18 115/24 119/13
122/2 128/3 131/7
131/20 134/5 141/15
141/20 143/4 150/15
154/17 159/15 160/1
162/17 166/24 167/3
169/21 175/16 176/6
179/8 180/20 186/1
186/9 192/6 193/7
193/14 198/4 198/23
202/2 202/7 203/7
203/12 217/25 218/25
219/19 221/22 222/17
223/16 229/5 229/18
232/3 232/16 235/2
242/5 246/15 253/5
267/18 268/1 268/17
271/17 279/19 284/11

**ever** **[36]** 37/20 40/7
40/12 41/10 41/14
41/22 42/2 47/23 48/10
48/21 55/20 60/10
61/10 61/11 61/15
74/21 86/7 86/15
118/18 143/18 143/21
159/2 166/12 166/13
187/12 194/18 195/22
207/18 212/22 215/17
215/22 224/24 227/9
257/3 259/7 259/14
**every** **[24]** 43/4 43/11
49/8 91/19 104/6 108/3
143/17 164/3 164/5
164/11 167/23 183/10
189/25 213/7 219/22
242/9 249/20 291/12
295/19 295/20 303/16
318/2 318/3 318/25
**everybody** **[9]** 69/23
88/7 127/7 171/9
171/13 206/21 209/25
308/5 313/21
**everybody's** **[1]** 68/18
**everyone** **[52]** 4/15
11/24 20/15 33/11
33/19 34/3 34/17 46/8
52/8 74/4 80/19 87/17
99/19 105/4 113/7
118/12 121/13 127/4
127/8 128/7 130/17
149/10 149/15 158/3
158/12 158/19 178/24
182/23 185/22 201/24
205/14 227/7 240/19
241/14 244/12 246/9
247/18 271/12 276/24
281/12 295/13 299/22
302/13 305/12 309/12
314/16 315/2 315/4
315/7 315/8 315/11
316/19
**everyone's** **[5]** 46/4
46/15 240/18 320/4
320/8
**everything** **[11]** 66/13
68/17 123/2 125/13
126/23 184/3 208/6
210/16 243/2 284/15
292/7
**everywhere** **[2]** 128/17

**everywhere... [1]** 162/21
**evidence [93]** 10/4 10/5 10/11 10/20 10/21 11/8 11/12 11/14 11/18 12/22 12/24 13/3 16/5 29/3 31/24 34/21 40/3 42/21 44/20 49/19 51/8 60/6 62/25 76/25 77/1 77/4 77/22 80/1 81/18 84/16 89/2 91/17 91/18 94/8 106/10 109/6 110/11 110/14 122/9 125/12 126/3 126/4 128/23 135/20 146/7 146/7 157/11 163/17 182/8 182/13 182/14 184/5 185/13 188/8 200/17 200/22 202/24 202/24 208/16 208/20 213/25 214/4 214/11 228/17 228/21 232/21 235/18 237/5 238/17 238/17 243/1 244/6 244/16 250/2 250/25 255/14 257/21 262/1 265/2 278/10 278/14 279/3 279/6 279/6 279/11 282/9 287/8 296/11 296/16 296/21 317/5 317/15 317/23
**evidence-based [2]** 279/6 279/6
**evident [1]** 248/2
**evidentiary [1]** 9/10
**ex [2]** 69/9 69/24
**ex-wife [2]** 69/9 69/24
**exact [3]** 61/22 61/24 158/14
**exactly [14]** 17/25 18/9 60/20 61/21 63/17 66/24 69/1 70/8 158/14 195/21 203/21 206/24 221/11 247/8
**examination [1]** 17/9
**examiner [1]** 31/21
**example [5]** 23/2 40/14 116/25 227/24 267/13
**exchange [3]** 14/7 14/11 18/18
**exchanges [1]** 14/3
**exclude [13]** 19/20

20/13 153/24 154/4 174/19 201/17 211/11 246/1 252/16 262/17 295/5 299/13 299/17
**excluded [15]** 58/7 112/24 205/4 305/11 305/12 305/16 305/17 305/21 305/25 306/4 306/7 306/11 306/15 306/20 306/24
**excluding [5]** 53/11 140/24 201/12 201/14 204/25
**exclusively [1]** 112/3
**excuse [6]** 136/19 217/11 276/16 306/25 314/16 315/4
**excused [3]** 185/7 230/24 319/14
**executive [1]** 262/14
**exercise [4]** 310/25 311/4 312/14 313/3
**exercised [13]** 300/7 304/21 304/23 309/12 309/13 309/14 310/10 311/7 311/9 312/16 312/17 312/18 312/24
**exercising [3]** 310/7 311/12 313/12
**exes [1]** 69/25
**exhibit [6]** 10/1 10/3 10/8 10/14 10/20 10/24
**exhibits [3]** 11/20 13/3 39/13
**exited [3]** 34/1 316/23 319/19
**exonerated [1]** 139/11
**expand [1]** 29/15
**expect [1]** 158/12
**expecting [1]** 179/3
**expedite [1]** 239/13
**experience [36]** 6/24 6/25 39/23 62/9 62/24 69/20 74/25 75/5 85/4 95/5 100/13 102/4 108/20 109/3 137/22 138/9 146/3 162/11 189/20 192/12 199/19 199/24 199/25 203/25 204/5 204/7 208/8 216/1 220/13 225/13 237/15 249/5 254/5 256/14 263/20 298/12
**experiences [6]** 41/17

80/16 96/5 95/17 96/22 256/10
**explain [12]** 53/23 54/10 58/22 66/8 82/4 149/14 150/1 159/3 162/4 241/18 242/20 254/11
**explained [1]** 188/21
**explaining [1]** 239/13
**exposed [1]** 181/1
**exposure [1]** 226/16
**express [1]** 206/19
**expressing [2]** 43/16 206/11
**expressions [1]** 174/13
**expunged [1]** 156/10
**extend [1]** 23/23
**extensively [2]** 134/21 134/22
**extent [6]** 15/11 19/22 59/21 63/24 127/22 187/23
**exterior [5]** 45/9 53/22 113/11 200/8 297/7
**external [1]** 317/24
**extracted [1]** 31/19
**extradition [1]** 153/10
**extremely [5]** 16/5 39/6 137/6 197/18 240/24
**eye [1]** 195/11
**eyesight [1]** 39/11

**F**

**face [2]** 49/5 135/7
**faced [1]** 39/8
**FaceTime [1]** 104/7
**facial [1]** 174/13
**facilities [1]** 245/7
**facility [2]** 41/12 70/19
**fact [21]** 14/15 15/25 16/6 19/10 20/7 24/15 27/20 42/22 124/24 130/21 139/9 150/5 153/24 170/15 213/14 236/21 256/25 269/4 290/2 296/18 318/13
**factors [1]** 44/25
**facts [31]** 43/20 51/23 53/9 55/10 56/8 56/13 65/3 77/18 79/4 79/7 92/18 106/9 163/17 164/20 164/21 185/3

98/23 190/2 206/23 209/14 209/7 209/18 210/5 214/12 218/21 228/10 229/15 244/16 268/20 272/7 279/11 282/9
**fair [68]** 6/15 9/12 20/3 20/12 24/3 32/10 35/1 37/24 46/1 49/18 56/15 58/4 60/5 62/10 64/10 64/20 68/16 68/18 68/25 69/23 72/6 76/10 79/1 81/18 94/7 106/7 110/10 112/22 126/10 135/24 143/8 145/19 145/20 149/20 150/23 152/24 162/12 163/10 163/13 164/18 164/24 167/13 168/3 170/9 170/11 176/15 181/20 201/16 202/16 202/20 213/11 228/22 230/3 234/25 240/1 240/10 248/17 255/8 261/25 267/15 280/4 281/22 286/6 289/10 289/10 289/13 292/3 309/1
**fairly [24]** 28/19 39/24 42/6 45/13 51/23 51/25 53/5 59/1 74/7 91/18 121/17 148/12 149/25 191/9 208/25 209/3 217/22 238/25 251/3 288/13 289/6 291/13 292/16 298/25
**faithfully [1]** 25/14
**falsely [3]** 124/1 125/5 125/8
**familiar [3]** 138/25 184/7 292/17
**family [79]** 17/1 17/1 28/17 28/21 29/9 30/4 30/5 30/16 30/19 30/21 31/1 32/8 37/18 40/6 40/7 40/11 40/18 41/4 41/9 41/16 41/21 42/1 42/14 48/10 58/19 60/9 60/18 61/15 69/6 69/20 75/11 84/21 95/25 96/13 99/22 100/18 104/7 106/17 107/12 107/16 107/21 108/12 109/2 114/18 123/3 132/18 144/13 155/12 156/4 169/4 172/21

**F**

**family... [28]** 174/11 188/23 189/14 194/8 195/4 199/19 207/17 213/16 215/16 220/18 222/11 222/14 224/13 224/23 225/5 243/14 247/1 248/19 249/1 255/17 263/2 270/5 274/19 277/3 278/16 284/24 285/18 297/17
**Fannie [2]** 268/10 268/13
**fantastic [1]** 120/3
**far [12]** 8/24 20/20 36/13 82/6 106/23 113/23 182/2 242/10 268/4 302/14 306/21 311/11
**fatality [1]** 162/8
**father [18]** 61/18 62/9 62/18 63/9 69/11 96/3 96/5 114/21 162/8 189/17 190/24 196/22 199/4 224/16 224/17 225/5 226/8 226/10
**father's [4]** 60/16 64/22 222/15 222/16
**favor [17]** 41/19 69/19 88/19 102/5 107/23 108/21 150/10 157/3 199/11 199/12 199/12 199/20 200/1 200/5 200/24 213/20 213/23
**favorable [1]** 200/23
**FBI [13]** 16/20 17/2 38/18 38/19 38/20 40/16 40/23 189/2 191/21 192/1 257/3 259/24 260/24
**FBI's [1]** 17/3
**fear [2]** 124/16 170/8
**February [1]** 95/7
**federal [40]** 2/3 2/6 36/18 38/13 40/13 40/22 62/21 64/2 64/7 65/3 65/6 65/9 65/13 95/12 96/25 107/20 115/7 116/3 138/22 139/23 140/3 143/22 187/2 187/20 191/10 191/11 191/12 191/13 192/3 198/7 198/11 220/19 226/2 259/9

**26/2 260/9 260/16** 274/1 286/2 287/23
**feed [4]** 84/10 116/18 193/16 242/9
**feeds [5]** 105/18 105/20 105/21 111/4 284/18
**feel [18]** 50/14 76/15 76/16 76/21 89/8 89/8 89/11 122/8 131/16 148/4 160/10 172/23 173/1 187/2 209/17 218/4 247/16 283/2
**feeling [5]** 6/22 88/25 124/18 148/10 297/1
**feelings [20]** 50/6 50/18 50/20 51/6 52/20 57/22 79/24 82/11 142/8 142/11 142/13 147/8 147/9 147/10 147/25 148/2 174/10 252/12 269/10 299/4
**feels [1]** 80/8
**fellow [3]** 43/13 43/17 206/12
**felonies [1]** 25/5
**felony [2]** 25/8 277/10
**felt [8]** 79/17 92/11 108/16 108/17 199/5 199/5 240/9 292/7
**fence [1]** 269/3
**few [16]** 4/18 59/25 70/6 71/24 82/2 101/19 124/10 132/24 133/24 160/12 223/14 253/14 267/12 271/13 274/7 274/16
**field [5]** 16/13 100/5 123/4 224/7 231/18
**fight [1]** 17/21
**fighting [1]** 17/21
**figure [3]** 151/14 187/19 256/20
**figured [1]** 187/1
**file [2]** 12/21 15/25
**filed [3]** 41/14 225/2 225/5
**filing [3]** 9/11 9/16 9/18
**filings [1]** 31/5
**fill [3]** 301/5 301/6 302/23
**final [8]** 4/17 12/3 12/5 12/9 20/25 216/14

**256/23 291/19** 291/23
**finalized [2]** 21/6 28/1
**finance [1]** 61/23
**finance-type [1]** 61/23
**financial [1]** 261/18
**financially [2]** 275/5 275/23
**find [10]** 44/21 56/8 75/4 76/3 78/16 127/7 249/24 266/16 295/22 314/24
**fine [12]** 5/14 35/8 75/9 151/15 169/1 169/2 219/14 248/25 249/15 309/7 311/17 311/20
**finish [1]** 303/13
**fired [1]** 139/10
**firm [19]** 40/8 48/11 48/18 48/19 50/1 50/1 60/11 75/12 96/1 99/23 114/19 155/17 155/18 194/9 212/13 233/5 255/18 285/19 293/5
**firms [2]** 60/20 69/4
**first [37]** 4/23 18/7 21/16 21/18 46/16 52/11 58/6 64/19 95/8 95/14 131/5 146/2 151/13 159/18 162/3 170/1 171/20 179/6 181/13 187/21 208/2 223/22 240/19 249/13 253/4 257/2 273/25 291/1 291/18 300/25 301/3 301/25 304/14 308/5 311/7 311/14 315/18
**five [14]** 94/22 101/4 134/24 166/18 191/1 240/25 268/13 275/16 278/19 285/10 285/14 302/1 315/10 316/21
**five-ish [1]** 191/1
**flag [11]** 45/9 53/22 53/24 54/2 54/4 54/4 113/10 200/7 293/15 293/23 297/6
**flagged [2]** 26/3 126/18
**flags [3]** 54/1 66/25 114/1
**flew [1]** 236/11
**flight [1]** 122/21

**256/23 291/23** 1/15
**Floor [1]**
**flown [1]** 238/22
**fly [1]** 54/2
**focus [3]** 129/21 210/19 217/3
**focused [2]** 212/21 261/18
**focusing [1]** 196/11
**Foggy [2]** 282/21 282/22
**folks [3]** 68/22 111/1 199/6
**follow [116]** 35/20 43/14 43/20 43/21 43/24 44/17 45/25 46/11 47/18 49/14 49/23 56/18 62/15 65/25 66/1 81/8 81/22 85/24 91/15 92/24 93/23 96/19 105/12 106/3 106/10 109/11 110/8 110/9 111/4 116/11 116/12 122/10 126/7 128/9 139/22 143/4 146/2 146/14 149/21 150/17 153/3 157/7 163/15 164/19 171/22 176/12 177/14 182/12 183/17 184/21 190/9 200/15 202/23 205/16 207/11 208/15 208/16 208/16 208/22 213/4 213/25 214/10 218/20 219/22 222/1 222/2 223/14 228/14 232/21 233/14 234/8 235/14 235/15 236/16 236/21 237/20 237/23 242/25 243/4 243/9 244/11 244/11 244/16 246/11 247/21 249/10 253/2 255/10 257/20 261/25 264/23 265/5 270/2 270/21 271/13 272/3 272/11 276/3 278/25 279/21 280/7 281/14 282/2 282/5 283/9 287/6 287/17 289/4 289/8 290/17 293/25 294/1 295/15 296/8 298/18 315/20
**follow-up [43]** 35/20 45/25 46/11 49/23 56/18 62/15 65/25 66/1

**F**

**follow-up... [35]** 81/22 85/24 96/19 109/11 110/8 146/14 153/3 177/14 183/17 190/9 205/16 208/22 222/1 222/2 223/14 233/14 234/8 237/20 237/23 246/11 249/10 253/2 265/5 270/2 270/21 271/13 272/11 276/3 280/7 281/14 287/17 290/17 293/25 294/1 298/18
**followed [27]** 49/2 49/8 54/13 59/20 59/21 67/3 88/1 91/10 91/12 115/23 116/5 141/15 141/21 142/19 142/20 159/17 162/16 162/19 162/23 167/4 180/19 186/5 190/11 192/7 198/17 253/10 291/11
**follower [1]** 193/10
**following [60]** 17/4 37/14 38/18 43/2 43/8 44/1 47/9 47/14 54/9 54/11 54/16 57/20 57/24 59/13 59/16 66/6 66/8 75/24 81/5 83/24 87/21 93/11 105/6 115/18 115/22 119/13 128/3 131/20 131/23 150/14 154/16 159/14 169/20 176/6 185/23 186/1 193/6 198/3 198/6 203/11 219/18 219/23 223/16 227/19 241/15 242/5 242/10 246/14 253/4 279/7 279/18 281/17 284/10 290/21 290/24 291/12 291/13 295/14 304/21 312/22
**food [3]** 129/21 169/16 173/15
**foot [1]** 131/3
**footage [2]** 50/12 184/18
**football [1]** 119/21
**forbidden [2]** 44/7 317/18
**forego [1]** 313/15
**foregoing [1]** 321/4

**foreign [2]** 114/25 117/4
**forget [1]** 54/21
**form [2]** 106/14 232/14
**formed [6]** 19/5 105/25 229/8 229/12 229/23 255/1
**former [4]** 96/14 97/20 113/14 196/18
**formulated [2]** 230/13 251/10
**forth [4]** 71/17 86/19 244/12 245/4
**forward [9]** 4/5 21/17 46/12 98/22 158/20 241/6 314/16 315/9 315/23
**found [6]** 15/16 95/17 138/24 144/9 278/8 278/9
**four [27]** 7/18 8/17 35/7 35/7 35/8 50/3 80/2 101/5 119/11 127/15 134/24 166/18 175/2 183/12 205/14 218/7 231/13 259/21 261/5 300/19 308/10 308/11 308/13 309/24 310/1 310/15 315/17
**four-digit [1]** 315/17
**Fox [1]** 154/23
**frankly [3]** 22/1 218/4 219/1
**fraud [8]** 61/23 138/21 199/9 254/20 257/6 257/6 257/14 258/6
**free [5]** 26/16 315/9 316/20 318/6 318/7
**Freight [1]** 164/10
**frequently [1]** 104/9
**Friday [1]** 122/23
**Friedman [1]** 24/23
**Friedman's [1]** 24/24
**friend [31]** 40/7 40/12 41/17 48/10 60/10 61/15 75/11 95/25 96/14 99/22 107/19 114/19 123/3 123/9 123/15 131/10 134/16 135/12 194/9 195/4 199/19 210/15 220/19 224/13 243/18 255/19 270/9 285/18 285/25 286/2 287/23

**friends [32]** 17/1 40/19 41/4 41/10 41/22 42/2 48/13 84/21 96/4 96/11 100/18 144/13 156/4 159/6 179/23 188/23 189/14 202/4 202/6 207/18 215/17 243/14 248/19 263/2 274/19 291/4 291/6 291/8 291/20 292/8 293/7 297/16
**frightening [3]** 202/11 291/10 295/1
**front [6]** 34/14 127/19 128/18 133/8 215/20 315/19
**full [4]** 39/14 134/25 180/17 315/6
**fully [1]** 310/13
**fun [1]** 277/19
**fundamental [1]** 214/8
**fundamentally [1]** 25/9
**funny [1]** 210/4
**further [8]** 15/23 82/23 90/22 148/20 177/25 272/22 280/23 316/15
**future [1]** 317/17

**G**

**gallery [4]** 32/14 32/18 94/18 316/19
**gather [1]** 167/23
**gave [6]** 26/20 110/18 126/7 132/25 148/3 262/1
**geez [1]** 133/1
**GEITZEN [36]** 1/8 4/4 4/14 5/9 10/9 10/14 10/25 11/7 12/25 15/6 15/21 15/24 17/10 18/2 18/6 18/6 20/7 32/6 34/7 36/18 36/20 36/24 38/8 38/9 38/10 38/12 43/1 51/3 57/8 64/6 65/8 111/20 135/20 230/10 239/25 317/4
**Geitzen's [8]** 10/16 11/2 11/6 11/13 12/19 12/22 15/18 18/19
**general [9]** 32/19 49/8 79/3 84/2 116/1 117/4 150/9 190/20 239/25
**generally [30]** 16/10

**followed... 342** 16/6 60/4 94/2 105/2 105/11 105/14 105/25 107/5 125/16 138/15 145/1 145/21 150/21 153/6 155/4 166/25 168/1 168/3 202/9 223/19 232/3 237/12 264/2 267/14 270/7 271/16 281/14 295/17
**generic [1]** 95/18
**gentleman [1]** 220/25
**gentlemen [1]** 303/11
**Georgetown [2]** 61/4 61/5
**get [59]** 4/22 8/22 12/5 18/12 21/6 25/13 33/20 36/6 70/10 84/5 86/10 90/18 94/2 102/7 105/18 105/20 113/21 115/9 127/8 132/15 138/11 138/16 143/17 155/2 158/8 158/10 171/1 175/7 184/17 187/20 188/5 188/5 217/21 236/4 240/25 244/4 245/17 246/16 268/16 270/5 277/2 279/22 279/22 279/23 279/24 281/24 284/18 284/18 287/25 291/7 291/11 295/19 295/24 300/21 301/20 308/25 310/11 313/2 318/5
**gets [9]** 152/24 215/6 302/1 302/3 302/4 302/8 302/10 302/11 302/12
**getting [6]** 129/25 167/23 180/11 212/4 216/13 233/10
**give [29]** 5/18 6/9 8/12 8/19 20/3 20/11 27/21 37/24 39/14 51/22 68/20 77/4 91/14 109/16 127/8 153/15 202/16 202/19 248/16 255/11 289/10 289/13 315/6 317/13 317/14 318/16 318/23 319/2 319/15
**given [10]** 9/5 14/25 16/6 81/16 92/18 120/12 198/8 213/14

**G**

**given... [2]** 245/23
261/24
**giving [2]** 12/17 239/7
**go [79]** 14/3 14/12
19/8 20/17 20/20 23/15
25/18 30/2 30/7 33/19
46/10 48/6 52/3 52/6
56/5 67/6 73/20 84/9
88/4 102/1 105/16
111/8 112/15 131/5
142/24 154/24 159/21
162/25 163/2 163/7
164/2 167/6 167/8
173/8 173/22 180/11
186/15 192/12 193/11
197/21 200/20 207/7
214/17 215/21 217/2
217/9 220/1 223/23
236/6 240/16 241/3
242/12 248/1 250/18
253/7 264/11 267/11
271/22 279/25 281/21
285/10 295/23 299/20
300/14 300/18 301/20
303/21 303/23 304/6
309/8 313/20 314/22
316/15 316/20 318/5
319/2 319/5 319/10
319/18
**goes [5]** 19/12 30/22
57/2 155/15 315/7
**going [155]** 4/22 6/21
7/16 7/18 7/19 10/2
10/10 10/25 13/18
15/10 15/19 15/25
17/19 17/20 17/21
17/21 18/3 18/8 18/12
19/8 19/10 19/19 19/25
20/1 20/13 20/20 21/16
27/1 27/4 27/22 31/21
33/18 33/18 33/19 35/9
36/5 36/11 45/20 46/8
46/9 53/6 65/10 65/25
66/12 68/2 73/14 73/20
76/3 77/12 77/17 78/25
79/24 80/5 80/10 80/11
86/18 90/10 93/1
100/11 105/6 107/11
112/2 122/24 123/1
123/18 126/25 127/4
131/1 135/19 135/19
141/24 141/24 144/12
148/9 151/14 157/5

58/5 170/17 177/2
180/16 181/4 184/5
184/6 184/9 184/23
197/21 205/16 208/14
210/3 210/13 210/16
210/19 211/11 212/8
212/8 218/8 223/14
223/20 230/25 232/12
234/8 236/7 236/18
240/6 240/11 241/1
243/8 244/1 244/10
244/11 244/13 246/11
252/16 253/2 267/11
269/2 269/10 280/1
283/11 284/14 284/15
284/21 288/3 289/22
290/1 290/17 294/5
295/21 299/17 301/14
301/22 303/21 303/22
303/22 303/24 304/1
304/6 304/17 304/18
304/19 305/1 305/2
311/19 312/13 312/14
312/25 314/9 314/24
314/25 315/3 315/4
315/5 315/17 317/13
319/6
**gone [6]** 23/19 78/16
106/4 111/1 150/25
184/12
**good [184]** 4/2 4/7
4/12 4/15 4/16 12/12
27/19 27/22 34/3 47/2
47/3 51/11 53/18 58/12
58/13 62/16 63/6 63/7
65/20 70/16 70/17
71/24 74/1 75/4 77/10
77/11 78/1 78/2 80/17
80/18 81/24 82/1 82/1
82/15 83/11 83/12 86/4
87/15 87/16 89/17
89/18 90/24 90/25 93/6
93/7 96/20 96/21 96/21
97/7 97/8 99/17 99/18
102/16 102/17 105/2
105/3 108/3 109/12
109/13 109/14 113/5
113/6 118/10 118/11
121/11 121/12 124/6
124/6 124/7 125/18
125/19 127/11 127/12
127/12 129/4 129/12
129/14 129/14 129/16
130/15 130/16 134/15

141/9 146/20 151/24
151/25 152/12 152/13
154/11 154/12 158/23
158/24 161/22 161/25
162/1 165/5 165/25
168/25 172/11 172/12
173/12 173/13 174/24
174/25 177/15 178/4
178/22 185/20 185/21
190/10 191/5 193/2
193/3 196/6 196/15
196/16 197/10 197/14
201/22 201/23 208/23
209/10 211/17 216/7
217/16 219/11 219/15
220/12 222/8 223/10
225/19 226/6 227/5
227/6 231/9 234/3
237/25 241/9 241/12
241/13 244/21 244/22
246/7 246/8 249/11
250/8 250/11 252/22
258/1 261/15 262/22
265/6 266/18 267/6
271/10 272/13 276/22
276/23 279/14 280/11
280/21 281/10 281/11
282/24 282/25 284/6
284/7 287/20 287/21
288/21 288/22 290/13
290/14 295/11 295/12
298/12 298/21 298/22
314/22 315/14 320/9
**Googling [1]** 44/11
**got [54]** 6/17 7/4 16/19
26/4 63/20 73/19 98/25
119/21 126/9 131/3
133/18 133/23 133/24
134/24 139/11 151/15
155/8 156/16 156/16
165/6 167/19 167/25
173/25 180/18 206/4
206/5 208/6 208/25
209/2 209/4 215/14
216/9 217/2 217/5
224/10 225/6 225/7
233/7 234/5 234/23
240/5 243/22 245/19
248/23 251/12 252/12
257/1 277/12 278/9
280/1 293/3 300/11
312/11 317/22
**gotten [4]** 67/24

**government [194]** 4/6
5/5 7/7 7/14 8/22 10/2
10/5 10/11 10/14 11/2
11/9 11/20 12/4 12/24
15/5 16/8 18/17 21/12
21/17 21/18 21/25
25/24 26/6 28/8 29/11
30/1 30/6 30/11 32/3
33/4 37/24 38/1 38/17
41/18 41/19 42/18
42/24 48/2 51/10 51/12
52/25 55/6 55/17 56/14
56/18 57/1 57/17 57/23
57/25 62/4 62/14 64/2
64/7 65/4 65/6 65/13
69/14 69/19 69/21 77/9
79/12 81/22 85/24 87/8
90/23 92/13 96/19 99/3
100/3 102/5 102/5
102/15 104/11 107/24
108/21 108/21 109/11
112/12 116/3 117/12
117/23 118/1 120/17
120/18 121/1 124/16
125/24 129/11 130/9
135/17 135/21 136/8
139/20 140/9 140/16
145/24 146/13 149/3
150/11 152/11 157/3
157/17 157/24 161/4
161/13 165/1 165/18
168/7 168/17 173/11
174/16 177/14 178/15
183/19 184/1 187/2
187/20 188/11 188/20
188/25 190/5 190/5
190/9 192/20 196/4
196/10 199/3 199/4
199/12 199/14 199/20
199/21 200/2 200/5
200/23 200/24 201/2
201/8 202/16 208/22
211/4 213/21 213/23
216/16 216/21 222/1
225/17 230/17 233/14
237/19 239/20 245/11
247/9 248/7 249/10
251/25 260/14 260/18
261/14 265/5 266/23
270/21 272/11 276/3
276/12 277/14 278/2
279/5 280/7 282/23
288/20 294/3 295/3

**G**

**government... [21]** 298/14 298/18 299/15 301/8 301/14 302/15 302/19 303/3 304/21 305/5 305/6 307/4 309/13 310/1 310/23 311/10 311/22 312/16 312/17 320/1 320/10

**government's [18]** 8/7 11/6 21/22 22/14 25/17 26/14 28/18 29/18 62/25 64/16 126/21 239/18 245/21 249/19 261/21 292/13 308/21 313/4

**governmental [1]** 195/20

**graduation [3]** 62/7 64/23 65/7

**grand [19]** 30/2 30/7 39/21 74/6 95/2 137/21 143/14 162/3 162/6 203/24 204/1 220/7 220/11 236/25 259/8 259/14 260/6 277/22 277/25

**grant [2]** 20/13 279/6

**graphic [1]** 129/23

**grappled [1]** 24/21

**great [11]** 20/19 36/15 124/18 242/2 245/17 251/5 288/17 288/25 301/4 303/7 305/11

**greatly [1]** 189/7

**Green [1]** 94/20

**Greensboro [1]** 2/7

**grew [2]** 106/22 287/1

**grounds [32]** 28/13 36/19 37/1 37/2 37/3 37/21 47/23 55/20 58/21 59/2 59/3 59/4 83/17 94/12 94/21 106/19 107/4 127/16 132/20 159/2 159/6 163/24 166/4 166/14 175/3 175/7 180/2 194/1 227/10 231/20 235/24 285/8

**group [23]** 10/8 17/1 40/17 41/8 41/20 41/22 41/25 55/23 89/24 101/13 101/13 108/6 133/15 145/7 156/4

89/14 192/1 207/16 243/14 248/19 263/2 287/11 287/12

**groups [2]** 29/4 148/14

**GT [1]** 205/25

**Guardian [1]** 84/7

**guess [21]** 15/16 31/2 76/19 79/4 89/7 90/5 101/4 106/4 121/19 133/9 142/14 144/4 189/18 221/9 231/20 269/5 283/8 286/4 296/17 309/10 311/8

**guidance [4]** 12/20 19/19 20/15 21/5

**guilt [2]** 43/7 171/25

**guilty [31]** 36/20 42/9 42/18 42/25 44/21 76/16 77/6 106/6 111/14 112/10 112/19 125/1 139/8 144/10 152/5 152/5 242/19 242/23 247/16 248/3 248/6 248/12 248/14 249/18 249/25 251/13 252/13 278/7 278/8 278/9 278/14

**gun [2]** 95/8 95/9

**guy [4]** 57/2 111/10 218/7 218/9

**guy's [1]** 54/21

**guys [1]** 68/5

**GW [2]** 151/11 156/2

**H**

**had [134]** 5/4 6/15 6/24 6/25 15/7 15/7 15/17 18/5 18/7 18/25 23/18 23/19 24/3 24/10 24/23 29/22 30/7 31/4 32/6 38/6 38/10 38/14 49/24 49/25 50/13 50/22 52/22 55/22 61/15 63/8 63/12 64/20 68/5 69/10 69/12 70/5 70/18 71/10 71/11 72/8 77/1 86/16 88/25 90/3 92/10 92/21 95/14 99/22 99/22 101/13 101/13 101/20 107/12 108/6 108/14 111/13 118/22 129/6 132/20 134/23 135/5 138/20 139/8 140/2 145/7

146/3 146/16 148/7 162/8 162/18 162/19 164/9 171/2 173/3 174/9 174/12 176/12 176/17 176/24 179/7 179/21 179/24 180/14 184/18 185/4 186/13 189/17 190/24 192/5 195/25 198/6 199/19 200/10 202/23 215/7 215/21 220/15 220/19 224/13 239/11 240/4 246/20 251/5 256/7 256/13 256/18 256/19 256/21 256/25 259/6 260/19 263/2 267/22 267/22 275/3 275/13 277/14 277/19 280/17 280/18 287/22 291/4 291/5 291/20 294/25 297/2 297/6 297/11 298/16 298/23 298/24 299/4 300/13 311/6

**Hahn [1]** 133/5

**half [1]** 127/25

**hallways [1]** 184/11

**Hamilton [1]** 160/16

**hand [8]** 13/8 34/11 35/6 46/22 126/23 177/4 268/21 316/25

**handful [1]** 59/4

**handled [2]** 135/3 140/13

**handling [1]** 135/9

**hang [1]** 127/20

**happen [16]** 13/6 13/18 18/12 19/10 20/1 88/23 89/20 89/22 90/2 90/12 140/1 206/4 207/25 216/24 275/18 300/11

**happened [49]** 17/11 18/15 49/3 69/11 76/2 76/15 76/20 77/3 78/18 88/7 88/10 88/12 88/12 88/22 88/24 90/20 92/15 108/1 108/9 119/15 119/20 134/20 141/20 160/2 166/25 170/1 170/16 172/5 172/18 175/23 181/22 187/22 207/23 215/23 225/7 229/11 246/20 247/11 248/21 249/8

146/3 146/16 148/7 251/10 256/24 267/22 281/15 284/16 296/18 297/23

**happening [13]** 13/25 20/11 60/1 78/17 98/3 124/9 142/20 184/22 193/17 213/2 241/17 251/19 315/3

**happens [3]** 54/17 108/2 211/6

**happier [1]** 232/12

**happy [2]** 26/9 310/10

**harbor [2]** 62/3 145/23

**hard [17]** 50/12 62/6 62/24 75/1 77/5 79/4 103/17 130/23 137/7 162/22 167/12 180/23 186/8 205/22 206/16 249/5 295/21

**hardship [8]** 39/8 122/18 197/19 205/18 205/21 241/18 274/23 275/5

**hardware [1]** 177/22

**harm [1]** 209/3

**harmonizes [1]** 27/17

**has [75]** 6/12 6/16 7/9 11/7 11/19 22/17 22/19 22/25 25/17 25/24 27/20 29/25 36/17 36/20 41/8 41/20 41/22 41/25 42/8 43/5 51/3 60/10 64/6 75/11 92/21 92/22 96/8 100/24 101/2 104/2 112/22 128/7 131/7 136/10 136/14 137/12 138/10 145/10 146/24 151/18 152/15 156/4 166/12 182/23 189/17 203/6 206/21 207/18 209/25 214/10 216/22 218/2 224/21 229/25 237/10 240/9 242/18 244/12 248/11 248/19 248/19 254/22 256/8 267/23 285/23 290/2 290/4 299/22 304/9 304/21 304/23 309/17 309/25 310/10 310/10

**hasn't [3]** 85/16 176/9 222/20

**have [454]**

**haven't [23]** 11/17

**H**

haven't... **[22]** 29/2
56/2 76/3 78/9 78/16
91/9 91/12 98/4 106/4
119/15 131/23 152/21
153/5 169/23 170/3
171/17 176/11 176/12
180/24 181/5 219/23
233/11

having **[16]** 44/25 55/8
73/11 122/6 133/15
137/15 138/3 140/4
150/24 156/12 188/3
195/24 200/21 203/5
243/15 312/24

Hawa **[1]** 38/24

he **[151]** 5/9 5/10 15/19
15/19 15/21 15/24 16/3
17/11 18/1 18/2 18/6
18/10 18/13 18/24 23/4
29/25 36/21 36/25 37/2
37/3 42/9 42/13 42/21
57/20 57/22 57/22
57/23 57/25 58/5 61/2
61/4 61/4 61/6 62/1
62/2 62/7 63/12 63/20
63/21 63/24 63/25
63/25 64/19 64/19
64/19 64/20 64/21
64/22 64/23 65/3 65/5
65/6 65/13 65/15 73/17
73/18 73/18 77/15 93/8
96/7 98/21 98/23 98/25
99/8 99/9 99/10 101/17
101/19 101/21 102/1
103/12 103/14 105/4
107/17 107/18 107/19
108/12 108/14 108/15
111/11 112/12 112/19
112/20 112/21 112/22
114/23 114/23 114/24
114/24 119/21 119/22
120/1 130/18 134/19
135/3 135/5 135/6
135/7 135/9 135/9
136/10 136/14 136/17
138/22 138/25 139/2
139/9 139/10 139/10
139/16 151/18 184/8
184/13 184/18 185/22
195/17 196/18 199/16
201/16 201/16 215/6
215/10 225/9 230/11
230/23 231/2 237/14

238/3 238/8 242/19
242/21 242/23 247/6
247/7 247/9 248/12
255/21 266/10 269/15
269/23 278/7 278/7
278/14 288/8 289/23
289/23 290/2 290/3
290/4 294/25 294/25

he's **[27]** 19/7 54/25
57/20 60/17 65/2 73/12
73/15 98/25 112/20
112/23 116/23 116/23
134/17 135/12 184/5
184/11 184/13 185/1
226/10 229/3 235/19
235/22 270/10 288/7
288/11 289/22 295/1

head **[9]** 24/2 58/16
101/8 101/10 108/24
111/6 111/12 115/3
235/1

headlines **[5]** 78/21
128/17 186/20 223/19
223/22

heads **[2]** 82/8 82/10

health **[6]** 39/15 67/12
130/20 156/12 280/17
282/16

healthcare **[1]** 96/10

hear **[22]** 16/5 16/8
16/19 25/25 35/25 36/2
39/12 46/18 46/19
46/20 46/24 50/20
85/20 117/24 159/19
163/17 173/9 188/8
210/11 210/12 230/14
263/7

heard **[9]** 46/21 76/4
78/9 102/10 159/18
215/25 239/25 252/14
291/18

hearing **[14]** 39/11
40/3 140/5 210/17
212/3 216/10 216/11
216/12 216/14 216/23
217/2 217/6 244/8
260/20

heart **[1]** 6/12

heartbroken **[1]**
232/17

Heights **[1]** 85/2

held **[5]** 6/13 24/13
24/18 90/14 229/22

Hello **[14]** 53/16 53/17

73/25 108/24 223/7
231/10 258/2 261/16
267/7 273/16 273/17
273/18 295/10 295/11

helmet **[1]** 111/11

help **[4]** 6/9 45/1
129/24 205/25

helped **[1]** 191/17

helpful **[1]** 34/25

her **[51]** 52/19 52/19
53/7 53/7 53/11 57/22
79/16 79/18 79/18
85/21 86/25 92/23
100/13 101/10 104/2
104/5 108/10 108/15
113/16 150/21 150/22
152/21 153/24 153/25
154/3 172/19 173/20
173/23 174/10 174/11
174/13 174/13 194/20
194/21 196/22 208/2
216/24 217/3 217/9
233/11 239/23 240/8
240/10 245/18 245/18
245/23 252/13 252/14
252/14 286/25 287/1

here **[134]** 4/17 16/11
19/11 20/8 20/12 21/22
22/1 24/12 26/6 27/4
27/19 27/22 32/2 32/8
32/16 33/11 33/20
34/20 45/23 46/10
46/17 48/25 49/19 52/5
52/6 53/10 55/11 56/13
58/25 60/23 62/18 63/8
68/14 72/14 75/2 75/17
91/6 95/21 103/2 109/8
120/13 121/20 122/6
126/22 129/20 132/21
134/3 138/9 139/20
150/8 158/10 158/12
160/10 161/1 162/12
163/10 167/13 170/9
181/4 182/12 184/9
184/22 185/4 185/9
188/1 189/21 190/2
193/4 196/1 199/11
200/14 200/17 204/2
208/15 211/23 213/11
214/12 216/3 217/8
217/23 218/20 220/15
221/23 228/5 229/3
230/12 231/24 235/12
236/21 237/17 240/18

240/24 244/6 244/12
245/15 254/2 254/3
255/8 256/8 257/21
259/16 259/19 259/23
260/2 260/8 261/6
262/15 265/9 269/21
283/16 285/10 285/14
288/11 290/4 291/4
296/16 296/16 298/14
299/6 300/12 301/24
303/13 304/3 304/10
304/11 304/20 315/8
318/19 318/22 319/1
319/5 319/9 319/12
319/21

here's **[4]** 7/16 26/2
33/17 46/8

herman **[5]** 2/11 2/14
321/3 321/9 321/9

hesitate **[1]** 65/14

hesitated **[1]** 50/5

hesitation **[3]** 50/6
50/13 53/7

Hey **[3]** 130/16 197/11
251/1

Hi **[28]** 129/5 141/10
149/16 166/1 166/2
178/23 196/7 211/18
216/8 222/9 225/20
226/7 238/1 241/10
249/12 250/12 252/23
252/24 262/23 262/24
265/7 271/11 272/14
276/21 276/22 280/12
280/13 298/22

hide **[1]** 135/5

high **[9]** 62/7 64/22
65/7 94/17 94/19
118/22 191/9 224/7
238/25

higher **[1]** 25/7

highlighted **[1]** 9/16

Hill **[9]** 48/6 69/9 133/1
133/2 141/19 203/16
203/18 203/18 293/8

him **[37]** 17/12 23/10
36/21 42/18 57/20
57/24 58/3 65/9 77/13
98/20 98/22 108/17
111/22 112/11 112/24
131/13 131/16 134/20
134/23 136/19 139/11
153/15 189/18 195/22
201/14 211/11 215/6

**H**

**him... [10]** 230/25 231/4 237/13 238/6 288/15 289/10 289/25 292/16 292/21 294/6

**himself [2]** 135/20 231/2

**his [66]** 7/12 10/9 13/1 15/20 16/12 16/20 18/24 19/5 23/7 23/8 28/21 30/4 32/7 36/18 42/21 43/7 55/2 57/5 58/4 60/17 60/18 61/10 61/23 64/21 64/22 64/22 65/7 65/8 73/16 91/15 97/21 107/18 111/10 111/22 112/9 112/21 114/23 138/24 139/10 139/15 172/13 184/4 184/6 185/7 195/22 195/24 195/24 211/6 215/9 215/13 229/3 231/1 236/18 266/16 266/16 266/17 289/22 289/23 289/24 289/24 292/25 295/1 301/17 310/25 311/17 312/18

**hit [3]** 20/25 269/9 303/6

**hobby [3]** 110/2 110/2 110/3

**hold [6]** 46/17 46/19 46/21 46/22 209/14 209/15

**holdings [1]** 25/15

**holdover [1]** 113/20

**holiday [1]** 137/10

**home [17]** 45/9 53/23 113/11 141/21 171/1 173/24 173/25 175/12 187/3 200/8 205/24 241/1 249/2 297/7 297/12 315/7 316/15

**Homeland [4]** 40/24 100/22 100/24 234/22

**homes [1]** 86/18

**honest [5]** 50/21 78/23 79/16 88/24 214/6

**honestly [3]** 50/8 50/23 296/2

**honesty [1]** 299/8

**Honor [241]** 4/2 4/7 4/13 5/8 5/12 5/17 5/22

6/7 7/10 7/22 8/8 8/14 8/25 9/3 9/13 9/17 9/24 12/6 12/10 12/12 12/14 12/17 13/12 13/20 13/22 14/5 14/8 15/1 16/10 20/16 21/2 21/20 22/13 23/15 24/22 25/16 26/9 28/9 28/22 29/2 29/16 29/20 30/14 31/14 31/15 32/5 32/11 32/21 32/24 33/4 33/9 33/13 33/16 50/24 52/18 53/1 56/19 57/18 58/3 64/18 64/21 64/25 70/15 71/23 73/8 79/13 79/22 80/4 82/24 83/4 83/5 86/3 87/9 89/16 92/7 92/10 92/14 97/6 98/19 99/5 104/20 104/21 110/24 112/14 117/14 117/16 117/22 117/25 118/3 120/19 120/21 121/2 121/12 124/5 126/18 129/3 134/14 136/7 141/2 141/3 146/19 148/21 149/2 149/4 153/22 154/5 157/16 157/18 157/23 157/25 161/5 161/7 161/14 161/15 165/2 165/4 165/19 168/8 168/10 168/18 168/19 172/10 172/13 174/8 174/17 177/25 178/3 178/16 178/17 183/18 183/20 184/2 184/3 184/10 185/21 192/20 192/21 196/14 197/3 197/4 201/13 201/23 205/2 209/9 211/5 217/1 222/6 223/3 226/5 226/23 226/24 230/18 230/23 233/15 233/16 233/21 237/21 237/23 239/23 244/20 245/12 245/16 245/22 250/7 250/10 252/12 262/4 262/7 262/11 266/5 266/24 266/25 269/19 270/22 271/3 271/4 273/3 273/9 276/4 276/13 280/23 281/3 283/24 283/25 287/18 289/20

289/21 294/1 295/4 298/19 299/16 299/23 299/24 301/9 302/5 302/16 303/2 303/9 304/16 305/14 305/19 305/20 305/23 305/24 306/2 306/6 306/9 306/10 306/13 306/14 306/17 306/23 307/1 307/7 307/11 307/15 307/16 307/20 308/1 308/7 308/8 308/16 308/20 309/20 310/17 311/6 311/17 311/25 312/1 312/9 312/21 313/4 313/7 313/17 313/18 314/11 314/13 314/18 320/3 320/12 320/15

**Honor's [2]** 53/4 92/16

**HONORABLE [1]** 1/12

**hope [6]** 146/11 146/12 218/13 218/15 240/16 244/9

**hopefully [1]** 303/17

**hoping [2]** 303/12 315/2

**horned [1]** 111/11

**hospital [7]** 67/13 68/6 70/25 71/2 72/2 245/4 245/4

**hospitalized [1]** 297/25

**hour [3]** 134/25 158/7 275/25

**hour-long [1]** 134/25

**hours [5]** 10/15 19/7 133/24 135/6 245/6

**house [10]** 59/10 94/18 94/20 96/11 107/2 159/10 215/20 256/8 293/16 297/12

**housed [1]** 147/5

**housekeeping [1]** 31/3

**housing [1]** 91/5

**how [136]** 6/8 23/4 24/6 46/8 46/18 48/1 50/22 54/11 55/25 59/17 59/17 59/18 61/25 66/9 74/1 74/2 76/21 76/21 77/5 81/24 81/25 82/16 83/20 83/25 84/1 88/1 88/12

90/1 90/20 92/11 93/15 94/16 96/20 97/22 97/24 98/8 100/9 100/24 101/2 102/16 105/9 109/12 109/13 110/4 111/23 114/12 115/21 119/10 129/12 129/15 131/21 134/22 142/10 144/23 148/6 150/17 151/20 154/19 156/17 159/10 161/23 161/24 162/18 162/19 165/8 168/25 172/23 172/25 179/12 184/7 184/9 186/5 187/1 187/6 187/18 188/5 190/25 197/11 197/12 204/6 205/9 205/10 207/25 208/8 209/11 210/4 210/5 211/18 211/19 214/4 214/16 218/10 219/12 219/13 219/20 222/9 224/21 237/6 240/4 241/10 241/11 246/16 251/25 254/16 256/14 256/20 257/20 259/19 260/10 261/2 263/7 265/20 266/16 268/4 268/11 273/19 274/15 275/9 278/6 282/18 286/25 287/25 288/2 290/22 291/2 296/16 298/13 300/18 301/5 303/1 304/3 304/20 310/20 311/18 312/25 320/13

**How's [1]** 142/15

**however [3]** 23/19 300/10 317/16

**Hughes [2]** 48/6 51/14

**huh [24]** 63/4 68/7 68/8 71/13 72/7 72/22 164/8 169/13 171/15 172/15 228/15 228/15 235/9 238/11 244/7 247/20 252/6 263/16 264/16 265/18 278/18 285/7 292/19 299/9

**human [1]** 296/14

**hung [6]** 18/14 137/24 138/5 138/6 237/4 238/9

**hurting [1]** 275/23

**husband [6]** 151/16

**H**

**husband... [5]** 237/11
238/2 247/5 247/6
267/19
**husher [3]** 35/24 46/11
46/25

**I**

**I'd [17]** 16/8 53/10 58/3
93/23 125/13 143/7
158/7 158/7 159/19
187/1 188/7 188/17
199/13 215/5 252/11
296/13 302/18
**I'll [23]** 20/1 29/7
45/21 83/16 86/22
95/17 122/22 158/12
178/25 190/17 197/24
198/21 208/23 223/5
228/13 232/20 263/1
283/1 300/2 301/15
303/23 304/7 314/16
**I'm [192]** 4/23 7/16
7/18 7/19 7/22 10/1
10/12 10/12 11/15 13/9
13/16 13/17 19/2 19/25
20/13 24/20 26/18 27/1
27/4 32/18 35/9 36/11
51/15 53/6 62/22 63/8
65/10 65/25 68/15
69/16 73/14 80/5 80/10
80/10 80/22 81/9 82/17
85/20 92/25 93/23
94/20 97/24 100/11
101/25 105/6 106/8
106/13 106/24 107/6
107/11 109/13 109/14
113/15 114/9 116/4
117/24 118/3 119/24
121/19 123/1 124/22
125/20 125/20 128/7
131/1 135/18 138/16
139/22 142/21 144/12
148/6 151/9 151/14
153/22 154/2 156/15
157/5 160/23 164/1
167/6 169/2 171/7
177/17 177/21 179/3
180/15 180/15 182/2
184/23 186/18 187/1
187/5 193/9 197/21
203/17 205/16 205/24
205/25 209/19 210/3
210/15 210/15 210/16

211/20 212/1 212/4
212/12 214/4 214/23
215/24 216/13 218/1
218/6 219/6 219/13
219/14 222/10 223/14
225/23 232/12 233/10
234/8 234/14 236/7
236/17 236/18 238/21
240/11 241/20 243/8
243/21 244/3 244/10
244/10 244/11 244/13
246/11 246/18 247/8
247/15 248/24 249/4
249/13 250/13 252/16
253/2 254/12 254/14
257/5 259/13 261/17
263/7 267/11 269/2
269/18 269/19 272/17
276/1 279/6 279/14
279/21 282/13 282/17
284/21 288/25 290/1
290/17 292/15 293/12
294/5 296/14 297/20
298/1 300/24 301/22
302/6 303/12 303/21
303/24 304/17 304/18
304/19 305/1 309/7
310/10 311/23 315/5
315/17 317/13
**I've [57]** 6/15 9/5 9/25
14/25 23/3 24/11 26/15
31/8 41/6 48/3 49/7
50/21 50/22 59/1 59/20
59/21 74/10 76/4 76/5
92/10 93/18 93/23
94/20 95/6 108/25
111/3 114/13 115/24
127/18 137/9 150/21
154/22 155/8 156/16
175/6 176/10 181/6
181/21 183/5 186/12
187/7 188/4 188/5
189/7 194/3 219/21
234/18 253/13 268/13
275/11 285/9 291/12
291/13 291/18 298/15
300/10 301/23
**IBEW [1]** 293/13
**ID [1]** 236/4
**idea [5]** 6/9 19/13
76/14 188/4 251/13
**ideas [1]** 76/20
**identified [3]** 15/17

**identify [1]** 17/6
**identity [1]** 15/17
**IFPRI [1]** 129/20
**ignore [3]** 22/4 43/22
186/8
**ill [1]** 62/3
**illegal [1]** 19/2
**Illinois [1]** 256/9
**illusive [1]** 79/20
**imagine [1]** 20/16
**immediate [12]** 28/16
31/1 40/18 41/4 41/9
41/21 42/1 61/15
106/17 108/6 176/24
215/16
**immediately [1]**
115/24
**immigration [2]**
123/11 234/22
**impact [6]** 6/14 65/8
90/3 111/24 124/25
170/17
**impacted [4]** 213/3
213/15 267/23 292/7
**impaneled [1]** 204/1
**impartial [46]** 35/1
46/2 49/18 56/9 56/9
60/5 62/10 64/10 64/20
68/25 76/10 81/17
95/21 117/8 122/9
128/23 131/17 134/2
134/10 143/6 143/8
146/10 149/21 153/25
160/10 163/10 164/19
167/13 168/4 170/9
170/12 186/4 187/25
188/13 198/25 200/4
213/12 235/12 237/17
240/1 240/10 255/8
261/25 267/15 290/3
292/3
**impartially [9]** 39/25
42/6 45/14 74/7 91/18
121/17 150/1 217/22
298/25
**impeachment [1]** 10/4
**implicating [1]** 25/6
**implications [2]**
113/24 116/2
**implicit [1]** 200/24
**importance [1]** 152/24
**important [22]** 6/16
27/20 36/7 39/7 90/17

124/18 130/23 137/6
164/18 182/7 182/10
182/16 183/9 185/9
197/18 205/22 206/23
209/17 209/24 240/21
315/13 318/21
**impose [3]** 45/5 55/10
204/12
**impresses [1]** 6/21
**impression [1]** 184/18
**improper [1]** 20/10
**inability [2]** 287/6
287/7
**inadmissible [1]** 14/23
**inappropriate [2]**
121/24 147/23
**Inaugural [1]** 184/14
**inauguration [9]** 10/9
14/4 14/18 14/24 15/19
15/20 18/19 20/2 94/19
**incarcerated [1]** 63/21
**incident [3]** 116/14
177/5 203/6
**incidents [1]** 114/16
**include [5]** 8/3 9/8
40/14 51/4 318/17
**included [1]** 225/5
**includes [6]** 28/16
40/21 40/22 40/25
41/11 84/11
**including [7]** 21/23
26/15 39/3 44/6 149/14
149/23 235/2
**inclusive [1]** 32/12
**incorporate [1]** 7/24
**increase [1]** 174/13
**independent [2]**
205/25 248/7
**index [2]** 35/4 35/7
**indicate [1]** 111/16
**indicated [11]** 8/5
24/11 70/18 165/6
174/9 174/12 191/6
216/9 245/19 249/16
287/22
**indication [1]** 9/12
**indictment [7]** 28/4
28/19 29/11 29/16
29/22 30/7 30/13
**indirect [4]** 37/11
131/7 179/7 202/2
**Indiscernible [1]**
120/5
**individual [19]** 6/12

**I**

**individual...** [18] 91/10
91/10 115/25 116/6
152/24 181/25 182/3
182/25 185/2 186/16
186/17 218/12 232/20
240/3 240/21 266/14
294/5 294/21
**individual's** [3] 6/8
182/1 199/12
**individually** [2] 45/22
267/12
**individuals** [5] 38/7
71/4 72/1 89/24 221/4
**infant** [1] 162/7
**infect** [3] 185/13
185/13 188/14
**inference** [1] 43/7
**inflexion** [1] 174/14
**influence** [2] 109/6
288/16
**information** [30] 6/1
6/16 7/1 18/1 67/6
79/17 84/1 84/9 88/14
89/7 91/1 93/24 98/25
105/16 111/23 140/8
157/6 159/22 159/24
163/18 167/23 191/24
192/6 207/8 227/23
239/7 240/4 240/5
281/24 284/17
**Ingenuity** [1] 265/25
**initial** [4] 7/13 16/20
219/22 219/23
**initially** [3] 16/18 60/2
87/23
**injured** [2] 70/19 70/21
**injury** [1] 25/6
**innocence** [2] 42/22
172/1
**innocent** [4] 36/21
42/17 235/19 235/22
**inquiries** [1] 252/15
**ins** [2] 256/19 256/22
**inscribed** [1] 183/12
**inside** [25] 37/21
47/24 55/20 58/21 59/2
83/17 94/12 106/19
107/8 127/16 127/16
127/18 132/20 159/2
163/24 166/5 166/14
166/18 173/23 184/11
184/12 194/1 227/10
227/12 235/24

**inspection** [1] 254/14
**inspector** [3] 254/14
259/20 259/22
**inspector's** [1] 259/16
**instance** [2] 49/8
209/17
**instantly** [1] 206/19
**instead** [4] 98/24
114/24 210/17 317/14
**institution** [1] 68/6
**instruct** [31] 28/14
34/22 43/20 44/5 56/6
77/12 84/17 106/10
109/7 128/24 157/12
171/23 182/12 190/3
200/15 202/22 208/16
214/9 228/13 232/20
232/21 242/25 244/5
247/18 247/21 249/24
268/19 278/23 314/22
317/20 317/23
**instructed** [1] 22/10
**instruction** [9] 27/1
28/14 29/1 44/17 91/15
207/12 213/25 289/3
316/15
**instructions** [70] 7/13
7/20 8/1 8/2 8/4 8/4
8/13 8/19 8/24 9/6 12/3
12/3 12/9 20/25 21/6
21/8 21/9 21/11 21/19
24/17 28/4 28/5 28/6
28/11 29/15 30/15
30/25 44/2 44/20 49/14
51/23 53/4 91/15 92/16
92/18 92/24 94/9
110/11 122/10 126/7
146/3 149/21 157/8
200/16 214/1 218/21
218/24 228/14 242/25
250/1 255/10 257/20
264/23 264/24 272/4
278/25 282/2 282/5
283/9 287/7 296/8
296/21 315/6 315/7
317/13 317/17 318/2
318/17 319/3 319/24
**insulin** [1] 156/15
**insulin-dependent** [1]
156/15
**intake** [1] 68/1
**integrity** [1] 257/6
**intelligence** [3] 115/8
189/4 199/16

**intend** [3] 15/23
32/12
**intended** [2] 15/19
25/19
**intending** [1] 32/9
**intent** [4] 14/12 18/20
19/5 19/22
**intention** [3] 32/13
240/23 303/16
**intentionally** [1] 33/25
**intentions** [1] 13/1
**interact** [1] 298/5
**interacted** [1] 73/15
**interactions** [2] 71/4
298/16
**interest** [1] 181/5
**interested** [2] 115/12
186/23
**interesting** [2] 90/5
180/8
**interests** [2] 117/4
198/21
**interface** [1] 191/21
**interfacing** [1] 286/4
**interfere** [1] 39/12
**Internal** [1] 258/21
**international** [6] 96/6
96/8 97/2 129/20
129/21 153/9
**internet** [11] 18/3
37/16 44/7 44/14 47/11
56/22 66/6 93/12
105/11 154/22 264/15
**interpreted** [1] 179/12
**interview** [3] 115/9
215/25 216/2
**interviewed** [1] 215/21
**intimate** [1] 183/2
**intimately** [1] 180/6
**introduce** [2] 4/5
11/21
**introduced** [3] 34/23
237/5 238/18
**introducing** [1] 10/20
**investigation** [50]
16/21 37/13 37/15 47/9
54/9 54/11 66/5 66/9
75/25 81/5 83/24 93/11
98/8 105/7 115/7
115/18 115/22 119/13
128/3 131/20 141/15
150/14 154/17 159/15
162/17 162/19 169/21
176/6 180/20 186/1

186/6 186/12 193/7
198/3 203/12 219/19
223/16 227/19 242/5
246/15 253/5 256/14
263/13 279/18 284/11
290/21 290/25 295/16
298/3 298/10
**investigations** [11]
59/13 140/2 147/20
198/16 213/5 232/7
254/21 254/24 255/2
257/7 258/24
**investigative** [1] 40/10
**investigator** [4]
195/17 258/6 258/13
258/16
**investment** [1] 139/3
**invite** [1] 159/8
**invoice** [1] 139/5
**involve** [4] 61/10
61/11 77/17 191/21
**involved** [15] 67/14
68/5 111/19 117/3
144/3 174/11 203/5
218/25 238/15 258/18
260/1 261/9 265/13
265/13 286/4
**involvement** [4] 70/9
116/2 191/19 287/4
**involves** [2] 166/23
167/3
**involving** [3] 49/1
61/23 105/17
**Ira** [5] 2/6 4/13 38/13
49/24 79/12
**is** [523]
**ish** [1] 191/1
**isn't** [4] 65/11 65/12
112/16 151/3
**issue** [13] 10/7 12/2
22/23 23/17 26/3 26/23
44/24 78/24 78/24 79/5
163/13 320/4 320/7
**issued** [1] 7/12
**issues** [14] 9/10 9/15
9/19 9/21 12/4 19/23
20/5 20/8 116/19
164/24 196/11 233/12
236/13 317/2
**it** [525]
**it's** [126] 6/20 16/3
18/22 20/18 22/5 22/25
24/22 25/2 25/3 25/13
27/10 27/20 31/17

**I**

**it's... [113]** 31/22 31/23
32/15 32/18 34/20 36/7
37/17 47/17 50/17
51/19 55/5 59/19 59/23
62/6 63/1 63/2 63/15
64/21 65/6 65/9 65/13
67/7 76/19 77/5 77/18
79/4 79/5 86/17 90/11
90/12 92/17 93/24
98/24 101/19 108/15
109/6 113/20 113/22
116/22 126/2 126/20
132/24 135/21 137/10
140/13 143/23 148/4
151/13 152/9 155/5
155/20 156/18 156/18
156/19 157/4 157/6
159/12 163/4 163/13
164/6 164/14 164/17
176/13 180/8 180/23
182/7 183/13 184/16
186/8 187/2 188/17
189/25 198/19 202/10
203/20 204/14 206/22
209/22 209/22 209/23
210/4 210/11 210/17
212/15 213/7 216/13
218/13 227/25 230/3
234/19 236/8 236/15
240/3 240/21 246/24
248/2 250/24 253/13
253/17 253/18 255/19
264/14 268/24 269/4
275/23 284/19 290/4
293/1 299/12 300/5
310/2 317/9 317/20
**its [5]** 22/3 248/7
301/15 312/16 312/17
**itself [8]** 66/21 91/11
182/24 186/10 290/25
291/19 303/25 309/16

**J**

**jail [8]** 102/1 103/13
138/21 139/16 142/22
146/22 147/2 147/18
**Janice [1]** 133/5
**January [224]** 11/8
12/18 12/19 12/23 13/1
13/2 13/15 13/17 13/24
14/1 14/16 14/20 15/8
16/1 16/4 17/4 17/5
18/5 18/21 19/23 19/24

209/22 209/22 209/23
37/12 37/13 37/15
47/10 48/25 49/1 49/3
50/6 51/4 52/20 54/10
59/14 60/4 65/12 66/5
67/2 67/6 68/12 70/3
70/7 70/10 70/20 70/22
71/12 72/2 72/9 73/11
73/16 75/24 78/7 78/14
79/17 81/5 81/7 82/3
82/12 83/25 84/6 84/11
84/14 88/2 88/16 89/20
91/11 93/11 94/6 98/8
98/11 105/7 105/15
105/17 105/25 109/2
111/1 111/19 111/24
112/20 115/19 117/7
119/13 119/16 120/10
121/21 122/6 124/8
124/25 125/6 128/3
128/13 128/22 131/21
134/20 139/24 140/6
140/8 141/15 142/25
143/4 147/1 147/12
147/14 147/17 147/19
147/22 148/6 148/17
150/15 150/21 151/21
153/4 154/17 154/25
156/23 159/15 162/17
163/1 163/19 165/7
166/24 167/9 168/2
169/21 171/12 172/18
172/25 174/10 175/13
175/16 176/15 180/20
181/23 186/2 186/16
187/22 191/24 192/6
192/8 193/7 193/12
193/17 198/4 198/13
198/16 198/24 203/12
212/25 213/5 214/16
217/25 218/17 218/25
219/19 220/4 221/4
221/22 222/18 223/16
223/19 223/24 227/20
227/21 228/4 229/6
232/3 232/4 232/7
232/15 232/24 234/16
235/3 235/6 236/8
239/8 239/24 239/25
242/6 242/14 243/6
243/20 243/21 243/24
246/15 246/22 247/11
251/6 252/13 253/5
253/11 253/16 254/23

209/22 209/22 209/23
264/12 264/18 268/18
269/1 271/17 271/23
279/19 279/25 280/3
281/15 281/18 281/22
282/1 282/6 283/2
283/5 284/11 284/16
290/22 291/2 295/16
295/24 296/12 296/18
297/2 299/4
**January 6 [87]** 12/18
13/15 47/10 59/14
65/12 66/5 67/2 67/6
68/12 70/3 70/7 70/10
70/20 70/22 71/12 72/2
73/11 73/16 75/24
78/14 79/17 81/5 81/7
82/12 83/25 84/6 84/11
84/14 88/2 88/16 89/20
91/11 94/6 98/11 105/7
105/15 105/17 105/25
109/2 111/1 111/19
111/24 112/20 115/19
117/7 119/16 120/10
121/21 122/6 124/8
124/25 125/6 128/3
128/13 128/22 131/21
134/20 139/24 141/15
142/25 143/4 147/1
147/12 147/17 147/19
147/22 148/6 148/17
150/15 150/21 153/4
154/17 154/25 156/23
159/15 163/1 163/19
165/7 172/18 172/25
174/10 175/16 192/8
218/17 239/25 254/23
296/18
**January 6-specific [1]**
140/8
**January 6th [97]** 14/1
14/20 16/1 16/4 17/4
18/21 19/23 20/9 22/20
119/13 162/17 166/24
167/9 168/2 169/21
171/12 175/13 176/15
180/20 181/23 186/2
186/16 187/22 191/24
192/6 193/7 193/12
193/17 198/4 198/13
198/16 198/24 203/12
212/25 213/5 214/16
217/25 218/25 219/19
220/4 221/4 221/22

209/22 209/22 209/23
227/20 228/4 229/6
232/3 232/4 232/7
232/15 232/24 235/3
235/6 236/8 239/8
239/24 242/6 242/14
243/6 243/20 243/21
243/24 246/15 246/22
247/11 251/6 252/13
253/5 253/11 253/16
255/7 264/2 264/8
264/12 264/18 268/18
271/17 271/23 279/19
279/25 280/3 281/15
281/22 282/6 283/2
283/5 284/11 284/16
290/22 291/2 295/16
295/24 296/12 297/2
299/4
**January 6th-related [1]**
234/16
**Jarrett [1]** 38/20
**Jason [1]** 38/22
**Jesse [2]** 16/12 38/19
**Jessica [1]** 286/24
**job [48]** 41/5 44/22
44/22 48/7 51/13 68/21
86/16 86/18 91/2 96/24
102/23 108/4 115/11
117/5 120/10 126/2
134/17 150/24 151/4
178/9 180/16 188/10
188/11 189/1 191/20
191/23 194/21 198/11
203/20 203/22 212/6
240/8 241/21 241/24
241/25 244/23 245/23
254/22 255/6 257/3
258/22 259/22 275/3
275/6 275/10 275/11
286/3 286/7
**jobs [4]** 102/23 107/22
108/2 188/10
**joined [3]** 9/15 259/15
317/2
**joint [4]** 9/11 112/16
257/4 258/23
**JOSEPH [5]** 1/8 4/4
4/14 36/17 317/4
**journalist [2]** 132/6
139/24
**journey [1]** 180/8
**JP [4]** 139/3 139/3
139/5 139/14

**J**

**judge [28]** 1/12 22/17 22/25 23/2 23/18 23/22 24/23 24/24 34/4 34/4 44/22 51/23 51/25 65/8 77/12 77/15 77/18 77/21 79/25 110/9 112/1 112/9 149/17 191/17 216/14 286/1 286/23 304/4
**Judge Carl [1]** 34/4
**Judge Friedman [1]** 24/23
**Judge Friedman's [1]** 24/24
**Judge's [1]** 289/3
**judges [1]** 43/19
**judging [2]** 60/5 81/18
**judgment [2]** 40/4 244/12
**jump [2]** 113/19 113/21
**June [1]** 222/14
**junior [1]** 224/7
**juries [1]** 95/6
**jurisdictions [1]** 260/9
**jurisprudence [1]** 104/2
**juror [362]**
**jurors [45]** 5/24 6/23 27/10 34/10 34/18 43/14 43/17 43/19 45/22 52/12 56/9 73/19 109/7 185/4 206/12 240/21 299/21 300/6 300/12 300/13 300/16 300/17 300/19 300/22 301/2 301/6 301/22 302/14 306/21 308/6 308/11 308/11 308/12 308/13 310/15 311/14 313/1 313/5 313/6 314/9 314/10 314/24 314/25 316/13 316/23
**jurors' [1]** 46/6
**jury [148]** 1/11 4/22 4/24 5/2 5/25 8/12 8/18 8/20 9/5 9/6 12/2 12/3 12/9 16/5 20/10 20/25 21/19 22/10 27/1 27/21 28/15 30/2 30/7 30/15 32/2 33/19 34/18 34/20 35/1 35/25 36/3 36/9 39/4 39/8 39/21 39/21
73/12 74/6 74/6 74/11 95/2 95/2 95/15 130/24 137/9 137/16 137/16 137/21 137/21 137/24 137/24 138/5 138/6 138/11 140/3 143/14 143/14 143/16 143/19 143/21 154/4 158/6 162/4 162/4 162/7 164/18 180/15 187/18 189/25 200/15 202/23 203/24 203/24 204/2 204/7 205/18 205/23 206/14 206/25 207/7 214/9 214/10 214/10 220/7 220/10 220/11 228/13 228/17 232/20 236/17 236/21 236/25 236/25 237/1 237/4 238/9 241/3 247/22 253/20 259/9 259/14 260/6 260/17 260/21 268/18 274/1 274/4 274/4 274/24 275/19 277/22 277/22 277/25 278/1 278/23 279/10 300/15 301/19 302/21 302/25 303/11 303/12 303/17 305/2 307/23 308/6 309/3 309/15 309/16 310/6 311/11 312/23 313/19 313/22 314/23 315/18 316/14 316/18 316/24 317/10 318/14 318/22 319/19 319/23
**jury's [1]** 43/24
**just [355]**
**justice [26]** 38/2 40/24 41/11 69/4 81/14 82/3 82/6 84/22 98/3 98/8 123/25 125/14 145/1 145/4 145/20 150/6 152/2 183/14 260/25 261/3 261/6 270/6 270/12 277/4 286/13 287/13
**justification [2]** 251/20 251/24
**Justin [1]** 38/21
**Juvenile [1]** 144/22

**K**

**Kansas [1]** 131/2
**keep [10]** 17/21 49/10 104/5 127/5 158/5 162/22 284/14 288/12 311/19 312/13
**keeping [2]** 181/7 240/23
**Kentucky [1]** 106/23
**Kevin [1]** 116/23
**key [1]** 279/7
**kids [1]** 155/8
**kind [40]** 18/23 38/17 58/25 59/19 62/6 84/10 100/5 106/6 111/14 112/10 116/12 136/16 137/25 148/1 148/5 180/8 181/7 181/21 181/25 182/7 183/5 184/19 188/3 189/17 196/9 212/21 213/17 213/19 233/9 237/2 241/25 277/19 278/11 279/22 279/23 279/24 286/16 296/1 309/23 318/23
**Kinzinger [1]** 116/25
**knew [4]** 135/7 139/12 139/13 292/22
**Knight [57]** 2/6 4/13 33/7 38/14 38/15 49/24 51/1 58/2 70/14 73/9 79/12 89/15 92/2 92/8 97/5 98/18 103/23 110/23 124/4 126/16 129/2 134/13 140/19 146/18 148/25 151/23 153/20 157/15 165/3 165/16 168/9 172/9 178/2 183/17 191/3 196/13 201/4 209/8 211/7 216/6 222/5 226/4 228/25 237/24 239/22 244/19 250/6 250/9 252/10 257/24 266/4 273/1 276/5 280/10 298/20 299/12 300/1
**Knight's [1]** 229/2
**know [276]** 6/23 7/1 11/18 15/9 16/23 18/9 19/16 22/17 22/22 23/16 24/22 24/24 25/23 28/2 32/5 37/11
38/6 38/9 38/14 38/25 46/12 49/4 50/18 50/22 59/16 60/3 61/12 61/21 61/22 61/24 62/21 62/22 63/17 63/21 63/22 63/24 64/3 64/4 64/5 64/6 65/3 66/21 67/24 68/2 68/4 68/16 68/16 68/17 72/8 73/17 76/1 76/2 76/4 76/16 76/18 76/18 76/19 76/20 76/21 76/24 77/3 77/5 77/6 78/9 78/20 79/15 81/7 81/12 81/14 81/16 82/6 83/25 84/14 86/18 88/7 88/8 88/12 89/9 90/4 90/11 90/19 106/3 106/12 107/25 108/3 108/17 110/15 110/16 111/18 116/6 116/11 117/6 120/9 120/12 120/13 121/20 121/23 122/5 122/13 122/14 123/15 124/14 125/13 125/14 126/21 128/19 128/22 131/7 132/11 134/4 134/5 134/5 135/5 136/17 142/10 142/13 142/23 143/3 143/9 143/10 144/25 147/12 148/1 148/11 149/12 154/22 158/9 160/1 160/9 163/8 167/11 168/2 171/16 175/7 176/19 177/7 178/8 179/7 179/22 180/5 181/3 181/4 181/6 181/8 181/17 181/20 181/22 181/23 182/7 182/23 183/2 183/11 183/15 186/18 186/22 186/25 187/18 187/19 187/22 187/22 187/23 189/5 189/7 190/14 190/16 191/25 192/4 194/14 194/16 194/25 198/22 199/11 202/1 203/4 203/18 206/7 206/8 206/21 206/22 206/22 206/23 207/10 208/5 208/11 209/6 209/21 214/4 214/9 215/12 217/3 218/5 218/11

**K**

know... [84] 220/12
221/3 221/6 223/19
223/21 225/7 228/3
228/13 231/14 233/9
233/11 236/17 237/13
238/6 239/11 240/20
243/8 243/22 244/3
244/11 246/19 247/11
247/25 248/16 248/19
249/19 250/21 250/22
250/24 250/25 251/2
251/19 251/20 251/22
251/23 253/6 254/9
255/4 255/23 256/24
259/7 263/23 264/4
264/7 264/17 268/17
268/25 268/25 269/9
271/25 274/9 277/3
278/22 280/2 282/6
284/15 286/23 286/25
287/4 287/25 288/4
288/6 291/2 291/15
291/17 292/8 292/16
292/17 292/20 292/21
292/22 292/23 296/7
296/17 299/21 300/17
303/7 304/19 310/9
311/7 316/17 317/9
319/6 319/20

knowing [11] 45/4
51/3 79/4 107/22 203/5
204/11 210/3 230/12
288/24 290/25 292/12

knowledge [22] 34/19
68/22 92/21 109/1
122/2 134/9 136/14
138/3 145/20 170/6
183/2 184/4 185/8
185/11 185/12 187/25
190/1 190/4 190/20
193/20 255/7 281/25

known [3] 122/13
124/2 288/2

knows [4] 18/2 139/1
239/24 304/3

**L**

Laboratory [2] 180/12
180/17

lack [11] 10/17 10/21
11/10 11/13 14/12
18/20 19/13 19/22
198/17 286/4 287/4

Ladies [1] 303/11
lady [1] 217/2
laid [1] 240/4
landed [1] 315/13
Lanelle [1] 38/24
language [4] 27/18
29/11 30/25 39/19
laps [1] 107/6
larceny [2] 189/18
190/24
large [3] 6/7 6/14
64/20
larger [1] 116/1
last [38] 8/2 8/14 14/7
19/21 22/9 31/2 35/5
37/5 45/11 53/21 54/22
83/20 85/17 85/18
94/14 94/15 94/22
127/23 132/23 143/16
151/21 164/12 179/20
180/6 190/23 193/21
224/6 225/1 229/25
231/2 231/19 233/8
236/2 236/3 257/1
274/1 279/5 289/22
late [3] 240/24 277/18
280/15
later [5] 14/12 15/16
133/24 150/4 174/12
latest [2] 186/20
190/16
latitude [2] 20/4 20/12
latter [1] 201/1
laugh [1] 75/7
laughed [1] 75/7
law [183] 21/25 22/6
22/15 23/5 25/11 26/17
27/18 34/22 36/18
36/24 40/4 40/7 40/8
40/13 40/14 40/20
40/23 41/5 41/15 41/17
41/19 42/10 42/12
42/13 42/16 43/20
43/21 43/23 44/21
44/24 48/10 48/11
48/18 48/19 48/22
49/15 49/18 49/25 50/1
51/24 53/5 53/9 55/10
56/7 56/13 60/10 60/11
60/19 61/11 69/3 69/4
75/12 75/21 77/13
79/25 80/1 84/17 91/15
92/18 95/25 96/1 96/10
99/23 100/2 100/18
107/4 107/16 107/21
109/2 109/7 114/19
114/22 115/5 115/13
123/3 123/9 123/11
123/13 123/16 128/24
132/18 138/20 139/3
139/4 139/8 139/15
139/24 144/14 144/14
150/25 151/1 151/1
151/9 155/17 157/8
163/14 171/23 182/12
183/14 189/1 189/3
190/2 195/5 196/18
199/19 199/21 200/16
202/23 208/15 212/13
213/16 214/9 214/12
214/24 218/21 220/20
224/13 224/14 224/24
225/3 226/17 228/9
228/13 229/19 232/21
233/4 233/5 233/9
235/15 242/25 243/4
243/9 243/15 243/17
244/5 244/11 247/19
247/21 249/24 250/1
254/10 254/12 255/17
255/18 255/21 258/3
258/5 258/10 258/16
264/24 268/19 269/14
269/15 269/20 269/22
269/23 270/6 270/11
272/7 274/19 277/4
277/4 278/23 282/3
282/5 285/18 285/19
286/16 286/21 287/4
288/1 289/1 289/4
289/8 289/10 293/5
293/5 296/8 298/5
317/23
lawful [1] 18/25
lawns [1] 71/18
laws [1] 131/2
lawyer [34] 40/8 48/11
48/15 48/16 60/11
60/17 75/12 75/16
75/17 96/1 96/3 99/23
103/25 114/19 114/24
115/2 123/8 132/13
132/17 139/2 139/6
152/22 155/22 188/20
194/9 211/24 212/5
214/4 233/5 255/17
255/20 255/24 285/19
lawyers [13] 34/25
45/24 48/14 60/18 66/1
96/4 96/12 237/17
253/3 270/5 278/16
303/14 319/6
lawyers' [2] 141/11
154/13
lead [6] 85/5 107/23
160/2 174/14 256/11
282/2
leader [1] 111/9
leads [2] 202/18
244/17
leaning [1] 121/20
learn [2] 152/6 152/7
learned [5] 15/18 66/9
162/18 163/19 178/9
least [40] 4/22 8/19
10/13 11/23 12/1 12/2
19/22 21/5 22/11 23/12
27/16 27/21 27/23
32/19 52/13 104/6
126/25 136/15 139/19
149/18 198/23 200/1
200/21 203/8 215/8
229/18 257/2 262/16
286/4 292/13 300/16
301/4 301/5 304/19
305/3 309/12 310/3
310/7 311/8 313/10
leave [4] 180/13
197/24 213/2 315/9
leaves [2] 311/13
312/22
led [1] 202/13
Lederer [4] 1/17 4/8
33/6 38/4
left [7] 33/25 116/22
117/1 158/15 309/23
311/11 315/19
leg [1] 156/19
legacy [1] 177/23
legal [10] 40/9 40/10
44/1 99/24 100/4
132/17 139/5 146/2
153/10 277/7
less [8] 10/15 19/7
25/8 58/5 106/24
204/17 275/3 275/12
let [39] 21/10 25/25
28/2 47/6 48/8 56/5
68/9 69/2 83/14 101/9
124/1 128/11 133/24

# L

**let... [26]** 153/2 162/2 175/21 181/12 184/25 187/21 189/23 214/24 217/1 217/9 228/11 236/6 237/19 241/1 253/20 268/22 275/19 282/4 292/14 303/25 304/2 308/2 308/24 312/11 314/21 316/16
**let's [14]** 45/16 46/13 52/16 93/10 114/17 186/24 201/25 240/14 241/3 286/3 300/4 300/5 301/20 311/19
**letter [1]** 25/18
**level [5]** 25/5 111/7 115/10 238/25 239/2
**liability [3]** 28/5 28/7 28/19
**liaise [1]** 189/2
**lie [1]** 210/3
**life [6]** 6/8 60/17 194/22 258/4 291/10 295/1
**light [5]** 29/10 48/24 109/1 200/23 262/1
**Lightly [1]** 213/6
**like [216]** 4/20 5/10 5/15 5/20 7/3 7/5 8/5 8/21 8/23 9/9 9/22 9/23 11/25 12/8 16/8 18/18 20/5 20/6 20/25 21/8 24/19 30/8 31/4 32/3 32/23 33/14 40/23 43/4 48/20 49/23 50/2 50/3 55/6 57/19 58/24 61/3 61/23 62/3 63/11 63/22 63/24 64/18 65/5 66/23 66/25 67/10 70/10 71/18 71/19 76/15 76/18 79/17 84/3 94/4 97/13 100/12 105/13 106/5 106/24 107/15 108/1 109/18 111/6 111/7 111/9 112/1 116/23 118/21 121/19 121/24 122/6 122/12 124/12 124/14 124/15 124/16 125/4 127/20 128/13 128/18 131/23 133/1 133/6 133/8 133/22 134/25 135/5 135/8 139/1 143/7
**liked [1]** 124/1
**likely [2]** 26/17 57/21
**Limine [3]** 12/21 15/25 20/13
**limit [2]** 12/22 20/2
**limited [3]** 227/23 293/20 315/7
**line [9]** 11/1 33/25 71/25 126/22 126/25 144/5 158/9 177/23 190/17
**lingering [1]** 135/4

148/1 148/10 151/1 151/4 153/24 156/23 158/7 158/7 158/10 160/10 162/23 163/13 166/20 169/16 170/4 171/1 173/4 173/5 175/24 179/17 179/22 180/6 180/11 180/25 181/3 181/5 181/5 181/15 181/24 182/1 182/9 182/25 183/5 183/5 183/9 183/10 185/3 187/2 188/23 189/19 194/3 195/11 195/17 197/22 206/1 206/3 206/5 206/18 206/20 207/6 208/4 208/4 208/11 208/12 209/17 209/18 209/24 209/25 210/1 210/3 210/4 210/9 210/9 210/10 210/11 210/12 210/14 210/15 210/16 210/17 210/19 210/19 211/24 213/15 213/17 214/18 214/19 215/2 222/17 225/10 226/17 227/14 227/15 228/7 229/15 235/7 236/11 241/2 245/24 246/18 246/24 247/15 247/16 250/20 251/20 252/11 253/7 260/21 263/2 263/9 264/21 268/21 279/8 279/22 280/8 285/2 287/2 293/18 295/21 296/13 296/25 298/6 302/18 303/2 304/7 311/8 315/5 317/15 318/11 319/13 319/22 320/2 320/10
**list [16]** 12/1 32/6 32/11 97/13 299/20 301/15 301/16 301/17 301/21 301/23 302/19 302/20 305/1 308/13 310/3 311/11
**listen [34]** 53/4 76/4 76/7 77/13 77/14 77/22 78/4 78/10 79/25 79/25 92/16 92/17 94/8 97/9 98/5 106/13 109/15 109/17 109/20 110/10 110/13 112/2 126/6 206/20 206/25 210/7 210/14 248/17 249/25 250/21 250/22 251/2 251/3 319/13
**listened [5]** 76/5 76/6 98/4 98/6 112/9
**listening [5]** 44/9 62/25 76/9 77/3 110/1
**litigation [2]** 192/1 212/18
**little [31]** 12/15 46/17 62/8 76/1 79/19 81/8 82/4 96/23 120/12 125/7 129/18 138/17 155/8 158/4 170/19 184/25 187/3 201/1 203/3 205/11 214/24 231/18 236/9 240/16 240/24 250/18 262/16 272/15 297/22 301/4 303/25
**live [48]** 6/19 37/19 47/17 58/19 58/24 59/1 61/3 66/11 71/16 80/24 106/18 106/25 107/1 118/24 119/4 121/25 124/10 132/9 132/10 132/12 132/21 134/4 141/18 141/19 142/22 146/23 155/12 157/5 160/13 167/16 169/5 169/7 175/10 176/2 176/3 180/22 193/16 203/18 212/22 231/17 253/11 253/11 267/19 268/2 268/5 282/20 284/24 285/2
**lived [8]** 61/5 71/10 122/6 269/3 285/14 296/24 299/5 299/6

**Lisa [3]** 60/19 60/22 175/4 231/14 247/1 253/6
**living [8]** 49/3 124/17 179/25 224/1 231/24 282/12 285/9 296/16
**lo [1]** 19/9
**lobbyist [3]** 51/15 51/16 203/17
**local [11]** 40/12 40/21 84/25 113/14 124/23 151/11 175/24 193/14 198/7 220/19 237/3
**logistical [1]** 151/7
**logistics [2]** 11/8 13/16
**long [42]** 38/17 42/16 44/3 44/19 50/6 55/25 59/18 61/25 83/20 100/9 100/24 101/2 114/12 119/10 134/25 144/23 151/20 159/10 166/17 180/12 187/6 190/25 207/25 214/16 224/21 237/6 254/16 259/19 261/2 263/7 268/11 274/15 275/9 277/25 282/18 288/2 296/24 303/1 317/9 317/12 317/12 318/20
**longer [4]** 63/21 126/20 310/23 317/12
**look [17]** 24/10 118/15 124/15 158/13 159/23 182/8 182/13 204/16 207/14 223/23 228/10 236/18 236/22 250/1 284/21 303/23 311/11
**looked [7]** 22/18 23/12 23/19 66/23 154/22 180/24 181/14
**looking [35]** 5/24 12/20 35/5 67/6 84/9 88/4 105/16 116/16 128/23 142/24 154/24 159/21 162/25 163/2 167/7 167/8 170/4 181/6 181/22 183/6 186/15 193/11 207/7 220/1 228/1 235/7 238/21 242/12 264/11 271/22 279/7 279/25 281/21 284/22 295/23
**looks [2]** 211/23 215/2

**L**

**lorraine [5]** 2/11 2/14 321/3 321/9 321/9
**loss [1]** 250/13
**lost [1]** 87/22
**lot [49]** 48/6 54/19 66/12 66/13 66/15 66/16 69/17 71/11 71/17 72/8 72/14 78/9 78/10 86/20 105/20 105/22 106/3 106/3 106/11 107/16 107/25 108/1 108/25 109/20 111/3 111/4 112/23 116/13 124/14 135/7 144/25 158/11 176/12 181/21 184/19 203/17 210/12 225/10 234/22 240/5 240/20 244/1 268/15 268/25 269/6 277/14 280/18 293/8 311/2
**lots [1]** 165/6
**Louis [2]** 254/1 255/20
**love [1]** 58/3
**loved [3]** 170/15 170/21 170/23
**lunch [5]** 127/7 127/7 154/7 158/8 158/17

**M**

**ma'am [28]** 81/15 82/13 90/24 91/21 91/23 99/21 102/16 103/20 104/17 109/25 159/4 160/13 161/8 167/16 168/11 173/12 174/4 196/6 233/18 245/13 249/11 250/4 261/15 265/6 266/20 271/14 272/24 273/5
**made [7]** 11/19 23/22 29/23 93/18 99/9 138/10 174/10
**Mae [2]** 268/10 268/13
**magic [1]** 314/15
**main [7]** 2/4 5/15 24/24 131/4 211/5 257/8 301/6
**majestic [1]** 6/21
**major [2]** 59/20 257/6
**make [51]** 6/14 13/4 26/4 27/22 33/8 45/13 45/16 62/10 75/1 77/22

78/25 80/4 91/19 99/4 102/4 103/16 112/3 112/16 120/9 121/16 122/13 123/1 125/11 125/13 125/14 130/23 137/7 143/3 151/8 156/25 158/13 160/4 172/23 172/25 175/8 197/19 205/22 208/13 215/7 228/10 236/17 251/3 263/20 298/24 301/21 302/7 311/2 312/11 319/6 319/12 319/16
**makes [4]** 57/3 269/10 283/2 283/6
**making [5]** 25/1 158/4 239/4 250/23 307/14
**malnutrition [1]** 162/9
**man [1]** 215/20
**manage [1]** 110/6
**management [4]** 160/23 196/11 225/23 226/1
**manager [2]** 155/25 272/17
**manner [3]** 94/7 122/10 280/4
**many [13]** 6/25 17/4 53/2 59/17 59/17 94/16 96/3 102/6 109/16 150/25 251/22 260/10 292/10
**March [2]** 179/19 180/9
**marched [1]** 76/16
**mark [1]** 187/1
**market [2]** 213/1 257/6
**married [6]** 6/2 70/3 220/25 233/8 277/9 278/18
**marshal [3]** 237/4 238/15 238/17
**Marshall [1]** 40/15
**Maryland [4]** 100/3 100/5 265/16 265/17
**master [2]** 113/19 113/21
**master's [2]** 104/2 272/18
**Mastony [1]** 38/22
**material [2]** 184/9 296/17
**matter [9]** 39/7 135/13

137/6 149/16 157/17 185/11 197/18 310/20 321/5
**matters [1]** 130/23
**maximum [1]** 218/14
**may [43]** 4/19 9/21 10/3 10/17 11/23 12/24 13/12 15/19 19/16 19/16 31/15 36/5 36/8 38/18 43/21 44/2 51/25 56/12 62/23 66/1 76/24 99/8 107/19 112/22 113/16 130/5 161/8 168/11 174/4 186/19 199/17 204/2 210/25 233/18 240/16 249/17 253/3 273/5 276/7 300/18 308/20 311/14 316/15
**maybe [15]** 15/17 56/11 87/24 100/12 113/9 133/1 136/17 171/1 174/14 182/5 193/16 214/19 238/21 278/1 282/4
**Mayor [1]** 138/23
**MDNC [1]** 2/3
**me [120]** 4/20 5/10 5/20 8/15 8/16 10/6 11/5 12/1 13/8 19/20 20/7 20/10 21/10 21/10 22/11 25/25 26/4 27/4 32/4 33/20 39/3 45/1 45/24 48/8 51/8 55/12 56/5 63/15 65/7 65/11 68/9 69/2 77/5 79/5 80/8 90/19 92/20 108/1 126/22 128/11 128/18 132/25 138/10 153/3 156/19 157/6 160/4 162/2 163/13 173/4 175/21 180/8 181/1 181/12 182/9 182/15 182/25 183/3 183/8 184/25 187/3 187/21 189/23 198/21 199/5 204/12 206/18 206/20 208/13 209/16 210/2 210/7 210/11 210/12 210/14 210/17 211/11 214/24 229/3 231/2 232/18 234/11 234/12 236/6 236/9 237/19 240/7 241/21 242/10

251/16 251/20 253/20 256/5 257/1 262/13 262/15 268/21 268/22 269/6 270/19 275/5 275/23 282/4 292/6 292/11 292/14 297/19 299/19 300/10 301/18 301/23 303/14 303/23 304/2 306/25 308/2 308/24 312/11 314/21
**mean [123]** 14/17 22/9 24/3 35/22 49/7 66/17 67/20 68/21 75/8 76/2 77/2 77/4 78/8 78/15 79/2 88/22 89/8 89/21 89/22 89/25 97/25 106/2 106/9 106/12 112/23 116/21 119/19 122/8 124/22 125/4 125/8 128/6 128/16 137/13 138/15 139/9 139/14 139/22 141/23 147/11 148/2 148/4 148/8 148/19 155/5 156/18 156/19 157/4 159/18 159/21 171/8 171/9 171/13 173/2 173/8 176/10 180/5 180/22 180/23 181/1 181/24 181/25 182/2 182/4 183/3 183/9 187/18 188/2 188/10 188/16 199/10 201/16 206/18 208/1 208/1 208/10 210/8 210/9 213/6 213/16 213/24 214/4 214/5 214/8 216/22 216/25 217/25 218/5 219/25 227/12 227/23 227/24 228/6 228/9 229/10 230/8 230/11 234/18 234/21 239/1 239/9 241/2 242/24 243/3 244/10 247/23 248/9 251/16 262/12 266/8 269/4 284/21 290/3 296/13 298/15 299/2 299/5 301/18 301/19 309/12 312/12 318/2 318/5
**meaning [1]** 228/7
**means [10]** 76/23 176/14 218/19 247/25

**means... [6]** 248/5 269/6 307/23 308/10 314/23 319/11
**meant [2]** 82/4 89/23
**measures [1]** 279/8
**media [28]** 37/16 42/15 44/5 44/6 44/13 47/10 66/6 66/21 93/12 106/11 109/19 116/6 116/11 128/14 131/22 131/25 133/12 176/7 186/12 187/23 198/4 218/1 227/22 234/10 242/6 242/9 295/15 295/25
**medical [2]** 136/11 136/14
**medium [2]** 318/2 318/3
**meet [1]** 238/24
**meeting [2]** 68/20 239/12
**meetings [2]** 236/13 239/10
**member [18]** 37/18 40/7 40/11 41/16 42/14 48/10 58/19 60/10 96/13 99/22 114/19 123/2 155/12 169/4 189/25 195/4 199/18 284/24
**members [30]** 32/8 36/3 39/3 40/18 41/3 41/9 41/21 42/1 56/7 60/18 61/14 69/6 69/7 69/20 84/21 107/13 109/2 188/23 189/14 213/16 215/16 243/14 270/5 277/3 278/16 303/12 308/6 310/5 313/11 316/24
**memories [1]** 268/1
**mens [9]** 10/16 10/21 11/9 11/13 14/12 18/20 19/12 19/22 20/9
**mental [4]** 67/12 67/13 70/24 71/2
**mention [1]** 93/18
**mentioned [15]** 12/18 63/8 71/10 78/3 78/23 110/25 125/4 134/15 146/21 190/24 196/17 214/22 238/2 265/8

**mere [1]** 27/15
**merely [3]** 42/7 242/18 248/11
**merits [1]** 185/2
**message [1]** 129/25
**messages [6]** 10/15 16/24 17/17 18/4 19/4 31/18
**Metro [4]** 58/25 119/8 119/9 177/3
**Metropolitan [4]** 38/22 38/23 40/15 220/25
**Miami [2]** 236/12 238/22
**mid [1]** 240/14
**mid-afternoon [1]** 240/14
**middle [2]** 46/17 46/21
**midnight [1]** 174/1
**might [29]** 12/10 23/25 24/1 30/18 35/20 37/23 39/12 39/16 41/18 42/5 52/21 53/8 55/12 59/25 121/16 124/20 163/4 163/18 185/7 190/12 199/20 213/22 217/22 227/25 292/17 296/3 299/6 303/19 310/12
**mike [1]** 5/16
**mile [4]** 106/24 253/12 268/5 285/3
**military [3]** 100/6 100/8 100/9
**mind [14]** 49/11 62/24 63/1 63/2 64/22 90/10 112/22 116/20 184/6 188/18 208/13 247/15 270/14 286/22
**mine [3]** 131/10 270/10 270/17
**minimum [2]** 58/5 80/9
**Minnesota [1]** 167/18
**minor [3]** 133/19 133/23 138/4
**minute [4]** 20/1 127/6 303/21 311/8
**minutes [7]** 20/18 303/2 303/7 303/22 304/8 315/10 316/21
**mirror [1]** 113/20
**misdemeanor [8]** 25/1 25/2 25/4 25/5 25/7 25/7 189/18 277/11

**miss [1]** 275/6
**missed [4]** 62/7 64/22 65/7 216/24
**mission [1]** 201/2
**Missouri [7]** 254/20 258/11 259/1 259/17 259/18 259/23 260/2
**mistake [8]** 10/18 10/22 11/10 11/13 14/13 18/21 19/13 19/23
**mistrial [1]** 238/20
**misunderstand [2]** 166/11 166/11
**Model [12]** 22/2 22/3 24/8 24/16 24/18 24/25 25/11 26/6 26/10 26/24 27/5 27/16
**mom [2]** 286/17 288/24
**mom's [2]** 109/3 256/8
**moment [5]** 12/10 50/25 92/6 163/12 170/18
**moments [1]** 296/25
**Monday [1]** 197/25
**month [1]** 167/23
**months [9]** 48/20 50/3 69/10 70/6 115/24 116/14 134/24 176/13 256/20
**Moore [20]** 33/18 33/23 34/1 45/20 46/3 46/6 46/7 46/25 158/18 301/18 304/5 304/9 314/15 314/21 315/15 318/23 319/1 319/15 319/18 319/21
**moral [1]** 40/2
**more [66]** 6/18 14/3 25/2 25/9 27/10 36/9 44/21 45/7 45/13 50/17 59/19 59/23 67/7 73/19 78/25 79/19 82/4 84/10 105/17 115/11 117/1 128/13 135/14 137/8 154/7 162/7 163/3 176/18 180/24 181/1 189/4 198/17 198/19 199/13 203/3 209/13 209/17 223/22 224/8 234/24 236/9 237/4 238/17 248/22 250/19

291/10 295/1 295/24 296/3 296/3 300/12 303/13 303/25 309/17 312/14 313/1 313/2 313/12 313/20 317/20 318/15 318/17 319/15
**Morgan [5]** 132/12 139/3 139/4 139/5 139/14
**morning [85]** 4/2 4/7 4/12 4/15 4/16 4/23 5/2 12/12 22/19 23/13 34/3 34/20 47/2 47/3 51/11 53/18 58/12 58/13 62/16 63/6 63/7 65/20 68/10 70/16 70/17 71/24 74/1 77/10 77/13 78/1 78/2 80/17 80/18 81/24 82/15 83/11 83/12 86/4 87/15 87/16 89/17 89/18 90/24 90/25 93/6 93/7 96/20 96/21 97/7 97/8 99/17 99/18 102/16 105/2 105/3 109/12 113/5 113/6 121/11 121/12 124/6 125/18 125/19 127/11 127/12 131/3 154/21 158/4 179/18 179/22 190/21 291/18 302/23 302/24 303/20 313/1 313/13 313/15 317/14 318/16 318/25 319/2 319/22 319/24 320/17
**Moss [4]** 23/2 23/18 23/22 24/6
**most [28]** 11/6 27/2 69/14 84/5 106/5 109/18 111/13 112/10 116/17 116/19 117/2 117/3 167/6 185/4 186/14 188/24 192/10 200/23 206/1 206/18 207/3 207/9 207/15 209/3 210/10 234/25 260/8 318/20
**mostly [12]** 59/24 69/5 116/11 116/11 116/12 116/22 129/22 153/10 165/9 170/16 188/21 206/1
**mother [7]** 84/24 86/4

**M**

**mother... [5]** 108/10
162/8 207/21 208/25
285/23
**motion [6]** 12/21 15/25
20/13 32/25 33/1 33/8
**motions [2]** 63/16
63/22
**Moultrie [1]** 274/2
**move [8]** 52/18 92/12
98/19 136/6 230/23
245/18 289/21 319/8
**moved [1]** 261/4
**moving [1]** 29/5
**MPD [6]** 38/22 69/13
107/18 215/21 243/18
298/6
**Mr [5]** 10/16 12/19
17/10 126/16 300/1
**Mr. [85]** 5/9 10/9 10/14
10/25 11/2 11/6 11/7
11/13 12/22 12/25 15/6
15/18 15/21 15/24 18/2
18/6 18/6 18/19 20/7
32/6 33/7 36/20 36/24
38/9 38/10 38/12 38/15
43/1 51/1 51/3 57/8
58/2 64/6 65/8 70/14
73/9 89/15 92/2 92/8
97/5 98/18 103/23
110/23 111/20 124/4
129/2 134/13 135/20
140/19 146/18 148/25
151/23 153/20 157/15
165/3 165/16 168/9
172/9 178/2 183/17
191/3 196/13 201/4
209/8 211/7 216/6
222/5 226/4 228/25
229/2 230/10 237/24
239/22 239/25 244/19
250/6 250/9 252/10
257/24 266/4 273/1
276/5 280/10 298/20
299/12
**Mr. Geitzen [28]** 5/9
10/9 10/14 10/25 11/7
12/25 15/6 15/21 15/24
18/2 18/6 18/6 20/7
32/6 36/20 36/24 38/9
38/10 38/12 43/1 51/3
57/8 64/6 65/8 111/20
135/20 230/10 239/25
**Mr. Geitzen's [6]** 11/2

11/6 11/13 12/22 15/18
18/19
**Mr. Knight [50]** 33/7
38/15 51/1 58/2 70/14
73/9 89/15 92/2 92/8
97/5 98/18 103/23
110/23 124/4 129/2
134/13 140/19 146/18
148/25 151/23 153/20
157/15 165/3 165/16
168/9 172/9 178/2
183/17 191/3 196/13
201/4 209/8 211/7
216/6 222/5 226/4
228/25 237/24 239/22
244/19 250/6 250/9
252/10 257/24 266/4
273/1 276/5 280/10
298/20 299/12
**Mr. Knight's [1]** 229/2
**Ms [6]** 12/13 33/6
38/15 46/6 228/25
237/22
**Ms. [31]** 33/18 33/23
34/1 45/20 46/3 46/7
46/25 51/2 51/11 92/9
158/18 230/22 257/24
257/25 262/9 266/4
273/2 276/5 298/20
300/1 301/18 304/5
304/9 314/15 314/21
315/15 318/23 319/1
319/15 319/18 319/21
**Ms. Costner [11]** 51/2
92/9 230/22 257/24
257/25 262/9 266/4
273/2 276/5 298/20
300/1
**Ms. Moore [19]** 33/18
33/23 34/1 45/20 46/3
46/7 46/25 158/18
301/18 304/5 304/9
314/15 314/21 315/15
318/23 319/1 319/15
319/18 319/21
**Ms. Price [1]** 51/11
**MSNBC [2]** 154/23
279/22
**much [49]** 19/6 27/10
52/3 54/3 60/18 63/3
64/13 64/18 72/21 81/9
91/10 91/13 97/3
109/21 116/15 117/17
130/3 130/5 138/14

155/7 157/15 163/6
165/12 168/11 171/2
180/9 180/15 191/2
192/16 192/17 196/25
214/7 216/15 222/22
222/24 223/22 224/8
226/18 226/20 232/11
233/13 240/4 252/5
261/18 266/2 279/21
280/1 289/14 299/10
**Mueller [1]** 97/12
**mugged [1]** 297/24
**multiple [3]** 79/22
112/21 294/25
**municipal [1]** 285/22
**murder [1]** 249/1
**murdered [2]** 215/20
248/23

**must [8]** 43/7 43/11
43/12 43/12 43/14
43/20 269/18 269/25
**mutual [1]** 153/10
**my [255]** 4/14 4/25 5/5
6/12 9/23 10/1 10/18
11/15 12/1 14/10 14/14
14/21 14/24 21/19 24/1
24/4 24/20 25/15 27/9
27/19 27/23 30/7 35/12
37/7 44/1 44/20 44/22
44/22 48/6 48/13 49/14
55/14 59/2 60/16 60/16
60/16 61/4 61/9 61/18
62/7 63/1 63/2 63/14
65/12 66/12 66/15 69/9
69/11 69/12 76/3 76/14
78/16 79/23 84/4 84/24
85/11 92/24 94/8 96/3
96/4 96/10 96/10 96/11
100/1 100/21 101/16
102/10 104/4 106/5
106/14 107/1 107/15
107/15 107/17 108/10
108/24 111/6 111/12
112/3 112/22 113/14
113/15 113/20 114/21
117/4 117/5 118/22
119/2 119/20 122/10
122/14 123/8 123/8
123/24 125/12 125/13
127/22 131/2 131/3
132/13 132/25 133/23
135/14 137/12 139/3
139/4 139/8 139/15
139/24 140/24 145/10

146/2 147/6 149/21
150/7 150/19 151/6
151/16 152/18 153/15
155/14 156/19 157/7
164/2 164/2 164/9
164/19 166/13 169/8
170/15 170/21 170/21
171/10 173/3 175/17
177/3 177/4 179/17
180/4 180/16 184/25
185/7 188/18 188/25
189/1 189/17 199/4
200/11 200/15 203/6
204/25 205/25 206/19
207/21 208/12 210/10
210/19 210/20 211/5
213/2 213/25 214/1
214/4 215/5 215/20
216/14 218/13 218/21
218/24 224/16 224/16
224/17 225/5 226/10
226/16 228/6 228/11
228/14 230/9 231/1
233/7 234/19 235/14
236/4 236/16 236/20
236/21 237/11 241/21
241/24 242/9 242/25
243/3 243/9 243/9
244/14 247/5 247/15
247/24 247/24 248/22
250/23 251/3 255/10
256/6 256/8 256/23
256/25 257/20 264/21
264/23 267/19 267/24
268/6 269/4 269/8
270/10 271/1 272/3
273/25 277/6 278/25
282/2 282/5 285/10
285/23 286/22 287/2
287/6 288/1 289/7
289/12 289/18 290/2
291/8 291/10 292/8
293/7 294/11 296/8
296/21 296/23 297/12
297/12 299/19 300/24
300/25 301/23 305/3
305/10 307/13 314/13
315/18 318/25 319/23
**myself [2]** 69/7 149/14

**N**

**name [14]** 10/25 54/21
54/22 97/16 110/20
111/10 111/22 291/16

# N

name... [6] 291/19 292/15 292/16 292/21 294/14 318/12
names [3] 52/13 97/10 111/6
Nancy [2] 131/11 134/16
nation's [2] 72/10 72/13
nations [1] 129/21
nature [12] 37/22 66/8 99/2 140/12 159/8 186/3 198/8 202/14 213/10 292/2 292/9 318/12
Naval [2] 180/12 180/17
Navy [1] 285/5
NBC [1] 264/1
NC [2] 2/4 2/7
near [24] 6/11 37/19 58/19 58/25 66/12 71/16 81/1 106/18 132/9 132/10 142/22 155/12 169/5 169/7 175/4 175/10 180/1 212/22 213/1 231/14 247/1 253/6 268/2 284/25
necessarily [5] 47/18 49/7 179/23 182/4 284/20
need [26] 4/18 4/21 19/15 21/6 32/17 50/22 52/5 80/5 99/6 151/13 183/7 187/19 205/12 208/24 244/25 245/17 249/24 300/7 300/12 302/22 303/1 314/22 316/21 318/7 318/14 318/19
needlessness [1] 292/10
needs [4] 182/8 183/10 241/21 245/24
negatively [2] 220/14 235/12
neighborhood [18] 66/12 66/16 66/22 68/13 71/11 72/9 119/3 141/19 141/20 142/4 142/6 160/18 167/15 175/17 267/20 267/24

neither [2] 8/4 188/25
nephew [1] 277/6
nervous [3] 205/11 205/12 208/24
Nestle [2] 110/5 110/7
network [2] 177/17 177/23
neutral [1] 36/11
never [19] 17/10 43/1 48/22 50/21 50/22 52/22 63/2 64/21 114/24 127/18 128/17 139/10 187/15 189/19 208/5 208/13 215/25 224/25 286/21
nevertheless [3] 22/6 117/8 131/16
new [24] 1/15 59/22 62/19 94/3 98/21 128/8 134/17 177/22 231/22 234/14 236/14 238/24 239/7 239/14 241/20 241/24 241/25 244/23 275/10 275/11 277/7 286/1 286/23 295/20
news [133] 37/16 44/10 47/10 47/14 47/17 48/24 54/14 54/16 54/17 59/23 59/25 66/6 66/21 67/7 67/9 76/4 78/15 78/17 81/8 84/2 84/5 84/10 88/3 88/4 88/8 88/15 93/12 93/17 93/20 93/23 94/2 94/6 105/18 105/19 105/21 105/24 111/4 116/8 116/10 117/7 128/7 128/14 131/22 131/24 142/19 142/20 142/24 143/5 150/18 154/22 154/22 154/23 154/24 156/22 162/21 162/23 162/24 162/25 163/4 163/9 165/7 167/2 167/5 167/6 167/8 170/7 175/25 176/7 176/12 176/15 176/7 176/12 186/6 186/20 190/12 190/16 193/9 193/16 193/21 198/4 198/15 198/18 198/20 207/6 213/4 213/7 213/7

285/4 299/6
CNN
232/6 234/24 235/2 235/6 236/14 238/24 242/6 242/10 242/14 246/16 246/17 246/19 246/21 246/24 247/11 251/6 251/18 253/15 253/16 253/17 253/18 263/25 264/9 264/10 264/11 264/18 271/19 271/20 271/22 279/24 279/25 281/17 281/20 281/21 281/24 284/14 284/18 291/12 295/15 295/23 296/1 296/4 314/22
newspaper [2] 44/8 296/12
next [14] 12/1 13/18 17/19 19/8 194/24 195/3 197/20 218/7 220/18 241/17 258/9 308/13 310/15 312/15
NFL [1] 119/20
nice [2] 6/23 7/1
NICHOLS [3] 1/12 34/4 149/17
night [10] 108/13 108/13 171/1 174/1 197/25 214/17 291/9 291/12 297/25 315/7
nightfall [1] 214/18
nights [1] 291/10
Nike [1] 224/20
nine [2] 5/23 254/17
no [339]
nodded [1] 101/10
Nods [2] 58/16 235/1
noise [2] 133/19 133/21
non [13] 10/19 11/10 24/16 67/16 67/17 91/4 124/23 185/13 212/13 212/14 300/8 300/9 300/17
non-alternates [1] 300/17
non-dicta [1] 24/16
non-evidence [1] 185/13
non-overlapping [2] 300/8 300/9
non-police [2] 67/16 67/17

227/21 227/25 229/13
non-profit [4] 91/4 124/23 212/13 212/14
non-propensity [2] 10/19 11/10
nonbinding [1] 22/21
None [10] 121/1 121/3 161/13 168/17 168/19 178/15 184/1 233/22 259/6 266/23
nonetheless [1] 11/14
nonprofit [1] 129/20
norm [1] 251/17
normal [1] 245/6
normally [3] 70/25 245/8 316/13
north [3] 2/4 2/7 253/12
Northeast [3] 119/4 160/17 167/17
not [282] 6/1 8/24 10/2 10/3 10/12 10/13 10/21 11/15 16/3 16/11 16/22 16/23 17/20 18/2 18/13 19/4 19/16 19/19 19/25 20/1 20/11 20/13 20/18 21/7 22/5 22/22 22/25 23/9 24/4 24/15 24/20 25/21 26/18 27/4 28/9 28/20 29/15 31/17 31/22 32/18 32/20 33/8 33/11 36/20 40/3 42/20 42/21 43/5 43/6 43/7 43/21 43/23 44/24 45/4 45/12 52/6 52/12 53/6 53/11 54/12 56/11 56/12 59/7 59/11 61/12 62/6 62/22 62/24 63/2 64/4 64/21 65/2 65/9 65/13 66/17 66/19 66/20 68/15 70/2 73/14 73/20 76/24 79/4 79/5 80/10 80/11 80/20 81/1 81/9 86/9 87/8 87/24 88/11 88/21 89/3 92/25 93/23 94/20 94/21 94/21 95/12 95/15 96/16 97/24 98/10 101/6 102/20 104/11 105/10 106/23 108/1 108/2 108/23 113/16 113/18 113/23 116/4 116/5 116/15 116/18 116/23 119/14 119/20 121/16 122/9 124/18

**N**

**not... [156]** 125/1 126/24 126/25 127/8 128/21 130/9 130/10 132/6 136/20 137/15 139/21 140/1 142/21 144/9 148/6 148/25 152/5 152/15 152/17 154/1 154/2 159/7 159/17 159/23 161/15 162/22 163/18 166/10 168/2 170/8 176/21 177/3 177/12 179/3 179/16 179/23 183/5 184/6 184/12 184/22 186/17 187/13 187/25 188/12 189/3 191/13 191/18 191/25 192/4 192/5 192/20 194/5 204/8 204/11 206/12 207/14 208/12 210/3 210/17 210/19 212/8 213/16 215/24 217/22 218/10 218/20 220/16 221/6 221/18 221/24 222/19 223/18 223/18 223/25 226/2 227/12 227/20 228/20 232/8 236/22 241/2 242/24 243/21 244/8 244/9 244/13 246/18 247/8 251/17 254/2 254/3 256/16 257/11 257/19 260/8 267/25 269/6 271/2 271/2 271/5 275/24 276/1 278/7 278/8 278/14 279/13 280/9 281/12 281/19 282/2 284/21 286/13 286/18 291/11 291/12 292/20 292/22 296/11 299/21 300/6 303/18 303/24 304/2 304/9 305/10 305/11 305/17 305/21 305/25 306/4 306/7 306/11 306/15 306/20 306/24 306/24 307/5 307/9 307/18 309/14 311/4 311/14 314/9 314/24 315/5 316/17 317/12 317/24 317/25 317/25 318/1 318/11 319/21 320/4 320/6 320/12

**notations [1]** 111/23 **note [5]** 33/25 75/9 116/17 123/21 127/4 **notebook [1]** 315/20 **notecard [5]** 45/17 45/21 46/4 80/10 80/20 **notecards [2]** 45/20 46/6 **noteworthy [2]** 116/18 116/19 **nothing [15]** 9/3 44/25 75/8 75/9 86/9 105/13 111/7 131/23 173/2 178/8 189/6 194/23 243/25 272/22 320/15 **notice [1]** 32/7 **notions [2]** 188/7 289/24 **notwithstanding [6]** 99/11 134/8 146/3 153/24 268/17 296/7 **November [1]** 204/3 **now [86]** 7/25 10/2 10/12 14/2 14/6 15/22 18/8 24/23 31/11 32/14 32/18 35/4 35/9 37/6 40/6 50/15 67/7 77/12 79/5 82/7 85/19 92/16 100/3 100/6 100/8 101/1 104/11 106/25 107/11 107/18 111/10 111/12 113/16 114/5 118/24 119/6 119/11 119/23 124/6 136/10 152/18 158/10 158/16 160/9 164/6 164/14 170/7 173/2 177/23 180/14 181/24 188/19 200/20 203/17 212/11 215/12 220/4 226/11 230/12 235/20 235/22 253/16 257/12 265/24 271/20 279/21 279/21 286/10 300/13 302/18 304/7 308/9 308/18 309/7 309/16 309/22 310/4 310/5 310/6 310/14 311/3 312/2 312/12 317/10 319/23 320/2 **nowadays [4]** 206/21 210/1 210/2 210/5 **nowhere [1]** 206/22 **Noyes [6]** 16/13 38/19

292/17 292/17 292/20 294/8 **NPR [2]** 109/20 109/21 **number [44]** 6/11 18/6 35/13 35/15 37/7 46/9 52/12 63/5 65/1 87/19 97/20 97/21 109/15 111/2 143/24 149/23 229/4 270/4 291/4 293/7 299/22 300/6 308/18 308/19 315/17 315/19 315/21 315/21 315/22 315/22 315/24 315/25 316/1 316/2 316/3 316/4 316/5 316/7 316/8 316/9 316/10 316/11 316/12 316/16 **numbers [4]** 45/17 45/17 45/18 308/2 **nurses [1]** 245/17 **nursing [3]** 102/25 103/1 242/1 **NW [2]** 1/18 2/13

**O**

**oath [1]** 35/2 **Obama [1]** 200/13 **object [8]** 126/16 149/3 174/8 262/9 271/1 294/23 294/24 301/8 **objection [63]** 10/10 10/13 11/2 11/19 21/12 83/3 86/21 92/4 104/19 104/20 104/21 112/7 117/20 117/22 117/23 118/1 120/25 130/8 136/5 140/24 141/1 148/25 149/2 157/22 161/12 165/15 165/17 165/19 174/7 178/13 178/17 192/19 192/21 197/2 197/4 201/12 201/13 204/25 205/3 211/9 216/25 223/2 223/4 226/22 226/24 233/20 266/22 266/25 271/3 273/8 273/10 276/13 276/14 281/2 281/4 283/23 283/25 294/19 294/22 299/15 301/10 301/12 311/15 **objections [13]** 5/3 5/6

7/15 13/3 21/19 73/6 79/11 87/6 168/15 183/24 289/18 **objects [1]** 26/6 **obligated [1]** 304/10 **obligations [2]** 211/24 318/9 **observe [2]** 175/15 210/20 **observed [3]** 172/1 187/14 188/5 **obstructed [1]** 36/24 **obtained [1]** 18/2 **obviously [52]** 7/20 8/15 9/4 11/22 11/24 15/10 18/10 21/4 21/14 22/14 26/6 28/25 56/6 56/8 60/20 70/2 77/3 79/6 106/8 108/25 120/8 122/7 125/3 128/21 130/18 134/3 144/25 145/3 150/23 159/13 160/5 164/17 166/23 181/3 181/9 184/17 186/7 187/18 188/11 189/25 202/22 212/5 232/19 234/24 236/19 244/3 247/18 257/11 268/15 310/9 313/9 317/10 **occasionally [1]** 155/15 **occasions [1]** 57/22 **occupation [1]** 91/2 **occurred [2]** 103/9 267/18 **October [3]** 204/2 212/10 321/9 **odd [2]** 80/9 116/6 **OFC [1]** 2/3 **off [16]** 9/6 24/1 33/6 51/1 92/8 106/22 108/23 111/6 111/12 155/5 155/9 158/15 158/15 160/16 213/3 304/4 **offense [3]** 8/3 42/19 208/2 **offense-specific [1]** 8/3 **offenses [1]** 49/15 **offensive [1]** 27/15 **offer [3]** 10/3 17/11 115/9

**O**

offered [1] 10/11
offering [1] 31/23
offers [1] 10/14
offhand [1] 163/11
office [28] 2/6 16/13
29/25 38/6 41/1 41/2
41/2 41/11 41/12 96/7
108/11 114/15 138/24
150/7 150/19 150/20
152/19 153/8 193/18
213/2 247/8 259/1
259/9 259/16 260/7
260/15 288/24 316/14
officer [22] 38/23
41/15 42/12 42/13
67/12 67/20 67/22
67/23 69/10 69/13
85/12 85/13 86/13
196/18 225/2 225/6
269/15 269/16 269/22
269/23 270/10 282/13
Officer Chad [1] 38/23
officers [13] 12/25
36/24 37/4 42/11 67/15
67/16 67/18 69/17
69/17 108/13 269/21
291/6 291/21
offices [1] 41/1
official [3] 2/12 73/16
321/3
often [3] 48/1 156/17
242/9
oh [27] 61/1 72/19
85/20 100/9 101/11
101/25 119/22 140/4
147/21 166/10 170/23
207/9 209/2 214/23
218/8 226/1 228/25
232/5 248/24 250/8
254/2 265/17 266/12
274/3 285/9 304/9
318/22
Ohio [2] 285/13 285/23
okay [335]
Old [1] 137/24
older [1] 287/2
oldest [1] 101/16
omission [1] 23/23
once [7] 59/25 107/9
127/21 221/19 222/12
260/19 315/8
one [121] 12/25 16/8
21/23 22/18 22/19 23/4

24/6 27/7 27/8 27/16
31/2 31/2 31/7 31/11
35/18 35/18 35/25 36/2
38/17 39/6 42/16 44/21
45/22 45/22 46/19
53/21 54/4 54/12 54/18
59/25 64/25 65/1 66/4
69/12 72/25 73/15
75/16 75/23 81/4 85/5
88/20 89/7 92/20 95/7
95/14 102/12 102/18
106/9 108/10 108/13
108/13 111/11 113/9
113/14 113/16 113/18
116/25 120/8 120/14
126/23 131/8 133/22
136/13 140/14 145/9
145/14 145/23 149/18
154/7 156/3 159/8
159/13 159/16 160/7
164/2 170/16 170/19
170/21 170/23 171/2
179/6 183/1 183/11
184/13 196/1 199/17
206/3 207/21 210/12
214/22 222/4 227/18
232/2 234/9 237/16
246/14 256/5 256/15
256/16 265/22 268/21
270/13 290/20 291/7
291/9 292/13 292/14
292/15 294/25 299/20
303/13 305/12 308/14
309/17 309/25 310/12
310/14 311/23 312/7
313/20 317/16
one's [1] 75/15
one-sided [1] 140/14
ones [9] 5/20 7/22
9/22 60/20 92/23
109/17 111/6 111/8
131/4
ongoing [1] 17/7
online [2] 229/15
284/22
only [50] 9/14 10/4
10/21 14/22 21/12 29/8
29/23 30/13 31/7 32/6
37/7 37/17 39/17 45/18
56/7 77/1 81/19 86/17
125/15 135/20 146/7
151/15 157/11 159/1
162/10 164/21 172/1
173/8 182/14 200/16

202/24 202/24 213/25
214/11 219/21 226/16
232/22 235/18 243/1
244/6 255/13 268/20
272/8 275/11 279/11
281/23 287/7 298/16
300/22 318/18
open [7] 49/10 56/21
77/2 78/22 79/15
112/22 184/19
opened [1] 231/22
Opening [1] 97/11
openings [6] 9/8 9/12
11/23 11/24 11/25
319/25
operations [1] 179/18
opinion [33] 22/18
22/20 23/3 23/8 23/13
24/21 27/19 55/15
106/5 171/9 171/10
173/3 173/6 206/19
206/21 209/25 210/2
214/5 218/24 228/6
228/21 229/5 229/8
229/12 229/17 229/22
230/6 230/13 244/13
244/14 244/16 251/10
255/1
opinionated [4]
206/22 207/1 207/2
209/24
opinions [15] 42/4
43/13 43/17 57/6
105/25 106/14 121/21
121/22 182/23 206/11
209/13 210/4 232/14
245/20 249/17
opportunity [4] 5/19
7/4 98/22 313/15
oppose [4] 136/8
136/9 136/11 136/12
option [1] 310/12
oral [1] 24/23
orally [1] 24/13
orbit [7] 115/1 115/14
123/12 144/13 233/4
234/10 237/10
order [3] 4/21 114/18
226/17
organization [4]
114/15 129/18 212/13
282/16
organized [1] 33/20
oriented [1] 201/2

originally [2] 285/12
311/10
other [80] 4/19 8/21
11/12 12/4 21/19 22/6
26/15 28/3 29/13 30/1
30/6 30/12 31/9 32/1
32/3 32/12 32/22 33/14
35/12 35/20 39/3 39/11
41/10 41/23 44/7 45/12
48/8 48/9 69/6 69/7
69/20 71/25 72/1 74/20
75/16 77/25 84/11 85/6
88/20 93/21 97/4 98/10
98/12 102/12 106/11
106/16 107/11 110/17
120/14 121/16 128/9
128/15 132/14 138/16
139/22 145/24 151/15
159/13 163/18 171/20
184/20 186/12 188/22
189/7 196/1 204/19
209/15 210/13 215/15
221/19 237/16 252/14
260/9 260/20 278/1
283/10 295/25 304/18
310/10 316/15
other's [2] 304/15
304/19
others [6] 43/22 59/25
185/10 189/6 295/25
296/3
otherwise [5] 40/2
96/11 114/1 185/13
228/1
our [26] 4/10 13/2
32/11 34/20 54/1 68/6
68/6 84/25 126/2
135/22 192/1 218/9
221/20 256/25 267/20
267/20 300/15 301/21
307/23 308/11 310/2
310/2 310/5 310/21
314/8 320/5
Ours [1] 310/18
ourselves [1] 90/17
out [59] 22/23 35/16
48/14 54/15 59/22
59/25 60/1 66/16 71/11
76/3 76/3 78/16 78/16
93/18 93/21 109/3
116/7 122/22 127/20
128/13 129/25 131/1
133/24 151/14 151/15
155/7 167/22 176/15

**O**

out... **[31]** 177/4
187/19 193/18 198/15
205/25 206/22 210/13
215/6 215/7 225/11
229/3 232/6 235/6
240/4 246/21 251/17
252/3 253/16 256/20
256/22 256/25 265/20
267/18 284/17 284/21
291/11 296/2 301/2
302/23 303/25 314/24
**outcome [5]** 23/9 24/9
120/14 144/8 279/7
**outcomes [2]** 110/16
111/15
**outlook [1]** 243/12
**outreach [4]** 277/14
277/15 280/18 280/19
**outside [9]** 59/4 77/19
77/20 109/5 137/13
146/24 173/18 207/5
227/13
**over [24]** 31/5 68/6
70/25 71/2 89/25 92/17
111/1 126/22 128/6
134/23 136/18 142/23
167/17 171/3 193/21
199/4 229/15 229/25
240/24 256/19 257/12
259/21 309/23 310/8
**overall [2]** 76/14 171/8
**overarching [1]**
105/15
**overcoming [1]**
141/23
**overlapped [1]** 254/23
**overlapping [3]** 300/8
300/9 301/4
**overreached [1]** 55/5
**overreaches [1]** 55/9
**overreaching [1]** 58/1
**overrule [1]** 11/1
**overruling [1]** 11/19
**overseeing [1]** 150/20
**overthrow [1]** 124/15
**overwhelming [1]**
278/14
**own [15]** 43/14 43/16
151/3 164/9 171/9
206/11 214/5 228/6
229/5 243/3 243/9
243/10 244/13 265/9
296/23

**P**

P R O C E E D I N G S
**[1]** 3/5
**p.m [5]** 241/4 241/4
304/12 304/12 320/18
**Pacer [1]** 236/18
**page [4]** 3/2 45/16
301/21 313/21
**paid [2]** 186/11 275/25
**painter [2]** 80/22 82/17
**painting [1]** 82/21
**pandemic [2]** 107/10
127/25
**panel [2]** 39/4 305/2
**panels [1]** 266/1
**Panthers [1]** 120/2
**paper [8]** 67/7 142/22
193/12 193/13 284/18
295/19 295/20 295/20
**papers [2]** 9/25 295/24
**paragraph [1]** 223/22
**paralegal [11]** 4/10
38/5 40/9 69/12 75/13
75/16 75/17 99/24
114/20 194/10 233/8
**parallel [1]** 65/1
**paraphrase [1]** 236/7
**paratrooper [1]** 113/22
**parental [1]** 180/13
**parents [2]** 59/3 63/15
**parents' [1]** 107/1
**Park [1]** 160/19
**parole [4]** 85/12 85/13
85/17 86/13
**parsing [1]** 92/11
**part [32]** 14/23 16/20
16/20 17/3 17/16 41/10
61/5 70/23 79/7 93/22
104/12 116/8 138/22
138/25 178/4 186/14
188/24 191/15 191/16
192/1 202/13 203/20
203/22 206/7 207/3
212/12 230/11 236/15
247/15 258/22 284/19
287/12
**partial [3]** 123/19
232/25 297/3
**participant [1]** 230/10
**participants [3]** 34/24
230/7 232/15
**participated [1]**
229/18
**particular [29]** 5/10

5/23 23/14 35/11 36/23
43/10 49/11 54/12
57/24 65/5 66/4 75/9
76/24 105/14 110/17
116/4 122/3 122/18
141/14 159/8 163/15
181/5 189/24 190/19
203/8 232/20 242/22
256/23 264/5
**particularized [1]**
136/17
**particularly [7]** 6/5
13/5 106/4 185/8 204/5
298/12 298/12
**parties [33]** 4/19 5/3
8/2 8/2 8/21 9/9 9/15
9/22 11/18 15/10 22/1
23/7 24/12 26/2 27/2
28/2 28/6 31/3 31/9
44/14 91/17 202/19
300/7 303/1 303/22
304/15 309/8 310/9
310/15 310/16 313/9
313/13 319/21
**parties' [6]** 23/16
23/20 52/15 245/15
276/11 300/25
**partly [1]** 318/18
**partner [9]** 37/18
42/14 58/19 106/17
139/15 149/17 150/6
155/11 284/24
**partook [1]** 242/22
**parts [2]** 14/20 116/2
**party [9]** 8/4 23/25
88/20 133/20 153/23
305/11 309/17 309/25
310/10
**pass [1]** 40/4
**passed [3]** 107/19
139/11 196/18
**passing [2]** 190/12
249/1
**passionately [1]** 198/9
**past [7]** 6/15 69/21
129/7 140/13 176/11
176/18 240/24
**path [2]** 115/12 184/21
**pathway [1]** 320/6
**patience [2]** 315/12
315/16
**patients [3]** 67/13
206/1 211/6
**Patriot [1]** 10/25

**pause [2]** 13/14 64/20
**pay [3]** 81/9 264/21
284/13
**paying [3]** 119/15
186/14 225/9
**pediment [1]** 183/12
**Pelosi [2]** 131/11
134/16
**pen [1]** 35/4
**Penal [12]** 22/2 22/3
24/8 24/16 24/18 24/25
25/11 26/6 26/10 26/24
27/5 27/17
**penalty [3]** 25/2 102/7
218/13
**pencil [1]** 35/4
**pending [2]** 24/22
192/4
**Pennsylvania [3]** 85/3
86/5 173/17
**pension [1]** 167/22
**Pentagon [1]** 198/13
**people [91]** 16/25 17/2
17/4 17/5 17/16 17/19
30/3 32/9 46/18 53/2
53/2 59/17 66/15 66/18
66/23 67/24 68/12
68/20 69/20 70/19 72/8
73/17 76/15 81/13 82/3
90/18 102/6 109/4
111/18 115/5 116/12
116/13 116/18 116/23
117/3 121/24 125/6
127/9 132/9 133/15
133/22 135/7 138/23
139/16 141/23 142/23
145/7 147/1 147/5
147/13 147/15 147/16
147/17 148/9 148/10
148/14 156/4 158/6
167/23 173/2 179/14
202/4 203/5 206/18
206/20 206/25 207/6
209/15 210/4 210/7
210/11 221/16 229/18
240/23 241/1 254/10
259/10 277/3 288/24
292/10 293/8 309/3
313/11 314/16 314/22
315/8 318/1 318/9
318/10 318/14 319/5
**people's [3]** 71/18
86/18 125/22
**peremptoried [18]**

**peremptoried... [18]**
305/5 305/6 305/7
305/8 305/9 306/25
307/3 307/5 307/9
307/18 311/22 311/23
312/2 312/3 312/4
312/5 312/6 312/7
**peremptories [30]**
300/8 300/9 300/14
300/18 301/1 301/3
301/16 302/19 302/20
304/15 304/22 304/23
308/10 309/2 309/3
309/9 309/11 309/14
309/15 309/15 310/4
310/7 310/9 310/11
311/7 311/9 312/14
312/25 313/3 313/13
**peremptory [13]**
308/21 309/18 309/25
310/2 310/14 311/1
311/1 311/3 311/5
311/12 312/16 312/17
312/18
**peremptorying [1]**
310/23
**perfect [1]** 303/5
**performed [1]** 40/9
**perhaps [9]** 21/7 45/25
99/9 102/5 108/21
122/10 200/22 200/4
217/20
**Period [1]** 171/14
**permit [1]** 44/24
**permits [1]** 239/14
**perpetrator [1]** 266/6
**perpetrators [2]**
145/12 215/22
**person [24]** 6/8 6/22
16/22 28/15 32/19 40/4
49/11 54/24 77/4
112/17 125/15 152/14
169/16 180/25 183/1
183/10 209/19 232/12
233/11 244/10 248/6
249/18 250/25 294/11
**personal [24]** 31/2
36/6 40/1 40/19 41/4
41/9 41/22 42/1 61/15
77/14 79/5 79/24 84/21
96/14 151/4 215/3
215/17 218/24 232/18
243/14 244/13 244/14

**personally [4]** 43/15
115/6 209/16 296/23
**perspective [6]** 8/7 8/9
20/24 55/2 291/22
320/14
**pertained [1]** 12/18
**pertains [1]** 12/19
**Philadelphia [4]** 85/14
138/21 138/24 139/2
**philosophical [1]** 40/2
**phone [8]** 18/6 18/14
31/20 46/17 84/4 165/8
165/10 177/3
**phones [1]** 35/24
**photographs [1]** 39/14
**phrase [1]** 30/25
**phrased [1]** 28/19
**physical [4]** 27/13
37/3 39/11 245/3
**pick [9]** 8/18 158/6
158/14 215/5 218/8
300/15 300/17 300/20
310/6
**picked [2]** 9/5 143/17
**picking [1]** 46/1
**picnic [3]** 221/20
222/15 222/17
**picture [2]** 183/3
189/23
**pictures [1]** 183/6
**piece [3]** 11/18 31/3
240/22
**pieces [1]** 185/8
**pipe [1]** 7/4
**place [10]** 63/16 89/24
141/20 162/20 206/6
244/14 248/15 269/8
291/8 315/14
**placed [4]** 45/8 113/10
200/7 297/6
**places [1]** 158/9
**placing [1]** 53/21
**plainly [2]** 13/25 14/21
**Plaintiff [2]** 1/6 1/14
**plan [2]** 318/25 319/23
**planning [7]** 11/8
13/16 14/18 14/19 20/8
137/10 137/15
**plans [4]** 10/9 12/19
12/22 18/19
**play [4]** 89/10 240/9
303/25 305/4
**played [1]** 293/1

**players [1]** 223/20
**playing [3]** 119/23
119/25 127/21
**plays [2]** 119/20 120/1
**plead [1]** 139/8
**pleaded [1]** 36/20
**pleasant [1]** 298/16
**please [57]** 4/5 12/11
13/13 21/17 31/16 33/5
33/23 34/8 34/10 34/16
35/4 35/13 38/9 46/3
46/10 46/25 52/11
55/13 58/9 65/17 80/13
83/8 85/10 87/12 99/14
104/24 113/2 121/8
136/22 158/20 161/19
165/22 174/21 192/24
197/7 201/19 217/13
219/8 222/7 223/7
241/5 246/4 252/19
262/19 267/3 281/7
284/3 290/8 299/19
304/11 315/23 316/6
316/24 317/7 318/14
319/12 319/18
**pled [1]** 145/18
**plus [4]** 136/14 144/24
158/4 288/3
**Pod [2]** 109/19 109/19
**podcast [4]** 44/9 78/6
97/17 97/23
**podcasts [11]** 44/6
76/5 76/6 76/9 78/10
93/18 94/3 97/9 98/21
105/13 109/15
**point [20]** 12/5 15/5
15/8 22/9 25/16 30/15
32/10 32/19 33/20
52/14 54/24 128/12
180/11 241/1 243/3
243/9 258/22 260/23
294/5 300/11
**points [1]** 43/13
**pole [2]** 37/2 37/4
**police [37]** 37/4 38/20
38/21 38/22 38/23
40/15 40/21 40/25
41/15 66/17 66/19
66/20 66/20 67/12
67/15 67/16 67/17
67/20 67/21 67/23
69/10 71/19 141/24
144/5 144/18 177/6
208/25 220/25 221/2

225/2 256/22 263/11
277/19 280/20 291/6
291/21 298/16
**policing [3]** 277/15
280/14 280/17
**policy [8]** 114/10
114/11 116/13 117/3
117/4 129/24 155/15
212/17
**politic [1]** 109/20
**political [13]** 99/1 99/1
99/9 99/9 105/12
105/21 109/16 112/23
113/23 113/25 116/1
144/3 293/19
**politicians [1]** 116/24
**politics [7]** 105/22
109/21 110/1 110/9
116/19 139/23 222/17
**pool [5]** 35/25 301/3
302/22 302/25 303/12
**poorly [1]** 204/16
**popular [1]** 163/6
**portions [2]** 13/24
14/3
**posed [1]** 150/8
**position [13]** 8/10
22/15 25/17 25/24
28/24 29/3 52/15
129/23 231/1 239/21
241/21 258/16 258/17
**positive [2]** 135/7
151/19
**positively [1]** 151/16
**possession [3]** 95/8
95/9 237/14
**possibility [1]** 215/8
**possible [6]** 34/5
90/12 152/9 214/6
240/17 308/11
**possibly [4]** 32/6
200/4 218/12 319/17
**post [10]** 63/16 63/22
105/12 109/21 116/14
132/1 176/10 186/19
190/16 295/21
**post-trial [2]** 63/16
63/22
**postal [5]** 254/14
254/15 259/15 259/20
259/22
**posting [1]** 44/12
**potential [9]** 12/19
39/1 65/11 65/12

**P**

potential... **[5]** 104/14 123/19 124/15 188/15 309/24
potentially **[19]** 22/11 76/12 76/21 98/14 107/23 138/19 150/10 176/19 181/19 182/5 182/21 195/25 203/9 203/10 213/11 232/24 283/11 297/2 297/4
poverty **[2]** 86/20 86/24
power **[1]** 125/13
powerful **[1]** 210/10
practice **[11]** 61/10 75/20 153/7 187/11 224/23 226/15 255/21 286/16 286/18 288/5 288/8
practiced **[1]** 286/21
practices **[1]** 224/14
pre **[2]** 4/17 277/10
pre-trial **[2]** 4/17 277/10
precluded **[1]** 44/11
preconceived **[2]** 188/7 289/24
preemployment **[2]** 241/22 245/2
prefer **[1]** 5/13
prejudged **[2]** 48/25 49/7
prejudging **[1]** 120/14
prejudicial **[1]** 16/5
preliminary **[8]** 7/25 8/1 8/4 8/13 8/19 9/5 317/13 319/24
prepare **[3]** 301/15 301/17 302/18
preschool **[1]** 113/14
presence **[3]** 28/20 29/13 30/12
present **[11]** 10/13 12/24 21/19 27/23 30/3 32/13 52/13 88/1 91/17 105/18 105/19
presented **[23]** 9/10 9/11 23/10 34/21 51/8 135/9 157/11 164/20 188/8 189/8 202/24 214/1 228/18 235/18 250/22 255/14 260/6 262/2 268/20 272/7

presently **[5]** 31/7 88/15 160/20 167/19 223/24
presents **[2]** 15/5 135/21
preserve **[1]** 36/4
presidency **[1]** 97/21
President **[17]** 28/16 28/17 28/20 29/8 29/9 29/23 29/24 30/4 30/9 30/12 30/13 31/1 31/8 181/2 200/13 238/23 297/11
president's **[2]** 29/13 97/20
presiding **[1]** 34/4
press **[3]** 202/11 234/3 236/4
pressed **[1]** 295/22
presumed **[2]** 36/21 42/17
presumption **[1]** 42/23
pretrial **[4]** 1/11 278/17 315/6 318/17
pretty **[28]** 20/3 24/10 60/17 65/14 92/22 98/6 104/9 109/21 110/9 121/20 134/21 135/4 135/9 142/5 174/18 180/9 180/15 184/13 184/16 186/10 189/2 192/9 197/12 205/10 219/13 241/11 261/17 290/4
previous **[3]** 137/22 220/9 288/23
previously **[13]** 39/20 40/19 41/5 95/1 96/7 98/5 137/21 162/3 187/14 203/23 236/25 238/3 251/7
Price **[1]** 51/11
primarily **[3]** 115/10 117/2 224/3
principle **[2]** 43/3 43/9
principles **[1]** 43/20
printing **[1]** 247/7
prior **[5]** 34/18 134/9 147/19 190/1 258/5
privacy **[1]** 36/4
private **[7]** 40/13 96/8 187/10 195/11 275/4 275/7 275/13

probably **[30]** 20/7 59/24 89/3 89/5 107/9 108/2 110/3 116/22 116/25 127/6 134/24 134/25 148/19 164/6 180/24 181/1 183/3 185/3 197/24 203/6 231/21 234/24 236/4 240/25 243/8 245/20 245/24 262/13 285/2 285/10
probation **[6]** 41/12 63/12 85/11 85/13 85/17 144/22
probation/parole **[1]** 85/17
probative **[5]** 10/22 11/9 11/14 16/3 19/22
problem **[6]** 10/18 134/2 163/21 210/22 210/24 270/1
problems **[5]** 39/10 39/11 39/15 130/20 156/12
proceed **[7]** 11/22 34/9 46/8 158/19 305/2 310/14 312/25
proceeding **[4]** 301/8 301/11 310/6 311/15
proceedings **[3]** 2/17 320/18 321/5
process **[10]** 17/3 34/23 57/3 62/4 70/23 240/22 283/9 300/23 303/25 315/13
processing **[1]** 71/5
procurement **[1]** 282/13
produce **[2]** 42/20 126/4
produced **[1]** 2/18
producer **[1]** 293/12
professional **[2]** 51/17 258/4
proffer **[1]** 18/23
proffered **[1]** 184/11
profit **[4]** 91/4 124/23 212/13 212/14
program **[1]** 63/21
programs **[3]** 277/15 279/6 280/20
progress **[1]** 158/5
progressive **[2]** 124/23 125/23

progressively **[1]** 121/20
projects **[1]** 225/23
Promise **[1]** 212/15
promptness **[1]** 158/11
proof **[8]** 43/1 138/12 138/14 182/8 188/6 209/20 209/21 261/21
propensity **[3]** 10/19 11/10 52/23
property **[2]** 251/22 251/25
proposal **[2]** 300/24 300/25
proposed **[22]** 5/1 5/21 5/23 7/8 7/9 7/11 7/13 7/20 7/23 8/1 21/25 22/1 26/2 26/7 27/2 27/23 28/5 28/11 28/14 29/1 30/25 32/6
proposes **[1]** 11/3
proposing **[1]** 8/18
proposition **[1]** 150/10
prosecute **[1]** 259/10
prosecuted **[3]** 145/15 215/23 260/14
prosecuting **[2]** 259/1 262/15
prosecution **[10]** 26/25 61/11 139/23 142/25 144/6 223/20 260/2 261/9 263/15 266/6
prosecutions **[8]** 140/12 142/19 147/20 154/25 156/23 213/5 235/7 258/19
prosecutor **[11]** 96/14 96/16 154/1 187/12 187/13 187/15 255/24 260/15 265/13 286/2 287/23
prosecutor's **[1]** 138/22
prosecutors **[14]** 42/5 55/6 138/11 138/17 138/19 139/12 139/13 209/1 237/16 265/13 288/16 288/18 289/25 290/3
prosecutors' **[1]** 40/25
prospective **[100]** 34/10 46/14 47/7 52/10

**P**

prospective... [96]
53/15 57/16 58/10
64/15 65/18 73/5 73/23
79/10 80/14 83/2 83/9
87/5 87/13 92/1 93/4
98/17 99/15 104/18
104/25 112/6 113/3
117/19 118/8 120/24
121/9 126/15 130/7
136/4 136/23 140/23
141/7 148/24 149/8
153/19 154/9 157/21
158/21 161/11 161/20
165/14 165/23 168/14
168/23 174/6 174/22
178/12 178/21 183/23
185/18 192/18 192/25
197/1 197/8 201/11
201/20 204/24 205/7
211/2 211/15 216/20
217/14 219/5 219/9
223/1 223/8 226/21
227/3 230/21 231/7
233/19 234/1 239/17
241/7 245/14 246/5
252/9 252/20 262/8
262/20 266/21 267/4
270/25 271/8 273/7
273/14 276/10 276/19
281/1 281/8 283/22
284/4 289/17 290/9
294/18 295/8 299/11
protect [2] 90/17 90/17
protected [1] 28/15
Protectee [1] 28/22
protectees [1] 30/21
protective [2] 107/17
 107/20
protested [1] 147/12
protesters [1] 146/24
protesting [3] 125/6
 146/25 147/19
protestors [1] 147/4
protests [2] 142/23
 146/21
Proud [3] 54/13 57/25
 111/10
prove [9] 19/15 29/12
30/11 42/18 42/21
42/22 125/24 135/22
249/24
proved [1] 248/7
proves [1] 42/24

provide [2] 99/19 275
provides [1] 42/16
proving [1] 30/22
provoked [1] 252/2
public [13] 2/3 2/6
36/1 38/13 41/11 52/14
80/22 123/17 155/14
179/19 180/9 226/2
286/21
pull [1] 13/7
pump [1] 156/16
pumps [1] 156/19
punished [1] 125/15
punishment [2] 44/23
44/25
purely [1] 130/1
purpose [3] 34/17
35/11 313/12
purposefully [1]
131/24
purposes [14] 10/19
10/19 11/10 23/12
25/12 26/18 27/23
52/13 88/1 240/15
301/19 318/3 318/3
318/20
pursuant [1] 31/22
pursued [1] 128/17
pursuing [2] 28/8
93/24
put [14] 46/25 56/12
57/4 57/22 77/13 77/21
79/24 87/23 126/2
181/21 187/25 190/1
320/3 320/8
putative [1] 185/4
putting [2] 31/21
135/6

**Q**

qualifiable [1] 58/6
qualification [2]
113/21 294/24
qualified [42] 52/16
53/12 64/19 73/7 83/6
87/10 104/22 112/13
112/17 112/18 118/5
121/6 130/11 136/20
158/1 165/20 168/20
178/18 192/22 197/5
231/4 233/23 267/1
273/11 281/5 284/1
299/21 300/6 300/13
300/16 300/19 300/22

30/12 30/12 30/18 30/23
302/14 302/22 308/13
309/3 310/5 310/15
313/12
qualify [27] 53/6 64/17
65/10 65/15 73/15
73/20 80/11 93/1 99/4
99/11 112/25 127/1
149/5 161/16 184/23
185/14 211/11 223/5
226/25 230/25 231/4
240/6 240/11 271/5
290/1 290/6 294/19
qualifying [35] 79/11
83/3 87/6 92/4 104/19
112/7 117/20 118/2
120/25 126/17 130/8
136/5 149/1 157/22
161/12 165/15 168/15
174/7 174/9 178/13
183/24 192/19 197/2
223/2 226/22 233/20
262/10 266/22 271/2
273/8 281/2 283/23
289/18 294/22 294/23
quarters [1] 253/12
question [255] 5/19
6/11 6/16 7/2 8/16 10/2
10/6 14/2 14/22 23/9
23/10 24/21 25/12 26/2
26/14 28/25 29/7 29/10
29/19 29/21 30/10
35/12 35/12 35/13
35/16 37/7 37/8 37/9
37/14 37/18 37/20
37/22 38/1 38/9 38/11
38/12 38/17 38/25 39/2
39/5 39/9 39/10 39/15
39/17 39/20 39/22
39/22 40/1 40/6 40/11
40/17 41/3 41/6 41/8
41/13 41/14 41/16
41/24 41/25 42/4 42/7
42/10 42/14 42/16 43/3
43/4 43/9 43/10 43/18
43/19 44/2 44/3 44/18
44/19 45/6 45/8 45/10
45/11 45/15 47/8 47/8
47/23 48/9 50/23 51/13
53/10 54/8 55/19 58/20
59/12 59/15 60/8 60/9
60/12 60/25 61/14
61/17 65/14 68/9 73/1
75/14 80/9 81/6 83/24

64/20 84/23 86/21 90/5
96/22 98/20 99/25
100/17 100/20 101/15
102/18 108/5 108/8
114/18 114/20 115/17
118/14 118/15 118/17
119/14 122/7 122/8
122/8 127/17 128/12
129/17 130/19 131/8
132/8 132/15 132/19
133/14 133/17 137/8
137/20 141/14 141/17
143/3 144/12 144/15
145/4 149/12 151/7
155/11 156/3 156/8
156/24 159/1 159/1
159/1 162/5 163/23
166/3 166/4 166/7
166/11 166/13 169/3
169/19 175/21 176/5
176/8 176/23 177/1
179/12 180/19 180/21
181/21 182/17 185/6
186/23 187/21 188/9
189/13 189/16 189/24
190/23 193/6 193/8
194/25 195/3 198/2
198/5 199/17 199/18
200/6 200/9 202/1
204/9 204/12 205/19
207/17 207/20 208/24
213/9 214/3 214/8
214/25 215/15 217/21
219/18 220/18 220/23
221/9 224/12 225/1
227/8 227/9 231/1
231/2 233/3 233/6
236/20 236/24 237/9
241/16 242/16 242/17
246/25 248/11 253/8
256/2 263/4 265/23
267/16 268/16 268/22
268/24 269/13 269/17
269/19 269/20 270/17
274/3 274/18 274/23
274/25 277/3 277/22
282/4 284/12 284/23
285/17 292/1 293/4
293/15 293/18 295/18
297/5 297/15 304/14
questioning [2] 79/23
79/23
questionnaire [2] 5/25
6/4

**Q**

**questions [204]** 4/23
5/1 5/4 5/6 5/11 5/19
5/23 5/24 6/6 6/17 7/8
7/11 7/12 7/18 7/19
7/19 7/22 8/17 8/17
20/4 20/9 21/4 28/3
34/14 34/25 35/3 35/9
35/10 35/20 36/6 36/11
36/12 37/6 45/18 45/18
45/25 46/11 47/7 49/23
53/20 54/7 54/8 56/6
58/18 58/18 59/6 62/15
65/24 65/25 66/3 69/2
71/24 74/5 74/9 75/23
77/25 79/19 80/20 81/4
82/2 82/23 83/15 85/25
90/22 93/9 97/4 99/20
105/5 106/16 106/21
107/12 107/12 109/1
112/21 113/8 117/13
117/14 117/16 120/18
120/21 121/14 127/14
130/18 130/25 134/1
137/3 138/16 139/22
140/16 141/12 143/11
144/16 146/14 146/15
148/21 149/11 149/23
150/2 150/4 151/1
154/14 157/16 157/18
159/14 160/12 161/4
161/5 161/7 162/2
165/1 168/8 168/10
171/4 175/2 177/14
177/25 178/25 178/25
179/4 179/25 181/12
183/17 183/18 185/23
188/19 193/5 196/4
197/15 201/6 201/9
201/25 204/19 204/21
205/15 205/16 206/10
206/16 208/22 211/22
212/20 212/23 216/17
217/19 217/20 217/23
219/16 222/1 222/5
223/13 223/15 227/18
228/25 229/4 230/16
230/18 231/11 231/16
232/2 233/14 233/16
234/7 234/9 237/20
237/21 241/15 245/12
246/10 246/11 251/22
252/25 253/2 253/9
254/9 254/11 257/1

261/12 262/25 265/6
267/8 267/12 268/15
270/2 270/4 270/7
270/21 271/13 271/14
272/11 273/1 273/22
276/3 276/25 277/5
280/7 280/23 281/13
282/23 283/10 284/9
287/17 290/16 290/17
295/14 317/21
**quick [8]** 51/12 96/22
99/10 102/18 129/17
153/3 208/23 208/24
**quickly [4]** 15/22
16/19 196/8 315/4
**quiet [1]** 142/5
**quit [1]** 180/16
**quite [14]** 15/10 50/5
78/6 90/7 111/1 112/20
162/21 163/6 174/18
177/3 214/3 218/4
219/1 248/2

**R**

**radar [2]** 320/4 320/8
**radio [4]** 44/6 44/9
159/19 165/7
**rail [1]** 177/3
**raise [11]** 4/20 12/9
21/1 31/4 32/4 33/1
33/15 34/11 316/25
319/22 320/2
**raised [2]** 109/23
272/20
**raises [1]** 185/6
**raising [1]** 14/2
**Raleigh [1]** 16/14
**range [1]** 127/6
**rather [1]** 53/10
**rea [9]** 10/17 10/21
11/10 11/13 14/12
18/20 19/12 19/22 20/9
**reach [4]** 34/21 43/10
88/9 95/15
**reached [2]** 11/1 31/10
**reaction [4]** 92/22
213/18 213/19 252/3
**reactions [3]** 142/15
232/23 240/10
**reactive [1]** 198/19
**read [44]** 28/4 30/8
36/11 68/1 76/9 77/18
78/14 93/18 105/11
105/17 105/22 106/11

128/15 176/10 187/23
190/21 193/12 193/13
193/13 198/21 198/23
206/13 207/6 213/6
223/22 227/21 227/25
229/13 229/14 235/11
247/12 253/17 253/18
271/19 295/20 295/20
296/7 296/12 304/17
304/18 317/12
**reading [7]** 39/18 44/8
44/12 116/5 193/21
228/1 296/3
**ready [5]** 158/19
167/24 319/2 319/5
319/12
**Reagan [6]** 169/10
169/12 169/14 170/24
172/16 173/15
**RealClearInvestigatio
ns [1]** 139/25
**realize [6]** 6/24 9/20
19/1 73/10 190/4
256/24
**really [44]** 6/21 13/2
14/6 14/22 15/9 21/14
24/20 25/13 31/17
65/12 75/9 81/9 86/10
88/14 123/20 123/23
125/3 148/6 163/6
180/24 181/5 182/7
183/15 184/20 184/22
205/22 206/8 208/11
208/13 210/2 223/21
225/11 227/21 240/19
275/22 275/23 277/2
279/7 279/14 281/19
292/6 292/6 293/20
318/18
**realm [1]** 226/15
**rearview [1]** 113/19
**reason [26]** 14/10
14/19 17/12 19/21
60/14 71/1 81/17 84/15
120/11 143/2 156/23
157/2 159/25 160/6
160/25 167/12 176/18
184/15 213/13 217/21
221/15 267/17 269/5
270/18 274/25 275/2
**reasonable [7]** 7/3
42/19 42/25 125/24
158/5 249/19 261/21

**reasons [15]** 14/25
26/20 27/6 43/23 45/12
73/15 121/16 136/12
136/12 136/19 149/24
150/25 185/14 217/8
217/20
**reassigned [1]** 16/19
**Rebekah [3]** 1/17 4/8
38/4
**rebuttal [1]** 10/4
**recall [7]** 54/22 97/10
103/5 143/25 190/25
269/24 278/4
**receive [3]** 178/5
218/13 218/14
**received [3]** 21/12
67/13 186/13
**recent [2]** 209/22
209/23
**recently [5]** 27/2
172/14 176/9 176/13
275/3
**recess [9]** 32/2 33/18
33/22 241/4 303/21
304/2 304/7 304/12
320/11
**reciprocal [1]** 319/11
**reciprocate [1]** 32/25
**recognize [15]** 26/14
38/6 38/10 38/14 39/2
53/8 91/8 110/20
111/19 111/21 125/23
149/13 291/17 291/19
294/6
**recollection [1]** 68/11
**record [28]** 4/6 4/25
7/21 8/14 21/10 33/6
36/1 47/6 51/1 52/13
53/19 65/23 68/5 83/14
92/8 101/9 141/12
149/10 158/16 185/1
240/15 294/8 304/4
304/18 305/3 313/9
317/24 321/5
**recorded [2]** 2/17
139/6
**redaction [1]** 11/6
**Reeves [2]** 4/11 38/5
**refer [1]** 52/12
**reference [1]** 97/15
**referred [1]** 29/23
**referring [4]** 13/15
13/23 14/20 29/12
**reflect [3]** 47/6 83/14

reflect... [1] 101/9
reflects [2] 214/23
308/3
regard [1] 190/23
regarding [8] 10/9
12/22 13/1 88/15
217/24 230/7 279/18
281/18
regardless [2] 19/16
310/18
regional [1] 114/10
regular [10] 93/22 94/2
180/25 193/9 221/19
246/17 246/19 251/18
301/15 310/4
regularly [7] 48/3 98/4
98/5 98/6 109/17
192/10 288/13
regulation [1] 96/6
reiterate [1] 51/21
reject [1] 10/10
rejected [1] 30/6
relate [3] 6/18 51/4
66/3
related [14] 72/2 78/14
98/10 98/12 116/15
144/14 180/2 181/12
182/17 233/12 234/16
236/9 246/14 299/3
relates [5] 21/13 39/22
47/14 108/22 253/15
relating [2] 44/5 88/16
relationship [5]
221/16 266/13 280/21
288/15 292/24
relationships [2]
202/13 287/3
relatively [3] 75/4
115/23 240/14
relayed [1] 202/10
release [1] 63/20
released [1] 304/9
Relevancy [1] 86/21
relevant [11] 6/5 11/7
11/24 13/25 14/14
14/21 18/20 19/14 20/8
58/25 192/6
relied [1] 23/3
religious [1] 40/2
rely [2] 77/1 213/25
remainder [1] 309/8
remained [1] 37/1
remaining [4] 9/10

remember [23] 54/23
60/20 61/24 71/7 74/16
111/5 111/6 111/10
127/21 137/25 138/2
138/23 144/8 159/10
173/18 179/3 186/9
224/8 224/8 259/14
278/6 278/11 296/23
reminded [1] 79/23
remorseful [1] 19/1
render [1] 317/4
renewable [1] 286/11
repeat [2] 269/18
317/17
repeatedly [1] 159/19
rephrase [1] 292/15
report [8] 108/17
177/5 236/8 236/16
256/17 256/22 256/23
263/11
reported [3] 2/11
256/18 256/21
reporter [5] 2/12 5/15
196/20 234/14 321/3
REPORTER'S [1]
33/25
reporting [3] 234/17
235/11 235/11
reports [3] 229/13
229/14 264/10
representation [1]
266/17
representatives [1]
159/9
represented [3] 38/2
38/12 266/10
republican [1] 116/24
request [3] 7/2 30/7
79/20
requests [1] 192/2
require [3] 25/7 112/24
185/7
required [2] 42/21
42/22
requirements [2]
241/24 245/4
requires [2] 23/9 25/8
reschedule [3] 217/6
217/7 217/7
research [6] 180/12
180/17 207/5 317/24
317/25 318/3
researching [1]

reservations [2] 44/16
184/4
resident [3] 16/14
186/8 198/7
residents [1] 267/24
residual [1] 135/8
resolution [1] 9/23
resolve [5] 4/22 8/22
10/6 11/23 12/2
respect [11] 12/15
12/23 13/1 62/16 109/5
218/23 288/17 288/25
290/2 290/4 311/1
respectful [3] 240/17
319/4 319/9
responded [3] 151/16
179/9 179/13
response [3] 36/14
151/6 151/19
responses [3] 7/14
36/8 252/14
responsibilities [1]
215/2
responsible [2] 153/9
177/21
restricted [3] 28/12
37/1 141/25
result [22] 24/11 48/6
54/16 55/7 60/3 62/4
68/20 69/19 84/14 94/5
105/24 131/15 139/18
140/7 140/9 150/11
176/17 185/12 202/12
264/18 267/13 296/16
results [1] 24/9
retain [1] 238/3
retire [1] 167/24
retired [10] 69/10
69/11 70/6 91/2 91/3
102/21 199/16 224/17
226/11 270/10
return [2] 316/14
316/17
returned [2] 34/1
180/10
Revenue [3] 254/20
258/10 258/22
reverse [1] 114/18
review [15] 55/10
56/13 105/24 106/9
109/6 146/6 157/10
181/14 181/17 228/21
243/1 243/2 257/20

reviewed [4] 9/25 57/9
89/2 186/12
reviewing [3] 29/3
184/18 296/17
rewarding [1] 319/17
riding [1] 285/10
Riggs [1] 160/19
right [152] 5/11 8/12
13/15 14/6 14/9 17/22
18/8 18/25 19/15 21/18
21/22 21/24 23/2 24/7
24/12 24/23 26/5 29/25
31/8 31/11 31/13 32/1
32/14 32/18 33/10
33/17 34/11 35/6 43/5
47/4 49/21 51/9 56/12
62/25 63/9 63/25 69/2
72/21 74/3 79/3 79/8
81/7 82/23 97/18 99/6
101/2 108/5 111/12
115/6 116/24 117/1
118/15 119/14 124/3
125/25 127/5 128/18
130/3 131/19 132/2
132/3 136/10 139/18
148/11 148/20 152/10
153/17 154/2 158/3
158/10 160/9 161/10
161/24 163/12 165/13
171/7 171/13 174/19
175/21 179/5 180/6
183/22 184/15 190/13
190/14 192/8 195/1
203/13 207/4 208/7
209/4 211/1 213/1
215/12 221/12 221/14
222/16 222/22 225/16
226/18 228/12 232/14
235/4 235/19 235/19
235/22 237/19 239/18
241/2 246/1 247/3
249/9 250/16 250/17
251/7 253/16 257/12
265/24 269/7 271/19
272/10 273/20 275/25
276/9 276/11 276/16
280/6 280/15 285/15
291/3 294/13 299/1
299/17 299/25 300/4
300/13 304/6 304/7
304/14 308/18 309/4
309/24 310/19 311/3
311/23 311/24 312/12

**R**

**right... [5]** 312/12 316/25 318/5 318/22 319/25
**right-hand [1]** 35/6
**rightly [1]** 108/16
**rights [1]** 125/22
**ring [1]** 292/15
**riot [1]** 19/7
**ripe [1]** 10/7
**rise [2]** 34/11 316/24
**risen [1]** 24/1
**risk [7]** 27/9 55/16 123/19 139/19 193/22 213/20 213/22
**robbed [1]** 297/25
**robberies [1]** 145/11
**role [4]** 182/1 240/9 286/7 288/23
**roll [2]** 138/11 319/25
**room [6]** 148/16 206/25 236/14 238/24 256/25 318/23
**rose [1]** 25/5
**Rotunda [1]** 55/24
**round [3]** 109/3 301/1 309/10
**route [1]** 164/4
**row [2]** 315/19 316/6
**RPR [1]** 2/11
**rule [9]** 10/22 11/15 31/22 32/8 32/16 33/10 43/23 228/9 229/19
**rules [4]** 11/25 43/21 43/24 43/25
**ruling [2]** 12/17 13/5
**run [5]** 164/2 193/22 212/13 300/3 300/4
**rundown [1]** 134/25
**running [2]** 9/6 229/3
**rush [1]** 127/9

**S**

**sad [4]** 172/24 172/25 174/10 232/17
**safe [1]** 124/17
**safety [2]** 296/23 299/4
**Saharan [1]** 129/22
**said [107]** 14/19 23/1 25/10 26/15 30/1 36/16 46/11 46/20 49/24 49/25 53/3 53/24 56/10 57/20 57/21 57/22

62/23 64/2 72/13 78/3 80/3 82/2 82/17 83/18 86/12 89/19 92/17 97/9 103/2 103/8 103/12 103/25 105/13 109/15 110/9 110/15 111/1 111/13 111/14 111/15 118/13 121/5 124/8 124/20 125/8 126/24 128/4 129/6 133/10 138/5 140/2 145/8 147/22 152/1 155/13 162/17 162/23 163/14 163/25 164/17 164/19 170/19 170/21 173/14 173/25 176/7 176/8 180/6 184/4 188/4 190/11 192/7 194/2 201/1 209/13 209/25 210/7 210/10 213/12 219/19 220/6 222/11 226/8 229/5 229/17 236/6 238/9 238/14 238/22 239/12 240/1 245/22 247/18 250/1 250/15 250/20 251/5 252/2 259/24 260/23 264/8 290/22 291/17 294/25 318/16 318/18 319/23
**salaried [2]** 275/24 276/1
**salary [1]** 115/10
**Salem [1]** 2/4
**same [25]** 11/1 19/21 25/12 41/8 41/20 41/25 45/16 68/19 114/14 114/15 154/5 157/5 158/13 158/14 182/21 206/19 208/11 210/11 210/13 210/18 221/13 239/1 301/21 310/18 313/21
**sampling [1]** 109/17
**sang [1]** 55/23
**sat [2]** 137/23 238/10
**satisfied [8]** 27/15 43/15 238/5 238/8 265/12 265/19 313/5 313/5
**satisfy [4]** 10/22 11/11 11/15 14/14
**Saturday [2]** 137/10 137/16

**Save [2]** 406/9 109/19
**saw [19]** 56/25 66/22 71/15 73/17 86/20 88/18 119/19 142/3 142/8 170/7 219/22 232/15 248/2 248/5 249/17 251/18 269/2 269/7 269/9
**say [75]** 7/5 17/12 17/18 17/24 18/1 18/3 18/8 18/24 18/25 24/1 24/3 29/9 32/15 36/1 39/13 45/5 47/16 49/2 49/8 52/21 52/22 53/8 55/13 59/19 64/4 72/12 75/13 89/5 93/23 97/14 100/7 100/11 108/23 110/19 111/5 111/21 112/19 124/25 125/8 125/22 131/23 135/11 145/19 148/7 150/23 158/5 166/8 179/16 186/25 189/7 199/1 199/13 201/1 204/11 205/20 210/19 218/8 230/3 243/7 244/8 248/18 260/10 262/12 269/2 281/22 296/17 302/6 303/24 310/2 314/21 315/11 317/16 318/4 318/6 318/14
**say-so [1]** 210/19
**saying [14]** 10/12 15/6 17/2 46/20 64/19 82/8 122/11 126/23 171/7 228/12 251/1 268/22 309/19 309/22
**says [5]** 10/3 30/13 73/18 77/15 77/21
**scanning [2]** 186/18 190/12
**scared [1]** 296/23
**scary [1]** 124/13
**schedule [3]** 122/16 137/9 211/6
**scheduled [2]** 39/5 212/1
**scheduling [1]** 127/4
**school [15]** 62/7 64/22 65/7 80/23 94/17 94/19 100/2 104/1 113/17 114/22 118/22 123/9 123/16 150/25 215/6

**scope [2]** 9/18 9/20
**screen [1]** 13/7
**screening [1]** 245/3
**scroll [1]** 264/21
**search [3]** 18/3 192/2 296/2
**season [1]** 293/22
**seat [16]** 45/23 57/14 64/14 72/24 73/2 79/9 87/4 91/24 112/5 130/6 174/5 210/25 230/20 273/5 276/8 315/20
**seated [10]** 32/14 34/16 35/22 52/5 52/8 158/14 161/9 168/12 233/18 317/7
**seats [1]** 158/13
**second [9]** 73/17 95/9 95/15 133/25 137/12 186/23 222/4 299/20 316/6
**Secondly [1]** 249/16
**Secret [4]** 28/15 38/24 40/23 320/5
**secretary [2]** 40/9 99/24
**section [3]** 26/25 257/6 257/14
**sector [4]** 51/18 96/8 100/22 226/2
**secure [1]** 269/9
**security [11]** 20/5 40/13 40/24 100/22 100/25 129/21 158/9 234/22 275/4 275/7 275/13
**see [68]** 16/24 19/9 22/19 23/13 24/8 31/3 47/18 47/20 50/20 59/25 60/1 67/9 72/14 72/15 72/20 76/21 78/20 81/19 88/15 90/20 116/9 116/11 128/8 138/11 141/22 142/4 142/22 142/23 155/4 156/22 159/19 163/3 173/9 186/20 186/20 190/16 192/3 211/23 215/1 218/1 221/18 221/19 222/11 223/19 227/25 237/6 248/1 249/2 250/2 251/18 251/20 251/24 264/15 264/21 265/2

**S**

see... **[13]** 268/6
279/24 291/7 299/22
301/1 302/21 309/18
309/22 311/13 312/14
319/20 320/7 320/16
seeing **[8]** 17/17 48/24
68/12 127/21 140/5
249/18 269/3 269/8
seek **[12]** 59/22 59/25
60/1 116/7 176/14
198/15 232/6 235/6
246/21 253/16 284/17
284/20
seekers **[1]** 239/14
seeking **[4]** 11/2 12/14
56/8 223/23
seeks **[1]** 10/5
seem **[2]** 65/5 65/7
seemed **[5]** 26/4 64/23
111/16 173/4 240/1
seemingly **[1]** 140/13
seems **[21]** 7/3 8/15
10/6 11/5 12/1 19/20
20/7 20/9 21/9 27/15
52/23 58/5 65/11 73/12
92/20 126/22 174/18
245/24 262/13 295/21
300/10
seen **[22]** 18/4 31/8
31/18 50/9 56/22 73/13
111/3 112/20 128/7
143/5 146/21 163/9
170/7 171/19 176/11
176/18 198/23 213/7
219/21 229/15 282/1
304/15
select **[4]** 34/18 34/20
36/9 241/2
selected **[7]** 39/8 44/4
236/21 241/18 275/18
318/8 318/13
selecting **[1]** 35/1
selection **[6]** 32/3 34/6
34/18 187/19 236/17
303/17
Senate **[2]** 59/10 94/18
send **[1]** 167/22
senior **[1]** 69/12
sense **[11]** 16/21 23/5
27/16 27/22 50/15 55/1
136/14 189/3 189/4
269/11 311/3
sent **[1]** 159/8

sentence **[6]** 45/2 45/5
62/5 204/11 204/16
218/14
sentencing **[1]** 190/17
separate **[6]** 23/17
50/19 145/11 188/17
192/11 249/8
September **[5]** 137/13
137/18 143/17 233/8
241/21
September 11th **[1]**
137/13
sequestration **[1]**
32/25
Sergeant **[2]** 38/21
38/22
series **[5]** 34/24 35/9
36/10 171/4 245/3
seriously **[1]** 182/10
serve **[17]** 39/8 42/6
63/25 74/7 75/1 103/12
130/21 130/24 197/19
205/18 205/23 208/14
220/15 241/18 241/23
318/8 318/14
served **[24]** 39/20 62/2
74/10 74/21 95/1
125/14 137/9 137/21
143/14 143/18 143/21
157/6 162/3 162/6
188/4 203/23 220/7
220/19 236/25 253/20
274/4 277/21 277/22
286/20
service **[15]** 28/16
38/24 40/15 40/23 74/6
110/7 114/25 137/7
173/15 180/15 220/10
254/15 318/24 319/16
320/5
services **[6]** 107/17
107/20 108/12 139/5
272/18 277/10
serving **[6]** 39/23 45/4
74/25 204/10 206/13
249/5
set **[21]** 5/1 21/11
46/22 51/5 51/24 52/21
53/3 53/9 116/8 116/10
123/19 188/7 188/12
230/14 244/15 245/23
301/3 315/6 317/12
317/12 318/17
setting **[1]** 24/16

seven **[5]** 164/14
231/21 263/9 265/9
314/23
several **[12]** 60/19
74/13 94/17 94/20
96/11 135/6 176/13
188/19 198/8 202/4
256/19 286/20
severe **[1]** 25/2
Shakes **[2]** 101/8
115/3
shall **[1]** 313/20
shameful **[1]** 199/5
share **[1]** 82/7
sharp **[2]** 158/15
318/25
she **[126]** 42/13 52/21
52/21 52/22 52/22 53/3
53/3 53/7 53/8 53/8
53/11 57/21 69/10 70/6
70/9 70/10 74/4 79/15
79/16 79/19 79/23 80/2
80/3 80/8 80/9 85/16
86/6 86/7 86/10 86/15
86/16 86/20 86/23
92/11 92/11 92/14
92/15 92/16 92/17
92/17 97/12 100/1
100/2 100/3 100/4
100/5 100/10 100/21
100/24 101/1 101/2
101/6 104/1 104/2
104/8 104/8 104/12
108/11 108/12 108/16
108/16 108/18 121/13
126/18 126/23 126/23
126/24 132/13 132/18
132/25 133/3 133/4
133/7 133/8 144/9
153/25 155/15 155/16
155/17 155/19 155/22
162/9 169/10 169/12
169/14 170/23 170/25
172/16 173/14 173/18
173/20 173/22 173/23
173/25 174/9 174/9
174/12 174/18 193/4
194/14 208/5 208/5
209/2 209/4 216/22
216/24 217/8 224/21
239/24 240/1 240/1
240/1 240/7 240/10
245/20 245/22 245/22
245/24 255/21 262/13

262/1 3 269/15 269/23
286/18 286/20 287/1
she'd **[3]** 217/6 217/6
217/7
she'll **[2]** 33/19 33/20
she's **[24]** 85/18 86/9
100/6 100/8 100/9
101/6 104/4 104/10
104/11 126/19 126/23
132/13 132/17 152/17
152/18 169/16 189/10
217/2 233/8 240/5
245/14 245/19 252/12
285/23
sheet **[2]** 305/2 305/3
sheriff's **[1]** 144/18
sheriffs' **[1]** 40/21
shifts **[1]** 43/1
shock **[4]** 89/1 90/8
90/9 90/19
shocked **[7]** 88/22
88/23 88/23 89/19 91/9
92/11 92/15
shocking **[1]** 90/6
short **[3]** 34/20 48/14
240/14
shorthand **[1]** 2/17
shot **[2]** 108/11 108/13
should **[25]** 11/18
11/20 15/8 18/11 22/5
22/15 29/11 29/15
32/16 32/20 35/4 36/1
45/17 49/5 57/19 64/24
79/3 87/23 147/18
154/1 204/17 217/1
217/9 318/6 320/4
show **[4]** 19/4 183/3
307/16 308/21
showing **[1]** 184/17
shows **[1]** 155/8
shut **[1]** 155/9
sibling **[1]** 249/1
sick **[3]** 139/11 206/4
206/5
side **[7]** 34/19 53/11
57/4 85/5 94/18 116/22
184/13
Sidebar **[99]** 47/1
53/13 58/8 58/11 65/16
65/19 73/21 73/24
80/12 80/15 83/7 83/10
87/11 87/14 93/2 93/5
99/13 99/16 104/23
105/1 113/1 113/4

**Sidebar... [77]** 118/6
118/9 121/7 121/10
127/2 127/10 130/12
130/14 136/21 136/24
141/5 141/8 149/6
149/9 154/6 154/10
158/2 158/22 161/18
161/21 165/21 165/24
168/21 174/20 174/23
178/19 185/16 185/19
192/23 193/1 197/6
197/9 201/18 201/21
205/5 205/8 211/13
211/16 217/12 217/15
219/7 219/10 223/6
223/9 227/1 227/4
231/5 231/8 233/24
234/2 240/12 241/8
246/3 246/6 252/18
252/21 262/18 262/21
267/2 267/5 271/6
271/9 273/12 273/15
276/17 276/20 281/6
281/9 284/2 284/5
290/7 290/10 295/6
295/9 303/10 304/13
314/20

**sided [1]** 140/14

**sides [4]** 148/5 148/5
148/7 250/21

**sightseeing [2]** 227/13
227/16

**sign [8]** 45/8 53/22
113/10 200/7 218/8
293/15 297/6 297/11

**significantly [1]**
179/17

**signs [2]** 114/1 218/3

**similar [6]** 187/15
188/9 188/16 189/6
221/9 240/3

**simply [3]** 17/12 42/12
269/23

**since [20]** 25/17 46/16
47/17 56/3 59/5 70/1
78/17 91/11 96/9 101/4
114/14 134/18 143/5
170/3 181/11 187/7
194/5 229/23 261/4
291/23

**sincerely [1]** 6/13

**single [7]** 11/17 27/11
27/21 138/7 139/14

**sir [50]** 38/11 53/23
57/13 58/15 65/20 66/1
72/23 80/13 80/21 81/3
81/20 82/16 82/20
82/25 87/3 92/3 96/20
98/16 109/12 110/21
117/17 118/24 120/15
120/22 136/2 140/17
140/21 150/3 157/19
162/5 165/11 168/5
177/15 178/11 183/16
183/21 190/10 204/22
209/11 210/23 219/3
230/19 267/11 270/23
275/8 276/7 282/24
283/21 288/21 294/5

**sister [17]** 85/11 86/12
100/1 103/25 104/4
169/8 169/9 170/22
172/14 173/14 224/16
224/17 224/19 226/8
248/22 249/14 287/2

**sister's [1]** 171/12

**sit [19]** 39/16 39/24
45/13 45/22 46/10
103/17 109/4 121/17
149/25 153/8 156/13
217/22 218/20 257/5
259/4 268/18 274/24
298/25 303/18

**site [2]** 179/21 190/16

**sites [3]** 44/13 93/25
165/10

**sitting [7]** 52/7 137/16
154/3 230/12 240/19
269/1 319/7

**situation [8]** 64/22
77/6 174/18 207/10
215/3 246/20 248/16
250/22

**six [11]** 48/20 50/3
105/5 164/7 231/21
263/9 265/9 301/16
302/19 304/7 304/21

**skewed [1]** 204/15

**skewing [1]** 116/25

**ski [1]** 151/17

**slanted [1]** 76/25

**slate [2]** 26/16 26/19

**slice [1]** 310/20

**slight [1]** 303/18

**slightly [4]** 24/5 27/17
29/6 66/2

**slots [2]** 30/16 30/19

**small [12]** 123/12
133/15 145/7 156/4
177/3 189/14 207/18
237/10 243/14 263/2
297/16 302/22

**smaller [1]** 111/7

**snatched [1]** 177/4

**so [430]**

**social [5]** 44/6 44/13
116/11 242/8 272/19

**Society [1]** 277/7

**software [2]** 132/4
177/22

**solar [1]** 265/25

**sole [1]** 43/19

**solely [8]** 34/21 190/2
228/17 261/18 265/2
279/3 296/11 317/22

**solemnly [2]** 34/12
317/1

**solitary [1]** 218/15

**solves [1]** 11/6

**some [106]** 5/9 5/10
6/1 8/19 9/5 9/12 12/20
13/16 15/5 15/11 15/15
16/24 18/12 19/22
20/12 21/5 25/15 32/7
36/5 43/21 43/24 45/25
46/11 52/14 56/14
60/18 63/11 65/25 66/1
67/24 68/5 68/22 70/19
76/5 78/13 81/13 82/3
90/14 92/10 92/21
92/23 97/9 98/4 98/25
103/12 109/17 110/15
116/24 117/1 124/20
126/18 128/7 135/4
138/16 139/22 146/21
150/4 150/7 150/20
159/5 159/6 172/5
174/9 178/25 179/17
179/21 183/17 184/4
184/7 185/10 187/23
190/11 193/23 199/6
200/23 205/16 211/23
211/24 212/21 220/11
223/20 226/2 232/12
234/8 237/23 246/11
248/23 251/6 253/2
253/3 256/7 264/7
280/14 281/14 281/24
283/11 286/4 290/17
291/13 292/13 293/2

**somebody [14]** 32/18
76/22 77/6 134/4
136/15 144/3 194/8
206/6 237/10 244/4
248/6 248/13 293/5
295/22

**somehow [2]** 15/24
188/14

**someone [37]** 6/19
10/25 16/23 17/1 18/3
29/13 30/12 32/17
37/10 75/11 95/25
124/24 125/5 131/6
132/10 133/11 133/22
152/18 169/4 175/3
176/24 179/7 187/19
202/1 224/13 231/13
233/4 234/9 243/13
247/1 248/18 249/20
253/6 255/16 285/17
298/6 304/3

**someone's [1]** 184/21

**something [38]** 7/4
18/11 25/11 42/9 61/22
63/12 64/4 79/6 89/9
100/5 100/12 125/15
126/24 144/2 144/4
182/9 188/17 202/14
205/22 209/14 230/14
236/6 238/14 241/17
242/19 245/24 248/13
249/17 250/2 251/17
251/17 282/6 301/24
303/14 303/23 304/2
304/7 320/1

**sometimes [3]** 84/7
150/6 209/13

**somewhat [5]** 44/3
44/19 64/23 102/22
114/17

**somewhere [6]** 60/23
60/24 75/18 127/6
257/8 310/5

**son [6]** 101/16 119/20
119/25 145/10 145/17
215/5

**son's [2]** 103/2 233/7

**song [1]** 201/15

**sorry [31]** 13/9 19/2
85/20 100/7 101/25
117/24 118/3 119/24
121/5 125/20 214/23

**sorry... [20]** 218/6 225/23 246/18 248/24 249/4 249/13 250/13 259/13 263/7 269/18 269/19 282/17 290/11 294/12 297/20 298/1 302/6 302/9 303/24 305/1

**sort [25]** 13/2 18/12 20/25 24/11 63/11 90/18 105/13 106/17 108/3 108/6 109/3 109/21 110/1 116/19 128/7 133/25 156/4 181/23 236/8 236/13 243/14 251/10 287/12 297/16 317/24

**sought [3]** 54/15 93/20 128/13

**sound [1]** 299/25

**sounded [1]** 292/17

**sounds [1]** 268/21

**source [1]** 184/19

**sources [3]** 15/16 44/7 94/6

**South [2]** 122/25 129/22

**Southeast [3]** 129/22 175/11 175/12

**Southern [1]** 286/1

**Southwest [2]** 231/17 285/5

**space [1]** 184/16

**spaces [1]** 124/17

**speak [10]** 21/16 35/24 46/18 46/23 59/23 104/6 115/14 148/10 239/6 315/10

**speaking [5]** 39/18 64/23 94/2 172/13 247/14

**special [15]** 16/11 16/12 16/13 16/18 17/8 17/24 18/5 19/3 38/19 38/19 38/20 38/24 67/11 67/21 67/23

**specialized [1]** 178/5

**specific [8]** 8/3 140/8 171/2 194/23 223/21 225/21 225/24 318/13

**specifically [12]** 23/1 47/18 51/13 71/8 105/11 105/14 108/1

**specifics [2]** 106/13 291/17

**speech [3]** 31/9 131/11 134/16

**speeding [1]** 225/6

**spend [1]** 296/3

**spent [2]** 116/15 203/17

**spill [1]** 136/18

**spills [2]** 240/24

**spoke [1]** 58/6

**sports [1]** 293/2

**spot [1]** 158/14

**spring [1]** 236/4

**square [1]** 183/11

**square-one [1]** 183/11

**squeezed [1]** 127/8

**St [1]** 67/12

**St. [2]** 254/1 255/20

**St. Louis [2]** 254/1 255/20

**Staff [2]** 133/9 268/8

**stage [1]** 184/14

**stages [1]** 8/22

**stand [5]** 20/18 34/8 35/23 38/9 210/5

**standard [2]** 5/25 21/8

**standards [1]** 14/15

**standpoint [1]** 130/2

**stands [1]** 275/22

**start [41]** 17/5 32/2 33/15 33/21 35/5 46/12 49/22 52/16 53/21 62/14 70/14 77/9 83/16 89/14 93/10 105/6 113/9 117/12 121/15 129/2 130/19 137/5 146/13 151/10 180/16 185/25 186/5 197/17 211/3 212/8 241/1 259/16 263/1 273/23 286/3 287/16 310/8 316/5 318/25 319/22 319/25

**started [9]** 79/16 79/18 87/18 87/22 180/4 241/20 259/18 275/3 275/6

**starting [5]** 4/23 37/6 50/14 276/12 309/23

**starts [1]** 151/11

**state [17]** 21/10 40/12

114/6 114/13 184/25 189/11 189/12 195/15 195/18 220/19 258/18 288/9 305/4

**State's [1]** 41/1

**statement [2]** 36/11 209/24

**states [24]** 1/3 1/5 1/12 4/3 4/8 23/5 26/20 26/22 34/6 36/17 36/19 36/23 37/1 37/10 37/16 38/1 38/3 38/5 90/13 90/15 160/24 163/14 218/5 317/3

**station [3]** 71/17 167/18 177/3

**stations [1]** 246/18

**statute [1]** 151/18

**statutes [1]** 27/18

**stay [5]** 5/16 52/5 114/23 304/10 304/11

**Ste [1]** 2/4

**stealing [2]** 101/24 207/24

**steam [1]** 229/3

**stenographer [1]** 194/12

**stenotype [1]** 2/17

**step [2]** 6/3 303/13

**step-children [1]** 6/3

**stepdad's [1]** 107/16

**stepping [1]** 133/25

**steps [98]** 46/14 52/10 53/15 57/16 58/10 64/15 65/18 73/5 73/23 79/10 80/14 83/2 83/9 87/5 87/13 92/1 93/4 98/17 99/15 104/18 104/25 112/6 113/3 117/19 118/8 120/24 121/9 126/15 130/7 136/4 136/23 140/23 141/7 148/24 149/8 153/19 154/9 157/21 158/21 161/11 161/20 165/14 165/23 168/14 168/23 174/6 174/22 178/12 178/21 183/23 185/18 192/18 192/25 197/1 197/8 201/11 201/20 204/24 205/7 211/2 211/15 216/20 217/14 219/5 219/9

62/21 64/2 65/8 107/19 223/1 223/8 226/21 227/3 230/21 231/7 233/19 234/1 239/17 241/7 245/14 246/5 252/9 252/20 262/8 262/20 266/21 267/4 270/25 271/8 273/7 273/14 276/10 276/19 281/1 281/8 283/22 284/4 289/17 290/9 294/18 295/8 299/11

**Steve [1]** 10/25

**stick [3]** 27/1 27/23 316/21

**sticker [13]** 45/8 53/22 113/10 113/13 113/18 200/7 200/10 200/12 293/15 293/19 293/23 293/24 297/6

**stickers [1]** 114/1

**still [23]** 8/6 10/22 24/12 28/8 46/20 68/21 68/23 100/4 101/1 107/1 119/23 119/25 135/8 151/9 152/20 153/13 174/18 200/22 207/6 243/8 268/18 296/20 300/19

**stipulation [3]** 31/7 31/17 31/22

**stipulations [2]** 31/6 31/9

**stolen [2]** 256/7 256/25

**stop [2]** 218/8 301/23

**stopped [2]** 15/24 159/20

**stops [1]** 58/25

**stories [7]** 44/9 59/22 86/7 167/8 170/4 239/4 239/10

**storm [1]** 17/20

**storming [1]** 148/9

**story [4]** 209/6 227/25 239/9 239/12

**straightforward [1]** 36/8

**strangely [1]** 210/2

**streaming [1]** 279/21

**street [9]** 1/18 2/4 2/7 103/5 103/6 119/4 146/24 160/16 183/13

**streets [1]** 213/3

**stressful [1]** 86/24

**S**

stricken [1] 79/20
strike [15] 30/15 30/24
52/18 80/6 80/10 80/10
92/12 98/19 112/11
136/6 239/21 252/11
289/21 308/21 308/23
strikes [2] 22/11
262/15
striking [3] 219/6
271/1 271/2
string [1] 133/20
strip [1] 269/2
strong [17] 50/6 52/19
53/2 53/8 82/11 98/25
99/9 129/7 142/8
142/11 147/8 174/9
245/19 249/17 252/3
252/12 299/3
strongly [2] 90/14
240/9
strongly-held [1]
90/14
struck [4] 57/19 64/24
245/19 270/18
structure [1] 6/21
stuck [5] 173/20
173/23 214/16 291/5
291/8
studied [9] 40/7 48/10
60/10 95/25 99/22
224/13 233/4 285/18
293/5
studies [1] 114/24
studying [1] 255/17
stuff [22] 29/25 50/3
55/6 61/23 66/25 71/18
84/11 94/4 109/19
109/20 109/22 112/23
173/3 183/6 207/6
208/4 227/14 229/16
232/11 232/13 236/9
256/13
Sub [1] 129/22
Sub-Saharan [1]
129/22
subconscious [4]
122/14 124/20 126/19
126/20
submit [4] 5/3 192/2
303/14 303/23
submitted [6] 5/22
7/14 28/6 109/6 139/5
182/13

subscribe [1] 103/20
subscribes [1] 98/25
substance [1] 18/9
substantial [1] 26/11
substantive [1] 21/9
subway [2] 71/16
167/18
such [5] 18/19 32/16
39/7 40/2 298/13
sufficiently [2] 10/22
11/14
suggest [1] 14/17
suggesting [2] 32/18
92/25
suit [2] 294/6 294/7
suite [3] 2/7 93/23
94/2
sum [1] 18/9
summarized [1] 15/11
summary [1] 190/21
Summers [1] 38/21
summoned [1] 140/3
Sunday [1] 104/6
sunset [2] 127/20
129/7
super [1] 124/23
superintendent [1]
119/8
Superior [5] 74/19
95/10 103/4 212/3
253/24
Supervision [1] 96/7
supervisor [4] 150/19
152/14 152/18 152/19
Supreme [1] 183/13
sure [61] 13/4 24/20
26/4 45/16 62/22 64/4
75/6 78/11 78/19 93/23
94/21 97/24 99/7 111/5
112/16 115/23 116/21
120/9 123/1 125/11
125/13 125/14 128/7
129/19 143/3 146/9
148/6 148/15 150/7
150/16 151/8 152/9
153/22 154/2 156/25
157/1 158/13 179/2
179/14 194/13 206/8
212/1 212/24 214/7
215/4 215/24 218/2
235/16 244/9 247/8
250/20 253/10 290/19
293/14 297/24 301/21
302/7 307/14 312/11

surgery [1] 137/12
surprised [1] 90/1
susceptible [1] 299/7
suspicions [1] 88/12
sustain [1] 10/13
Swartz [2] 153/12
153/13
sway [3] 55/12 55/14
189/7
swear [3] 34/9 34/13
317/1
sworn [2] 68/17
258/15
sympathy [2] 218/16
219/1
system [16] 41/11
69/4 80/23 84/22
123/25 145/1 145/5
145/21 188/6 194/14
209/1 218/1 270/6
286/14 287/13 290/5

**T**

table [3] 5/13 5/16
250/25
tablet [1] 177/4
tactics [1] 57/4
take [43] 8/10 32/2
33/18 39/5 44/15 48/21
57/13 61/1 64/13 72/23
73/2 79/9 87/3 89/24
89/25 112/5 114/17
122/17 127/7 130/5
130/22 132/6 143/9
157/6 158/7 174/4
182/10 182/10 206/6
210/20 210/25 212/1
219/25 228/12 230/19
240/14 240/14 263/24
264/8 273/5 276/7
303/24 318/23
taken [7] 25/24 29/2
35/3 72/2 181/5 199/6
199/7
takes [2] 108/16
244/14
taking [4] 4/21 139/2
190/15 267/20
talk [15] 78/13 86/15
104/8 111/4 134/19
186/24 194/18 195/22
202/6 214/23 236/13
239/10 243/23 309/10

talked [15] 16/25
17/13 17/17 18/10
18/15 98/21 98/24
131/13 140/1 150/21
152/15 152/21 179/14
189/24 291/20
talking [19] 13/10
13/16 13/18 14/6 17/4
26/22 31/19 61/8 68/10
79/16 98/7 107/22
110/25 111/18 163/12
181/13 184/11 199/22
240/20
talks [1] 29/8
tax [3] 254/20 259/2
259/11
taxonomy [2] 23/4
24/6
teaching [4] 102/25
103/1 115/11 151/9
team [1] 18/24
tease [1] 239/24
tech [1] 117/3
technical [1] 50/2
technically [2] 175/9
179/10
technology [1] 51/19
teenager [1] 108/10
telephone [1] 15/6
television [5] 44/6
165/9 175/22 175/25
229/16
tell [78] 6/19 25/13
61/17 63/17 74/12 79/5
86/7 96/23 106/20
108/1 108/17 113/11
115/21 116/17 122/18
129/17 130/24 131/8
151/4 153/6 163/25
175/4 180/21 183/4
188/23 189/15 193/8
194/2 195/5 200/8
202/3 202/9 202/23
203/24 204/12 205/18
206/15 207/20 208/15
212/23 215/3 223/17
224/5 224/14 227/11
231/15 234/11 236/9
237/12 243/15 246/16
253/8 256/5 263/3
267/15 272/15 277/5
277/24 284/12 284/25
285/19 290/22 291/1

370

**T**

**tell... [15]** 291/1 292/3 295/17 296/22 297/9 297/18 297/22 299/19 302/25 312/7 314/9 318/7 318/7 318/10 318/14

**telling [1]** 186/5

**tells [1]** 231/2

**temporarily [3]** 29/24 30/5 30/9

**tend [5]** 42/11 137/6 186/19 269/14 269/21

**Tennessee [2]** 106/23 277/11

**term [2]** 28/15 180/15

**terms [4]** 23/3 158/10 186/22 204/6

**terribly [1]** 292/20

**terrifying [2]** 121/24 124/9

**test [1]** 115/9

**testified [2]** 260/17 265/8

**testify [9]** 17/8 18/13 32/9 32/17 43/5 43/6 259/8 260/19 263/17

**testifying [1]** 32/7

**testimony [15]** 9/21 15/5 15/9 15/13 19/3 19/20 19/21 20/2 20/14 30/18 32/20 42/12 269/14 269/22 292/25

**testing [2]** 177/21 245/3

**Texas [4]** 114/22 194/12 194/16 195/10

**text [7]** 10/8 16/24 16/25 17/17 18/18 19/4 31/18

**texts [6]** 13/17 14/7 14/11 14/21 14/24 19/21

**than [29]** 10/15 19/7 25/9 27/18 29/13 30/10 30/12 41/24 57/9 58/6 106/24 110/17 162/7 171/20 180/25 189/7 204/17 209/14 209/17 223/22 234/24 237/5 238/17 260/20 275/3 275/12 296/3 316/16 318/15

**thank [257]** 7/6 7/17

15/1 16/7 16/15 19/18 20/22 20/23 25/25 26/13 29/17 31/12 31/25 32/22 33/21 34/16 34/17 38/11 38/16 46/7 50/4 51/9 52/2 52/3 52/9 53/6 54/3 56/21 57/12 57/13 57/15 62/13 63/3 64/12 64/13 70/13 70/15 71/22 71/23 72/21 72/23 72/25 73/4 73/10 79/8 79/9 82/1 82/14 82/25 83/1 86/1 86/3 87/2 87/3 89/16 90/22 91/21 91/23 91/25 96/18 97/3 97/6 98/15 98/16 99/3 102/14 103/20 103/22 103/24 104/16 104/17 110/21 110/24 112/5 117/11 117/17 117/18 120/7 120/16 120/22 120/23 121/4 124/3 124/5 125/16 126/12 126/13 126/14 129/3 129/10 129/12 130/3 130/5 134/12 134/14 135/16 135/18 136/1 136/2 136/3 140/15 140/21 148/20 148/22 148/23 152/10 153/17 153/18 154/5 156/11 157/14 157/19 158/3 158/16 158/18 158/19 161/3 161/8 161/8 161/16 164/25 165/4 165/11 165/12 168/6 168/11 168/13 169/2 172/10 173/10 174/3 174/4 177/13 177/24 178/1 178/3 178/10 178/11 183/16 183/21 183/22 190/8 191/2 191/4 192/14 192/15 192/16 195/8 196/12 196/14 196/24 196/25 197/5 201/3 201/5 201/10 204/22 204/23 208/21 209/7 209/9 210/6 210/21 210/23 216/5 216/15 216/18 216/19 217/17 219/3 219/4

222/22 222/24 222/25 225/16 226/3 226/5 226/18 226/20 226/25 230/19 233/13 233/17 233/18 233/23 239/15 239/16 241/5 242/3 244/20 244/24 245/9 245/13 246/2 249/9 250/4 250/7 250/10 252/5 252/7 252/17 262/5 262/6 262/7 265/4 266/2 266/5 266/19 266/20 270/20 270/23 270/24 271/5 272/22 272/23 273/4 273/5 273/6 273/11 276/7 280/22 280/25 280/25 283/20 283/21 287/18 288/19 289/14 289/15 289/16 294/10 294/15 294/17 298/17 299/8 299/10 302/17 303/8 314/14 314/19 315/11 315/16 316/20 316/21 317/7 317/8 317/8 319/15 320/9 320/16

**thanks [8]** 109/14 129/16 146/17 157/20 165/13 192/17 298/2 303/9

**Thanksgiving [1]** 222/13

**that [1369]**

**that's [147]** 6/11 13/2 13/23 19/8 25/7 26/21 27/2 30/10 32/10 41/12 44/18 45/9 46/18 52/2 59/5 59/20 63/12 63/18 63/24 68/16 71/1 71/21 77/19 82/8 82/9 90/5 90/12 100/22 107/13 109/20 111/12 113/18 118/4 118/17 120/3 124/17 125/12 126/1 126/8 126/12 126/24 132/3 140/5 142/3 145/3 147/6 149/15 150/4 154/2 155/3 162/10 167/6 167/23 171/10 173/17 175/9 177/4 180/2 180/14 181/20 184/6 184/15

184/24 188/8 190/14 190/17 190/22 191/8 191/9 191/11 198/18 210/5 210/20 215/6 218/10 221/9 222/14 227/14 229/8 230/16 234/12 238/20 243/3 243/9 248/25 249/15 250/14 251/17 256/9 261/9 261/12 262/4 264/1 264/22 267/24 270/1 270/18 278/19 280/24 281/24 287/23 287/24 290/12 294/10 294/13 296/18 299/22 301/4 301/16 303/5 303/7 304/1 305/10 305/14 305/15 305/17 305/22 306/1 306/3 306/5 306/8 306/12 306/18 306/21 307/7 307/11 307/12 307/20 308/3 309/1 310/3 310/12 310/21 311/17 311/18 311/20 311/25 312/9 312/10 312/19 313/17 313/18 314/11 314/13 314/23 318/18 318/20

**theft [6]** 101/22 101/24 101/25 103/2 256/13 256/23

**thefts [1]** 256/6

**their [26]** 6/14 6/14 7/14 12/25 19/11 60/18 60/21 82/8 82/9 107/22 108/2 108/11 111/2 171/9 182/23 190/2 199/11 206/21 244/12 287/4 291/22 309/13 309/13 309/14 312/24 313/15

**theirselves [1]** 69/17

**them [54]** 4/22 6/25 11/21 13/17 15/17 33/20 66/4 71/7 71/17 72/20 75/20 95/20 97/10 106/5 107/16 107/23 109/16 111/5 111/13 112/10 116/8 139/4 142/22 142/22 147/8 154/23 180/17 189/3 190/3 190/13 207/22 219/2 221/19

# T

**them...** [21]  228/10
229/18 243/19 243/23
244/5 249/18 255/11
257/5 267/12 275/22
287/25 288/2 290/20
300/3 300/5 300/13
301/18 304/17 304/18
313/2 314/9

**theme** [1]  93/24

**then** [108]  8/12 8/15
8/18 8/18 9/4 14/22
15/4 24/25 25/18 28/11
30/8 34/9 35/17 35/18
45/21 45/21 46/10
46/11 46/23 51/21
58/20 59/4 62/2 63/16
63/20 65/1 66/1 67/1
68/12 70/6 77/22 80/1
85/21 87/20 87/22
87/23 95/7 96/9 101/12
106/16 106/18 107/3
108/15 113/18 115/4
115/17 117/2 124/16
132/8 132/16 133/14
134/18 137/12 143/5
143/5 170/3 180/1
183/14 186/2 186/22
194/5 198/13 212/13
213/24 215/15 215/21
228/16 231/14 237/13
238/6 242/23 246/24
250/2 253/3 253/5
253/7 258/9 264/22
270/13 276/25 286/1
291/23 293/14 301/4
301/5 301/14 301/19
301/25 302/2 302/11
302/12 303/14 303/23
304/1 304/19 304/23
305/3 309/17 310/22
310/25 311/11 311/19
313/9 314/16 315/19
316/16 319/25 319/25

**theory** [5]  28/8 309/12
309/17 310/7 313/10

**there** [238]  5/25 7/15
8/21 9/21 10/7 10/18
11/12 13/24 15/23
18/12 19/13 20/24 22/4
22/23 24/6 29/25 30/3
30/18 30/19 30/20 31/7
31/9 32/1 32/3 37/22
39/23 44/25 45/12 48/1

53/23 54/10 54/18
55/16 55/21 56/12
58/22 60/21 63/11
63/14 63/15 63/21
63/22 63/23 65/2 65/2
65/12 67/20 69/6 71/17
74/24 76/8 76/22 83/21
88/13 95/16 96/2 98/23
101/3 101/12 102/3
102/7 102/10 103/16
104/14 106/5 106/6
107/14 108/19 109/3
112/16 112/19 113/12
113/15 113/22 114/8
114/12 114/14 114/24
115/8 120/11 121/16
122/17 123/6 124/13
124/24 125/9 125/9
126/3 127/20 127/21
127/22 127/23 128/5
128/12 128/16 128/18
129/23 130/22 131/11
132/10 133/14 133/20
133/21 134/4 136/15
138/8 138/14 138/22
138/24 142/23 146/24
148/14 148/16 149/17
149/24 150/19 153/13
155/8 155/13 158/8
159/3 160/6 162/7
164/5 165/6 167/17
169/7 169/17 170/16
171/1 173/18 175/4
175/12 179/11 179/15
179/17 179/20 179/22
180/5 180/6 180/10
181/22 182/3 182/4
183/12 186/2 187/6
187/7 188/22 193/20
198/22 199/8 202/18
207/23 209/3 209/4
212/8 212/22 212/22
213/1 213/15 217/21
218/1 224/8 224/21
225/12 228/3 231/15
235/10 236/2 236/3
236/12 238/9 238/14
238/15 239/2 241/17
241/19 242/7 244/1
247/10 247/15 248/21
251/15 251/21 252/13
253/17 253/19 254/16
256/14 256/16 256/19

256/22 256/22 257/12
257/18 257/18 258/22
263/13 263/15 263/19
264/17 265/13 265/13
266/13 268/25 270/4
270/16 281/25 282/18
283/1 283/5 291/6
291/9 291/10 292/1
292/14 292/15 292/21
292/21 293/4 295/25
296/6 298/3 298/4
298/11 301/20 303/7
303/24 308/25 311/5
318/23 319/21 320/1

**there'd** [1]  199/25

**there's** [23]  30/4 31/4
46/16 78/13 97/11
104/14 108/3 139/19
148/5 148/7 148/13
155/7 206/3 213/9
213/20 213/22 217/8
232/11 246/25 292/16
303/18 315/20 319/11

**therefore** [9]  23/21
25/21 27/16 99/11
112/24 231/3 262/16
290/5 313/14

**these** [42]  10/1 13/16
14/3 16/12 16/24 16/25
17/13 17/17 18/4 19/21
19/23 21/4 28/1 35/24
38/7 38/25 55/2 55/9
57/24 67/24 68/22 71/4
99/1 107/11 112/16
114/17 116/16 139/23
140/2 181/4 190/11
236/13 238/23 245/7
260/18 267/12 287/3
291/13 310/11 313/5
313/6 313/14

**they** [117]  5/4 6/2 6/8
6/13 8/3 14/12 14/13
14/13 14/15 14/18
14/18 15/16 15/17
15/20 17/2 17/6 18/7
18/8 18/9 18/10 18/14
18/15 18/19 19/10 29/4
35/10 35/10 38/4 43/20
44/2 56/7 57/1 60/19
61/2 61/3 61/5 66/3
66/23 67/15 67/17
67/18 67/19 68/1 70/21
70/21 70/25 71/1 72/4
72/6 75/17 76/17 77/7

93/22 98/13 102/6
102/7 105/18 106/5
106/6 108/1 111/4
111/16 125/1 125/9
125/9 125/15 127/8
133/21 133/22 138/11
138/12 145/18 146/25
147/11 147/18 148/10
148/11 148/11 152/16
173/3 173/24 182/3
182/4 192/3 200/15
202/9 206/25 210/11
210/12 210/18 210/19
213/2 217/21 218/18
221/5 221/6 232/20
233/7 237/20 239/7
243/22 256/20 265/24
275/19 277/19 280/8
280/17 280/20 288/4
292/8 301/19 303/1
304/20 313/6 314/22
316/14 316/16

**they'd** [3]  4/20 7/5
31/4

**they're** [18]  14/23 54/8
66/2 93/21 116/21
125/11 140/4 140/5
182/5 207/7 210/13
218/17 218/18 235/7
248/14 251/1 268/16
293/9

**They's** [1]  105/19

**they've** [3]  7/4 59/18
60/21

**thing** [14]  5/15 46/22
105/13 113/18 113/22
151/15 162/10 183/9
236/14 244/3 317/16
318/18 318/21 319/11

**things** [40]  4/20 4/21
17/13 20/17 36/7 50/9
52/11 68/10 76/5 90/17
97/13 99/1 107/25
110/15 116/15 116/16
120/8 138/12 139/7
174/12 178/8 181/2
181/3 181/13 200/18
206/22 208/19 222/17
232/18 238/23 249/8
251/6 251/9 256/7
264/7 269/5 279/8
298/24 304/3 319/8

**think** [240]  4/18 4/21
5/14 6/9 12/9 17/8

**think... [234]** 17/16 21/22 23/7 25/10 25/10 26/11 27/10 27/20 29/3 29/4 29/6 29/10 34/25 47/16 48/25 49/10 50/7 50/8 50/11 50/16 50/16 51/7 51/7 52/1 53/7 55/8 55/12 55/14 55/16 56/10 56/12 58/4 59/2 62/23 63/23 64/3 64/18 69/18 69/23 76/10 76/14 76/23 77/2 77/5 78/8 79/3 80/2 82/5 83/21 84/18 85/5 86/23 88/13 88/19 89/1 90/8 90/8 92/14 94/6 94/22 98/23 99/8 103/7 104/12 106/7 107/22 108/20 109/9 110/10 110/13 113/16 114/23 116/5 117/8 117/10 120/12 120/13 122/5 122/12 123/20 124/13 125/2 125/2 126/20 131/18 132/25 134/2 134/23 135/3 136/13 136/19 138/9 138/10 138/16 138/17 138/19 139/19 139/21 140/11 142/16 143/2 143/7 143/8 144/7 145/19 147/17 149/12 150/3 150/9 150/23 151/14 151/16 152/5 153/21 154/1 157/2 160/3 160/6 160/25 162/12 163/11 163/13 163/20 164/23 164/24 170/11 174/13 174/17 175/24 176/21 177/2 177/12 180/23 181/22 182/7 182/9 182/11 182/20 182/22 182/24 183/1 183/7 183/11 184/10 184/20 185/1 185/6 185/11 185/12 188/2 188/3 188/4 188/6 188/16 188/17 189/5 192/5 192/13 197/21 199/24 200/4 200/17 200/25 203/4 203/6 204/14 208/25 209/15 213/14 213/22 214/2

214/5 214/8 214/14 214/22 217/1 217/7 218/11 218/17 221/15 225/9 225/11 225/13 229/2 233/1 234/18 235/11 235/14 240/7 241/22 242/23 243/5 245/22 245/23 248/6 248/13 249/17 252/10 254/5 256/11 263/20 267/11 270/12 270/14 270/16 274/15 277/18 279/10 280/3 282/2 283/6 286/9 288/16 289/25 290/4 290/5 292/11 292/18 292/24 296/9 296/13 296/15 297/1 298/15 299/19 300/2 301/23 303/1 304/20 310/17 310/20 311/17 315/13 318/19
**thinking [9]** 23/5 50/17 184/25 188/14 267/25 300/11 303/3 310/3 317/15
**thinks [3]** 57/25 64/19 112/12
**third [3]** 269/1 308/14 308/21
**Thirteen [1]** 282/19
**Thirty [1]** 56/1
**this [370]**
**thoroughly [1]** 250/23
**those [124]** 5/4 5/19 6/6 6/7 7/10 7/15 7/22 7/24 8/16 8/22 9/15 9/22 10/15 10/17 10/19 11/10 11/20 13/3 14/24 25/14 27/5 27/12 27/18 32/9 35/3 43/24 45/17 45/18 45/20 50/14 50/15 50/19 51/5 51/6 52/22 53/9 55/7 56/23 57/5 57/9 59/5 59/21 59/22 69/14 74/8 76/9 93/18 93/20 94/5 94/23 95/4 95/10 95/17 95/22 96/13 99/11 106/20 111/18 116/7 116/13 126/7 130/25 131/4 131/15 146/15 147/4 150/2 164/21 179/1 185/14 186/20 188/21 199/8 200/17 202/6

206/15 208/19 211/25 212/23 216/25 217/23 217/25 218/20 218/25 221/3 221/16 231/16 232/17 246/12 249/7 249/25 251/9 253/9 254/11 255/1 256/10 259/4 259/10 264/24 268/1 269/10 270/7 270/14 277/5 295/24 295/25 299/7 299/3 302/13 302/21 303/6 308/5 308/6 308/11 308/13 309/15 310/1 313/3 314/16 318/2 319/2
**though [16]** 10/20 11/12 14/13 14/15 19/23 24/12 76/24 78/23 101/7 106/10 110/9 143/24 159/8 238/8 282/5 319/12
**thought [17]** 18/25 57/23 75/1 87/23 87/23 121/5 166/12 181/21 194/12 204/17 208/5 214/23 220/14 225/4 299/6 310/12 311/18
**thoughtful [2]** 185/1 185/4
**thoughts [3]** 43/17 206/12 216/21
**threat [4]** 17/6 17/9 18/13 218/17
**three [14]** 6/17 35/6 37/4 80/2 127/25 127/25 156/9 187/8 231/13 253/4 253/12 278/1 285/10 300/22
**three-quarters [1]** 253/12
**threshold [1]** 25/7
**Thrift [1]** 96/7
**through [40]** 4/19 8/22 19/4 23/6 35/24 42/23 57/2 90/10 93/19 103/17 131/22 131/24 137/10 184/21 211/25 223/20 227/22 240/20 250/23 253/8 267/11 276/25 277/2 283/9 288/1 292/8 292/9 297/13 299/20 301/19

301/23 302/21 303/15 303/19 304/20 308/2 309/2 313/20 320/7
**throughout [3]** 67/4 159/18 280/21
**Thursday [5]** 122/22 122/22 131/2 131/3 215/5
**Tia [1]** 38/21
**ticket [2]** 225/6 225/10
**tied [1]** 129/8
**tight [2]** 20/3 184/16
**till [2]** 171/1 310/11
**time [79]** 8/23 10/5 10/17 17/3 17/19 19/8 28/9 31/24 46/23 47/19 47/20 48/14 61/4 61/5 62/2 63/12 63/25 70/3 88/8 88/10 88/18 92/15 92/22 98/4 103/13 114/15 115/11 116/15 127/5 127/8 127/22 132/23 151/10 151/13 151/14 157/5 158/4 159/5 164/12 176/12 179/20 180/17 203/17 206/1 206/19 208/11 209/23 210/11 210/12 210/13 210/19 212/12 213/15 214/17 231/19 236/2 240/18 242/9 248/16 249/5 257/25 258/22 260/24 269/1 273/25 274/1 277/25 280/9 296/3 298/7 298/9 299/7 313/20 316/20 317/9 318/20 319/5 319/9 320/12
**timeframe [1]** 133/6
**timeline [1]** 264/22
**times [19]** 37/4 59/5 79/22 80/2 94/4 94/16 94/17 98/21 126/24 128/9 234/15 236/15 238/24 239/7 256/9 260/10 260/12 285/10 295/20
**tiny [1]** 303/19
**tip [1]** 16/21
**tipster [1]** 18/2
**today [18]** 4/20 7/24 16/11 26/22 36/2 81/24 89/11 140/5 185/5

**T**

**today... [9]** 213/5 236/17 239/12 240/16 267/25 303/13 303/16 315/12 317/9

**together [4]** 29/5 149/18 258/24 293/2

**told [5]** 63/15 76/25 108/10 108/15 112/1

**tomorrow [11]** 151/8 212/2 216/23 300/12 302/23 313/11 313/15 317/14 318/16 319/22 320/6

**tone [1]** 79/18

**tonight [4]** 315/3 317/16 318/19 318/20

**too [12]** 20/20 73/19 80/6 91/10 91/12 207/1 207/2 232/11 262/16 280/1 311/16 317/12

**took [6]** 25/4 141/20 162/20 164/4 166/18 230/11

**top [6]** 24/1 108/23 111/6 111/12 181/2 245/24

**topics [8]** 4/18 8/21 20/24 32/1 32/3 32/22 33/14 319/21

**total [1]** 20/18

**totally [1]** 162/13

**touch [2]** 104/5 288/12

**touching [1]** 27/15

**tough [2]** 86/18 157/4

**tour [7]** 94/18 118/22 132/25 166/18 166/21 179/18 194/3

**toured [2]** 55/23 132/22

**touring [1]** 159/7

**tourism [2]** 227/15 227/17

**tourist [4]** 72/10 83/19 166/21 175/7

**tourists [4]** 72/14 72/16 72/18 72/19

**toward [3]** 34/19 62/3 145/24

**towards [5]** 72/17 82/12 117/1 182/24 283/7

**town [6]** 131/1 134/5 137/24 267/18 267/19 295/22

**towners [2]** 66/16 71/11

**track [1]** 87/22

**traditional [2]** 6/4 113/22

**traffic [1]** 41/24

**tragedy [1]** 181/23

**training [1]** 178/5

**traitors [1]** 219/1

**transcript [3]** 1/11 2/18 321/4

**transcription [1]** 2/18

**transit [2]** 119/8 177/6

**transpire [1]** 66/11

**transpired [2]** 198/8 199/5

**trapped [3]** 202/5 291/5 291/21

**trauma [2]** 135/5 135/8

**traumatic [1]** 135/10

**traveled [1]** 15/21

**traveling [1]** 137/11

**treason [1]** 218/12

**Treasurer [1]** 139/1

**treat [1]** 87/25

**treated [4]** 70/19 183/11 208/25 209/2

**tremendous [1]** 184/5

**trial [59]** 1/11 4/17 9/7 9/21 12/5 20/1 24/17 30/11 32/17 32/20 34/24 37/25 38/2 38/8 38/18 39/21 42/6 42/21 42/24 44/14 45/1 54/13 54/13 62/17 63/16 63/22 68/18 69/23 72/6 74/6 89/10 95/2 108/18 126/10 137/21 139/11 143/14 145/17 152/24 162/4 184/7 188/3 189/19 192/12 202/16 202/20 203/24 238/18 253/22 259/4 259/7 260/17 260/21 277/10 289/10 289/11 289/13 315/1 319/3

**trials [7]** 54/19 88/16 181/4 188/5 190/17 260/20 284/15

**tricky [1]** 268/24

**tried [3]** 50/21 52/22 186/13

**trip [3]** 136/14 151/17

**trips [1]** 231/18

**Trooper [1]** 107/19

**trouble [1]** 92/10

**truck [2]** 164/1 164/9

**true [7]** 91/9 209/14 209/15 240/6 308/24 317/4 321/4

**truly [2]** 34/13 317/2

**Trump [6]** 17/20 98/13 140/5 148/12 181/2 238/23

**Trump's [2]** 31/8 236/12

**trust [1]** 218/5

**truthful [1]** 36/7

**truthfully [2]** 35/3 247/14

**try [11]** 89/25 122/14 123/19 155/5 200/3 214/5 232/8 248/16 248/17 289/22 317/2

**trying [6]** 18/11 175/7 244/4 256/20 259/13 291/7

**Tuesday [1]** 197/23

**Tuesday/Wednesday [1]** 197/23

**turn [4]** 31/3 155/5 246/23 308/9

**turned [1]** 215/7

**turning [2]** 7/25 242/10

**turns [1]** 301/2

**TV [21]** 44/10 66/21 67/2 68/12 119/18 119/19 124/9 141/21 142/1 142/3 142/9 143/5 155/8 159/20 165/7 169/25 232/8 246/18 252/1 264/14 271/20

**Tweet [1]** 318/5

**Tweeting [1]** 44/12

**Twenty [4]** 119/11 144/24 156/9 221/10

**Twenty-four [1]** 119/11

**Twenty-plus [1]** 144/24

**Twenty-three [1]** 156/9

**twice [1]** 107/9

**Twitter [4]** 116/12

**two [54]** 16/12 22/7 22/10 27/6 27/7 29/4 45/7 48/13 52/11 57/22 58/24 59/5 69/10 73/15 74/8 75/15 92/17 95/6 104/3 106/16 106/20 131/4 143/17 145/11 148/5 148/5 148/7 148/14 181/12 185/25 206/16 208/19 221/4 221/16 231/16 249/7 257/1 270/14 284/10 289/22 291/6 295/15 300/20 300/22 310/11 310/15 311/3 312/13 312/23 313/2 313/3 313/12 314/8 314/24

**type [6]** 61/23 102/23 209/5 209/19 283/2 283/4

**types [2]** 72/1 194/23

**typically [5]** 35/23 45/23 225/22 264/20 317/11

**U**

**U.S [19]** 2/12 37/12 37/19 38/20 38/21 38/24 40/15 41/1 97/1 150/6 150/20 198/13 254/15 258/25 259/9 260/7 260/14 260/15 288/10

**U.S. [7]** 40/25 106/18 131/8 155/12 179/8 179/10 274/12

**U.S. Capitol [7]** 40/25 106/18 131/8 155/12 179/8 179/10 274/12

**uh [24]** 63/4 68/7 68/8 71/13 72/7 72/22 164/8 169/13 171/15 172/15 228/15 228/15 235/9 238/11 244/7 247/20 252/6 263/16 264/16 265/18 278/18 285/7 292/19 299/9

**uh-huh [24]** 63/4 68/7 68/8 71/13 72/7 72/22 164/8 169/13 171/15 172/15 228/15 228/15 235/9 238/11 244/7 247/20 252/6 263/16

**U**

uh-huh... [6]  264/16 265/18 278/18 285/7 292/19 299/9
ultimately [2]  212/7 215/21
um [5]  17/15 104/11 142/10 186/7 297/21
unable [3]  68/13 81/17 149/20
unanimous [1]  43/12
unbelievable [2]  90/11 90/12
unbias [1]  98/23
unbiased [20]  65/15 68/14 73/18 92/23 94/7 94/24 99/10 106/8 109/5 112/21 134/2 134/10 146/10 185/2 231/3 262/13 280/4 283/6 290/3 296/21
unchanged [1]  230/4
uncle [6]  60/16 60/17 61/8 61/9 195/9 196/17
uncomfortable [2]  45/4 204/10
under [5]  14/15 21/13 135/5 183/14 289/10
undergraduate [2]  114/22 178/6
undermine [2]  228/7 229/19
understand [23]  10/3 13/4 15/4 22/13 29/18 30/22 39/12 43/23 57/5 57/8 70/6 90/8 135/19 136/10 148/13 152/23 201/16 216/22 226/14 231/1 249/22 313/10 318/9
understanding [5]  4/25 5/5 39/19 147/6 314/13
understands [2]  11/24 240/7
Understood [1]  25/20
unemployed [1]  224/2
unfair [1]  82/6
unfairly [1]  289/25
unfold [2]  90/9 186/9
union [1]  293/13
unit [2]  29/5 255/7
UNITED [22]  1/3 1/5 1/12 4/3 4/8 23/3 26/20

26/22 34/8 36/1 36/19 36/23 37/1 37/10 37/15 38/1 38/3 38/5 90/13 90/15 218/5 317/3
university [2]  114/21 120/4
unlawfully [2]  36/24 36/25
unless [3]  13/17 42/24 320/1
unlike [4]  57/21 92/22 184/20 185/10
unreal [1]  267/23
until [13]  24/4 33/22 42/24 63/18 63/19 158/6 180/9 204/2 214/16 241/4 256/24 297/13 304/12
up [134]  7/4 13/7 13/8 18/12 18/14 18/25 23/18 32/2 33/19 35/18 35/20 45/22 45/25 46/11 46/14 49/23 53/15 56/18 58/10 59/17 62/15 65/18 65/25 66/1 70/10 73/23 80/14 81/22 83/9 85/24 87/13 93/4 96/19 98/3 99/15 104/25 106/14 106/22 108/11 108/13 109/11 110/8 112/2 113/3 115/25 116/13 118/8 121/9 136/23 139/2 140/4 141/7 146/14 149/8 153/3 154/9 155/8 158/14 158/21 161/20 162/22 165/23 168/23 174/22 177/14 178/21 180/11 183/17 185/18 190/9 192/25 197/8 198/20 201/20 205/7 205/16 208/22 211/15 212/7 215/6 217/14 218/8 219/9 222/1 222/2 222/20 223/8 223/14 225/9 227/3 231/7 231/22 233/14 234/1 234/8 236/18 236/22 237/20 237/23 241/7 246/5 246/11 249/10 251/21 252/20 253/2 262/20 264/21 265/5 267/4 268/1 270/2

276/21 271/8 271/18 272/11 273/14 276/3 276/19 280/7 281/8 281/14 284/4 287/1 287/17 290/9 290/17 293/25 294/1 295/8 298/18 302/25 315/5 315/8
updates [1]  59/19
upheaval [1]  140/12
upholding [1]  218/18
upon [6]  18/1 51/24 57/23 79/22 204/16 250/2
upper [1]  35/6
upset [3]  147/4 174/18 218/6
Urban [1]  265/25
urgent [3]  39/6 130/23 137/6
urinating [2]  71/18 73/17
us [97]  4/10 6/9 8/22 11/22 23/11 34/25 36/8 47/13 58/23 61/17 74/12 83/25 88/1 93/15 95/4 96/2 96/23 105/9 106/20 107/14 109/16 113/11 115/21 116/17 118/20 122/18 123/7 129/18 130/24 131/9 137/22 138/18 141/16 150/17 151/5 153/6 154/19 156/14 163/14 163/25 166/6 175/4 180/21 186/5 188/23 189/15 193/8 194/2 195/5 200/8 202/3 203/24 205/13 205/19 206/15 207/20 211/25 212/23 215/3 219/20 220/9 223/17 224/5 224/14 227/11 231/15 237/12 243/15 246/16 253/8 263/3 267/15 267/23 267/23 272/15 277/5 277/24 284/12 284/25 285/19 290/22 291/1 291/1 292/3 295/17 297/9 297/18 297/22 302/1 302/3 302/4 302/8 302/10 302/11 302/12 311/13 312/22

276/21 271/8 271/18
**USAO [1]**  1/18
use [4]  8/18 73/1 84/4 95/17
used [17]  23/4 26/23 27/12 37/4 40/18 76/17 77/7 90/7 107/10 164/2 195/10 198/12 203/16 203/18 226/10 277/10 310/4
using [3]  27/7 27/14 28/13
usually [1]  54/19
Utah [1]  151/17
utmost [1]  152/23

**V**

vaguely [2]  150/18 292/20
various [4]  94/3 98/3 136/19 144/14
vehicle [8]  45/9 53/22 113/10 114/1 200/7 293/16 293/19 297/6
venire [4]  32/2 33/24 34/2 310/5
verdict [11]  34/21 43/10 43/11 43/12 43/15 95/13 95/15 95/15 152/4 152/7 317/4
verdicts [1]  112/19
Verizon [2]  177/18 177/23
version [1]  13/6
versus [5]  4/3 23/3 26/20 26/22 34/6
very [88]  6/7 6/16 6/16 7/21 11/17 16/19 19/1 20/2 20/23 26/16 29/7 31/25 32/5 49/3 49/9 50/12 52/3 53/8 54/3 63/3 64/13 65/2 76/1 79/15 95/17 98/25 99/1 99/9 99/10 117/17 130/5 133/19 133/23 135/6 136/16 139/22 157/19 162/22 164/17 165/12 168/11 180/5 182/10 182/10 182/16 183/2 185/1 191/2 192/8 192/16 192/17 196/25 201/1 202/11 214/7 214/10 216/15 221/9 222/24 226/15

## V

very... **[28]** 226/20 227/23 233/13 240/7 240/9 240/21 243/25 249/4 249/13 252/3 252/5 252/12 263/7 266/2 280/21 289/14 292/11 292/11 294/4 298/1 299/10 310/1 315/4 315/6 315/14 319/4 319/8 320/9
vibes **[1]** 126/19
Vice **[13]** 28/16 28/17 28/20 29/8 29/9 29/13 29/23 29/24 30/4 30/8 30/12 30/13 31/1
vicinity **[1]** 249/2
victim **[11]** 42/2 108/7 145/7 145/10 176/24 215/17 248/20 256/3 263/3 263/5 297/17
video **[6]** 184/19 218/1 218/2 248/2 248/5 293/12
videos **[4]** 55/8 56/22 56/25 183/6
view **[47]** 10/18 11/15 14/10 14/14 14/21 14/24 18/17 21/23 25/15 26/8 27/9 28/18 39/13 43/13 54/24 55/9 55/10 64/16 65/13 68/25 76/25 112/16 112/21 112/22 122/1 122/9 126/21 138/13 140/9 185/7 190/6 193/22 198/9 200/22 203/6 204/15 218/19 237/16 239/19 243/3 243/9 245/21 247/12 264/19 290/2 298/13 300/25
viewed **[2]** 26/21 111/20
viewpoint **[1]** 36/6
views **[8]** 6/9 79/16 99/9 99/11 218/20 231/2 245/15 276/12
violate **[1]** 23/4
violation **[3]** 29/12 30/11 151/17
violations **[3]** 24/7 36/18 41/24
violence **[13]** 27/13

73/3 76/1 77/1 77/19 78/14 78/24 78/24 79/2 79/17 263/6 266/6 299/7
violent **[1]** 103/18
Virginia **[2]** 107/18 110/6
visit **[1]** 131/2
visited **[8]** 59/3 59/3 118/18 127/15 166/12 253/7 253/13 273/23
visiting **[8]** 29/24 30/5 30/9 72/9 83/19 86/18 94/19 159/6
Visitor's **[5]** 175/8 175/8 179/11 179/18 231/22
visitors **[1]** 179/12
visits **[2]** 94/23 231/23
visual **[1]** 130/2
vividly **[1]** 186/9
voice **[2]** 210/10 229/3
voir **[18]** 1/11 3/3 4/23 5/1 5/6 6/6 7/8 7/12 7/13 7/18 7/20 7/21 7/24 8/16 8/17 8/24 302/22 313/2
vote **[1]** 89/7
vs **[1]** 1/7

## W

wait **[1]** 218/6
waiting **[1]** 319/20
walk **[6]** 158/9 211/25 269/4 301/22 304/19 308/2
walked **[1]** 6/20
walking **[4]** 66/24 71/17 107/5 267/20
want **[46]** 8/3 13/4 16/22 20/10 21/5 26/5 35/21 56/10 64/4 90/5 99/7 109/4 112/16 113/9 118/15 120/9 123/25 125/4 125/7 125/11 134/3 143/3 149/14 179/16 210/18 214/3 215/15 240/17 275/6 275/22 299/22 302/25 303/25 309/8 315/6 315/10 315/11 317/16 318/10 319/5 319/7 319/8 319/8 319/9 320/3 320/8

28/2 81/13 122/13 123/21 137/14 151/8 214/6 302/7
wanting **[1]** 82/3
wants **[1]** 123/15
wartime **[1]** 218/11
was **[485]**
Washington **[22]** 1/7 1/16 1/19 2/13 15/21 16/13 80/25 109/21 118/25 119/5 119/8 160/14 176/10 186/19 190/15 236/14 259/20 259/23 260/3 260/5 261/6 295/21
wasn't **[17]** 6/3 15/24 24/7 63/24 70/21 88/14 103/18 138/14 150/7 162/21 173/4 179/11 208/1 211/10 258/15 265/15 293/20
watch **[16]** 50/12 54/19 106/2 119/18 124/9 127/20 154/21 167/7 169/25 175/22 193/16 232/8 246/24 271/20 281/20 281/23
watched **[10]** 50/10 66/11 67/1 68/12 119/20 129/6 192/9 229/13 251/6 251/9
watching **[16]** 32/20 44/10 55/7 66/10 90/9 143/4 155/3 159/20 167/6 186/9 186/10 221/22 226/17 232/12 246/17 246/19
waterfront **[1]** 285/5
way **[38]** 12/25 19/11 26/1 35/11 36/4 46/21 49/1 56/12 68/17 76/3 78/16 80/8 89/7 102/12 112/24 120/14 135/9 145/23 146/10 154/2 193/23 196/1 204/13 206/20 210/3 237/16 251/25 267/23 270/8 283/3 296/21 301/8 301/11 305/15 310/3 311/15 311/16 317/19
we **[266]** 4/18 4/21 4/22 5/18 5/24 6/10 6/11 7/2 7/15 8/10 9/6

12/9 12/21 13/3 13/4 13/7 15/1 15/25 16/24 17/13 17/17 18/11 20/25 21/4 21/6 24/23 25/18 26/4 26/9 29/2 30/15 30/24 31/18 31/18 31/20 32/1 32/12 32/25 33/8 33/15 35/17 35/18 35/20 35/23 35/24 36/4 36/8 36/13 40/6 45/21 45/23 45/25 46/1 46/10 47/17 49/22 52/11 52/18 53/21 54/1 54/2 55/22 55/23 57/18 58/6 59/3 59/3 62/14 64/17 64/24 67/13 70/14 75/23 77/9 79/18 89/14 90/17 90/17 91/1 92/12 92/21 97/1 98/19 98/24 104/6 109/4 112/10 113/16 117/12 118/22 120/8 121/15 123/1 127/6 127/7 129/2 129/20 130/19 134/23 134/24 136/6 136/19 137/5 137/9 137/16 140/1 146/13 149/5 149/17 151/14 151/17 154/1 154/7 158/6 158/15 158/20 159/7 163/14 164/10 164/18 169/19 170/16 170/25 174/8 179/11 180/9 180/14 183/14 183/14 184/16 184/19 184/21 185/25 188/21 192/5 192/5 197/17 211/3 216/3 216/23 217/1 217/9 217/11 221/19 230/23 231/18 236/13 238/16 238/18 239/10 240/13 240/15 240/16 240/25 241/1 245/16 245/17 249/2 249/24 251/18 251/18 256/20 258/23 262/17 267/20 267/21 268/16 270/1 277/14 279/17 280/18 287/13 287/16 293/1 295/5 299/21 300/4 300/7 300/11 300/12 300/12 300/13 300/14 300/14 300/14 300/16 300/16

**W**

**we... [77]** 300/17
300/18 300/19 300/20
300/21 300/21 300/25
301/1 301/2 301/5
301/5 301/6 301/20
302/2 302/14 302/21
302/22 303/5 303/13
303/19 303/19 307/13
308/9 308/9 308/10
308/23 308/24 309/2
309/7 309/9 309/10
309/16 309/24 309/25
310/5 310/6 310/6
310/8 310/11 310/12
310/12 310/13 310/17
310/22 311/6 311/8
311/11 311/13 311/14
311/15 311/18 312/14
312/14 312/23 312/23
312/25 313/2 313/5
313/7 313/10 313/19
314/23 315/8 315/13
317/10 318/19 319/1
319/3 319/5 319/7
319/16 319/17 319/22
320/5 320/6 320/7
320/10

**We'd [1]** 8/18

**we'll [12]** 31/23 33/21
34/9 87/25 137/17
201/17 276/16 301/18
302/20 303/14 303/24
304/1

**we're [36]** 4/17 12/20
14/6 17/20 17/21 18/8
19/8 31/21 33/18 33/18
36/4 45/16 46/8 56/8
158/4 158/5 158/15
181/24 218/8 239/1
239/11 299/17 301/14
301/21 302/25 303/21
304/1 304/6 309/22
312/13 312/25 314/9
315/3 315/4 319/6
319/9

**we've [18]** 5/22 6/3
6/17 9/5 26/22 31/4
41/20 68/10 73/19
181/13 182/2 184/10
185/4 189/24 200/21
217/5 229/15 310/4

**weapon [1]** 28/14
**websites [1]** 128/9

**wedding [1]** 90/10
**Wednesday [7]** 9/11
197/23 212/3 215/5
216/10 216/23 217/3
**week [25]** 8/2 8/14
39/6 39/7 44/15 122/17
122/19 122/20 130/22
137/7 137/13 197/19
197/20 205/18 205/22
206/2 211/25 241/17
245/25 269/1 274/24
275/4 275/12 275/20
285/10
**weekend [3]** 137/10
137/17 140/2
**weigh [2]** 79/25 91/18
**weird [1]** 133/20
**welcome [6]** 16/17
91/22 110/22 130/4
222/23 245/10
**welfare [1]** 171/12
**well [84]** 16/1 16/6
20/23 21/10 26/4 29/7
31/25 34/13 46/24
53/24 62/6 63/1 66/1
66/10 67/25 67/25
70/24 82/17 87/24 89/6
90/4 94/18 95/14 98/1
106/4 106/22 108/11
108/16 115/25 135/4
135/9 139/10 141/18
142/4 148/4 155/20
156/20 162/20 163/5
164/1 165/10 167/5
175/21 176/9 178/6
180/22 184/10 186/7
186/14 189/10 197/12
197/13 200/3 203/4
205/10 209/12 211/19
215/1 217/24 217/25
218/6 219/13 219/21
222/10 241/11 241/23
242/8 243/18 247/14
248/22 253/3 255/23
268/22 270/18 270/19
291/1 292/14 292/21
292/22 292/23 293/17
303/4 313/7 317/2
**went [22]** 18/25 23/12
61/4 61/4 77/7 95/13
100/1 104/1 113/15
114/25 138/21 139/13
139/16 180/13 189/19
209/4 225/10 231/18

259/7 292/8 292/5
309/2
**were [144]** 7/11 7/12
9/11 14/18 14/18 15/22
17/2 17/4 17/13 17/18
18/20 20/5 26/16 29/4
29/23 30/3 30/3 30/19
31/19 35/12 50/14
51/22 52/7 56/23 57/1
59/3 61/2 63/14 63/15
63/16 63/22 67/15
67/17 67/18 67/19 68/5
70/2 70/19 70/22 70/23
71/17 73/11 76/16 81/5
83/20 88/5 89/19 90/9
91/14 94/11 95/10
106/5 106/5 106/6
109/23 110/25 111/15
111/16 111/19 114/3
118/20 122/16 125/1
125/6 125/9 127/23
128/2 128/14 131/6
133/10 135/8 138/24
139/16 142/15 145/6
145/12 146/15 147/17
148/11 151/17 152/4
159/7 162/16 164/12
171/11 172/13 175/12
178/9 179/11 179/15
179/17 179/21 180/9
182/4 185/8 188/19
191/16 193/25 199/6
202/5 203/5 203/23
204/7 213/2 214/15
214/16 215/22 217/25
218/11 221/6 224/6
229/18 231/19 236/2
238/5 238/16 241/18
242/4 243/19 247/15
247/15 247/22 249/2
249/2 251/21 251/21
252/13 253/4 256/20
256/20 265/12 265/12
265/19 267/20 268/25
275/18 279/17 283/16
291/5 291/6 291/6
291/18 291/21 297/10
**weren't [3]** 66/23
125/9 221/5
**west [1]** 184/13
**what [300]** 5/20 7/16
11/23 13/18 13/23 15/9
15/13 15/19 16/3 16/11
17/11 17/24 18/7 18/10

18/15 18/24 19/1 19/13
19/16 20/1 20/11 25/5
25/5 25/19 26/8 28/24
29/18 32/15 33/17 36/5
39/12 45/22 46/20
46/20 47/14 49/3 50/1
50/20 51/13 51/17
51/18 52/15 55/1 55/4
55/21 57/9 57/17 60/3
60/14 61/20 63/14
64/16 66/14 68/12
68/19 76/2 76/6 76/9
76/15 76/20 77/3 78/20
80/21 81/7 81/12 81/16
81/18 82/4 82/8 84/14
88/7 88/10 88/12 88/18
89/12 89/21 89/22 90/8
90/9 91/2 92/15 94/1
96/5 98/2 98/3 101/17
101/21 102/6 102/7
102/23 104/8 108/2
110/8 111/14 114/5
114/8 116/20 117/6
119/6 119/15 120/9
120/12 121/22 122/5
122/10 123/10 123/15
124/12 124/15 128/22
132/16 133/7 134/20
135/21 137/25 138/2
138/25 141/22 142/3
142/8 142/15 143/5
143/18 143/25 144/20
146/25 147/14 148/1
148/8 151/10 153/7
153/20 155/3 155/13
155/16 155/18 155/24
158/7 158/9 160/1
160/9 160/18 160/22
163/8 163/9 163/14
166/25 167/11 167/15
167/21 168/2 169/14
170/7 170/17 171/19
172/1 172/5 172/18
173/9 175/22 176/19
177/16 177/19 177/19
181/17 181/22 181/25
182/1 183/14 186/20
187/4 187/9 187/16
187/22 187/23 188/9
188/21 189/7 189/9
192/12 194/14 196/8
198/8 198/10 198/22
199/5 199/15 199/21
200/12 202/9 203/2

**W**

**what... [109]** 204/17
206/3 206/24 207/23
209/18 210/7 210/9
211/6 212/11 212/14
213/12 213/19 214/17
215/23 216/24 217/3
223/19 224/1 225/7
225/25 228/1 228/3
228/12 229/11 233/9
234/13 234/20 237/2
239/24 241/25 243/15
244/14 244/25 245/15
247/6 247/10 247/11
247/25 248/1 248/20
249/24 250/2 250/24
251/1 251/10 252/10
254/13 254/18 264/8
264/17 264/24 265/23
265/24 266/8 267/22
268/7 268/17 269/2
269/2 272/16 274/25
275/18 276/11 278/11
279/22 280/2 281/15
282/1 282/12 282/15
283/4 285/4 286/10
286/16 287/4 288/4
288/6 288/16 291/17
292/8 292/8 292/9
293/11 293/23 296/4
296/7 296/7 297/9
297/18 297/23 300/11
301/14 301/19 302/6
302/18 302/25 303/19
304/1 305/3 308/10
309/18 309/22 309/23
310/12 311/13 312/7
312/14 315/2 318/18
**what's [24]** 13/25
35/23 57/4 60/1 68/2
78/16 78/17 82/9 97/15
98/1 113/19 119/2
184/22 192/2 198/11
212/16 216/12 235/21
239/18 245/21 251/2
284/14 284/14 308/14
**whatever [12]** 44/2
112/12 120/10 125/10
146/3 186/19 195/16
195/18 195/19 218/2
250/22 311/11
**whatnot [1]** 181/6
**when [107]** 6/12 7/21
13/15 14/19 17/18

18/12 19/7 19/9 25/2
25/8 25/13 50/13 51/6
55/22 56/14 59/2 64/20
68/1 69/24 71/6 77/15
79/16 79/18 83/18
87/22 89/11 90/8 90/9
93/17 94/14 97/14
98/24 103/9 108/9
110/25 114/3 118/20
118/21 118/22 125/8
125/22 127/23 128/8
132/23 132/25 138/23
140/2 141/20 148/7
149/17 151/17 159/18
160/1 162/20 164/4
164/12 166/16 166/18
170/1 170/16 180/13
183/4 186/20 193/17
194/2 197/22 209/21
212/9 213/1 215/6
224/6 227/11 230/6
231/17 231/19 231/22
232/15 236/2 236/3
238/16 238/23 239/6
240/13 246/23 251/18
256/13 256/24 258/9
259/15 267/18 267/19
274/6 277/13 277/18
277/24 279/4 280/16
281/19 281/23 281/24
297/13 300/3 300/4
315/17 315/22 319/5
319/9
**whenever [1]** 133/21
**where [47]** 6/15 9/12
22/13 27/21 29/22
36/13 45/23 48/4 52/7
52/8 74/12 80/24 84/5
85/1 85/13 92/21 94/7
97/18 106/25 118/24
122/24 128/12 133/21
140/5 151/14 156/1
158/15 160/12 180/14
183/4 184/21 185/10
194/16 215/1 224/19
241/1 251/12 253/23
263/25 265/25 268/9
282/20 283/18 285/12
301/1 309/8 314/22
**Whereabouts [2]**
119/1 160/15
**wherever [1]** 244/16
**whether [141]** 6/1 6/2
8/3 14/22 17/6 22/17

23/8 23/16 28/10 30/4
30/5 30/10 40/2 47/9
48/9 49/11 52/15 54/8
58/18 58/20 59/12 60/9
60/25 61/14 64/1 64/17
65/14 66/5 74/6 75/11
75/24 79/5 81/4 83/16
84/20 93/10 94/11
95/24 99/21 100/17
106/17 106/19 107/12
108/6 109/1 114/18
115/17 119/12 122/17
123/2 124/25 127/15
128/2 130/22 131/6
131/19 132/9 132/20
134/1 137/5 137/20
141/14 144/12 144/13
145/6 149/13 149/24
154/16 155/11 156/3
159/14 162/3 162/16
163/23 169/4 169/20
171/5 175/2 175/3
176/5 176/23 179/6
180/19 185/25 186/2
189/13 193/6 193/25
194/8 195/4 197/17
198/3 199/18 200/6
203/23 205/17 205/21
207/17 213/9 215/16
219/18 220/18 221/3
223/15 224/5 224/12
225/2 227/9 227/19
231/13 231/15 233/4
236/25 237/9 241/16
242/4 244/4 247/1
248/7 253/5 254/9
263/1 267/13 268/16
268/18 269/13 274/18
274/23 279/18 284/10
284/24 285/17 290/20
292/1 293/4 293/15
295/15 297/5 297/16
302/21 316/17
**which [59]** 7/22 8/14
9/15 11/1 14/21 22/2
22/4 22/11 22/16 24/6
25/11 27/9 29/7 39/22
41/1 45/1 45/11 47/8
53/21 60/20 83/16
93/10 113/15 113/20
115/11 117/4 121/15
130/20 131/6 137/5
137/13 149/13 151/7
153/9 162/3 166/4

197/17 198/2 204/10
212/20 212/21 212/25
220/6 234/9 236/7
239/4 242/17 263/1
299/21 303/13 303/14
309/14 312/23 315/3
317/17 319/12
**while [12]** 28/13 37/2
50/3 61/6 74/14 99/8
124/9 127/5 166/17
174/12 206/13 224/10
**white [1]** 147/12
**who [84]** 6/10 6/19
16/11 16/23 17/5 18/2
18/3 30/3 32/14 34/18
49/4 54/19 54/20 57/21
59/16 66/23 69/8 69/21
72/1 76/15 76/22 92/21
92/21 92/22 99/19
107/20 109/4 111/19
115/5 116/17 134/4
136/15 138/20 139/10
139/15 139/16 139/24
144/2 144/4 147/1
147/16 150/19 150/20
152/18 170/19 179/14
179/21 179/22 183/10
186/13 186/13 193/4
195/9 195/10 199/7
199/8 206/3 209/19
213/16 220/25 229/18
234/11 243/18 247/4
254/10 255/18 255/20
255/23 270/5 270/13
277/3 277/14 282/14
282/15 286/22 291/20
293/5 293/6 295/22
300/12 304/3 308/11
314/24 315/9
**who's [2]** 194/10
220/24
**whoever [1]** 21/16
**whole [7]** 46/23 57/3
60/17 60/19 206/1
209/6 283/9
**whom [1]** 133/4
**whose [3]** 23/2 116/18
221/1
**why [107]** 5/18 6/5
19/14 25/3 25/6 35/14
49/22 50/6 53/20 59/14
61/17 62/14 63/12
63/17 63/17 63/24

**W**

why... **[91]** 70/14 71/1 74/8 75/7 75/13 76/13 77/9 84/22 89/14 96/2 99/25 100/19 101/15 106/20 108/8 114/20 117/12 121/15 127/17 128/4 129/2 130/19 130/24 131/9 133/16 137/5 138/16 138/18 138/19 141/16 144/15 145/8 146/13 149/15 150/1 155/6 156/7 156/14 162/4 163/25 166/6 170/14 175/4 176/8 176/25 180/21 185/25 189/16 193/8 195/5 197/17 198/5 199/2 200/8 202/3 204/12 205/19 206/15 206/16 207/20 211/3 212/23 213/12 217/23 220/22 224/14 231/15 232/10 233/5 239/13 251/21 251/21 253/8 254/11 263/3 267/15 267/24 269/16 270/1 270/7 273/23 277/5 284/12 284/25 285/19 287/16 292/4 295/17 303/5 310/22 319/7

wife **[12]** 69/9 69/24 132/13 132/16 132/25 133/2 135/14 137/12 155/14 188/25 189/9 233/7

wild **[1]** 251/19

wildly **[1]** 121/24

will **[117]** 6/25 7/21 7/24 8/12 8/14 10/6 10/11 10/12 10/13 11/1 11/18 15/13 17/24 18/1 19/14 19/19 20/2 20/3 20/17 21/6 28/1 28/14 30/24 32/17 34/10 34/13 34/21 34/23 34/24 34/25 35/17 35/18 35/23 35/24 36/1 36/2 42/11 44/4 44/7 44/11 44/22 45/1 45/4 45/21 45/23 46/10 46/12 52/13 53/11 62/3 65/15 99/11 112/25 116/13 127/6 127/7

27/8 32/5 37/15 141/4 149/5 152/6 152/7 153/16 154/4 154/7 158/14 161/16 173/6 174/19 184/17 185/11 185/14 204/11 205/20 206/20 206/20 214/9 214/10 217/11 226/25 228/10 231/4 240/25 246/1 250/22 251/2 262/12 262/17 264/21 269/21 271/5 275/5 275/21 289/23 290/6 295/5 301/15 301/17 301/18 302/21 308/9 316/5 316/16 316/17 317/2 317/14 317/17 317/20 318/16 318/17 318/23 319/1 319/2 319/3 319/15 319/16

willing **[4]** 6/13 30/2 112/2 190/1

willingness **[1]** 44/17

WilmerHale **[1]** 149/17

win **[1]** 218/7

window **[2]** 137/13 297/12

Winston **[1]** 2/4

Winston-Salem **[1]** 2/4

wire **[2]** 138/21 177/23

wise **[2]** 208/20 209/5

wish **[1]** 11/20

wishes **[1]** 11/3

without **[4]** 190/3 209/18 232/12 312/24

witness **[26]** 3/2 20/17 32/6 32/11 32/14 35/23 42/2 45/23 66/13 66/14 73/12 101/10 108/7 108/18 145/7 145/17 176/25 215/18 248/20 256/3 260/6 260/11 262/10 263/3 295/2 297/17

witnessed **[2]** 66/20 71/19

witnesses **[12]** 32/9 32/12 32/16 33/11 38/18 39/1 39/13 42/11 269/21 292/13 320/1 320/5

Wolfname **[4]** 23/19 23/21 23/22 23/23

woman **[3]** 96/10 144/2 144/4

won **[2]** 148/12 218/9

won't **[4]** 137/16 137/17 201/15 228/11

wondering **[2]** 225/25 319/7

word **[7]** 27/12 90/7 95/18 198/18 238/21 286/5 287/5

words **[3]** 35/12 183/12 210/20

work **[102]** 4/19 27/19 37/19 40/10 40/19 41/4 48/2 48/4 48/5 58/19 59/7 61/23 63/20 67/12 70/24 71/2 71/25 71/25 72/3 82/19 85/21 96/25 100/4 106/18 107/16 107/18 110/5 114/6 115/7 119/6 124/23 129/18 129/19 132/1 132/9 133/4 144/17 144/18 150/11 150/22 152/1 152/18 153/4 155/12 155/19 177/16 178/4 178/5 180/10 180/12 182/18 182/20 194/20 194/22 195/22 195/24 196/9 198/12 198/20 202/5 203/16 206/1 211/6 212/25 213/16 214/16 224/19 225/22 233/12 235/10 236/14 239/13 241/20 247/9 253/6 254/10 257/3 257/4 257/18 258/21 258/23 258/25 260/9 265/23 268/7 270/5 272/16 272/19 275/6 275/7 277/10 277/14 278/17 284/25 286/11 293/7 293/12 301/19 302/20 303/14 304/3 320/7

work-related **[1]** 233/12

work/life **[1]** 194/22

worked **[42]** 40/8 40/20 41/5 41/10 48/14 48/18 48/19 48/21 49/25 69/21 70/18 75/12 84/21 84/24 86/4 91/4 96/7 99/23 100/2

woman **[3]** 96/10 100/24 114/13 114/19 114/24 114/25 115/5 133/2 133/8 137/9 144/14 149/18 191/25 243/15 254/16 259/24 265/20 270/17 277/13 279/5 279/5 280/16 282/18

worker **[1]** 108/14

workers **[4]** 108/11 277/14 280/18 280/19

working **[19]** 5/16 104/10 114/14 132/25 145/4 164/10 180/1 180/16 188/20 188/20 195/13 214/15 239/11 239/12 258/7 259/20 260/24 261/5 277/3

works **[30]** 69/12 100/3 100/21 107/17 107/20 108/12 123/3 132/13 132/14 139/25 155/17 169/5 169/8 169/10 169/12 172/16 173/14 175/4 187/19 188/6 194/9 194/14 218/10 220/25 221/1 231/14 243/18 247/1 247/7 253/6

world **[9]** 6/9 6/14 109/20 170/17 173/5 209/18 234/19 282/16 293/9

WorldCom **[1]** 177/23

worried **[16]** 56/11 68/13 68/15 85/22 136/16 170/17 171/5 172/4 200/21 208/8 208/10 214/13 216/2 228/4 232/23 257/19

worry **[9]** 56/11 94/24 95/21 102/11 177/11 221/23 231/24 239/23 287/5

worse **[1]** 292/25

worth **[1]** 209/13

would **[388]**

wouldn't **[15]** 69/22 77/6 120/10 125/4 171/8 171/10 186/25 206/25 208/10 213/24 216/25 217/8 236/19 243/7 311/2

wow **[4]** 119/22 120/3

**W**

**wow... [2]** 252/2 298/1
**write [13]** 26/16 35/5
35/7 35/8 35/13 35/14
35/14 35/15 35/16 37/7
37/17 87/18 305/3
**writer [2]** 131/11
134/16
**writing [3]** 19/7 26/18
39/18
**written [6]** 22/18 22/19
24/21 31/20 115/9
234/19
**wrong [9]** 25/10 25/13
76/16 125/20 248/15
248/16 299/20 301/24
308/21
**wrong-place-at [1]**
248/15
**wrongdoing [3]** 49/5
49/6 49/12
**wrote [3]** 7/14 97/12
308/20

**Y**

**Yard [1]** 285/6
**yeah [155]** 23/24 50/11
50/11 66/19 67/11
67/21 71/13 71/21
77/16 77/24 78/5 78/6
78/8 78/12 80/7 87/21
88/24 90/5 91/7 92/20
95/13 97/11 103/6
103/10 105/23 107/6
107/15 108/9 109/9
110/7 110/12 110/13
110/14 111/11 113/25
122/20 124/19 124/22
124/23 126/21 128/16
131/1 131/10 131/14
131/18 132/3 132/5
132/22 132/22 133/3
133/13 134/11 134/21
135/3 135/11 135/15
136/13 137/23 138/6
140/4 142/2 146/11
151/2 151/14 152/3
152/17 153/8 153/14
157/7 159/5 163/3
163/5 163/20 164/1
170/1 171/18 173/16
180/4 181/16 182/19
183/9 186/24 187/4
191/18 194/21 195/21

205/24 206/6 207/3
207/13 207/21 208/12
209/2 210/5 214/2
214/21 215/9 215/11
217/5 219/1 221/2
221/11 226/1 226/16
226/19 229/2 229/15
232/5 234/12 235/16
236/1 236/11 236/20
237/11 237/13 239/2
244/2 245/8 247/23
248/9 248/25 249/1
251/11 251/14 251/15
251/24 252/4 252/4
252/16 264/9 267/17
269/25 270/9 277/20
278/24 278/24 278/24
279/20 285/11 288/11
290/1 291/24 291/24
292/19 293/2 293/10
293/10 293/10 294/16
295/3 296/5 296/19
298/8 299/5 304/9
**year [7]** 4/3 24/4 67/4
176/11 180/12 221/19
222/12
**year-long [1]** 180/12
**years [67]** 56/1 61/3
61/6 74/14 84/25 85/15
85/17 86/6 86/13 92/17
94/20 94/22 100/11
101/4 101/5 101/19
101/20 101/20 103/8
103/10 118/21 119/11
127/25 132/24 133/6
137/23 143/17 143/24
144/24 156/9 159/12
162/7 164/7 164/15
166/18 187/8 191/1
193/21 194/4 198/8
199/4 218/7 218/16
220/12 220/12 224/22
230/1 231/21 248/23
253/14 254/17 258/6
259/21 261/5 263/9
265/9 268/14 274/7
274/16 275/16 278/2
278/19 279/5 282/19
285/10 285/15 288/3
**Yep [3]** 108/5 155/10
156/6
**yes [487]**
**yesterday [2]** 6/20
122/22

**yet [4]** 19/7 18/15
22/17 186/23
**Yoga [1]** 113/15
**York [14]** 1/15 62/19
94/3 98/21 128/9
234/15 236/14 238/24
239/7 239/14 277/7
286/1 286/23 295/20
**you [1898]**
**you'd [8]** 20/25 151/4
157/2 160/6 188/23
192/11 208/16 275/19
**you'll [8]** 16/19 35/22
138/16 167/7 228/14
250/1 301/17 315/19
**you're [58]** 14/2 25/1
25/1 25/21 46/20 47/9
61/8 65/20 67/20 73/3
79/24 82/17 91/22
110/22 119/12 122/11
123/23 125/23 130/4
132/6 138/18 155/3
158/13 187/20 188/11
190/12 196/9 200/21
206/13 208/14 211/24
212/5 218/6 222/23
228/1 228/12 228/17
235/7 236/20 244/9
245/10 247/16 248/2
251/13 251/13 252/13
257/8 257/11 257/12
260/24 260/24 268/21
274/3 275/24 275/25
295/21 309/22 314/24
**you're-there-you're-gu
ilty [1]** 251/13
**you've [82]** 31/18
47/14 48/22 50/9 54/9
54/11 58/21 59/12 66/5
67/19 67/23 75/24 76/9
78/14 83/16 90/7 93/10
93/15 94/11 106/19
107/3 111/1 111/20
111/24 115/18 115/21
117/7 127/15 131/20
131/21 140/8 143/5
146/3 146/21 150/14
154/16 154/19 159/14
163/9 163/23 169/20
170/7 175/3 176/6
181/14 186/1 187/23
193/6 193/21 193/25
198/3 199/22 215/1
216/9 219/18 223/15

227/19
230/13 231/15 235/24
238/22 242/5 247/11
249/16 253/20 259/24
260/10 261/5 273/23
277/21 277/22 279/18
282/1 284/10 285/7
290/20 296/7 296/12
318/13 318/19
**young [2]** 55/22 217/2
**your [602]**
**Your Honor [219]** 4/2
4/7 4/13 5/8 5/12 5/17
5/22 6/7 7/10 7/12 8/8
8/11 9/3 9/13 9/17 9/24
12/6 12/10 12/12 12/14
12/17 13/12 13/22 14/5
14/8 15/1 16/10 20/16
21/2 21/20 22/13 25/16
26/9 28/9 29/2 29/16
29/20 30/14 31/14
31/15 32/5 32/11 32/21
32/24 33/4 33/9 33/13
33/16 50/24 52/18 53/1
56/19 57/18 58/3 64/18
64/21 64/25 70/15
79/13 79/22 80/4 83/4
83/5 86/3 87/9 89/16
92/7 92/10 92/14 97/6
98/19 99/5 104/20
104/21 110/24 112/14
117/14 117/16 117/22
117/25 118/3 120/19
120/21 121/12 124/5
129/3 134/14 141/2
141/3 146/19 148/21
149/2 149/4 153/22
154/5 157/16 157/18
157/23 157/25 161/5
161/14 161/15 165/2
165/4 165/19 168/8
168/10 168/18 168/19
172/10 174/8 174/17
177/25 178/3 178/16
178/17 183/18 183/20
184/2 184/3 184/10
192/21 196/14 197/3
197/4 201/13 201/23
205/2 209/9 211/5
217/1 222/6 223/3
226/5 226/24 230/18
230/23 233/15 233/16
233/21 237/21 237/23
239/23 244/20 245/12

## Y

**Your Honor... [74]**
245/22 250/7 250/10
252/12 262/9 262/11
266/5 266/25 269/19
270/22 271/3 271/4
273/3 273/9 276/4
276/13 280/23 281/3
283/24 283/25 287/18
289/20 289/21 294/1
295/4 298/19 299/16
299/23 299/24 301/9
302/5 302/16 303/2
303/9 304/16 305/14
305/19 305/20 305/23
305/24 306/2 306/6
306/9 306/10 306/13
306/14 306/17 306/23
307/1 307/7 307/11
307/16 307/20 308/1
308/7 308/8 308/16
308/20 310/17 311/6
311/17 311/25 312/1
312/9 312/21 313/4
313/7 313/17 313/18
314/11 314/13 314/18
320/3 320/15
**Your Honor's [2]**  53/4
92/16
**yours [1]**  46/16
**yourself [2]**  69/5
228/20
**yourselves [1]**  4/6
**youth [1]**  55/23
**YouTube [3]**  56/23
56/25 57/24
**YouTuber [1]**  54/18
**YouTuber's [1]**  54/24
**YouTubes [1]**  57/10
**YRC [1]**  164/10

## Z

**zero [2]**  218/16 219/1