**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA,

          Plaintiff,

      vs.

DAVID JOSEPH GEITZEN,

         Defendant.
_____/

Criminal Action
No. 1:22-116

Washington, DC
August 29, 2023

9:04 a.m.


      TRANSCRIPT OF JURY TRIAL - DAY 2
   **BEFORE THE HONORABLE CARL J. NICHOLS**
      UNITED STATES DISTRICT JUDGE


APPEARANCES:


**For the Plaintiff:**     **Elizabeth Eriksen**
                    DOJ-CRM
                    1301 New York Avenue, 8th Floor
                    Washington, DC 20005
                    202-616-4385

                    **Rebekah Lederer**
                    USAO Criminal
                    601 D Street NW
                    Washington, DC 20001
                    202-252-7012

APPEARANCES CONTINUED:


**For the Defendant:**          **Lisa S. Costner**
                                FEDERAL PUBLIC DEFENDERS OFC MDNC
                                251 North Main Street, Ste 849
                                Winston-Salem, NC 27101
                                336-631-5172

                                **Ira Knight**
                                FEDERAL PUBLIC DEFENDERS OFFICE
                                301 North Elm Street, Suite 410
                                Greensboro, NC 27401
                                336-333-5455




**Reported By:**                **LORRAINE T. HERMAN, RPR, CRC**
                                Official Court Reporter
                                U.S. District & Bankruptcy Courts
                                333 Constitution Avenue NW
                                Washington, DC 20001
                                lorraine_herman@dcd.uscourts.gov




*** Proceedings recorded by stenotype shorthand.

*** Transcript produced by computer-aided transcription.

# I N D E X

**OPENINGS**                                                    **PAGE**

Ms. Lederer for the United States                     403
Mr. Knight for the Defendant                          409


**WITNESS**                                                     **PAGE**

TIA SUMMERS

    Direct Examination by Ms. Lederer          413
    Cross Examination by Ms. Costner           462
    Redirect Examination by Ms. Lederer        475


CHAD CURTICE

    Direct Examination by Ms. Eriksen          479
    Cross-Examination by Mr. Knight            509
    Redirect Examination by Ms. Eriksen        515


JUSTIN COHEN

    Direct Examination by Ms. Lederer          518
    Cross-Examination by Mr. Knight            546
    Redirect Examination by Ms. Lederer        549


JASON MASTONY

    Direct Examination by Ms. Lederer          550
    Cross-Examination by Ms. Costner           595
    Redirect Examination by Ms. Lederer        611


JARRETT DOSS

    Direct Examination by Ms. Ericksen         615
    Cross-Examination by Ms. Costner           622
    Redirect Examination by Ms. Eriksen        626

**E X H I B I T S**

<u>**EXHIBIT**</u>                                                    <u>**PAGE**</u>

Government's No. 104     Admitted into Evidence     421
Government's No. 103     Admitted into Evidence     422
Government's No. 105     Admitted into Evidence     423
Government's No. 107     Admitted into Evidence     424
Government's No. 108     Admitted into Evidence     425
Government's No. 109     Admitted into Evidence     426
Government's No. 101     Admitted into Evidence     429
Government's No. 112     Admitted into Evidence     435
Government's No. 113     Admitted into Evidence     436
Government's No. 114     Admitted into Evidence     436
Government's No. 115     Admitted into Evidence     437
Government's No. 102     Admitted into Evidence     440
Government's No. 301.1   Admitted into Evidence     444
Government's No. 504     Admitted into Evidence     446
Government's No. 515     Admitted into Evidence     447
Government's No. 301.3   Admitted into Evidence     452
Government's No. 531.1   Admitted into Evidence     457
Government's No. 302     Admitted into Evidence     458
Government's No. 702.6   Admitted into Evidence     461
Government's No. 512     Admitted into Evidence     477
Government's No. 405     Admitted into Evidence     487
Government's No. 518     Admitted into Evidence     504
Government's No. 301.2   Admitted into Evidence     507
Government's No. 508     Admitted into Evidence     528
Government's No. 509     Admitted into Evidence     530
Government's No. 510     Admitted into Evidence     531
Government's No. 529     Admitted into Evidence     534
Government's No. 522     Admitted into Evidence     537
Government's No. 516     Admitted into Evidence     542
Government's No. 408     Admitted into Evidence     563
Government's No. 520     Admitted into Evidence     571
Government's No. 523.1   Admitted into Evidence     574
Government's No. 525     Admitted into Evidence     575
Government's No. 534     Admitted into Evidence     591

1 **P R O C E E D I N G S**

2      **DEPUTY CLERK:**  Good morning, Your Honor.  This is

3 criminal case year 2022-116*, United States of America versus*

4 *David Joseph Geitzen*.

5      Counsel, please come forward and introduce

6 yourselves for the record, beginning with the government.

7      **MS. LEDERER:**  Good morning, Your Honor.  Rebekah

8 Lederer and Elizabeth Eriksen on behalf of the government.

9      **THE COURT:**  Good morning, everyone.

10      **MR. KNIGHT:**  Good morning, Your Honor.  Ira Knight

11 for David Geitzen along with Lisa Costner.

12      **THE COURT:**  Good morning, everyone.

13      As you know, I wanted to be starting right at

14 9 a.m. with the jury, but we are missing a juror at least

15 still.  So I thought we could at least discuss anything that

16 we need to discuss outside the presence of the jury.

17      I understand that, perhaps, the government has a

18 slightly new exhibit list it would like to put on the

19 record?

20      **MS. LEDERER:**  Yes, Your Honor.  We were having

21 issues with Exhibit 301.  It's the CCTV.  Fast-forwarding,

22 sometimes when we get the official version from Capitol

23 Police in one big large chunk, you can't go backwards or

24 forwards.  So what the government did was record on VLC

25 certain clips.  We've added those as sub exhibits, and I've

1    already produced those to counsel, gave them an exhibit

2    list, but I brought copies for the Court --

3        **THE COURT:**  Great.  Thank you very much.

4        **MS. LEDERER:**  -- and for Ms. Moore or whoever

5    needs one.  How many copies would you like?

6        **THE COURT:**  Why don't we take three, please.

7    Thank you.

8        **MS. LEDERER:**  Okay.

9        **THE COURT:**  Thank you.

10       **MS. LEDERER:**  And that is it.

11       **THE COURT:**  And that's it from the government's

12   perspective.

13       Anything the defendant would like to raise?

14       **MR. KNIGHT:**  No, Your Honor.

15       **THE COURT:**  Okay.

16       Ms. Moore, could you go back to the jury room and

17   see if we have our missing juror?

18       **DEPUTY CLERK:**  [Complied]

19       **THE COURT:**  Well, it appears that we are down a

20   juror at the moment.  I don't think I could have been any

21   less clear about intending to start at 9 a.m., which makes

22   me very unhappy with this juror.  I don't think we're at the

23   point, though, of just moving to thinking about an alternate

24   or starting with 13 with one alternate.

25       Does anyone object to taking a short recess to

1    re-doubling our efforts to locate this juror, perhaps seeing

2    if the juror shows up within the next 15 or 20 minutes, and

3    then, you know, notionally starting at 9:30?  I know it's

4    losing a half an hour.

5           Everybody, I apologize, but that seems the more

6    prudent course than just assuming that that person is not

7    going to show up.

8           Anybody object to proceeding that way?

9           **MS. LEDERER:**  No, Your Honor.

10          **MR. KNIGHT:**  No objection, Your Honor.

11          **THE COURT:**  And in that 23-minute period, I can

12    contemplate whether I'm prepared to send the marshals for

13    the juror.

14          Let's go into recess until 9:30.

15          **DEPUTY CLERK:**  All rise.

16       (Recess at 9:07 a.m. until 9:20 a.m.)

17       (Jury entered the courtroom.)

18          **DEPUTY CLERK:**  Please be seated and come to order.

19          Your Honor, we are now back on the record.

20          **THE COURT:**  Thank you, Ms. Moore.

21          It's 9:20.  I wanted to begin this morning at

22    9 a.m. as everyone knows from what I said yesterday.  I'm

23    just going to say this once and I hope just once.  By not

24    being here on time, but if everyone isn't here on time that

25    means that everyone who is waits.  And the entire court, all

1   of the parties and the majority of the jurors were here and

2   ready to start this morning at 9 a.m.  So we had something

3   like 40 people waiting for 20 minutes to get this day

4   started.

5            That is not acceptable to me.  When I say we start

6   at 9 a.m., we are ready to begin at 9 a.m. and I expect

7   everybody to be here before 9 a.m.  If it happens again, I'm

8   going to have a serious problem.

9            Having said that, we are now ready to begin trial.

10  We were able to do at least a little bit of work before we

11  started this morning and now I'd like to begin.

12           Are the parties ready to begin the trial?  Is the

13  government ready to proceed?

14           **MS. LEDERER:**  Yes, Your Honor.

15           **THE COURT:**  Is the defense ready to proceed?

16           **MR. KNIGHT:**  We are ready to proceed, Your Honor.

17           **THE COURT:**  Thank you.

18           So, members of the jury, what I said last night is

19  that I would give you some instructions this morning, that I

20  would have covered last night but I didn't want to keep you

21  here.  And these are instructions to give you a sense of how

22  the trial's going to proceed, how to conduct yourselves and

23  the like.

24           In particular, I will explain some of the legal

25  rules that will be important in this trial.  I want to

INSTRUCTIONS - By the Court

1    emphasize that what I'm about to say is not meant to be a

2    substitute for the detailed instructions that I will give at

3    the end of the trial just before you start your

4    deliberations.

5          These preliminary instructions are intended to

6    give you a sense of what will be going on in the courtroom

7    and what your responsibilities as jurors will be.

8          When you took your seats last night, you very

9    likely noticed that each of you had a notebook and pencil

10   waiting for you.  That is because I permit jurors to take

11   notes during trial if they wish.

12         Whether you take notes or not is entirely up to

13   you.  Many people find that taking notes helps them remember

14   testimony and evidence.  Others find it distracts them from

15   listening to the witnesses.

16         You'll be permitted to take your notebooks back

17   with you into the jury room during deliberations.  You

18   should remember, however, that your notes are only an aid to

19   your memory.  They're not evidence in the case, and they

20   should not replace your own memory of the evidence.  Those

21   jurors who do not take notes should rely on their own memory

22   of the evidence and should not be influenced by another

23   juror's notes.

24         Other than during your deliberations, the

25   notebooks will remain locked in the courtroom during

INSTRUCTIONS - By the Court

1    recesses and over night.  You will not be able to take the

2    notebooks with you as you come and go, and you will not be

3    permitted to take them home with you over night.

4         At the end of the trial, when you come back to the

5    courtroom to deliver your verdict, your notebooks will be

6    collected and the pages torn out and destroyed.  No one,

7    including myself, will ever look at any notes you have

8    taken, so you may feel free to write whatever you wish.

9         You've probably noticed that there are 14 of you

10   sitting in the jury box.  Only 12 of you will retire to

11   deliberate in this matter.  I will not disclose who the

12   alternate jurors are until the end of my final instructions

13   just before you begin your deliberations.  It is, therefore,

14   important that each of you think of yourselves as regular

15   jurors during the trial and that all of you give this case

16   your fullest and most serious attention.

17         If at any time during this trial you suddenly

18   realize that you recognize or might know any witness,

19   lawyer, someone who is mentioned in the testimony or

20   evidence, or anyone else connected with this case in any

21   way, you should raise your hand immediately and ask to speak

22   with me.

23         Now I'll explain briefly some of the procedures

24   we'll follow and some of the rules of law that will be

25   important in this case.  This is a criminal case that began

INSTRUCTIONS - By the Court

1    when the grand jury returned an indictment.

2          As I previously told you, Mr. Geitzen has been

3    charged with violations of federal law based on his alleged

4    conduct at the grounds of the United States Capitol on

5    January 6, 2021.  Mr. Geitzen has pleaded not guilty to each

6    of the allegations against him.  He is presumed innocent of

7    the allegations.

8          In particular, the United States alleges that

9    Mr. Geitzen unlawfully obstructed law enforcement officers

10    during a civil disorder, that he unlawfully entered and

11    remained on the restricted grounds of the U.S. Capitol.  He

12    carried a pole while on Capitol grounds and that he engaged

13    in physical violence on Capitol grounds by assaulting police

14    officers three times and used a pole during the last

15    assault.

16          You should understand clearly that the indictment

17    that I just summarized is not evidence.  The indictment is

18    just a formal way of charging a person with a crime in order

19    to bring him or her to trial.  You must not think of the

20    indictment as any evidence of the guilt of the defendant or

21    draw any conclusion about the guilt of the defendant just

22    because he has been indicted.

23          At the end of the trial, you will have to decide

24    whether or not the evidence presented has convinced you

25    beyond a reasonable doubt that the defendant committed the

INSTRUCTIONS - By the Court

1    offenses with which he has been charged.

2            Every defendant in a criminal case is presumed to

3    be innocent.  This presumption of innocence remains with the

4    defendant throughout the trial unless and until he is proven

5    guilty beyond a reasonable doubt.  The burden is on the

6    government to prove the defendant guilty beyond a reasonable

7    doubt, and that burden of proof never shifts throughout the

8    trial.

9            The law does not require a defendant to prove his

10   innocence or to produce any evidence.  If you find that the

11   government has proven beyond a reasonable doubt every

12   element of a particular offense with which the defendant is

13   charged, it is your duty to find him guilty of that offense.

14           On the other hand, if you find that the government

15   has failed to prove any element of a particular offense

16   beyond a reasonable doubt, you must find the defendant not

17   guilty of that offense.

18           As I explain how the trial will proceed, I will

19   refer to the government and to the defense or the defendant.

20   When I mention the government, I am referring to Assistant

21   U.S. Attorneys, the government lawyers Ms. Eriksen and

22   Ms. Lederer, who stood yesterday when I asked if you knew

23   anyone here.

24           When I mention the defendant or the defense, I'm

25   referring either to the defendant, Mr. Geitzen, or to his

INSTRUCTIONS - By the Court

1   attorneys, Ms. Costner or Mr. Knight.

2           As the fist step in this trial, the government and

3   the defendant will have an opportunity to make opening

4   statements.  The defendant may make an opening statement

5   immediately after the government's opening statement or he

6   may wait until the beginning of the defendant's case or he

7   may choose not to make an opening statement at all.

8           You should understand that the opening statements

9   are not evidence.  They are only intended to help you

10  understand the evidence that the lawyers expect will be

11  introduced.

12          After the opening statement or statements, the

13  government will put on what is called its case-in-chief.

14  This means that the government will call witnesses to the

15  witness stand and ask them questions.  This is called direct

16  examination.

17          When the government is finished with the witness,

18  the defense may ask questions.  This is called

19  cross-examination.  When the defense is finished, the

20  government may have brief redirect examination.

21          After the government presents its evidence, the

22  defendant may present evidence, but again, as I said

23  earlier, he's not required to do so.  The law does not

24  require, again, a defendant to prove his innocence or to

25  produce any evidence.

INSTRUCTIONS - By the Court

1          If the defense does put on evidence, the defense

2     will call witnesses to the stand and ask questions on direct

3     examination.  The government will cross-examine and the

4     defense may have brief redirect examination.

5          When the defense is finished, the government may

6     offer a rebuttal case which would operate along the same

7     lines as its case-in-chief.

8          At the end of all of the evidence, I will instruct

9     you on the rules of law that you are to apply in your

10    deliberations when you retire to consider your verdict in

11    this case.  Then each side will have a chance to present

12    closing arguments in support of its case.

13         The statements of the lawyers in their closing

14    arguments, just as in their questions and in their opening

15    statements, are not evidence in this case.  They are

16    intended only to help you understand the evidence and what

17    each side claims the evidence shows.

18         Finally, at the end of the closing arguments, I

19    will have a few additional instructions for you before you

20    begin your deliberations.

21         I want to briefly describe my responsibilities as

22    the judge and your responsibilities as the jury.  My

23    responsibility, you've heard a little bit about this this

24    morning, of course, is to conduct this trial in an orderly,

25    fair and efficient manner, to rule on legal questions that

INSTRUCTIONS - By the Court

1    come up in the course of the trial and to instruct you about

2    the law that applies in this case.

3           It is your sworn duty as jurors to accept and

4    apply the law as I state it to you.  Your responsibility as

5    jurors is to determine the facts in this case.  You and only

6    you are the judges of the facts.  You alone determine the

7    weight, the effect and the value of the evidence, as well as

8    the credibility or believability of the witnesses.

9           You must consider and weigh the testimony of all

10   witnesses who appear before you.  You alone must decide the

11   extent to which you believe any witness.  You must pay very

12   careful attention to the testimony of all of the witnesses

13   because you will not have any transcripts or summaries of

14   the testimony available to you during your deliberations.

15   You will have to rely entirely on your memory and your notes

16   if you choose to take any.

17          As human beings, we all have personal likes and

18   dislikes, opinions, prejudices and biases.  Generally, we

19   are aware of these things, but you should also consider the

20   possibility that you have implicit biases; that is, biases

21   of which you may not be consciously aware.  Personal

22   prejudices, preferences or biases have no place in a

23   courtroom where the goal is to arrive at a just and

24   impartial verdict.

25          All people deserve fair treatment in the legal

INSTRUCTIONS - By the Court

1    system regardless of race, national or ethnic origin,

2    religion, age, disability, sex, gender identity or

3    expression, sexual orientation, education, income level or

4    any other personal characteristic.  You should determine the

5    facts solely from a fair consideration of the evidence.

6          During this trial, I may rule on motions and

7    objections by the lawyers, make comments to lawyers,

8    question the witnesses and instruct you on the law.  You

9    should not take any of my statements or actions as any

10   indication of my opinion about how you should decide the

11   facts.

12         If you think that somehow I have expressed or even

13   hinted at my opinion as to the facts in this case, you

14   should regard that.  The verdict in this case is your sole

15   and exclusive responsibility.

16         You may consider only the evidence properly

17   admitted in this case.  That evidence includes the sworn

18   testimony of witnesses and the exhibits admitted into

19   evidence.

20         Sometimes a lawyer's question suggests the

21   existence of a fact, but the lawyers question alone is not

22   evidence.  If the evidence includes anything other than

23   testimony and exhibits, I will instruct you about these

24   other types of evidence when they are admitted during the

25   trial.

INSTRUCTIONS - By the Court

1          During the trial, if the Court or a lawyer makes a

2     statement or asks a question that refers to evidence that

3     you remember differently, you should rely on your memory of

4     the evidence during the deliberations.

5          The lawyers may object when the other side asks a

6     question, makes an argument or offers evidence that the

7     objecting lawyer believes is not properly admissible.  You

8     must not hold such objections against the lawyer who makes

9     them or the party he or she represents.  It is the lawyer's

10    responsibility to object to evidence that they believe is

11    not admissible.

12         If I sustain an objection to a question asked by a

13    lawyer, the question must be withdrawn and you must not

14    guess or speculate what the answer to the question might

15    have been.  If a question is asked and answered and I then

16    rule that the answer should be stricken from the record, you

17    must disregard both the question and the answer in your

18    deliberations.  You should follow the same rule if any of

19    the exhibits are stricken.

20         To echo what I said last night, you are not

21    permitted to discuss this case with anyone until this case

22    is submitted to you for your decision at the end of my final

23    instructions.  This means that, until the case is submitted

24    to you, you may not talk about it even with your fellow

25    jurors, again, even with your fellow jurors.  This is

INSTRUCTIONS - By the Court

1    because we don't want you making decisions until you've

2    heard all the evidence and the instructions of law.

3            In addition, you may not talk about the case with

4    anyone else.  It should go without saying, as I said last

5    night, you may not write about the case electronically,

6    through any blog, posting or other communication, including

7    social networking sites, such as Facebook or Twitter, until

8    you have delivered your verdict and the case is over.

9            This is because you must decide the case based on

10   what happens here in the courtroom.  Not on what someone may

11   or may not tell you outside of the courtroom.

12           I'm sure that, when we take our first recess and

13   you very likely did this last night, actually, you will call

14   home, let them know you've been selected for a jury.  As I

15   said last night, you may tell them that you've been selected

16   to serve on a jury.  You can even tell them you've been

17   selected to serve on a criminal case, but you should not

18   disclose the nature of the case and the name of the case.

19   When the case is over, you may discuss any part of it with

20   anyone you wish but, until then, you may not do so.

21           It's also a natural tendency, of course, to talk

22   with people with whom you may come into contact.  But you

23   must not talk to any of the parties, their attorneys or any

24   witnesses in this case during the time you serve on this

25   jury if you encounter anyone connected with the case outside

                    INSTRUCTIONS - By the Court

1    the courtroom.

2         And the reason we give this instruction is

3    because, people who get lunch, people are in the courthouse,

4    you might run into someone associated with the case.  If you

5    do so, you should avoid having any conversation with them,

6    overhearing their conversation or having any contact with

7    them at all.

8         For example, if you find yourself in a courthouse

9    corridor, elevator or any other location where the case is

10   being discussed by attorneys, parties, witnesses or anyone

11   else, you should immediately leave the area to avoid hearing

12   such discussions.  If you do overhear a discussion about the

13   case, you should report that to me as soon as you can.

14        Finally, if you see any of the attorneys or

15   witnesses involved in the case and they turn and walk away

16   from you, they are not being rude.  They are merely

17   following the same instruction that I gave to them.

18        Let me just repeat that, because it came up in one

19   case where one of the lawyers asked me to reiterate that,

20   when he walked away from a juror and didn't say Hello, he

21   was following my instructions.  So again, if one of the

22   lawyers here or party does not say Hello to you, turns and

23   walks away, the person is not being rude.  They're following

24   the rules and the instructions.

25        Very unlikely, but if someone should try to talk

INSTRUCTIONS - By the Court

1     to you about the case, you should refuse to do so and

2     immediately let me know by telling Ms. Moore or one of the

3     marshals.  Don't tell the other jurors.  Just let me know,

4     and I'll bring you in to talk about what happened.

5              I've already covered some of this.  I just want to

6     stress again, in general, you may not talk to anyone about

7     the case and you should not be doing any research about this

8     case.

9              Here's why.  You must decide the facts, as I've

10    said a couple times now, based on the evidence presented in

11    court and according to the legal principles about which I

12    will instruct you.  You are not permitted, therefore, during

13    the course of the trial, to conduct any independent

14    investigation or research about the case.

15             You can't use the internet to do research about

16    the facts or the law or the people involved in the case.

17    Research includes something even as simple or seemingly

18    harmless as using the internet to look up a legal term or

19    view a satellite photo of the scene of an alleged crime.

20             I want to explain why you should not conduct your

21    own investigation.  All parties have a right to have the

22    case decided only on evidence and legal rules that they know

23    about and that they have a chance to respond to.  Relying on

24    information you get outside this courtroom is unfair because

25    the parties would not have a chance to refute, correct or

                    INSTRUCTIONS - By the Court

1    explain that information.

2            Unfortunately, information that we get over the

3    internet or from other sources may be incomplete or

4    misleading or just plain wrong.  It's up to you to decide

5    whether to credit any evidence presented in court and only

6    the evidence presented in court may be considered.  If

7    evidence or legal information has not been presented in

8    court, you cannot rely on it.

9            In addition, if any of you were to do your own

10   research about the facts or the law, that could result in

11   different jurors basing their decisions on different

12   information.  Each juror must make his or her decision based

13   on the same evidence and under the same rules.

14           After I submit the case to you, you may then

15   discuss it, but only when I instruct you to do so and only

16   in the jury room and only in the presence of all your fellow

17   jurors.  At that time, it is important you keep an open mind

18   and not decide any issue in the case until after I have

19   submitted the entire case to you with my final instructions.

20           Just a few more words and then we'll start with

21   opening arguments.

22           The government and the defendant may stipulate,

23   that is, agree to certain facts.  You should consider any

24   stipulation of fact to be undisputed evidence.

25           Then let me just say one last time, and I

                    INSTRUCTIONS - By the Court

1    apologize for reiterating this but it's important.  In this

2    day and age people have Smart phones.  There's a lot of

3    information, a lot of news out there.

4            I very much want to stress that you should not, in

5    any way, on your phone, on your computer, by talking to

6    someone, by looking on Twitter, cover the entire water

7    front, do anything outside this courtroom to learn anything

8    about this case.

9            And you could be told something about this case,

10   for example, if you have a conversation with someone who

11   knows something about it, and that's one of the many reasons

12   why we ask you also to not talk to anyone about this case.

13           So I know you've heard me say it multiple times,

14   but do not research anything about this case or the law or

15   any issue presented by this case.  And do not discuss with

16   anyone, outside the courtroom or even within the jury until

17   I instruct you to do so, the case.

18           With that, is the government ready to open?

19       **MS. LEDERER:**  Yes, Your Honor.  May I have a brief

20   moment to set up?

21       **THE COURT:**  You, of course, may.

22       **MS. LEDERER:**  Thank you.

23       May I, Your Honor?

24       **THE COURT:**  Yes, please.  Thank you.

25           Now, everyone should have monitors there.

                    INSTRUCTIONS - By the Court

1    Ms. Moore can help you turn them so that you can see them.

2    Can everyone see the monitor or a monitor that's closest to

3    you?  Okay.

4         Please proceed.

5         **MS. LEDERER:**  Thank you.

6         Good morning.

7         **JURORS:**  Good morning.

8         **MS. LEDERER:**  The defendant David Geitzen did not

9    come to Washington D.C. on January 6, 2021, to peacefully

10   protest.  He didn't come here to stand silently in

11   solidarity with the former President at the "Stop the Steal"

12   rally.  No.

13        The defendant came all the way from North Carolina

14   to Washington, D.C. for a battle.  That's what he

15   anticipated.  It's what he wanted and it's what he made sure

16   he got.

17        You will hear that David Geitzen brought with him

18   to Washington on January 6th, 2021, kneepads, goggles, a

19   helmet, a rain coat.  Now, he might not look like the most

20   hardened soldier, but bringing those items were intentional

21   and they were crafty.  He brought them because he knew there

22   was going to be a battle.  He brought those items because he

23   knew he was going to immerse himself in that battle.  And

24   you will hear that those items also helped him over two

25   hours sustain the elements and the chaos that was the

OPENING ARGUMENT - by Ms. Lederer

1    Capitol grounds on January 6, 2021.

2            He was on those grounds for over two hours

3    battling with officer, with law enforcement, to get into the

4    Capitol building.  What was happening inside that Capitol

5    building on January 6, 2021?  Well, it was supposed to be a

6    peaceful transfer of power.  The former Vice President Mike

7    Pence, you'll hear, was on the Capitol grounds on January

8    6th to certify the 2020 election.

9            Now, the Capitol building itself was already

10   closed for the pandemic, but you'll hear that, because the

11   Vice President was visiting to certify that election, that a

12   restricted perimeter was triggered because he is a protectee

13   of the United States Secret Service.  And the United States

14   Secret Service worked in part with the Capitol Police to

15   establish a restricted perimeter not only around the Capitol

16   building itself but on the Capitol grounds.

17           And it wasn't some magical red line, like you see

18   here on this map, that designates the restricted barrier.

19   You'll hear that actually barriers, fencing and signage were

20   set up around where that red line is outlined, a physical

21   presence, Hey, you're not allowed to come on to this

22   property.

23           You will hear testimony about the "Area Closed"

24   signs.  You'll hear testimony and you'll see some video of

25   these actual barricades in the video.  They also establish

OPENING ARGUMENT - by Ms. Lederer

1    snow fencing around the Capitol, not just the perimeter

2    itself but different areas within that restricted grounds,

3    all to protect the Capitol building and the people inside

4    and the ceremony that was supposed to be happening that day.

5            Unfortunately, those barricades and the rules were

6    not respected on January 6th.  Protesters came from the

7    lawful rally up on the Ellipse, came down to the Capitol and

8    it turned into an absolute riot.  The barriers on every

9    single side were overrun, including the west side of the

10   Capitol.

11           Capitol Police officers were pushed back to the

12   Inaugural stage on the west side, the Inaugural stage that

13   was mid-construction.  Capitol Police were pushed all the

14   way back to the base of the stage, where they had to call in

15   for MPD to help, the Metropolitan Police Department.  As MPD

16   arrived, officers were able to reestablish a line using

17   those barricades, those metal barricades, kind of in a

18   U-shape right here on the West Plaza.

19           Immersed in that crowd on the west side was the

20   defendant, David Geitzen, always visible in that green.  He

21   got battle ready and positioned himself on the northern side

22   of that police line with his helmet on and began his first

23   assault against law enforcement.  The time period from

24   around 2:13 through 2:15.  Here is some video of that first

25   assault.

                 OPENING ARGUMENT - by Ms. Lederer

1          (Video played.)

2                You can see the defendant pushing against Capitol

3      Police officers, pushing with his side, with his hands, with

4      his back, trying to grab a shield and giving one big shove.

5                The defendant repositioned himself a little more

6      north on the line where, at 2:28, again he was a part of

7      another assault.  At this time, at 2:28, he joined with

8      other rioters, one big push that absolutely overrun the

9      police line on the west side.  The West Plaza was gone.

10                And during that push, defendant, again, you can

11      see him with his helmet, with his jacket, assaulted law

12      enforcement officers.

13          (Video played.)

14                Chases down an officer and pushes, sustaining the

15      elements.  And as an officer is pushed into him, he turns

16      around and goes for that officer's gas mask.  These

17      officers, both MPD and Capitol Police, were pushed back into

18      this corner of the Inaugural Stage.

19                At approximately 2:31 p.m., as those officers were

20      being cornered by other rioters, including the defendant,

21      the defendant took a pole -- so you can see him here with a

22      metal pole.

23          (Video played.)

24                He followed those officers.  You can see him here

25      with a metal pole.  And as those officers were being sprayed

                      OPENING ARGUMENT - by Ms. Lederer

1    by other rioters, he strikes once and a second time.

2         Those officers had to retreat up makeshift steps

3    onto what's known as the Lower West Terrace, where MPD and

4    Capitol Police officers retreated into the Lower West

5    Terrace entrance.

6         You will hear this area be referred to as "the

7    Tunnel", both in part because of the way it's constructed

8    with the building but also because of this makeshift

9    construction on the side of it.  And here in this tunnel,

10   officers tried to hold off the steady flow of rioters, tried

11   to protect the building and the people inside.

12        And the defendant, around 4 p.m., positions

13   himself right in the front and, with other rioters, rocked

14   back and forth pushing against those officers with the goal

15   to get inside.  Luckily, the defendant was unsuccessful.

16   When backup finally showed up, they were able to dispel

17   everyone, including the defendant, off the Lower West

18   Terrace.

19        Just because he didn't get inside doesn't mean

20   that the defendant didn't think he was successful.  You're

21   going to hear his own words describing January 6, 2021.

22   That very night he tells someone, "I've never been prouder

23   to be an American than today's protest.  Word is next one is

24   on Jan. 17th."

25             Later that night, he says, "BTW [by the way], they

                    OPENING ARGUMENT - by Ms. Lederer

1    are trying give credit to storming Congress on the news to

2    Antifa.  Bullshit.  I was there in the hallway helping to

3    push the line of guards back.  Today was 100 percent what

4    happens when you piss off normal people, and the next

5    protest is going even further."  The next day he calls

6    January 6th beautiful.  "It was a beautiful day."

7              That's what the defendant thinks is a beautiful

8    day.  All the assaultive conduct on law enforcement,

9    beautiful day.

10             There is a different category for what the

11   defendant did.  It's called criminal conduct.  There's eight

12   charges that cover what the defendant did on that awful day,

13   January 6, 2021.

14             First, the defendant is charged with civil

15   disorder.  That is obstructing and interfering with law

16   enforcements who are sworn to do a certain duty.  That is,

17   the Capitol Police, interfering and obstructing their

18   ability to protect that building and the people inside that

19   day; also, the MPD who showed up as backup to assist Capitol

20   Police in doing their job.

21             Counts 2 through 4 cover the assaults from the

22   2:13 to 2:15 period, the 2:28 period and the 2:31 period.

23   The difference is, with Count 4, he's also charged with

24   assault with a dangerous weapon using that metal pole to

25   strike officers twice.

                OPENING ARGUMENT - by Ms. Lederer

1          The remaining counts, from 5 to 8, cover the

2     defendant's violent and disruptive behavior on restricted

3     grounds.  Remember, since the Vice President was there, no

4     one, including the defendant was supposed to be there.  And

5     no one was certainly supposed to be assaulting and being

6     disruptive.

7          After you see all of the surveillance footage,

8     footage from people on the ground that day, body-worn cam,

9     and see the defendant's own words in texts, we are confident

10    that you will find him guilty.  Thank you.

11         **THE COURT:**  Ms. Costner?

12         **MS. COSTNER:**  May it please the Court, Ms.

13    Eriksen, Ms. Lederer.

14         Good morning, ladies and gentlemen of the jury.

15    My name is Lisa Costner, and I, along with my co-counsel

16    Ira Knight, represent the defendant, David Geitzen, who's

17    charged with several crimes arising out of the events of

18    January 6, 2021.

19         Between November 3, 2020, the election day, until

20    January 2021, Mr. Gietzen spent hours and hours, day after

21    day online watching videos, reading news and participating

22    in online conversations regarding the validity of the

23    election.

24         As he immersed himself in this information and

25    learned more and more, he became more and more convinced

OPENING ARGUMENT - by Ms. Costner

1    that the election results were falsified.  He attended

2    several protests in North Carolina and in Texas.  And at one

3    of the protests he learned about the "Stop the Steal" rally

4    that was scheduled to take place on January 6th at the

5    Capitol.

6            Mr. Geitzen made plans to attend the rally with

7    his brother, and the two men traveled from North Carolina to

8    Washington, D.C. on January the 5th.  On the morning of

9    January 6th, they joined the thousands of people who

10   attended the rally.  At some point during the morning, the

11   two brothers became separated, and Mr. Geitzen walked alone

12   towards the Capitol along with the throng of protestors.

13           As the day progressed, the mood of those around

14   him became more and more angry.  And Mr. Geitzen soon found

15   himself in the thick of the crowd and was swept up in the

16   strong emotions affecting everyone there.  You will see his

17   actions on the videos that were recorded that day, and it

18   will be your job to determine Mr. Geitzen's guilt or

19   innocence, not only based on those videos but the other

20   evidence that will be presented.

21           The government has given you a forecast of what

22   they contend this case is about and what they contend the

23   evidence will show.  On behalf of Mr. Geitzen, we ask that

24   you keep in mind, as you hear this evidence, that

25   Mr. Geitzen, as he sits in court today, is presumed innocent

                    OPENING ARGUMENT - by Ms. Costner

1    of all charges.

2            The burden of proof is solely that of the

3    government and, before you can convict him of anything, they

4    must prove to you beyond a reasonable doubt that he is

5    guilty.  In light of the heavy burden that rests solely on

6    the shoulders of the government, we ask that you pay careful

7    attention to the evidence as you see and hear it.

8            Please listen carefully to the direct testimony of

9    the witnesses and also please listen carefully to their

10   answers elicited during cross-examination.  We ask that you

11   keep an open mind throughout the entirety of the case, and

12   we ask that you remember that Mr. Geitzen has no burden of

13   proof and no obligation to present evidence or even testify.

14   Judge Nichols will instruct you that that is the law and

15   that you must follow it.

16           During this trial, the government will present

17   evidence that they contend proves that Mr. Geitzen utilized

18   a dangerous weapon, specifically a pole.  As jurors, you and

19   only you are the finders of fact in this trial, and we ask

20   you to listen carefully to the testimony of witnesses and

21   pay close attention to the videos as you decide whether the

22   pole is a dangerous weapon.

23           At the end of this trial, you'll receive jury

24   instructions, and Judge Nichols will instruct you that an

25   object is a deadly or dangerous weapon if the object is

                  OPENING ARGUMENT - by Ms. Costner

1    capable of causing serious bodily injury or death to another

2    person and the defendant used it in that manner.

3            Judge Nichols will also tell you that, in

4    determining whether the object is a deadly or dangerous

5    weapon, you may consider both the physical capabilities of

6    the object used and the manner in which the defendant used

7    it.  The actual pole was not recovered.  You will not see it

8    here in this trial.  Instead, you'll see video and photos of

9    the pole.

10            You'll see that the pole in Mr. Geitzen's hands is

11   hollow and that it wobbles up and down as he holds it.

12   You'll see the manner in which the pole was used to poke at

13   the officer.  You will observe the fact that the pole causes

14   no serious bodily injury to the officer who was wearing

15   protective gear and carrying a shield.

16            You'll see Mr. Geitzen quickly drop the pole.

17   You'll see it fall to the ground, and you'll see Mr. Geitzen

18   walk away.  In the videos you will also see other protestors

19   with poles hitting objects so hard that those poles break.

20   Not so with Mr. Geitzen.

21            We ask you to use your common sense and apply it

22   to the evidence and the instructions that Judge Nichols will

23   give you before you deliberate.  The government's evidence

24   must convince you beyond a reasonable doubt that Mr. Geitzen

25   is guilty of each and every element of these charges.

OPENING ARGUMENT - by Ms. Costner

1      And we contend, at the end of the trial, you will

2  find that the government has failed to meet its burden, and

3  you will render verdicts of not guilty on all counts.  Thank

4  you.

5      **THE COURT:**  Thank you, Ms. Costner.

6      Is the government ready to proceed with its first

7  witness?  You may bring your first witness in or up.

8      **MS. LEDERER:**  Yes, Your Honor.

9      The government calls to the stand Captain Tia

10  Summers.

11      **THE COURT:**  Very well.

12      **DEPUTY CLERK:**  Please raise your right hand.

13      Do you solemnly swear or affirm the testimony you

14  will give the Court and the jury in the case now on trial

15  will be the truth, the whole truth and nothing but the

16  truth?

17      **THE WITNESS:**  Yes.

18      **DEPUTY CLERK:**  Thank you.  Please be seated.

19      (Witness took the stand.)

20      **THE COURT:**  Good morning.  You may proceed.

21      **MS. LEDERER:**  Thank you, Your Honor.

22                **DIRECT EXAMINATION OF TIA SUMMERS**

23  BY MS. LEDERER:

24      **Q.**   Good morning.  May you please state your name for

25  the ladies and gentlemen of the jury.

                TIA SUMMERS - Direct by Ms. Lederer

1      **A.**   I'm sorry.  I didn't hear all of it.

2      **Q.**   Can you hear me?

3      **A.**   Yes.  Now I can.

4      **Q.**   Great.  Thank you.  Can you please state your name

5  and your job title for the jury?

6      **A.**   Sure my name is Tia Summers.  I am a Captain with

7  the United States Capitol Police.

8      **Q.**   How long have you been with the United States

9  Capitol Police force?

10      **A.**   Twenty-four years.

11      **Q.**   Congratulations.

12      **A.**   Thank you.

13      **Q.**   Over the course of those -- I know you're Captain

14  now, but over the course of those 24 years, what different

15  duties have you served within the Capitol Police?

16      **A.**   Oh, I've had several.  Besides being a regular

17  rank-and-file officer, I've been a sergeant, a lieutenant.

18  I've also taught at our academy to all of our new recruits.

19  I've worked as a executive officer for one of our deputy

20  chiefs.

21          Right now, I am in command of our command center,

22  which is the hub or the nerve center of the department, so

23  I've had a pretty well-rounded career.

24      **Q.**   You just touched a little bit about your current

25  duties.  If you could, briefly, what are your current duties

TIA SUMMERS - Direct by Ms. Lederer

1    at the hub?

2        **A.**   Right now, I am the commander of our command

3    center.  I also oversee the court liaison section as well as

4    our reports processing section.

5        The command center has pretty much oversight over

6    the day-to-day runnings of the department.  We have

7    lieutenants who are in the position of watch commander.  The

8    watch commanders keep an eye on everything and keep the

9    chiefs abreast of what's going on with day-to-day

10   activities.

11       **Q.**   You've touched a little bit about it, but could

12   you just describe the, kind of, overview and structure of

13   the Capitol Police?

14       **A.**   Sure.  We have, of course, our chief of police.

15   We have right now two assistant chiefs.  One oversees our

16   uniformed services and the other one our protective

17   services.

18       Then we have, under that, we have deputy chiefs.

19   We're a little short on deputy chiefs right now, a little

20   short on deputy chiefs right now.  Then under those are

21   inspectors.  Inspectors are in charge of divisions.

22       So House office buildings would fall under the

23   House division.  The Capitol building falls under the

24   Capitol division.  The Senate office buildings fall under

25   the Senate division.  And we also have the Library of

                 TIA SUMMERS - Direct by Ms. Lederer

1    Congress.  An inspector has oversight over those divisions,

2    and then we go from there, and you have your captains under

3    those, lieutenants, sergeants and then the rank and file.

4        **Q.**    Does the Capitol Police have a mission?

5        **A.**    Yes.

6              Our mission is to ensure the continuity of

7    government operations, as well as protecting members of

8    Congress, visitors to the campus and some other things, and

9    of course, also property.

10       **Q.**    The campus and property, I know a lot of us here

11   are from D.C. so we know it like the back of our hand, but

12   we have a record here.  Where is the Capitol?

13       **A.**    The Capitol's official address is number one First

14   Street in the Northwest.  It's usually not hard to see.

15   When you're driving around the city, you see the big dome.

16       **Q.**    The Capitol grounds itself, where does that all

17   stretch to?

18       **A.**    In the west, Third Street; in the east, Third

19   Street.  I'm trying to think.  On the north and south, we

20   extend a little bit -- let me see -- on the north side

21   toward Louisiana Avenue and on the south side, D Street.

22       **Q.**    On a daily basis, do Capitol Police officers

23   patrol the building itself?

24       **A.**    Yes.

25       **Q.**    And on a daily basis do Capitol Police patrol the

                    TIA SUMMERS - Direct by Ms. Lederer

1    grounds itself?

2        **A.**    Yes.

3        **Q.**    And on any given day, is a person able to just

4    walk right in to the Capitol building?

5        **A.**    No.  Well, you can come in, but we do have

6    procedures in order to visit.

7        **Q.**    What are those procedures?

8        **A.**    So if you are a regular visitor that either wants

9    to come and visit the building or you want to go and see the

10   perspective houses in session, you have to go through

11   security.  We have a Capitol Visitor's Center.

12           You would come through and subject yourself to an

13   administrative search, which includes divesting your

14   personal items from your body for inspection, your personal

15   belongings for x-ray screening.  You would walk through a

16   walk-through metal detector.  And depending on whether you

17   clear that walk-through metal detector, you could be

18   subjected to a hand-held metal detector as well as a

19   physical pat down.

20       **Q.**    What about the Capitol grounds, can you roam

21   freely around the Capitol grounds or are there certain

22   restrictions on any given day?

23       **A.**    We do have some areas that are restricted.  The

24   closer you get to the base of the building or the closer you

25   get to the building, those areas are restricted.

                TIA SUMMERS - Direct by Ms. Lederer

1      Q.   I want to bring you back to January 6, 2021.  Were
2   you on duty?
3      A.   Yes.
4      Q.   Back on January 6 of 2021, were you a captain?
5      A.   No, ma'am, I was a lieutenant at the time.
6      Q.   What were your duties on January 6, 2021 as a
7   lieutenant?
8      A.   That day I was in command of our communications
9   section, which is located at 30 E Street in the southwest.
10  The communications section houses our dispatchers and the
11  alarm and duress system for the Hill.
12     Q.   Was something scheduled to occur on January 6,
13  2021?
14     A.   Yes.
15     Q.   What was scheduled to occur?
16     A.   The confirmation of the electoral college votes.
17     Q.   Since there was a scheduled event on January 6,
18  2021, did that change how you protected the Capitol?
19     A.   Yes.  Additional personnel was put in.  Additional
20  perimeters were put in place.
21     Q.   Where were those perimeters put in place?
22     A.   Pretty much around the general Capitol Square,
23  which is on the north side.  It's Constitution Avenue south
24  side.  It's Independence Avenue and First Street to First
25  Street east and west.

                TIA SUMMERS - Direct by Ms. Lederer

1      **Q.**   Now, in addition to the certification that was

2   scheduled to take place back in January of 2021, was the

3   Capitol actually open at all?

4      **A.**   It was not.

5      **Q.**   Why not?

6      **A.**   Because of COVID.

7      **Q.**   And on January 6, 2021, did you anticipate the

8   Vice President visiting the Capitol that day for the

9   certification?

10      **A.**   Yes.

11      **Q.**   That perimeter that you just spoke of, if I were

12   to show you a map of that perimeter that was established,

13   would you recognize it?

14      **A.**   Yes.

15         **MS. LEDERER:**   If I may, Ms. Rives, have Captain

16   Summers be shown Exhibit 104.

17         **THE COURT:**   Members of the jury, this is how it

18   works.  Before evidence is admitted, it will be shown just

19   to the witness and to me.  Once I admit the evidence, it

20   will then be projected on your screen.  That's why you're

21   not going to see it at least the very beginning each time we

22   do this.  Okay?

23         **MS. LEDERER:**   May I, Your Honor?

24         **THE COURT:**   You may.

25

                TIA SUMMERS - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        **Q.**    Captain Summers, do you recognize Exhibit 104 that

3    in front of you just on your screen?

4        **A.**    Yes.

5        **Q.**    How do you recognize 104?

6        **A.**    I have seen this map several times in testimony,

7    one.  And two, when we have an event, Capitol Police

8    publishes like an incident action plan or gives us the plans

9    for the day, gives us the perimeters, who to call if you

10   need water, who is in charge of certain things so that we

11   know what's going on for the day and the map was a part of

12   that.

13       **Q.**    So you are familiar with this restricted perimeter

14   from January 6, 2021?

15       **A.**    Yes.

16       **Q.**    In addition to Capitol Police, did you also work

17   in conjunction with Secret Service to establish a perimeter?

18       **A.**    I am not sure if Secret Service -- that would be

19   beyond my pay grade.  I'm pretty sure maybe but I was not

20   involved.

21       **Q.**    Understood.  You personally were not involved?

22       **A.**    Yes.

23       **Q.**    Gotcha.

24       **MS. LEDERER:**  Your Honor, at this time, may I

25   publish 104 to the jury?

                 TIA SUMMERS - Direct by Ms. Lederer

1          **THE COURT:**  Are you moving for its admission?

2          **MS. LEDERER:**  Yes, Your Honor.

3          **THE COURT:**  Okay.  Any objection to its admission?

4          **MS. COSTNER:**  No, Your Honor.

5          **THE COURT:**  Government's 104 is admitted into

6     evidence and may be published to the jury.

7          (Government's Exhibit 104 was admitted.)

8          **DEPUTY CLERK:**  [Complied]

9          **MS. LEDERER:**  Thank you.

10    **BY MS. LEDERER:**

11         **Q.**   Now, Captain Summers, now that we have it in front

12    of the jury, could you just describe what we are looking at

13    in 104?

14         **A.**   So this is the perimeter map that we had in place

15    for January 6.  Is the screen able to be written on?

16         **Q.**   Yes.

17         **A.**   Okay.  This is the west side here.  This is the

18    north side, south side, east side just for your reference.

19    (Indicated.)

20              The perimeter, of course, there's not a big red

21    line around the building.  The perimeter is comprised of

22    police officers, different barriers, like bike racks, snow

23    fencing and signage in order to establish the perimeter.

24         **Q.**   If I were to show you some photographs of the

25    fencing and signage, would you be able to recognize those

                TIA SUMMERS - Direct by Ms. Lederer

1    photographs?

2         **A.**   Yes.

3              **MS. LEDERER:**   Ms. Rives, if we may show

4    Captain Summers Exhibit 103 for identification?

5              **MS. RIVES:**   [Complied]

6    **BY MS. LEDERER:**

7         **Q.**   Captain, I'm showing you Exhibit 103.   Do you

8    recognize 103?

9         **A.**   Yes.

10        **Q.**   How do you recognize 103?

11        **A.**   Seen it many times before.   This is a photo of

12   snow fencing, bike rack and our standard "Area Closed" signs

13   that we use?

14             **MS. LEDERER:**   Your Honor, at this time, the

15   government moves to admit 103.

16             **MS. COSTNER:**   No objection.

17             **THE COURT:**   Government's 103 is admitted and may

18   be published to the jury.

19        (Government's Exhibit 103 was admitted.)

20             **DEPUTY CLERK:**   [Complied]

21   **BY MS. LEDERER:**

22        **Q.**   Now, Captain Summers, what I'm circling here, what

23   would this be?

24        **A.**   This is snow fencing.

25        **Q.**   And back here, what is this?

                   TIA SUMMERS - Direct by Ms. Lederer

 1      **A.**    Those are bike racks.

 2      **Q.**    And is there a sign on the bike rack?

 3      **A.**    Yes.

 4      **Q.**    What does that sign read?

 5      **A.**    "Area Closed."

 6              **MS. LEDERER:**  If I may have Captain Summers shown

 7      105.

 8              **MS. RIVES:**  [Complied]

 9      **BY MS. LEDERER:**

10      **Q.**    Captain Summers, do you recognize 105?

11      **A.**    Yes.

12      **Q.**    How do you recognize 105?

13      **A.**    Seen it many times before.  Again, this is a photo

14      of snow fencing and an "Area Closed" sign on the West Front.

15              **MS. LEDERER:**  Your Honor, if I may move to admit

16      105.

17              **THE COURT:**  Any objection?

18              **MS. COSTNER:**  No, Your Honor.

19              **THE COURT:**  Government's 105 is also admitted and

20      may be published to the jury.

21          (Government's Exhibit 105 was admitted.)

22              **DEPUTY CLERK:**  [Complied]

23      **BY MS. LEDERER:**

24      **Q.**    Captain Summers, the angle of this photograph, do

25      you know what side of the Capitol this photograph would have

                    TIA SUMMERS - Direct by Ms. Lederer

1    been taken from?

2        **A.**    Yes.

3        **Q.**    What side?

4        **A.**    It's the west side.

5            **MS. LEDERER:**  If I may have Captain Summers shown

6    107, please?

7            **MS. RIVES:**  [Complied]

8    **BY MS. LEDERER:**

9        **Q.**    Do you recognize 107?

10       **A.**    Yes.

11       **Q.**    What is 107?

12       **A.**    This is the west side of the Capitol again, the

13   Pennsylvania Avenue walkway.

14           **MS. LEDERER:**  Government moves to admit 107.

15           **THE COURT:**  Any objection?

16           **MS. COSTNER:**  No objection.

17           **THE COURT:**  Government's 107 also admitted and may

18   be published to the jury.

19       (Government's Exhibit 107 was admitted.)

20           **DEPUTY CLERK:**  [Complied]

21   **BY MS. LEDERER:**

22       **Q.**    Captain Summers, do you see the types of fencing

23   and signage that you have testified before about?

24       **A.**    Yes.

25       **Q.**    What is happening in this photograph?

                     TIA SUMMERS - Direct by Ms. Lederer

1      **A.**   In this photograph, we have protestors pushing

2      against the barriers that we had in place and there are

3      officers on the other side trying to hold them back.

4                **MS. LEDERER:**  If I may have the witness shown

5      107 -- or 108.  Excuse me.

6                **MS. RIVES:**  [Complied]

7      **BY MS. LEDERER:**

8      **Q.**   Captain Summers, do you recognize the photograph

9      in 108?

10     **A.**   Yes.

11     **Q.**   What is 108?

12     **A.**   This is the west side of the Capitol again with a

13     view of the center panel of the West Lawn and the Inaugural

14     Stage.

15               **MS. LEDERER:**  If I may move into evidence 108,

16     Your Honor.

17               **MS. COSTNER:**  No objection.

18               **THE COURT:**  108 is admitted and may be published

19     to the jury.

20          (Government's Exhibit 108 was admitted.)

21               **DEPUTY CLERK:**  [Complied]

22     **BY MS. LEDERER:**

23     **Q.**   The Inaugural Stage that you just talked about, is

24     that at the base of the Capitol in this photograph?

25     **A.**   Yes.

                    TIA SUMMERS - Direct by Ms. Lederer

1          MS. LEDERER:  If I may have Captain Summers shown

2     109.

3          MS. RIVES:  [Complied]

4     BY MS. LEDERER:

5          Q.   Do you recognize 109, Captain Summers?

6          A.   Yes.

7          Q.   Again, what is this?

8          A.   Bike rack and some snow fencing and an "Area

9     Closed" sign on the west side of the Capitol on one of the

10    walkways.

11         MS. LEDERER:  Your Honor, if I may move into

12    evidence 109.

13         MS. COSTNER:  No objection.

14         THE COURT:  Government's 109 also admitted and may

15    also be published.

16         (Government's Exhibit 109 was admitted.)

17         DEPUTY CLERK:  [Complied]

18    BY MS. LEDERER:

19         Q.   Captain Summers, in addition, you know, we saw the

20    demonstrative outline with the red line, but you said that

21    it was actually designated by physical barriers and fencing.

22              Were there additional barriers, as you say, walked

23    up the perimeter, not just one big perimeter?  Were there

24    actual other additional barriers inside that perimeter?

25         A.   Yes.  On the West Front, we had a middle perimeter

                   TIA SUMMERS - Direct by Ms. Lederer

1     that was put in place maybe in the fall of '20 in

2     preparation for the inauguration.  So the fall before

3     inauguration, we close a portion of the West Front so that

4     the stage can be built.

5         **Q.**   Now, we saw a little bit in Exhibit 107.  But on

6     January 6, 2021, was that restricted perimeter breached?

7         **A.**   Yes.

8         **Q.**   And was it breached, in part, on the west side?

9         **A.**   Yes.

10        **Q.**   And if I were to -- or if you could, do you know

11    how long the breach of the Capitol grounds occurred for,

12    roughly?

13        **A.**   I am not sure.  Time is starting to run together

14    just a little bit.  But it was -- it went on for the course

15    of several hours.

16        **Q.**   Are you familiar if the Capitol building and

17    grounds are covered by surveillance cameras?

18        **A.**   Yes.

19        **Q.**   Who maintains those surveillance cameras?

20        **A.**   Capitol Police, the Security Services Bureau

21    maintains the cameras.

22        **Q.**   Do you know if those cameras were recording on

23    January 6th, 2021?

24        **A.**   Yes, they were.

25        **Q.**   And in your time, you've said that you've seen the

                   TIA SUMMERS - Direct by Ms. Lederer

1    map and testified about the map a few times now.  Are you

2    aware of a montage video that covers the events of

3    January 6, 2021?

4         **A.**   Yes.

5         **Q.**   If I were to show you that montage video, would

6    you recognize it?

7         **A.**   Yes.

8              **MS. LEDERER:**  If I may have Captain Summers shown

9    101, please.

10   **BY MS. LEDERER:**

11        **Q.**   As 101 is being brought up, would this montage

12   video help you describe to the jury the events of January 6,

13   2021?

14        **A.**   I'm sure it would.

15             **MS. LEDERER:**  The Court's indulgence.  Of course,

16   we're having technical difficulties.

17             **MS. RIVES:**   [Complied]

18             **MS. LEDERER:**  Before we press play -- thank you,

19   Ms. Rives.

20   **BY MS. LEDERER:**

21        **Q.**   Do you recognize the area in this montage?

22        **A.**   Yes.

23        **Q.**   Where are we looking at?

24        **A.**   This is an overhead view of the Capitol Square.

25             **MS. LEDERER:**  Your Honor, at this time, the

                    TIA SUMMERS - Direct by Ms. Lederer

1    government moves to admit 101.

2             **MS. COSTNER:**  No objection.

3             **THE COURT:**  Government's 101 is admitted and may

4    be published.

5        (Government's Exhibit 101 was admitted.)

6             **DEPUTY CLERK:**  [Complied]

7    **BY MS. LEDERER:**

8        **Q.**  Captain Summers, we're going to run through this.

9    I might pause at certain moments and just ask you a few

10   questions about what we're looking at.

11       **A.**  Yes, ma'am.

12            **THE COURT:**  Counsel, just one thing I've noticed

13   from the opening -- I wanted to let the opening happen -- is

14   for the court reporter's benefit and also it can be

15   difficult to hear if there's questions happening while video

16   is playing with the audio.  So I think don't do both at the

17   same time.

18            **MS. LEDERER:**  Yes, Your Honor.  I ideally have it

19   teed up so that I'll pause, ask the question.  We'll keep

20   moving.  I completely understand and I apologize.  Thank

21   you.

22   **BY MS. LEDERER:**

23       **Q.**  And before we get into this video, Captain

24   Summers, you said that you were in the command center on

25   January 6th.  Were you watching certain events unfold in

                 TIA SUMMERS - Direct by Ms. Lederer

1    real time from your position on January 6th?

2        **A.**    So on January 6th, I was in the communication

3    section.

4        **Q.**    Excuse me.

5        **A.**    No, that's okay.  And, yes, we were watching them

6    live time on the video feeds.

7        **Q.**    You mean Capitol Police CCTV video feeds?

8        **A.**    Yes.

9        **Q.**    In addition to watching CCTV video feeds, were you

10   at all keeping a check on, say, news or any real time

11   footage as well?

12       **A.**    Yes.  We had CNN playing as well.

13           **MS. LEDERER:**  If we could play 101.

14       (Video played.)

15           And if we could pause right here.

16           **MS. RIVES:**  [Complied]

17   **BY MS. LEDERER:**

18       **Q.**    Captain Summers, what are we watching occur?

19       **A.**    This is the point where the crowd that had

20   gathered on First Street on the west side had broken through

21   the perimeter onto the West Front.

22           **MS. LEDERER:**  If we could continue to play and

23   then pause at 1:07.

24       (Video played.)

25

                 TIA SUMMERS - Direct by Ms. Lederer

1    BY MS. LEDERER:

2         **Q.**    Captain Summers, we're paused at 1 minute and 7

3    seconds into the video.  Is this CCTV footage?

4         **A.**    Yes.

5         **Q.**    Where is this CCTV camera pointing?

6         **A.**    This is pointing toward the Lower West Terrace of

7    the Capitol as well as the Inaugural Stage.

8              **MS. LEDERER:**  If we could continue to play and

9    pause at 1 minute and 45 seconds.  Thank you.

10         (Video played.)

11              Pausing here, we're actually at, I believe, 1:46.

12   BY MS. LEDERER:

13        **Q.**    What area is this CCTV facing?

14        **A.**    This is, again, on the west side of the building,

15   and we have protestors going up the stairs to the Upper West

16   Terrace.

17        **Q.**    Where would the -- oh, I'll let it play.  Strike

18   that.

19              **MS. LEDERER:**  If we could play, and then we'll

20   eventually pause at 9 minutes and 10 seconds.

21         (Video played.)

22   BY MS. LEDERER:

23        **Q.**    Is this the Upper West Terrace that you were

24   talking about?

25        **A.**    Yes.

                      TIA SUMMERS - Direct by Ms. Lederer

1        (Video continued playing.)

2        **Q.**   Captain Summers, this CCTV angle, where is this

3    from?

4        **A.**   This is in the Senate Wing of the Capitol

5    building, first floor.

6        **Q.**   What are we viewing here?

7        **A.**   We are looking at protesters.  They have now

8    broken the windows and are entering the building.

9        **Q.**   And I think we saw from the time stamps.  Was that

10   around 2:12 going into 2:13 p.m.?

11       **A.**   Yes.

12       (Video continued playing.)

13          **MS. LEDERER:**  Now if we could pause here.

14          **MS. RIVES:**  [Complied]

15   **BY MS. LEDERER:**

16       **Q.**   Captain Summers, we are 9 minutes and 15 seconds

17   into the Exhibit 101.

18          What area are we looking at?

19       **A.**   This is the West Front Inaugural Stage.

20       **Q.**   And the timestamp up at the corner, what is that?

21       **A.**   2:33 and 14 seconds p.m.

22       **Q.**   And I'm just going to circle an individual right

23   here.  Can you see the person that I circled?

24       **A.**   Yes.

25       **Q.**   Okay.

                TIA SUMMERS - Direct by Ms. Lederer

1          **MS. LEDERER:**  If we could press play, please.

2          (Video continued playing.)

3                    If we could pause here.

4          **MS. RIVES:**  [Complied]

5          **MS. LEDERER:**  For the record, paused 12 minutes

6     and 7 seconds into the video.

7     **BY MS. LEDERER:**

8          **Q.**   Captain Summers, what angle is the CCTV showing

9     here?

10         **A.**   This is -- it's pointing west.  This is on the

11    west side of the building.

12         **MS. LEDERER:**  Okay.  If we could press play.

13         (Video continued playing.)

14    **BY MS. LEDERER:**

15         **Q.**   Captain Summers, are you familiar with this area

16    the CCTV is showing at timestamp of 3:01?

17         **A.**   Yes.

18         **Q.**   What area is this?

19         **A.**   This is right outside the Senate lobby which leads

20    to the Senate floor.

21         (Video continued playing.)

22         **MS. LEDERER:**  If we could pause here.

23         **MS. RIVES:**  [Complied]

24         **MS. LEDERER:**  For the record, paused 14 minutes

25    and 46 seconds into the video.

                   TIA SUMMERS - Direct by Ms. Lederer

1      BY MS. LEDERER:

2          **Q.**   Captain Summers, where is this angle?

3          **A.**   This is the west side.  You all call it the

4      tunnel.  We call it the Lower West Terrace door.

5          **Q.**   What timestamp is on the CCTV?

6          **A.**   It's 4:12 and 12 seconds p.m.

7          **Q.**   And, again, facing out towards the western

8      front --

9          **A.**   Yes.

10             **MS. LEDERER:**  Okay.  If we could press play,

11     please.

12         (Video continued playing.)

13     BY MS. LEDERER:

14         **Q.**   Captain Summers, what area are we looking at here?

15         **A.**   This is the Upper West Terrace, and Metropolitan

16     Police is up on the Terrace helping us clear out protestors

17     that are at the top.

18         **Q.**   Since it said Upper West Terrace, I'm guessing

19     that is at the west side of the Capitol?

20         **A.**   Correct.

21         **Q.**   I have some questions about the west side of the

22     Capitol.

23         **A.**   Yes.

24         **Q.**   Previously you testified a little bit earlier that

25     there was the Inaugural Stage was on the west side of the

                   TIA SUMMERS - Direct by Ms. Lederer

1   grounds.  Correct?

2       **A.**   Yes.

3       **Q.**   If I were to show you some 3-D versions of the

4   west side of the Capitol and the Inaugural Stage, would you

5   recognize those?

6       **A.**   Yes.

7           **MS. LEDERER:**  If I may have the witness shown --

8   I'm going to show 112 through 115 one at a time just for a

9   heads up.

10  **BY MS. LEDERER:**

11      **Q.**   And as we're bringing 112 up, I just have a few

12  questions.  While we were watching that montage, obviously

13  we were seeing a lot but we didn't hear a lot.  Does the

14  CCTV actively record noise?

15      **A.**   It does not.

16      **Q.**   Captain Summers, showing you 112, does this

17  accurately depict the Capitol on the west side?

18      **A.**   Yes.

19          **MS. LEDERER:**  If I may admit into evidence 112.

20          **MS. COSTNER:**  No objection.

21          **THE COURT:**   112 is admitted and may be published.

22      (Government's Exhibit 112 was admitted.)

23          **DEPUTY CLERK:**   [Complied]

24  **BY MS. LEDERER:**

25      **Q.**   This area that I've circled right here, what is

                    TIA SUMMERS - Direct by Ms. Lederer

1    that?

2         **A.**    That's the Inaugural Stage.

3              **MS. LEDERER:**  If I may have Captain Summers shown

4    113.

5              **MS. RIVES:**  [Complied]

6    **BY MS. LEDERER:**

7         **Q.**    Captain Summers, is this a kind of head-on, 3-D

8    view of the Inaugural Stage and the west side of the

9    Capitol?

10        **A.**    Yes.

11             **MS. LEDERER:**  If I may admit 113, Your Honor.

12             **MS. COSTNER:**  No objection.

13             **THE COURT:**  Government's 113 is admitted and may

14   be published to the jury.

15        (Government's Exhibit 113 was admitted.)

16             **DEPUTY CLERK:**  [Complied]

17   **BY MS. LEDERER:**

18        **Q.**    Captain Summers, I'm going to show you 114.  Is

19   this another aerial view of the Inaugural Stage?

20        **A.**    Yes.

21             **MS. LEDERER:**  If I may admit?

22             **MS. COSTNER:**  No objection.

23             **THE COURT:**  114 is admitted and may be published.

24        (Government's Exhibit 114 was admitted.)

25             **MS. LEDERER:**  And if I may show Captain Summers

                    TIA SUMMERS - Direct by Ms. Lederer

1    115.

2              **MS. RIVES:**  [Complied]

3    **BY MS. LEDERER:**

4         **Q.**   Captain Summers, is this a side angle of the stage

5    and west side of the Capitol?

6         **A.**   Yes.

7              **MS. LEDERER:**  If I may admit 115.

8              **MS. COSTNER:**  No objection.

9              **THE COURT:**  Government's 115 is admitted and may

10   be published.

11        (Government's Exhibit 115 was admitted.)

12             **DEPUTY CLERK:**  [Complied]

13   **BY MS. LEDERER:**

14        **Q.**   Captain Summers, I just have a few questions.

15   While we're looking at 115, I'm circling this structure

16   right here.  Do you know what that structure is?

17        **A.**   Yes, that's the media tower.

18        **Q.**   Was the media tower on the actual grounds on

19   January 6th?

20        **A.**   Yes.

21        **Q.**   Now, as we're looking at this, would this be the

22   north side of the Capitol?

23        **A.**   Yes.

24        **Q.**   And obviously opposite end, would that be the

25   south?

                    TIA SUMMERS - Direct by Ms. Lederer

1      **A.**    Yes.

2      **Q.**    When you are describing the Lower West Terrace,

3    what area are you describing, if you could mark it?

4      **A.**    The Lower West Terrace is this area here.

5    (Indicated.)

6      **Q.**    Okay.

7              And where is the Upper West Terrace?

8      **A.**    That is this area here.  [Indicated].  All of this

9    included.

10     **Q.**    Okay.  And I'm circling this area right here.

11   What would you call this area?

12     **A.**    This is the Inaugural Stage.

13     **Q.**    Circling this area right here, what is this?

14     **A.**    That's the Lower West Terrace door or the tunnel.

15     **Q.**    Do you know what that area is used for during the

16   inauguration?

17     **A.**    That is where, when you're watching the actual

18   inauguration ceremony, where you see the President, the Vice

19   President, all the dignitaries and VIPs enter through that

20   onto the stage.

21     **Q.**    And on a daily basis, what would this area be used

22   for?

23     **A.**    I'm sorry, one more time.

24     **Q.**    On a daily basis, what would that area be used

25   for?

TIA SUMMERS - Direct by Ms. Lederer

1      **A.**   Officers would use that to go in and out,

2   sometimes staff in and out.  It's not a door that's open to

3   the public.

4      **Q.**   Captain Summers, we saw a little bit in 101, but

5   is there CCTV that's focused on the west side of the

6   Capitol?

7      **A.**   Yes.

8      **Q.**   If I were to show you a montage of the west side

9   of the Capitol from January 6, a sped-up montage, would you

10   recognize that?

11      **A.**   Yes.

12       **MS. LEDERER:**  If I may have Captain Summers shown

13   102, Your Honor.

14       **MS. RIVES:**  [Complied]

15       **MS. LEDERER:**  Would you be able to bring it back?

16       **MS. RIVES:**  [Complied]

17       **MS. LEDERER:**  If we could pause and please bring

18   it all the way back so I can -- thank you.

19       **MS. RIVES:**  [Complied]

20   **BY MS. LEDERER:**

21      **Q.**   Captain Summers, I am showing you Exhibit 102.  Do

22   you recognize 102?

23      **A.**   Yes.

24      **Q.**   What is 102?

25      **A.**   This is a camera view of the west side of the

TIA SUMMERS - Direct by Ms. Lederer

1    Capitol.  It's also showing the Inaugural Stage.

2        **Q.**   Did CCTV footage from that day capture as people

3    came on to the west side and into the restricted perimeter?

4        **A.**   Yes.

5            **MS. LEDERER:**  If we may press -- if I may admit to

6    the jury or admit to Your Honor at this time?

7            **MS. COSTNER:**  No objection.

8            **MS. LEDERER:**  And publish to the jury?

9            **THE COURT:**  Government's 102 is admitted and may

10   be published.

11       (Government's Exhibit 102 was admitted.)

12           **DEPUTY CLERK:**  [Complied]

13           **MS. LEDERER:**  And at this point, I'm going to play

14   until 24 seconds in.

15       (Video played.)

16           If we could press pause, please.

17           **MS. RIVES:**  [Complied]

18           **MS. LEDERER:**  For the record we are 24 seconds

19   into the video.

20   **BY MS. LEDERER:**

21       **Q.**   Captain Summers, what is the timestamp?

22       **A.**   The timestamp is 1:11 and 43 seconds p.m.

23       **Q.**   And where in this video have people come to?

24       **A.**   They are now on the Lower West Terrace.

25       **Q.**   Can you see Capitol Police officers in this video?

                 TIA SUMMERS - Direct by Ms. Lederer

1      **A.**   Yes.

2      **Q.**   Where are they located?

3      **A.**   Oh, in various areas.  There are some here on

4    the -- may I circle?

5      **Q.**   Yes, please.

6      **A.**   You have some up hear on the stage.  This is, it

7    looks like, some metropolitan officers, some here.  And

8    there were some -- I mean there are some here.  There were

9    some toward in the crowd, but I can't see them.  It's too

10   crowded now.

11     **Q.**   How are you able to tell the difference between

12   Capitol Police officers and Metropolitan Police officers in

13   this video?

14     **A.**   Based on their uniforms.

15     **Q.**   What type of uniforms did the Capitol Police have?

16     **A.**   We are wear all blue.  With the exception of the

17   rank of lieutenants and above, they wear white shirts.  But

18   we wear all blue.  We have gold badges.  Most of our

19   equipment and things are posted with U.S. Capitol Police.

20     **Q.**   And Metropolitan Police officers, what -- if

21   you're familiar at all with their uniform, what do they

22   wear?

23     **A.**   They vary from the light blue shirt and dark

24   plants.  Their jackets have the yellow sleeves, yellow

25   bottom.  Metropolitan Police is written out on the back of

                    TIA SUMMERS - Direct by Ms. Lederer

1    their jackets.  Their riot helmets have MPDC on them, as

2    well as, I believe, on the front their names are put on the

3    front.

4         Q.   Do you know why Metropolitan Police had to come to

5    the Capitol on January 6?

6         A.   To give us backup because we were very

7    overwhelmed.

8         MS. LEDERER:  We're going to continue to play and

9    pause at 52 seconds in.

10        (Video continued playing.)

11        MS. LEDERER:  Okay.  Pausing at 52 seconds in.

12        MS. RIVES:  [Complied]

13   BY MS. LEDERER:

14        Q.   Captain Summers, what is the timestamp here?

15        A.   It's 1:30 and I think that says 16 seconds p.m.

16        Q.   With the assistance of MPD, were Capitol Police

17   able to reestablish some of this area here on the west side

18   of the Capitol?

19        A.   For a short period.

20        MS. LEDERER:  If we could now play.

21        (Video continued playing.)

22            If we could pause here.

23        MS. RIVES:  [Complied]

24        MS. LEDERER:  For the record, we are 2 minutes and

25   31 seconds into Exhibit 102.

                TIA SUMMERS - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        **Q.**   Captain Summers, you just recently said that

3    Capitol Police were able to reestablish the line for a short

4    period of time.  What is occurring now in the video?

5        **A.**    Metropolitan and Capitol Police have lost the

6    line, and officers are starting to retreat back because

7    there's just too many protestors.

8           **MS. LEDERER:**  If we could press play just for a

9    little while longer.

10          **MS. RIVES:**  [Complied]

11   BY MS. LEDERER:

12       **Q.**   Is the stage itself eventually overrun?

13       **A.**   Yes.

14          **MS. LEDERER:**  If we may press pause and we can

15   take this exhibit down.

16          **MS. RIVES:**  [Complied]

17   BY MS. LEDERER:

18       **Q.**   Captain Summers, I know that was a sped-up

19   version, but would CCTV have been recording at a normal pace

20   that day?

21       **A.**   Yes.

22       **Q.**    If I could show you some regular-paced footage,

23   I'm going to see if you can recognize that.

24          **MS. LEDERER:**  If I may have the witness shown

25   301.1.

                    TIA SUMMERS - Direct by Ms. Lederer

1          (Video played.)

2               **MS. LEDERER:**  And if we could pause this, please,

3     for identification purposes.

4               **MS. RIVES:**  [Complied]

5     **BY MS. LEDERER:**

6     **Q.**   Captain Summers, I'm showing you what's been

7     previously marked as 301.1.  Is this CCTV footage?

8     **A.**   Yes.

9     **Q.**   As it's shown on your screen right now, what is

10    the timestamp?

11    **A.**   It is 2:14 and 46 seconds p.m.

12    **Q.**   What general area are we looking towards?

13    **A.**   This is pointing west, but this is the Lower West

14    Terrace.

15              **MS. LEDERER:**  Your Honor, if I may admit 301.1 at

16    this time?

17              **MS. COSTNER:**  No objection.

18              **THE COURT:**  301.1 is admitted and may be published

19    to the jury.

20         (Government's Exhibit 301.1 was admitted.)

21              **DEPUTY CLERK:**  [Complied]

22    **BY MS. LEDERER:**

23    **Q.**   Captain Summers, I'm going to circle this area

24    right here.  Can you see individuals in this area?

25    **A.**   Yes.

                    TIA SUMMERS - Direct by Ms. Lederer

1       Q.    Are there law enforcement within this circled

2   area?

3       A.    Yes.

4       Q.    Can you -- do you recognize the uniforms of those

5   law enforcement?

6       A.    Yes.

7       Q.    What uniforms do you recognize?

8       A.    Those are Capitol Police right there.  The white

9   shirt is MPDC official, and right in front of him is another

10  MPDC officer.

11      Q.    Now, Captain Summers, you talked about blue

12  uniforms before.  The officers in these uniforms, is that

13  different from an everyday Capitol Police officer uniform?

14      A.    Yes, these officers are dressed in riot gear.

15      Q.    Now I'm going to circle this individual right

16  here.  Can you see what that person is wearing?  [Indicated]

17      A.    It looks like a green jacket and a white helmet.

18      Q.    I'm going to ask you to continue to watch this

19  area.

20          MS. LEDERER:  And if we could press play, please.

21      (Video played.)

22  BY MS. LEDERER:

23      Q.    Captain Summers, were you aware that people on the

24  ground were recording the events of January 6?

25      A.    Yes.

                    TIA SUMMERS - Direct by Ms. Lederer

1    **Q.**   If I were to show you some footage from on the

2    ground, would you be able to recognize the area?

3        **A.**   Yes.

4            **MS. LEDERER:**   If I may have Captain Summers shown

5    Exhibit 504.

6            **MS. RIVES:**   [Complied]

7    **BY MS. LEDERER:**

8        **Q.**   Captain Summers, on your screen should be what's

9    been previously marked as 504.  Do you recognize the area in

10   504?

11       **A.**   Yes.

12       **Q.**   What area is this photograph capturing?

13       **A.**   This is the West Front, Lower West Terrace.

14           **MS. LEDERER:**   Your Honor, if I may admit.

15           **MS. COSTNER:**   No objection.

16           **THE COURT:**   Government's 504 is admitted and may

17   be published.

18       (Government's Exhibit 504 was admitted.)

19           **DEPUTY CLERK:**   [Complied]

20   **BY MS. LEDERER:**

21       **Q.**   Captain Summers, I am circling an individual.  Do

22   you see the individual I just circled?

23       **A.**   Yes.

24       **Q.**   Captain Summers, I'm going to play you some video,

25   and I'm going to see if you can recognize this from the west

                    TIA SUMMERS - Direct by Ms. Lederer

1    side of the Capitol.

2              **MS. LEDERER:**  If we may have Captain Summers be

3    shown Exhibit 515, and we're going to bring that to 4:57.

4    But pause it and don't play, please.  4:57 please.

5              **MS. RIVES:**  [Complied]

6              **MS. LEDERER:**  Captain Summers, showing you 515

7    and -- Court's indulgence.

8         (Brief pause.)

9    **BY MS. LEDERER:**

10        **Q.**   Captain Summers, before we press play, do you

11   recognize the area that's being shown in Exhibit 515?

12        **A.**   Yes.

13        **Q.**   Where is 515?

14        **A.**   We're looking at the West Front of the Capitol and

15   the Inaugural Stage.

16        **Q.**   Okay.

17             **MS. LEDERER:**  Your Honor, at this time, the

18   government seeks to admit 515.

19             **MS. COSTNER:**  No objection.

20             **THE COURT:**  Government's 515 is admitted and may

21   be published.

22        (Government's Exhibit 515 was admitted.)

23             **DEPUTY CLERK:**  [Complied]

24             **MS. LEDERER:**  If we could play 515 pausing at

25   5:03.

                   TIA SUMMERS - Direct by Ms. Lederer

1          (Video played.)

2      **BY MS. LEDERER:**

3      **Q.**   Captain Summers, I have a few questions.  For the

4      record, we'll pause at 5 minutes and 3 seconds into Exhibit

5      515.  I'm circling these individuals right -- strike that.

6              Circling individuals right here.  [Indicated]  Are

7      those law enforcement?

8      **A.**   Yes.

9      **Q.**   And what department do they belong to?

10     **A.**   Those are U.S. Capitol Police officers.

11     **Q.**   Within the circle, does this capture the differing

12     uniforms that you were discussing earlier?

13     **A.**   Yes.

14     **Q.**   So this officer right here, would this be the

15     everyday Capitol Police officer uniform?

16     **A.**   Yes.

17     **Q.**   And the individuals with helmets, would that be --

18     **A.**   Riot gear.

19     **Q.**   Now, I'm going to circle this area right here.

20     [Indicated]  Can you see an individual wearing a white

21     helmet?

22     **A.**   Yes.

23     **Q.**   I'm going to circle right here.  [Indicated]  Do

24     you see a hand?

25     **A.**   Yes.

                    TIA SUMMERS - Direct by Ms. Lederer

1          **MS. LEDERER:**  If we could press play, and then

2    we're going to pause at 5:19.

3          (Video played.)

4          Thank you.  We're paused, for the record, at 5:19.

5    **BY MS. LEDERER:**

6      **Q.**   Captain Summers, circling this individual right

7    here, can you see what this person is wearing?  [Indicated]

8      **A.**   Yes, a green jacket, a white helmet.

9      **Q.**   Are there law enforcement in front of this

10   individual?

11     **A.**   Yes.

12     **Q.**   What type of law enforcement are in front of this

13   individual?

14     **A.**   We have a mix of U.S. Capitol Police and

15   Metropolitan Police.

16     **Q.**   The white shirt, is that the white shirt that you

17   were referring to when we were watching the CCTV?

18     **A.**   Yes, it looks like -- I'm looking at his bar.  It

19   looks like that could be a captain for Metropolitan.

20     **Q.**   And these officers right here, can you tell that

21   there is U.S. Capitol Police stamps on the back of their

22   helmets?

23     **A.**   Yes.

24     **Q.**   Captain Summers, looking at this video itself,

25   being a part of the force for 24 years, can you identify any

                TIA SUMMERS - Direct by Ms. Lederer

1    of these Capitol Police officers?

2        **A.**    I can't because their helmets are obstructing

3    their faces.

4        **Q.**    You discussed a little bit about Capitol Police

5    uniform.  Looking at you right now, I see you have a badge

6    on.  Do you also have a name tag?

7        **A.**    Yes.

8        **Q.**    Would the everyday uniform of a Capitol Police

9    officer have a badge and a name tag?

10       **A.**    Yes.

11       **Q.**    What about officers who were wearing riot gear?

12       **A.**    Depending on -- if they have the full, what we

13   call, the turtle suit which has everything, the shoulder

14   pads, the elbow pads, they have something -- they have,

15   like, a name tag embroidered on their uniform.

16           They wear, like, a different type.  It's a more

17   comfortable -- we call them BDUs where they have the

18   pockets.  They have lots of pockets on the pants.  The shirt

19   is made of a thicker cotton so that they're a little more

20   comfortable underneath the turtle suits.

21       **Q.**    On January 6, do you know if officers who suited

22   up in riot gear had name tags visible?

23       **A.**    Not that I am aware of.  I believe the chest plate

24   covered it.

25           **MS. LEDERER:**  If we could continue to play 515.

                 TIA SUMMERS - Direct by Ms. Lederer

1   And we'll close out when it hits 6 minutes.

2        (Video continued playing.)

3        **MS. LEDERER:**  If we could press pause, please.  If

4   we could actually just bring it back to 5:44, but we're not

5   going to press play.

6        **MS. RIVES:**  [Complied]

7   **BY MS. LEDERER:**

8        **Q.**   It looks like some of the officers are holding

9   shields are Capitol Police riots officers issued shields?

10       **A.**   They're not issued them until they're needed.  So

11  we keep them in a central location and if they are needed,

12  then they are given out.

13       **Q.**   On January 6, were riot shields needed?

14       **A.**   Yes.

15       **MS. LEDERER:**  If we may show Captain Summers

16  Exhibit 301.3.

17       **MS. RIVES:**  [Complied]

18  **BY MS. LEDERER:**

19       **Q.**   Captain Summers, as this is brought up, I'm just

20  going to ask you a few questions.  Earlier you talked about

21  the fact that the west side, the police line, fell.  If I

22  were to show you some CCTV footage of the line falling,

23  played normal speed, would you recognize it?

24       **A.**   Yes.

25       **Q.**   Thank you.

                TIA SUMMERS - Direct by Ms. Lederer

1              Okay.  In front of you is what's been previously

2     marked as 301.3.  Is this CCTV footage from the west side of

3     the Capitol?

4         **A.**    Yes.

5         **Q.**    What is the timestamp of 301.3?

6         **A.**    It's 2:28 and 21 seconds p.m.

7              **MS. LEDERER:**  If we could press play.

8         (Video played.)

9              **THE COURT:**  Would you like to admit this so the

10    jury can watch?

11             **MS. LEDERER:**  Oh, I'm so sorry.  If we could

12    press.  In my home district, we do everything at the end.  I

13    apologize.

14             At this point, I would like to admit 301.3.

15             **MS. COSTNER:**  No objection.

16             **THE COURT:**  The Government's 301.3 is admitted and

17    may be published to the jury.

18        (Government's Exhibit 301.3 was admitted.)

19             **MS. LEDERER:**  Thank you, Your Honor.

20             **DEPUTY CLERK:**  [Complied]

21    BY MS. LEDERER:

22        **Q.**    It's been paused right now.  What timestamp are we

23    at?

24        **A.**    2:29 p.m.

25        **Q.**    Okay.  What the jury wasn't watching but you were

                    TIA SUMMERS - Direct by Ms. Lederer

1    watching, what were we witnessing?

2          **A.**    The crowd starting to surge and push the police

3    line back.

4                **MS. LEDERER:**  Okay.  If we can continue to press

5    play.

6          (Video continued playing.)

7    **BY MS. LEDERER:**

8          **Q.**    The CCTV footage, this camera angle specifically,

9    does it have a moving camera?

10         **A.**    Yes.

11         **Q.**    And that camera, does it have not only the

12   capabilities to go left to right but can it zoom in and out?

13         **A.**    Yes.

14         (Video continued playing.)

15               **MS. LEDERER:**  If we could pause here please.

16               **MS. RIVES:**  [Complied]

17               **MS. LEDERER:**  For the record, we are at 1 minute

18   and 59 seconds into 301.3.

19   **BY MS. LEDERER:**

20         **Q.**    Captain Summers, can you just tell us the

21   timestamp?

22         **A.**    It's 2:30 and 20 seconds p.m.

23         **Q.**    What are we looking at here?

24         **A.**    The crowd has surged and the police are starting

25   to fall back.

                    TIA SUMMERS - Direct by Ms. Lederer

1      Q.    What area are they falling back towards, the

2  officers?

3      A.    The officers are coming back toward the building

4  toward the Inaugural Stage.

5           MS. LEDERER:  If we may press play, please?

6       (Video continued playing.)

7           MS. LEDERER:  If we could pause here.

8           MS. RIVES:  [Complied]

9           MS. LEDERER:  For the record, we are paused at

10  2:20.

11  BY MS. LEDERER:

12      Q.    Captain Summers, what is the timestamp on the TV?

13      A.    2:30 and 41 seconds p.m.

14      Q.    I'm going to circle this individual right here.

15  [Indicated]  If you could keep an eye on that person,

16  please.

17           MS. LEDERER:  For the record, I circled an

18  individual on the right hand of the screen right below the

19  middle of the stage.

20           If we could press play, please.

21       (Video continued playing.)

22           MS. LEDERER:  If we could press pause, please.

23           MS. RIVES:  [Complied]

24  BY MS. LEDERER:

25      Q.    Captain Summers, for the record, we are 3 minutes

                TIA SUMMERS - Direct by Ms. Lederer

1    and 12 seconds into the CCTV.  What is the timestamp?

2         **A.**   It's 2:31 and 34 seconds p.m.

3         **Q.**   I'm going to again circle an individual and ask

4    you to keep an eye on him.

5              **MS. LEDERER:**  If we could press play, please.

6         (Video continued playing.)

7              **MS. LEDERER:**  If we could press pause please.

8         **MS. RIVES:**  [Complied]

9              **MS. LEDERER:**  For the record, we are at 3 minutes

10   and 26 seconds into 301.3.

11   **BY MS. LEDERER:**

12        **Q.**   Captain Summers, I have a question about this area

13   right here.  [Indicated]  It looks like officers are walking

14   up that area.  Are you familiar with what that is?

15        **A.**   It's a staircase to get from one level to another.

16        **Q.**   And would you be able to, from that staircase,

17   access what has been referred to as the tunnel?

18        **A.**   Yes.

19        **Q.**   If I were to show you some CCTV and regular-people

20   footage from the tunnel area, would you be able to recognize

21   it?

22        **A.**   Yes.

23             **MS. LEDERER:**  If we may have --

24             **THE COURT:**  Counsel, can I just interrupt you?

25             **MS. LEDERER:**  Yes.

                 TIA SUMMERS - Direct by Ms. Lederer

 1          **THE COURT:**  How much longer do you think you have

 2    with this witness?

 3          **MS. LEDERER:**  Your Honor, I have about 10 minutes

 4    left.

 5          **THE COURT:**  All right.  Why don't we finish with

 6    this witness.  Then we'll take a mid-morning break, and we

 7    can resume with cross after the mid-morning break.  Okay?

 8    Thank you.

 9          **MS. LEDERER:**  Thank you.

10          If I can have the witness shown 531.1.

11          **MS. RIVES:**  [Complied]

12          **MS. LEDERER:**  Before we play it, if we could bring

13    531.1 to 2 minutes and 40 seconds into the video.

14       (Audio played.)

15          If we could bring 531.1 to 2 minutes and 40

16    seconds in, please, before we press play.

17          **MS. RIVES:**  [Complied]

18    BY MS. LEDERER:

19       **Q.**   Before we press play, Captain Summers, do you have

20    531.1 in front of you?

21       **A.**   Yes.

22       **Q.**   Do you recognize the area being shown in 531.1?

23       **A.**   Yes.

24       **Q.**   What area is being shown?

25       **A.**   The Lower West Terrace door.

          TIA SUMMERS - Direct by Ms. Lederer

1          **MS. LEDERER:**  Your Honor, if I may admit into

2     evidence 531.1.

3          **MS. COSTNER:**  No objection.

4          **THE COURT:**  531.1 is admitted and may be

5     published.

6          (Government's Exhibit 531.1 was admitted.)

7          **DEPUTY CLERK:**  [Complied]

8     **BY MS. LEDERER:**

9          **Q.**  Captain Summers, before we press play, I'm going

10    to circle an individual.  Can you see the individual that I

11    just circled?

12         **A.**  Yes.

13         **MS. LEDERER:**  If we could press play.

14         (Video played.)

15         **MS. LEDERER:**  If we could pause.

16         **MS. RIVES:**  [Complied]

17    **BY MS. LEDERER:**

18         **Q.**  What did it appear that those individuals were

19    doing in 531.1?

20         **A.**  Pushing against the officers that are trying to

21    protect the door.

22         **Q.**  For the record we paused at 3 minutes and 2

23    seconds.  You said that there was officers actually inside

24    at that Lower West Terrace door?

25         **A.**  Yes.

                    TIA SUMMERS - Direct by Ms. Lederer

1        Q.    If I were to show you CCTV footage from that door,

2    would you be able to recognize it?

3        A.    Yes.

4             MS. LEDERER:    If I may have Captain Summers shown

5    Exhibit 302.   And we're going to go to the 28-minute mark.

6             MS. RIVES:    [Complied]

7             MS. LEDERER:    If we could pause it here.

8    BY MS. LEDERER:

9        Q.    Captain Summers, showing you 302, is this CCTV

10    footage from inside that tunnel area?

11        A.    Yes.

12        Q.    What is the timestamp on the CCTV from this door

13    area?

14        A.    3:58 and 2 seconds p.m.

15             MS. LEDERER:    Your Honor, if I may admit at this

16    time Exhibit 302.

17             MS. COSTNER:    No objection.

18             THE COURT:    Government's 302 is admitted and may

19    be published.

20        (Government's Exhibit 302 was received.)

21             DEPUTY CLERK:    [Complied]

22    BY MS. LEDERER:

23        Q.    Captain Summers, before we press play here, is

24    this what you were talking about when you said that there

25    was officers inside the trouble?

                    TIA SUMMERS - Direct by Ms. Lederer

1      **A.**   Yes.

2              **MS. LEDERER:**   If we may press play and we're going

3      to pause at 28:08.

4          (Video played.)

5      **BY MS. LEDERER:**

6      **Q.**   Okay.  We paused at 28.08.  Captain Summers, what

7      is the time on the CCTV?

8      **A.**   3:58 and 9 seconds p.m.

9      **Q.**   I'm going to circle this individual right here.

10     [Indicated]  Can you see an individual with their head above

11     the rest?

12     **A.**   Yes.

13             **MS. LEDERER:**   If we could press play, please.

14         (Video continued playing.)

15     **BY MS. LEDERER:**

16     **Q.**   Captain Summers, when you said, looking at the

17     exhibit from outside, 531.1, that everyone was rocking back

18     and forth, can you see that motion now from the CCTV angle?

19     **A.**   Yes.

20         (Video continued playing.)

21             **MS. LEDERER:**   If we could press pause, please.

22             **MS. RIVES:**   [Complied]

23             **MS. LEDERER:**   And I'm going to ask Ms. Rives to

24     fast-forward to 34 minutes and 35 seconds into Exhibit 302.

25             **MS. RIVES:**   [Complied]

                    TIA SUMMERS - Direct by Ms. Lederer

1          **MS. LEDERER:**  Could we go to 34:35, please?

2          **MS. RIVES:**  [Complied]

3          **MS. LEDERER:**  Before we press play, I am going

4    to --

5    **BY MS. LEDERER:**

6          **Q.**   Captain Summers, what time is on the CCTV

7    timestamp?

8          **A.**   4:04 and 36 seconds p.m.

9          **Q.**   I'm going to circle an individual right here.

10   [Indicated]  Can you see an arm on the wall?

11         **A.**   Yes.

12         **MS. LEDERER:**  If we could press play, please.

13         (Video played.)

14   **BY MS. LEDERER:**

15         **Q.**   Are officers still inside the tunnel at this

16   4:04 p.m. mark?

17         **A.**   Yes.

18         **Q.**   Are there still individuals outside as well?

19         **A.**   Yes.

20         **Q.**   And can you still see that rocking formation?

21         **A.**   Yes.

22         **MS. LEDERER:**  If we may press pause.

23         **MS. RIVES:**  [Complied]

24   **BY MS. LEDERER:**

25         **Q.**   And this is the last exhibit that I will show you

                    TIA SUMMERS - Direct by Ms. Lederer

1    today.

2              **MS. LEDERER:**  If I could have the witness shown

3    706.2.

4              **MS. RIVES:**  [Complied]

5              **MS. LEDERER:**  Oh, I apologize, not 706.2.  702.6.

6    **BY MS. LEDERER:**

7         **Q.**   Is that on your screen right now, 702.6?

8         **A.**   Yes.

9         **Q.**   Do you recognize the area in this photograph?

10        **A.**   Yes.

11        **Q.**   What area is in this photograph?

12        **A.**   This is the center lawn panel on the West Front of

13   the Capitol.

14             **MS. LEDERER:**  Your Honor, at this time, may I

15   please have 702.6 admitted into evidence?

16             **MS. COSTNER:**  No objection.

17             **THE COURT:**  702.6 is admitted and may be

18   published.

19        (Government's Exhibit 702.6 was admitted.)

20             **DEPUTY CLERK:**  [Complied]

21   **BY MS. LEDERER:**

22        **Q.**   Captain Summers, can you see the individual that I

23   just circled in the middle of this photograph?

24        **A.**   Yes.

25        **Q.**   The area that this individual is standing in,

                    TIA SUMMERS - Direct by Ms. Lederer

1      would this be within the restricted perimeter?

2           **A.**   Yes.

3           **Q.**   I have no further questions at this time.  Thank

4      you for your time.

5           **A.**   Thank you, ma'am.

6                **THE COURT:**  Thank you, Counsel.

7                Let's take our mid-morning break, so to speak.

8      We'll go back on the record at 11:30.  Just a preview for

9      everyone, my plan would be to go till about 12:45.  I have a

10     1:00 hearing in another matter so around 12:45.  Then we'll

11     take our lunch break and come back on around 1:45.  But we

12     can play that by ear.  Thank you.  So we're in recess.

13                Oh, and you're not permitted, as you know, I

14     think, to speak about your testimony with anyone during the

15     recess.

16                **THE WITNESS:**  Yes.

17                **THE COURT:**  Thank you.

18                **THE WITNESS:**  You're welcome.

19          (Recess from 11:12 a.m. until 11:29 a.m.)

20                **DEPUTY CLERK:**  We are now back on the record.

21                **THE COURT:**  Thank you.  Ms. Costner or Mr. Knight.

22                **MS. COSTNER:**  Thank you, Your Honor.

23                **CROSS-EXAMINATION OF TIA SUMMERS**

24     BY MS. COSTNER:

25          **Q.**   Good morning, Captain Summers.

                     TIA SUMMERS - Cross by Ms. Costner

1      **A.**    Good morning.

2      **Q.**    Just a few questions.  Now, you testified that, on

3  January the 6th, you were on duty, correct?

4      **A.**    Yes.

5      **Q.**    You were in communications?

6      **A.**    Yes.

7      **Q.**    Does that mean that you were not -- you stayed in

8  the communications room throughout most of that day?

9      **A.**    Yes.

10     **Q.**    So the video that we saw that depicted all the

11 things that were going on outside and inside the Capitol,

12 you could see that on the closed-captioned monitors and I

13 think you said CSPAN or CNN that was also playing?

14     **A.**    Yes.

15     **Q.**    But you yourself were not outside sort of in the

16 fray, so to speak; is that correct?

17     **A.**    No, ma'am.

18     **Q.**    You testified and were shown this video that

19 depicted the montage of the events that happened throughout

20 part of January 6th.  Correct?

21     **A.**    Yes.

22     **Q.**    And that showed what was going on outside the

23 Capitol on the grounds --

24     **A.**    Yes.

25     **Q.**    -- and in the areas that you testified to, the

                    TIA SUMMERS - Cross by Ms. Costner

1   West Terrace, and inside the Capitol.  Correct?

2       **A.**   Yes.

3       **Q.**   And about 15-minutes' worth of video?

4       **A.**   Yes.

5       **Q.**   A lot of that video was inside the Capitol; isn't

6   that correct?

7       **A.**   It was a mix of both.

8       **Q.**   A mix of both, but there was certainly a lot in

9   that video that showed the protestors and people that were

10  inside the Capitol and the officers and the like.  Correct?

11      **A.**   Yes.

12      **Q.**   Now, as we looked at some of the other videos and

13  in the montage video, you identified a person in green with

14  a white helmet?

15      **A.**   Yes.

16      **Q.**   That person was never identified by you inside --

17  inside the Capitol during that montage; isn't that correct?

18      **A.**   Correct.

19      **Q.**   And that showed people breaking windows outside

20  the Capitol?

21      **A.**   Yes.

22      **Q.**   All right.  That person in green and white not

23  doing any of that, was he?

24      **A.**   Correct.

25      **Q.**   And people confronting law enforcement officers

                TIA SUMMERS - Cross by Ms. Costner

1     inside the Capitol in a fairly, I would say, disrespectful

2     if not violent way inside the Capitol as they were

3     confronted by Capitol --

4          **A.**   On the video?

5          **Q.**   Yes, ma'am.

6          **A.**   Yes.

7          **Q.**   All of these questions relate to the video?

8          **A.**   Okay.

9          **Q.**   Since you weren't in the midst of it, your

10    information comes from the video; isn't that correct?

11         **A.**   Correct.

12         **Q.**   And you didn't see anybody in a green jacket and a

13    white hat or helmet matching the person that you identified

14    outside in some of those videos confronting law enforcement

15    officers inside the Capitol in that manner, did you?

16         **A.**   I did not.

17         **Q.**   And you testified about the Rotunda and the Crypt,

18    and we looked at the people that were in those areas of the

19    Capitol.  Do you recall that?

20         **A.**   Yes.

21         **Q.**   No one in -- matching the person that you

22    identified in a green jacket, white helmet -- and just, I

23    guess, as we go forward, when I'm talking about a person in

24    a green jacket and white helmet, I am referring to the

25    individual that you identified throughout your testimony?

               TIA SUMMERS - Cross by Ms. Costner

1      **A.**   Correct.

2      **Q.**   Not just any person but that person?

3      **A.**   Correct.

4      **Q.**   You didn't see that individual in the Rotunda or

5      the Crypt, did you?

6      **A.**   I did not.

7      **Q.**   We saw a video -- I don't know -- that door that

8      came down, that wasn't a garage door, was it?

9      **A.**   No, ma'am.

10     **Q.**   It kind of looked like one, correct?

11     **A.**   Yes, ma'am.  Those are the fire doors that

12     separate the Capitol building from the Capitol Visitor's

13     Center.

14     **Q.**   There is a video of the officers sort of running

15     under that door as it comes down and other individuals

16     trying to stop that door, eventually making it go back up?

17     **A.**   Correct.

18     **Q.**   Do you recall that?

19           And the person in the green jacket and white

20     helmet was not a part of that group, was he?

21     **A.**   No.

22     **Q.**   And we saw video of people moving barriers to

23     allow other people to come in a door, if I recall, where

24     some barriers had been kind of set up as if to keep people

25     out.  Do you recall that part of the video?  It looked like

                 TIA SUMMERS - Cross by Ms. Costner

1    there were a couple objects sort of near a door that people

2    removed.  If you don't recall, it is a 15-minute video.

3        **A.**   Yeah.  I'm not recalling exactly what you're

4    talking about.  I'm sorry.

5        **Q.**   That's okay.

6             So there was nobody in a green jacket, white

7    helmet that we've been talking about removing barriers from

8    inside the Capitol --

9        **A.**   No.

10       **Q.**   -- to allow others to stream in or in the Senate

11   Wing Door, didn't see anybody -- the person with the green

12   jacket and white helmet?

13       **A.**   No, I did not.

14       **Q.**   Or in the second floor lobby of the Senate

15   chambers where people were actually in of the chambers.  You

16   recall that part of the video.  Correct?

17       **A.**   Correct.

18       **Q.**   Nobody in a green jacket, white helmet in that

19   part of the Capitol either --

20       **A.**   No.

21       **Q.**   -- in those chambers?

22            Now, you testified about the security that was put

23   in place January 6th.  Do you recall that testimony?

24       **A.**   Yes.

25       **Q.**   And there was some preparation for the

TIA SUMMERS - Cross by Ms. Costner

1    inauguration that was going on in addition to, I guess, the

2    security that went with the day of January 6th and what was

3    going on there; is that correct?

4        **A.**   Yes.

5        **Q.**   And the work on the Capitol to prepare for the

6    inauguration, was that ongoing around the 6th?

7        **A.**   Yes.

8        **Q.**   And so stages, I believe you testified there was a

9    stage that had not been finished or finalized?

10       **A.**   Correct.

11       **Q.**   It was in the process of being built?

12       **A.**   Yes.

13       **Q.**   And as part of the inauguration and preparing for

14   the inauguration, did -- was a sound stage put in place, do

15   you know?

16       **A.**   I'm sorry.  A sound stage --

17       **Q.**   A sound stage?

18       **A.**   -- I'm not sure.

19       **Q.**   Do you know whether there was any type of work to

20   allow for special cameras or video or audio to be included

21   as a part of the inauguration ceremony that might not

22   normally be found outside the Capitol?

23       **A.**   The only thing that I can testify to is the media

24   tower that is set up in front of the stage that the media is

25   going to use to record the events.

                     TIA SUMMERS - Cross by Ms. Costner

1      **Q.**   And so, with the media tower, is that --

2      obviously, the media are the press.  Correct?

3      **A.**   Yes.

4      **Q.**   And that's a special place where they go?

5      **A.**   Yes.  For some, yes.

6      **Q.**   And does the media tower include special maybe

7      outlets and things like that for their audio and video?

8      **A.**   I'm sure it's possible.

9      **Q.**   So that they can more efficiently record and --

10     what's happening during the inauguration?

11     **A.**   It's possible.  I'm not familiar with the ins and

12     outs of the actual construction.

13     **Q.**   I understand.  But the purpose is to have the

14     media in that particular place so that they can record and

15     do what they need to do to report --

16     **A.**   Correct.

17     **Q.**   -- or stream the inauguration?

18     **A.**   Correct.

19     **Q.**   And so it's possible that equipment was there for

20     that use?

21     **A.**   Could be.

22     **Q.**   Or in the process of being put there for that use?

23     **A.**   Yeah.  I'm not sure.

24     **Q.**   You testified, well, you spent some time

25     identifying the various uniforms that the Capitol Police and

                    TIA SUMMERS - Cross by Ms. Costner

1    the Metropolitan Police were wearing.  Do you recall that

2    testimony?

3        **A.**   Yes.

4        **Q.**   And I believe you testified concerning the

5    protective gear, specifically a turtle suit?

6        **A.**   Yes.

7        **Q.**   Can you describe what a turtle suit is or what it

8    consists of?

9        **A.**   So it's hard gear that protect the sensitive areas

10   on the human body.  There are gloves.  There are shin

11   guards, knee guards, foot pads that cover, a chest plate,

12   back plate, shoulder pads, forearm covers, elbow covers.  It

13   pretty much covers you from head to toe.

14       **Q.**   You're sort of like a turtle in a hard shell; is

15   that correct?

16       **A.**   Yes, that's why we call it a turtle suit, yes.

17       **Q.**   And that's not just standard, I guess, gear.

18   Correct?

19       **A.**   It's not everyday gear.

20       **Q.**   And so on January the 6th, did officers come

21   wearing their turtle suits or is that something they all

22   started putting on as the events unfolded?

23       **A.**   So it totally depends.  Usually when our civil

24   disturbance unit has to be deployed, they bring their

25   equipment with them and it is stored in a central location.

                    TIA SUMMERS - Cross by Ms. Costner

1    If they need to don that equipment, they will.

2        **Q.**   So is every officer issued a turtle suit?

3        **A.**   No.

4        **Q.**   So a turtle suit, to make sure I understand, is

5    located somewhere where every officer can go and have one or

6    wear one?

7        **A.**   No.  So the turtle gear is -- we put it in a

8    location.  Those officers that are trained and those that

9    are aware so they can get to it.  So our civil disturbance

10   unit, there are certain officers who have specialized

11   training, and they are the ones that are given those turtle

12   suits.

13       **Q.**   And those are very protective.  Correct?

14       **A.**   Yes.

15       **Q.**   And you also testified about the shield.  Now, a

16   shield isn't just something everyone brings to work when

17   they work for the Capitol Police or the Metropolitan Police

18   every day; is that correct?

19       **A.**   Correct.

20       **Q.**   That's also a special issue if the circumstances

21   justify or dictate that they need that extra protection?

22       **A.**   Correct.

23       **Q.**   And on January 6th there were a lot of officers

24   with shields.  Do you recall that?

25       **A.**   Yes.

                 TIA SUMMERS - Cross by Ms. Costner

1    **Q.**   And that's because the circumstances justified it.

2    Correct?

3    **A.**   Yes.

4    **Q.**   So we saw many officers standing with those

5    protective shields wearing their turtle suits.  Correct?

6    **A.**   Yes.

7    **Q.**   In the video, we saw a lot of -- I hate to call it

8    debris, but items on the ground, poles, you know, different

9    various items that may have been dropped or thrown.  Do you

10   recall seeing those items when you've looked at the videos?

11   **A.**   Yes.

12   **Q.**   And did officers pick those items up as they saw

13   them?

14   **A.**   I'm not sure.

15   **Q.**   If an officer saw something that they might

16   consider a dangerous object, is that something that they

17   might pick up just to get it out of the way?

18   **A.**   Yes.

19   **Q.**   When we looked at the tunnel video, there were

20   objects being passed backwards?

21   **A.**   Yes.

22   **Q.**   Do you recall that?

23   **A.**   Yes.

24   **Q.**   And would those have been some of the objects that

25   might have been discovered by an officer or handed to an

TIA SUMMERS - Cross by Ms. Costner

1    officer that appeared dangerous?

2         **A.**    Possibly, yes.

3         **Q.**    And kind of moved backwards just to get it out of

4    the way?

5         **A.**    Yes.

6         **Q.**    With respect to the cameras, you testified that

7    the CC -- I'm talking about the CCTV cameras in particular.

8    You testified they go left and right?

9         **A.**    Yes.

10        **Q.**    So we saw panning left and right?

11        **A.**    Yes.

12        **Q.**    And they zoom in and out, and we saw that too?

13        **A.**    Yes.

14        **Q.**    Are those automatic or is somebody operating those

15   cameras to cause them to go left and right and zoom in and

16   out?

17        **A.**    Yes.  The officers and the command center

18   specialists in our command center control the cameras.

19        **Q.**    So when you were in the -- you were in the

20   communications center not the command center?

21        **A.**    Correct.

22        **Q.**    So you wouldn't have been around people operating

23   those cameras?

24        **A.**    No.

25        **Q.**    But in the communications center, you were able to

                    TIA SUMMERS - Cross by Ms. Costner

1    see the views from those cameras?

2         **A.**    Yes.

3         **Q.**    And see what those cameras were doing?

4         **A.**    Yes.

5         **Q.**    Were you able or anyone in that communications

6    center in communication with the people operating the

7    cameras?  In other words, saying, hey, zoom in here or move

8    to the left or right?

9         **A.**    Not in communications.  The primary use of the

10   cameras, whether they -- you know, and what their movement

11   is for the command center 'cause that's where our

12   high-ranking staff would be.

13        **Q.**    And so that is, one might say, the sole province

14   of the folks in the command center who are running the

15   cameras?

16        **A.**    Yes.

17        **Q.**    But each of those cameras that are going left and

18   right and zooming in and out, a person is doing that?

19   That's not something that the lens is doing --

20        **A.**    Correct.

21        **Q.**    -- or there's not some back-and-forth movement of

22   the camera --

23        **A.**    Correct.

24        **Q.**    Is that correct?

25            **MS. COSTNER:**  I think that's all the questions I

                     TIA SUMMERS - Cross by Ms. Costner

1    have.   Thank you.

2              **THE COURT:**  Thank you, Counsel.  Any redirect?

3              **MS. COSTNER:**  Briefly, Your Honor.

4              **THE COURT:**  Please.

5              **REDIRECT EXAMINATION OF TIA SUMMERS**

6    BY MS. LEDERER:

7         **Q.**   Captain Summers.

8         **A.**   Yes.

9         **Q.**   Counsel just asked you about some of the day on

10   January 6th, and she kept referring to everyone on the

11   grounds as protestors.

12              Was anyone allowed on the Capitol grounds on

13   January 6th?

14        **A.**   No.

15        **Q.**   Were there any scheduled protests on the grounds

16   on January 6th?

17        **A.**   No.

18        **Q.**   Counsel also asked you about the turtle suit.

19   When an officer puts on the turtle suit, does it cover every

20   single inch of their body?

21        **A.**   Sort of.  Most of them are -- the shields are on

22   the outside and then there are straps in the inside, so

23   there are some areas they can get in maybe the joint areas.

24   Those are not covered.

25        **Q.**   And when you just said "joint area," did you just

                 TIA SUMMERS - Redirect by Ms. Lederer

1    kind of point towards heart area for the record?

2        **A.**   Yeah, your arm pits, your elbow pit here, right

3    behind the knees, those are not necessarily covered.

4        **Q.**   And last question, but it's going to be kind of in

5    a little bit of a part.

6            Counsel just asked you if you saw the individual

7    in a green jacket and white helmet confronting any officers

8    inside.  Correct?

9        **A.**   Yes.

10       **Q.**   Okay.  I want to talk about the outside.

11           **MS. LEDERER:**  If we could show Captain Summers

12   512, please.

13           **MS. RIVES:**  [Complied]

14   **BY MS. LEDERER:**

15       **Q.**   Now, as it's being brought up, Captain Summers,

16   did we watch a lot of video of an individual in a white

17   helmet and green jacket outside?

18       **A.**   Yes.

19       **Q.**   Did you see that individual confronting officers

20   outside?

21       **A.**   Yes.

22       **Q.**   Okay.  I have no further questions.  Thank you.

23           **THE COURT:**  Do you want to do anything with 512?

24           **SPEAKER1:**  Yeah, we can, now that it's up.  I just

25   didn't know how long it would take to set up.

                TIA SUMMERS - Redirect by Ms. Lederer

1    **BY MS. LEDERER:**

2        **Q.**   Captain Summers, showing you 512.  Do you

3    recognize the area in 512?

4        **A.**   Yes.

5            **MS. LEDERER:**  If I may admit 512 at this time,

6    Your Honor.

7            **MS. COSTNER:**  No objection.

8            **THE COURT:**  Government's 512 is admitted and may

9    be published.

10        (Government's Exhibit 512 was admitted.)

11   **BY MS. LEDERER:**

12       **Q.**   Captain Summers, in 512, this still photograph,

13   can you see a person in a white helmet and a green jacket?

14       **A.**   Yes.

15       **Q.**   Do you see officers?

16       **A.**   Yes.

17       **Q.**   Are those Capitol Police officers?

18       **A.**   Yes.

19       **Q.**   What is the individual in the white helmet and

20   green jacket doing in this photograph?

21       **A.**   It appears that he is pushing --

22           **MS. COSTNER:**  Objection.

23           **THE WITNESS:**  -- against a riot shield.

24           **THE COURT:**  Did I hear an objection?

25           **MS. COSTNER:**  Yes, Your Honor.

                TIA SUMMERS - Redirect by Ms. Lederer

1          **THE COURT:**  What's the objection?

2          **MS. COSTNER:**  I just object to, I guess, her

3     opinion of what it appears he is doing.

4          **THE COURT:**  Sustained.

5     **BY MS. LEDERER:**

6          **Q.**   Captain Summers, can you see the arms of the green

7     jacket?

8          **A.**   Yes.

9          **Q.**   The person in the green jacket, where are his

10    harms arms?

11         **A.**   It looks like they're up against the shield a tad

12    bit.  It's a hard to tell with the owl or whatever it is in

13    the middle there.

14         **Q.**   The watermark.

15              When you say "the shield", are you talking about

16    any shield?

17         **A.**   No, the riot shield.

18         **Q.**   And the riot shield belonging to whom?

19         **A.**   Looks like a U.S. Capitol police officer is

20    holding it up.

21          **MS. LEDERER:**  Thank you.  No further questions.

22          **THE COURT:**  I assume no recross?

23          **MS. COSTNER:**  No, Your Honor.

24          **THE COURT:**  Captain, thank you very much for your

25    testimony this morning and for your service over the last 24

                TIA SUMMERS - Redirect by Ms. Lederer

 1   years but also on January 6th.  Thank you.

 2           **THE WITNESS:**  Thank you, sir.

 3           **THE COURT:**  Thank you.

 4      (Witness stepped down.)

 5           **THE COURT:**  The government may call its next

 6   witness.

 7           **MS. ERIKSEN:**  The government calls Officer Chad

 8   Curtice.

 9           **THE COURT:**  Very well.

10           (Brief pause.)

11           Would someone like to go get Mr. Curtice?

12           **MS. ERIKSEN:**  My apologies, Your Honor.

13      (Witness took the stand.)

14           **THE COURT:**  Good morning.

15           **DEPUTY CLERK:**  Please raise your right hand.

16           Do you solemnly wear swear or affirm the testimony

17   you will give the Court and the jury will be the truth, the

18   whole truth and nothing but the truth?

19           **THE WITNESS:**  I do.

20           **DEPUTY CLERK:**  Thank you and please be seated.

21           **DIRECT EXAMINATION OF CHAD CURTICE**

22   BY MS. ERIKSEN:

23      **Q.**  Good morning, Officer.

24      **A.**  Good morning.

25      **Q.**  Can you please state and spell your name for the

                CHAD CURTICE - Direct by Ms. Eriksen

1    record?

2          **A.**    My name is Chad Curtice.  Chad spelled C-H-A-D.

3    Curtice spelled C-U-R-T-I-C-E.

4          **Q.**    How are you employed?

5          **A.**    I'm employed by the Metropolitan Police Department

6    of the District of Columbia.

7          **Q.**    And how long have you worked there?

8          **A.**    About seven years.

9          **Q.**    And what are your current duties or your current

10   title?

11         **A.**    My current title is a field training officer, just

12   a regular patrol officer that trains people.

13         **Q.**    Trains new police officers?

14         **A.**    Yes.

15         **Q.**    And do you have any specialized training?  Are you

16   in any special units?

17         **A.**    I am also in the crime suppression team in the

18   Fourth District.  That training consists of doing search

19   warrants and various other high-risk procedures.

20         **Q.**    Do you have any special training for protests,

21   riots, anything like that that might occur in the District

22   of Columbia?

23         **A.**    Yeah.  I am civil disturbance unit trained.

24         **Q.**    And were you so trained on January 6th of 2021?

25         **A.**    Yes.

                    CHAD CURTICE - Direct by Ms. Eriksen

1      **Q.**    Were you working on that day?

2      **A.**    Yes.

3      **Q.**    Can you describe for the jury what your assignment

4      was on that day?

5      **A.**    I was assigned to, what we call, CDU-42.  We were

6      stationed along Constitution Avenue.

7      **Q.**    42, is that just the number of your unit?

8      **A.**    That is the number of the unit.  It makes it a

9      rapid response unit.  So the two in the number makes it a

10     rapid response unit meaning I respond to riots or people

11     acting disorderly.  We wear a whole plethora of pads on our

12     bodies.

13     **Q.**    Can you describe those plethora of pads?

14     **A.**    We have all the way down to shin pads, thigh pads.

15     We have forearm pads, shoulder pads, then helmets.

16     **Q.**    Do you have like a face shield?

17     **A.**    We have a face shield as well.

18     **Q.**    Do you have riot shields that you might hold or

19     no?

20     **A.**    We did not that day.

21     **Q.**    Not on January 6th?

22     **A.**    No.

23     **Q.**    Are there some soft parts of your body still

24     exposed on that day?

25     **A.**    Yes.

CHAD CURTICE - Direct by Ms. Eriksen

1        **Q.**    How did you start your day on January 6th?

2        **A.**    I started my day positioned along Constitution.

3    We were all spread out in our CDU platoon wearing my normal

4    police uniform.

5        **Q.**    Do you remember what time that was about?

6        **A.**    I do not.

7        **Q.**    Was it the morning?

8        **A.**    It was in the morning, yes.

9        **Q.**    Okay.  And was there a game plan for that day or

10    were you just there in case something happened?

11        **A.**    We were there both for high visibility so

12    everybody there could see the police and then, also, just in

13    case something happened.

14        **Q.**    You remember bike racks and other types of

15    barriers up that day?

16        **A.**    Yes.

17        **Q.**    At some point did your unit get activated?

18        **A.**    Yes.

19        **Q.**    And do you remember about what time that was?

20        **A.**    It was about 2:00 in the afternoon.

21        **Q.**    And what happened at that time.  Where were

22    directed to report?

23        **A.**    So we were directed to report to the United States

24    Capitol, and we were told that it was being breached.

25        **Q.**    Did you change your uniform at that time?

                    CHAD CURTICE - Direct by Ms. Eriksen

1      **A.**   Yes.  Prior to responding, we all put on our pads

2   that I had just described.

3      **Q.**   And then what did you do?

4      **A.**   We all loaded up into various vans, drove to the

5   north side of the Capitol where we all exited and eventually

6   went through the back of a large crowd of rioters at the

7   Capitol and attempted to get in front of them in order to

8   stop them from entering the Capitol.

9      **Q.**   And how did you get from where you were to the

10   Capitol?  It was in the van.  How long did that drive take

11   approximately?

12      **A.**   Maybe a few minutes.

13      **Q.**   Okay.

14          And for MPD in the CDU gear you were wearing, do

15   you have a number or any demarcation of your name anywhere?

16      **A.**   So I didn't have our outer garment on, so my name

17   was visible just as shown right here.  Also, my helmet had

18   large numbers with my badge number on the front.

19      **Q.**   What number is that?

20      **A.**   4836.

21      **Q.**   You said there is an outer garment.  Is there an

22   additional gear that you didn't have on that day?

23      **A.**   Yes.  It's a whole flame retardant suit that goes

24   over the pads.

25      **Q.**   Why weren't you wearing that?

                    CHAD CURTICE - Direct by Ms. Eriksen

1      **A.**    It was too much of an emergency situation.  That

2   takes time to put on.

3      **Q.**    Okay.

4             Now talking about what you were wearing that day,

5   do you wear body-worn camera?

6      **A.**    Yes.

7      **Q.**    And what is the purpose of the body-worn camera?

8   What does it do?

9      **A.**    Record everything I do and say as well as

10  everything anybody I might interact with does and says.

11     **Q.**    Do you wear that whenever you're on duty?

12     **A.**    Yes.

13     **Q.**    Regardless of your uniform?

14     **A.**    Yes.

15     **Q.**    Do you have it on today?

16     **A.**    I do.

17     **Q.**    Could you just show the jury where it is?

18     **A.**    Yes.  It's right in the center of my chest.

19     **Q.**    Let the record reflect he's pointing to a box in

20  the center of his chest.

21             Were you wearing it on January 6, 2021?

22     **A.**    Yes.

23     **Q.**    And how does the body-worn camera work?  Is that

24  something every MPD officer wears?

25     **A.**    That is.

                    CHAD CURTICE - Direct by Ms. Eriksen

1    **Q.**   And that's just kept in your normal routine of

2    everyday business?

3    **A.**   Yes.

4    **Q.**   When you arrive to work or end a shift, how do you

5    put on and take off the body-worn camera?

6    **A.**   Demonstration-wise, I just turn it, take it off.

7    This is at the end of the shift.  I'll dock it into a

8    docking station that we have.  It uploads all our videos to

9    what we call Evidence.com, which is a database to store the

10   videos.  At the beginning of the shift I'll just put it on

11   just like that.

12   **Q.**   So does it stay on the dock till you're back in

13   the next day?

14   **A.**   Yes.

15   **Q.**   Who has access to that video?

16   **A.**   Only supervisors have access to the videos.

17   **Q.**   So you have only your own?

18   **A.**   I can only access my own videos, yes.

19   **Q.**   And then your supervisor?

20   **A.**   Yes.

21   **Q.**   So you don't have access to any other police

22   officer's body-worn camera?

23   **A.**   No.

24   **Q.**   Are you able to alter that video once it's docked

25   and uploaded?

CHAD CURTICE - Direct by Ms. Eriksen

1    **A.**    No.

2    **Q.**    Have you had an occasion to review some of the

3    body-worn camera from January 6th?

4    **A.**    Yes.

5    **Q.**    Both your own and others?

6    **A.**    Yes.

7    **Q.**    We showed you the others, though.  Right?  You

8    didn't get that on your own?

9    **A.**    Yes.

10    **Q.**    Okay.  I would like to show you what has been

11    marked for identification as Exhibit 404.

12        (Brief pause.)

13            **MS. ERIKSEN:**  Can you hit pause, please?

14            **MS. RIVES:**  [Complied]

15    **BY MS. ERIKSEN:**

16    **Q.**    Officer Curtice, do you recognize this?

17    **A.**    Yes.

18    **Q.**    What is this?

19    **A.**    This is my body-worn camera footage.

20    **Q.**    Do you recognize that number at the top?

21    **A.**    Yes.

22    **Q.**    Do all body-worn camera video have that

23    demarcation at the top right-hand corner?

24    **A.**    Yes.

25    **Q.**    What date is it on here?

                CHAD CURTICE - Direct by Ms. Eriksen

1    **A.**    It's going to be January 6, 2021 at 13:53 hours.

2    **Q.**    Is there anything unique about body-worn camera

3    when it begins, is it silent?

4    **A.**    Yes, silent for two minutes before audio starts.

5         **MS. ERIKSEN:**  All right.  Your Honor, I would move

6    to admit Exhibit 405 and permission to publish to the jury.

7         **MR. KNIGHT:**  No objection.

8         **THE COURT:**  Government's 405 is admitted and may

9    be published.

10        (Government's Exhibit 405 was admitted.)

11        **DEPUTY CLERK:**  [Complied]

12   **BY MS. ERIKSEN:**

13   **Q.**    So this would record from the minute you got in

14   the vehicle headed towards the Capitol; is that right?

15   **A.**    That's what it appears so, maybe right after we

16   started moving is when I activated it.

17        **MS. ERIKSEN:**  Could you speed up to two minutes on

18   the video and start playing there?

19        **MS. RIVES:**  [Complied]

20   **BY MS. ERIKSEN:**

21   **Q.**    We're at 2 minutes on the clock.  Can you read the

22   time, Officer Curtice, in the top right?  What time?

23   **A.**    Yes, the time is 13:55 --

24        **THE COURT:**  Hold on a second.

25        **MS. ERIKSEN:**  Sorry.

CHAD CURTICE - Direct by Ms. Eriksen

1    **BY MS. ERIKSEN:**

2        **Q.**   Go ahead, what time?

3        **A.**   13:55 and 44 seconds.

4        **Q.**   Unlike CCTV, this has sound.  Correct?

5        **A.**   Yes.

6            **MS. ERIKSEN:**  All right.  Can you go ahead and hit

7    play, please?

8            (Video played.)

9            **MS. ERIKSEN:**  We're paused at 2 minutes and 21

10   seconds on the clock.

11   **BY MS. ERIKSEN:**

12       **Q.**   Officer Curtice, can you describe what we're

13   seeing here?

14       **A.**   So we just exited the vans.  We're trying to see

15   where we need to go and how to get there.  We're not

16   familiar with the Capitol as MPD officers, so we needed to

17   find a Capitol Police officer in order to escort us to where

18   we needed to be.

19       **Q.**   How many times had you been to the Capitol before

20   January 6, 2021?

21       **A.**   Zero.

22       **Q.**   Zero?

23       **A.**   Yes.

24       **Q.**   So are you taking your direction directly from

25   Capitol Police and other supervisors?

                    CHAD CURTICE - Direct by Ms. Eriksen

1       **A.**   Yes.

2           (Video continued playing.)

3               **MS. ERIKSEN:**  Pause please.

4               **MS. RIVES:**  [Complied]

5    BY MS. ERIKSEN:

6       **Q.**   So we're paused at 3:01 on the clock.  What are we

7    looking at right here?

8       **A.**   Oh, we were looking at everybody line up in

9    formation in order to march to where we needed to be.

10      **Q.**   You mentioned before that you had never been to

11   the Capitol before January 6th; is that right?

12      **A.**   Correct.

13      **Q.**   Did you have any idea what you were walking into

14   that day?

15      **A.**   No.

16      **Q.**   What was the message, just for backup?

17      **A.**   Message was that we had rioters are breaching the

18   Capitol and that we needed to respond for backup.

19      **Q.**   No further details?

20      **A.**   No further details.

21          (Video continued playing.)

22              **MS. ERIKSEN:**  We're paused at 3 minutes and 32

23   seconds on the clock.

24   BY MS. ERIKSEN:

25      **Q.**   Are you noticing anything different as you start

                    CHAD CURTICE - Direct by Ms. Eriksen

1    moving closer to the building?

2         A.   Yes, we're noticing just the vast amount of people

3    that are where we're heading.

4         Q.   Is the noise level increasing?

5         A.   Yes.

6         Q.   Are you able to hear anything specific at this

7    point yet?

8         A.   At this point, no.

9              MS. ERIKSEN:   Okay.  If you could continue

10   playing.

11        (Video continued playing.)

12   BY MS. ERIKSEN:

13        Q.   Officer Curtice, I'm directing you to the right of

14   the officer in front of you.  Do you notice anything along

15   the side in terms of barriers or signage?

16        A.   Yes.  There is an "Area Closed" sign and there's

17   barriers further up with cones also.

18        Q.   And are you seeing those -- some of them up and

19   some of them down at the Capitol that day?

20        A.   Yes.

21             MS. ERIKSEN:   You can continue playing, please.

22        (Video continued playing.)

23             Pause please.

24             MS. RIVES:   [Complied]

25

                CHAD CURTICE - Direct by Ms. Eriksen

1    BY MS. ERIKSEN:

2        Q.   We are paused at 4 minutes and 42 seconds on the

3    clock.  Can you describe what's happening now?

4        A.   Here, we're walking through the back of the crowd

5    in order to get in front of them.

6        Q.   You're on the west side of the Capitol?

7        A.   We are on the west side of the Capitol.

8        Q.   Are things changing at all here?

9        A.   People are increasingly becoming more dense.

10           MS. ERIKSEN:   Okay.  You can push play.

11       (Video continued playing.)

12           MS. ERIKSEN:   We are paused at 5 minutes and 59

13   seconds on the clock.

14   BY MS. ERIKSEN:

15       Q.   Is it getting harder to make your way through the

16   crowd here?

17           MR. KNIGHT:   Objection leading.

18           THE COURT:   Sustained.

19   BY MS. ERIKSEN:

20       Q.   Officer, how would you characterize this part of

21   the video as you move through the crowd?

22       A.   So as we got to the front of the crowd, the crowd

23   became more hostile, yelling at us various things, like

24   traitors.  They began assaulting us, preventing us from

25   getting to the front.

                    CHAD CURTICE - Direct by Ms. Eriksen

1    **Q.**   How many people are in this -- would you call this

2    a platoon that you were moving with that day?

3    **A.**   Yes.

4    **Q.**   How many people are in your platoon?

5    **A.**   So there are 28 officers, 4 sergeants and a

6    lieutenant.  So what does that make?  It's 35.

7    **Q.**   Okay.  Did that number feel sufficient with what

8    you were dealing with?

9           **MR. KNIGHT:**  Objection.

10          **THE COURT:**  Can you rephrase that question?

11          **MS. ERIKSEN:**  Sure.

12   **BY MS. ERIKSEN:**

13   **Q.**   Were there more than 35 people out there at that

14   time?

15   **A.**   Yes.

16          **MS. ERIKSEN:**  Can you press play?

17      (Video continued playing.)

18          **MS. ERIKSEN:**  We are now at 7 minutes on the

19   clock.

20   **BY MS. ERIKSEN:**

21   **Q.**   Can you describe for the jury where you and the

22   platoon are now?

23   **A.**   We are on the west side of the Capitol, the lower

24   level, ground level.

25   **Q.**   Are you there alone?

                    CHAD CURTICE - Direct by Ms. Eriksen

1          A.    No, with multiple other MPD and Capitol Police

2     officers.

3          Q.    Could you -- for the jury, could you circle

4     someone in an MPD uniform if you see them on the screen?

5          A.    These guys are in MPD uniforms, but we are not all

6     wearing highlighter colors.

7          Q.    Do you see any Capitol Police in this shot?

8          A.    I can't tell for sure but this guy looks like he's

9     got a Capitol Police --

10              MR. KNIGHT:   Objection.

11              MS. ERIKSEN:   Can you continue playing.

12         (Video continued playing.)

13              MS. ERIKSEN:   Can you rewind?

14              MS. RIVES:   [Complied]

15     BY MS. ERIKSEN:

16         Q.    Can you describe for the jury what we're seeing

17     now?

18         A.    So we're seeing MPD officers just attempting to, I

19     guess, fit in where they need to be.   To the left of the

20     BWC, you see MPD officers behind a barricade, what we call,

21     holding the line keeping protestors or rioters from gaining

22     any further ground.

23         Q.    When you say "where they need to be", were you

24     instructed where you were supposed to go?

25         A.    Every once in a while, there was instructions, but

                    CHAD CURTICE - Direct by Ms. Eriksen

1    it was so chaotic that everybody just kind of had to know

2    what to do themselves.

3         Q.   So what was your general idea of what you were

4    supposed to do?

5         A.   Hold the crowd back from breaching the Capitol any

6    further.

7         Q.   And at this time, what are the -- what is the mood

8    like on the ground?

9         A.   To me, it seemed like a panic.  It was something

10   we never dealt with before.  So we just had to think on the

11   fly.

12        Q.   Did you -- were you scared?

13        A.   Slightly scared, especially in this clip because

14   about, I guess, 28 of my fellow platoon members hadn't made

15   it through the crowd yet.

16        Q.   Were there many more rioters than police at that

17   time?

18        A.   Yes.

19        Q.   Could you estimate how many people were in that

20   crowd?

21             MR. KNIGHT:  Objection.

22             THE WITNESS:  A couple thousand.

23             THE COURT:  Overruled.  Objection overruled.

24   BY MS. ERIKSEN:

25        Q.   In all of your time as a Metropolitan Police

                   CHAD CURTICE - Direct by Ms. Eriksen

1   officer, including on the CDU riot unit, had you ever dealt

2   with a situation like this?

3        **A.**   No.

4             **MS. ERIKSEN:**  We've advanced the video to 15:24 on

5   the clock -- 15:24 minutes and 14:09:05 on the actual clock.

6   If you could hit play, please?

7        (Video played.)

8   **BY MS. ERIKSEN:**

9        **Q.**   What are you and your platoon members doing at

10  this point?

11       **A.**   We are holding back the rioters.

12       **Q.**   And how are you doing that?

13       **A.**   By means of either using shields.  I had a baton

14  to my hand but I learned it was ineffective so I had to hold

15  onto this metal barricade --

16       **Q.**   You learned -- I'm sorry.  Can you repeat that?

17       **A.**   I learned the baton was ineffective because I was

18  getting it pushed back into myself, so I had to hold onto

19  the metal barricade in front of me to prevent it from

20  pushing me over.

21       (Video continued playing.)

22       **Q.**   Officer Curtice, do you see someone in the frame

23  in a green jacket and white helmet?

24       **A.**   Yes.

25       **Q.**   Could you circle him, please?

                    CHAD CURTICE - Direct by Ms. Eriksen

1      **A.**     [Complied]

2      **Q.**     Did you see him come across from the right?

3      **A.**     Yes.

4      **Q.**     I'll ask you to continue to watch the video, when

5   you can, keeping your eyes on the person in the green

6   jacket.

7          (Video continued playing.)

8      **Q.**     We paused at 17:54 on the clock.  Officer Curtice,

9   do you still see the person in the green jacket?

10     **A.**     Yes.

11     **Q.**     Could you circle him for me, please?

12     **A.**     [Complied]

13     **Q.**     Thank you.  We're going to speed up the video to

14  14:13 on the time clock, please.

15         (Video continued playing.)

16         **MS. ERIKSEN:**  Could you hit pause please?

17         **MS. RIVES:**  [Complied]

18  **BY MS. ERIKSEN:**

19     **Q.**     Officer Curtice, if you know, what are the cheers

20  about?

21     **A.**     So rioters had gained access behind us to an upper

22  level of the Capitol.

23     **Q.**     Okay.

24         (Video continued playing.)

25             What's been happening this past minute or so?

                CHAD CURTICE - Direct by Ms. Eriksen

1    **A.**   So almost the whole front row of people, including

2    people behind them, probably tens of people, were attempting

3    to push the gate I was holding onto back or the barrier I

4    was holding onto back.

5    **Q.**   How many other people were holding onto that gate

6    with you?

7    **A.**   At this point, I believe it was just me.

8    **Q.**   Okay.

9    (Video continued playing.)

10       I asked you before to keep your eye out for

11   someone in a green jacket.  Do you see that person in this

12   still?  We're at 21:26 on the clock.

13   **A.**   Yes.

14   **Q.**   Can you circle that person for me?

15   **A.**   [Complied]

16   **Q.**   Thank you.

17       **MS. ERIKSEN:**  We've now advanced the clock to 24

18   minutes and 49 seconds in and we're going to hit play again.

19   **BY MS. ERIKSEN:**

20   **Q.**   Again if you see the person in the green jacket,

21   just keep your eye on him.  Thank you.

22   (Video continued playing.)

23       What is the crowd doing at this point?

24   **A.**   Just berating us, yelling at us.

25   **Q.**   Do you see the person in the green coat?

CHAD CURTICE - Direct by Ms. Eriksen

1      **A.**   Yes.

2           (Video continued playing.)

3      **Q.**   Could you hear what the person in the green jacket

4      just said?

5      **A.**   I did not.

6           (Video continued playing.)

7      **Q.**   Were you able to hear it that time?

8      **A.**   I heard "they like them other boys", some other

9      words that I couldn't comprehend and then "disgrace".  He

10     yelled "disgrace".

11          (Video continued playing.)

12     **Q.**   Do you see the person in the green jacket here?

13     **A.**   Yes.

14     **Q.**   And what is he doing?

15     **A.**   He's yelling, "We want Trump."

16          **MS. ERIKSEN:**   If we could advance to 14:21 on the

17     time clock, please.

18          (Video continued playing.)

19          **MS. ERIKSEN:**   We're paused at 27:45 into the video

20     at 14:21:26 on the clock.

21     **BY MS. ERIKSEN:**

22     **Q.**   Did you see the person in the green jacket?

23     **A.**   Yes.

24     **Q.**   And what were they doing?

25     **A.**   Chanting "USA".

                    CHAD CURTICE - Direct by Ms. Eriksen

1      Q.   Officer Curtice, you mentioned that you were

2   holding, at some point, the -- that bike rack fencing by

3   yourself; is that correct?

4      A.   Yes.

5      Q.   Did you sustain any injuries as a result of either

6   these incidents or other incidents on January 6?

7      A.   Yes, muscle strains throughout my whole body and

8   then a light concussion.

9      Q.   I'm sorry.  A light concussion?

10     A.   Yes.

11     Q.   And how many hours were you out at the Capitol

12   that day, if you recall?

13     A.   I do not recall.

14     Q.   Were you there till dark or do you not remember?

15     A.   Yes, it was until dark.

16     Q.   Okay.

17          And in addition to the words that we can hear, is

18   there any other type of protest or violence going on against

19   officers on this day that occurred -- that happened to you

20   or anyone else while you were out on that line?

21     A.   Yes.

22     Q.   And what would that be?

23     A.   Violence as in assaults.  Yes, there was various

24   assaults on us, obviously, with a flag pole at one point --

25          **MR. KNIGHT:**  Objection.

                CHAD CURTICE - Direct by Ms. Eriksen

1          **THE COURT:**  Sustained.  Ladies and gentlemen, the

2     word "assault", as you'll hear at the end of the jury

3     instructions, is a legal term of art that a witness can't

4     testify about a legal conclusion.  So if you could just

5     rephrase the question.

6          **MS. ERIKSEN:**  I'll try to clarify.

7     **BY MS. ERIKSEN:**

8     **Q.**    Officer, if anything was happening between you and

9     the people in the crowd, could you describe exactly what was

10    happening?

11    **A.**    There was hand-to-hand combat, punches thrown,

12    pushing, shoving, various poles that you can kind of see in

13    the video being swung towards us.

14    **Q.**    Was there any kind of, like, mace or -- I know we

15    all have different technical terms -- OC spray, anything

16    like that being deployed?

17    **A.**    Many of the rioters had bear mace.

18    **Q.**    And how is that different from what the police

19    might use or a citizen might use?

20    **A.**    It's more potent in its effects on a human because

21    it's meant for keeping away bears.

22    **Q.**    When you trained to be a police officer, are you

23    trained to withstand what we call OC spray, which is like a

24    pepper spray?

25    **A.**    Yes.

                 CHAD CURTICE - Direct by Ms. Eriksen

1          **MR. KNIGHT:**  Objection.  Relevance.

2          **THE COURT:**  Overruled.

3  **BY MS. ERIKSEN:**

4      **Q.**   Are you trained to deal with something like bear

5  spray?

6      **A.**   No.

7      **Q.**   Is that something you have ever been sprayed with

8  before?

9      **A.**   No.

10         **MS. ERIKSEN:**  If you could pull up Exhibit 515.

11         (Video played.)

12         **MS. ERIKSEN:**  Hit pause, please.

13         **MS. RIVES:**  [Complied]

14  **BY MS. ERIKSEN:**

15     **Q.**   Officer, I'm showing you what's been marked for

16  identification as Government's Exhibit 515.  Do you

17  recognize the still shot in this video?

18     **A.**   No.

19     **Q.**   No.  I'm showing you what's at 5:07 on the clock.

20  I know that first frame wasn't much of anything.  Do you

21  recognize this?

22     **A.**   Yes.

23     **Q.**   And what is this?

24     **A.**   A still shot from the crowd -- or from the crowd

25  of people towards the police.

                CHAD CURTICE - Direct by Ms. Eriksen

1    **Q.**   And does this accurately reflect what the west

2    side of the Capitol looked like on January 6th when you were

3    out there?

4    **A.**   Yes.

5          **MS. ERIKSEN:**  Your Honor, at this time, I would

6    offer in Exhibit 515.

7          **THE COURT:**  I think 515 is already admitted into

8    evidence.

9          **MS. ERIKSEN:**  Oh, is it?  I'm sorry.

10         If you could hit play, please.

11   (Video played.)

12         **MS. ERIKSEN:**  If you could hit pause.

13         **MS. RIVES:**  [Complied]

14   **BY MS. ERIKSEN:**

15   **Q.**   Again, if you could just follow -- did you just

16   see a person in a green jacket and a white helmet in the

17   crowd?

18   **A.**   Yes.

19   **Q.**   Can you just circle where that person is now?

20   **A.**   [Complied]

21   **Q.**   Thank you.  And if you could try to follow that

22   person as we watch.  Thanks.

23         (Video continued playing.)

24         **MS. ERIKSEN:**  Can you hit pause?

25         **MS. RIVES:**  [Complied]

                CHAD CURTICE - Direct by Ms. Eriksen

1      BY MS. ERIKSEN:

2           **Q.**    Do you see that person in the green coat and white

3      helmet?

4           **A.**    Yes.

5           **Q.**    Can you describe what you just saw that person

6      doing in the video?

7           **A.**    That person is pushing a Capitol Police officer's

8      shield, attempting to push the police officer back.

9           **Q.**    Do you, by any chance, see yourself in this video?

10          **A.**    No.

11          **Q.**    Not at this time?  Okay.

12          (Video continued playing.)

13               Can you see the person in the white helmet and

14     green jacket still?

15          **A.**    Yes.

16          **Q.**    What did you just observe that person do?

17          **A.**    Continue to push the police line, specifically the

18     Capitol Police officer.

19          **Q.**    Okay.

20               Officer, I'm going to show you what has been

21     marked for identification as Government's Exhibit 518.

22               **MS. ERIKSEN:**  Can you please advance the video to

23     the 13 -- approximately the 13-minute mark?

24               **MS. RIVES:**  [Complied]

25               **MS. ERIKSEN:**  That's fine.  Thank you.

                        CHAD CURTICE - Direct by Ms. Eriksen

1   BY MS. ERIKSEN:

2        **Q.**   Officer, do you recognize this?

3        **A.**   Yes.

4        **Q.**   And what is it?

5        **A.**   It's the crowd on the West Terrace or on the west

6   side of the Capitol.

7        **Q.**   On January 6, 2021?

8        **A.**   Yes.

9        **MS. ERIKSEN:**   Your Honor, I'd move into evidence

10   Exhibit 518.

11        **MR. KNIGHT:**   No objection.

12        **THE COURT:**   Government's 518 is admitted and may

13   be published to the jury.

14        (Government's Exhibit 518 was admitted.)

15        **DEPUTY CLERK:**   [Complied]

16        **MS. ERIKSEN:**   Thank you, Your Honor.

17        Please push play, please.

18        (Video played.)

19   BY MS. ERIKSEN:

20        **Q.**   Can you describe what we just saw there?

21        **A.**   So that was a video, actually, of my platoon

22   attempting to get in front of this crowd in order to keep

23   them away from the Capitol.

24        **Q.**   Did you see yourself in the line there?

25        **A.**   I did not.

                CHAD CURTICE - Direct by Ms. Eriksen

1        **MS. ERIKSEN:**  We're at 14:40 -- I'm sorry.  13:40

2     and we're going to back up to about 13:38 on the clock.

3     **BY MS. ERIKSEN:**

4        **Q.**   Officer, if you could look at this still of the

5     video.  Do you see the person in the green jacket and white

6     helmet?

7        **A.**   Yes.

8        **Q.**   Could you circle them, please?

9        **A.**   [Complied]

10       **Q.**   Thank you.

11       **MS. ERIKSEN:**  Okay.  We can keep playing from

12    here.  Thank you.

13       (Video continued playing.)

14    **BY MS. ERIKSEN:**

15       **Q.**   Officer, do you see the person in the green jacket

16    and the white helmet?

17       **A.**   Yes.

18       **Q.**   Could you circle them for me, please?

19       **A.**   [Complied]

20       **MS. ERIKSEN:**  We're at 14:24 on the clock, and

21    we'll keep playing from here.

22       (Video continued playing.)

23    **BY MS. ERIKSEN:**

24       **Q.**   All right.  I'm going to show you what has been

25    previously admitted as Exhibit 301.1.

                CHAD CURTICE - Direct by Ms. Eriksen

1          (Video played.)

2              Officer, do you see the person in the green jacket

3     and white helmet?

4          **A.**   Yes.

5          **Q.**   Can you circle him for me, please?

6          **A.**   [Complied]

7          **Q.**   And do you notice the timestamp at the top of this

8     video, the actual time?

9          **A.**   Yes.

10         **Q.**   And what time is it?

11         **A.**   2:15 and 10 seconds p.m.

12         **Q.**   And what are you seeing happening in this still

13    shot which we are paused at 29 seconds on Exhibit 301.1?

14         **A.**   This is a still shot of the crowd attempting to

15    rush us and push police officers back.

16         **Q.**   And are you in this crowd of police officers at

17    this time?

18         **A.**   Yes.

19         (Video continued playing.)

20         **Q.**   I'm now going to show you, Officer, Exhibit 301.2,

21    which has already been admitted.

22             **THE COURT:**  I don't think 301.2 has been admitted.

23    Would there be any objection if offered?

24             **MR. KNIGHT:**  No objection.

25             **THE COURT:**  Would you like to --

                  CHAD CURTICE - Direct by Ms. Eriksen

1          **MS. ERIKSEN:**  We'd move to admit 301.2,

2     Your Honor.

3          **THE COURT:**  301.2 is admitted and may be shown to

4     the jury.

5          (Government's Exhibit 301.2 was received.)

6          **DEPUTY CLERK:**  [Complied]

7     **BY MS. ERIKSEN:**

8      **Q.**   Before we hit play, do you see the person in the

9     green jacket and the white helmet?

10     **A.**   Yes.

11     **Q.**   Could you circle that person for me?

12     **A.**   [Complied]

13     **Q.**   Thank you.

14          (Video played.)

15          Officer, can you just describe what was happening

16    during that video?

17     **A.**   That video was just the crowd, basically, yelling

18    at us, calling us traitors, treasonous and so forth.

19     **Q.**   I have one last exhibit to show you and that is

20    Exhibit 113.  And this has already been admitted.

21          Officer, we were just looking at live video, but

22    do you recognize what this Exhibit 113 is?

23     **A.**   Yes.

24     **Q.**   And what is that?

25     **A.**   The west side of the United States Capitol.

                 CHAD CURTICE - Direct by Ms. Eriksen

1          Q.    Using -- if you could draw, could you just show us

2     where the line that you were trying to hold was -- where you

3     were standing for most of the video we just watched?

4          A.    So the line that I was trying to hold was right

5     around right here.  I know it spanned all the way across

6     about like that.  [Indicated]

7          Q.    Okay.  And eventually was that line breached?

8          A.    Yes.

9          Q.    And where did you go after that?

10         A.    I went to, if you're looking at this, the back

11    right corner.

12         Q.    Were you stuck in the corner with your platoon?

13         A.    Just with anybody who was there.  I didn't even

14    know where my platoon was at that time.

15         Q.    Okay.

16               And, Officer, you mentioned that various things

17    were deployed against you, such as bear spray, poles.  Were

18    there any weapons drawn?

19         A.    No.

20         Q.    Were you worried there were weapons there?

21         A.    Yes.

22         Q.    Were you aware if anybody in the crowd had passed

23    through a metal detector of any kind?  Did you see any?

24         A.    No, I did not see any.

25         Q.    Thank you, Officer.  Please answer any questions

                 CHAD CURTICE - Direct by Ms. Eriksen

1    defense counsel has of you.

2              **THE COURT:**  Mr. Knight?

3              As I said before, I need to take a recess

4    somewhere in the quarter to 1 to 1:00 timeframe.  So it's

5    not a problem if your cross goes past that.  We'll just need

6    to take a recess at some appropriate time.  Okay?

7              **MR. KNIGHT:**  Okay.  Thank you, Your Honor.

8              **THE COURT:**  Of course.

9              <u>**CROSS-EXAMINATION OF CHAD CURTICE**</u>

10   BY MR. KNIGHT:

11       **Q.**   Officer Curtice, good afternoon.

12       **A.**   Good afternoon.

13       **Q.**   You had testified about your time on January 6th

14   just now?

15       **A.**   Yes.

16       **Q.**   You had said that you were wearing riot gear; is

17   that right?

18       **A.**   Yes.

19       **Q.**   Do they call that a turtle suit?

20       **A.**   I believe they used to.  We don't call it that

21   anymore.

22       **Q.**   What do you call it now?

23       **A.**   Just pads.  We say, Go put on your pads.

24       **Q.**   And the suit that you're wearing, it has guards

25   all over it?

                 CHAD CURTICE - Cross by Mr. Knight

1    **A.**    Yes.

2    **Q.**    It has guards for your shins?

3    **A.**    Yes.

4    **Q.**    Guards for your thighs?

5    **A.**    Yes.

6    **Q.**    Does it have guards for your knees?

7    **A.**    The shin guards include the knee guards.

8    **Q.**    And for your arms, forearms?

9    **A.**    Yes.

10   **Q.**    And your upper arm?

11   **A.**    Yes.

12   **Q.**    Across your shoulders?

13   **A.**    Yes.

14   **Q.**    The helmets that you wear, what are they made of?

15   **A.**    I'm not positive.

16   **Q.**    Is it a hard material?

17   **A.**    It's a hard material, yes.

18   **Q.**    Is it plastic?

19   **A.**    Yes.

20   **Q.**    Does it include a visor?

21   **A.**    Yes.

22   **Q.**    Is the visor rounded?

23   **A.**    Yes.

24   **Q.**    And that's to help deflect incoming blows?

25   **A.**    Correct.

                    CHAD CURTICE - Cross by Mr. Knight

1      **Q.**   And the visor is fairly thick?

2      **A.**   Yes.

3      **Q.**   It's not just like a COVID mask would be?

4      **A.**   Right.

5      **Q.**   It's designed to be substantial, to withstand a

6      blow?

7      **A.**   Right.

8      **Q.**   The shields that we saw depicted in the videos

9      looked like they came in two types, one long, down to the

10     shins, and one sort of smaller and round?

11     **A.**   Correct.

12     **Q.**   Are you familiar with both of those?

13     **A.**   The longer ones that were depicted in the videos,

14     no, just the shorter ones.

15     **Q.**   Okay.  The shorter ones, are those the round ones?

16     **A.**   Oh, no.  We have short square ones that we have.

17     **Q.**   Okay.  Did you have them that day?

18     **A.**   Not my platoon, no.

19     **Q.**   Did you see other officers with the riot shields?

20     **A.**   Yes.

21     **Q.**   Were they different shapes and sizes?

22     **A.**   Yes.

23     **Q.**   Some of the shields were round?

24     **A.**   Yes.

25     **Q.**   Had you seen those before?

                   CHAD CURTICE - Cross by Mr. Knight

1      **A.**   No.

2      **Q.**   Did you notice that they had a metal reinforced

3   edge?

4      **A.**   No.

5      **Q.**   And your -- that day, some of the officers were

6   wearing gas masks; is that right?

7      **A.**   Correct.

8      **Q.**   And that's because, as you testified earlier,

9   there was OC spray being used?

10     **A.**   Yes.

11     **Q.**   And what is OC spray?

12     **A.**   I can't pronounce what it stands for, but I know

13   it's pepper spray in layman's terms.

14     **Q.**   I can't pronounce it either.  That's why I asked

15   you to do it.

16     **A.**   Yes.

17     **Q.**   But it's designed to control a crowd?

18     **A.**   Yes.

19     **Q.**   And you said it was different from bear mace?

20     **A.**   Yes.

21     **Q.**   But that was also being deployed that day?

22     **A.**   Yes.

23     **Q.**   When that OC spray is deployed, it can clear out a

24   crowd pretty quick?

25     **A.**   Yes, a small crowd though.

CHAD CURTICE - Cross by Mr. Knight

1    **Q.**   Is it an irritant?

2    **A.**   Yes.

3    **Q.**   That makes people cough?

4    **A.**   Yes.

5    **Q.**   Makes their eyes water?

6    **A.**   Yes.

7    **Q.**   We saw a man in a green jacket and a white hat in

8    the videos?

9    **A.**   Yes.

10   **Q.**   You didn't see him with OC spray?

11   **A.**   No.

12   **Q.**   You didn't see him with bear mace?

13   **A.**   No.

14   **Q.**   You didn't see him with a gun?

15   **A.**   No.

16   **Q.**   A bat?

17   **A.**   No.

18   **Q.**   Your body cam recorded the day's footage; is that

19   right?

20   **A.**   Yes.

21   **Q.**   And you've viewed other videos, as well, preparing

22   for this hearing?

23   **A.**   Yes.

24   **Q.**   So you had a broader idea about what was going on

25   in the Capitol?

                   CHAD CURTICE - Cross by Mr. Knight

1      **A.**   Correct.

2      **Q.**   In any of the videos that you observed, did you

3  observe the man in the green jacket and the white hat go

4  inside the Capitol?

5      **A.**   No.

6      **Q.**   When you were on the line, you had ahold of a bike

7  rack for a good long while; is that right?

8      **A.**   Correct.

9      **Q.**   And you were resting your hands there on it?

10     **A.**   Yes, I was holding it mostly.

11     **Q.**   Just before that, you had had a baton in your

12  hand; is that right?

13     **A.**   Correct.

14     **Q.**   You had said earlier that your baton was

15  ineffective?

16     **A.**   Yes.

17     **Q.**   And had you tried to use your baton prior to that?

18     **A.**   Just in pushing somebody back, not in a striking

19  motion.

20     **Q.**   Okay.

21          Was it effective at pushing the person back?

22     **A.**   No.

23     **Q.**   So you used the bike rack for that?

24     **A.**   I held it because the bike rack was being pushed

25  into me.

                CHAD CURTICE - Cross by Mr. Knight

1      **Q.**   Yeah.  And while you had your hands there on the

2   bike rack, there were a line of people in front of you; is

3   that right?

4      **A.**   Correct.

5      **Q.**   We've talked about the turtle suit and you now you

6   call it riot gear.  When you're struck, is it designed to

7   spread out the impact?

8      **A.**   I don't exactly know how it's designed.

9      **Q.**   But it's designed to protect you?

10     **A.**   Yes.

11         **MR. KNIGHT:**  I'll pass the witness, Your Honor.

12         **THE COURT:**  Thank you.  Any redirect?

13         **MS. ERIKSEN:**  Very brief, Your Honor.

14         **THE COURT:**  Thank you.

15         **REDIRECT EXAMINATION OF CHAD CURTICE**

16   BY MS. ERIKSEN:

17     **Q.**   Officer Curtice, Mr. Knight pointed out to you

18   that some people had gas masks in the crowd; is that right?

19     **A.**   Yes.

20     **Q.**   In your experience, might that help with the

21   effects of OC or pepper spray on the person wearing such a

22   device?

23     **A.**   Yes.  It eliminates the effects of it.

24     **Q.**   Would any kind of gear over a person's face help

25   them with that type of spray?  Could it help them?

                    CHAD CURTICE - Redirect by Ms. Eriksen

1      **A.**   It could help them, yes.

2      **Q.**   Would something like goggles potentially help

3    somebody?

4      **A.**   Yes.

5      **Q.**   You've talked a lot about your hard gear that was

6    meant to protect you but, despite wearing that hard gear

7    throughout your time at the Capitol, you were injured; is

8    that right?

9      **A.**   Yes.

10     **Q.**   You said you suffered a concussion?

11     **A.**   Yes.

12         **MR. KNIGHT:**  Objection.  Relevance.

13         **THE COURT:**  It's relevant but it may be outside

14   the scope of cross.

15         **MS. ERIKSEN:**  I think he was asking him about his

16   turtle suit several times.

17         **THE COURT:**  He did.  He didn't ask about injuries

18   but I'll allow it.  The objection is overruled.

19   **BY MS. ERIKSEN:**

20     **Q.**   Despite wearing that gear, you were injured.

21   Correct?

22     **A.**   Yes.

23     **Q.**   I believe you also said, on cross, that holding up

24   that baton was ineffective on the person you were using it

25   against?

                 CHAD CURTICE - Redirect by Ms. Eriksen

1          A.    Yes.

2          Q.    Was there more than one person out there that day

3     that you were up against?

4          A.    Yes.

5          Q.    And did all of those people out there make it

6     difficult for you to do your job that day?

7          A.    Yes.

8               MS. ERIKSEN:   No further questions, Your Honor.

9               THE COURT:   Thank you, Counsel.

10              Officer, thank you for your testimony this

11    morning.   Thank you for your service, both generally and on

12    January 6th.   You are excused.

13              THE WITNESS:   Thank you.

14              THE COURT:   Thank you.

15         (Witness stepped down.)

16              THE COURT:   It seems to me this is a about perfect

17    time for a lunch break.   I'm very hopeful that my 1:00

18    hearing is not going to go very long.   So why don't we just

19    plan to be back on the record at 1:45 sharp.

20              I should note, for everyone's edification, that

21    that clock back there is not right.   That clock is clearly

22    wrong and it always is.   That one is just a little bit slow.

23    That's why I look back over here to make sure I know exactly

24    what time it is.

25              We'll be back on the record in almost exactly one

              CHAD CURTICE - Redirect by Ms. Eriksen

1     hour, 1:45.  Thank you, all.

2          (Jury exited the courtroom.)

3          (Lunch recess at 12:45 p.m. until 1:47 p.m.)

4          (Jury entered the courtroom.)

5          **DEPUTY CLERK:**  Your Honor, we are now back on the

6     record.

7          **THE COURT:**  Thank you, Ms. Moore.

8          The government may call its next witness.

9          **MS. LEDERER:**  Your Honor, the government calls to

10    the stand Sergeant Cohen.

11         **THE COURT:**  Very well.

12         **DEPUTY CLERK:**  Please raise your right hand.

13         Do you solemnly swear or affirm that the testimony

14    you will give the Court and jury in this matter will be the

15    truth the whole truth and nothing but the truth.

16         **THE WITNESS:**  I do.

17         **THE COURT:**  Good afternoon.

18         You may proceed.

19         **MS. LEDERER:**  Thank you, Your Honor.

20              **DIRECT EXAMINATION OF JUSTIN COHEN**

21    BY MS. LEDERER:

22    **Q.**   Good afternoon, would you please introduce

23    yourself and your job title for the jury?

24    **A.**   Sergeant Justin Cohen with the United States

25    Capitol Police.

                  JUSTIN COHEN - Direct by Ms. Lederer

1      Q.   Sergeant Cohen, how long have you been with the

2    United States Capitol Police?

3      A.   A little over 16 years.

4      Q.   Over the course of your 16 years, could you just

5    quickly walk us through the different assignments that

6    you've had within the Capitol Police?

7      A.   When I started, I was an officer on the House

8    division.  We work in the office buildings on the House side

9    and various vehicle checkpoints over around the House office

10   buildings.

11          In 2012, I transferred to the Capitol division,

12   and I worked primarily in the Capitol Visitor's Center from

13   2012 to 2020 when I was promoted to sergeant.

14     Q.   Back on January 6, 2021, were you on duty as a

15   United States Capitol Police officer?

16     A.   Yes.

17     Q.   What was your general assignment in January of

18   2021?

19     A.   My general assignment was with the first

20   responder's unit, the third shift.  That's the shift that

21   deals with most of the outside posts right around the

22   Capitol building.

23     Q.   On January 6th, 2021 itself, did you have a

24   specific assignment?

25     A.   Yes, I was assigned to the civil disturbance unit

                    JUSTIN COHEN - Direct by Ms. Lederer

1        as one of the sergeants there.

2                **Q.**    The civil disturbance unit, what is that?

3                **A.**    It's the unit -- it's like a specialty unit that

4        deals with protests and basically it's rolled out to for

5        crowd control/crowd management.

6                **Q.**    Do you normally -- like, say today, for example,

7        would you have a civil disturbance unit walking around the

8        Capitol or is that only activated in certain situations?

9                **A.**    No, it's only activated in certain situations.

10               **Q.**    Do you know why the civil disturbance unit was

11       activated on January 6th, 2021?

12               **A.**    Yes, they were expecting multiple people from the

13       rally that was down at the White House and then approaching

14       the Capitol afterward.

15               **Q.**    Where were you posted on January 6th, 2021?

16               **A.**    I was assigned to the platoon that was responsible

17       for the West Front of the Capitol.  It was myself.  There

18       was a lieutenant, two other sergeants besides myself, one

19       acting sergeant and then a platoon of about approximately 40

20       officers.

21               **Q.**    When you were sent to the specific area, would you

22       patrol back and forth?  What were you supposed to do that

23       day?

24               **A.**    We were assigned for the security of the West

25       Front, just protecting the outer perimeter.

                    JUSTIN COHEN - Direct by Ms. Lederer

1    Q.    In addition to actual uniformed officers on the

2    ground, were there any other security measures in place to

3    keep people out of -- or off of Capitol grounds?

4    A.    Oh, yes.  There were bike racks that were -- it

5    was around the entire perimeter of the Capitol.

6    Q.    On January 6th, 2021, were you wearing a specific

7    uniform that day?

8    A.    We were assigned to the hard squad we call it,

9    which is the gear, the riot gear, for lack of a better term,

10   that you might see.  We were not set out in the gear

11   originally.  We were stationed just in our uniform of the

12   day.  Our gear was stationed on the bus that was located

13   right next to botanic garden.

14   Q.    So what were you wearing instead of the riot gear?

15   A.    More or less just the uniform that you would see

16   right here.  It's a little bit different.  It has some extra

17   pockets and whatnot and an exterior vest carrier, but other

18   than that, just a normal uniform.

19   Q.    Do you recall about what time you began your tour

20   of duty that day?

21   A.    Approximately 7:00 in the morning.

22   Q.    At some point the perimeter that you were

23   guarding, was that breached?

24   A.    Yes.

25   Q.    Can you recall about what time?

JUSTIN COHEN - Direct by Ms. Lederer

1    **A.**   Sometime between noon and 1.  I don't remember the

2    exact time.

3    **Q.**   What happened when there was that breach?

4    **A.**   So I was stationed -- my squad was stationed on

5    the south side of the West Front so on the Maryland Avenue

6    walkway.  And at the time that the perimeter was breached,

7    there was an individual moved aside one of the bike racks.

8    People started coming in.

9         It was myself and two or three other officers

10   responded out to meet them and then made the determination

11   that we weren't going to be able to stop them or prevent

12   them from coming in there with just the little number of

13   officers that we had.  So we made the decision to fall back

14   to the Lower West Terrace area.

15   **Q.**   When you fell back to the Lower West Terrace area,

16   about how many officers, if you can even put a number on it,

17   fell back with you?

18   **A.**   It was our whole platoon made it back there.  So

19   roughly 40.

20   **Q.**   While you were falling back, those who breached

21   that perimeter, what did they do?

22   **A.**   They were charging forward.

23   **Q.**   Could you put a number on about how many people

24   had breached that perimeter?

25   **A.**   Ultimately or at that time?

                    JUSTIN COHEN - Direct by Ms. Lederer

1      Q.   At that time, could you even count how many people

2   were --

3      A.   No.  No.  There was thousands of people there.

4      Q.   When you fell back to the Lower West Terrace area,

5   as a sergeant, was it either you -- were you in charge of

6   setting up what to do next?

7      A.   It was pretty much chaos, pandemonium.  We fell

8   back and, yes, we tried to establish another police line

9   back at the Lower West Terrace.

10      Q.   When you say it was chaos and pandemonium, what do

11   you mean by that?

12      A.   There was rioters streaming in everywhere.  We

13   were trying to -- I was trying to make sure that I had all

14   of my officers there present and that everyone was accounted

15   for.  And then we were just trying to get some sort of

16   organization to protect the Capitol.

17      Q.   Sergeant Cohen, are you aware of surveillance

18   footage that actively records on the Capitol grounds?

19      A.   Yes.

20      Q.   If I were to show you some CCTV footage of the

21   Lower West Terrace, would you recognize it?

22      A.   Yes.

23      MS. LEDERER:  If I may have the Sergeant shown

24   what's already in evidence which is 102.

25      MS. RIVES:  [Complied]

JUSTIN COHEN - Direct by Ms. Lederer

1          **MS. LEDERER:**  If we could press pause, please.

2          **MS. RIVES:**  [Complied]

3     **BY MS. LEDERER:**

4          **Q.**   Sergeant Cohen, showing you 102, is this the Lower

5     West Terrace?

6          **A.**   Yes.

7          **Q.**   And the timestamp, can you tell us what that

8     timestamp is?

9          **A.**   12:55 and 14 seconds.

10         **Q.**   Before we press play, you said you eventually had

11    to fall back.  Could you indicate -- you can actually -- the

12    screen is interactive.  If you use your finger, could you

13    indicate where you and your fellow officers had to fall back

14    to?

15         **A.**   Sure.

16              Initially, I was right around here.  [Indicated]

17              And then as we get the police line established,

18    some bike racks came in from somewhere.  We received some

19    additional support from Metropolitan Police also and

20    additional Capitol officers.

21              Eventually, I made my way over to right around

22    here, I believe.  [Indicated]

23         **Q.**   Would that be the north side of the west side of

24    the Capitol?

25         **A.**   Yes.

                    JUSTIN COHEN - Direct by Ms. Lederer

1          **MS. LEDERER:**  If we could press play, please.

2          (Video played.)

3          **MS. LEDERER:**  If we could press pause please.

4          **MS. RIVES:**  [Complied]

5          **MS. LEDERER:**  Thank you.  And for the record,

6     paused at 57 seconds into the CCTV footage.

7     **BY MS. LEDERER:**

8          **Q.**   Sergeant Cohen, you said that you eventually

9     received backup.  How did that backup come, in what form?

10         **A.**   Just additional officers coming from the east side

11    of the building.  It was Capitol Police officers and then

12    also Metropolitan Police.

13         **Q.**   Earlier you said that you and MPD were able to

14    reestablish a line paused here.  Can you see the line that

15    was reestablished with bike racks?

16         **A.**   Yes.

17         **MS. LEDERER:**  Okay.  We can take this down.  Thank

18    you.

19         **MS. RIVES:**  [Complied]

20    **BY MS. LEDERER:**

21         **Q.**   While reestablishing the line, did you have to

22    engage with anyone on the Capitol grounds?

23         **A.**   Yes.

24         **Q.**   Did you, while reestablishing the line, give

25    verbal commands for those on the grounds to leave?

                    JUSTIN COHEN - Direct by Ms. Lederer

1    **A.**    To leave.  To get back.

2    **Q.**    Did people leave?

3    **A.**    No, they did not.

4    **Q.**    Can you describe, after you reestablished the

5    line, what was it like on the west side of the Capitol?

6    **A.**    I used the word chaos before.  That's a pretty apt

7    description.  The rioters were combative.  We were having

8    things thrown at us, being pepper sprayed, obscenities

9    yelled in our direction the entire time.

10   **Q.**    As you're manning that police line, did the

11   rioters ever try to engage with you?

12   **A.**    Yes.

13   **Q.**    How would they do that?

14   **A.**    Shoving up against the bike racks.  My shins and

15   my arms were bruised for, you know, several days after.

16   Again, we were pepper sprayed and just they were striking at

17   us and shoving against us.

18   **Q.**    About how long were you able to hold that line

19   for?

20   **A.**    I'm honestly not sure.  I think it was a couple

21   hours, which, in and of itself, is a small miracle, but I'm

22   honestly not sure of the duration.

23        **MS. LEDERER:**  If we could bring back up 102,

24   please.

25        **MS. RIVES:**  [Complied]

                JUSTIN COHEN - Direct by Ms. Lederer

1      **MS. LEDERER:**  Court's indulgence, Your Honor, if I

2    may.

3          (Brief pause.)

4          For the record, we have jumped forward to 2

5    minutes and 7 seconds into the video with the timestamp of

6    4:20, 28:24.  All right.  We're going to press play and --

7          **THE COURT:**  14:20.  14:20.

8          **MS. LEDERER:**  Yes, thank you.

9          If we could press play, please.

10         (Video played.)

11         **MS. LEDERER:**  If we could press pause.

12         **MS. RIVES:**  [Complied]

13         **MS. LEDERER:**  Thank you.

14   **BY MS. LEDERER:**

15     **Q.**   Right now, we are paused at about 14:29.  Before

16   we paused, did you see the fall of that line?

17     **A.**   Yes.

18     **Q.**   So it would be fair to say the line fell around

19   2:28 p.m.?

20     **A.**   Correct.

21     **Q.**   Where were you when that line fell?

22     **A.**   Somewhere in this general vicinity.  [Indicated]

23     **Q.**   If I were to show you photographs of the line

24   falling, would you recognize them?

25     **A.**   Yes.

JUSTIN COHEN - Direct by Ms. Lederer

1          **MS. LEDERER:**  If I may, at this point, have the

2     Sergeant be shown 508.

3          **MS. RIVES:**  [Complied]

4     BY MS. LEDERER:

5          **Q.**   Sergeant, showing you a photograph 508, do you

6     recognize 508?

7          **A.**   Yes.

8          **Q.**   Do you recognize the location in 508?

9          **A.**   Yes.

10         **MS. LEDERER:**  Your Honor, at this time, I would

11    admit 508 into evidence.

12         **MR. KNIGHT:**  No objection.

13         **THE COURT:**  Government's 508 is admitted and may

14    be published to the jury.

15         (Government's Exhibit 508 was received.)

16         **DEPUTY CLERK:**  [Complied]

17    BY MS. LEDERER:

18         **Q.**   Sergeant, I am circling an individual.  Can you

19    see a person within the circle that I just made?

20         **A.**   There's a few people in there.

21         **Q.**   I'll make the circle tinier.  Sorry.

22         **A.**   Okay.  Yes.

23         **Q.**   Okay.

24              What is that person wearing?

25         **A.**   Some sort of helmet.

                JUSTIN COHEN - Direct by Ms. Lederer

1      Q.   Can you see yourself in this photograph?

2      A.   Yes.

3      Q.   Can you circle yourself, please?

4      A.   [Complied]

5      Q.   Thank you.

6           MS. LEDERER:   Indicating for the record the

7    witness circled himself.  The individual right above the Y

8    in "Getty Images" that is splashed across the photograph of

9    508.

10   BY MS. LEDERER:

11     Q.   Sergeant, you also talked about the line before.

12   In this photograph, do you see those barriers?

13     A.   Yes.

14          MS. LEDERER:   If we may show the Sergeant 509.

15          MS. RIVES:   [Complied]

16   BY MS. LEDERER:

17     Q.   Sergeant, I am showing you 509.  Do you recognize

18   the location in 509?

19     A.   Yes.

20     Q.   What location is in 509?

21     A.   That's the Lower West Terrace still.

22          MS. LEDERER:   Your Honor, at this time, I would

23   move to admit 509 into evidence.

24          MR. KNIGHT:   No objection.

25          THE COURT:   509 is admitted and may be published.

                    JUSTIN COHEN - Direct by Ms. Lederer

1          (Government's Exhibit 509 was received.)

2               **DEPUTY CLERK:**   [Complied]

3     **BY MS. LEDERER:**

4          **Q.**     Sergeant, I'm going to circle an individual.   Can

5     you see, within that circle, a person?

6          **A.**     Yes.

7          **Q.**     What are they wearing?

8          **A.**     A white helmet with a face mask.

9          **Q.**     Do you see yourself in this photograph?

10         **A.**     Yes.

11         **Q.**     Where are you?

12         **A.**     Right here behind the Getty Images.

13         **Q.**     Sergeant, what is occurring in this photograph?

14         **A.**     We're getting pushed up against the bike racks.

15    They're pushing forward trying to break through.

16         **Q.**     When you say "We're getting pushed up against",

17    just for the record, who do you mean?

18         **A.**     Oh, I'm sorry.   The rioters are pushing up against

19    us trying to break through.

20              **MS. LEDERER:**   If we may show Sergeant Cohen 510,

21    please.

22              **MS. RIVES:**   [Complied]

23    **BY MS. LEDERER:**

24         **Q.**     Sergeant Cohen, do you recognize the area in 510?

25         **A.**     Yes.

                    JUSTIN COHEN - Direct by Ms. Lederer

1      **Q.**   What area is in 510?

2      **A.**   The Lower West Terrace.

3           **MS. LEDERER:**  At this time, Your Honor, I would

4      seek to admit 510.

5           **MR. KNIGHT:**  No objection.

6           **THE COURT:**   510 also admitted and may be

7      published.

8           (Government's Exhibit 510 was received.)

9           **DEPUTY CLERK:**  [Complied]

10     **BY MS. LEDERER:**

11     **Q.**   Sergeant Cohen, can you locate yourself in this

12     photograph?

13     **A.**   Yes.

14     **Q.**   Please circle yourself.

15     **A.**   [Complied]

16     **Q.**   Sergeant Cohen, what is on your face?

17     **A.**   An N-95 face mask.

18     **Q.**   Are you also wearing a baseball helmet?

19     **A.**   Yes.  Baseball cap, yeah.

20     **Q.**   Baseball cap.  Thank you.

21          As opposed to the officers around you, what is on

22     their heads?

23     **A.**   Helmets.

24     **Q.**   What are you doing in this photograph?

25     **A.**   I'm pushing back against the crowd trying to hold

                    JUSTIN COHEN - Direct by Ms. Lederer

1    the rioters on the other side of the bike racks.

2        **Q.**    I'm going to circle an individual.  Can you see

3    the person within the circle?

4        **A.**    Yes.

5        **Q.**    What are they wearing?

6        **A.**    Green jacket and white helmet.

7        **Q.**    Can you describe what their arms are doing?

8        **A.**    They appear to be pushing forward.

9        **Q.**    Sergeant Cohen, when the rioters pushed against

10   you and your bike rack, can you describe the force for the

11   jury?

12       **A.**    It's hard to exactly describe it, but if you can

13   imagine just thousands of people pushing against something

14   that you're trying to stop them from getting through.  The

15   force, it was immense.  It was almost impossible to hold

16   them back.

17       **Q.**    And what was going on with your body when you were

18   trying to hold off that force?  Were you just holding the

19   back measly or what would you have to do to keep off that

20   force?

21       **A.**    Try to push back.

22       **Q.**    And when you say that you had sustained bruising

23   and whatnot, was that from trying to hold off the rioters?

24       **A.**    Yes.  I believe all the shin bruising and along my

25   forearms were from the bike racks being shoved against us by

JUSTIN COHEN - Direct by Ms. Lederer

1     the rioters.

2          **Q.**   Are you aware that people on the grounds were also

3     filming that day?

4          **A.**   At the time I was not.  I knew there were press

5     people that were around that were filming.  So, yes, I guess

6     so.  Sorry.

7          **Q.**   But now, as you sit here today, are you aware

8     that, whether rioters or press people, people were filming

9     the events of January 6?

10         **A.**   Yes.

11         **Q.**   If I were to show you some video, would you be

12    able to recognize the area?

13         **A.**   Yes.

14              **MS. LEDERER:**  If we may have the Sergeant shown

15    Exhibit 529, please.

16              **MS. RIVES:**  [Complied]

17              **MS. LEDERER:**  And if we could just pause it as it

18    comes up.

19              **MS. RIVES:**  [Complied]

20    **BY MS. LEDERER:**

21         **Q.**   Sergeant Cohen, I'm showing you a video that has

22    been previously marked as 529.  Do you recognize this area

23    shown in 529 as it's paused?

24         **A.**   Yes, it's the Lower West Terrace.

25              **MS. LEDERER:**  Your Honor, at this time, I'd seek

                    JUSTIN COHEN - Direct by Ms. Lederer

1    to admit 529 into evidence.

2           **MR. KNIGHT:**  No objection.

3           **THE COURT:**  529 also admitted, also may be

4    published to the jury.

5        (Government's Exhibit 529 was received.)

6           **DEPUTY CLERK:**  [Complied]

7           **MS. LEDERER:**  If we could press --

8    **BY MS. LEDERER:**

9        **Q.**   Before we get started, the direction that we're

10   looking, are we looking south?

11       **A.**    We are looking south, yes.  This is from somewhere

12   on the Upper West Terrace, I would imagine, on the north

13   side.

14          **MS. LEDERER:**  If we could press play pausing at 29

15   seconds in, please.

16       (Video played.)

17          **MS. LEDERER:**  I'm sorry.  If we could press pause,

18   please, and turn the volume on.  Thank you.

19          **MS. RIVES:**  [Complied]

20          **MS. LEDERER:**  If we could press pause, I don't

21   believe the volume is on yet.

22          **MS. RIVES:**  [Complied]

23          **MS. LEDERER:**  Thank you.

24          If we could play --

25       (Video played.)

               JUSTIN COHEN - Direct by Ms. Lederer

1          **MS. LEDERER:**  Pause it, please.  Can you bring it

2    back to 29?

3          **MS. RIVES:**  [Complied]

4          **MS. LEDERER:**  Thank you.

5    **BY MS. LEDERER:**

6      **Q.**   Pausing 29 seconds into the video, the sounds that

7    we're hearing, do they accurately reflect what you were

8    hearing that day?

9      **A.**   Yes.

10     **Q.**   And I'm going to circle right here.  Do you see

11   the person within that circle?

12     **A.**   Yes.

13     **Q.**   Who is that?

14     **A.**   That's me.

15         **MS. LEDERER:**  If we could press play and then

16   pause 33 seconds in.

17       (Video continued playing.)

18   **BY MS. LEDERER:**

19     **Q.**   I'm going to circle this person right here.  Can

20   you see what that person is wearing?

21     **A.**   Yes.  It appears to be a white helmet and green

22   jacket.

23     **Q.**   And what is occurring right now as we're paused 33

24   seconds in to 529?

25     **A.**   The crowd is pushing through/breaking through the

                 JUSTIN COHEN - Direct by Ms. Lederer

1    line.

2         **MS. LEDERER:**  If we could press play and then

3    pause at 41 seconds in.

4         (Video continued playing.)

5    **BY MS. LEDERER:**

6         **Q.**   Are the rioters still pushing forward?

7         **A.**   Yes.

8         **MS. LEDERER:**  If we could press play pausing at 57

9    seconds.

10        (Video continued playing.)

11   **BY MS. LEDERER:**

12        **Q.**   Sergeant Cohen, can you see what's on the screen

13   right now paused 37 seconds in?

14        **A.**   Just thousands of people.

15        **Q.**   Does that accurately reflect the amount of people

16   you were facing that day?

17        **A.**   As far as I could tell, yes.

18        **MS. LEDERER:**  If we could continue to play and

19   pause at 103, please.

20        (Video continued playing.)

21   **BY MS. LEDERER:**

22        **Q.**   I've just circled at 103 an individual.  Can you

23   see what that person is wearing?

24        **A.**   Green jacket and white helmet.

25        **MS. LEDERER:**  If we could please press play.

                    JUSTIN COHEN - Direct by Ms. Lederer

1          (Video continued playing.)

2               And pause at 1:16.

3               If you could press pause.

4          **MS. RIVES:**  [Complied]

5          **MS. LEDERER:**  Thank you.

6     **BY MS. LEDERER:**

7          **Q.**   Do you see that individual?

8          **A.**   Yes.

9          **MS. LEDERER:**  If I may now show the witness 522.

10         **MS. RIVES:**  [Complied]

11    **BY MS. LEDERER:**

12         **Q.**   Sergeant Cohen, I'm showing you 522.  Is this the

13    Lower West Terrace?

14         **A.**   Yes, it is.

15         **Q.**   Just slightly different angle?

16         **A.**   Yes.

17         **MS. LEDERER:**  Your Honor, at this time, may I

18    admit 522.

19         **MR. KNIGHT:**  No objection.

20         **THE COURT:**  Government's 522 also admitted, also

21    may be published.

22         (Government's Exhibit 522 was received.)

23         **DEPUTY CLERK:**  [Complied]

24         **MS. LEDERER:**  If we could play pausing 16 seconds

25    into the --

                 JUSTIN COHEN - Direct by Ms. Lederer

BY MS. LEDERER:

Q.   Before we start, I'm going to circle right here.
Can you see the white helmet?

A.   Yes.

Q.   And if you could just keep an eye on that white
helmet.

MS. LEDERER:   If we could press play pausing 16
seconds in.

(Video played.)

BY MS. LEDERER:

Q.   I just circled the individual in the white helmet.
Can you tell what's right in front of him?

A.   It looks like a bike rack right in front of him.

MS. LEDERER:   If we could press play, and we're
going to pause at 20 seconds.

(Video continued playing.)

BY MS. LEDERER:

Q.   Can you see what this individual is doing paused
20 seconds in?

A.   Shoving an officer.

MS. LEDERER:   If we could press play and then
pause at 28 seconds, please.

(Video continued playing.)

BY MS. LEDERER:

Q.   Sergeant Cohen, I just circled someone.  Do you

JUSTIN COHEN - Direct by Ms. Lederer

1    know who that is?

2          **A.**   Yes, that's me.

3                **MS. LEDERER:**  If we could press play.

4          (Video continued playing.)

5                If we could press pause, please.  If I can also

6    bring this back.  Can we actually bring it back a little

7    bit?

8    **BY MS. LEDERER:**

9          **Q.**   And I'm going to just ask you to watch the

10   individual in the white helmet.

11               **MS. LEDERER:**  Can we bring it back to 32 seconds,

12   please?

13               **MS. RIVES:**  [Complied]

14               **MS. LEDERER:**  All right.  If we could press play.

15         (Video continued playing.)

16               **MS. LEDERER:**  If we could press pause.

17               **MS. RIVES:**  [Complied]

18   **BY MS. LEDERER:**

19         **Q.**   Do you know if certain officers had gas masks that

20   day?

21         **A.**   Yes.

22               **MS. LEDERER:**  If we could continue to play and

23   then we're going to pause at 1 minute and 37 seconds.

24         (Video continued playing.)

25

                    JUSTIN COHEN - Direct by Ms. Lederer

1    BY MS. LEDERER:

2         Q.   Sergeant Cohen, after you were pushed and overrun

3    by rioters, what did you do?

4         A.   So you can start to see us over here.  We're

5    collapsing back into the -- it's like, the southwest corner

6    of the Lower West Terrace.

7         Q.   You're referring to a section -- do you mind just

8    marking it up --

9         A.   Sure.

10        Q.   -- so the jury know what you're talking about.

11        A.   It's this area.  [Indicated]

12           MS. LEDERER:  Indicating, for the record, the

13   witness circled the bottom right-hand corner.  We're paused

14   at 1:37 in Exhibit 522.

15   BY MS. LEDERER:

16        Q.   Sergeant Cohen, showing you this -- if I could

17   direct your attention to the center and left of the current

18   paused still, this area up here, what is this?

19        A.   That's the inauguration stage.  It's built

20   specifically for the inauguration.  It's not usually there.

21           MS. LEDERER:  If we could continue to play and

22   pause at 1:43, please.

23        (Video continued playing.)

24   BY MS. LEDERER:

25        Q.   Sergeant Cohen, I circled an individual.  Can you

               JUSTIN COHEN - Direct by Ms. Lederer

1    see what that individual is wearing paused here at 1:43?

2        **A.**    Green jacket, white helmet.

3            **MS. LEDERER:**  If we could continue to play,

4    please.

5        (Video continued playing.)

6            **MS. LEDERER:**  If we could press pause, please.

7            **MS. RIVES:**  [Complied]

8    **BY MS. LEDERER:**

9        **Q.**    What direction did the individual with the green

10   jacket and white helmet walk towards?

11       **A.**    Um.  South.

12       **Q.**    And if you -- I can bring it back if you need to.

13       **A.**    Yeah, sorry.  I lost it for a second.

14       **Q.**    That's fine.

15           **MS. LEDERER:**  Can we bring it back out 10 seconds.

16           **MS. RIVES:**  [Complied]

17           **THE WITNESS:**  There he is.

18   **BY MS. LEDERER:**

19       **Q.**    Okay.  So I'm just going to ask you, circling this

20   individual, if you could just watch the direction he's

21   walking.

22           **MS. LEDERER:**  If we could press play.

23       (Video continued playing.)

24           **MS. LEDERER:**  All right.  If we could press pause.

25           **MS. RIVES:**  [Complied]

             JUSTIN COHEN - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        Q.    What direction was he walking in?

3        A.    So he was moving south.

4        Q.    Was that the area that you and your fellow

5    officers were being pressed back towards?

6        A.    Correct, yes.

7            MS. LEDERER:   If I could show the Sergeant 516,

8    please.

9            MS. RIVES:   [Complied]

10           MS. LEDERER:   And if we could bring that to 40:56,

11   please.

12           MS. RIVES:   [Complied]

13   BY MS. LEDERER:

14       Q.    Sergeant Cohen, showing you, before we press play

15   on this video, a still, do you recognize this area?

16       A.    Yes.   This looks like the south corner of the

17   Lower West Terrace that I described before.

18       Q.    If we could --

19           MS. LEDERER:   At this time, Your Honor, if I could

20   admit 516 into evidence.

21           MR. KNIGHT:   No objection.

22           THE COURT:   Government's 516 is admitted and may

23   be published.

24       (Government's Exhibit 516 was received.)

25           DEPUTY CLERK:   [Complied]

             JUSTIN COHEN - Direct by Ms. Lederer

1          **MS. LEDERER:**  If we could press play and then

2     pause at 49:11, please.

3          (Video played.)

4     **BY MS. LEDERER:**

5     **Q.**   Sergeant Cohen, can you identify yourself in this

6     video?

7               And, for the record, we're paused at 49:11.

8     **A.**   Yes, I can.  I'm right there.

9     **Q.**   What we just witnessed in that short clip, did

10    that accurately depict what you faced on January 6, 2021?

11    **A.**   Yes.

12    **Q.**   While you were in this corner, what was going

13    through your head?

14    **A.**   So the whole time, once everything kicked off, I

15    mean, you know, mostly we were in kind of fight mode, like,

16    how are we going to get these guys out of here sort of

17    thing.

18              At this point, I distinctly remember sort of

19    thinking we might not get out of here.  I might not be going

20    home tonight.

21    **Q.**   Now your job on January 6, 2021, what was that?

22    **A.**   To protect the Capitol and the legislative

23    process.

24    **Q.**   Everything that we just witnessed, all of these

25    exhibits, the actions that we saw people take in those

                    JUSTIN COHEN - Direct by Ms. Lederer

1  exhibits, did that make it difficult for you to do your job

2  that day?

3  **A.**  Yes.

4  **MS. LEDERER:**  If we could continue to play and

5  then pause at 49:28, please.

6  (Video continued playing.)

7  **MS. LEDERER:**  If we could bring it back just a

8  little bit.

9  **MS. RIVES:**  [Complied]

10  **MS. LEDERER:**  Make it 49:27, please.

11  **MS. RIVES:**  [Complied]

12  **BY MS. LEDERER:**

13  **Q.**  I'm going to circle this individual right here.

14  Can you see what's on their head?

15  **A.**  Yes.  It appears to be a white helmet.

16  **Q.**  And where is that individual in relation to where

17  we just saw you?

18  **A.**  I guess that would be a little bit north.

19  **MS. LEDERER:**  If we could continue to press play?

20  (Video continued playing.)

21  **THE WITNESS:**  Maybe west.

22  **MS. LEDERER:**  If you could press pause, please.

23  **MS. RIVES:**  [Complied]

24  **BY MS. LEDERER:**

25  **Q.**  I'm sorry.

JUSTIN COHEN - Direct by Ms. Lederer

1          **A.**    Sorry, that would be directly west, sorry.

2          **Q.**    Were you actually eventually able to get out of

3     this area?

4          **A.**    I was.  Kind of just around the other side of this

5     little wall here is stairs they have built up through the

6     stage.  So we were able to make our way up there and then

7     into the Lower West Terrace door.

8               I just saw a second ago I was hit with what I

9     believed to be bear spray.  So that pretty much was the

10    worst thing that I have ever experienced.  I've been pepper

11    sprayed several times through training and then also that

12    day already.

13              But the bear spray shut me down.  So I was able to

14    just kind of hitch a ride, grab onto somebody's shoulder and

15    just they dragged me up the stairs through the stage and

16    then into the Lower West Terrace door.

17         **Q.**    At that point, were you able to seek medical

18    attention or did you have to continue to work?

19         **A.**    No, I was able to start to get decontaminated

20    before we had to go back out and continue work.

21         **Q.**    Have you ever experienced anything like January 6,

22    2021.

23         **A.**    Never.

24         **Q.**    Thank you, officer -- or sergeant.  Excuse me.

25         **A.**    That's okay.

                    JUSTIN COHEN - Direct by Ms. Lederer

1          **THE COURT:**  Cross-examination?

2          **MR. KNIGHT:**  Yes, Your Honor.  Thank you.

3          <u>**CROSS-EXAMINATION OF JUSTIN COHEN**</u>

4    BY MR. KNIGHT:

5          **Q.**   Sergeant Cohen, good afternoon.

6          **A.**   Hi.  How are you doing?

7          **Q.**   I'm well.

8               I'm going to be brief.

9               You have detailed the experiences that you had on

10   January 6th.  You had an opportunity to review a significant

11   amount of video footage just now?

12         **A.**   Yes.

13         **Q.**   And you're depicted in much of that footage?

14         **A.**   Yes.

15         **Q.**   You were wearing your cruiser jacket?

16         **A.**   Right.

17         **Q.**   And a baseball hat?

18         **A.**   Correct.

19         **Q.**   But you had said that there was -- you had riot

20   gear off site; is that right?

21         **A.**   Yes, that's correct.

22         **Q.**   And -- but you didn't have time to get to it?

23         **A.**   We did not.  Somewhere along the line there was a

24   breakdown in communication between whoever made the call and

25   our lieutenant, and we didn't get the message until it was

1   too late.  There was already thousands of people out there,

2   and we weren't able to pull people off the line to go get

3   the gear.

4       **Q.**   You described the situation as chaos?

5       **A.**   Yes.

6       **Q.**   And that was part of the chaos?

7       **A.**    It was before the chaos really started, but it

8   was -- we weren't -- we wouldn't have been able to fulfill

9   our duty and still send people to go get their gear.

10      **Q.**   Okay.

11           Were you aware that other officers had arrived

12  later on after you first made contact with the protestors?

13      **A.**   Yes.

14      **Q.**   You saw the crowd in the videos and then while you

15  were there.  You observed individuals throwing bottles?

16      **A.**    Throwing all kinds of stuff.

17      **Q.**   Okay.

18           Did you see anyone there with a baseball bat?

19      **A.**   Yes.

20      **Q.**   We looked at videos of a fellow in a green jacket

21  and a white baseball helmet.  Did you see him with a bat?

22      **A.**   No.

23      **Q.**   Did you see him throw anything?

24      **A.**   The day of?

25      **Q.**   The day of.

JUSTIN COHEN - Cross by Mr. Knight

1      **A.**   I can't recall specifically seeing him at all.

2      **Q.**   So the information that you gave today about the

3  individual wearing the green jacket and the white hat,

4  that's based on your review of the videos?

5      **A.**   Correct.

6      **Q.**   He didn't stand out to you on January 6th?

7      **A.**   It's hard to pick out one single person in the

8  thousands of people that are all coming at you, but he was

9  part of the group.

10     **Q.**   Did you recall a specific individual at that

11 time -- you said that you recalled being bear sprayed; is

12 that right?

13     **A.**   Yes.

14     **Q.**   You said you were decontaminated.  What does that

15 mean?

16     **A.**   So there's -- basically decontaminated is just

17 trying to wash our eyes out and face and anything that's

18 contaminated with a chemical agent.

19     **Q.**   And you said that day you were bruised on your

20 arms and your shins?

21     **A.**   Yes.

22     **Q.**   Did you break any bones?

23     **A.**   I did not.

24          **MR. KNIGHT:**  I'll pass the witness, Your Honor.

25          **THE COURT:**  Thank you.  Any redirect?

                JUSTIN COHEN - Cross by Mr. Knight

1        **MS. LEDERER:**  Very brief, Your Honor.

2                **REDIRECT EXAMINATION OF JUSTIN COHEN**

3    BY MS. LEDERER:

4        **Q.**   Sergeant, defense asked you if you were able to

5    that day pick out the person in the green jacket.  Could you

6    even tell who was to the left or right of you of your own

7    law enforcement officers?

8        **A.**   No, actually not.  There was actually an

9    officer -- when they're wearing their helmets, there was

10   nothing to identify them.  And there was an officer that I

11   helped up off the ground as we were being corralled back

12   into that south corner but he had fallen.

13           I helped him up.  And for months, I thought it was

14   this specific officer.  And then, when it came time they

15   were trying to identify people for certain cases, I said to

16   him, I said, Hey, they're trying to ID you for this case.

17   He said, That's not me.  So I still, even to this day, I

18   have no idea who I helped up off the ground.

19       **Q.**   Sergeant Cohen, when rioters were pushing up

20   against you in that number, did that hurt you?

21       **A.**   Yes.

22           **MS. LEDERER:**  No further questions.  Thank you.

23           **THE COURT:**  Thank you, Sergeant.  Thank you for

24   your testimony today.  Thank you for your service generally,

25   and thank you for your service, in particular, on January

             JUSTIN COHEN - Redirect by Ms. Lederer

1    6th.  You are excused.

2            **THE WITNESS:**  Thank you, Your Honor.

3            **THE COURT:**  Thank you.

4        (Witness stepped down.)

5            **THE COURT:**  The government may call its next

6    witness.

7            **MS. LEDERER:**  Government calls to the stand

8    Sergeant Mastony.

9            **THE COURT:**  You may bring the Sergeant in.

10       (Discussion off the record between Ms. Lederer and Ms.

11   Eriksen.)

12           **MS. LEDERER:**  Your Honor, apologies.  The officer

13   is just packing up some of the stuff that he had out there.

14           **DEPUTY CLERK:**  Please raise your right hand.

15           Do you solemnly swear or affirm the testimony you

16   shall give the Court and the jury -- I'm sorry.  Do you

17   solemnly swear or affirm that the testimony you shall give

18   the Court and the jury in the case now on trial will be the

19   truth, the whole truth and nothing but the truth?

20           **THE WITNESS:**  I do.

21           **DEPUTY CLERK:**  Thank you and please be seated.

22           **THE COURT:**  Good afternoon, sir.

23           You may proceed.

24            **DIRECT EXAMINATION OF JASON MASTONY**

25


                JASON MASTONY - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        Q.   Good afternoon, could you please introduce

3    yourself and give your title for the jury.

4        A.   Good afternoon, I'm Detective Sergeant Jason

5    Mastony.  J-A-S-O-N, M-A-S-T-O-N-Y.

6        Q.   While I'm addressing you, should I say detective

7    or sergeant or do you prefer the entire detective sergeant?

8        A.   Sergeant is fine.

9        Q.   Great.  Thank you.

10            Sergeant, how long have you been with the

11   Metropolitan Police Department?

12       A.   Thirteen years.

13       Q.   Does the Metropolitan Police Department also go by

14   the acronym MPD?

15       A.   It does.

16       Q.   Great.

17            Over the 13 years that you have been with the MPD,

18   just quickly, what have been your different assignments?

19       A.   So recruit officer in the academy, patrol officer

20   in the 6th District, crime suppression officer in the 6th

21   District, got promoted to sergeant in the 4th District and

22   then, as a sergeant in the 4th District, I was also a member

23   of Civil Disturbance Unit 42 out of the 4th District as a,

24   kind of, assignment that goes along with being a patrol

25   sergeant, then became detective sergeant at the 6th District

                 JASON MASTONY - Direct by Ms. Lederer

1    detective's office.

2        **Q.**    Back in January of 2021, what was your assignment?

3        **A.**    I was a sergeant in a patrol, 4th District.

4        **Q.**    Were you on duty on January 6, 2021?

5        **A.**    I was.  I was working in the CDU capacity as a

6    sergeant in CDU Platoon 42 out of the 4th District.

7        **Q.**    What would be a sergeant's role within a CDU unit?

8        **A.**    So, a CDU unit is generally composed of 28

9    officers, four sergeants and a lieutenant.

10            As a sergeant in that platoon, I would have a

11    squad of seven officers on it.  This platoon had been formed

12    for four years at that point, and then I was one of the

13    senior sergeants.

14            Our lieutenant was new.  This was his second

15    deployment with us or second day, really.  So I was just

16    kind of assisting him with the general duties and knowing

17    who the officers were and everything like that on

18    January 6th.

19        **Q.**    Of the officers that you oversaw, was any of them

20    a Chad Curtice?

21        **A.**    Yes.

22        **Q.**    On January 6, 2021, where were you stationed?

23        **A.**    So we had a roll call at 7:30 in the morning out

24    of the 4th District, which is 6001 Georgia Avenue.  We then

25    got into rental vans and responded down to a high visibility

                    JASON MASTONY - Direct by Ms. Lederer

1    post.  That was our assignment for the day.

2            We went down and stood, essentially, one squad

3    along a route that was 10th Street to 14th Street on

4    Constitution Avenue.  The end of our route was, essentially,

5    the rally at the Ellipse, and the start was at Tenth Street,

6    which was about the Justice Department.

7        Q.   While you were out there in the high visibility

8    area, could you take in the sights and the sounds around

9    you?

10       A.   Yes.

11       Q.   Could you just describe those for the jury as you

12   were out there?

13       A.   So the morning started.  It was a pretty standard

14   First Amendment assembly event down on the Mall.  We had

15   worked them pretty frequently here in Washington, D.C.

16           We had just large groups of people and we had

17   Constitution Avenue shut down.  And so they were just

18   walking in the street from the direction of the United

19   States Capitol towards the event at the Ellipse.

20           Again, it was all kind of foot traffic going from

21   one location to the other.  And then, during the speech,

22   prior to it ending, it started counter-flowing or going back

23   the opposite direction, which we kind of anticipated.  We

24   knew that they were going to leave the Ellipse area and go

25   to the Capitol.  So it was really nothing unusual to start

                JASON MASTONY - Direct by Ms. Lederer

1      the day.

2              And then, you know, the crowd just kind of moved

3      along from the Ellipse area down towards the U.S. Capitol.

4          Q.   When you say "crowd", could you put a number to

5      how many people you were watching go by you?

6          A.   I'd number in the thousands but, exact estimates,

7      I couldn't really say, but it was thousands of people.

8          Q.   You just said that the day started off pretty

9      usual.  Was there a point that that turned?

10         A.   Yeah.  So around noon-ish -- again, time is not

11     great -- a little after noon, the crowd was pretty thick

12     along Constitution Avenue.  We started to have, like, small

13     disorderlies, essentially counter-protestors going back and

14     forth with anything we'd just go and stand in the middle of,

15     and then the counter-protestors would walk off.

16              But shortly thereafter, the crowd started getting

17     kind of dense, and I was down with my lieutenant down by the

18     Justice Department.  They had bike racks set up in front of

19     the Justice Department facing Constitution Avenue.

20              The crowd coming down started to gather around

21     those bike racks numbering in the hundreds, and they were

22     pushing against the bike racks causing them to move.  Kind

23     of alarming to me at the time.  It's like this is definitely

24     an escalated level of agitation out of a crowd rather than

25     just, you know, people with signs and flags walking down

                    JASON MASTONY - Direct by Ms. Lederer

1    Constitution.  Now you have them actively opposing a police

2    line.

3              So myself and the lieutenant, we got on our cell

4    phones.  We got the rest of the platoon, and we went down

5    to, like, the 200 block of 10th Street and we started,

6    essentially at that time, radio transmission started coming

7    from the Capitol from the MPD commander on the scene.

8              He started transmitting that we need additional

9    people down at the Capitol, MPD to assist U.S. Capitol

10   Police.  We asked permission to put on our hard protective

11   gear over our uniforms.  They granted that, and we all

12   started getting dressed in the street on 10th Street.

13   **Q.**   Did you respond to the Capitol?

14   **A.**   Yes.

15   **Q.**   Once you got down to the Capitol, do you attempt

16   to make it to a specific location?

17   **A.**   Yes.

18             So we went down to the Capitol.  We got to the

19   north side of the Capitol.  At this time, the crowd was

20   already facing up against the Capitol.  We didn't have an

21   exact idea of where a police line was being held that was

22   being contested at the time.  So we found a Capitol Police

23   Officer Seth Carll, and he directed us to where our police

24   line was.

25   **Q.**   Prior to going into that crowd, did you activate

              JASON MASTONY - Direct by Ms. Lederer

1    your body-worn camera?

2        **A.**    Yeah.  So we all have our body-worn cameras.  I

3    activated, and I believe I gave the direction for the rest

4    of the platoon for everyone to activate their cameras.

5            In addition to that, at the time, I was equipped

6    with a taser.  The taser has a Bluetooth activation.  When

7    you flick the activation to make it ready to deploy, it

8    activates all body-worn cameras in the vicinity.

9            So as I was walking to the crowd, to go down to

10   the police line, I took that out, turned it on and then so

11   all the cameras would be activated along the platoon that

12   was heading in.

13       **Q.**   While you're in your hard gear, would the body cam

14   be positioned similarly as it is here today on you on your

15   chest area?

16       **A.**    Yeah.  So the hard gear is essentially pads,

17   similar to sports equipment, shoulders, arms, legs, and it

18   attaches to our outer vest.  So it doesn't really interfere

19   with anything here.

20           So the vest that I was wearing that day was

21   similar to this one.  It had a hook that hangs down here

22   from this tab that's on the front of the uniform, and it

23   just sits right here around your sternum area like a foot

24   below eye level.

25           Some of the officers managed to get an outer

             JASON MASTONY - Direct by Ms. Lederer

1   garment on during it but, in general, we all had the same

2   kind of uniform pattern of just an outer vest with the pads

3   attached.  So, for the most part, all our cameras were right

4   here.

5       Q.   Did you then follow that Capitol Police officer on

6   to the west side of the Capitol?

7       A.   Yeah.  So he directed us down to the crowd.  So we

8   entered the rear of the crowd on the west side heading

9   towards the West Front of the Capitol.  To our

10  understanding, that's where the police line was, although we

11  couldn't see it.

12          And so, yeah, then we walked into the back of the

13  crowd heading through it.  I was in the lead position.  My

14  plan was essentially just to tell the crowd to move aside

15  and have a line of my platoon behind me, get through the

16  crowd to the police line to reinforce it.

17      Q.   Were you able to successfully do that?

18      A.   I got through, another sergeant with me got

19  through and two other officers.  But, no, I failed to get

20  the entire platoon into the police line.

21      Q.   Do you know why?

22      A.   So I know that the line got -- the group of

23  officers got contested on my way in, but I was not present

24  for that.  I believe that the -- there was an incident

25  behind me --

                JASON MASTONY - Direct by Ms. Lederer

 1          **MS. COSTNER:**  Objection.

 2          **THE WITNESS:**  -- and the other officers but --

 3          **MS. COSTNER:**  Objection.

 4          **THE COURT:**  Overruled.

 5    **BY MS. LEDERER:**

 6      **Q.**   You can continue.

 7      **A.**   Yeah, so I believe that there was a --

 8          **THE COURT:**  Hold on a second.  Let me rethink

 9    that.  I'm going to sustain the objection in part.  I think

10    it would be helpful if you asked him if he -- why he has

11    either the belief or the knowledge about what happened to

12    other officers.

13          **MS. LEDERER:**  Absolutely.  Thank you, Your Honor.

14    **BY MS. LEDERER:**

15      **Q.**   Sergeant Cohen -- excuse me.

16          Sergeant Mastony, when you got through that line,

17    you said that it was only you, a fellow sergeant and two

18    other officers?

19      **A.**   That's correct.

20      **Q.**   When you looked behind you, what was behind you?

21      **A.**   Just the crowd.  So it would be we were coming

22    through in a two-line formation, one line of officers next

23    to one line of officers in two lines heading in a straight

24    direction with me as the lead.

25          When I got to the line, got in, turned around,

                   JASON MASTONY - Direct by Ms. Lederer

1    there was only two officers where, before, I had 23 behind

2    me.  So the line had been cut at some point as I made my way

3    in.

4        **Q.**   Did your officers eventually make it to the area

5    that you were in?

6        **A.**   Yes.  About 10 minutes later, 5 to 10 minutes --

7    I'm not sure of the exact time -- they managed to push their

8    way through and I saw them coming into the line.  We opened

9    a bike rack and we ushered them into the rest of the police

10   line.

11       **Q.**   Could you tell what they looked like when they

12   came through the line?

13       **A.**   So they were pretty disheveled.  It wasn't an

14   organized line that we had marched into the line with.  It

15   wasn't two-by-two.  We weren't, you know, marching at arms

16   with a baton like this.  They just came in in various

17   degrees of shambles.

18           Their uniforms were askew.  Some of them had

19   clearly been sprayed by chemical irritants.  I could see

20   that there was different colored dyes on their masks

21   indicating they were sprayed.  They were coughing, eyes

22   closed and pretty much just each helping each other grabbing

23   by the uniform, pulling them in through the line.

24           So it was no longer an organized formation of

25   officers.  It was just pretty much just, Hey, guys, get in

              JASON MASTONY - Direct by Ms. Lederer

1    here now kind of a rush deal.  It was not, again, as you

2    would imagine, a platoon of CDU officers marching down the

3    street.  It was not that.  It was just, as any officer made

4    it to the line, we pulled them in, and we got inside the

5    rest of the police line.

6        **Q.**   Once you had your platoon back with you, did you

7    give any direction to your officers for what they should do?

8        **A.**   So.  Yeah, so we were the reinforcement for this

9    line.  It was being contested.  I was aware at the time that

10   there were very few other platoons who weren't already

11   engaged with it.  So we were pretty much the reinforcements

12   they were counting on, and the line was already getting

13   pushed on pretty well on the west side of the front.

14           Unfortunately, the officers who came in, due to

15   being exposed by chemical irritants and the other incidents

16   that had happened in the crowd while I was separated from

17   them, they went to kind of a central location behind the

18   line where some water had been set up.  And they started to

19   try to de-con themselves and get themselves together.

20           In my estimation, we did not have time for that.

21   We were reinforcements.  The only thing holding this line

22   was going to be our help to do it.  So I started to grab

23   what officers I could and push them towards the -- it would

24   be the right side of the line as we're facing out from the

25   Capitol down towards the Mall so, pretty much, like, the

                JASON MASTONY - Direct by Ms. Lederer

1    furthest north extremity of the line as it was established.

2              So every officer I could, I told them, you don't

3    have time, and we assembled and we got ourselves onto the

4    right side of the line.

5    Q.    When you were saying that you had to hold this

6    line, what was the mission that day?

7    A.    Essentially stop any entry into the U.S. Capitol.

8    That's what it became.  Again, my mission did not start

9    that.  It just became clearly that.

10             Civil disturbance is pretty simple when broken

11   down to its most simplest level.  You form a line and you

12   deny access to someone trying to go past that line.  So

13   whether you're holding a street or a building, you're just

14   forming a line with officers stretching from one side of you

15   to the other.

16             So where we were on the Lower West Terrace, we had

17   a line established by one set of scaffolding all the way

18   down to another set of scaffolding.  And it was essentially

19   just keep that line intact.  And if we kept that line

20   intact, no one would get past us and no one would get onto

21   the Capitol grounds or Capitol facade.  That was the idea.

22   Q.    At some point did that line fall?

23   A.    Yes.

24   Q.    Was your body cam running when that line fell?

25   A.    It was.

JASON MASTONY - Direct by Ms. Lederer

1          **MS. LEDERER:**  If I may show the witness

2     Exhibit 408, please.

3          **MS. RIVES:**  [Complied]

4     **BY MS. LEDERER:**

5          **Q.**   Sergeant Mastony, on your screen should be 408.

6     Do you recognize 408?

7          **A.**   Yes.

8          **Q.**   What is 408?

9          **A.**   So it's my body-worn camera video.  It has the tag

10    with the serial number of my camera in the top right corner.

11    You can see me in this screen still.  I'm putting on a set

12    of gloves that was issued to me in 2010.

13              They're outdated gloves.  I was the only one I

14    observed wearing them that day.  I'm looking out towards the

15    camera.  It's like a camera scaffold that's set up for

16    inauguration.  This was just after a tear gas deployment.  I

17    did not have my gas mask on, so I had just put my gas mask

18    on, put my helmet, and I was working on getting my gloves

19    back on.

20          **MS. LEDERER:**  Your Honor, at this time, I would

21    seek to admit 408 into evidence.

22          **MS. COSTNER:**  No objection.

23          **THE COURT:**   408 is admitted and may be published

24    to the jury.

25          (Government's Exhibit 408 was received.)

                    JASON MASTONY - Direct by Ms. Lederer

1          **DEPUTY CLERK:**   [Complied]

2      **BY MS. LEDERER:**

3          **Q.**   Sergeant, before we press play, could you tell us

4      the timestamp on your body cam?

5          **A.**   14:28 and 14 seconds.

6              **MS. LEDERER:**   Thank you, Ms. Rives.

7              And if we could press play pausing 10 seconds in,

8      please.

9          (Video played.)

10     **BY MS. LEDERER:**

11         **Q.**   Sergeant -- and if you weren't looking because I

12     forgot to say to pay attention to the right-hand side of the

13     screen, I can run it back.  But could you see what was

14     happening to the line as you were putting your gloves on?

15         **A.**   Yeah.

16             So we started to have some break-throughs on the

17     left side of the line, which is kind of on the left side of

18     the screen.  Guys with flags running through the line

19     getting tackled by police.

20             And then, as this video played, you saw that the

21     crowd started to push in on the right side of the line,

22     which is the line I was closest to with most of my platoon

23     on it.

24             **MS. LEDERER:**   If we could press play and then

25     we're going to pause at 41 seconds into the video.

                   JASON MASTONY - Direct by Ms. Lederer

1     (Video continued playing.)

2     **BY MS. LEDERER:**

3        **Q.**    Sergeant, what did you just observe?

4        **A.**    So the line was breaking.  They were breaking

5     through.  I came up and engaged with the crowd trying to

6     push back the people trying to break the crowd or break

7     through the line.

8              Unfortunately, we lost our -- the right side of

9     the line that was hooked into that small stairwell that was

10    kind of just the physical barrier that we are using.  So we

11    started to get people to penetrate through.

12             And then towards the end of the video one of the

13    rioters comes and grabs me and starts to drag me towards the

14    middle of the line towards where we saw earlier the camera

15    scaffolding.  So as this video starts to play again, you'll

16    see that I am no longer on the right side of the line.  I'm

17    now towards the middle of the line.

18             **MS. LEDERER:**  Just for the record, I paused 41

19    seconds in, which is at 14:28:56 p.m.

20             And if I could, Ms. Rives, if you could press

21    play, then pause again.

22             **MS. RIVES:**  [Complied]

23             **MS. LEDERER:**  Okay.  Thank you.

24             For the record, we're still at 41 seconds.

25    However, the body cam now says 14:28:57.

              JASON MASTONY - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        Q.    Sergeant Mastony, I'm going to circle something

3    right here.  Can you make out what that is?

4        A.    Yeah.  It looks like a gray knee pad attached to

5    a -- somebody's left leg that has jeans.

6        Q.    And I know it might be a little tough because it's

7    behind the lettering of Axon, but can you see what is on top

8    of the jeans?

9        A.    It looks like the individual who belongs to those

10   jeans and knee pad is wearing a green garment.

11           MS. LEDERER:  If we can continue to play 408, and

12   we're going to pause at 57 seconds in.

13           (Video continued playing.)

14           MS. LEDERER:  If you could bring it back just a

15   little bit.

16           MS. RIVES:  [Complied]

17           MS. LEDERER:  Thank you.

18           For the record, we're actually now at 56,

19   timestamp 14:29:12 p.m.

20   BY MS. LEDERER:

21       Q.    Sergeant Mastony, what did we just witness?

22       A.    So at this point, the line is completely broken.

23   I've got rioters behind me to my left and my right.  Pretty

24   much, officers are just engaged in, you know, individual

25   fist fights.

                  JASON MASTONY - Direct by Ms. Lederer

1              It's no longer a line of one unit of officers

2       acting as one.  Pretty much everyone is just man for

3       themselves.  We're all trying to back up and try to get --

4       the idea was, for myself at least, was to get into position

5       where I had officers on my left and right and no rioters

6       behind me.

7          Q.   Sergeant Mastony, I'm going to circle on the left

8       hand of this screen.  Can you see an individual within the

9       circle?

10         A.   Yes.

11         Q.   Can you tell what they are wearing?

12         A.   Appears to be a green jacket with a white helmet

13      with a white face guard over the face area of the helmet.

14         Q.   And can you tell what is right in front of this

15      individual?

16         A.   A bike rack.

17              **MS. LEDERER:**  If we could press play.  And we're

18      going to play through to 2 minutes and 41 seconds in.

19              (Video continued playing.)

20      **BY MS. LEDERER:**

21         Q.   Sergeant Mastony, what we just watched --

22              And for the record we're paused at 2:41 within the

23      video clip, and the timestamp on the body-worn camera is

24      14:30:57 p.m.

25              Sergeant Mastony, what we just watched, does that

                   JASON MASTONY - Direct by Ms. Lederer

1     accurately depict what you were going through on January

2     6th?

3          A.   It does.

4          Q.   Was the group of rioters pushing you and fellow

5     officers back?

6          A.   Yeah.  They had broken the line, and then we were

7     making a smaller line at this point towards the south side

8     of the West Front.  Pretty much, we had kind of a raised

9     little platform down there that they had taken that was on

10    our right side in this video.

11              And pretty much, we've reestablished some

12    semblance of a line between us and them, but they've taken

13    pretty much the entire area that was observed in our

14    possession on the first part of the video that we were

15    watching.

16         Q.   Sergeant Mastony, I just have a few questions

17    while we're paused here.  Circling this group of

18    individuals, are those law enforcement officers?

19         A.   They are.

20         Q.   From what department are those law enforcement

21    officers from?

22         A.   So the one on the furthest right is MPD.  You can

23    see he's got a different-type helmet with MPDC on the back

24    and Metropolitan Police on his outer vest.  He's a SOD

25    officer, a motor and biker's patch on his left sleeve.

                JASON MASTONY - Direct by Ms. Lederer

1          Then the four officers to his left are all United

2     States Capitol Policemen.  They have a different set of hard

3     armor that isn't issued to MPD, circular shields and they

4     have U.S. Capitol Police printed on the back of their

5     helmets.

6          **Q.**   Do you know, does Capitol Police, do they have

7     body cam?

8          **A.**   Not to my knowledge or at least not on this date.

9          **Q.**   And is that to your knowledge you know that they

10    didn't have body cam on January 6?

11         **A.**   It's to my knowledge, yes.  I don't know for sure.

12         **Q.**   Sergeant Mastony, I'm going to circle this

13    individual right here.  What are they wearing?

14         **A.**   Blue jeans, a green jacket, a white helmet.

15         **Q.**   Can you see anything in that individual's hand?

16         **A.**   Yeah, a very long pole.

17         **MS. LEDERER:**   If we can continue playing

18    Exhibit 408.  And we're going to pause at 3:13, please.

19         (Video continued playing.)

20    **BY MS. LEDERER:**

21         **Q.**   Sergeant Mastony, we paused here at 3:13 to the

22    video, 14:31:28 of your body cam.  Are you and other

23    officers still falling back?

24         **A.**   Yes.

25         **Q.**   I'm going to circle this staircase ledge right

                    JASON MASTONY - Direct by Ms. Lederer

1   here.  Do you know what that is?

2        **A.**   At the time, I believed it to be blood.

3            **MS. LEDERER:**  If we could press play.  And we're

4   going to pause at 3:17.

5        (Video continued playing.)

6            **MS. LEDERER:**  Okay.  Thank you.

7   **BY MS. LEDERER:**

8        **Q.**   At 3:17, we're here at 14:31:32.

9            Sergeant Mastony, did you just kind of go up a

10  little bit of a level?

11       **A.**   Yes.

12       **Q.**   Okay.

13           I'm going to circle an individual right here off

14  to the left.  Can you see what they're appearing?

15       **A.**   Blue jeans, knee pads, a green jacket, a white

16  helmet with a face guard.

17       **Q.**   Can you see something in that individual's hands?

18       **A.**   Yeah.  I believe he still has the pole as seen in

19  previous.

20       **Q.**   Is it in a different position than what we saw

21  him, the person holding it earlier?

22       **A.**   Yeah.  It's now in a downward position.

23           **MS. LEDERER:**  If we could press play and then

24  we're going to pause at 3:44.

25       (Video continued playing.)

                JASON MASTONY - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        Q.   Sergeant Mastony, we're paused here at 3:44, which

3    is 14:32 p.m.  What are you doing here?

4        A.   So someone has handed me a U.S. Capitol shield.

5    There was a small stairwell coming off this, and there's a

6    small half wall stretching to the front of the inaugural

7    stage that's kind of -- the physical barrier now between the

8    crowd and MPD.  And I just put myself in the little

9    stairwell to make a physical barrier for anybody attempting

10   to come down those stairs.

11       Q.   I circled someone right here.  Can you see what

12   they're wearing?

13       A.   Yeah, it appears to be an individual wearing a

14   green jacket and blue jeans.

15           MS. LEDERER:  We're going to play to 4:24.

16           (Video continued playing.)

17   BY MS. LEDERER:

18       Q.   Sergeant Mastony, if I were to show you video from

19   the crowd that day, would you potentially be able to

20   recognize the area?

21       A.   I would.

22           MS. LEDERER:  Your Honor, at this time, if I could

23   show Sergeant Mastony 520, please.  And we're going to jump

24   to six minutes into 520.

25           MS. RIVES:  [Complied]

                JASON MASTONY - Direct by Ms. Lederer

1    BY MS. LEDERER:

2         Q.   Sergeant Mastony, showing you 520, do you

3    recognize the area in 520?

4         A.   I do.

5         Q.   What area are we looking at?

6         A.   So this is the West Front of the Capitol.  It's a

7    camera angle facing our police line, and it's looking at the

8    scaffolding that's on the south side of the line.  So it

9    appears to show where I am positioned, where I was referring

10   to earlier in my videos as the right side of the line.

11            MS. LEDERER:  Your Honor, at this time, I would

12   seek to admit 520 into evidence.

13            MS. COSTNER:  No objection.

14            THE COURT:  520 is admitted and may be published.

15        (Government's Exhibit 520 was received.)

16            DEPUTY CLERK:  [Complied]

17            MS. LEDERER:  All right.  If we could play the

18   video and then we're going to pause at 6:10.

19        (Video played.)

20   BY MS. LEDERER:

21        Q.   Okay, paused here at 6:10.  Circling an

22   individual, can you see what they're wearing?

23        A.   Yeah.  Blue jeans, knee pads and a green jacket.

24            MS. LEDERER:  If we could play and then pause at

25   6:35.

                 JASON MASTONY - Direct by Ms. Lederer

1          (Video continued playing.)

2     **BY MS. LEDERER:**

3          Q.   Sergeant, again, circling that individual in the

4     green jacket and white helmet, can you see anything in that

5     individual's hands?

6          A.   Yeah, a long pole.

7          Q.   Is it fair to say this is on the opposite angle of

8     what we were just watching from your body cam?

9          A.   Yeah.  You can see the piece of drywall or siding

10    that gets flipped in the video that is seen in my video on

11    the right side of this screen and the individual waiving the

12    flag with a scarf who is standing on the railing with one of

13    our helmets on.

14         Q.   Actually, I'm going to take a moment to talk about

15    MPD helmets.  The little visor that's on top of it --

16         A.   Uh-huh.

17         Q.   -- does that completely seal your face off?

18         A.   No.

19         Q.   So if you were being hit in the face with either

20    your own issued pepper spray, because it was just out there

21    that day, or, say, bear spray from the crowd, would it get

22    into your eyes?

23         A.   It can.  It helps.  I would rather have it than

24    not have it.  But, yeah, it does not -- it's not a sealed

25    gas mask.  It does not completely seal you off from exposure

                JASON MASTONY - Direct by Ms. Lederer

1  to chemical irritants.

2      **Q.**   We are going to press play through 6:45, and if

3  you could just watch that individual in the green jacket,

4  please.

5           (Video continued playing.

6           Was that individual still there?

7      **A.**   Yes.

8           **MS. LEDERER:**  If we could bring up 523.1, please.

9           **MS. RIVES:**  [Complied]

10           **MS. LEDERER:**  And if you could bring it to two

11  seconds in.

12           **MS. RIVES:**  [Complied]

13           **MS. LEDERER:**  Thank you.

14  **BY MS. LEDERER:**

15      **Q.**   Sergeant Mastony, showing you 523.1, do you

16  recognize the location in 523.1?

17      **A.**   Yes.  This is the tower that I talked about at the

18  center of the video.  It's like a camera tower.  And then by

19  the people in front of it -- this is where the police line

20  was previously held -- you can tell that the police line is

21  now gone as the rioters are now in the area formerly held by

22  us.

23           **MS. LEDERER:**  Your Honor, if I may admit 523.1.

24           **MS. COSTNER:**  No objection.

25           **THE COURT:**  523.1 is admitted and may be

                   JASON MASTONY - Direct by Ms. Lederer

1      published.

2            (Government's Exhibit 523.1 was received.)

3                  **DEPUTY CLERK:**  [Complied]

4      BY MS. LEDERER:

5        Q.   Sergeant Mastony, do you see that individual in

6      the green jacket and white helmet?

7        A.   I do.

8        Q.   Do you see the pole?

9        A.   I do.

10            **MS. LEDERER:**  If I may have Sergeant Mastony shown

11      Exhibit 525, please.

12            **MS. RIVES:**  [Complied]

13      BY MS. LEDERER:

14        Q.   Sergeant Mastony, do you recognize the area in

15      Exhibit 525?

16        A.   I do.

17        Q.   Is this just yet another angle of when you were

18      kind of pushed back to that southern point of the stage?

19        A.   Yeah.  You, again, see this piece of drywall

20      that's being used to shield the rioters and the -- pretty

21      much the center of the picture and the woman in the white

22      jacket who got pulled in my video over that half wall is

23      also in the center of the picture.

24            **MS. LEDERER:**  Your Honor, at this time, I'd seek

25      to admit 525.

                    JASON MASTONY - Direct by Ms. Lederer

1              **MS. COSTNER:**  No objection.

2              **THE COURT:**  Government's 525 also admitted, also

3      may be published.

4          (Government's Exhibit 525 was received.)

5              **DEPUTY CLERK:**  [Complied]

6      BY MS. LEDERER:

7          **Q.**   Sergeant Mastony, circling the individual in the

8      green jacket, if you could, as we begin to play this video,

9      please keep an eye on that individual.  And then we'll

10     probably bring it back, and I'll pause it and ask some

11     questions.

12             **MS. LEDERER:**  All right.  If you could please

13     press play.

14         (Video played.)

15             **MS. LEDERER:**  If we could press pause.

16             **MS. RIVES:**  [Complied]

17     BY MS. LEDERER:

18         **Q.**   Did you have a chance to observe what that

19     individual was doing?

20         **A.**   I did.

21             He was jabbing the metal pole, previously seen

22     holding, towards the police line.

23             **MS. LEDERER:**  And if we could bring it back to the

24     start of the video, please.

25             **MS. RIVES:**  [Complied]

                  JASON MASTONY - Direct by Ms. Lederer

1    **MS. LEDERER:**  If we could press play and then

2    pause at 11 seconds in.

3         (Video replayed from beginning.)

4    **BY MS. LEDERER:**

5    **Q.**    Sergeant Mastony, prior to us pausing this video,

6    how many times did you see that individual in the green

7    jacket use that pole?

8    **A.**    Two times.

9    **Q.**    And circling right now the individual in the green

10   jacket, can you see that?

11   **A.**    Yes.

12   **Q.**    I'm going to circle right here.  Can you see the

13   length of the pole from the person in the green jacket?

14   **A.**    Yeah.  It's considerably long.  It's stretching

15   from him towards the officer standing there.

16        **MS. LEDERER:**  If you could press play, please.

17        (Video continued playing.)

18        **MS. LEDERER:**  If you could press pause.

19        **MS. RIVES:**  [Complied]

20   **BY MS. LEDERER:**

21   **Q.**    After that pole was taken away from that officer,

22   what does the officer do with that cardboard or plywood?

23   **A.**    It falls to the ground.

24        **MS. LEDERER:**  If we may show Sergeant Mastony 526,

25   please.  Excuse me.  Strike that.

JASON MASTONY - Direct by Ms. Lederer

1              If we can show Sergeant Mastony 516.

2    **BY MS. LEDERER:**

3        **Q.**   And as Ms. Rives is bringing up 516,

4    Sergeant Mastony -- quickly.

5              **THE COURT:**  Court's indulgence, Your Honor.

6    **BY MS. LEDERER:**

7        **Q.**   Sergeant Mastony, after you were cornered into the

8    south stage, are you able to get out of that location?

9        **A.**   So at the time, I did not believe I was able to

10   have an exit.  I did not know the Capitol geography.  But as

11   we fell back and towards the point where I take position in

12   that stairwell, I become aware that there is a makeshift

13   construction stairwell that we are pulling back through.

14             So, yeah, we do that.  We go back.  I have, in my

15   mind, to try to be the last man up, hold the door as long as

16   we could.  We get up the stairwell.  Then I try to put

17   another line on top of that stairwell.  But at that point,

18   the upper part of the terrace has already been taken.  And

19   so we fall back into the Capitol.

20       **Q.**   I'm going to show you what's been previously

21   marked as 516, and I'm going to ask a few questions to see

22   if you recognize that as the area that you fell back to.

23             **MS. LEDERER:**  Ms. Rives if we could jump to 1 hour

24   and 6 minutes into the video, please.

25             **MS. RIVES:**  [Complied]

                  JASON MASTONY - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        Q.    Okay.  Sergeant Mastony, do you recognize this

3    area on your screen from 516?

4        A.    I do.

5        Q.    What is this area that you're looking at?

6        A.    So this is the -- I don't have the precise name

7    for this area, but there is a tunnel that exits out the

8    United States Capitol.  It's got two sets of double doors.

9    It comes from the interior of the Capitol, and it exits out

10   onto the Inaugural Stage.

11            So just behind, if this camera turned around, you

12   would see the Inaugural Stage laid out with kind of

13   amphitheater steps that these people are on up to the

14   entrance of this hallway that has this makeshift wood

15   lattice over it.

16       Q.    Inside that "tunnel area", is that where you and

17   fellow law enforcement officers regrouped?

18       A.    Yes.

19       Q.    While you regrouped in that tunnel area, were

20   there any instructions given to you and fellow officers?

21       A.    Just not to lose the Capitol.  There was a

22   sergeant there, Paul Riley, who I was in the academy with or

23   who was my instructor in the academy.  So I walked up and

24   asked, Where are we putting our line?  He said, Right here,

25   which was on the interior of the innermost door.

                 JASON MASTONY - Direct by Ms. Lederer

1          I put three of my officers who were left one on my

2     right, one on my left and we set up a shield line in that

3     hallway.

4          Q.   When you say three of your officers that were

5     left, what do you mean by that?

6          A.   So the unit integrity had pretty much gone out the

7     window.  It had gone out the window earlier when the line

8     was cut, but it was even worse now.

9          So I recognized that I had a few officers left,

10    Spooner, Will Hoyt, Lazier, who were my platoon, my

11    officers, who I could, like, say, Hey, this is what we're

12    doing.  And they say, Okay, Sarge, because they know me.

13    I'm their physical official.  I'm not just some random guy

14    with stripes.

15         So the rest of my platoon at that location, where

16    they were, I just had no idea.  So we had fallen back.  The

17    line had broken.  So I did not really have an idea of where

18    my platoon was from when it initially gets broken until 7:00

19    that night, where we're just all kind of man for ourselves

20    wherever we are, whoever we're with, just hold what we've

21    got.

22         But so, at that moment in the tunnel when they

23    come through the last door into the Capitol, that's who I

24    had with me.

25         Q.   When you said your instructions were not to lose

                    JASON MASTONY - Direct by Ms. Lederer

1    the Capitol, the time that you made it up to the tunnel, did

2    you have any information of whether or not people had

3    already breached into the Capitol?

4        **A.**    No.  My understanding at that time was that this

5    was the breach that we had to hold this area and that, by

6    holding this area, the Capitol would not be penetrated.

7            **MS. LEDERER:**  If we could -- and I do apologize.

8    I'm not sure if I've admitted 516 yet?

9            **THE COURT:**  My record is that it is in evidence

10   already.

11           **MS. LEDERER:**  Great.  Thank you.

12           If we could press play, pausing at 1:06:07.

13       (Video played.)

14   **BY MS. LEDERER:**

15       **Q.**    Sergeant Mastony, circling an individual here to

16   left paused at 1:06:07, can you see what that person is

17   wearing?

18       **A.**    Yeah, it appears to be a green jacket with black

19   shoulder pads over a green hoodie.

20       **Q.**    Can you describe the person's hair?

21       **A.**    It's kind of brown, long and straggly.

22       **Q.**    Is there facial hair?

23       **A.**    Yes.

24           **MS. LEDERER:**  We're just going to play 516 till

25   about 1:06:40.

                 JASON MASTONY - Direct by Ms. Lederer

1         (Video continued playing.)

2    **BY MS. LEDERER:**

3         **Q.**    Sergeant Mastony, at the time that you're in the

4    tunnel, could you determine how many people were outside the

5    tunnel?

6         **A.**    I knew it to be thousands.  Most of my time in the

7    tunnel here, I'm not in actual observing the physical crowd,

8    and you didn't want to exit the tunnel to where you were

9    exposed on different parts of your sides to the crowd.

10              So there was limited times when I could actually

11   see the crowd.  But I was aware that they had taken the

12   entire West Front and the number was in the thousands.

13        **Q.**    Sergeant Mastony, I'm now going to show you

14   Exhibit 531.1.

15             **MS. LEDERER:**  If we could bring 531.1 to 2 minutes

16   and 30 seconds in, please.

17             **MS. RIVES:**   [Complied]

18             **MS. LEDERER:**  If we could just maybe bring it just

19   a second longer.

20             **MS. RIVES:**   [Complied]

21             **MS. LEDERER:**   Thank you.

22   **BY MS. LEDERER:**

23        **Q.**    I know that there's somewhat of an obstruction

24   over half of the video, but can you still determine the area

25   of 531.1?

                    JASON MASTONY - Direct by Ms. Lederer

1    **A.**   Yeah.  It still appears to be the entryway from

2    the Inaugural Stage to the tunnel entrance to the Capitol.

3         **MS. LEDERER:**  If we could press play, please.

4

5         (Video played.)

6         **MS. LEDERER:**  And if we could press pause and just

7    make sure the volume is all the way up, please.

8         **MS. RIVES:**  [Complied]

9         **MS. LEDERER:**  Thank you.

10        (Video continued playing.)

11        **MS. LEDERER:**  If we could press pause, please.

12        **MS. RIVES:**  [Complied]

13        **MS. LEDERER:**  For the record, we're at 2:44 into

14   the video.

15   **BY MS. LEDERER:**

16        **Q.**   Circling an individual in the top left corner, can

17   you see what that individual is wearing?

18        **A.**   A green jacket.

19        **Q.**   And could you just describe what you have just

20   observed the crowd doing in 531.1?

21        **A.**   So at various points during the day, while we were

22   in the tunnel, we would get, for lack of a better

23   description, "heave-hoed."  So the crowd would push in on a

24   heave and then fall back on a ho.

25             And it was just their cadence to pushing in on the

               JASON MASTONY - Direct by Ms. Lederer

1    officers in the tunnel trying to break through our line.  So

2    that's what this is a, in this case, from the outside going

3    into the tunnel.  My personal experience was just the -- on

4    the receiving end of that of getting pushed further into the

5    Capitol by the crowd.

6         Q.   Could you actually hear people saying "Heave-ho.

7    Heave-ho"?

8         A.   Yes.

9              MS. LEDERER:  If we could press play for a little

10   bit.

11        (Video continued playing.)

12             MS. LEDERER:  If we could press pause, please.

13             MS. RIVES:  [Complied]

14             MS. LEDERER:  For the record, we paused at 2:54.

15   BY MS. LEDERER:

16        Q.   Sergeant Mastony, are you aware of CCTV footage

17   from inside that tunnel?

18        A.   I am.

19        Q.   If I were to show you CCTV footage from inside

20   that tunnel area, would you recognize it?

21        A.   I would.

22             MS. LEDERER:  If we may show the witness now 302,

23   please.

24             MS. RIVES:  [Complied]

25             MS. LEDERER:  If we could bring 302 to 28 minutes

                  JASON MASTONY - Direct by Ms. Lederer

1    in, please.

2            **MS. RIVES:**  [Complied]

3            **MS. LEDERER:**  If you could just press play so it

4    could just show up.

5            **MS. RIVES:**  [Complied]

6            **MS. LEDERER:**  Okay.  If we could press pause.

7    **BY MS. LEDERER:**

8        **Q.**    Sergeant Mastony, showing you 302, do you

9    recognize the camera angle in 302?

10       **A.**    I do.

11       **Q.**    What is the camera angle in 302 showing?

12       **A.**    So, as I said before, there is -- inside this

13   tunnel there's two entry doors.  There's the door that is

14   exterior most and then there's a small hallway and then a

15   door that is inner most.

16            So this is the camera that is facing the most

17   exterior door to the threshold.  So there is a -- like a

18   breezeway after you exit this door and that's what this is

19   showing.  So before you go out to the inaugural stage

20   proper, you have this breezeway.  And over that breezeway

21   was a CCTV camera.  Directly beneath it is a set of glass

22   double doors.

23       **Q.**    Those glass double doors, is that what you were

24   referring to earlier as a way into the Capitol?

25       **A.**    Yes.

                JASON MASTONY - Direct by Ms. Lederer

585

1      **Q.**   And this here was where you were stationed in an

2   attempt to secure your mission, Don't lose the Capitol?

3      **A.**   Yes.

4           **MS. LEDERER:**  If I may admit at this time 302

5   which I believe might already be in.

6           **DEPUTY CLERK:**  (Nods head.)

7           **MS. LEDERER:**  Thank you, Ms. Moore.

8           **THE COURT:**  Yes, 302 is already in evidence.

9           **MS. LEDERER:**  Thank you.

10          For the record, we are at 3:58 and 2 seconds p.m.

11  **BY MS. LEDERER:**

12     **Q.**   Sergeant Mastony, we're just going to play a

13  little bit.  As we work through, I might pause and direct

14  your attention in certain ways.

15          If we may press play.

16      (Video played.)

17          **MS. LEDERER:**  If we could press pause, please.

18          **MS. RIVES:**  [Complied]

19          **MS. LEDERER:**  For the record, paused at

20  3:58:05 p.m., which is 28 minutes and 5 seconds in.

21  **BY MS. LEDERER:**

22     **Q.**   I'm going to circle this individual right here.

23  Can you see what type of hair they have?

24     **A.**   Brown longish straggly hair.

25     **Q.**   And if you could just keep watching that

                JASON MASTONY - Direct by Ms. Lederer

1    individual, please.  And as it plays, I might just ask some

2    questions over it because we know the CCTV doesn't have any

3    sound?

4          **MS. LEDERER:**  All right.  Please press play.

5          (Video continued playing.)

6    **BY MS. LEDERER:**

7    **Q.**   Sergeant Mastony, it kind of looks like MPD and

8    Capitol Police are going back and forth.  Is that what you

9    meant with the heave-ho?

10   **A.**   Yes.  This isn't one of their more successful

11   ones.  You feel it a little more when you're in it but,

12   yeah, so you can see the crowd is pushing in and then

13   relaxes back and then pushes in again.

14         (Video continued playing.)

15   **Q.**   Sergeant Mastony, in addition to the pushing of

16   the crowd, what else was the crowd doing?

17   **A.**   So we were getting thrown projectiles at us.  We

18   were getting chemical munition sprays into the tunnel.

19   Yeah, and then we were getting, you know, blunt object

20   strikes.

21         We would recover weapons, sledge hammers, other

22   things and we'd pass them back over the top of our heads.

23   They would bring up shields and we'd either take them or try

24   to use them on the front of the line.  Yeah, you can see

25   here the guys using the -- swinging off the top ledge to hit

                JASON MASTONY - Direct by Ms. Lederer

1     the officers.

2          (Video continued playing.)

3               MS. LEDERER:   If we could press pause, please.

4               MS. RIVES:   [Complied]

5               MS. LEDERER:   Now we're for the record at 4 p.m.

6     and 38 seconds, 30 minutes and 38 seconds into the

7     recording.

8     BY MS. LEDERER:

9          Q.   Sergeant Mastony, can you still see that person

10    with the brown hair?

11         A.   Yes.

12              MS. LEDERER:   If we could press play, please.

13         (Video continued playing.)

14              MS. LEDERER:   If we could press pause, please.

15              MS. RIVES:   [Complied]

16    BY MS. LEDERER:

17         Q.   Do you still see that brown-haired individual?

18         A.   I do.

19              MS. LEDERER:   For the record, we're at 4:01:45

20    p.m., 31:44, 31 minutes and 44 seconds into the recording.

21    If we could press play, please.

22         (Video continued playing.)

23    BY MS. LEDERER:

24         Q.   In addition to the pushing and the items being

25    passed up, were you also being sprayed while in the tunnel?

                    JASON MASTONY - Direct by Ms. Lederer

1      **A.**   Yeah.  The spray you see coming in there now is

2      one of our Mark-46s, which is an OC dispenser that's issued

3      to the department.  Again, I never witnessed it, but I

4      believe at some point the crowd became in possession of a

5      number of them and were using them against us.

6           (Video continued playing.)

7               **MS. LEDERER:**  If we could pause here.

8               **MS. RIVES:**  [Complied]

9               **MS. LEDERER:**  For the record, we're at

10     4:03:52 p.m., which is 33 minutes and 52 seconds into the

11     recording.

12     **BY MS. LEDERER:**

13     **Q.**   Is that brown-haired head still there?

14     **A.**   It is.

15     **Q.**   It looks like an officer is deploying pepper spray

16     back.  Did that disperse the crowd?

17     **A.**   So, no, at this point, we were out of munitions in

18     the tunnel.  We didn't have anything else to do.  What that

19     officer is deploying is the personal OC spray that we carry,

20     just a normal routine patrol.

21              It is not meant for crowd dispersal.  It's meant

22     to spray, like, an individual person who's being combative

23     in the street.  So, yeah, we were pretty much down to that.

24     We would just pass this officer up here on the right-hand

25     side whatever we had on our belts, and he would try to use

JASON MASTONY - Direct by Ms. Lederer

1    it as best he could.

2         **THE COURT:**  Counsel, approximately how much longer

3    do you have on direct?

4         **MS. LEDERER:**  Probably about 5 to 10 more minutes.

5         **THE COURT:**  Okay.  Why don't we get through that

6    and then we'll take a break.

7         **MS. LEDERER:**  Absolutely.

8         If we could press play, please.

9         (Video continued playing.)

10        **MS. LEDERER:**  If we could press pause.

11        **MS. RIVES:**  [Complied]

12   **BY MS. LEDERER:**

13      **Q.**   Sergeant Mastony, I circled what appears to be a

14   hand on the wall.  Can you see that?

15      **A.**   I can.

16      **Q.**   Can you tell what color is on that person's arm?

17      **A.**   Green.

18        **MS. LEDERER:**  And for the record, that is at

19   4:04:02 p.m., which is 34 minutes and 2 seconds into the

20   recording.

21        If we could press play.

22        (Video continued playing.)

23        **MS. LEDERER:**  If we could press pause.

24        **MS. RIVES:**  [Complied]

25

             JASON MASTONY - Direct by Ms. Lederer

1    BY MS. LEDERER:

2        **Q.**   Can you still see that arm on the wall at

3    04:04:32 p.m.?

4        **A.**   I can.

5            **MS. LEDERER:**   If we could press play.

6        (Video continued playing.)

7    BY MS. LEDERER:

8        **Q.**   And as that person's arm is on the side of the

9    wall, can you tell what the crowd is doing?

10       **A.**   They are pushing in.  You can tell on this video

11   that they've gained some ground in here that MPD is no

12   longer holding the threshold.  They've now pushed kind of

13   inside the -- that lattice and you have people pushing in on

14   the right-hand side and some on the left.

15       (Video continued playing.)

16           **MS. LEDERER:**   If we could press pause, please.

17   And if we could show Sergeant Mastony 534, please.

18           **MS. RIVES:**   [Complied]

19           **MS. LEDERER:**   Your Honor, I'll briefly work my way

20   through this and then have maybe one or two quick questions

21   after.

22       (Brief pause.)

23   BY MS. LEDERER:

24       **Q.**   Sergeant Mastony, do you recognize the area in

25   534?

                JASON MASTONY - Direct by Ms. Lederer

1    **A.**    Yeah.  So this is setback but it's still the

2    entryway to the -- probably see the wood lat -- entryway to

3    the Capitol.  You see the wood lattice work up there in that

4    middle arch.  This is setback towards the front of the

5    Inaugural Stage that kind of is closest to the National

6    Mall.

7            **MS. LEDERER:**  Your Honor, if I can move 534 into

8    evidence at this time.

9            **MS. COSTNER:**  No objection.

10           **THE COURT:**  534 is admitted and may be published.

11       (Government's Exhibit 534 was received.)

12           **DEPUTY CLERK:**  [Complied]

13           **MS. LEDERER:**  And after this is published, I'm

14   just going to ask Ms. Rives to jump to 1:05.

15   **BY MS. LEDERER:**

16       **Q.**    But I know that you were inside the tunnel,

17   Sergeant Mastony, but does this accurately reflect the crowd

18   that you were facing that day?

19       **A.**    It does.

20       **Q.**    Okay.  And we are at 1:04.  I'm going to -- we're

21   paused here.  I'm going to circle an individual.  Can you

22   see that green jacket?

23       **A.**    I can.

24           **MS. LEDERER:**  If you could press play, please.

25       (Video played.)

                JASON MASTONY - Direct by Ms. Lederer

1          **MS. LEDERER:**  If you could press pause, please.

2          **MS. RIVES:**  [Complied]

3     **BY MS. LEDERER:**

4          **Q.**   Sergeant Mastony, as you're in that tunnel and

5     having this many people move in a coordinated fashion to

6     push against you, what did that force feel like?

7          **A.**   So it's a lot of pressure.  You're kind of just

8     going with the crowd at that point.  You know, you have

9     access to your arms but they get collapsed in on you and

10    then, at points, I have a plastic shield that I was holding

11    that is just crushed against me.

12              The officers behind you are simultaneously giving

13    force in the opposite direction to try to push back against

14    the crowd so that you don't get pushed out of the tunnel.

15    So you're kind of caught between those two forces.  So that

16    presses in on you.  If there is front pressure on your

17    camera, it deactivates it.  So mine and other cameras will

18    go off.

19              The gas mask has a small hole that allows air to

20    come in.  So the gas mask will seal against something, an

21    officer or a shield, and then you just have no air coming

22    in, and it will just be sealed like trying to breathe into,

23    like, a bag with no exit.

24              So in that case, your arms are pushed against you

25    and you're being crushed.  You just kind of have to hope

                    JASON MASTONY - Direct by Ms. Lederer

1    that pressure relieved.  Every time that happened to me in

2    there, the crowd shifted or the officer moved.  But the

3    feeling is sort of helpless because you can't move your arms

4    up to clear the obstruction.

5            So you're just sitting there without air getting

6    pushed back and forth.  We had been exposed at that point in

7    the day to all chemical munitions all across our bodies.  It

8    comes straight through the uniform, so your arms and legs

9    are on fire.  Your face has already been exposed.  You have

10   a gas mask on now, but your face is still burning.  Your

11   eyes are burning.  So it was generally just a pretty awful

12   experience.

13       **Q.**   Earlier you said that certain officers had kind of

14   like an outer shell on; is that correct?

15       **A.**   Yes.

16       **Q.**   Would that outer shell help more than just what

17   you were wearing that day to protect from the spray?

18       **A.**   Yes.  That's what it's designed to do.

19   Unfortunately, myself and the rest of the platoon, it takes

20   a little bit of time to get that on.  And the manner in

21   which we dressed on the street earlier, almost all of us

22   with one or two exceptions decided that there wasn't time to

23   put that suit on.

24           So, yeah, without that suit, all of those chemical

25   munitions just came right through our uniforms.  And then

                    JASON MASTONY - Direct by Ms. Lederer

1    the uniforms helped it stay on you.  So you were just kind

2    of on fire from your exposure for the hours the rest of your

3    working day.

4           **MS. LEDERER:**  If we could jump forward to 7:41

5    into the video.

6           **MS. RIVES:**  [Complied]

7           **MS. LEDERER:**  And if we could press play, please.

8         (Video continued playing.)

9           **MS. LEDERER:**  And if we could press pause.

10          **MS. RIVES:**  [Complied]

11   **BY MS. LEDERER:**

12       **Q.**   I'm circling an individual right here.  Can you

13   see what that person is wearing?

14       **A.**   A green jacket with black shoulder pad or shoulder

15   area.

16          **MS. LEDERER:**  If we could play a little bit more.

17        (Video continued playing.)

18          **MS. LEDERER:**  If we could press pause.

19          **MS. RIVES:**  [Complied]

20   **BY MS. LEDERER:**

21       **Q.**   Sergeant Mastony, the people pushing against you,

22   did that make it difficult for you to keep to your mission

23   of protecting the Capitol that day?

24       **A.**   It did.

25       **Q.**   Were you able to eventually get people out of that

                    JASON MASTONY - Direct by Ms. Lederer

1    tunnel area?

2         **A.**    Yeah.   Around 5 p.m., with the assistance of

3    Virginia State Police, we were able to push out of that

4    tunnel.

5         **Q.**    Virginia State Police, were they with you the

6    entire time?

7         **A.**    No, they arrived after all of these videos we've

8    observed to this point.

9              **MS. LEDERER:**   I have no further questions at this

10   time.   Thank you.

11             **THE COURT:**   Thank you, Counsel.

12             It seems to me this is a very appropriate time for

13   our afternoon recess.   It's 3:36 p.m. now.   Let's come back

14   on the record at 3:55.   Okay?

15             **DEPUTY CLERK:**   All rise.

16        (Recess at 3:36 p.m. until 3:58 p.m.)

17        (Jury entered the courtroom.)

18             **DEPUTY CLERK:**   Your Honor, we are now back on the

19   record.

20             **THE COURT:**   Thank you, Ms. Moore.

21             Ms. Costner.

22             **MS. COSTNER:**   Thank you, Your Honor.

23             **CROSS-EXAMINATION OF JASON MASTONY**

24   BY MS. COSTNER:

25        **Q.**    Good afternoon, Sergeant Mastony?

              JASON MASTONY - Cross by Ms. Costner

1      **A.**    That's fine.

2      **Q.**    Well, how do I pronounce it?  I want to pronounce

3    it correctly.  Good afternoon.

4      **A.**    Good afternoon.

5      **Q.**    Just a few questions for you.  You testified on

6    direct that January the 6th started out as just a usual day

7    knowing that there were going to be some protests and some

8    things going on at the Capitol; is that correct?

9      **A.**    That's correct.

10      **Q.**    You've been on the Metropolitan Police force for

11    13 years?

12      **A.**    That's correct.

13      **Q.**    And I believe you said you were experienced with

14    protests and demonstrations and things like that happening

15    around the Capitol?

16      **A.**    I am.

17      **Q.**    So in your mind, at least at first, this was not

18    going to be unusual.  Would that be a fair statement?

19      **A.**    That's correct.

20      **Q.**    And as you started your unusual day, you began to

21    realize, from what you testified to, that things were

22    unusual that day?

23      **A.**    Yes.

24      **Q.**    What is a high visibility post?

25      **A.**    So in essence, you have CDU, civil disturbance

JASON MASTONY - Cross by Ms. Costner

1    unit.  You can kind of have two purposes to that.  You can

2    have the civil disturbance unit where we don our hard gears

3    and our helmets and our batons and we go down to confront a

4    hostile crowd that's engaged in a riot or riotous behavior.

5              High visible is the other end of that spectrum.

6    We go down with visibility jackets on wearing our normal

7    police uniforms, as I'm wearing today, and we stand on a

8    route that are anticipated large numbers of people are going

9    to be moving.

10             And essentially our duties are just visibility,

11   the police are here, and then standard interactions with

12   citizens.  Where is the metro?  Where is the metro?  Where

13   is the metro?  We get that a lot.  [Laughter]

14       **Q.**   I'm not from Washington, D.C. but I've often asked

15   where's the metro.

16       **THE COURT:**  It's a good joke.  [Laughter]

17   **BY MS. COSTNER:**

18       **Q.**   So high visibility means you were visible.  Just

19   to make sure that people knew that law enforcement was

20   around to answer questions about the metro but also to make

21   sure that, if there was going to be anything out of the

22   ordinary, it might prevent it just in people knowing that

23   that you all were around; is that fair?

24       **A.**   That's fire.

25       **Q.**   You testified that, around noon, things started to

                    JASON MASTONY - Cross by Ms. Costner

1 get a little bit less usual.  Correct?

2  **A.** That's correct.

3  **Q.** And you noticed that there were protestors, the

4 ones that had come for the J6 rally; is that correct?

5  **A.** Yes.

6  **Q.** And then you said counter-protestors also.  Is

7 that --

8  **A.** So, yeah, I had initial interaction with two or

9 three people who went up on one of the cross streets and

10 started having a confrontation with people in the crowd.  So

11 I dealt with that prior to the events that unfolded.

12  **Q.** So those are people -- Antifa might be an example

13 of that or other types of groups that opposed the people

14 that were there opposing the election results?

15    **MS. LEDERER:** Objection.  Lack of foundation.

16    **THE COURT:** Overruled.

17    **THE WITNESS:** So these people that I dealt with

18 did not appear to be members of Antifa or another organized

19 group.  They just seemed to be people who had a different

20 people leaning than the people who were present and decided

21 to have a verbal sparring match with them.

22 **BY MS. COSTNER:**

23  **Q.** And those were the folks you dealt with.  Correct?

24  **A.** Well, I dealt with them in the fact that I got in

25 between those groups and the people who had come for the

     JASON MASTONY - Cross by Ms. Costner

1    January 6th event.  And just, again, similar to high

2    visibility, I'm just going to stand here until this resolves

3    itself.

4        **Q.**   So calm down that situation?

5        **A.**   Yeah.

6        **Q.**   Did you observe other protest groups that were

7    there to protest the protestors?

8        **A.**   That was my only interaction I had that day.

9        **Q.**   And at some point, you testified that you put on

10   your protective gear and you did that while you were in the

11   street.  Correct?

12       **A.**   That's correct.

13       **Q.**   And what did that -- or hard protective gear is

14   what you called it.  Correct?

15       **A.**   Yes.

16       **Q.**   And what did that consist of?

17       **A.**   So it's similar to athletic padding.  It's foam

18   with a hard plastic shell on it.  So it straps into our

19   vests and it has to ballistic protection aside from the

20   helmet that we wear.  But, yeah, it just straps on our vest.

21   It looks lacrosse or football pads, something similar.

22       **Q.**   So it wouldn't protect you from a bullet wound.

23   Correct?

24       **A.**   No, it would not you from a bullet wound.

25       **Q.**   Or shot?

                 JASON MASTONY - Cross by Ms. Costner

1      **A.**    No.

2      **Q.**    How about a knife, if somebody tried to stab you,

3  would it protect you from that?

4      **A.**    It might possibly deflect a blade, but it was not

5  designed for that.  And I'm sure whoever manufactured it

6  would not guarantee it to that level.

7      **Q.**    If someone attempted to hit you with an object,

8  would it protect you from that depending --

9      **A.**    It is definitely helpful in that scenario.

10     **Q.**    If somebody just tried to punch you, would it

11  protect you from that?

12     **A.**    Yeah, it's padding so it would help you with any

13  kind of impact on your body.

14     **Q.**    What was your head gear at that time?

15     **A.**    It's a ballistic helmet similar to a

16  military-style helmet that you would see.

17     **Q.**    At that point, you did not have your gas mask on.

18  Correct?

19     **A.**    No.

20     **Q.**    And that was when you began to sort of work your

21  way through the crowd with your platoon of men?

22     **A.**    So, yeah, that was the -- what we were wearing

23  when we went through the crowd.

24     **Q.**    And how long after -- well, let me just back up

25  for a minute.  You made it through.  And then the rest of

                    JASON MASTONY - Cross by Ms. Costner

1      the platoon came within about 10 minutes.  Was that your

2      testimony?

3          **A.**   That's right.

4          **Q.**   And during -- once you made it through, how --

5      when did you put on your gas mask and gloves?  How long

6      after?

7          **A.**   So my gloves were already on.  I had to take them

8      off to get the mask on, but the mask came on 20 or 30

9      minutes.  Essentially, prior to the video, we observed the

10     line collapsing.  That's when I was putting my gas mask on.

11     So I was on the line from the moment I arrived at the

12     Capitol at, like, 13:50 -- 1:55 in the afternoon to the

13     point in that video where I was putting on my mask.

14         **Q.**   Did you maintain that gas mask on throughout the

15     rest of the afternoon?

16         **A.**   Yes.

17         **Q.**   Now, the video that you just referred to, where

18     you were fighting the line and the crowd was trying to break

19     through, was that with just you and the couple of men that

20     came or was that with the entire platoon when they arrived?

21         **A.**   So, it was with what people were there.  It was

22     kind of a mishmash of units at that point.  Capitol

23     Policemen, different MPD members and what I had of my

24     platoon was there.

25         **Q.**   And at the beginning of the video, we see a lot of

                    JASON MASTONY - Cross by Ms. Costner

1    really strenuous fighting, people really coming at you.

2    Correct?

3        **A.**    Yes.

4        **Q.**    And you didn't see this person with the green

5    jacket and the white helmet in that part of the video really

6    coming at you as we saw the others?

7            **MS. LEDERER:**  Objection.  Compound.

8            **THE COURT:**  Overruled.

9            **THE WITNESS:**  I did not have any interaction with

10    the person in the green jacket.

11    **BY MS. COSTNER:**

12        **Q.**    Now in fact -- do you recall being interviewed

13    prior to this trial, having a meeting with the prosecutors?

14        **A.**    I do.

15        **Q.**    And that interview took place maybe a week or so

16    before the trial this week?

17        **A.**    Yes.

18        **Q.**    And do you recall telling the prosecutors that you

19    really don't recall --

20            **MS. LEDERER:**  Objection, Your Honor.

21            **MS. COSTNER:**  I can rephrase it.

22            **MS. LEDERER:**  Improper impeachment at this point.

23            **THE COURT:**  Do you have a response to that?  Do

24    you want to rephrase the question?

25            **MS. COSTNER:**  Yes, Your Honor.  I can rephrase the

                    JASON MASTONY - Cross by Ms. Costner

1      question.

2      **BY MS. COSTNER:**

3           **Q.**   Do you recall, without having seen these videos,

4      just independently seeing this person in the green jacket

5      and the white helmet?

6           **A.**   No.

7           **Q.**   So during January 6, you just have no

8      recollection, with all the things that were going on, of

9      seeing that person?

10          **A.**   That's correct.

11          **Q.**   And when you saw the videos, that's when that

12     person was pointed out to you; is that correct?

13          **A.**   That's correct.

14          **Q.**   And you were asked questions about that person?

15          **A.**   Yes.

16          **Q.**   And you answered questions based on what you saw

17     in the video; is that correct?

18          **A.**   That's correct.

19          **Q.**   Not what you remember from standing where you were

20     on January the 6th on the West Plaza.  Correct?

21          **A.**   That's correct.

22          **Q.**   Now, you were shown video -- well, let me --

23               You were shown video of this person in the green

24     jacket carrying the pole.  Do you recall that video --

25     during this trial.  I'm sorry.  I need to bring you up to

                    JASON MASTONY - Cross by Ms. Costner

1    speed.  We're here.

2              What I'm going to ask you questions about at this

3    point are the videos that you were shown today as you

4    testified.  Do you recall seeing video of the person in the

5    green jacket with the white helmet carrying a pole?

6         **A.**   Yes.

7         **Q.**   And you also -- there was a banister or a handrail

8    that had some reddish stain on it.  Do you recall that?

9         **A.**   I do.

10        **Q.**   And I believe you testified that that could be

11   blood?

12        **A.**   Yes.

13        **Q.**   Could it be some other substance as well, such as

14   bear spray or some other type of spray that was being

15   sprayed?

16        **A.**   It could be.  At the time I observed it in, you

17   know, real life, I considered it to be blood, more

18   consistent with blood than another substance.

19        **Q.**   You didn't see anybody injured grabbing it and

20   smearing blood on it, did you?

21        **A.**   No.

22        **Q.**   And you didn't see this person in the green jacket

23   and white helmet doing anything that would cause anyone to

24   bleed on that handrail.  Correct?

25        **A.**   That's correct.

                    JASON MASTONY - Cross by Ms. Costner

1      **Q.**   It was just there as you were walking around?

2      **A.**   That's correct.

3      **Q.**   And you have no idea where it came from.  Correct?

4      **A.**   I don't have any personal knowledge of where it

5      came from.

6      **Q.**   Now, you testified regarding the pole.  And I

7      believe you testified that, in your opinion, it's a metal

8      pole.  Is that what you said?

9      **A.**   If I characterized it as a metal pole, I don't

10     recall but I may have.

11     **Q.**   Well, you don't really know what type of pole it

12     is, do you?

13     **A.**   No.

14     **Q.**   It could be any kind of a pole.  Right?

15     **A.**   That is correct.

16     **Q.**   Poles can be made of many materials; isn't that

17     correct?

18     **A.**   Yes, that would be correct.

19     **Q.**   PVC.  Correct?

20     **A.**   [No response]

21     **Q.**   Could it be made of PVC?

22     **A.**   There are many materials that a pole can be made

23     of.  PVC is possible, yes, one material that it could be

24     made of.

25     **Q.**   Okay.

                    JASON MASTONY - Cross by Ms. Costner

1     **MS. COSTNER:**  May I have a moment, Your Honor?

2     **THE COURT:**  You may.

3  **BY MS. COSTNER:**

4     **Q.**   So you were shown Exhibit 523.1.  Do you recall

5  seeing that video?

6     **A.**   I don't recall if I was shown a particular exhibit

7  number.

8     **Q.**   You had a lot of numbers for videos; isn't that

9  correct?

10    **A.**   Yes.

11    **Q.**   So if I may, I would like to show --

12    **MS. COSTNER:**  And, Your Honor, it's been admitted

13 as Exhibit 523.1 for the government.  Would the Court want

14 us, as the defendant, to identify it as -- give it a number

15 or may we use it as the government's?

16    **THE COURT:**  I'm happy to have you refer to it as

17 the government's exhibit --

18    **MS. COSTNER:**  All right.  Thank you.

19    **THE COURT:**  -- if you're comfortable with that.

20    **MS. COSTNER:**  Yes, Your Honor.  Thank you.

21    **THE COURT:**  You just need to switch the feed over

22 to allow Mr. Knight to have access to the system.

23    **MS. COSTNER:**  Thank you.  That's the one thing I

24 did not learn yesterday.

25    **THE COURT:**  Now I think we're all set.  And since

            JASON MASTONY - Cross by Ms. Costner

1    we're talking about 523.1, that has been admitted and may be

2    published to the jury if it's not already.

3              **MS. COSTNER:**  Thank you, Your Honor.

4              If you would please play it.

5              **MR. KNIGHT:**  [Complied]

6    BY MS. COSTNER:

7         **Q.**   And the officers who were down on the Plaza where

8    the pole was aimed, you saw those officers; is that correct?

9         **A.**   Yes.

10        **Q.**   And they all had -- did they all have shields or

11   did most of them have shields?

12        **A.**   Some had shields and some did not have shields.

13        **Q.**   And these were lengthy shields.  They were long

14   shields.  Correct?

15        **A.**   Yes.

16        **Q.**   And are those the standard shields that are issued

17   to your department or are those Capitol Police shields?

18        **A.**   So by the emblem that's on them, they would be

19   Capitol Police shields.  We are issued a similar shield of

20   the same design of the longer, rectangular shield.

21        **Q.**   Did you have a shield like that with you that day?

22        **A.**   At multiple points in the day I did use shields of

23   that type.

24        **Q.**   Did your platoon also have shields like that?

25        **A.**   We were not issued shields when we responded to

                 JASON MASTONY - Cross by Ms. Costner

1    the Capitol, so we did not have them but they may have used

2    them.

3         Q.   They may have had a source where they could obtain

4    them and have them throughout that day?

5         A.   Yes.

6         Q.   You were asked questions about the entryway to the

7    tunnel.  We saw the crowd there, and you were on the other

8    side of that; is that correct?

9         A.   That's correct.

10        Q.   And the person in the green jacket that you

11   identified with the helmet was sort of in that -- in the

12   middle of or to the front of that crowd, if you are looking

13   at it from the perspective of being in the tunnel.  Was that

14   too --

15        A.   So the videos I observed showed a person in a

16   green jacket with no helmet at the time but, yes.

17        Q.   You were inside the tunnel looking out at that

18   point in time?

19        A.   I was inside the tunnel.  Whether or not I was in

20   a position to see out, but, yes, I was in the tunnel.

21        Q.   I guess I should say your vantage point was out of

22   the tunnel?

23        A.   Right.  When I was in the tunnel, my vantage point

24   would be towards the National Mall, so out to the exterior

25   of the building.

                JASON MASTONY - Cross by Ms. Costner

1     **Q.**   The video that you were shown, that's how you were

2     able to identify this person in the green.  Correct?

3     **A.**   Yeah.  The video I was shown showed a person in a

4     green jacket.

5     **Q.**   You don't recall seeing that person while you were

6     in the tunnel on that day?

7     **A.**   I do not.

8     **Q.**   And that was a pretty large crowd of people,

9     wasn't it?

10    **A.**   It was.

11    **Q.**   And they were pushing pretty hard, correct, that

12    heave-ho back and forth?

13    **A.**   They were.

14    **Q.**   And the person in green was sort of kind of in the

15    front and sometimes a little bit back from the front with

16    that crowd behind him?

17    **A.**   He was closer to the entryway than to the camera

18    that was in the video.

19    **Q.**   And how many people would you estimate were behind

20    him?

21    **A.**   Again, thousands would be the estimate, over 500,

22    but I am not good at crowd numbers or testifying to what

23    they would be.

24    **Q.**   I understand.  But it was at least, you think,

25    maybe between 500 and a thousand; is that correct?

                JASON MASTONY - Cross by Ms. Costner

610

1     **A.**   I'd say that's an accurate number to my

2     recollection.

3     **Q.**   Those were all people going heave-ho, heave-ho,

4     going back and forth; is that right?

5     **A.**   I don't think the entire crowd on that -- on the

6     Inaugural Stage was heaving-ho.  I would consider the people

7     on the amphitheater steps at points in the video can be seen

8     in unison going heave-ho.

9     **Q.**   Maybe about half of them?

10    **A.**   I can't put a number on the number.  It's really

11    just, to the video, I observed it seems like the people on

12    the amphitheater steps are engaged in that back-and-forth

13    motion.

14    **Q.**   He was in the front of that crowd pretty much.

15    Correct?

16    **A.**   He was closer to the entryway than to the

17    exterior.  So, again, not exactly the front but closer to

18    the front than to where the camera was positioned.

19    **Q.**   And lots of people behind him?

20    **A.**   There were people behind him.

21    **Q.**   Lots of people beside him?

22    **A.**   Yes.

23    **Q.**   And lots of people pushing?

24    **A.**   Yes.

25    **Q.**   Now, we saw people throwing things through the

                    JASON MASTONY - Cross by Ms. Costner

611

1    tunnel and coming down and hanging from the tunnel.  You saw

2    those people.  Correct?

3         **A.**   Yes.

4         **Q.**   You saw people kicking as they hung from the

5    tunnel?

6         **A.**   Yes.

7         **Q.**   This person in green didn't do anything like that,

8    did he?

9         **A.**   I did not observe the person in green hanging from

10   the awning and kicking?

11        **Q.**   And he didn't throw anything?

12        **A.**   It wasn't observed on the video.

13        **Q.**   Wasn't swinging off the ledge?

14        **A.**   Not observed on the video.

15        **Q.**   Wasn't holding, like some, with a big spray bottle

16   spraying -- trying to spray into the -- bear spray or

17   whatever it was into the tunnel at you and your officers?

18        **A.**   Not observed on the video.

19        **Q.**   Throughout -- that's all the questions I have.

20   Thank you.

21             **THE COURT:**  Redirect?

22             **MS. LEDERER:**  Yes, Your Honor.

23             <u>**REDIRECT EXAMINATION OF JASON MASTONY**</u>

24   **BY MS. LEDERER:**

25        **Q.**   Afternoon, again, Sergeant.

                JASON MASTONY - Redirect by Ms. Lederer

1          Sergeant Mastony, counsel asked you a little bit

2     about your morning where your original station was.  The

3     scheduled event that you keep discussing, where was that

4     scheduled to be?

5          A.   It was on the Ellipse, which is between the White

6     House and the Washington Monument or African-American

7     History museum.

8          Q.   About how far away is that from the Capitol?

9          A.   A mile, maybe a little more.

10         Q.   Counsel kept asking you whether or not you

11    specifically remembered the person in the green jacket with

12    the helmet.  Do you remember every single person that was on

13    the Capitol that day?

14         A.   I do not.

15         Q.   But what we watched in the video, people

16    overrunning your lines, everyone in that area, when we

17    watched around 2:28 when everyone overran the lines,

18    everyone in that area, did they make it difficult for you to

19    do your job that day?

20         A.   They did.

21         **MS. LEDERER:**  If we could bring up 523.1, please,

22    Ms. Rives.

23         **MS. RIVES:**  [Complied]

24         **MS. LEDERER:**  If we could turn the sound on,

25    please.

          JASON MASTONY - Redirect by Ms. Lederer

1          **MS. RIVES:**  [Complied]

2          **MS. LEDERER:**  Thank you.

3          I'm not sure if it already is but, since it's

4   already in evidence, can we publish to the jury?  Thank you.

5   And if we could press play.

6          (Video played.)

7          **MS. LEDERER:**  If we could press pause.

8          **MS. RIVES:**  [Complied]

9   **BY MS. LEDERER:**

10     **Q.**   Sergeant Mastony, how many times do you see that

11   individual in the green jacket use that pole against

12   officers?

13     **A.**   Two times.

14     **Q.**   And I know that you were not on the receiving end

15   of that, but would you want to get struck by a metal pole?

16          **MS. COSTNER:**  Objection.

17          **THE COURT:**  Sustained.

18   **BY MS. LEDERER:**

19     **Q.**   Sergeant Mastony, counsel also asked you about all

20   of the individuals --

21          **MS. LEDERER:**  Thank you.  We can take down 523.1.

22          **DEPUTY CLERK:**  [Complied]

23   **BY MS. LEDERER:**

24     **Q.**   Counsel also asked you about all of the people in

25   the tunnel.  Do you remember every single specific person

                  JASON MASTONY - Redirect by Ms. Lederer

1   that was pushing against you in that tunnel?

2        **A.**   I do not.

3        **Q.**   Despite not remembering every single person, if

4   any individual was pushing against you in that tunnel, did

5   it make it difficult for you to do your job that day?

6        **A.**   It did.

7             **MS. LEDERER:**   Thank you.

8             **THE COURT:**   Sergeant, I want to thank you for your

9   time today and your testimony.  Also, thank you for your

10  service, both generally and on January 6th.  It's much

11  appreciated and you are excused.

12            **THE WITNESS:**   Thank you, Your Honor.

13            **THE COURT:**   Thank you.

14       (Witness stepped down.)

15            **THE COURT:**   Is the government ready to call its

16  next witness?

17            **MS. ERIKSEN:**   We are, Your Honor.  It will be

18  Special Agent Doss.

19       (Brief pause.)

20            **DEPUTY CLERK:**   Please raise your right hand.

21            Do you solemnly swear or affirm that the testimony

22  you will give the Court and jury in this trial will be the

23  truth, the whole truth and nothing but the truth?

24            **THE WITNESS:**   I do.

25            **DEPUTY CLERK:**   Thank you and please be seated.

            JASON MASTONY - Redirect by Ms. Lederer

1          **THE COURT:**  Good afternoon.

2          You may proceed.

3          **MS. ERIKSEN:**  Thank you, Your Honor.

4          **DIRECT EXAMINATION OF JARRETT DOSS**

5     BY MS. ERIKSEN:

6          **Q.**   Can you please state and spell your name for the

7     record?

8          **A.**   Jarrett Doss, it's J-A-R-R-E-T-T, and last name is

9     Doss, D-O-S-S.

10         **Q.**   Where do you work, Special Agent Doss?

11         **A.**   I'm a special agent with the FBI.

12         **Q.**   How long have you been with the FBI?

13         **A.**   Fourteen years.

14         **Q.**   What is your current title or position with the

15    FBI?

16         **A.**   I'm a special agent.  I'm currently assigned to

17    work counterintelligence matters currently.

18         **Q.**   And what office are you based in?

19         **A.**   Raleigh, North Carolina.

20         **Q.**   Were you working in the Raleigh office on

21    January 6th of 2021?

22         **A.**   Yes, ma'am.

23         **Q.**   So you were not in Washington, D.C. that day?

24         **A.**   No.

25         **Q.**   But at some point, did you come to investigate a

                    JARRETT DOSS - Direct by Ms. Eriksen

1      case involving a David Geitzen?

2           **A.**   Yes, ma'am.

3           **Q.**   How did that come about?

4           **A.**   The FBI received an online anonymous tip

5      indicating that --

6                **MS. COSTNER:**  Objection.

7                **THE COURT:**  What's the objection?

8                **MS. COSTNER:**  Your Honor, to an anonymous tip.

9      Your Honor --

10               **THE COURT:**  He's answering the question.  What's

11     the objection?

12               **MS. COSTNER:**  I believe he was getting ready to

13     testify to what the anonymous tip said.

14               **THE COURT:**  We're not there yet.

15               **MS. COSTNER:**  I can also respond that it isn't

16     going to be for the truth of what the person said but what

17     it led to.

18     **BY MS. ERIKSEN:**

19          **Q.**   So if you could be very general in your response

20     without exact words what you learned and what you did after

21     that.

22               **THE COURT:**  So the objection is overruled as

23     reframed.

24               **THE WITNESS:**  Yes, sir.

25               So, again, the FBI received this online tip.  And

                    JARRETT DOSS - Direct by Ms. Eriksen

1    generally, it's stated that David Geitzen was planning to

2    travel to Washington, D.C. on Inauguration Day, January

3    20th, 2021 and potentially to engage in violence.

4    **BY MS. ERIKSEN:**

5        **Q.**    And as a general matter, if you know, after the

6    events of January 6th were agents at the FBI following up to

7    try and determine if something else might happen on

8    Inauguration Day?

9        **A.**    Yes, ma'am.

10       **Q.**    So was that sort of a natural step for you to look

11   into?

12       **A.**    It was.

13       **Q.**    So after you received that information what did

14   you do?

15       **A.**    I made attempts to locate Mr. David Geitzen in

16   person and by telephone.

17       **Q.**    And did you ever meet Mr. Geitzen in person?

18       **A.**    No.

19       **Q.**    Were you able to obtain his telephone number?

20       **A.**    Yes, ma'am.

21       **Q.**    Okay.  And once you got his number, what did you

22   do?

23       **A.**    I called him multiple times, and eventually he

24   answered the phone.

25       **Q.**    And what day did you ultimately make contact with

                         JARRETT DOSS - Direct by Ms. Eriksen

1    Mr. Geitzen?

2         **A.**   January 19th, 2021.

3         **Q.**   And what were the circumstances of that phone

4    call, if you could go through how it started?

5         **A.**   Yes.

6              I called.  He acknowledged that he was David

7    Geitzen.  I don't remember the particular interaction, but I

8    was speaking to the person I was looking to find.  And we

9    discussed his travel to --

10             **MS. COSTNER:**  Objection.

11             **THE WITNESS:**   -- Washington, D.C.

12        (Sidebar discussion.)

13             **THE COURT:**  What's the objection?

14             **MS. COSTNER:**  I understand the Court has ruled on

15   our motion with respect to this evidence.  I'm making the

16   objection to preserve it for Mr. Geitzen.

17             **THE COURT:**  Perfect.  Thank you.

18             Yes, the objection is noted for the record.  It's

19   preserved.  I'm going to stand by my pretrial ruling.  You

20   may continue but thank you for preserving it.

21             **MS. COSTNER:**  May I have a continuing objection

22   through this testimony so I don't keep interrupting the --

23             **THE COURT:**  Absolutely.  I will treat the

24   objection as preserved and maintained throughout this entire

25   line of questioning.

              JARRETT DOSS - Direct by Ms. Eriksen

1          **MS. COSTNER:**  Thank you.

2          **THE COURT:**  Thank you.

3          (Sidebar discussion concluded.)

4     BY MS. ERIKSEN:

5          **Q.**  Picking up with you called him, he said he was

6     David Geitzen, then what did you talk about?

7          **A.**  We talked about his travel to Washington, D.C. for

8     the inauguration.  He confirmed that he and his brother,

9     Andrew, were traveling at the time to Washington, D.C.

10    Their intention was to attend the inauguration in person to

11    determine if the swearing in was actually going to actually

12    occur.

13         **Q.**  And this was January 19th, which was the day

14    before the inauguration was scheduled?

15         **A.**  Yes, ma'am, the day before.

16         **Q.**  You said he was with his brother Andrew.  Did you

17    ever speak with Andrew?

18         **A.**  No, I didn't, no.

19         **Q.**  Could you just hear him in background

20    conversation?

21         **A.**  I could.  I could hear the person I believed to be

22    Andrew in the background talking.

23         **Q.**  Did you follow up on your concerns about a

24    potential threat with Mr. Geitzen?

25         **A.**  Yes, ma'am.  I asked, you know, were there any

                JARRETT DOSS - Direct by Ms. Eriksen

1    plans to commit violence and he said, No.  Their intention

2    was just to go, again, to watch the inauguration and that

3    was it.  Also, he said that they had no weapons and the only

4    thing they had in their possession was a camera.

5        **Q.**   Did that satisfy your questions about any threat

6    on that day?

7        **A.**   It did, yes.

8        **Q.**   Did you then go on to discuss January 6th?

9        **A.**   I did.

10       **Q.**   What did you discuss with Mr. Geitzen?

11       **A.**   I discussed him traveling on January 6th, 2021, to

12   the protests in Washington, D.C.  He stated that he traveled

13   to protest, to participate in the protests because he

14   believed that Joe Biden had fraudulently won the election so

15   he went to protest.

16           And then, once at the protest, he went to see

17   President Donald Trump speak.  And then after the speech, he

18   and Andrew walked towards the Capitol building to continue

19   the protests there.  And then, along the way, they

20   encountered police lines, and some of those police lines

21   were broken so they were able just to walk around.

22           But David indicated that this was -- he believed

23   that this was when things started to escalate amongst the

24   protestors.  And that's when, kind of, the violence started

25   because they felt like the police was holding them back from

                    JARRETT DOSS - Direct by Ms. Eriksen

1     the Capitol.

2             But he says that there were so many people there

3     that he didn't even make it to the Capitol itself.

4        **Q.**   To the Capitol building?

5        **A.**   Yes, ma'am.

6        **Q.**   Did you ask Mr. Geitzen anything, other questions

7     about himself, what he did for work or anything along those

8     lines?

9        **A.**   Yes, we did.  We talked about his current

10    employment.  He said he had quit his job as a computer

11    programmer around the time of the election.  And then he was

12    going to pursue developing some type of app so he could

13    communicate secretly, essentially.

14       **Q.**   Did he have any questions or issues with how you

15    found out who he was or got his contact information?

16       **A.**   No, not that I recall.

17       **Q.**   Okay.  Did he mention anything else about

18    January 6 or his plans in that vein about either what he was

19    doing that day or what he did on January 6?

20       **A.**   No, I think that was about it.

21       **Q.**   And I am going to pull up what has been admitted

22    as Government's Exhibit 702.6.

23       **A.**   Okay.

24       **Q.**   Do you recognize that photograph?

25       **A.**   Yes.

                    JARRETT DOSS - Direct by Ms. Eriksen

1      **Q.**    What is that?

2      **A.**    This is a picture that was provided to me after I

3  was following up on some tips and leads.  This was provided

4  to me from the text -- family text chain.

5      **Q.**    Someone who new Mr. Geitzen?

6      **A.**    Yes.

7      **Q.**    But again, you've never met him in person?

8      **A.**    No.

9      **Q.**    You were initially the lead case out of the

10  Raleigh office on this matter; is that correct?

11      **A.**    That's correct.

12      **Q.**    Are you the case agent any longer?

13      **A.**    No.

14      **Q.**    How did you come to stop working on this matter?

15      **A.**    I was reassigned to start investigating

16  counterintelligence matters.

17      **Q.**    Was that approximately the summer of 2021?

18      **A.**    It was.  Around August.

19      **Q.**    I have no further questions.  Please answer any

20  questions defense has for you.

21           **THE COURT:**  Cross?

22           **MS. COSTNER:**  Thank you, Your Honor.

23           **CROSS-EXAMINATION OF JARRETT DOSS**

24  BY MS. COSTNER:

25      **Q.**    Good afternoon, Agent Doss.

JARRETT DOSS - Cross by Ms. Costner

1      **A.**    Good afternoon.

2      **Q.**    With respect to your conversation with Mr. Geitzen

3    regarding January 20th, you testified that he told you that

4    he had no plans to commit violence.  Correct?

5      **A.**    Yes, ma'am.

6      **Q.**    No weapons?

7      **A.**    No weapons.

8      **Q.**    And based on that, I believe you said that you

9    didn't think -- or didn't do anything more about

10   Mr. Geitzen.  Correct?

11     **A.**    The only additional step that was taken that day

12   was my supervisor at the time had forwarded the information

13   up to Washington field office for awareness.

14     **Q.**    To your knowledge, was he followed that day?

15     **A.**    I -- not to my knowledge.

16     **Q.**    And was he searched that day?

17     **A.**    Not to my knowledge.

18     **Q.**    Were any weapons found on him or his brother that

19   day?

20     **A.**    No, none that I am aware of.

21     **Q.**    Any contraband, such as bomb-making materials or

22   anything like that?

23     **A.**    No, ma'am.

24     **Q.**    Any type of literature or anything that would --

25   would be that might provoke others to commit acts of

                    JARRETT DOSS - Cross by Ms. Costner

1    violence?

2         **A.**   No.

3         **Q.**   Did you have any knowledge that Mr. Geitzen had

4    any followers or anybody meeting him there that were wanting

5    to commit acts of violence or to do anything like that?

6         **A.**   The initial tipster had stated that Mr. Geitzen

7    had indicated that he was going to travel there and meet

8    other people.

9         **Q.**   Did you verify whether or not that was true?

10        **A.**   I was not able to verify that whether he met with

11   someone.

12        **Q.**   In other words, that tip was wrong.  Correct?

13        **A.**   I wouldn't say it was wrong, no.

14        **Q.**   Okay.  Well, how many of those people did you or

15   any agent that you know of observe Mr. Geitzen meet in

16   Washington, D.C. on January the 20th?

17        **A.**   I'm not sure if anyone observed him there at all

18   on Inauguration Day.

19        **Q.**   So the answer would be zero?

20        **A.**   Zero that?

21        **Q.**   That there were zero agents that found or

22   identified any people with Mr. Geitzen --

23        **A.**   Right.

24        **Q.**   -- that would lead anybody to have any concern on

25   January the 20th; is that correct?

                JARRETT DOSS - Cross by Ms. Costner

1      **A.**   Right, nothing that was ever relayed back to me.

2   Correct.

3      **Q.**   And you're not aware of Mr. Geitzen being taken

4   into custody that day?

5      **A.**   No, ma'am.

6      **Q.**   Anybody associated with Mr. Geitzen being taken

7   into custody?

8      **A.**   None that I am aware of.

9      **Q.**   Any of the -- Mr. Geitzen or anybody associated

10   with him being charged with any offense relating to any

11   violence or threats or anything like that on January --

12   relating to January 20th on that day?

13      **A.**   None that I am aware of, no.

14      **Q.**   Now, you said you spoke with Mr. Geitzen regarding

15   his -- what happened on January the 6th.  Correct?

16      **A.**   Yes, ma'am.

17      **Q.**   And I believe you said he didn't go to the

18   Capitol?

19      **A.**   That's the way I was led to believe that he never

20   actually made it there.  That could have been my

21   misinterpretation of what he was telling me.

22      **Q.**   Could he have also been telling you he didn't go

23   inside the Capitol?

24      **A.**   I'm sorry.  Can you repeat that?

25      **Q.**   Could he also have been telling you he didn't go

                    JARRETT DOSS - Cross by Ms. Costner

1    inside the Capitol, inside the building?

2        **A.**   Right.  But I took it as he never even made it to

3    the Capitol whatsoever.

4        **Q.**   But you didn't clarify that for find out exactly

5    what he meant by that?

6        **A.**   Right.  I just meant that he never made it there

7    so.

8        **Q.**   So that was that?

9        **A.**   Right.

10       **MS. COSTNER:**  All right.  That's all of the

11   questions I have.

12       **MS. ERIKSEN:**  Very briefly, Your Honor.

13            **REDIRECT EXAMINATION OF JARRETT DOSS**

14       **MS. ERIKSEN:**  If you could pull up Exhibit 702.6

15   again.

16       **MS. RIVES:**  [Complied]

17   **BY MS. ERIKSEN:**

18       **Q.**   Special Agent Doss, do you recognize that building

19   in the picture?

20       **A.**   Yes, ma'am.

21       **Q.**   What is it?

22       **A.**   That's the U.S. Capitol.

23       **Q.**   Again, what is your information of the person

24   standing in the forefront of that picture?

25       **A.**   That he was at the Capitol that day.

                JARRETT DOSS - Redirect by Ms. Eriksen

1    **Q.**    Following your conversation with Mr. Geitzen, you

2    don't know much of what he did after that call generally at

3    all, do you?

4    **A.**    No.

5    **Q.**    And was it your purpose that day just to determine

6    what was going to happen potentially the next day?

7    **A.**    Yes.

8         **MS. ERIKSEN:**  Thank you.

9         **THE COURT:**  Agent, thank you for your testimony

10   today.  Thank you for your service.  You are excused.

11        **THE WITNESS:**  Thank you, sir.

12        **THE COURT:**  Thank you.

13   (Witness stepped down.)

14        **THE COURT:**  Should we start with the government's

15   next witness?

16        **MS. ERIKSEN:**  Your Honor, we could start with

17   Special Agent Dodson.  My only concern is we might not get

18   that far if you want to break at 5.  But as you know, our

19   Secret Service witness, who is quick, is not available this

20   afternoon.  We're willing to do whatever you want or not.

21        **THE COURT:**  Is your Secret Service witness

22   available first thing tomorrow morning?

23        **MS. ERIKSEN:**  She is.

24        **THE COURT:**  All right.  Let's do that then.  Let's

25   recess for the evening.  We'll start first thing with the

JARRETT DOSS - Redirect by Ms. Eriksen

1    Secret Service witness, and then we will continue with the

2    rest of the government's witnesses.  Okay?

3         **MS. ERIKSEN:**  Yes, Your Honor.

4         **THE COURT:**  So we'll excuse the jury, and then I

5    want to just -- if everyone could just stick around and make

6    sure that we don't need to discuss anything outside the

7    presence of the jury.

8         All right.  So members of the jury, thank you for

9    your time today.  You're excused for the evening.  I'm not

10   going to read it to you again, but all of my instructions

11   earlier today about research about the case, discussions

12   about the case still stand.  I reiterate them.  They're

13   very, very important.  I'm not going to read them.

14        You heard me tell you twice, once yesterday

15   evening, once this morning.  Same thing goes.  All right?

16   So thank you, all.  We're going to start tomorrow morning at

17   9 a.m. sharp.  Okay?  Thank you, all.

18        Oh, yes, if you could leave your notebooks here.

19   Again, they will be accessible to no one.  They will be

20   locked.  Not a problem, if you've taken notes, no one is

21   going to see them.  Thank you, again.

22        (Jury exited the courtroom.)

23        **THE COURT:**  Okay.  The first question is whether

24   there are any legal or substantive issues we should discuss

25   before we go back on the record tomorrow morning.

                    JARRETT DOSS - Redirect by Ms. Eriksen

1           From the government's perspective?

2           **MS. LEDERER:**  No, Your Honor, not at this time.

3           **THE COURT:**  Defense perspective?

4           **MR. KNIGHT:**  No, Your Honor.

5           **THE COURT:**  Okay.  So then just thinking about the

6    schedule here, obviously, we're going to start tomorrow

7    morning with the Secret Service agent.  Then there are two

8    or three additional --

9           **MS. ERIKSEN:**  Two FBI, the two case agents.

10          **THE COURT:**  Yeah, I didn't know.  I see there is a

11   CART examiner as a may-call but --

12          **MS. ERIKSEN:**  I think this is what I mentioned

13   yesterday but we've done a lot since then.  That has been --

14   defense has already agreed to not object to a written

15   affidavit under Rule 902 --

16          **THE COURT:**  Very well.

17          **MS. ERIKSEN:**  -- to the general procedures.  So I

18   will just put that exhibit, that affidavit in with a

19   witness.

20          **THE COURT:**  Great.  Okay.

21          So just thinking about the arc of the matter, so

22   to speak.  Approximately, given how things have been going,

23   approximately how much longer does the government think its

24   case will take?

25          **MS. ERIKSEN:**  I think we will be done before lunch

                JARRETT DOSS - Redirect by Ms. Eriksen

1    tomorrow.

2              **THE COURT:**  Okay.  Then, of course, we will turn

3    to the defense.  I understand that there's the possibility

4    Mr. Geitzen may testify.  I'm not sure that that's been

5    determined yet.  But if he doesn't, would the parties be

6    ready to close tomorrow afternoon?  Government would, yes?

7              **MS. ERIKSEN:**  We would be, yes, Your Honor.

8              **THE COURT:**  Would the defense?

9              **MR. KNIGHT:**  If Mr. Geitzen doesn't testify, yes,

10   Your Honor.

11             **THE COURT:**  Okay.  Alternatively, if Mr. Geitzen

12   were to testify, approximately how long might that testimony

13   run, the direct at least?  I'm not holding you to anything.

14   I'm just trying to think about obligations.

15             **MR. KNIGHT:**  Less than two hours, Your Honor.

16             **THE COURT:**  And obviously, I understand there

17   would be cross.

18             So it seems to me that the parties should be ready

19   to close tomorrow afternoon and, if not tomorrow afternoon

20   because Mr. Geitzen testifies, then Thursday morning.  Very

21   likely.  Right?  And I get it could slip into Thursday

22   afternoon, but it seems at least potentially unlikely.

23             I'm not going to tell the jury any of this.  I

24   just wanted to understand for planning purposes.  And I do

25   have a lengthier lunch tomorrow because I have a C plea

                 JARRETT DOSS - Redirect by Ms. Eriksen

1    sentencing that I have to deal with that will just take

2    longer than today's did.  But I don't think that's going to

3    be a problem at all in light of where we where.

4              Okay.  That's all very helpful to know.  Are there

5    any other things we should discuss today while we're all

6    here?

7              **MR. KNIGHT:**  No, Your Honor.

8              **MS. LEDERER:**  No, Your Honor.

9              **MS. ERIKSEN:**  No, Your Honor.

10             **THE COURT:**  Okay.  Thank you, all.

11             We'll see you at 9 a.m.

12             **DEPUTY CLERK:**  All rise.

13

14

15

16

17

18

19

20

21

22

23

24

25

                    JARRETT DOSS - Redirect by Ms. Eriksen

1                    **C E R T I F I C A T E**

2

3           I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10     October 21, 2023              /s/ Lorraine T. Herman
           **DATE**                  **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

              JARRETT DOSS - Redirect by Ms. Eriksen

BY MR. KNIGHT: [2]
509/10 546/4
BY MS. COSTNER: [9]
462/24 595/24 597/17
598/22 602/11 603/2
606/3 607/6 622/24
BY MS. ERIKSEN:
[38] 479/22 486/15
487/12 487/20 488/1
488/11 489/5 489/24
490/12 490/25 491/14
491/19 492/12 492/20
493/15 494/24 495/8
496/18 497/19 498/21
500/7 501/3 501/14
502/14 503/1 504/1
504/19 505/3 505/14
505/23 507/7 515/16
516/19 615/5 616/18
617/4 619/4 626/17
BY MS. LEDERER:
[161] 413/23 419/25
421/10 422/6 422/21
423/9 423/23 424/8
424/21 425/7 425/22
426/4 426/18 428/10
428/20 429/7 429/22
430/17 430/25 431/12
431/22 432/15 433/7
433/14 434/1 434/13
435/10 435/24 436/6
436/17 437/3 437/13
439/20 440/20 442/13
443/1 443/11 443/17
444/5 444/22 445/22
446/7 446/20 447/9
448/2 449/5 451/7
451/18 452/21 453/7
453/19 454/11 454/24
455/11 456/18 457/8
457/17 458/8 458/22
459/5 459/15 460/5
460/14 460/24 461/6
461/21 475/6 476/14
477/1 477/11 478/5
518/21 524/3 525/7
525/20 527/14 528/4
528/17 529/10 529/16
530/3 530/23 531/10
533/20 534/8 535/5
535/18 536/5 536/11
536/21 537/6 537/11
538/1 538/10 538/17

538/24 539/8 539/16
539/25 540/15 540/24
541/8 541/18 542/1
542/13 543/4 544/12
544/24 549/3 550/25
558/5 558/14 562/4
563/2 563/10 564/2
565/1 565/20 566/20
568/20 569/7 570/1
570/17 571/1 571/20
572/2 573/14 574/4
574/13 575/6 575/17
576/4 576/20 577/2
577/6 578/1 580/14
581/2 581/22 582/15
583/15 584/7 585/11
585/21 586/6 587/8
587/16 587/23 588/12
589/12 589/25 590/7
590/23 591/15 592/3
594/11 594/20 611/24
613/9 613/18 613/23
DEPUTY CLERK: [52]
385/2 386/18 387/15
387/18 413/12 413/18
421/8 422/20 423/22
424/20 425/21 426/17
429/6 435/23 436/16
437/12 440/12 444/21
446/19 447/23 452/20
457/7 458/21 461/20
462/20 479/15 479/20
487/11 504/15 507/6
518/5 518/12 528/16
530/2 531/9 534/6
537/23 542/25 550/14
550/21 563/1 571/16
574/3 575/5 585/6
591/12 595/15 595/18
613/22 614/20 614/25
631/12
JURORS: [1] 403/7
MR. KNIGHT: [29]
385/10 386/14 387/10
388/16 487/7 491/17
492/9 493/10 494/21
499/25 501/1 504/11
506/24 509/7 515/11
516/12 528/12 529/24
531/5 534/2 537/19
542/21 546/2 548/24
607/5 629/4 630/9
630/15 631/7
MS. COSTNER: [55]

409/1 424/14 422/18
423/18 424/16 425/17
426/13 429/2 435/20
436/12 436/22 437/8
440/7 444/17 446/15
447/19 452/15 457/3
458/17 461/16 462/22
474/25 475/3 477/7
477/22 477/25 478/2
478/23 558/1 558/3
562/22 571/13 573/24
575/1 591/9 595/22
602/21 602/25 606/1
606/12 606/18 606/20
606/23 607/3 613/16
616/6 616/8 616/12
616/15 618/10 618/14
618/21 619/1 622/22
626/10
MS. ERIKSEN: [56]
479/7 479/12 486/13
487/5 487/17 487/25
488/6 488/9 489/3
489/22 490/9 490/21
491/10 491/12 492/11
492/16 492/18 493/11
493/13 495/4 496/16
497/17 498/16 498/19
500/6 501/10 501/12
502/5 502/9 502/12
502/24 503/22 503/25
504/9 504/16 505/1
505/11 505/20 507/1
515/13 516/15 517/8
614/17 615/3 626/12
626/14 627/8 627/16
627/23 628/3 629/9
629/12 629/17 629/25
630/7 631/9
MS. LEDERER: [280]
MS. RIVES: [109]
422/5 423/8 424/7
425/6 426/3 428/17
430/16 432/14 433/4
433/23 436/5 437/2
439/14 439/16 439/19
440/17 442/12 442/23
443/10 443/16 444/4
446/6 447/5 451/6
451/17 453/16 454/8
454/23 455/8 456/11
456/17 457/16 458/6
459/22 459/25 460/2
460/23 461/4 476/13

486/14 487/19 489/4
490/24 493/14 496/17
501/13 502/13 502/25
503/24 523/25 524/2
525/4 525/19 526/25
527/12 528/3 529/15
530/22 533/16 533/19
534/19 534/22 535/3
537/4 537/10 539/13
539/17 541/7 541/16
541/25 542/9 542/12
544/9 544/11 544/23
562/3 564/22 565/16
570/25 573/9 573/12
574/12 575/16 575/25
576/19 577/25 581/17
581/20 582/8 582/12
583/13 583/24 584/2
584/5 585/18 587/4
587/15 588/8 589/11
589/24 590/18 592/2
594/6 594/10 594/19
612/23 613/1 613/8
626/16
SPEAKER1: [1]
476/24
THE COURT: [157]
385/9 385/12 386/3
386/6 386/9 386/11
386/15 386/19 387/11
387/20 388/15 388/17
402/21 402/24 409/11
413/5 413/11 413/20
419/17 419/24 421/1
421/3 421/5 422/17
423/17 423/19 424/15
424/17 425/18 426/14
429/3 429/12 435/21
436/13 436/23 437/9
440/9 444/18 446/16
447/20 452/9 452/16
455/24 456/1 456/5
457/4 458/18 461/17
462/6 462/17 462/21
475/2 475/4 476/23
477/8 477/24 478/1
478/4 478/22 478/24
479/3 479/5 479/9
479/14 487/8 487/24
491/18 492/10 494/23
500/1 501/2 502/7
504/12 506/22 506/25
507/3 509/2 509/8
515/12 515/14 516/13

THE COURT:... [76]
516/17 517/9 517/14
517/16 518/7 518/11
518/17 527/7 528/13
529/25 531/6 534/3
537/20 542/22 546/1
548/25 549/23 550/3
550/5 550/9 550/22
558/4 558/8 562/23
571/14 573/25 575/2
577/5 580/9 585/8
589/2 589/5 591/10
595/11 595/20 597/16
598/16 602/8 602/23
606/2 606/16 606/19
606/21 606/25 611/21
613/17 614/8 614/13
614/15 615/1 616/7
616/10 616/14 616/22
618/13 618/17 618/23
619/2 622/21 627/9
627/12 627/14 627/21
627/24 628/4 628/23
629/3 629/5 629/10
629/16 629/20 630/2
630/8 630/11 630/16
631/10
THE WITNESS: [21]
413/17 462/16 462/18
477/23 479/2 479/19
494/22 517/13 518/16
541/17 544/21 550/2
550/20 558/2 598/17
602/9 614/12 614/24
616/24 618/11 627/11

'
'20 [1]  427/1
'cause [1]  474/11

/
/s [1]  632/10

0
04:04:32 p.m [1]  590/3

1
10 [9]  431/20 456/3
506/11 541/15 559/6
559/6 563/7 589/4
601/1
100 [1]  408/3
101 [8]  428/9 428/11

429/4 429/9 429/6
430/13 432/17 439/4
102 [10]  439/13 439/21
439/22 439/24 440/9
440/11 442/25 523/24
524/4 526/23
103 [9]  422/4 422/7
422/8 422/10 422/15
422/17 422/19 536/19
536/22
104 [7]  419/16 420/2
420/5 420/25 421/5
421/7 421/13
105 [6]  423/7 423/10
423/12 423/16 423/19
423/21
107 [8]  424/6 424/9
424/11 424/14 424/17
424/19 425/5 427/5
108 [6]  425/5 425/9
425/11 425/15 425/18
425/20
109 [5]  426/2 426/5
426/12 426/14 426/16
10th [3]  553/3 555/5
555/12
11 [1]  576/2
112 [6]  435/8 435/11
435/16 435/19 435/21
435/22
113 [6]  436/4 436/11
436/13 436/15 507/20
507/22
114 [3]  436/18 436/23
436/24
115 [6]  435/8 437/1
437/7 437/9 437/11
437/15
116 [2]  381/6 385/3
11:12 [1]  462/19
11:29 [1]  462/19
11:30 [1]  462/8
12 [4]  390/10 433/5
434/6 455/1
12:45 [3]  462/9 462/10
518/3
12:55 [1]  524/9
13 [4]  386/24 503/23
551/17 596/11
13-minute [1]  503/23
1301 [1]  381/17
13:38 [1]  505/2
13:40 [1]  505/1
13:50 [1]  601/12

13:55 [2]  487/23 488/3
14 [5]  390/9 432/21
433/24 524/9 563/5
14:09:05 [1]  495/5
14:13 [1]  496/14
14:20 [2]  527/7 527/7
14:21 [1]  498/16
14:21:26 [1]  498/20
14:24 [1]  505/20
14:28 [1]  563/5
14:28:56 p.m [1]
564/19
14:28:57 [1]  564/25
14:29 [1]  527/15
14:29:12 p.m [1]
565/19
14:30:57 p.m [1]
566/24
14:31:28 [1]  568/22
14:31:32 [1]  569/8
14:32 p.m [1]  570/3
14:40 [1]  505/1
14th [1]  553/3
15 [2]  387/2 432/16
15-minute [1]  467/2
15-minutes' [1]  464/3
15:24 [2]  495/4 495/5
16 [5]  442/15 519/3
519/4 537/24 538/7
17:54 [1]  496/8
17th [1]  407/24
19th [2]  618/2 619/13
1:00 [3]  462/10 509/4
517/17
1:04 [1]  591/20
1:05 [1]  591/14
1:06:07 [2]  580/12
580/16
1:06:40 [1]  580/25
1:07 [1]  430/23
1:11 [1]  440/22
1:16 [1]  537/2
1:22-116 [1]  381/6
1:30 [1]  442/15
1:37 [1]  540/14
1:43 [2]  540/22 541/1
1:45 [3]  462/11 517/19
518/1
1:46 [1]  431/11
1:47 [1]  518/3
1:55 [1]  601/12

20 [6]  387/2 388/3
453/22 538/15 538/19
601/8
200 [1]  555/5
20001 [2]  381/20
382/16
20005 [1]  381/17
2010 [1]  562/12
2012 [2]  519/11 519/13
202-252-7012 [1]
381/21
202-616-4385 [1]
381/18
2020 [3]  404/8 409/19
519/13
2021 [43]  391/5 403/9
403/18 404/1 404/5
407/21 408/13 409/18
409/20 418/1 418/4
418/6 418/13 418/18
419/2 419/7 420/14
427/6 427/23 428/3
428/13 480/24 484/21
487/1 488/20 504/7
519/14 519/18 519/23
520/11 520/15 521/6
543/10 543/21 545/22
552/2 552/4 552/22
615/21 617/3 618/2
620/11 622/17
2022-116 [1]  385/3
2023 [2]  381/7 632/10
20th [5]  617/3 623/3
624/16 624/25 625/12
21 [3]  452/6 488/9
632/10
21:26 [1]  497/12
23 [1]  559/1
23-minute [1]  387/11
24 [6]  414/14 440/14
440/18 449/25 478/25
497/17
251 [1]  382/7
26 [1]  455/10
27101 [1]  382/7
27401 [1]  382/10
27:45 [1]  498/19
28 [6]  492/5 494/14
538/22 552/8 583/25
585/20
28-minute [1]  458/5
28.08 [1]  459/6
28:08 [1]  459/3

**2**

**28:24 [1]** 527/6
**29 [5]** 381/7 506/13
534/14 535/2 535/6
**2:00 [1]** 482/20
**2:12 [1]** 432/10
**2:13 [2]** 405/24 408/22
**2:13 p.m [1]** 432/10
**2:14 [1]** 444/11
**2:15 [3]** 405/24 408/22
506/11
**2:20 [1]** 454/10
**2:28 [5]** 406/6 406/7
408/22 452/6 612/17
**2:28 p.m [1]** 527/19
**2:29 p.m [1]** 452/24
**2:30 [2]** 453/22 454/13
**2:31 [3]** 406/19 408/22
455/2
**2:33 [1]** 432/21
**2:41 [1]** 566/22
**2:44 [1]** 582/13
**2:54 [1]** 583/14

**3**

**3-D [2]** 435/3 436/7
**30 [4]** 418/9 581/16
587/6 601/8
**301 [2]** 382/10 385/21
**301.1 [7]** 443/25 444/7
444/15 444/18 444/20
505/25 506/13
**301.2 [5]** 506/20
506/22 507/1 507/3
507/5
**301.3 [8]** 451/16 452/2
452/5 452/14 452/16
452/18 453/18 455/10
**302 [13]** 458/5 458/9
458/16 458/18 458/20
459/24 583/22 583/25
584/8 584/9 584/11
585/4 585/8
**31 [2]** 442/25 587/20
**31:44 [1]** 587/20
**32 [2]** 489/22 539/11
**33 [3]** 535/16 535/23
588/10
**333 [1]** 382/16
**336-333-5455 [1]**
382/11
**336-631-5172 [1]**
382/8
**34 [3]** 455/2 459/24

**589/19**

**34:35 [1]** 460/1
**35 [3]** 459/24 492/6
492/13
**36 [1]** 460/8
**37 [2]** 536/13 539/23
**38 [2]** 587/6 587/6
**3:01 [2]** 433/16 489/6
**3:13 [2]** 568/18 568/21
**3:17 [2]** 569/4 569/8
**3:36 [1]** 595/16
**3:36 p.m [1]** 595/13
**3:44 [2]** 569/24 570/2
**3:55 [1]** 595/14
**3:58 [4]** 458/14 459/8
585/10 595/16
**3:58:05 p.m [1]** 585/20

**4**

**4 p.m [2]** 407/12 587/5
**40 [5]** 388/3 456/13
456/15 520/19 522/19
**403 [1]** 383/3
**404 [1]** 486/11
**405 [3]** 487/6 487/8
487/10
**408 [9]** 562/2 562/5
562/6 562/8 562/21
562/23 562/25 565/11
568/18
**409 [1]** 383/3
**40:56 [1]** 542/10
**41 [6]** 454/13 536/3
563/25 564/18 564/24
566/18
**410 [1]** 382/10
**42 [5]** 481/5 481/7
491/2 551/23 552/6
**43 [1]** 440/22
**4385 [1]** 381/18
**44 [2]** 488/3 587/20
**45 [1]** 431/9
**46 [2]** 433/25 444/11
**46s [1]** 588/2
**4836 [1]** 483/20
**49 [1]** 497/18
**49:11 [2]** 543/2 543/7
**49:27 [1]** 544/10
**49:28 [1]** 544/5
**4:01:45 [1]** 587/19
**4:03:52 p.m [1]** 588/10
**4:04 [1]** 460/8
**4:04 p.m [1]** 460/16
**4:04:02 p.m [1]** 589/19

**4:12 [1]** 434/6
**4:20 [1]** 527/6
**4:24 [1]** 570/15
**4:57 [2]** 447/3 447/4
**4th [6]** 551/21 551/22
551/23 552/3 552/6
552/24

**5**

**5 p.m [1]** 595/2
**500 [2]** 609/21 609/25
**504 [5]** 446/5 446/9
446/10 446/16 446/18
**508 [8]** 528/2 528/5
528/6 528/8 528/11
528/13 528/15 529/9
**509 [7]** 529/14 529/17
529/18 529/20 529/23
529/25 530/1
**510 [6]** 530/20 530/24
531/1 531/4 531/6
531/8
**512 [8]** 476/12 476/23
477/2 477/3 477/5
477/8 477/10 477/12
**515 [14]** 447/3 447/6
447/11 447/13 447/18
447/20 447/22 447/24
448/5 450/25 501/10
501/16 502/6 502/7
**516 [10]** 542/7 542/20
542/22 542/24 577/1
577/3 577/21 578/3
580/8 580/24
**5172 [1]** 382/8
**518 [4]** 503/21 504/10
504/12 504/14
**52 [3]** 442/9 442/11
588/10
**520 [7]** 570/23 570/24
571/2 571/3 571/12
571/14 571/15
**522 [6]** 537/9 537/12
537/18 537/20 537/22
540/14
**523.1 [11]** 573/8
573/15 573/16 573/23
573/25 574/2 606/4
606/13 607/1 612/21
613/21
**525 [5]** 574/11 574/15
574/25 575/2 575/4
**526 [1]** 576/24
**529 [7]** 533/15 533/22

533/23 534/1 534/3
534/5 535/24
**531.1 [14]** 456/10
456/13 456/15 456/20
456/22 457/2 457/4
457/6 457/19 459/17
581/14 581/15 581/25
582/20
**534 [5]** 590/17 590/25
591/7 591/10 591/11
**5455 [1]** 382/11
**56 [1]** 565/18
**57 [3]** 525/6 536/8
565/12
**59 [2]** 453/18 491/12
**5:03 [1]** 447/25
**5:07 [1]** 501/19
**5:19 [2]** 449/2 449/4
**5:44 [1]** 451/4
**5th [1]** 410/8

**6**

**6001 [1]** 552/24
**601 [1]** 381/20
**6:10 [2]** 571/18 571/21
**6:35 [1]** 571/25
**6:45 [1]** 573/2
**6th [51]** 403/18 404/8
405/6 408/6 410/4
410/9 427/23 429/25
430/1 430/2 437/19
463/3 463/20 467/23
468/2 468/6 470/20
471/23 475/10 475/13
475/16 479/1 480/24
481/21 482/1 486/3
489/11 502/2 509/13
517/12 519/23 520/11
520/15 521/6 546/10
548/6 550/1 551/20
551/20 551/25 552/18
567/2 596/6 599/1
603/20 614/10 615/21
617/6 620/8 620/11
625/15

**7**

**7012 [1]** 381/21
**702.6 [7]** 461/5 461/7
461/15 461/17 461/19
621/22 626/14
**706.2 [2]** 461/3 461/5
**7:00 [2]** 521/21 579/18
**7:30 [1]** 552/23

**7:41 [1]** 594/4

**8**

**849 [1]** 382/7
**8th [1]** 381/17

**9**

**9 a.m [9]** 385/14
386/21 387/22 388/2
388/6 388/6 388/7
628/17 631/11
**902 [1]** 629/15
**95 [1]** 531/17
**9:04 [1]** 381/9
**9:07 [1]** 387/16
**9:20 [2]** 387/16 387/21
**9:30 [2]** 387/3 387/14

**A**

**a.m [14]** 381/9 385/14
386/21 387/16 387/16
387/22 388/2 388/6
388/6 388/7 462/19
462/19 628/17 631/11
**ability [1]** 408/18
**able [42]** 388/10 390/1
405/16 407/16 417/3
421/15 421/25 439/15
446/2 455/16 455/20
458/2 473/25 474/5
485/24 490/6 498/7
522/11 525/13 526/18
533/12 545/2 545/6
545/13 545/17 545/19
547/2 547/8 549/4
557/17 570/19 577/8
577/9 594/25 595/3
609/2 617/19 620/21
624/10
**about [123]** 386/21
386/23 389/1 391/21
394/23 395/1 396/10
396/23 397/24 398/3
398/5 399/12 400/1
400/4 400/6 400/7
400/11 400/14 400/15
400/23 401/10 402/8
402/9 402/11 402/12
402/14 404/23 410/3
410/22 414/24 415/11
417/20 424/23 425/23
428/1 429/10 431/24

434/21 445/1 450/4
450/11 451/20 455/12
456/3 458/24 462/9
462/14 464/3 465/17
465/23 467/4 467/7
467/22 471/15 473/7
475/9 475/18 476/10
478/15 480/8 482/5
482/19 482/20 484/4
487/2 494/14 496/20
500/4 505/2 508/6
509/13 513/24 515/5
516/5 516/15 516/17
517/16 520/19 521/19
521/25 522/16 522/23
526/18 527/15 529/11
540/10 548/2 553/6
558/11 559/6 572/14
573/17 580/25 589/4
597/20 600/2 601/1
603/14 604/2 607/1
608/6 610/9 612/2
612/8 613/19 613/24
616/3 619/6 619/7
619/23 620/5 621/7
621/9 621/17 621/18
621/20 623/9 628/11
628/11 628/12 629/5
629/21 630/14
**above [4]** 441/17
459/10 529/7 632/5
**above-entitled [1]**
632/5
**abreast [1]** 415/9
**absolute [1]** 405/8
**absolutely [4]** 406/8
558/13 589/7 618/23
**academy [4]** 414/18
551/19 578/22 578/23
**accept [1]** 395/3
**acceptable [1]** 388/5
**access [9]** 455/17
485/15 485/16 485/18
485/21 496/21 561/12
592/9 606/22
**accessible [1]** 628/19
**according [1]** 400/11
**accounted [1]** 523/14
**accurate [1]** 610/1
**accurately [7]** 435/17
502/1 535/7 536/15
543/10 567/1 591/7
**acknowledged [1]**
618/6

**acronym [1]** 551/1
**across [5]** 496/2 508/5
510/12 529/8 593/7
**acting [3]** 481/11
520/19 566/2
**action [2]** 381/5 420/8
**actions [3]** 396/9
410/17 543/25
**activate [2]** 555/25
556/4
**activated [7]** 482/17
487/16 520/8 520/9
520/11 556/3 556/11
**activates [1]** 556/8
**activation [2]** 556/6
556/7
**actively [3]** 435/14
523/18 555/1
**activities [1]** 415/10
**acts [2]** 623/25 624/5
**actual [10]** 404/25
412/7 426/24 437/18
438/17 469/12 495/5
506/8 521/1 581/7
**actually [21]** 398/13
404/19 419/3 426/21
431/11 451/4 457/23
467/15 504/21 524/11
539/6 545/2 549/8
549/8 565/18 572/14
581/10 583/6 619/11
619/11 625/20
**added [1]** 385/25
**addition [12]** 398/3
401/9 419/1 420/16
426/19 430/9 468/1
499/17 521/1 556/5
586/15 587/24
**additional [12]** 394/19
418/19 418/19 426/22
426/24 483/22 524/19
524/20 525/10 555/8
623/11 629/8
**address [1]** 416/13
**addressing [1]** 551/6
**administrative [1]**
417/13
**admissible [2]** 397/7
397/11
**admission [2]** 421/1
421/3
**admit [32]** 419/19
422/15 423/15 424/14
429/1 435/19 436/11

440/4 438/21 437/7 440/5
440/6 444/15 446/14
447/18 452/9 452/14
457/1 458/15 477/5
487/6 507/1 528/11
529/23 531/4 534/1
537/18 542/20 562/21
571/12 573/23 574/25
585/4
**admitted [103]** 384/6
384/6 384/7 384/7
384/8 384/8 384/9
384/9 384/10 384/10
384/11 384/11 384/12
384/12 384/13 384/13
384/14 384/14 384/15
384/15 384/16 384/16
384/17 384/17 384/18
384/18 384/19 384/19
384/20 384/20 384/21
384/21 384/22 384/22
396/17 396/18 396/24
419/18 421/5 421/7
422/17 422/19 423/19
423/21 424/17 424/19
425/18 425/20 426/14
426/16 429/3 429/5
435/21 435/22 436/13
436/15 436/23 436/24
437/9 437/11 440/9
440/11 444/18 444/20
446/16 446/18 447/20
447/22 452/16 452/18
457/4 457/6 458/18
461/15 461/17 461/19
477/8 477/10 487/8
487/10 502/7 504/12
504/14 505/25 506/21
506/22 507/3 507/20
528/13 529/25 531/6
534/3 537/20 542/22
562/23 571/14 573/25
575/2 580/8 591/10
606/12 607/1 621/21
**advance [2]** 498/16
503/22
**advanced [2]** 495/4
497/17
**aerial [1]** 436/19
**affecting [1]** 410/16
**affidavit [2]** 629/15
629/18
**affirm [6]** 413/13
479/16 518/13 550/15

# A

**affirm... [2]** 550/17 614/21
**African [1]** 612/6
**African-American [1]** 612/6
**after [30]** 393/5 393/12 393/21 401/14 401/18 409/7 409/20 456/17 487/15 508/9 526/4 526/15 540/2 547/12 554/11 562/16 576/21 577/7 584/18 590/21 591/13 595/7 600/24 601/6 616/20 617/5 617/13 620/17 622/2 627/2
**afternoon [24]** 482/20 509/11 509/12 518/17 518/22 546/5 550/22 551/2 551/4 595/13 595/25 596/3 596/4 601/12 601/15 611/25 615/1 622/25 623/1 627/20 630/6 630/19 630/19 630/22
**afterward [1]** 520/14
**again [41]** 388/7 393/22 393/24 397/25 399/21 400/6 406/6 406/10 423/13 424/12 425/12 426/7 431/14 434/7 455/3 497/18 497/20 502/15 526/16 553/20 554/10 560/1 561/8 564/15 564/21 572/3 574/19 586/13 588/3 599/1 609/21 610/17 611/25 616/25 620/2 622/7 626/15 626/23 628/10 628/19 628/21
**against [35]** 391/6 397/8 405/23 406/2 407/14 425/2 457/20 477/23 478/11 499/18 508/17 516/25 517/3 526/14 526/17 530/14 530/16 530/18 531/25 532/9 532/13 532/25 549/20 554/22 555/20 588/5 592/6 592/11 592/13 592/20 592/24 594/23 613/11 614/1

**age [2]** 396/2 402/2
**agent [12]** 548/18 614/18 615/10 615/11 615/16 622/12 622/25 624/15 626/18 627/9 627/17 629/7
**Agent Dodson [1]** 627/17
**agents [3]** 617/6 624/21 629/9
**agitation [1]** 554/24
**ago [1]** 545/8
**agree [1]** 401/23
**agreed [1]** 629/14
**ahead [2]** 488/2 488/6
**ahold [1]** 514/6
**aid [1]** 389/18
**aided [1]** 382/22
**aimed [1]** 607/8
**air [3]** 592/19 592/21 593/5
**alarm [1]** 418/11
**alarming [1]** 554/23
**all [111]** 387/15 387/25 390/15 393/7 394/8 395/9 395/12 395/17 395/25 398/2 399/7 400/21 401/16 403/13 405/3 405/13 408/8 409/7 411/1 413/3 414/1 414/18 416/16 419/3 430/10 434/3 438/8 438/19 439/18 441/16 441/18 441/21 456/5 463/10 464/22 465/7 470/21 474/25 481/14 482/3 483/1 483/4 483/5 485/8 486/22 487/5 488/6 491/8 493/5 494/25 500/15 505/24 508/5 509/25 517/5 518/1 523/13 527/6 532/24 539/14 541/24 543/24 547/16 548/1 548/8 553/20 555/11 556/2 556/8 556/11 557/1 557/3 561/17 566/3 568/1 571/17 575/12 579/19 582/7 586/4 593/7 593/7 593/21 593/24 595/7 595/15 597/23 603/8 606/18

**610/3 611/19 613/19 613/24 624/17 626/10 626/10 627/3 627/24 628/8 628/10 628/15 628/16 628/17 631/3 631/4 631/5 631/10 631/12
**allegations [2]** 391/6 391/7
**alleged [2]** 391/3 400/19
**alleges [1]** 391/8
**allow [5]** 466/23 467/10 468/20 516/18 606/22
**allowed [2]** 404/21 475/12
**allows [1]** 592/19
**almost [4]** 497/1 517/25 532/15 593/21
**alone [5]** 395/6 395/10 396/21 410/11 492/25
**along [5]** 385/11 394/6 409/15 410/12 481/6 482/2 490/14 532/24 546/23 551/24 553/3 554/3 554/12 556/11 620/19 621/7
**already [23]** 386/1 400/5 404/9 502/7 506/21 507/20 523/24 545/12 547/1 555/20 560/10 560/12 577/18 580/3 580/10 585/5 585/8 593/9 601/7 607/2 613/3 613/4 629/14
**also [63]** 395/19 398/21 402/12 403/24 404/25 407/8 408/19 408/23 411/9 412/3 412/18 414/18 415/3 415/25 416/9 420/16 423/19 424/17 426/14 426/15 429/14 440/1 450/6 463/13 471/15 471/20 475/18 479/1 480/17 482/12 483/17 490/17 512/21 516/23 524/19 525/12 529/11 531/6 531/18 533/2 534/3 534/3 537/20 537/20 539/5 545/11

**606/23 607/10 607/10 611/3 651/22 574/23 575/2 575/2 587/25 597/20 598/6 604/7 607/24 613/19 613/24 614/9 616/15 620/3 625/22 625/25
**alter [1]** 485/24
**alternate [3]** 386/23 386/24 390/12
**Alternatively [1]** 630/11
**although [1]** 557/10
**always [2]** 405/20 517/22
**am [24]** 392/20 414/6 414/21 415/2 420/18 427/13 439/21 446/21 450/23 460/3 465/24 480/17 480/23 528/18 529/17 564/16 571/9 583/18 596/16 609/22 621/21 623/20 625/8 625/13
**Amendment [1]** 553/14
**AMERICA [2]** 381/5 385/3
**American [2]** 407/23 612/6
**amongst [1]** 620/23
**amount [3]** 490/2 536/15 546/11
**amphitheater [3]** 578/13 610/7 610/12
**Andrew [5]** 619/9 619/16 619/17 619/22 620/18
**angle [13]** 423/24 432/2 433/8 434/2 437/4 453/8 459/18 537/15 571/7 572/7 574/17 584/9 584/11
**angry [1]** 410/14
**anonymous [3]** 616/4 616/8 616/13
**another [14]** 389/22 406/7 412/1 436/19 445/9 455/15 462/10 523/8 557/18 561/18 574/17 577/17 598/18 604/18
**answer [7]** 397/14 397/16 397/17 508/25 597/20 622/19 624/19

**A**

**answered [3]** 397/15
603/16 617/24
**answering [1]** 616/10
**answers [1]** 411/10
**anticipate [1]** 419/7
**anticipated [3]** 403/15
553/23 597/8
**Antifa [3]** 408/2 598/12
598/18
**any [103]** 386/20 390/7
390/17 390/18 390/20
391/20 391/21 392/10
392/15 393/25 395/11
395/13 395/16 396/4
396/9 396/9 397/18
398/6 398/19 398/23
398/23 399/5 399/6
399/9 399/14 400/7
400/13 401/5 401/9
401/18 401/21 402/5
402/15 417/3 417/22
421/3 423/17 424/15
430/10 449/25 464/23
466/2 468/19 475/2
475/15 476/7 478/16
480/15 480/16 480/20
483/15 485/21 489/13
493/7 493/22 494/5
499/5 499/18 500/14
503/9 506/23 508/18
508/23 508/23 508/24
508/25 514/2 515/12
515/24 521/2 548/22
548/25 552/19 560/3
560/7 561/7 578/20
580/2 586/2 600/12
602/9 605/4 605/14
614/4 619/25 620/5
621/14 622/12 622/19
623/18 623/21 623/24
624/3 624/4 624/15
624/22 624/24 625/9
625/10 625/10 628/24
630/23 631/5
**anybody [12]** 387/8
465/12 467/11 484/10
508/13 508/24 570/9
604/19 624/4 624/24
625/6 625/9
**anymore [1]** 509/21
**anyone [19]** 386/25
390/20 392/23 397/21
398/4 398/20 398/25

399/10 400/6 402/15
402/16 462/14 474/5
475/12 499/20 525/22
547/18 604/23 624/17
**anything [38]** 385/15
386/13 396/22 402/7
402/7 402/14 411/3
476/23 480/21 487/2
489/25 490/6 490/14
500/8 500/15 501/20
545/21 547/23 548/17
554/14 556/19 568/15
572/4 588/18 597/21
604/23 611/7 611/11
621/6 621/7 621/17
623/9 623/22 623/24
624/5 626/11 628/6
630/13
**anywhere [1]** 483/15
**apologies [2]** 479/12
550/12
**apologize [6]** 387/5
402/1 429/20 452/13
461/5 580/7
**app [1]** 621/12
**appear [4]** 395/10
457/18 532/8 598/18
**APPEARANCES [2]**
381/14 382/4
**appeared [1]** 473/1
**appearing [1]** 569/14
**appears [12]** 386/19
477/21 478/3 487/15
535/21 544/15 566/12
570/13 571/9 580/18
582/1 589/13
**applies [1]** 395/2
**apply [3]** 394/9 395/4
412/21
**appreciated [1]** 614/11
**approaching [1]**
520/13
**appropriate [2]** 509/6
595/12
**approximately [10]**
406/19 483/11 503/23
520/19 521/21 589/2
622/17 629/22 629/23
630/12
**apt [1]** 526/6
**arc [1]** 629/21
**arch [1]** 591/4
**are [229]** 385/14
386/19 387/19 388/6

388/9 388/12 388/19
388/21 389/5 389/18
390/9 390/12 393/9
393/9 394/9 394/15
394/15 395/6 395/19
396/24 397/19 397/20
399/3 399/16 399/16
400/12 408/1 408/16
409/9 411/19 414/25
415/7 415/20 415/21
416/11 417/7 417/8
417/21 417/23 417/25
420/13 421/1 421/12
423/1 425/2 427/16
427/17 428/1 428/23
430/18 432/6 432/7
432/8 432/16 432/18
433/15 434/14 434/17
438/2 438/3 440/18
440/24 441/2 441/3
441/8 441/11 441/16
441/19 442/2 442/24
443/6 444/12 445/1
445/8 445/14 448/6
448/10 449/9 449/12
450/2 451/8 451/9
451/11 451/12 452/22
453/17 453/23 453/24
454/1 454/3 454/9
454/25 455/9 455/13
455/14 457/20 460/15
460/18 462/20 466/11
469/2 470/10 470/10
471/8 471/9 471/10
471/11 471/11 471/13
473/14 474/14 474/17
475/21 475/21 475/22
475/23 475/24 476/3
477/17 478/9 478/15
480/4 480/9 480/15
481/23 485/24 488/24
489/6 489/17 489/25
490/3 490/6 490/18
491/2 491/7 491/8
491/9 491/12 492/1
492/4 492/5 492/18
492/22 492/23 492/25
493/5 493/5 494/7
495/9 495/11 495/12
496/19 500/22 501/4
506/12 506/13 506/16
510/14 511/12 511/15
517/12 518/5 523/17
527/15 530/7 530/11

588/9 588/12 588/16
530/18 531/18 531/24
532/5 532/7 533/2
533/7 534/10 534/11
536/6 543/16 546/6
548/8 550/1 564/10
565/24 566/11 567/18
567/19 567/20 568/1
568/13 568/22 570/3
571/5 573/2 573/21
577/8 577/13 578/13
578/24 579/20 583/16
585/10 586/8 590/10
591/20 592/12 592/24
593/9 593/11 595/18
597/8 597/8 597/10
597/11 598/12 604/3
605/22 607/16 607/16
607/17 607/19 608/12
610/12 614/11 614/17
615/18 622/12 627/10
628/24 629/7 631/4
**area [90]** 399/11
404/23 407/6 422/12
423/5 423/14 426/8
428/21 431/13 432/18
433/15 433/18 434/14
435/25 438/3 438/4
438/8 438/10 438/11
438/13 438/15 438/21
438/24 442/17 444/12
444/23 444/24 445/2
445/19 446/2 446/9
446/12 447/11 448/19
454/1 455/12 455/14
455/20 456/22 456/24
458/10 458/13 461/9
461/11 461/25 475/25
476/1 477/3 490/16
520/21 522/14 522/15
523/4 530/24 531/1
533/12 533/22 540/11
540/18 542/4 542/15
545/3 553/8 553/24
554/3 556/15 556/23
559/4 566/13 567/13
570/20 571/3 571/5
573/21 574/14 577/22
578/3 578/5 578/7
578/16 578/19 580/5
580/6 581/24 583/20
590/24 594/15 595/1
612/16 612/18
**areas [9]** 405/2 417/23
417/25 441/3 463/25

# A

**areas... [4]** 465/18 470/9 475/23 475/23
**argument [1]** 397/6
**arguments [4]** 394/12 394/14 394/18 401/21
**arising [1]** 409/17
**arm [6]** 460/10 476/2 510/10 589/16 590/2 590/8
**armor [1]** 568/3
**arms [12]** 478/6 478/10 510/8 526/15 532/7 548/20 556/17 559/15 592/9 592/24 593/3 593/8
**around [44]** 404/15 404/20 405/1 405/24 406/16 407/12 410/13 416/15 417/21 418/22 421/21 432/10 462/10 462/11 468/6 473/22 508/5 519/9 519/21 520/7 521/5 524/16 524/21 527/18 531/21 533/5 545/4 553/8 554/10 554/20 556/23 558/25 578/11 595/2 596/15 597/20 597/23 597/25 605/1 612/17 620/21 621/11 622/18 628/5
**arrive [2]** 395/23 485/4
**arrived [5]** 405/16 547/11 595/7 601/11 601/20
**art [1]** 500/3
**as [178]** 385/13 385/25 387/22 389/7 390/2 390/14 391/2 391/20 392/18 393/2 393/22 394/7 394/14 394/21 394/22 395/3 395/4 395/4 395/7 395/7 395/17 396/9 396/13 398/4 398/7 398/14 399/13 399/13 400/9 400/17 400/18 401/15 406/15 406/19 406/25 407/3 407/6 408/19 409/24 410/13 410/24 410/25 411/7 411/18 411/21 412/11 414/19 415/3 415/3 416/7

416/7 417/8 417/16 418/6 426/22 428/11 430/11 430/12 431/7 431/7 435/11 437/21 440/2 442/1 442/2 444/7 444/9 446/9 451/19 452/2 455/17 460/18 462/13 464/12 465/2 465/23 466/15 466/24 468/13 468/21 470/22 472/12 475/11 476/15 481/17 483/17 484/9 484/9 486/11 488/16 489/25 491/21 491/22 494/25 499/5 499/23 500/2 501/16 502/22 503/21 505/25 508/17 509/3 512/8 513/21 519/14 520/1 523/5 524/17 526/10 531/21 533/7 533/17 533/22 533/23 535/23 536/17 536/17 547/4 549/11 551/22 551/23 552/5 552/10 553/11 556/9 556/14 558/24 559/2 560/1 560/3 560/24 561/1 563/14 563/20 564/15 566/2 569/18 571/10 573/21 575/8 577/3 577/10 577/15 577/15 577/21 577/22 584/12 584/24 585/13 586/1 589/1 590/8 592/4 596/6 596/20 597/7 602/6 604/3 604/13 604/13 605/1 605/9 606/13 606/14 606/14 606/15 606/16 611/4 616/22 617/5 618/24 621/10 621/22 623/21 626/2 627/18 629/11
**aside [3]** 522/7 557/14 599/19
**ask [27]** 390/21 393/15 393/18 394/2 402/12 410/23 411/6 411/10 411/12 411/19 412/21 429/9 429/19 445/18 451/20 455/3 459/23 496/4 516/17 539/9 541/19 575/10 577/21 586/1 591/14 604/2

**asked [20]** 392/22 397/12 397/15 399/19 475/9 475/18 476/6 497/10 512/14 549/4 555/10 558/10 578/24 597/14 603/14 608/6 612/1 613/19 613/24 619/25
**askew [1]** 559/18
**asking [2]** 516/15 612/10
**asks [2]** 397/2 397/5
**assault [6]** 391/15 405/23 405/25 406/7 408/24 500/2
**assaulted [1]** 406/11
**assaulting [3]** 391/13 409/5 491/24
**assaultive [1]** 408/8
**assaults [3]** 408/21 499/23 499/24
**assembled [1]** 561/3
**assembly [1]** 553/14
**assigned [6]** 481/5 519/25 520/16 520/24 521/8 615/16
**assignment [7]** 481/3 519/17 519/19 519/24 551/24 552/2 553/1
**assignments [2]** 519/5 551/18
**assist [2]** 408/19 555/9
**assistance [2]** 442/16 595/2
**assistant [2]** 392/20 415/15
**assisting [1]** 552/16
**associated [3]** 399/4 625/6 625/9
**assume [1]** 478/22
**assuming [1]** 387/6
**athletic [1]** 599/17
**attached [2]** 557/3 565/4
**attaches [1]** 556/18
**attempt [2]** 555/15 585/2
**attempted [2]** 483/7 600/7
**attempting [6]** 493/18 497/2 503/8 504/22 506/14 570/9
**attempts [1]** 617/15

**attend [2]** 410/6 619/10
**attended [2]** 410/1 410/10
**attention [8]** 390/16 395/12 411/7 411/21 540/17 545/18 563/12 585/14
**attorneys [5]** 392/21 393/1 398/23 399/10 399/14
**audio [5]** 429/16 456/14 468/20 469/7 487/4
**August [2]** 381/7 622/18
**automatic [1]** 473/14
**available [3]** 395/14 627/19 627/22
**Avenue [13]** 381/17 382/16 416/21 418/23 418/24 424/13 481/6 522/5 552/24 553/4 553/17 554/12 554/19
**avoid [2]** 399/5 399/11
**aware [19]** 395/19 395/21 428/2 445/23 450/23 471/9 508/22 523/17 533/2 533/7 547/11 560/9 577/12 581/11 583/16 623/20 625/3 625/8 625/13
**awareness [1]** 623/13
**away [8]** 399/15 399/20 399/23 412/18 500/21 504/23 576/21 612/8
**awful [2]** 408/12 593/11
**awning [1]** 611/10
**Axon [1]** 565/7

# B

**back [121]** 386/16 387/19 389/16 390/4 405/11 405/14 406/14 406/17 407/14 408/3 416/11 418/1 418/4 419/2 422/25 425/3 439/15 439/18 441/25 443/6 449/21 451/4 453/3 453/25 454/1 454/3 459/17 462/8 462/11 462/20 466/16

**back... [90]** 470/12
474/21 483/6 485/12
491/4 494/5 495/11
495/18 497/3 497/4
503/8 505/2 506/15
508/10 514/18 514/21
517/19 517/21 517/23
517/25 518/5 519/14
520/22 522/13 522/15
522/17 522/18 522/20
523/4 523/8 523/9
524/11 524/13 526/1
526/23 531/25 532/16
532/19 532/21 535/2
539/6 539/6 539/11
540/5 541/12 541/15
542/5 544/7 545/20
549/11 552/2 553/22
554/13 557/12 560/6
562/19 563/13 564/6
565/14 566/3 567/5
567/23 568/4 568/23
574/18 575/10 575/23
577/11 577/13 577/14
577/19 577/22 579/16
582/24 586/8 586/13
586/22 588/16 592/13
593/6 595/13 595/18
600/24 609/12 609/15
610/4 610/12 620/25
625/1 628/25

**background [2]**
619/19 619/22

**backup [7]** 407/16
408/19 442/6 489/16
489/18 525/9 525/9

**backwards [3]** 385/23
472/20 473/3

**badge [3]** 450/5 450/9
483/18

**badges [1]** 441/18

**bag [1]** 592/23

**ballistic [2]** 599/19
600/15

**banister [1]** 604/7

**Bankruptcy [1]** 382/15

**bar [1]** 449/18

**barricade [3]** 493/20
495/15 495/19

**barricades [4]** 404/25
405/5 405/17 405/17

**barrier [5]** 404/18
497/3 564/10 570/7

**barriers [14]** 404/19
405/8 421/22 425/2
426/21 426/22 426/24
466/22 466/24 467/7
482/15 490/15 490/17
529/12

**base [3]** 405/14 417/24
425/24

**baseball [6]** 531/18
531/19 531/20 546/17
547/18 547/21

**based [10]** 391/3
398/9 400/10 401/12
410/19 441/14 548/4
603/16 615/18 623/8

**basically [3]** 507/17
520/4 548/16

**basing [1]** 401/11

**basis [4]** 416/22
416/25 438/21 438/24

**bat [3]** 513/16 547/18
547/21

**baton [7]** 495/13
495/17 514/11 514/14
514/17 516/24 559/16

**batons [1]** 597/3

**battle [4]** 403/14
403/22 403/23 405/21

**battling [1]** 404/3

**BDUs [1]** 450/17

**be [193]** 385/13 387/18
388/7 388/25 389/1
389/6 389/7 389/16
389/22 390/1 390/2
390/5 390/24 392/3
393/10 395/21 397/13
397/16 400/7 401/3
401/6 401/24 402/9
403/22 404/5 405/4
407/6 407/23 409/4
409/5 410/18 410/20
413/15 413/18 417/17
419/16 419/18 419/20
420/18 421/6 421/15
421/25 422/18 422/23
423/20 424/18 425/18
426/15 427/4 429/4
429/14 435/21 436/14
436/23 437/10 437/21
437/24 438/21 438/24
439/15 440/10 444/18
446/2 446/8 446/17
447/2 447/21 448/14

**bears [1]** 448/1 449/19 452/7 16
455/16 455/20 457/4
458/2 458/19 461/17
462/1 462/9 468/20
468/22 469/21 470/24
474/12 476/4 477/9
479/17 479/20 487/1
487/9 488/18 489/9
493/19 493/23 499/22
500/22 504/13 506/23
507/3 511/3 511/5
516/13 517/19 517/25
518/14 522/11 524/23
527/18 528/2 528/14
529/25 531/6 532/8
533/11 534/3 535/21
537/21 542/23 543/19
544/15 544/18 545/1
545/9 546/8 550/18
550/21 552/7 556/11
556/14 558/10 558/21
560/22 560/24 562/5
562/23 565/6 566/12
569/2 570/13 570/19
571/14 573/25 575/3
577/15 580/6 580/18
581/6 582/1 585/5
589/13 591/10 592/22
596/7 596/18 596/18
597/9 597/21 598/12
598/18 598/19 604/10
604/13 604/16 604/17
605/14 605/16 605/18
605/21 605/22 605/23
607/1 607/18 608/24
609/21 609/23 610/7
612/4 614/17 614/22
614/25 616/16 616/19
619/21 623/25 624/19
628/19 628/19 629/25
630/5 630/7 630/17
630/18 631/3

**bear [11]** 500/17 501/4
508/17 512/19 513/12
545/9 545/13 548/11
572/21 604/14 611/16

**bears [1]** 500/21

**beautiful [4]** 408/6
408/6 408/7 408/9

**became [8]** 409/25
410/11 410/14 491/23
551/25 561/8 561/9
588/4

**because [35]** 389/10
448/1 449/19 452/7 16 391/22 395/13 398/1
398/9 399/3 399/18
400/24 403/21 403/22
404/10 404/12 407/7
407/8 407/19 419/6
442/6 443/6 450/2
472/1 494/13 495/17
500/20 512/8 514/24
563/11 565/6 572/20
579/12 586/2 593/3
620/13 620/25 630/20
630/25

**become [1]** 577/12

**becoming [1]** 491/9

**been [63]** 386/20
391/2 391/22 392/1
397/15 398/14 398/15
398/16 401/7 407/22
414/8 414/17 424/1
443/19 444/6 446/9
452/1 452/22 455/17
466/24 467/7 468/9
472/9 472/24 472/25
473/22 486/10 488/19
489/10 496/25 501/7
501/15 503/20 505/24
506/21 506/22 507/20
519/1 533/22 545/10
547/8 551/10 551/17
551/18 552/11 559/2
559/19 560/18 577/18
577/20 593/6 593/9
596/10 606/12 607/1
615/12 621/21 625/20
625/22 625/25 629/13
629/22 630/4

**before [54]** 381/12
388/7 388/10 389/3
390/13 394/19 395/10
411/3 412/23 419/18
422/11 423/13 424/23
427/2 428/18 429/23
445/12 447/10 456/12
456/16 456/19 457/9
458/23 460/3 487/4
488/19 489/10 489/11
494/10 497/10 501/8
507/8 509/3 511/25
514/11 524/10 526/6
527/15 529/11 534/9
538/2 542/14 542/17
545/20 547/7 559/1
563/3 584/12 584/19
602/16 619/14 619/15

**before...** [2] 628/25 629/25

**began** [6] 390/25 405/22 491/24 521/19 596/20 600/20

**begin** [8] 387/21 388/6 388/9 388/11 388/12 390/13 394/20 575/8

**beginning** [6] 385/6 393/6 419/21 485/10 576/3 601/25

**begins** [1] 487/3

**behalf** [2] 385/8 410/23

**behavior** [2] 409/2 597/4

**behind** [20] 476/3 493/20 496/21 497/2 530/12 557/15 557/25 558/20 558/20 559/1 560/17 565/7 565/23 566/6 578/11 592/12 609/16 609/19 610/19 610/20

**being** [45] 387/24 399/10 399/16 399/23 406/20 406/25 409/5 414/16 428/11 447/11 449/25 456/22 456/24 468/11 469/22 472/20 476/15 482/24 500/13 500/16 512/9 512/21 514/24 526/8 532/25 542/5 548/11 549/11 551/24 555/21 555/22 560/9 560/15 572/19 574/20 587/24 587/25 588/22 592/25 602/12 604/14 608/13 625/3 625/6 625/10

**beings** [1] 395/17

**belief** [1] 558/11

**believability** [1] 395/8

**believe** [27] 395/11 397/10 431/11 442/2 450/23 468/8 470/4 497/7 509/20 516/23 524/22 532/24 534/21 556/3 557/24 558/7 569/18 577/9 585/5 588/4 596/13 604/10 605/7 616/12 623/8 625/17 625/19

**believed** [5] 545/9 569/2 619/21 620/14 620/22

**believes** [1] 397/7

**belong** [1] 448/9

**belonging** [1] 478/18

**belongings** [1] 417/15

**belongs** [1] 565/9

**below** [2] 454/18 556/24

**belts** [1] 588/25

**beneath** [1] 584/21

**benefit** [1] 429/14

**berating** [1] 497/24

**beside** [1] 610/21

**besides** [2] 414/16 520/18

**best** [1] 589/1

**better** [2] 521/9 582/22

**between** [12] 409/19 441/11 500/8 522/1 546/24 550/10 567/12 570/7 592/15 598/25 609/25 612/5

**beyond** [8] 391/25 392/5 392/6 392/11 392/16 411/4 412/24 420/19

**biases** [4] 395/18 395/20 395/20 395/22

**Biden** [1] 620/14

**big** [7] 385/23 406/4 406/8 416/15 421/20 426/23 611/15

**bike** [26] 421/22 422/12 423/1 423/2 426/8 482/14 499/2 514/6 514/23 514/24 515/2 521/4 522/7 524/18 525/15 526/14 530/14 532/1 532/10 532/25 538/13 554/18 554/21 554/22 559/9 566/16

**biker's** [1] 567/25

**bit** [26] 388/10 394/23 414/24 415/11 416/20 427/5 427/14 434/24 439/4 450/4 476/5 478/12 517/22 521/16 539/7 544/8 544/18 565/15 569/10 583/10 585/13 593/20 594/16 598/1 609/15 612/1

**black** [2] 586/18 594/14

**blade** [1] 600/4

**bleed** [1] 604/24

**block** [1] 555/5

**blog** [1] 398/6

**blood** [5] 569/2 604/11 604/17 604/18 604/20

**blow** [1] 511/6

**blows** [1] 510/24

**blue** [8] 441/16 441/18 441/23 445/11 568/14 569/15 570/14 571/23

**Bluetooth** [1] 556/6

**blunt** [1] 586/19

**bodies** [2] 481/12 593/7

**bodily** [2] 412/1 412/14

**body** [31] 409/8 417/14 470/10 475/20 481/23 484/5 484/7 484/23 485/5 485/22 486/3 486/19 486/22 487/2 499/7 513/18 532/17 556/1 556/2 556/8 556/13 561/24 562/9 563/4 564/25 566/23 568/7 568/10 568/22 572/8 600/13

**body-worn** [15] 409/8 484/5 484/7 484/23 485/5 485/22 486/3 486/19 486/22 487/2 556/1 556/2 556/8 562/9 566/23

**bomb** [1] 623/21

**bomb-making** [1] 623/21

**bones** [1] 548/22

**botanic** [1] 521/13

**both** [12] 397/17 406/17 407/7 412/5 429/16 464/7 464/8 482/11 486/5 511/12 517/11 614/10

**bottle** [1] 611/15

**bottles** [1] 547/15

**bottom** [2] 441/25 540/13

**box** [2] 390/10 484/19

**boys** [1] 498/8

**breach** [3] 427/11 522/3 580/5

**breached** [9] 427/6 427/8 482/24 508/7 521/23 522/6 522/20 522/24 580/3

**breaching** [2] 489/17 494/5

**break** [16] 412/19 456/6 456/7 462/7 462/11 517/17 530/15 530/19 548/22 563/16 564/6 564/6 583/1 589/6 601/18 627/18

**break-throughs** [1] 563/16

**breakdown** [1] 546/24

**breaking** [4] 464/19 535/25 564/4 564/4

**breathe** [1] 592/22

**breezeway** [3] 584/18 584/20 584/20

**brief** [12] 393/20 394/4 402/19 447/8 479/10 486/12 515/13 527/3 546/8 549/1 590/22 614/19

**briefly** [6] 390/23 394/21 414/25 475/3 590/19 626/12

**bring** [32] 391/19 400/4 413/7 418/1 439/15 439/17 447/3 451/4 456/12 456/15 470/24 526/23 535/1 539/6 539/6 539/11 541/12 541/15 542/10 544/7 550/9 565/14 573/8 573/10 575/10 575/23 581/15 581/18 583/25 586/23 603/25 612/21

**bringing** [3] 403/20 435/11 577/3

**brings** [1] 471/16

**broader** [1] 513/24

**broken** [8] 430/20 432/8 561/10 565/22 567/6 579/17 579/18 620/21

**brother** [4] 410/7 619/8 619/16 623/18

**brothers** [1] 410/11

**brought** [7] 386/2 403/17 403/21 403/22 428/11 451/19 476/15

642

**B**

**brown [5]** 580/21
585/24 587/10 587/17
588/13
**brown-haired [2]**
587/17 588/13
**bruised [2]** 526/15
548/19
**bruising [2]** 532/22
532/24
**BTW [1]** 407/25
**building [31]** 404/4
404/5 404/9 404/16
405/3 407/8 407/11
408/18 415/23 416/23
417/4 417/9 417/24
417/25 421/21 427/16
431/14 432/5 432/8
433/11 454/3 466/12
490/1 519/22 525/11
561/13 608/25 620/18
621/4 626/1 626/18
**buildings [4]** 415/22
415/24 519/8 519/10
**built [4]** 427/4 468/11
540/19 545/5
**bullet [2]** 599/22
599/24
**Bullshit [1]** 408/2
**burden [6]** 392/5 392/7
411/2 411/5 411/12
413/2
**Bureau [1]** 427/20
**burning [2]** 593/10
593/11
**bus [1]** 521/12
**business [1]** 485/2
**BWC [1]** 493/20

**C**

**C-U-R-T-I-C-E [1]**
480/3
**cadence [1]** 582/25
**call [31]** 393/14 394/2
398/13 405/14 420/9
434/3 434/4 438/11
450/13 450/17 470/16
472/7 479/5 481/5
485/9 492/1 493/20
500/23 509/19 509/20
509/22 515/6 518/8
521/8 546/24 550/5
552/23 614/15 618/4
627/2 629/11

**called [8]** 393/11
393/15 393/18 408/11
599/14 617/23 618/6
619/5
**calling [1]** 507/18
**calls [5]** 408/5 413/9
479/7 518/9 550/7
**calm [1]** 599/4
**cam [10]** 409/8 513/18
556/13 561/24 563/4
564/25 568/7 568/10
568/22 572/8
**came [19]** 399/18
403/13 405/6 405/7
440/3 466/8 511/9
524/18 549/14 559/12
559/16 560/14 564/5
593/25 601/1 601/8
601/20 605/3 605/5
**camera [33]** 431/5
439/25 453/8 453/9
453/11 474/22 484/5
484/7 484/23 485/5
485/22 486/3 486/19
486/22 487/2 556/1
562/9 562/10 562/15
562/15 564/14 566/23
571/7 573/18 578/11
584/9 584/11 584/16
584/21 592/17 609/17
610/18 620/4
**cameras [22]** 427/17
427/19 427/21 427/22
468/20 473/6 473/7
473/15 473/18 473/23
474/1 474/3 474/7
474/10 474/15 474/17
556/2 556/4 556/8
556/11 557/3 592/17
**campus [2]** 416/8
416/10
**can [174]** 387/11
398/16 399/13 403/1
403/1 403/2 406/2
406/10 406/21 406/24
411/3 414/2 414/3
414/5 417/5 417/20
427/4 429/14 432/23
439/18 440/25 443/14
443/23 444/24 445/4
445/16 446/25 448/20
449/7 449/20 449/25
452/10 453/4 453/12
453/20 455/24 456/7

456/1 457/10 459/10
459/18 460/10 460/20
461/22 462/12 468/23
469/9 469/14 470/7
471/5 471/9 475/23
476/24 477/13 478/6
479/25 481/3 481/13
485/18 486/13 487/21
488/6 488/12 490/21
491/3 491/10 492/10
492/16 492/21 493/11
493/13 493/16 495/16
496/5 497/14 499/17
500/12 502/19 502/24
503/5 503/13 503/22
504/20 505/11 506/5
507/15 512/23 521/25
522/16 524/7 524/11
525/14 525/17 526/4
528/18 529/1 529/3
530/4 531/11 532/2
532/7 532/10 532/12
535/1 535/19 536/12
536/22 538/3 538/12
538/18 539/5 539/6
539/11 540/4 540/25
541/12 541/15 543/5
543/8 544/14 558/6
562/11 563/13 565/3
565/7 565/11 566/8
566/11 566/14 567/22
568/15 568/17 569/14
569/17 570/11 571/22
572/4 572/9 572/23
573/20 576/10 576/12
577/1 580/16 580/20
581/24 582/16 585/23
586/12 586/24 587/9
589/14 589/15 589/16
590/2 590/4 590/9
590/10 591/7 591/21
591/23 594/12 597/1
597/1 602/21 602/25
605/16 605/22 610/7
613/4 613/21 615/6
616/15 625/24
**can't [11]** 385/23
400/15 441/9 450/2
493/8 500/3 512/12
512/14 548/1 593/3
610/10
**cannot [1]** 401/8
**cap [2]** 531/19 531/20
**capabilities [2]** 412/5

**capable [1]** 412/1
**capacity [1]** 552/5
**Capitol [225]** 385/22
391/4 391/11 391/12
391/13 404/1 404/4
404/4 404/7 404/9
404/14 404/15 404/16
405/1 405/3 405/7
405/10 405/11 405/13
406/2 406/17 407/4
408/17 408/19 410/5
410/12 414/7 414/9
414/15 415/13 415/23
415/24 416/4 416/12
416/16 416/22 416/25
417/4 417/11 417/20
417/21 418/18 418/22
419/3 419/8 420/7
420/16 423/25 424/12
425/12 425/24 426/9
427/11 427/16 427/20
428/24 430/7 431/7
432/4 434/19 434/22
435/4 435/17 436/9
437/5 437/22 439/6
439/9 440/1 440/25
441/12 441/15 441/19
442/5 442/16 442/18
443/3 443/5 445/8
445/13 447/1 447/14
448/10 448/15 449/14
449/21 450/1 450/4
450/8 451/9 452/3
461/13 463/11 463/23
464/1 464/5 464/10
464/17 464/20 465/1
465/2 465/3 465/15
465/19 466/12 466/12
467/8 467/19 468/5
468/22 469/25 471/17
475/12 477/17 478/19
482/24 483/5 483/7
483/8 483/10 487/14
488/16 488/17 488/19
488/25 489/11 489/18
490/19 491/6 491/7
492/23 493/1 493/7
493/9 494/5 496/22
499/11 502/2 503/7
503/18 504/6 504/23
507/25 513/25 514/4
516/7 518/25 519/2
519/6 519/11 519/12

**C**

**Capitol... [74]** 519/15
519/22 520/8 520/14
520/17 521/3 521/5
523/16 523/18 524/20
524/24 525/11 525/22
526/5 543/22 553/19
553/25 554/3 555/7
555/9 555/9 555/13
555/15 555/18 555/19
555/20 555/22 557/5
557/6 557/9 560/25
561/7 561/21 561/21
568/2 568/4 568/6
570/4 571/6 577/10
577/19 578/8 578/9
578/21 579/23 580/1
580/3 580/6 582/2
583/5 584/24 585/2
586/8 591/3 594/23
596/8 596/15 601/12
601/22 607/17 607/19
608/1 612/8 612/13
620/18 621/1 621/3
621/4 625/18 625/23
626/1 626/3 626/22
626/25
**Capitol's [1]** 416/13
**captain [82]** 413/9
414/6 414/13 418/4
419/15 420/2 421/11
422/4 422/7 422/22
423/6 423/10 423/24
424/5 424/22 425/8
426/1 426/5 426/19
428/8 429/8 429/23
430/18 431/2 432/2
432/16 433/8 433/15
434/2 434/14 435/16
436/3 436/7 436/18
436/25 437/4 437/14
439/4 439/12 439/21
440/21 442/14 442/23
443/18 444/6 444/23
445/11 445/23 446/4
446/8 446/21 446/24
447/2 447/6 447/10
448/3 449/6 449/19
449/24 451/15 451/19
453/20 454/12 454/25
455/12 456/19 457/9
458/4 458/9 458/23
459/6 459/16 460/6
461/22 462/25 475/7

476/14 478/5 477/25
477/12 478/6 478/24
**Captain Summers [58]**
422/4 422/22 423/6
423/10 424/5 426/1
426/5 426/19 428/8
429/8 430/18 431/2
432/2 432/16 433/8
433/15 434/2 434/14
435/16 436/3 436/18
436/25 437/4 437/14
439/4 439/12 439/21
440/21 442/14 442/23
443/18 444/23 445/11
445/23 446/4 446/8
446/21 446/24 447/2
447/10 448/3 449/6
449/24 451/15 451/19
453/20 454/12 454/25
455/12 456/19 457/9
458/4 458/9 458/23
459/6 459/16 460/6
461/22
**captains [1]** 416/2
**captioned [1]** 463/12
**capture [2]** 440/2
448/11
**capturing [1]** 446/12
**cardboard [1]** 576/22
**career [1]** 414/23
**careful [2]** 395/12
411/6
**carefully [3]** 411/8
411/9 411/20
**CARL [1]** 381/12
**Carll [1]** 555/23
**Carolina [4]** 403/13
410/2 410/7 615/19
**carried [1]** 391/12
**carrier [1]** 521/17
**carry [1]** 588/19
**carrying [3]** 412/15
603/24 604/5
**CART [1]** 629/11
**case [68]** 385/3 389/19
390/15 390/20 390/25
390/25 392/2 393/6
393/13 394/6 394/7
394/11 394/12 394/15
395/2 395/5 396/13
396/14 396/17 397/21
397/21 397/23 398/3
398/5 398/8 398/9
398/17 398/18 398/18

398/19 398/24 398/25
399/4 399/9 399/13
399/15 399/19 400/1
400/7 400/8 400/14
400/16 400/22 401/14
401/18 401/19 402/8
402/9 402/12 402/14
402/15 402/17 410/22
411/11 413/14 482/10
482/13 549/16 550/18
583/2 592/24 616/1
622/9 622/12 628/11
628/12 629/9 629/24
**cases [1]** 549/15
**category [1]** 408/10
**caught [1]** 592/15
**cause [2]** 473/15
604/23
**causes [1]** 412/13
**causing [2]** 412/1
554/22
**CC [1]** 473/7
**CCTV [35]** 385/21
430/7 430/9 431/3
431/5 431/13 432/2
433/8 433/16 434/5
435/14 439/5 440/2
443/19 444/7 449/17
451/22 452/2 453/8
455/1 455/19 458/1
458/9 458/12 459/7
459/18 460/6 473/7
488/4 523/20 525/5
583/16 583/19 584/21
586/2
**CDU [10]** 481/5 482/3
483/14 495/1 552/5
552/6 552/7 552/8
560/2 596/25
**CDU-42 [1]** 481/5
**cell [1]** 555/3
**center [24]** 414/21
414/22 415/3 415/5
417/11 425/13 429/24
461/12 466/13 473/17
473/18 473/20 473/20
473/25 474/6 474/11
474/14 484/18 484/20
519/12 540/17 573/18
574/21 574/23
**central [3]** 451/11
470/25 560/17
**ceremony [3]** 405/4
438/18 468/21

certain [14] 385/25
401/23 408/16 417/21
420/10 429/9 429/25
471/10 520/8 520/9
539/19 549/15 585/14
593/13
**certainly [2]** 409/5
464/8
**certification [2]** 419/1
419/9
**certify [3]** 404/8
404/11 632/4
**Chad [7]** 479/7 479/21
480/2 480/2 509/9
515/15 552/20
**chain [1]** 622/4
**chambers [3]** 467/15
467/15 467/21
**chance [5]** 394/11
400/23 400/25 503/9
575/18
**change [2]** 418/18
482/25
**changing [1]** 491/8
**Chanting [1]** 498/25
**chaos [7]** 403/25
523/7 523/10 526/6
547/4 547/6 547/7
**chaotic [1]** 494/1
**characteristic [1]**
396/4
**characterize [1]**
491/20
**characterized [1]**
605/9
**charge [3]** 415/21
420/10 523/5
**charged [7]** 391/3
392/1 392/13 408/14
408/23 409/17 625/10
**charges [3]** 408/12
411/1 412/25
**charging [2]** 391/18
522/22
**Chases [1]** 406/14
**check [1]** 430/10
**checkpoints [1]** 519/9
**cheers [1]** 496/19
**chemical [7]** 548/18
559/19 560/15 573/1
586/18 593/7 593/24
**chest [5]** 450/23
470/11 484/18 484/20
556/15

**chief [3]** 393/13 394/7 415/14

**chiefs [6]** 414/20 415/9 415/15 415/18 415/19 415/20

**choose [2]** 393/7 395/16

**chunk [1]** 385/23

**circle [43]** 432/22 441/4 444/23 445/15 448/11 448/19 448/23 454/14 455/3 457/10 459/9 460/9 493/3 495/25 496/11 497/14 502/19 505/8 505/18 506/5 507/11 528/19 528/21 529/3 530/4 530/5 531/14 532/2 532/3 535/10 535/11 535/19 538/2 544/13 565/2 566/7 566/9 568/12 568/25 569/13 576/12 585/22 591/21

**circled [15]** 432/23 435/25 445/1 446/22 454/17 457/11 461/23 529/7 536/22 538/11 538/25 540/13 540/25 570/11 589/13

**circling [18]** 422/22 437/15 438/10 438/13 446/21 448/5 448/6 449/6 528/18 541/19 567/17 571/21 572/3 575/7 576/9 580/15 582/16 594/12

**circular [1]** 568/3

**circumstances [3]** 471/20 472/1 618/3

**citizen [1]** 500/19

**citizens [1]** 597/12

**city [1]** 416/15

**civil [13]** 391/10 408/14 470/23 471/9 480/23 519/25 520/2 520/7 520/10 551/23 561/10 596/25 597/2

**claims [1]** 394/17

**clarify [2]** 500/6 626/4

**clear [5]** 386/21 417/17 434/16 512/23 593/4

**clearly [4]** 391/16

**clip [3]** 494/13 543/9 566/23

**clips [1]** 385/25

**clock [20]** 487/21 488/10 489/6 489/23 491/3 491/13 492/19 495/5 495/5 496/8 496/14 497/12 497/17 498/17 498/20 501/19 505/2 505/20 517/21 517/21

**close [5]** 411/21 427/3 451/1 630/6 630/19

**closed [9]** 404/10 404/23 422/12 423/5 423/14 426/9 463/12 490/16 559/22

**closed-captioned [1]** 463/12

**closer [6]** 417/24 417/24 490/1 609/17 610/16 610/17

**closest [3]** 403/2 563/22 591/5

**closing [3]** 394/12 394/13 394/18

**CNN [2]** 430/12 463/13

**co [1]** 409/15

**co-counsel [1]** 409/15

**coat [3]** 403/19 497/25 503/2

**Cohen [26]** 518/10 518/20 518/24 519/1 523/17 524/4 525/8 530/20 530/24 531/11 531/16 532/9 533/21 536/12 537/12 538/25 540/2 540/16 540/25 542/14 543/5 546/3 546/5 549/2 549/19 558/15

**collapsed [1]** 592/9

**collapsing [2]** 540/5 601/10

**collected [1]** 390/6

**college [1]** 418/16

**color [1]** 589/16

**colored [1]** 559/20

**colors [1]** 493/6

**COLUMBIA [3]** 381/3 480/6 480/22

**combat [1]** 500/11

**combative [2]** 526/7

**come [28]** 385/5 387/18 390/2 390/4 395/1 398/22 403/9 403/10 404/21 417/5 417/9 417/12 440/23 442/4 462/11 466/23 470/20 496/2 525/9 570/10 579/23 592/20 595/13 598/4 598/25 615/25 616/3 622/14

**comes [6]** 465/10 466/15 533/18 564/13 578/9 593/8

**comfortable [3]** 450/17 450/20 606/19

**coming [15]** 454/3 522/8 522/12 525/10 548/8 554/20 555/6 558/21 559/8 570/5 588/1 592/21 602/1 602/6 611/1

**command [11]** 414/21 414/21 415/2 415/5 418/8 429/24 473/17 473/18 473/20 474/11 474/14

**commander [3]** 415/2 415/7 555/7

**commanders [1]** 415/8

**commands [1]** 525/25

**comments [1]** 396/7

**commit [4]** 620/1 623/4 623/25 624/5

**committed [1]** 391/25

**common [1]** 412/21

**communicate [1]** 621/13

**communication [4]** 398/6 430/2 474/6 546/24

**communications [8]** 418/8 418/10 463/5 463/8 473/20 473/25 474/5 474/9

**completely [4]** 429/20 565/22 572/17 572/25

**Complied [154]** 386/18 421/8 422/5 422/20 423/8 423/22 424/7 424/20 425/6 425/21 426/3 426/17 428/17 429/6 430/16

432/14 433/4 433/23 435/24 436/5 436/16 437/2 437/12 439/14 439/16 439/19 440/12 440/17 442/12 442/23 443/10 443/16 444/4 444/21 446/6 446/19 447/5 447/23 451/6 451/17 452/20 453/16 454/8 454/23 455/8 456/11 456/17 457/7 457/16 458/6 458/21 459/22 459/25 460/2 460/23 461/4 461/20 476/13 486/14 487/11 487/19 489/4 490/24 493/14 496/1 496/12 496/17 497/15 501/13 502/13 502/20 502/25 503/24 504/15 505/9 505/19 506/6 507/6 507/12 523/25 524/2 525/4 525/19 526/25 527/12 528/3 528/16 529/4 529/15 530/2 530/22 531/9 531/15 533/16 533/19 534/6 534/19 534/22 535/3 537/4 537/10 537/23 539/13 539/17 541/7 541/16 541/25 542/9 542/12 542/25 544/9 544/11 544/23 562/3 563/1 564/22 565/16 570/25 571/16 573/9 573/12 574/3 574/12 575/5 575/16 575/25 576/19 577/25 581/17 581/20 582/8 582/12 583/13 583/24 584/2 584/5 585/18 587/4 587/15 588/8 589/11 589/24 590/18 591/12 592/2 594/6 594/10 594/19 607/5 612/23 613/1 613/8 613/22 626/16

**composed [1]** 552/8

**Compound [1]** 602/7

**comprehend [1]** 498/9

**comprised [1]** 421/21

**computer [3]** 382/22 402/5 621/10

**computer-aided [1]**

**C**

computer-aided... [1] 382/22
con [1] 560/19
concern [2] 624/24 627/17
concerning [1] 470/4
concerns [1] 619/23
concluded [1] 619/3
conclusion [2] 391/21 500/4
concussion [3] 499/8 499/9 516/10
conduct [7] 388/22 391/4 394/24 400/13 400/20 408/8 408/11
cones [1] 490/17
confident [1] 409/9
confirmation [1] 418/16
confirmed [1] 619/8
confront [1] 597/3
confrontation [1] 598/10
confronted [1] 465/3
confronting [4] 464/25 465/14 476/7 476/19
Congratulations [1] 414/11
Congress [3] 408/1 416/1 416/8
conjunction [1] 420/17
connected [2] 390/20 398/25
consciously [1] 395/21
consider [8] 394/10 395/9 395/19 396/16 401/23 412/5 472/16 610/6
considerably [1] 576/14
consideration [1] 396/5
considered [2] 401/6 604/17
consist [1] 599/16
consistent [1] 604/18
consists [2] 470/8 480/18
Constitution [9] 382/16 418/23 481/6 482/2 553/4 553/17

554/12 554/19 555/1
constructed [1] 407/7
construction [4] 405/13 407/9 469/12 577/13
contact [5] 398/22 399/6 547/12 617/25 621/15
contaminated [1] 548/18
contemplate [1] 387/12
contend [4] 410/22 410/22 411/17 413/1
contested [3] 555/22 557/23 560/9
continue [25] 430/22 431/8 442/8 445/18 450/25 453/4 490/9 490/21 493/11 496/4 503/17 536/18 539/22 540/21 541/3 544/4 544/19 545/18 545/20 558/6 565/11 568/17 618/20 620/18 628/1
continued [79] 382/4 432/1 432/12 433/2 433/13 433/21 434/12 442/10 442/21 451/2 453/6 453/14 454/6 454/21 455/6 459/14 459/20 489/2 489/21 490/11 490/22 491/11 492/17 493/12 495/21 496/7 496/15 496/24 497/9 497/22 498/2 498/6 498/11 498/18 502/23 503/12 505/13 505/22 506/19 535/17 536/4 536/10 536/20 537/1 538/16 538/23 539/4 539/15 539/24 540/23 541/5 541/23 544/6 544/20 564/1 565/13 566/19 568/19 569/5 569/25 570/16 572/1 573/5 576/17 581/1 582/10 583/11 586/5 586/14 587/2 587/13 587/22 588/6 589/9 589/22 590/6 590/15 594/8 594/17
continuing [1] 618/21
continuity [1] 416/6

contraband [1] 623/4
control [3] 473/18 512/17 520/5
control/crowd [1] 520/5
conversation [6] 399/5 399/6 402/10 619/20 623/2 627/1
conversations [1] 409/22
convict [1] 411/3
convince [1] 412/24
convinced [2] 391/24 409/25
coordinated [1] 592/5
copies [2] 386/2 386/5
corner [12] 406/18 432/20 486/23 508/11 508/12 540/5 540/13 542/16 543/12 549/12 562/10 582/16
cornered [2] 406/20 577/7
corralled [1] 549/11
correct [104] 400/25 434/20 435/1 463/3 463/16 463/20 464/1 464/6 464/10 464/17 464/18 464/24 465/10 465/11 466/1 466/3 466/10 466/17 467/16 467/17 468/3 468/10 469/2 469/16 469/18 470/15 470/18 471/13 471/18 471/19 471/22 472/2 472/5 473/21 474/20 474/23 474/24 476/8 488/4 489/12 499/3 510/25 511/11 512/7 514/1 514/8 514/13 515/4 516/21 527/20 542/6 546/18 546/21 548/5 558/19 593/14 596/8 596/9 596/12 596/19 598/1 598/2 598/4 598/23 599/11 599/12 599/14 599/23 600/18 602/2 603/10 603/12 603/13 603/17 603/18 603/20 603/21 604/24 604/25 605/2 605/3 605/15 605/17 605/18 605/19 606/9 607/8 607/14

608/8 608/9 609/2
609/11 609/25 610/15
611/2 622/10 622/11
623/4 623/10 624/12
624/25 625/2 625/15
632/4
correctly [1] 596/3
corridor [1] 399/9
Costner [11] 382/6 383/7 383/19 383/23 385/11 393/1 409/11 409/15 413/5 462/21 595/21
cotton [1] 450/19
cough [1] 513/3
coughing [1] 559/21
could [235] 385/15 386/16 386/20 401/10 402/9 414/25 415/11 417/17 421/12 427/10 430/13 430/15 430/22 431/8 431/19 432/13 433/1 433/3 433/12 433/22 434/10 438/3 439/17 440/16 442/20 442/22 443/8 443/22 444/2 445/20 447/24 449/1 449/19 450/25 451/3 451/4 452/7 452/11 453/15 454/7 454/15 454/20 454/22 455/5 455/7 456/12 456/15 457/13 457/15 458/7 459/13 459/21 460/1 460/12 461/2 463/12 469/21 476/11 482/12 484/17 487/17 490/9 493/3 493/3 494/19 495/6 495/25 496/11 496/16 498/3 498/16 500/4 500/9 501/10 502/10 502/12 502/15 502/21 505/4 505/8 505/18 507/11 508/1 508/1 515/25 516/1 519/4 522/23 523/1 524/1 524/11 524/12 525/1 525/3 526/23 527/9 527/11 533/17 534/7 534/14 534/17 534/20 534/24 535/15 536/2 536/8 536/17 536/18 536/25 537/3 537/24 538/5

# C

**could... [123]** 538/7
538/14 538/21 539/3
539/5 539/14 539/16
539/22 540/16 540/21
541/3 541/6 541/20
541/22 541/24 542/7
542/10 542/18 542/19
543/1 544/4 544/7
544/19 544/22 549/5
551/2 553/8 553/11
554/4 559/11 559/19
560/23 561/2 563/3
563/7 563/13 563/24
564/20 564/20 565/14
566/17 569/3 569/23
570/22 571/17 571/24
573/3 573/8 573/10
575/8 575/12 575/15
575/23 576/1 576/16
576/18 577/16 577/23
579/11 580/7 580/12
581/4 581/10 581/15
581/18 582/3 582/6
582/11 582/19 583/6
583/9 583/12 583/25
584/3 584/4 584/6
585/17 585/25 587/3
587/12 587/14 587/21
588/7 589/1 589/8
589/10 589/21 589/23
590/5 590/16 590/17
591/24 592/1 594/4
594/7 594/9 594/16
594/18 604/10 604/13
604/16 605/14 605/21
605/23 608/3 612/21
612/24 613/5 613/7
616/19 618/4 619/19
619/21 619/21 621/12
625/20 625/22 625/25
626/14 627/16 628/5
628/18 630/21
**couldn't [3]** 498/9
554/7 557/11
**counsel [18]** 385/5
386/1 409/15 429/12
455/24 462/6 475/2
475/9 475/18 476/6
509/1 517/9 589/2
595/11 612/1 612/10
613/19 613/24
**count [2]** 408/23 523/1
**counter [4]** 553/22

counter-flowing [1]
553/22
**counter-protestors [3]**
554/13 554/15 598/6
**counterintelligence [2]**
615/17 622/16
**counting [1]** 560/12
**counts [3]** 408/21
409/1 413/3
**couple [5]** 400/10
467/1 494/22 526/20
601/19
**course [16]** 387/6
394/24 395/1 398/21
400/13 402/21 414/13
414/14 415/14 416/9
421/20 427/14 428/15
509/8 519/4 630/2
**court [22]** 381/3
382/15 386/2 387/25
397/1 400/11 401/5
401/6 401/8 409/12
410/25 413/14 415/3
429/14 479/17 518/14
550/16 550/18 606/13
614/22 618/14 632/3
**Court's [4]** 428/15
447/7 527/1 577/5
**courthouse [2]** 399/3
399/8
**courtroom [15]** 387/17
389/6 389/25 390/5
395/23 398/10 398/11
399/1 400/24 402/7
402/16 518/2 518/4
595/17 628/22
**Courts [1]** 382/15
**cover [6]** 402/6 408/12
408/21 409/1 470/11
475/19
**covered [6]** 388/20
400/5 427/17 450/24
475/24 476/3
**covers [4]** 428/2
470/12 470/12 470/13
**COVID [2]** 419/6 511/3
**crafty [1]** 403/21
**CRC [1]** 382/14
**credibility [1]** 395/8
**credit [2]** 401/5 408/1
**crime [4]** 391/18
400/19 480/17 551/20
**crimes [1]** 409/17

554/13 554/15 598/6
381/19 385/3 390/25
392/2 398/17 408/11
**CRM [1]** 381/16
**cross [21]** 383/7
383/11 383/15 383/19
383/23 393/19 394/3
411/10 456/7 462/23
509/5 509/9 516/14
516/23 546/1 546/3
595/23 598/9 622/21
622/23 630/17
**cross-examination
[12]** 383/11 383/15
383/19 383/23 393/19
411/10 462/23 509/9
546/1 546/3 595/23
622/23
**cross-examine [1]**
394/3
**crowd [86]** 405/19
410/15 430/19 441/9
453/2 453/24 483/6
491/4 491/16 491/21
491/22 491/22 494/5
494/15 494/20 497/23
500/9 501/24 501/24
502/17 504/5 504/22
506/14 506/16 507/17
508/22 512/17 512/24
512/25 515/18 520/5
520/5 531/25 535/25
547/14 554/2 554/4
554/11 554/16 554/20
554/24 555/19 555/25
556/9 557/7 557/8
557/13 557/14 557/16
558/21 560/16 563/21
564/5 564/6 570/8
570/19 572/21 581/7
581/9 581/11 582/20
582/23 583/5 586/12
586/16 586/16 588/4
588/16 588/21 590/9
591/17 592/8 592/14
593/2 597/4 598/10
600/21 600/23 601/18
608/7 608/12 609/8
609/16 609/22 610/5
610/14
**crowded [1]** 441/10
**cruiser [1]** 546/15
**crushed [2]** 592/11
592/25

**Crypt [2]** 465/17 466/5
**CSPAN [1]** 463/13
**current [8]** 414/24
414/25 480/9 480/9
480/11 540/17 615/14
621/9
**currently [2]** 615/16
615/17
**Curtice [18]** 479/8
479/11 479/21 480/2
480/3 486/16 487/22
488/12 490/13 495/22
496/8 496/19 499/1
509/9 509/11 515/15
515/17 552/20
**custody [2]** 625/4
625/7
**cut [2]** 559/2 579/8

# D

**D-O-S-S [1]** 615/9
**D.C [13]** 403/9 403/14
410/8 416/11 553/15
597/14 615/23 617/2
618/11 619/7 619/9
620/12 624/16
**daily [4]** 416/22 416/25
438/21 438/24
**dangerous [7]** 408/24
411/18 411/22 411/25
412/4 472/16 473/1
**dark [3]** 441/23 499/14
499/15
**database [1]** 485/9
**date [3]** 486/25 568/8
632/10
**DAVID [13]** 381/8
385/4 385/11 403/8
403/17 405/20 409/16
616/1 617/1 617/15
618/6 619/6 620/22
**David Geitzen [2]**
403/17 409/16
**day [112]** 381/11 388/3
402/2 405/4 408/5
408/6 408/8 408/9
408/12 408/19 409/8
409/19 409/20 409/21
410/13 410/17 415/6
415/6 415/9 415/9
417/3 417/22 418/8
419/8 420/9 420/11
440/2 443/20 463/8
468/2 471/18 475/9

# D

**day... [80]** 481/1 481/4 481/20 481/24 482/1 482/2 482/9 482/15 483/22 484/4 485/13 489/14 490/19 492/2 499/12 499/19 511/17 512/5 512/21 517/2 517/6 520/23 521/7 521/12 521/20 533/3 535/8 536/16 539/20 544/2 545/12 547/24 547/25 548/19 549/5 549/17 552/15 553/1 554/1 554/8 556/20 561/6 562/14 570/19 572/21 582/21 591/18 593/7 593/17 594/3 594/23 596/6 596/20 596/22 599/8 607/21 607/22 608/4 609/6 612/13 612/19 614/5 615/23 617/2 617/8 617/25 619/13 619/15 620/6 621/19 623/11 623/14 623/16 623/19 624/18 625/4 625/12 626/25 627/5 627/6
**day's [1]** 513/18
**days [1]** 526/15
**DC [4]** 381/7 381/17 381/20 382/16
**dcd.uscourts.gov [1]** 382/17
**de [1]** 560/19
**de-con [1]** 560/19
**deactivates [1]** 592/17
**deadly [2]** 411/25 412/4
**deal [3]** 501/4 560/1 631/1
**dealing [1]** 492/8
**deals [2]** 519/21 520/4
**dealt [6]** 494/10 495/1 598/11 598/17 598/23 598/24
**death [1]** 412/1
**debris [1]** 472/8
**decide [8]** 391/23 395/10 396/10 398/9 400/9 401/4 401/18 411/21
**decided [3]** 400/22 593/18 598/20

**decision [3]** 397/22 401/12 522/13
**decisions [2]** 398/1 401/11
**decontaminated [3]** 545/19 548/14 548/16
**defendant [42]** 381/9 382/6 383/3 386/13 391/20 391/21 391/25 392/2 392/4 392/6 392/9 392/12 392/16 392/19 392/24 392/25 393/3 393/4 393/22 393/24 401/22 403/8 403/13 405/20 406/2 406/5 406/10 406/20 406/21 407/12 407/15 407/17 407/20 408/7 408/11 408/12 408/14 409/4 409/16 412/2 412/6 606/14
**defendant's [3]** 393/6 409/2 409/9
**DEFENDERS [2]** 382/6 382/9
**defense [16]** 388/15 392/19 392/24 393/18 393/19 394/1 394/1 394/4 394/5 509/1 549/4 622/20 629/3 629/14 630/3 630/8
**definitely [2]** 554/23 600/9
**deflect [2]** 510/24 600/4
**degrees [1]** 559/17
**deliberate [2]** 390/11 412/23
**deliberations [9]** 389/4 389/17 389/24 390/13 394/10 394/20 395/14 397/4 397/18
**deliver [1]** 390/5
**delivered [1]** 398/8
**demarcation [2]** 483/15 486/23
**Demonstration [1]** 485/6
**Demonstration-wise [1]** 485/6
**demonstrations [1]** 596/14
**demonstrative [1]** 426/20

**defense [2]** 419/9 554/17
**deny [1]** 561/12
**department [13]** 405/15 414/22 415/6 448/9 480/5 551/11 551/13 553/6 554/18 554/19 567/20 588/3 607/17
**depending [3]** 417/16 450/12 600/8
**depends [1]** 470/23
**depict [3]** 435/17 543/10 567/1
**depicted [5]** 463/10 463/19 511/8 511/13 546/13
**deploy [1]** 556/7
**deployed [5]** 470/24 500/16 508/17 512/21 512/23
**deploying [2]** 588/15 588/19
**deployment [2]** 552/15 562/16
**deputy [4]** 414/19 415/18 415/19 415/20
**describe [22]** 394/21 415/12 421/12 428/12 470/7 481/3 481/13 488/12 491/3 492/21 493/16 500/9 503/5 504/20 507/15 526/4 532/7 532/10 532/12 553/11 580/20 582/19
**described [3]** 483/2 542/17 547/4
**describing [3]** 407/21 438/2 438/3
**description [2]** 526/7 582/23
**deserve [1]** 395/25
**design [1]** 607/20
**designated [1]** 426/21
**designates [1]** 404/18
**designed [7]** 511/5 512/17 515/6 515/8 515/9 593/18 600/5
**despite [3]** 516/6 516/20 614/3
**destroyed [1]** 390/6
**detailed [2]** 389/2 546/9
**details [2]** 489/19

**detective [4]** 551/4 551/6 551/7 551/25
**detective's [1]** 552/1
**detector [4]** 417/16 417/17 417/18 508/23
**determination [1]** 522/10
**determine [9]** 395/5 395/6 396/4 410/18 581/4 581/24 617/7 619/11 627/5
**determined [1]** 630/5
**determining [1]** 412/4
**developing [1]** 621/12
**device [1]** 515/22
**dictate [1]** 471/21
**did [146]** 385/24 398/13 403/8 408/11 408/12 418/18 419/7 420/16 440/2 441/15 457/18 465/15 465/16 466/5 466/6 467/13 468/14 470/20 472/12 475/25 476/16 476/19 477/24 481/20 482/1 482/17 482/25 483/3 483/9 483/10 489/13 492/7 494/12 496/2 498/5 498/22 499/5 502/15 503/16 504/24 504/25 508/9 508/23 508/24 511/17 511/19 512/2 514/2 516/17 517/5 519/23 522/21 525/9 525/21 525/24 526/2 526/3 526/10 527/16 540/3 541/9 543/9 544/1 545/18 546/23 547/18 547/21 547/25 548/10 548/22 548/23 549/20 555/13 555/25 557/5 559/4 560/6 560/20 561/8 561/22 562/17 564/3 565/21 569/9 575/18 575/20 576/6 577/9 577/10 579/17 580/1 588/16 592/6 594/22 594/24 598/18 599/6 599/10 599/13 599/16 600/17 601/5 601/14 602/9 604/20 606/24 607/10 607/11 607/12

**D**

**did... [37]** 607/21 607/22 607/24 608/1 611/8 611/9 612/18 612/20 614/4 614/6 615/25 616/3 616/20 617/13 617/17 617/21 617/25 619/6 619/16 619/23 620/5 620/7 620/8 620/9 620/10 621/6 621/7 621/9 621/14 621/17 621/19 622/14 624/3 624/9 624/14 627/2 631/2

**didn't [40]** 388/20 399/20 403/10 407/19 407/20 414/1 435/13 465/12 466/4 467/11 476/25 483/16 483/22 486/8 508/13 513/10 513/12 513/14 516/17 546/22 546/25 548/6 555/20 568/10 581/8 588/18 602/4 604/19 604/22 611/7 611/11 619/18 621/3 623/9 623/9 625/17 625/22 625/25 626/4 629/10

**difference [2]** 408/23 441/11

**different [25]** 401/11 401/11 405/2 408/10 414/14 421/22 445/13 450/16 472/8 489/25 500/15 500/18 511/21 512/19 519/5 521/16 537/15 551/18 559/20 567/23 568/2 569/20 581/9 598/19 601/23

**different-type [1]** 567/23

**differently [1]** 397/3

**differing [1]** 448/11

**difficult [6]** 429/15 517/6 544/1 594/22 612/18 614/5

**difficulties [1]** 428/16

**dignitaries [1]** 438/19

**direct [18]** 383/7 383/11 383/15 383/19 383/23 393/15 394/2 411/8 413/22 479/21 518/20 540/17 550/24 585/13 589/3 596/6

**directed [4]** 482/22 482/23 555/23 557/7

**directing [1]** 490/13

**direction [12]** 488/24 526/9 534/9 541/9 541/20 542/2 553/18 553/23 556/3 558/24 560/7 592/13

**directly [3]** 488/24 545/1 584/21

**disability [1]** 396/2

**disclose [2]** 390/11 398/18

**discovered [1]** 472/25

**discuss [15]** 385/15 385/16 397/21 398/19 401/15 402/15 620/8 620/10 628/6 628/24 631/5

**discussed [4]** 399/10 450/4 618/9 620/11

**discussing [2]** 448/12 612/3

**discussion [4]** 399/12 550/10 618/12 619/3

**discussions [2]** 399/12 628/11

**disgrace [2]** 498/9 498/10

**disheveled [1]** 559/13

**dislikes [1]** 395/18

**disorder [2]** 391/10 408/15

**disorderlies [1]** 554/13

**disorderly [1]** 481/11

**dispatchers [1]** 418/10

**dispel [1]** 407/16

**dispenser [1]** 588/2

**dispersal [1]** 588/21

**disperse [1]** 588/16

**disregard [1]** 397/17

**disrespectful [1]** 465/1

**disruptive [2]** 409/2 409/6

**distinctly [1]** 543/18

**distracts [1]** 389/14

**district [17]** 381/3 381/3 381/12 382/15 452/12 480/6 480/18 480/21 551/20 551/21 551/21 551/22 551/23

**551/23 552/3 552/6** 552/24

**disturbance [11]** 470/24 471/9 480/23 519/25 520/2 520/7 520/10 551/23 561/10 596/25 597/2

**divesting [1]** 417/13

**division [5]** 415/23 415/24 415/25 519/8 519/11

**divisions [2]** 415/21 416/1

**do [218]** 388/10 389/21 393/23 398/20 399/5 399/12 400/1 400/15 401/9 401/15 402/7 402/14 402/15 402/17 408/16 413/13 416/22 416/25 417/5 417/23 419/22 420/2 420/5 422/7 422/10 423/9 423/12 423/24 424/9 424/22 425/8 426/5 427/10 427/22 428/21 429/16 437/16 438/15 439/21 441/21 442/4 445/4 445/7 446/9 446/21 447/10 448/9 448/23 450/6 450/21 452/12 456/1 456/19 456/22 461/9 465/19 466/18 466/25 467/23 468/14 468/19 469/15 469/15 470/1 471/24 472/9 472/22 476/23 476/23 477/2 477/15 479/16 479/19 480/15 480/20 481/16 481/18 482/5 482/6 482/19 483/3 483/14 484/5 484/8 484/9 484/11 484/15 484/16 485/4 486/16 486/20 486/22 490/14 493/7 494/2 494/4 495/22 496/9 497/11 497/25 498/12 499/13 499/14 501/16 501/20 503/2 503/9 503/16 504/2 505/5 505/15 506/2 506/7 507/8 507/22 509/19 509/22 512/15 517/6 518/13 518/16 519/4 519/8 519/11 520/6 520/10 520/22 521/19 522/21 523/6 523/10 526/13 528/5 528/8 529/12 529/17 530/9 530/17 530/24 532/19 533/22 535/7 535/10 537/7 538/25 539/19 540/3 540/7 542/15 544/1 550/15 550/16 550/20 551/7 555/15 557/17 557/21 560/7 560/22 562/6 568/6 568/6 569/1 571/2 571/4 573/15 574/5 574/7 574/8 574/9 574/14 574/16 576/22 577/14 578/2 578/4 579/5 580/7 584/8 584/10 587/17 587/18 588/18 589/3 590/24 593/18 596/2 602/12 602/14 602/18 602/23 602/23 603/3 603/24 604/4 604/8 604/9 605/12 606/4 609/7 611/7 612/12 612/14 612/19 613/10 613/25 614/2 614/5 614/21 614/24 615/10 617/14 617/22 621/24 623/9 624/5 626/18 627/3 627/20 627/24 630/24

**dock [2]** 485/7 485/12

**docked [1]** 485/24

**docking [1]** 485/8

**Dodson [1]** 627/17

**does [39]** 386/25 392/9 393/23 394/1 399/22 416/4 416/16 423/4 435/13 435/15 435/16 448/11 453/9 453/11 463/7 469/6 475/19 484/8 484/10 484/23 485/12 492/6 502/1 510/6 510/20 536/15 548/14 551/13 551/15 566/25 567/3 568/6 572/17 572/24 572/25 576/22 591/17 591/19 629/23

**doesn't [5]** 407/19 556/18 586/2 630/5 630/9

**D**

**doing [28]** 400/7 408/20 457/19 464/23 474/3 474/18 474/19 477/20 478/3 480/18 495/9 495/12 497/23 498/14 498/24 503/6 531/24 532/7 538/18 546/6 570/3 575/19 579/12 582/20 586/16 590/9 604/23 621/19
**DOJ [1]** 381/16
**DOJ-CRM [1]** 381/16
**dome [1]** 416/15
**don [2]** 471/1 597/2
**don't [35]** 386/6 386/20 386/22 398/1 400/3 429/16 447/4 456/5 466/7 467/2 485/21 506/22 509/20 515/8 517/18 522/1 534/20 561/2 568/11 578/6 585/2 589/5 592/14 602/19 605/4 605/9 605/11 606/6 609/5 610/5 618/7 618/22 627/2 628/6 631/2
**Donald [1]** 620/17
**done [2]** 629/13 629/25
**door [24]** 434/4 438/14 439/2 456/25 457/21 457/24 458/1 458/12 466/7 466/8 466/15 466/16 466/23 467/1 467/11 545/7 545/16 577/15 578/25 579/23 584/13 584/15 584/17 584/18
**doors [5]** 466/11 578/8 584/13 584/22 584/23
**Doss [9]** 614/18 615/4 615/8 615/9 615/10 622/23 622/25 626/13 626/18
**double [3]** 578/8 584/22 584/23
**doubling [1]** 387/1
**doubt [7]** 391/25 392/5 392/7 392/11 392/16 411/4 412/24
**down [48]** 386/19 405/7 406/14 412/11

417/19 443/15 466/8 466/15 479/4 481/14 490/19 511/9 517/15 520/13 525/17 545/13 550/4 552/25 553/2 553/14 553/17 554/3 554/17 554/17 554/20 554/25 555/4 555/9 555/15 555/18 556/9 556/21 557/7 560/2 560/25 561/11 561/18 567/9 570/10 588/23 597/3 597/6 599/4 607/7 611/1 613/21 614/14 627/13
**downward [1]** 569/22
**drag [1]** 564/13
**dragged [1]** 545/15
**draw [2]** 391/21 508/1
**drawn [1]** 508/18
**dressed [3]** 445/14 555/12 593/21
**drive [1]** 483/10
**driving [1]** 416/15
**drop [1]** 412/16
**dropped [1]** 472/9
**drove [1]** 483/4
**drywall [2]** 572/9 574/19
**due [1]** 560/14
**duration [1]** 526/22
**duress [1]** 418/11
**during [30]** 389/11 389/17 389/24 389/25 390/15 390/17 391/10 391/14 395/14 396/6 396/24 397/1 397/4 398/24 400/12 406/10 410/10 411/10 411/16 438/15 462/14 464/17 469/10 507/16 553/21 557/1 582/21 601/4 603/7 603/25
**duties [7]** 414/15 414/25 414/25 418/6 480/9 552/16 597/10
**duty [10]** 392/13 395/3 408/16 418/2 463/3 484/11 519/14 521/20 547/9 552/4
**dyes [1]** 559/20

**E**

**each [11]** 389/9 390/14

391/5 394/1 394/7 401/12 412/25 419/21 474/17 559/22 559/22
**ear [1]** 462/12
**earlier [15]** 393/23 434/24 448/12 451/20 512/8 514/14 525/13 564/14 569/21 571/10 579/7 584/24 593/13 593/21 628/11
**east [4]** 416/18 418/25 421/18 525/10
**echo [1]** 397/20
**edge [1]** 512/3
**edification [1]** 517/20
**education [1]** 396/3
**effect [1]** 395/7
**effective [1]** 514/21
**effects [3]** 500/20 515/21 515/23
**efficient [1]** 394/25
**efficiently [1]** 469/9
**efforts [1]** 387/1
**eight [1]** 408/11
**either [11]** 392/25 417/8 467/19 495/13 499/5 512/14 523/5 558/11 572/19 586/23 621/18
**elbow [3]** 450/14 470/12 476/2
**election [8]** 404/8 404/11 409/19 409/23 410/1 598/14 620/14 621/11
**electoral [1]** 418/16
**electronically [1]** 398/5
**element [3]** 392/12 392/15 412/25
**elements [2]** 403/25 406/15
**elevator [1]** 399/9
**elicited [1]** 411/10
**eliminates [1]** 515/23
**Elizabeth [2]** 381/16 385/8
**Ellipse [6]** 405/7 553/5 553/19 553/24 554/3 612/5
**Elm [1]** 382/10
**else [8]** 390/20 398/4 399/11 499/20 586/16 588/18 617/7 621/17

**emblem [1]** 607/18
**embroidered [1]** 450/15
**emergency [1]** 484/1
**emotions [1]** 410/16
**emphasize [1]** 389/1
**employed [2]** 480/4 480/5
**employment [1]** 621/10
**encounter [1]** 398/25
**encountered [1]** 620/20
**end [19]** 389/3 390/4 390/12 391/23 394/8 394/18 397/22 411/23 413/1 437/24 452/12 485/4 485/7 500/2 553/4 564/12 583/4 597/5 613/14
**ending [1]** 553/22
**enforcement [17]** 391/9 404/3 405/23 406/12 408/8 445/1 445/5 448/7 449/9 449/12 464/25 465/14 549/7 567/18 567/20 578/17 597/19
**enforcements [1]** 408/16
**engage [3]** 525/22 526/11 617/3
**engaged [6]** 391/12 560/11 564/5 565/24 597/4 610/12
**ensure [1]** 416/6
**enter [1]** 438/19
**entered [5]** 387/17 391/10 518/4 557/8 595/17
**entering [2]** 432/8 483/8
**entire [13]** 387/25 401/19 402/6 521/5 526/9 551/7 557/20 567/13 581/12 595/6 601/20 610/5 618/24
**entirely [2]** 389/12 395/15
**entirety [1]** 411/11
**entitled [1]** 632/5
**entrance [3]** 407/5 578/14 582/2
**entry [2]** 561/7 584/13

**entryway [6]** 582/1
591/2 591/2 608/6
609/17 610/16
**equipment [5]** 441/19
469/19 470/25 471/1
556/17
**equipped [1]** 556/5
**Ericksen [1]** 383/23
**Eriksen [8]** 381/16
383/11 383/12 383/24
385/8 392/21 409/13
550/11
**escalate [1]** 620/23
**escalated [1]** 554/24
**escort [1]** 488/17
**especially [1]** 494/13
**essence [1]** 596/25
**essentially [11]** 553/2
553/4 554/13 555/6
556/16 557/14 561/7
561/18 597/10 601/9
621/13
**establish [5]** 404/15
404/25 420/17 421/23
523/8
**established [4]** 419/12
524/17 561/1 561/17
**estimate [3]** 494/19
609/19 609/21
**estimates [1]** 554/6
**estimation [1]** 560/20
**ethnic [1]** 396/1
**even [16]** 396/12
397/24 397/25 398/16
400/17 402/16 408/5
411/13 508/13 522/16
523/1 549/6 549/17
579/8 621/3 626/2
**evening [3]** 627/25
628/9 628/15
**event [6]** 418/17 420/7
553/14 553/19 599/1
612/3
**events [11]** 409/17
428/2 428/12 429/25
445/24 463/19 468/25
470/22 533/9 598/11
617/6
**eventually [12]** 431/20
443/12 466/16 483/5
508/7 524/10 524/21
525/8 545/2 559/4
594/2 617/23

**ever [9]** 390/7 495/4
501/7 526/11 545/10
545/21 617/17 619/17
625/1
**every [15]** 392/2
392/11 405/8 412/25
471/2 471/5 471/18
475/19 484/24 493/25
561/2 593/1 612/12
613/25 614/3
**everybody [5]** 387/5
388/7 482/12 489/8
494/1
**everyday [5]** 445/13
448/15 450/8 470/19
485/2
**everyone [20]** 385/9
385/12 387/22 387/24
387/25 402/25 403/2
407/17 410/16 459/17
462/9 471/10 475/10
523/14 556/4 566/2
612/16 612/17 612/18
628/5
**everyone's [1]** 517/20
**everything [8]** 415/8
450/13 452/12 484/9
484/10 543/14 543/24
552/17
**everywhere [1]** 523/12
**evidence [103]** 384/6
384/6 384/7 384/7
384/8 384/8 384/9
384/9 384/10 384/10
384/11 384/11 384/12
384/12 384/13 384/13
384/14 384/14 384/15
384/15 384/16 384/16
384/17 384/17 384/18
384/18 384/19 384/19
384/20 384/20 384/21
384/21 384/22 384/22
389/14 389/19 389/20
389/22 390/20 391/17
391/20 391/24 392/10
393/9 393/10 393/21
393/22 393/25 394/1
394/8 394/15 394/16
394/17 395/7 396/5
396/16 396/17 396/19
396/22 396/22 396/24
397/2 397/4 397/6
397/10 398/2 400/10
400/22 401/5 401/6

40/17 40/13 40/17 24
410/20 410/23 410/24
411/7 411/13 411/17
412/22 412/23 419/18
419/19 421/6 425/15
426/12 435/19 457/2
461/15 502/8 504/9
523/24 528/11 529/23
534/1 542/20 562/21
571/12 580/9 585/8
591/8 613/4 618/15
**Evidence.com [1]**
485/9
**exact [5]** 522/2 554/6
555/21 559/7 616/20
**exactly [8]** 467/3 500/9
515/8 517/23 517/25
532/12 610/17 626/4
**examination [37]**
383/7 383/7 383/8
383/11 383/11 383/12
383/15 383/15 383/16
383/19 383/19 383/20
383/23 383/23 383/24
393/16 393/19 393/20
394/3 394/4 411/10
413/22 462/23 475/5
479/21 509/9 515/15
518/20 546/1 546/3
549/2 550/24 595/23
611/23 615/4 622/23
626/13
**examine [1]** 394/3
**examiner [1]** 629/11
**example [4]** 399/8
402/10 520/6 598/12
**exception [1]** 441/16
**exceptions [1]** 593/22
**exclusive [1]** 396/15
**excuse [6]** 425/5 430/4
545/24 558/15 576/25
628/4
**excused [5]** 517/12
550/1 614/11 627/10
628/9
**executive [1]** 414/19
**exhibit [84]** 384/5
385/18 385/21 386/1
419/16 420/2 421/7
422/4 422/7 422/19
423/21 424/19 425/20
426/16 427/5 429/5
432/17 435/22 436/15
436/24 437/11 439/21

442/25 443/15
444/20 446/5 446/18
447/3 447/11 447/22
448/4 451/16 452/18
457/6 458/5 458/16
458/20 459/17 459/24
460/25 461/19 477/10
486/11 487/6 487/10
501/10 501/16 502/6
503/21 504/10 504/14
505/25 506/13 506/20
507/5 507/19 507/20
507/22 528/15 530/1
531/8 533/15 534/5
537/22 540/14 542/24
562/2 562/25 568/18
571/15 574/2 574/11
574/15 575/4 581/14
591/11 606/4 606/6
606/13 606/17 621/22
626/14 629/18
**Exhibit 408 [2]** 562/2
568/18
**exhibits [6]** 385/25
396/18 396/23 397/19
543/25 544/1
**existence [1]** 396/21
**exit [4]** 577/10 581/8
584/18 592/23
**exited [4]** 483/5
488/14 518/2 628/22
**exits [2]** 578/7 578/9
**expect [2]** 388/6
393/10
**expecting [1]** 520/12
**experience [3]** 515/20
583/3 593/12
**experienced [3]**
545/10 545/21 596/13
**experiences [1]** 546/9
**explain [5]** 388/24
390/23 392/18 400/20
401/1
**exposed [5]** 481/24
560/15 581/9 593/6
593/9
**exposure [2]** 572/25
594/2
**expressed [1]** 396/12
**expression [1]** 396/3
**extend [1]** 416/20
**extent [1]** 395/11
**exterior [5]** 521/17
584/14 584/17 608/24

# E

**exterior... [1]** 610/17
**extra [2]** 471/21
521/16
**extremity [1]** 561/1
**eye [8]** 415/8 454/15
455/4 497/10 497/21
538/5 556/24 575/9
**eyes [6]** 496/5 513/5
548/17 559/21 572/22
593/11

# F

**facade [1]** 561/21
**face [14]** 481/16
481/17 515/24 530/8
531/16 531/17 548/17
566/13 566/13 569/16
572/17 572/19 593/9
593/10
**Facebook [1]** 398/7
**faced [1]** 543/10
**faces [1]** 450/3
**facial [1]** 580/22
**facing [9]** 431/13
434/7 536/16 554/19
555/20 560/24 571/7
584/16 591/18
**fact [7]** 396/21 401/24
411/19 412/13 451/21
598/24 602/12
**facts [9]** 395/5 395/6
396/5 396/11 396/13
400/9 400/16 401/10
401/23
**failed [3]** 392/15 413/2
557/19
**fair [7]** 394/25 395/25
396/5 527/18 572/7
596/18 597/23
**fairly [2]** 465/1 511/1
**fall [13]** 412/17 415/22
415/24 427/1 427/2
453/25 522/13 524/11
524/13 527/16 561/22
577/19 582/24
**fallen [2]** 549/12
579/16
**falling [5]** 451/22
454/1 522/20 527/24
568/23
**falls [2]** 415/23 576/23
**falsified [1]** 410/1
**familiar [8]** 420/13

427/16 433/15 441/25
455/14 469/11 488/16
511/12
**family [1]** 622/4
**far [3]** 536/17 612/8
627/18
**fashion [1]** 592/5
**fast [2]** 385/21 459/24
**fast-forward [1]**
459/24
**Fast-forwarding [1]**
385/21
**FBI [7]** 615/11 615/12
615/15 616/4 616/25
617/6 629/9
**federal [3]** 382/6 382/9
391/3
**feed [1]** 606/21
**feeds [3]** 430/6 430/7
430/9
**feel [4]** 390/8 492/7
586/11 592/6
**feeling [1]** 593/3
**fell [10]** 451/21 522/15
522/17 523/4 523/7
527/18 527/21 561/24
577/11 577/22
**fellow [11]** 397/24
397/25 401/16 494/14
524/13 542/4 547/20
558/17 567/4 578/17
578/20
**felt [1]** 620/25
**fencing [11]** 404/19
405/1 421/23 421/25
422/12 422/24 423/14
424/22 426/8 426/21
499/2
**few [16]** 394/19 401/20
428/1 429/9 435/11
437/14 448/3 451/20
463/2 483/12 528/20
560/10 567/16 577/21
579/9 596/5
**field [2]** 480/11 623/13
**fight [1]** 543/15
**fighting [2]** 601/18
602/1
**fights [1]** 565/25
**file [2]** 414/17 416/3
**filming [3]** 533/3 533/5
533/8
**final [3]** 390/12 397/22
401/19

**finalized [1]** 468/9
**finally [3]** 394/18
399/14 407/16
**find [12]** 389/13
389/14 392/10 392/13
392/14 392/16 399/8
409/10 413/2 488/17
618/8 626/4
**finders [1]** 411/19
**fine [4]** 503/25 541/14
551/8 596/1
**finger [1]** 524/12
**finish [1]** 456/5
**finished [4]** 393/17
393/19 394/5 468/9
**fire [4]** 466/11 593/9
594/2 597/24
**first [20]** 398/12
405/22 405/24 408/14
413/6 413/7 416/13
418/24 418/24 430/20
432/5 501/20 519/19
547/12 553/14 567/14
596/17 627/22 627/25
628/23
**fist [2]** 393/2 565/25
**fit [1]** 493/19
**flag [2]** 499/24 572/12
**flags [2]** 554/25
563/18
**flame [1]** 483/23
**flick [1]** 556/7
**flipped [1]** 572/10
**floor [4]** 381/17 432/5
433/20 467/14
**flow [1]** 407/10
**flowing [1]** 553/22
**fly [1]** 494/11
**foam [1]** 599/17
**focused [1]** 439/5
**folks [2]** 474/14
598/23
**follow [7]** 390/24
397/18 411/15 502/15
502/21 557/5 619/23
**followed [2]** 406/24
623/14
**followers [1]** 624/4
**following [6]** 399/17
399/21 399/23 617/6
622/3 627/1
**foot [3]** 470/11 553/20
556/23
**footage [23]** 409/7

409/8 430/11 431/3
440/2 443/22 444/7
446/1 451/22 452/2
453/8 455/20 458/1
458/10 486/19 513/18
523/18 523/20 525/6
546/11 546/13 583/16
583/19
**football [1]** 599/21
**force [9]** 414/9 449/25
532/10 532/15 532/18
532/20 592/6 592/13
596/10
**forces [1]** 592/15
**forearm [2]** 470/12
481/15
**forearms [2]** 510/8
532/25
**forecast [1]** 410/21
**forefront [1]** 626/24
**foregoing [1]** 632/4
**forgot [1]** 563/12
**form [2]** 525/9 561/11
**formal [1]** 391/18
**formation [4]** 460/20
489/9 558/22 559/24
**formed [1]** 552/11
**former [2]** 403/11
404/6
**formerly [1]** 573/21
**forming [1]** 561/14
**forth [11]** 407/14
459/18 474/21 507/18
520/22 554/14 586/8
593/6 609/12 610/4
610/12
**forward [9]** 385/5
459/24 465/23 522/22
527/4 530/15 532/8
536/6 594/4
**forwarded [1]** 623/12
**forwarding [1]** 385/21
**forwards [1]** 385/24
**found [6]** 410/14
468/22 555/22 621/15
623/18 624/21
**foundation [1]** 598/15
**four [4]** 414/10 552/9
552/12 568/1
**Fourteen [1]** 615/13
**Fourth [1]** 480/18
**frame [2]** 495/22
501/20
**fraudulently [1]**

**F**

fraudulently... [1]
620/14
fray [1] 463/16
free [1] 390/8
freely [1] 417/21
frequently [1] 553/15
front [55] 402/7 407/13
420/3 421/11 423/14
426/25 427/3 430/21
432/19 434/8 442/2
442/3 445/9 446/13
447/14 449/9 449/12
452/1 456/20 461/12
468/24 483/7 483/18
490/14 491/5 491/22
491/25 495/19 497/1
504/22 515/2 520/17
520/25 522/5 538/12
538/13 554/18 556/22
557/9 560/13 566/14
567/8 570/6 571/6
573/19 581/12 586/24
591/4 592/16 608/12
609/15 609/15 610/14
610/17 610/18
fulfill [1] 547/8
full [1] 450/12
fullest [1] 390/16
further [14] 408/5
462/3 476/22 478/21
489/19 489/20 490/17
493/22 494/6 517/8
549/22 583/4 595/9
622/19
furthest [2] 561/1
567/22

**G**

gained [2] 496/21
590/11
gaining [1] 493/21
game [1] 482/9
garage [1] 466/8
garden [1] 521/13
garment [4] 483/16
483/21 557/1 565/10
gas [15] 406/16 512/6
515/18 539/19 562/16
562/17 562/17 572/25
592/19 592/20 593/10
600/17 601/5 601/10
601/14
gate [2] 497/3 497/5

gather [1] 564/20
gathered [1] 430/20
gave [4] 386/1 399/17
548/2 556/3
gear [32] 412/15
445/14 448/18 450/11
450/22 470/5 470/9
470/17 470/19 471/7
483/14 483/22 509/16
515/6 515/24 516/5
516/6 516/20 521/9
521/9 521/10 521/12
521/14 546/20 547/3
547/9 555/11 556/13
556/16 599/10 599/13
600/14
gears [1] 597/2
GEITZEN [49] 381/8
385/4 385/11 391/2
391/5 391/9 392/25
403/8 403/17 405/20
409/16 410/6 410/11
410/14 410/23 410/25
411/12 411/17 412/16
412/17 412/20 412/24
616/1 617/1 617/15
617/17 618/1 618/7
618/16 619/6 619/24
620/10 621/6 622/5
623/2 623/10 624/3
624/6 624/15 624/22
625/3 625/6 625/9
625/14 627/1 630/4
630/9 630/11 630/20
Geitzen's [2] 410/18
412/10
gender [1] 396/2
general [12] 400/6
418/22 444/12 494/3
519/17 519/19 527/22
552/16 557/1 616/19
617/5 629/17
generally [8] 395/18
517/11 549/24 552/8
593/11 614/10 617/1
627/2
gentlemen [3] 409/14
413/25 500/1
geography [1] 577/10
Georgia [1] 552/24
get [61] 385/22 388/3
399/3 400/24 401/2
404/3 407/15 407/19
417/24 417/25 429/23

455/14 471/3 472/17
473/3 475/23 479/11
482/17 483/7 483/9
486/8 488/15 491/5
504/22 523/15 524/17
526/1 534/9 543/16
543/19 545/2 545/19
546/22 546/25 547/2
547/9 556/25 557/15
557/19 559/25 560/19
561/20 561/20 564/11
566/3 566/4 572/21
577/8 577/16 582/22
589/5 592/9 592/14
593/20 594/25 597/13
598/1 601/8 613/15
627/17 630/21
gets [2] 572/10 579/18
getting [17] 491/15
491/25 495/18 530/14
530/16 532/14 554/16
555/12 560/12 562/18
563/19 583/4 586/17
586/18 586/19 593/5
616/12
Getty [2] 529/8 530/12
Gietzen [1] 409/20
give [19] 388/19
388/21 389/2 389/6
390/15 399/2 408/1
412/23 413/14 442/6
479/17 518/14 525/24
550/16 550/17 551/3
560/7 606/14 614/22
given [7] 410/21 417/3
417/22 451/12 471/11
578/20 629/22
gives [2] 420/8 420/9
giving [2] 406/4
592/12
glass [2] 584/21
584/23
gloves [7] 470/10
562/12 562/13 562/18
563/14 601/5 601/7
go [51] 385/23 386/16
387/14 390/2 398/4
416/2 417/9 417/10
439/1 453/12 458/5
460/1 462/8 462/9
465/23 466/16 469/4
471/5 473/8 473/15
479/11 488/2 488/6
488/15 493/24 508/9

509/23 514/3 517/18
545/20 547/2 547/9
551/13 553/24 554/5
554/14 556/9 561/12
569/9 577/14 584/19
592/18 597/3 597/6
618/4 620/2 620/8
625/17 625/22 625/25
628/25
goal [2] 395/23 407/14
goes [5] 406/16
483/23 509/5 551/24
628/15
goggles [2] 403/18
516/2
going [138] 387/7
387/23 388/8 388/22
389/6 403/22 403/23
407/21 408/5 415/9
419/21 420/11 429/8
431/15 432/10 432/22
435/8 436/18 440/13
442/8 443/23 444/23
445/15 445/18 446/24
446/25 447/3 448/19
448/23 449/2 451/5
451/20 454/14 455/3
457/9 458/5 459/2
459/9 459/23 460/3
460/9 463/11 463/22
468/1 468/3 468/25
474/17 476/4 487/1
496/13 497/18 499/18
503/20 505/2 505/24
506/20 513/24 517/18
522/11 527/6 530/4
532/2 532/17 535/10
535/19 538/2 538/15
539/9 539/23 541/19
543/12 543/16 543/19
544/13 546/8 553/20
553/22 553/24 554/13
555/25 558/9 560/22
563/25 565/2 565/12
566/7 566/18 567/1
568/12 568/18 568/25
569/4 569/13 569/24
570/15 570/23 571/18
572/14 573/2 576/12
577/20 577/21 580/24
581/13 583/2 585/12
585/22 586/8 591/14
591/20 591/21 592/8
596/7 596/8 596/18

**G**

going... **[23]** 597/8 597/21 599/2 603/8 604/2 610/3 610/4 610/8 616/16 618/19 619/11 621/12 621/21 624/7 627/6 628/10 628/13 628/16 628/21 629/6 629/22 630/23 631/2

**gold [1]** 441/18
**gone [4]** 406/9 573/21 579/6 579/7
**good [32]** 385/2 385/7 385/9 385/10 385/12 403/6 403/7 409/14 413/20 413/24 462/25 463/1 479/14 479/23 479/24 509/11 509/12 514/7 518/17 518/22 546/5 550/22 551/2 551/4 595/25 596/3 596/4 597/16 609/22 615/1 622/25 623/1
**got [28]** 403/16 405/21 487/13 491/22 493/9 551/21 552/25 555/3 555/4 555/15 555/18 557/18 557/18 557/22 557/23 558/16 558/25 558/25 560/4 561/3 565/23 567/23 574/22 578/8 579/21 598/24 617/21 621/15
**Gotcha [1]** 420/23
**government [43]** 385/6 385/8 385/17 385/24 388/13 392/6 392/11 392/14 392/19 392/20 392/21 393/2 393/13 393/14 393/17 393/20 393/21 394/3 394/5 401/22 402/18 410/21 411/3 411/6 411/16 413/2 413/6 413/9 416/7 422/15 424/14 429/1 447/18 479/5 479/7 518/8 518/9 550/5 550/7 606/13 614/15 629/23 630/6
**government's [65]** 386/11 393/5 412/23 421/5 421/7 422/17

422/19 423/19 423/25 424/17 424/19 425/20 426/14 426/16 429/3 429/5 435/22 436/13 436/15 436/24 437/9 437/11 440/9 440/11 444/20 446/16 446/18 447/20 447/22 452/16 452/18 457/6 458/18 458/20 461/19 477/8 477/10 487/8 487/10 501/16 503/21 504/12 504/14 507/5 528/13 528/15 530/1 531/8 534/5 537/20 537/22 542/22 542/24 562/25 571/15 574/2 575/2 575/4 591/11 606/15 606/17 621/22 627/14 628/2 629/1
**grab [3]** 406/4 545/14 560/22
**grabbing [2]** 559/22 604/19
**grabs [1]** 564/13
**grade [1]** 420/19
**grand [1]** 391/1
**granted [1]** 555/11
**gray [1]** 565/4
**great [7]** 386/3 414/4 551/9 551/16 554/11 580/11 629/20
**green [78]** 405/20 445/17 449/8 464/13 464/22 465/12 465/22 465/24 466/19 467/6 467/11 467/18 476/7 476/17 477/13 477/20 478/6 478/9 495/23 496/5 496/9 497/11 497/20 497/25 498/3 498/12 498/22 502/16 503/2 503/14 505/5 505/15 506/2 507/9 513/7 514/3 532/6 535/21 536/24 541/2 541/9 547/20 548/3 549/5 565/10 566/12 568/14 569/15 570/14 571/23 572/4 573/3 574/6 575/8 576/6 576/9 576/13 580/18 580/19 582/18 589/17 591/22 594/14 602/4

604/5 604/22 608/10 608/16 609/2 609/4 609/14 611/7 611/9 612/11 613/11
**Greensboro [1]** 382/10
**ground [13]** 409/8 412/17 445/24 446/2 472/8 492/24 493/22 494/8 521/2 549/11 549/18 576/23 590/11
**grounds [28]** 391/4 391/11 391/12 391/13 404/1 404/2 404/7 404/16 405/2 409/3 416/16 417/1 417/20 417/21 427/11 427/17 435/1 437/18 463/23 475/11 475/12 475/15 521/3 523/18 525/22 525/25 533/2 561/21
**group [6]** 466/20 548/9 557/22 567/4 567/17 598/19
**groups [4]** 553/16 598/13 598/25 599/6
**guarantee [1]** 600/6
**guard [2]** 566/13 569/16
**guarding [1]** 521/23
**guards [9]** 408/3 470/11 470/11 509/24 510/2 510/4 510/6 510/7 510/7
**guess [10]** 397/14 465/23 468/1 470/17 478/2 493/19 494/14 533/5 544/18 608/21
**guessing [1]** 434/18
**guilt [3]** 391/20 391/21 410/18
**guilty [9]** 391/5 392/5 392/6 392/13 392/17 409/10 411/5 412/25 413/3
**gun [1]** 513/14
**guy [2]** 493/8 579/13
**guys [5]** 493/5 543/16 559/25 563/18 586/25

**H**

**had [115]** 388/2 389/9 405/14 407/2 414/16

414/23 421/14 425/2 426/25 430/12 430/19 430/20 442/4 450/22 466/24 468/9 483/2 483/17 486/2 488/19 489/10 489/17 494/1 494/10 495/1 495/13 495/14 495/18 496/21 500/17 508/22 509/13 509/16 511/25 512/2 513/24 514/6 514/11 514/11 514/14 514/17 515/1 515/18 519/6 522/13 522/24 523/13 524/10 524/13 532/22 539/19 545/20 546/9 546/10 546/19 546/19 547/11 549/12 550/13 552/11 552/23 553/14 553/16 553/16 554/18 556/21 557/1 559/1 559/2 559/14 559/18 560/6 560/16 560/18 561/5 561/16 562/17 566/5 567/6 567/8 567/9 579/6 579/7 579/9 579/16 579/16 579/17 579/24 580/2 580/5 581/11 588/25 593/6 593/13 598/4 598/8 598/19 598/25 599/8 601/7 601/23 604/8 606/8 607/10 607/12 608/3 620/3 620/4 620/14 621/10 623/4 623/12 624/3 624/6 624/7
**hadn't [1]** 494/14
**hair [5]** 580/20 580/22 585/23 585/24 587/10
**haired [2]** 587/17 588/13
**half [5]** 387/4 570/6 574/22 581/24 610/9
**hallway [4]** 408/2 578/14 579/3 584/14
**hammers [1]** 586/21
**hand [23]** 390/21 392/14 413/12 416/11 417/18 448/24 454/18 479/15 486/23 495/14 500/11 500/11 514/12 518/12 540/13 550/14 563/12 566/8 568/15

**hand... [4]** 588/24
589/14 590/14 614/20
**hand-held [1]** 417/18
**handed [2]** 472/25
570/4
**handrail [2]** 604/7
604/24
**hands [6]** 406/3
412/10 514/9 515/1
569/17 572/5
**hanging [2]** 611/1
611/9
**hangs [1]** 556/21
**happen [3]** 429/13
617/7 627/6
**happened [11]** 400/4
463/19 482/10 482/13
482/21 499/19 522/3
558/11 560/16 593/1
625/15
**happening [13]** 404/4
405/4 424/25 429/15
469/10 491/3 496/25
500/8 500/10 506/12
507/15 563/14 596/14
**happens [3]** 388/7
398/10 408/4
**happy [1]** 606/16
**hard [20]** 412/19
416/14 470/9 470/14
478/12 510/16 510/17
516/5 516/6 521/8
532/12 548/7 555/10
556/13 556/16 568/2
597/2 599/13 599/18
609/11
**hardened [1]** 403/20
**harder [1]** 491/15
**harmless [1]** 400/18
**harms [1]** 478/10
**has [48]** 385/17 391/2
391/5 391/22 391/24
392/1 392/11 392/15
401/7 410/21 411/12
413/2 415/5 416/1
450/13 453/24 455/17
470/24 485/15 486/10
488/4 503/20 505/24
506/21 506/22 507/20
509/1 509/24 510/2
521/16 533/21 556/6
558/10 562/9 565/5
569/18 570/4 577/18

578/14 592/19 593/6
599/19 607/1 618/14
621/21 622/20 629/13
629/14
**hat [5]** 465/13 513/7
514/3 546/17 548/3
**hate [1]** 472/7
**have [229]** 386/17
386/20 388/8 388/20
390/7 391/23 393/3
393/20 394/4 394/11
394/19 395/13 395/15
395/17 395/20 395/22
396/12 397/15 398/8
400/21 400/21 400/23
400/25 401/18 402/2
402/10 402/19 402/25
414/8 414/15 415/6
415/14 415/15 415/18
415/18 415/25 416/2
416/4 416/12 417/5
417/10 417/11 417/23
419/15 420/6 420/7
421/11 423/6 423/25
424/5 424/23 425/1
425/4 426/1 428/8
429/18 431/15 432/7
434/21 435/7 435/11
436/3 437/14 439/12
440/23 441/6 441/15
441/18 441/24 442/1
443/5 443/19 443/24
446/4 447/2 448/3
449/14 450/5 450/6
450/9 450/12 450/14
450/14 450/17 450/18
453/9 453/11 455/12
455/23 456/1 456/3
456/10 456/19 458/4
461/2 461/15 462/3
462/9 469/13 471/5
471/10 472/9 472/24
472/25 473/22 475/1
476/22 480/7 480/15
480/20 481/14 481/15
481/16 481/17 481/18
483/15 483/16 483/22
484/15 485/8 485/16
485/17 485/21 486/2
486/22 489/13 500/15
501/7 507/19 510/6
511/16 511/16 511/17
519/1 519/23 520/7
523/23 525/21 527/4

528/1 532/15 533/7
545/5 545/10 545/18
545/21 546/9 546/22
547/8 549/18 551/10
551/17 551/18 552/10
554/12 555/1 555/20
556/2 557/15 560/20
561/3 562/17 563/16
567/16 568/2 568/4
568/6 568/10 572/23
572/24 574/10 575/18
577/10 577/14 578/6
579/17 580/2 582/19
584/20 585/23 586/2
588/18 589/3 590/13
590/20 592/8 592/10
592/21 592/25 593/9
595/9 596/25 597/1
597/2 598/21 600/17
602/9 602/23 603/7
605/3 605/4 605/10
606/1 606/16 606/22
607/10 607/11 607/12
607/21 607/24 608/1
608/1 608/3 608/4
611/19 615/12 618/21
621/14 622/19 624/3
624/24 625/20 625/22
625/25 626/11 629/22
630/25 630/25 631/1
**having [10]** 385/20
388/9 399/5 399/6
428/16 526/7 592/5
598/10 602/13 603/3
**he [124]** 391/6 391/10
391/11 391/12 391/22
392/1 392/4 393/5
393/6 397/9 399/20
399/20 403/10 403/14
403/15 403/15 403/16
403/19 403/21 403/21
403/22 403/22 403/23
404/2 404/12 405/20
406/6 406/7 406/15
406/24 407/1 407/19
407/20 407/22 407/25
408/5 409/24 409/25
410/1 410/3 410/25
411/4 412/11 464/23
466/20 477/21 478/3
498/9 498/14 516/15
516/17 516/17 541/17
542/2 542/3 548/6
548/8 549/12 549/17

550/13 555/8 555/23
557/7 558/10 558/10
569/18 575/21 578/24
588/25 589/1 609/17
610/14 610/16 611/8
611/11 616/12 617/23
618/6 618/6 619/5
619/5 619/8 619/8
619/16 620/1 620/3
620/12 620/12 620/13
620/15 620/16 620/17
620/22 621/2 621/3
621/7 621/10 621/10
621/11 621/12 621/14
621/15 621/17 621/18
621/19 623/3 623/4
623/14 623/16 624/7
624/10 625/17 625/19
625/21 625/22 625/22
625/25 625/25 626/2
626/5 626/6 626/25
627/2 630/5
**he's [9]** 393/23 408/23
484/19 493/8 498/15
541/20 567/23 567/24
616/10
**head [8]** 436/7 459/10
470/13 543/13 544/14
585/6 588/13 600/14
**head-on [1]** 436/7
**headed [1]** 487/14
**heading [5]** 490/3
556/12 557/8 557/13
558/23
**heads [3]** 435/9
531/22 586/22
**hear [25]** 403/17
403/24 404/7 404/10
404/19 404/23 404/24
407/6 407/21 410/24
411/7 414/1 414/2
429/15 435/13 441/6
477/24 490/6 498/3
498/7 499/17 500/2
583/6 619/19 619/21
**heard [5]** 394/23 398/2
402/13 498/8 628/14
**hearing [6]** 399/11
462/10 513/22 517/18
535/7 535/8
**heart [1]** 476/1
**heave [9]** 582/23
582/24 583/6 583/7
586/9 609/12 610/3

**H**

heave... **[2]** 610/3 610/8
heave-ho **[7]** 583/6 583/7 586/9 609/12 610/3 610/3 610/8
heave-hoed **[1]** 582/23
heaving **[1]** 610/6
heaving-ho **[1]** 610/6
heavy **[1]** 411/5
held **[5]** 417/18 514/24 555/21 573/20 573/21
Hello **[2]** 399/20 399/22
helmet **[59]** 403/19 405/22 406/11 445/17 448/21 449/8 464/14 465/13 465/22 465/24 466/20 467/7 467/12 467/18 476/7 476/17 477/13 477/19 483/17 495/23 502/16 503/3 503/13 505/6 505/16 506/3 507/9 528/25 530/8 531/18 532/6 535/21 536/24 538/3 538/6 538/11 539/10 541/2 541/10 544/15 547/21 562/18 566/12 566/13 567/23 568/14 569/16 572/4 574/6 599/20 600/15 600/16 602/5 603/5 604/5 604/23 608/11 608/16 612/12
helmets **[12]** 442/1 448/17 449/22 450/2 481/15 510/14 531/23 549/9 568/5 572/13 572/15 597/3
help **[14]** 393/9 394/16 403/1 405/15 428/12 510/24 515/20 515/24 515/25 516/1 516/2 560/22 593/16 600/12
helped **[5]** 403/24 549/11 549/13 549/18 594/1
helpful **[3]** 558/10 600/9 631/4
helping **[3]** 408/2 434/16 559/22
helpless **[1]** 593/3
helps **[2]** 389/13

her **[3]** 391/19 401/12 478/2
here **[125]** 387/24 387/24 388/1 388/7 388/21 392/23 398/10 399/22 403/10 404/18 405/18 405/24 406/21 406/24 407/9 412/8 416/10 416/12 421/17 422/22 422/25 430/15 431/11 432/6 432/13 432/23 433/3 433/9 433/22 434/14 435/25 437/16 438/4 438/8 438/10 438/13 441/3 441/7 441/8 442/14 442/17 442/22 444/24 445/16 448/6 448/14 448/19 448/23 449/7 449/20 453/15 453/23 454/7 454/14 455/13 458/7 458/23 459/9 460/9 474/7 476/2 483/17 486/25 488/13 489/7 491/4 491/8 491/16 498/12 505/12 505/21 508/5 517/23 521/16 524/16 524/22 525/14 530/12 533/7 535/10 535/19 538/2 540/4 540/18 541/1 543/16 543/19 544/13 545/5 553/15 556/14 556/19 556/21 556/23 557/4 560/1 565/3 567/17 568/13 568/21 569/1 569/8 569/13 570/2 570/3 570/11 571/21 576/12 578/24 580/15 581/7 585/1 585/22 586/25 588/7 588/24 590/11 591/21 594/12 597/11 599/2 604/1 628/18 629/6 631/6
Here's **[1]** 400/9
herman **[5]** 382/14 382/17 632/3 632/10 632/10
hey **[5]** 404/21 474/7 549/16 559/25 579/11
Hi **[1]** 546/6
high **[9]** 474/12 480/19

596/24 597/5 597/18 599/1
high-ranking **[1]** 474/12
high-risk **[1]** 480/19
highlighter **[1]** 493/6
Hill **[1]** 418/11
him **[48]** 391/6 391/19 392/13 403/17 403/24 406/11 406/15 406/21 406/24 409/10 410/14 411/3 445/9 455/4 495/25 496/2 496/11 497/21 506/5 513/10 513/12 513/14 516/15 538/12 538/13 547/21 547/23 548/1 549/13 549/16 552/16 558/10 569/21 576/15 609/16 609/20 610/19 610/20 610/21 617/23 619/5 619/19 620/11 622/7 623/18 624/4 624/17 625/10
himself **[8]** 403/23 405/21 406/5 407/13 409/24 410/15 529/7 621/7
hinted **[1]** 396/13
his **[35]** 391/3 392/9 392/25 393/24 401/12 405/22 405/22 406/3 406/3 406/4 406/11 406/11 407/21 410/7 410/7 410/16 449/18 478/9 484/20 516/15 552/14 567/24 567/25 568/1 617/19 617/21 618/9 619/7 619/8 619/16 621/9 621/10 621/15 621/18 623/18 625/15
History **[1]** 612/7
hit **[14]** 486/13 488/6 495/6 496/16 497/18 501/12 502/10 502/12 502/24 507/8 545/8 572/19 586/25 600/7
hitch **[1]** 545/14
hits **[1]** 451/1
hitting **[1]** 412/19
ho **[9]** 582/24 583/6 583/7 586/9 609/12 610/3 610/3 610/6

hoed **[1]** 582/23
hold **[20]** 397/8 407/10 425/3 481/18 487/24 494/5 495/14 495/18 508/2 508/4 526/18 531/25 532/15 532/18 532/23 558/8 561/5 577/15 579/20 580/5
holding **[21]** 451/8 478/20 493/21 495/11 497/3 497/4 497/5 499/2 514/10 516/23 532/18 560/1 561/13 569/21 575/22 580/6 590/12 592/10 611/15 620/25 630/13
holds **[1]** 412/11
hole **[1]** 592/19
hollow **[1]** 412/11
home **[4]** 390/3 398/14 452/12 543/20
honestly **[2]** 526/20 526/22
Honor **[101]** 385/2 385/7 385/10 385/20 386/14 387/9 387/10 387/19 388/14 388/16 402/19 402/23 413/8 413/21 419/23 420/24 421/2 421/4 422/14 423/15 423/18 425/16 426/11 428/25 429/18 436/11 439/13 440/6 444/15 446/14 447/17 452/19 456/3 457/1 458/15 461/14 462/22 475/3 477/6 477/25 478/23 479/12 487/5 502/5 504/9 504/16 507/2 509/7 515/11 515/13 517/8 518/5 518/9 518/19 527/1 528/10 529/22 531/3 533/25 537/17 542/19 546/2 548/24 549/1 550/2 550/12 558/13 562/20 570/22 571/11 573/23 574/24 577/5 590/19 591/7 595/18 595/22 602/20 602/25 606/1 606/12 606/20 607/3 611/22 614/12 614/17 615/3 616/8

**H**

**Honor... [13]** 616/9 622/22 626/12 627/16 628/3 629/2 629/4 630/7 630/10 630/15 631/7 631/8 631/9
**HONORABLE [1]** 381/12
**hoodie [1]** 580/19
**hook [1]** 556/21
**hooked [1]** 564/9
**hope [2]** 387/23 592/25
**hopeful [1]** 517/17
**hostile [2]** 491/23 597/4
**hour [3]** 387/4 518/1 577/23
**hours [10]** 403/25 404/2 409/20 409/20 427/15 487/1 499/11 526/21 594/2 630/15
**House [7]** 415/22 415/23 519/7 519/8 519/9 520/13 612/6
**houses [2]** 417/10 418/10
**how [65]** 386/5 388/21 388/22 392/18 396/10 414/8 418/18 419/17 420/5 422/10 423/12 427/11 441/11 456/1 476/25 480/4 480/7 482/1 483/9 483/10 484/23 485/4 488/15 488/19 491/20 492/1 492/4 494/19 495/12 497/5 499/11 500/18 515/8 519/1 522/16 522/23 523/1 525/9 526/13 526/18 543/16 546/6 551/10 554/5 576/6 581/4 589/2 596/2 600/2 600/24 601/4 601/5 609/1 609/19 612/8 613/10 615/12 616/3 618/4 621/14 622/14 624/14 629/22 629/23 630/12
**however [2]** 389/18 564/25
**Hoyt [1]** 579/10
**hub [2]** 414/22 415/1
**huh [1]** 572/16

**human [3]** 395/17 470/10 500/20
**hundreds [1]** 554/21
**hung [1]** 611/4
**hurt [1]** 549/20

**I**

**I'd [6]** 388/11 504/9 533/25 554/6 574/24 610/1
**I'll [14]** 390/23 400/4 429/19 431/17 485/7 485/10 496/4 500/6 515/11 516/18 528/21 548/24 575/10 590/19
**I'm [129]** 387/12 387/22 388/7 389/1 392/24 398/12 414/1 416/19 420/19 422/7 422/22 428/14 432/22 434/18 435/8 436/18 437/15 438/10 438/23 440/13 443/23 444/6 444/23 445/15 445/18 446/24 446/25 448/5 448/19 448/23 449/18 451/19 452/11 454/14 455/3 457/9 459/9 459/23 460/9 465/23 467/3 467/4 468/16 468/18 469/8 469/11 469/23 472/14 473/7 480/5 490/13 495/16 499/9 501/15 501/19 502/9 503/20 505/1 505/24 506/20 510/15 517/17 526/20 526/21 530/4 530/18 531/25 532/2 533/21 534/17 535/10 535/19 537/12 538/2 539/9 541/19 543/8 544/13 544/25 546/7 546/8 550/16 551/4 551/6 558/9 559/7 562/11 562/14 564/16 565/2 566/7 568/12 568/25 569/13 572/14 576/12 577/20 577/21 579/13 579/13 580/8 581/7 581/13 585/22 591/13 591/20 591/21 594/12 597/7 597/14 599/2 600/5 603/25 604/2 606/16

613/3 615/11 615/17 615/16 618/15 618/19 624/17 625/24 628/9 628/13 630/4 630/13 630/14 630/23
**I've [16]** 385/25 400/5 400/9 407/22 414/16 414/17 414/18 414/19 414/23 429/12 435/25 536/22 545/10 565/23 580/8 597/14
**ID [1]** 549/16
**idea [10]** 489/13 494/3 513/24 549/18 555/21 561/21 566/4 579/16 579/17 605/3
**ideally [1]** 429/18
**identification [5]** 422/4 444/3 486/11 501/16 503/21
**identified [7]** 464/13 464/16 465/13 465/22 465/25 608/11 624/22
**identify [6]** 449/25 543/5 549/10 549/15 606/14 609/2
**identifying [1]** 469/25
**identity [1]** 396/2
**Images [2]** 529/8 530/12
**imagine [3]** 532/13 534/12 560/2
**immediately [4]** 390/21 393/5 399/11 400/2
**immense [1]** 532/15
**immerse [1]** 403/23
**immersed [2]** 405/19 409/24
**impact [2]** 515/7 600/13
**impartial [1]** 395/24
**impeachment [1]** 602/22
**implicit [1]** 395/20
**important [6]** 388/25 390/14 390/25 401/17 402/1 628/13
**impossible [1]** 532/15
**Improper [1]** 602/22
**inaugural [23]** 405/12 405/12 406/18 425/13 425/23 431/7 432/19 434/25 435/4 436/2

436/19 438/12 440/1 447/15 454/4 570/6 578/10 578/12 582/2 584/19 591/5 610/6
**inauguration [21]** 427/2 427/3 438/16 438/18 468/1 468/6 468/13 468/14 468/21 469/10 469/17 540/19 540/20 562/16 617/2 617/8 619/8 619/10 619/14 620/2 624/18
**inch [1]** 475/20
**incident [2]** 420/8 557/24
**incidents [3]** 499/6 499/6 560/15
**include [3]** 469/6 510/7 510/20
**included [2]** 438/9 468/20
**includes [4]** 396/17 396/22 400/17 417/13
**including [8]** 390/7 398/6 405/9 406/20 407/17 409/4 495/1 497/1
**income [1]** 396/3
**incoming [1]** 510/24
**incomplete [1]** 401/3
**increasing [1]** 490/4
**increasingly [1]** 491/9
**Independence [1]** 418/24
**independent [1]** 400/13
**independently [1]** 603/4
**indicate [2]** 524/11 524/13
**indicated [19]** 421/19 438/5 438/8 445/16 448/6 448/20 448/23 449/7 454/15 455/13 459/10 460/10 508/6 524/16 524/22 527/22 540/11 620/22 624/7
**indicating [4]** 529/6 540/12 559/21 616/5
**indication [1]** 396/10
**indicted [1]** 391/22
**indictment [4]** 391/1 391/16 391/17 391/20

## I

individual [71] 432/22 445/15 446/21 446/22 448/20 449/6 449/10 449/13 454/14 454/18 455/3 457/10 457/10 459/9 459/10 460/9 461/22 461/25 465/25 466/4 476/6 476/16 476/19 477/19 522/7 528/18 529/7 530/4 532/2 536/22 537/7 538/11 538/18 539/10 540/25 541/1 541/9 541/20 544/13 544/16 548/3 548/10 565/9 565/24 566/8 566/15 568/13 569/13 570/13 571/22 572/3 572/11 573/3 573/6 574/5 575/7 575/9 575/19 576/6 576/9 580/15 582/16 582/17 585/22 586/1 587/17 588/22 591/21 594/12 613/11 614/4

individual's [3] 568/15 569/17 572/5

individuals [10] 444/24 448/5 448/6 448/17 457/18 460/18 466/15 547/15 567/18 613/20

indulgence [4] 428/15 447/7 527/1 577/5

ineffective [4] 495/14 495/17 514/15 516/24

influenced [1] 389/22

information [14] 400/24 401/1 401/2 401/7 401/12 402/3 409/24 465/10 548/2 580/2 617/13 621/15 623/12 626/23

initial [2] 598/8 624/6

initially [2] 524/16 579/18 622/9

injured [3] 516/7 516/20 604/19

injuries [2] 499/5 516/17

injury [2] 412/1 412/14

inner [1] 584/15

innermost [1] 578/25

innocence [4] 392/3 392/10 393/24 410/19

innocent [3] 391/6 392/3 410/25

ins [1] 469/11

inside [36] 404/4 405/3 407/11 407/15 407/19 408/18 426/24 457/23 458/10 458/25 460/15 463/11 464/1 464/5 464/10 464/16 464/17 465/1 465/2 465/15 467/8 475/22 476/8 514/4 560/4 578/16 583/17 583/19 584/12 590/13 591/16 608/17 608/19 625/23 626/1 626/1

inspection [1] 417/14

inspector [1] 416/1

inspectors [2] 415/21 415/21

instead [2] 412/8 521/14

instruct [9] 394/8 395/1 396/8 396/23 400/12 401/15 402/17 411/14 411/24

instructed [1] 493/24

instruction [2] 399/2 399/17

instructions [18] 388/19 388/21 389/2 389/5 390/12 394/19 397/23 398/2 399/21 399/24 401/19 411/24 412/22 493/25 500/3 578/20 579/25 628/10

instructor [1] 578/23

intact [2] 561/19 561/20

integrity [1] 579/6

intended [3] 389/5 393/9 394/16

intending [1] 386/12

intention [2] 619/10 620/1

intentional [1] 403/20

interact [1] 484/10

interaction [4] 598/8 599/8 602/9 618/7

interactions [1] 597/11

interactive [1] 524/12

interfere [1] 556/18

interfering [2] 408/15 408/17

interior [2] 578/9 578/25

internet [3] 400/15 400/18 401/3

interrupt [1] 455/24

interrupting [1] 618/22

interview [1] 602/15

interviewed [1] 602/12

introduce [3] 385/5 518/22 551/2

introduced [1] 393/11

investigate [1] 615/25

investigating [1] 622/15

investigation [2] 400/14 400/21

involved [4] 399/15 400/16 420/20 420/21

involving [1] 616/1

Ira [3] 382/9 385/10 409/16

Ira Knight [1] 409/16

irritant [1] 513/1

irritants [3] 559/19 560/15 573/1

is [484]

ish [1] 554/10

isn't [10] 387/24 464/5 464/17 465/10 471/16 568/3 586/10 605/16 606/8 616/15

issue [3] 401/18 402/15 471/20

issued [10] 451/9 451/10 471/2 562/12 568/3 572/20 588/2 607/16 607/19 607/25

issues [3] 385/21 621/14 628/24

it [414]

it's [100] 385/21 387/3 387/21 398/21 401/4 402/1 403/15 403/15 407/7 408/11 416/14 418/23 418/24 424/4 433/10 434/6 439/2 440/1 441/9 442/15 444/9 450/16 452/6 452/22 453/22 455/2 455/15 469/8 469/11

469/19 470/9 470/10 476/4 476/15 476/24 478/12 483/23 484/18 485/24 487/1 492/6 500/20 500/21 504/5 509/4 510/17 511/3 511/5 512/13 512/17 515/8 515/9 516/13 520/3 520/3 520/4 520/9 521/16 532/12 533/23 533/24 540/5 540/11 540/19 540/20 548/7 554/23 562/9 562/15 565/6 566/1 568/11 569/22 571/6 571/7 572/24 573/18 576/14 576/14 578/8 580/21 588/21 591/1 592/7 593/18 595/13 597/16 599/17 599/17 600/12 600/15 605/7 606/12 607/2 610/10 613/3 614/10 615/8 617/1 618/18

items [9] 403/20 403/22 403/24 417/14 472/8 472/9 472/10 472/12 587/24

its [15] 393/13 393/21 394/7 394/12 413/2 413/6 421/1 421/3 479/5 500/20 518/8 550/5 561/11 614/15 629/23

itself [12] 404/9 404/16 405/2 416/16 416/23 417/1 443/12 449/24 519/23 526/21 599/3 621/3

## J

J-A-R-R-E-T-T [1] 615/8

J-A-S-O-N [1] 551/5

J6 [1] 598/4

jabbing [1] 575/21

jacket [69] 406/11 445/17 449/8 465/12 465/22 465/24 466/19 467/6 467/12 467/18 476/7 476/17 477/13 477/20 478/7 478/9 495/23 496/6 496/9 497/11 497/20 498/3

**J**

**jacket... [47]** 498/12
498/22 502/16 503/14
505/5 505/15 506/2
507/9 513/7 514/3
532/6 535/22 536/24
541/2 541/10 546/15
547/20 548/3 549/5
566/12 568/14 569/15
570/14 571/23 572/4
573/3 574/6 574/22
575/8 576/7 576/10
576/13 580/18 582/18
591/22 594/14 602/5
602/10 603/4 603/24
604/5 604/22 608/10
608/16 609/4 612/11
613/11

**jackets [3]** 441/24
442/1 597/6

**Jan [1]** 407/24

**January [99]** 391/5
403/9 403/18 404/1
404/5 404/7 405/6
407/21 408/6 408/13
409/18 409/20 410/4
410/8 410/9 418/1
418/4 418/6 418/12
418/17 419/2 419/7
420/14 421/15 427/6
427/23 428/3 428/12
429/25 430/1 430/2
437/19 439/9 442/5
445/24 450/21 451/13
463/3 463/20 467/23
468/2 470/20 471/23
475/10 475/13 475/16
479/1 480/24 481/21
482/1 484/21 486/3
487/1 488/20 489/11
499/6 502/2 504/7
509/13 517/12 519/14
519/17 519/23 520/11
520/15 521/6 533/9
543/10 543/21 545/21
546/10 548/6 549/25
552/2 552/4 552/18
552/22 567/1 568/10
596/6 599/1 603/7
603/20 614/10 615/21
617/2 617/6 618/2
619/13 620/8 620/11
621/18 621/19 623/3
624/16 624/25 625/11

**January 6 [8]** 391/5
428/3 428/12 445/24
450/21 568/10 621/18
621/19

**January 6th [5]** 403/18
429/25 520/15 552/18
615/21

**January the [1]** 625/15

**JARRETT [4]** 615/4
615/8 622/23 626/13

**JASON [4]** 550/24
551/4 595/23 611/23

**jeans [7]** 565/5 565/8
565/10 568/14 569/15
570/14 571/23

**job [10]** 408/20 410/18
414/5 517/6 518/23
543/21 544/1 612/19
614/5 621/10

**Joe [1]** 620/14

**joined [2]** 406/7 410/9

**joint [2]** 475/23 475/25

**joke [1]** 597/16

**JOSEPH [2]** 381/8
385/4

**judge [6]** 381/12
394/22 411/14 411/24
412/3 412/22

**judges [1]** 395/6

**jump [4]** 570/23
577/23 591/14 594/4

**jumped [1]** 527/4

**juror [9]** 385/14 386/17
386/20 386/22 387/1
387/2 387/13 399/20
401/12

**juror's [1]** 389/23

**jurors [14]** 388/1 389/7
389/10 389/21 390/12
390/15 395/3 395/5
397/25 397/25 400/3
401/11 401/17 411/18

**jury [68]** 381/11
385/14 385/16 386/16
387/17 388/18 389/17
390/10 391/1 394/22
398/14 398/16 398/25
401/16 402/16 409/14
411/23 413/14 413/25
414/5 419/17 420/25
421/6 421/12 422/18
423/20 424/18 425/19
428/12 436/14 440/6

446/8 444/15 452/17
452/17 452/25 479/17
481/3 484/17 487/6
492/21 493/3 493/16
500/2 504/13 507/4
518/2 518/4 518/14
518/23 528/14 532/11
534/4 540/10 550/16
550/18 551/3 553/11
562/24 595/17 607/2
613/4 614/22 628/4
628/7 628/8 628/22
630/23

**just [240]** 386/23
387/6 387/23 387/23
389/3 390/13 391/17
391/18 391/21 394/14
395/23 399/18 400/3
400/5 401/4 401/20
401/25 405/1 407/19
414/24 415/12 417/3
419/11 419/18 420/3
421/12 421/18 425/23
426/23 427/14 429/9
429/12 432/22 435/8
435/11 437/14 443/2
443/7 443/8 446/22
451/4 451/19 453/20
455/24 457/11 461/23
462/8 463/2 465/22
466/2 470/17 471/16
472/17 473/3 475/9
475/25 475/25 476/6
476/24 478/2 480/11
481/7 482/10 482/12
483/2 483/17 484/17
485/1 485/6 485/10
485/11 488/14 489/16
490/2 493/18 494/1
494/10 497/7 497/21
497/24 498/4 500/4
502/15 502/15 502/19
503/5 503/16 504/20
507/15 507/17 507/21
508/1 508/3 508/13
509/5 509/14 509/23
511/3 511/14 514/11
514/18 517/18 517/22
519/4 520/25 521/11
521/15 521/18 522/12
523/15 525/10 526/16
528/19 530/17 532/13
532/18 533/17 536/14
536/22 537/15 538/5

540/7 541/19 541/20
543/9 543/24 544/7
544/17 545/4 545/8
545/14 545/15 546/11
548/16 550/13 551/18
552/15 553/11 553/16
553/17 554/2 554/8
554/14 554/25 556/23
557/2 557/14 558/21
559/16 559/22 559/25
559/25 560/3 561/9
561/13 561/19 562/16
562/17 564/3 564/10
564/18 565/14 565/21
565/24 566/2 566/21
566/25 567/16 569/9
570/8 572/8 572/20
573/3 574/17 578/11
578/21 579/13 579/16
579/19 579/20 580/24
581/18 581/18 582/6
582/19 582/19 582/25
583/3 584/3 584/4
585/12 585/25 586/1
588/20 588/24 591/14
592/7 592/11 592/21
592/22 592/25 593/5
593/11 593/16 593/25
594/1 596/5 596/6
597/10 597/18 597/22
598/19 599/1 599/2
599/20 600/10 600/24
601/17 601/19 603/4
603/7 605/1 606/21
610/11 619/19 620/2
620/21 626/6 627/5
628/5 628/5 629/5
629/18 629/21 630/14
630/24 631/1

**Justice [3]** 553/6
554/18 554/19

**justified [1]** 472/1

**justify [1]** 471/21

**JUSTIN [4]** 518/20
518/24 546/3 549/2

**K**

**keep [25]** 388/20
401/17 410/24 411/11
415/8 415/8 429/19
451/11 454/15 455/4
466/24 497/10 497/21
504/22 505/11 505/21

# K

**keep... [9]**  521/3
532/19 538/5 561/19
575/9 585/25 594/22
612/3 618/22
**keeping [4]**  430/10
493/21 496/5 500/21
**kept [4]**  475/10 485/1
561/19 612/10
**kicked [1]**  543/14
**kicking [2]**  611/4
611/10
**kind [49]**  405/17
415/12 436/7 466/10
466/24 473/3 476/1
476/4 494/1 500/12
500/14 508/23 515/24
543/15 545/4 545/14
551/24 552/16 553/20
553/23 554/2 554/17
554/22 557/2 560/1
560/17 563/17 564/10
567/8 569/9 570/7
574/18 578/12 579/19
580/21 586/7 590/12
591/5 592/7 592/15
592/25 593/13 594/1
597/1 600/13 601/22
605/14 609/14 620/24
**kinds [1]**  547/16
**knee [6]**  470/11 510/7
565/4 565/10 569/15
571/23
**kneepads [1]**  403/18
**knees [2]**  476/3 510/6
**knew [7]**  392/22
403/21 403/23 533/4
553/24 581/6 597/19
**knife [1]**  600/2
**Knight [11]**  382/9
383/3 383/11 383/15
385/10 393/1 409/16
462/21 509/2 515/17
606/22
**know [72]**  385/13
387/3 387/3 390/18
398/14 400/2 400/3
400/22 402/13 414/13
416/10 416/11 420/11
423/25 426/19 427/10
427/22 437/16 438/15
442/4 443/18 450/21
462/13 466/7 468/15
468/19 472/8 474/10

476/25 494/1 496/16
500/14 501/20 508/5
508/14 512/12 515/8
517/23 520/10 526/15
539/1 539/19 540/10
543/15 554/2 554/25
557/21 557/22 559/15
565/6 565/24 568/6
568/9 568/11 569/1
577/10 579/12 581/23
586/2 586/19 591/16
592/8 604/17 605/11
613/14 617/5 619/25
624/15 627/2 627/18
629/10 631/4
**knowing [3]**  552/16
596/7 597/22
**knowledge [9]**  558/11
568/8 568/9 568/11
605/4 623/14 623/15
623/17 624/3
**known [1]**  407/3
**knows [2]**  387/22
402/11

# L

**lack [3]**  521/9 582/22
598/15
**lacrosse [1]**  599/21
**ladies [3]**  409/14
413/25 500/1
**laid [1]**  578/12
**large [6]**  385/23 483/6
483/18 553/16 597/8
609/8
**last [16]**  388/18 388/20
389/8 391/14 397/20
398/4 398/13 398/15
401/25 460/25 476/4
478/25 507/19 577/15
579/23 615/8
**lat [1]**  591/2
**late [1]**  547/1
**later [3]**  407/25 547/12
559/6
**lattice [3]**  578/15
590/13 591/3
**Laughter [2]**  597/13
597/16
**law [31]**  390/24 391/3
391/9 392/9 393/23
394/9 395/2 395/4
396/8 398/2 400/16
401/10 402/14 404/3

405/23 406/7 408/9
408/15 411/14 445/1
445/5 448/7 449/9
449/12 464/25 465/14
549/7 567/18 567/20
578/17 597/19
**lawful [1]**  405/7
**lawn [2]**  425/13 461/12
**lawyer [5]**  390/19
397/1 397/7 397/8
397/13
**lawyer's [2]**  396/20
397/9
**lawyers [9]**  392/21
393/10 394/13 396/7
396/7 396/21 397/5
399/19 399/22
**layman's [1]**  512/13
**Lazier [1]**  579/10
**lead [4]**  557/13 558/24
622/9 624/24
**leading [1]**  491/17
**leads [2]**  433/19 622/3
**leaning [1]**  598/20
**learn [2]**  402/7 606/24
**learned [6]**  409/25
410/3 495/14 495/16
495/17 616/20
**least [10]**  385/14
385/15 388/10 419/21
566/4 568/8 596/17
609/24 630/13 630/22
**leave [6]**  399/11
525/25 526/1 526/2
553/24 628/18
**led [2]**  616/17 625/19
**Lederer [12]**  381/19
383/3 383/7 383/8
383/15 383/16 383/19
383/20 385/8 392/22
409/13 550/10
**ledge [3]**  568/25
586/25 611/13
**left [26]**  453/12 456/4
473/8 473/10 473/15
474/8 474/17 493/19
540/17 549/6 563/17
563/17 565/5 565/23
566/5 566/7 567/25
568/1 569/14 579/1
579/2 579/5 579/9
580/16 582/16 590/14
**leg [1]**  565/5
**legal [10]**  388/24

394/25 395/25 400/11
400/18 400/22 401/7
500/3 500/4 628/24
**legislative [1]**  543/22
**legs [2]**  556/17 593/8
**length [1]**  576/13
**lengthier [1]**  630/25
**lengthy [1]**  607/13
**lens [1]**  474/19
**less [4]**  386/21 521/15
598/1 630/15
**let [12]**  398/14 399/18
400/2 400/3 401/25
416/20 429/13 431/17
484/19 558/8 600/24
603/22
**Let's [5]**  387/14 462/7
595/13 627/24 627/24
**lettering [1]**  565/7
**level [11]**  396/3 455/15
490/4 492/24 492/24
496/22 554/24 556/24
561/11 569/10 600/6
**liaison [1]**  415/3
**Library [1]**  415/25
**lieutenant [10]**  414/17
418/5 418/7 492/6
520/18 546/25 552/9
552/14 554/17 555/3
**lieutenants [3]**  415/7
416/3 441/17
**life [1]**  604/17
**light [5]**  411/5 441/23
499/8 499/9 631/3
**like [90]**  385/18 386/5
386/13 388/3 388/11
388/23 403/19 404/17
416/11 420/8 421/22
441/7 445/17 449/18
449/19 450/15 450/16
451/8 452/9 452/14
455/13 464/10 466/10
466/25 469/7 470/14
478/11 478/19 479/11
480/21 481/16 485/11
486/10 491/23 493/8
494/8 494/9 495/2
498/8 500/14 500/16
500/23 501/4 502/2
506/25 508/6 511/3
511/9 516/2 520/3
520/6 526/25 538/13
540/5 542/16 543/15
545/21 552/17 554/12

# L

**like... [31]** 554/23 555/5 556/23 559/11 559/16 560/25 562/15 565/4 565/9 573/18 579/11 584/17 586/7 588/15 588/22 592/6 592/22 592/23 593/14 596/14 601/12 606/11 607/21 607/24 610/11 611/7 611/15 620/23 623/22 624/5 625/11

**likely [3]** 389/9 398/13 630/21

**likes [1]** 395/17

**limited [1]** 581/10

**line [113]** 404/17 404/20 405/16 405/22 406/6 406/9 408/3 421/21 426/20 443/3 443/6 451/21 451/22 453/3 489/8 493/21 499/20 503/17 504/24 508/2 508/4 508/7 514/6 515/2 523/8 524/17 525/14 525/14 525/21 525/24 526/5 526/10 526/18 527/16 527/18 527/21 527/23 529/11 536/1 546/23 547/2 555/2 555/21 555/24 556/10 557/10 557/15 557/16 557/20 557/22 558/16 558/22 558/22 558/23 558/25 559/2 559/8 559/10 559/12 559/14 559/14 559/23 560/4 560/5 560/9 560/12 560/18 560/21 560/24 561/1 561/4 561/6 561/11 561/12 561/14 561/17 561/19 561/19 561/22 561/24 563/14 563/17 563/18 563/21 563/22 564/4 564/7 564/9 564/14 564/16 564/17 565/22 566/1 567/6 567/7 567/12 571/7 571/8 571/10 573/19 573/20 575/22 577/17 578/24 579/2 579/7 579/17 583/1 586/24 601/10 601/11 601/18

**lines [7]** 394/7 558/23 612/16 612/17 620/20 620/20 621/8

**Lisa [3]** 382/6 385/11 409/15

**list [2]** 385/18 386/2

**listen [3]** 411/8 411/9 411/20

**listening [1]** 389/15

**literature [1]** 623/24

**little [40]** 388/10 394/23 406/5 414/24 415/11 415/19 415/19 416/20 427/5 427/14 434/24 439/4 443/9 450/4 450/19 476/5 517/22 519/3 521/16 522/12 539/6 544/8 544/18 545/5 554/11 565/6 565/15 567/9 569/10 570/8 572/15 583/9 585/13 586/11 593/20 594/16 598/1 609/15 612/1 612/9

**live [2]** 430/6 507/21

**loaded [1]** 483/4

**lobby [2]** 433/19 467/14

**locate [3]** 387/1 531/11 617/15

**located [4]** 418/9 441/2 471/5 521/12

**location [13]** 399/9 451/11 470/25 471/8 528/8 529/18 529/20 553/21 555/16 560/17 573/16 577/8 579/15

**locked [2]** 389/25 628/20

**long [21]** 414/8 427/11 476/25 480/7 483/10 511/9 514/7 517/18 519/1 526/18 551/10 568/16 572/6 576/14 577/15 580/21 600/24 601/5 607/13 615/12 630/12

**longer [13]** 443/9 456/1 511/13 559/24 564/16 566/1 581/19 589/2 590/12 607/20 622/12 629/23 631/2

**longish [1]** 585/24

**look [6]** 390/7 400/18 403/19 505/4 517/23 617/10

**looked [11]** 464/12 465/18 466/10 466/25 472/10 472/19 502/2 511/9 547/20 558/20 559/11

**looking [31]** 402/6 421/12 428/23 429/10 432/7 432/18 434/14 437/15 437/21 444/12 447/14 449/18 449/24 450/5 453/23 459/16 489/7 489/8 507/21 508/10 534/10 534/10 534/11 562/14 563/11 571/5 571/7 578/5 608/12 608/17 618/8

**looks [16]** 441/7 445/17 449/18 449/19 451/8 455/13 478/11 478/19 493/8 538/13 542/16 565/4 565/9 586/7 588/15 599/21

**lorraine [5]** 382/14 382/17 632/3 632/10 632/10

**lose [3]** 578/21 579/25 585/2

**losing [1]** 387/4

**lost [3]** 443/5 541/13 564/8

**lot [16]** 402/2 402/3 416/10 435/13 435/13 464/5 464/8 471/23 472/7 476/16 516/5 592/7 597/13 601/25 606/8 629/13

**lots [4]** 450/18 610/19 610/21 610/23

**Louisiana [1]** 416/21

**lower [29]** 407/3 407/4 407/17 431/6 434/4 438/2 438/4 438/14 440/24 444/13 446/13 456/25 457/24 492/23 522/14 522/15 523/4 523/9 523/21 524/4 529/21 531/2 533/24 537/13 540/6 542/17 545/7 545/16 561/16

**Luckily [1]** 407/15

**lunch [6]** 399/3 462/11 618/23

**look [6]** 390/7 400/18 591/7 618/3 629/25 630/25

# M

**M-A-S-T-O-N-Y [1]** 551/5

**ma'am [19]** 418/5 429/11 462/5 463/17 465/5 466/9 466/11 615/22 616/2 617/9 617/20 619/15 619/25 621/5 623/5 623/23 625/5 625/16 626/20

**mace [4]** 500/14 500/17 512/19 513/12

**made [25]** 403/15 410/6 450/19 494/14 510/14 522/10 522/13 522/18 524/21 528/19 546/24 547/12 559/2 560/3 580/1 600/25 601/4 605/16 605/21 605/22 605/24 617/15 625/20 626/2 626/6

**magical [1]** 404/17

**Main [1]** 382/7

**maintain [1]** 601/14

**maintained [1]** 618/24

**maintains [2]** 427/19 427/21

**majority [1]** 388/12

**make [29]** 393/3 393/4 393/7 396/7 401/12 471/4 491/15 492/6 517/5 517/23 523/13 528/21 544/1 544/10 545/6 555/16 556/7 559/4 565/3 570/9 582/7 594/22 597/19 597/20 612/18 614/5 617/25 621/3 628/5

**makes [8]** 386/21 397/1 397/6 397/8 481/8 481/9 513/3 513/5

**makeshift [4]** 407/2 407/8 577/12 578/14

**making [5]** 398/1 466/16 567/7 618/15 623/21

**Mall [4]** 553/14 560/25 591/6 608/24

**man [5]** 513/7 514/3 566/2 577/15 579/19

**managed [2]** 556/25 559/7
**management [1]** 520/5
**manner [6]** 394/25 412/2 412/6 412/12 465/15 593/20
**manning [1]** 526/10
**manufactured [1]** 600/5
**many [28]** 386/5 389/13 402/11 422/11 423/13 443/7 472/4 488/19 492/1 492/4 494/16 494/19 497/5 499/11 500/17 522/16 522/23 523/1 554/5 576/6 581/4 592/5 605/16 605/22 609/19 613/10 621/2 624/14
**map [7]** 404/18 419/12 420/6 420/11 421/14 428/1 428/1
**march [1]** 489/9
**marched [1]** 559/14
**marching [2]** 559/15 560/2
**mark [5]** 438/3 458/5 460/16 503/23 588/2
**Mark-46s [1]** 588/2
**marked [8]** 444/7 446/9 452/2 486/11 501/15 503/21 533/22 577/21
**marking [1]** 540/8
**marshals [2]** 387/12 400/3
**Maryland [1]** 522/5
**mask [17]** 406/16 511/3 530/8 531/17 562/17 562/17 572/25 592/19 592/20 593/10 600/17 601/5 601/8 601/8 601/10 601/13 601/14
**masks [4]** 512/6 515/18 539/19 559/20
**Mastony [50]** 550/8 550/24 551/5 558/16 562/5 565/2 565/21 566/7 566/21 566/25 567/16 568/12 568/21 569/9 570/2 570/18 570/23 571/2 573/15

574/5 574/10 574/14 575/7 576/5 576/24 577/1 577/4 577/7 578/2 580/15 581/3 581/13 583/16 584/8 585/12 586/7 586/15 587/9 589/13 590/17 590/24 591/17 592/4 594/21 595/23 595/25 611/23 612/1 613/10 613/19
**match [1]** 598/21
**matching [2]** 465/13 465/21
**material [3]** 510/16 510/17 605/23
**materials [3]** 605/16 605/22 623/21
**matter [8]** 390/11 462/10 518/14 617/5 622/10 622/14 629/21 632/5
**matters [2]** 615/17 622/16
**may [145]** 390/8 393/4 393/6 393/7 393/18 393/20 393/22 394/4 394/5 395/21 396/6 396/16 397/5 397/24 398/3 398/5 398/10 398/11 398/15 398/19 398/20 398/22 400/6 401/3 401/6 401/14 401/22 402/19 402/21 402/23 409/12 412/5 413/7 413/20 413/24 419/15 419/23 419/24 420/24 421/6 422/3 422/17 423/6 423/15 423/20 424/5 424/17 425/4 425/15 425/18 426/1 426/11 426/14 428/8 429/3 435/7 435/19 435/21 436/3 436/11 436/13 436/21 436/23 436/25 437/7 437/9 439/12 440/5 440/5 440/9 441/4 443/14 443/24 444/15 444/18 446/4 446/14 446/16 447/2 447/20 451/15 452/17 454/5 455/23 457/1 457/4 458/4 458/15 458/18

459/2 460/22 461/17 461/17 472/9 477/5 477/8 479/5 487/8 504/12 507/3 516/13 518/8 518/18 523/23 527/2 528/1 528/13 529/14 529/25 530/20 531/6 533/14 534/3 537/9 537/17 537/21 542/22 550/5 550/9 550/23 562/1 562/23 571/14 573/23 573/25 574/10 575/3 576/24 583/22 585/4 585/15 591/10 605/10 606/1 606/2 606/11 606/15 607/1 608/1 608/3 615/2 618/20 618/21 629/11 630/4
**may-call [1]** 629/11
**maybe [13]** 420/19 427/1 469/6 475/23 483/12 487/15 544/21 581/18 590/20 602/15 609/25 610/9 612/9
**MDNC [1]** 382/6
**me [61]** 386/22 388/5 390/22 399/13 399/18 399/19 400/2 400/3 401/25 402/13 414/2 416/20 419/19 425/5 430/4 494/9 495/19 495/20 496/11 497/7 497/14 505/18 506/5 507/11 514/25 517/16 535/14 539/2 545/13 545/15 545/24 549/17 554/23 557/15 557/18 557/25 558/8 558/15 558/24 559/2 562/11 562/12 564/13 564/13 565/23 566/6 570/4 576/25 579/12 579/24 592/11 593/1 595/12 600/24 603/22 622/2 622/4 625/1 625/21 628/14 630/18
**mean [9]** 407/19 430/7 441/8 463/7 523/11 530/17 543/15 548/15 579/5
**meaning [1]** 481/10
**means [5]** 387/25 393/14 397/23 495/13

**meant [8]** 389/1 500/21 516/6 586/9 588/21 588/21 626/5 626/6
**measly [1]** 532/19
**measures [1]** 521/2
**media [8]** 437/17 437/18 468/23 468/24 469/1 469/2 469/6 469/14
**medical [1]** 545/17
**meet [5]** 413/2 522/10 617/17 624/7 624/15
**meeting [2]** 602/13 624/4
**member [1]** 551/22
**members [8]** 388/18 416/7 419/17 494/14 495/9 598/18 601/23 628/8
**memory [5]** 389/19 389/20 389/21 395/15 397/3
**men [3]** 410/7 600/21 601/19
**mention [3]** 392/20 392/24 621/17
**mentioned [5]** 390/19 489/10 499/1 508/16 629/12
**merely [1]** 399/16
**message [3]** 489/16 489/17 546/25
**met [2]** 622/7 624/10
**metal [15]** 405/17 406/22 406/25 408/24 417/16 417/17 417/18 417/25 495/19 508/23 512/2 575/21 605/7 605/9 613/15
**metro [5]** 597/12 597/12 597/13 597/15 597/20
**metropolitan [20]** 405/15 434/15 441/7 441/12 441/20 441/25 442/4 443/5 449/15 449/19 470/1 471/17 480/5 494/25 524/19 525/12 551/11 551/13 567/24 596/10
**mid [4]** 405/13 456/6 456/7 462/7

**mid-construction [1]** 405/13

**mid-morning [3]** 456/6 456/7 462/7

**middle [9]** 426/25 454/19 461/23 478/13 554/14 564/14 564/17 591/4 608/12

**midst [1]** 465/9

**might [30]** 390/18 397/14 399/4 403/19 429/9 468/21 472/15 472/17 472/25 474/13 480/21 481/18 484/10 500/19 500/19 515/20 521/16 543/19 543/19 565/6 585/5 585/13 586/1 597/22 598/12 600/4 617/7 623/25 627/17 630/12

**Mike [1]** 404/6

**mile [1]** 612/9

**military [1]** 600/16

**military-style [1]** 600/16

**mind [6]** 401/17 410/24 411/11 540/7 577/15 596/17

**mine [1]** 592/17

**minute [11]** 387/11 431/2 431/9 453/17 458/5 467/2 487/13 496/25 503/23 539/23 600/25

**minutes [43]** 387/2 388/3 431/20 432/16 433/5 433/24 442/24 448/4 451/1 454/25 455/9 456/3 456/13 456/15 457/22 459/24 483/12 487/4 487/17 487/21 488/9 489/22 491/2 491/12 492/18 495/5 497/18 527/5 559/6 559/6 566/18 570/24 577/24 581/15 583/25 585/20 587/6 587/20 588/10 589/4 589/19 601/1 601/9

**minutes' [1]** 464/3

**miracle [1]** 526/21

**mishmash [1]** 601/22

**misinterpretation [1]**
625/21

**misleading [1]** 401/4

**missing [2]** 385/14 386/17

**mission [6]** 416/4 416/6 561/6 561/8 585/2 594/22

**mix [3]** 449/14 464/7 464/8

**mode [1]** 543/15

**moment [6]** 386/20 402/20 572/14 579/22 601/11 606/1

**moments [1]** 429/9

**monitor [2]** 403/2 403/2

**monitors [2]** 402/25 463/12

**montage [10]** 428/2 428/5 428/11 428/21 435/12 439/8 439/9 463/19 464/13 464/17

**months [1]** 549/13

**Monument [1]** 612/6

**mood [2]** 410/13 494/7

**Moore [8]** 386/4 386/16 387/20 400/2 403/1 518/7 585/7 595/20

**more [28]** 387/5 401/20 406/5 409/25 409/25 409/25 409/25 410/14 410/14 438/23 450/16 450/19 469/9 491/9 491/23 492/13 494/16 500/20 517/2 521/15 586/10 586/11 589/4 593/16 594/16 604/17 612/9 623/9

**morning [39]** 385/2 385/7 385/9 385/10 385/12 387/21 388/2 388/11 388/19 394/24 403/6 403/7 409/14 410/8 410/10 413/20 413/24 456/6 456/7 462/7 462/25 463/1 478/25 479/14 479/23 479/24 482/7 482/8 517/11 521/11 552/23 553/13 612/2 627/22 628/15 628/16 628/25 629/7 630/20

**most [15]** 390/16

**misleading** column continues...

475/21 508/3 519/21 557/3 561/11 563/22 581/6 584/14 584/15 584/16 607/11

**mostly [2]** 514/10 543/15

**motion [4]** 459/18 514/19 610/13 618/15

**motions [1]** 396/6

**motor [1]** 567/25

**move [14]** 423/15 425/15 426/11 474/7 487/5 491/21 504/9 507/1 529/23 554/22 557/14 591/7 592/5 593/3

**moved [4]** 473/3 522/7 554/2 593/2

**movement [2]** 474/10 474/21

**moves [3]** 422/15 424/14 429/1

**moving [10]** 386/23 421/1 429/20 453/9 466/22 487/16 490/1 492/2 542/3 597/9

**MPD [26]** 405/15 405/15 406/17 407/3 408/19 442/16 483/14 484/24 488/16 493/1 493/4 493/5 493/18 493/20 525/13 551/14 551/17 555/7 555/9 567/22 568/3 570/8 572/15 586/7 590/11 601/23

**MPDC [4]** 442/1 445/9 445/10 567/23

**Mr [5]** 383/3 383/11 383/15 409/20 462/21

**Mr. [45]** 391/2 391/5 391/9 392/25 393/1 410/6 410/11 410/14 410/18 410/23 410/25 411/12 411/17 412/10 412/16 412/17 412/20 412/24 479/11 509/2 515/17 606/22 617/15 617/17 618/1 618/16 619/24 620/10 621/6 622/5 623/2 623/10 624/3 624/6 624/15 624/22 625/3 625/6

625/14 627/1 630/4 630/9 630/11 630/20

**Mr. Curtice [1]** 479/11

**Mr. David [1]** 617/15

**Mr. Geitzen [37]** 391/2 391/5 391/9 392/25 410/6 410/11 410/14 410/23 410/25 411/12 411/17 412/16 412/17 412/20 412/24 617/17 618/1 618/16 619/24 620/10 621/6 622/5 623/2 623/10 624/3 624/6 624/15 624/22 625/3 625/6 625/9 625/14 627/1 630/4 630/9 630/11 630/20

**Mr. Geitzen's [2]** 410/18 412/10

**Mr. Knight [4]** 393/1 509/2 515/17 606/22

**Ms [19]** 383/3 383/7 383/7 383/8 383/11 383/12 383/15 383/16 383/19 383/19 383/20 383/23 383/23 383/24 392/21 409/12 422/3 462/21 550/10

**Ms. [24]** 386/4 386/16 387/20 392/22 393/1 400/2 403/1 409/11 409/13 413/5 419/15 428/19 459/23 518/7 550/10 563/6 564/20 577/3 577/23 585/7 591/14 595/20 595/21 612/22

**Ms. Costner [4]** 393/1 409/11 413/5 595/21

**Ms. Lederer [3]** 392/22 409/13 550/10

**Ms. Moore [8]** 386/4 386/16 387/20 400/2 403/1 518/7 585/7 595/20

**Ms. Rives [9]** 419/15 428/19 459/23 563/6 564/20 577/3 577/23 591/14 612/22

**much [29]** 386/3 402/4 415/5 418/22 456/1 470/13 478/24 484/1 501/20 523/7 545/9

**M**

much... [18] 546/13
559/22 559/25 560/11
560/25 565/24 566/2
567/8 567/11 567/13
574/21 579/6 588/23
589/2 610/14 614/10
627/2 629/23
multiple [5] 402/13
493/1 520/12 607/22
617/23
munition [1] 586/18
munitions [3] 588/17
593/7 593/25
muscle [1] 499/7
museum [1] 612/7
must [16] 391/19
392/16 395/9 395/10
395/11 397/8 397/13
397/13 397/17 398/9
398/23 400/9 401/12
411/4 411/15 412/24
my [90] 390/12 394/21
394/22 396/9 396/10
396/13 397/22 399/21
401/19 409/15 409/15
414/6 420/19 452/12
462/9 479/12 480/2
480/11 482/2 482/3
483/16 483/17 483/18
484/18 485/18 486/19
494/14 495/14 499/7
504/21 508/14 511/18
517/17 519/19 522/4
523/14 524/21 526/14
526/15 532/24 554/17
557/13 557/15 557/23
559/2 560/20 561/8
562/9 562/10 562/17
562/17 562/18 562/18
563/22 565/23 565/23
566/5 568/8 568/11
571/10 572/10 574/22
577/14 578/23 579/1
579/1 579/2 579/10
579/10 579/15 579/18
580/4 580/9 581/6
583/3 590/19 599/8
601/7 601/10 601/13
601/23 608/23 610/1
618/19 623/12 623/15
623/17 625/20 627/17
628/10
myself [9] 390/7

**N**

N-95 [1] 531/17
name [16] 398/18
409/15 413/24 414/4
414/6 450/6 450/9
450/15 450/22 479/25
480/2 483/15 483/16
578/6 615/6 615/8
names [1] 442/2
national [3] 396/1
591/5 608/24
natural [2] 398/21
617/10
nature [1] 398/18
NC [2] 382/7 382/10
near [1] 467/1
necessarily [1] 476/3
need [15] 385/16
420/10 469/15 471/1
471/21 488/15 493/19
493/23 509/3 509/5
541/12 555/8 603/25
606/21 628/6
needed [7] 451/10
451/11 451/13 488/16
488/18 489/9 489/18
needs [1] 386/5
nerve [1] 414/22
networking [1] 398/7
never [11] 392/7
407/22 464/16 489/10
494/10 545/23 588/3
622/7 625/19 626/2
626/6
new [6] 381/17 385/18
414/18 480/13 552/14
622/5
news [4] 402/3 408/1
409/21 430/10
next [14] 387/2 407/23
408/4 408/5 479/5
485/13 518/8 521/13
523/6 550/5 558/22
614/16 627/6 627/15
NICHOLS [5] 381/12
411/4 411/24 412/3
412/22
night [12] 388/18
388/20 389/8 390/1
390/3 397/20 398/5

495/18 520/17 520/19
522/9 555/3 566/4
570/8 593/19

398/13 398/15 407/22
407/25 579/19
no [159] 381/6 386/14
387/9 387/10 390/6
395/22 403/12 409/3
409/5 411/12 411/13
412/14 417/5 418/5
421/4 422/16 423/18
424/16 425/17 426/13
429/2 430/5 435/20
436/12 436/22 437/8
440/7 444/17 446/15
447/19 452/15 457/3
458/17 461/16 462/3
463/17 465/21 466/9
466/21 467/9 467/13
467/20 471/3 471/7
473/24 475/14 475/17
476/22 477/7 478/17
478/21 478/22 478/23
481/19 481/22 485/23
486/1 487/7 489/15
489/19 489/20 490/8
493/1 495/3 501/6
501/9 501/18 501/19
503/10 504/11 506/24
508/19 508/24 511/14
511/16 511/18 512/1
512/4 513/11 513/13
513/15 513/17 514/5
514/22 517/8 520/9
523/3 523/3 526/3
528/12 529/24 531/5
534/2 537/19 542/21
545/19 547/22 549/8
549/18 549/22 557/19
559/24 561/20 561/20
562/22 564/16 566/1
566/5 571/13 572/18
573/24 575/1 579/16
580/4 588/17 590/11
591/9 592/21 592/23
595/7 595/9 599/24
600/1 600/19 603/6
603/7 604/21 605/3
605/13 605/20 608/16
615/24 617/18 619/18
619/18 620/1 620/3
621/16 621/20 622/8
622/13 622/19 623/4
623/6 623/7 623/20
623/23 624/2 624/13
625/5 625/13 627/4
628/19 628/20 629/2

631/7 631/8
631/9
nobody [2] 467/6
467/18
Nods [1] 585/6
noise [2] 435/14 490/4
none [3] 623/20 625/8
625/13
noon [4] 522/1 554/10
554/11 597/25
noon-ish [1] 554/10
normal [8] 408/4
443/19 451/23 482/3
485/1 521/18 588/20
597/6
normally [2] 468/22
520/6
north [18] 382/7
382/10 403/13 406/6
410/2 410/7 416/19
416/20 418/23 421/18
437/22 483/5 524/23
534/12 544/18 555/19
561/1 615/19
northern [1] 405/21
Northwest [1] 416/14
not [210] 387/6 387/23
388/5 389/1 389/12
389/19 389/20 389/21
389/22 390/1 390/2
390/11 391/5 391/17
391/19 391/24 392/9
392/16 393/7 393/9
393/23 393/23 394/15
395/13 395/21 396/9
396/21 397/7 397/8
397/11 397/13 397/20
397/24 398/3 398/5
398/10 398/11 398/17
398/20 398/23 399/16
399/22 399/23 400/6
400/7 400/12 400/20
400/25 401/7 401/18
402/4 402/12 402/14
402/15 403/8 403/19
404/15 404/21 405/1
405/6 410/19 412/7
412/7 412/20 413/3
416/14 419/4 419/5
419/21 420/18 420/19
420/21 421/20 426/23
427/13 435/15 439/2
450/23 451/4 451/10
453/11 461/5 462/13

# N

not... [127] 463/7
463/15 464/22 465/2
465/16 466/2 466/6
466/20 467/3 467/13
468/9 468/18 468/21
469/11 469/23 470/17
470/19 472/14 473/20
474/9 474/19 474/21
475/24 476/3 481/20
481/21 482/6 488/15
493/5 498/5 499/13
499/14 503/11 504/25
508/24 509/5 510/15
511/3 511/18 514/18
517/18 517/21 521/10
526/3 526/20 526/22
533/4 540/20 543/19
543/19 546/23 548/23
549/8 549/17 554/10
557/23 559/7 560/1
560/3 560/20 561/8
562/17 568/8 568/8
572/24 572/24 572/24
572/25 577/9 577/10
578/21 579/13 579/17
579/25 580/2 580/6
580/8 581/7 588/21
596/17 597/14 598/18
599/24 600/4 600/6
600/17 602/9 603/19
606/24 607/2 607/12
607/25 608/1 608/19
609/7 609/22 610/17
611/9 611/14 611/18
612/10 612/14 613/3
613/14 614/2 614/3
615/23 616/14 621/16
623/15 623/17 624/9
624/10 624/17 625/3
627/17 627/19 627/20
628/9 628/13 628/20
629/2 629/14 630/4
630/13 630/19 630/23
**note [1]** 517/20
**notebook [1]** 389/9
**notebooks [5]** 389/16
389/25 390/2 390/5
628/18
**noted [1]** 618/18
**notes [9]** 389/11
389/12 389/13 389/18
389/21 389/23 390/7
395/15 628/20
**nothing [8]** 413/13
479/18 518/15 549/10
550/19 553/25 614/23
625/1
**notice [3]** 490/14
506/7 512/2
**noticed [4]** 389/9
390/9 429/12 598/3
**noticing [2]** 489/25
490/2
**notionally [1]** 387/3
**November [1]** 409/19
**now [90]** 387/19 388/9
388/11 390/23 400/10
402/25 403/19 404/9
413/14 414/3 414/14
414/21 415/2 415/15
415/19 415/20 419/1
421/11 421/11 422/22
427/5 428/1 432/7
432/13 437/21 440/24
441/10 442/20 443/4
444/9 445/11 445/15
448/19 450/5 452/22
459/18 461/7 462/20
463/2 464/12 467/22
471/15 476/15 476/24
484/4 491/3 492/18
492/22 493/17 497/17
502/19 506/20 509/14
509/22 515/5 518/5
527/15 533/7 535/23
536/13 537/9 543/21
546/11 550/18 555/1
560/1 564/17 564/25
565/18 569/22 570/7
573/21 573/21 576/9
579/8 581/13 583/22
587/5 588/1 590/12
593/10 595/13 595/18
601/17 602/12 603/22
605/6 606/25 610/25
625/14
**number [25]** 416/13
481/7 481/8 481/9
483/15 483/18 483/19
486/20 492/7 522/12
522/16 522/23 549/20
554/4 554/6 562/10
581/12 588/5 606/7
606/14 610/1 610/10
610/10 617/19 617/21
**numbering [1]** 554/21
**numbers [4]** 483/18

# O

**object [13]** 386/25
387/8 397/5 397/10
411/25 411/25 412/4
412/6 472/16 478/2
586/19 600/7 629/14
**objecting [1]** 397/7
**objection [67]** 387/10
397/12 421/3 422/16
423/17 424/15 424/16
425/17 426/13 429/2
435/20 436/12 436/22
437/8 440/7 444/17
446/15 447/19 452/15
457/3 458/17 461/16
477/7 477/22 477/24
478/1 487/7 491/17
492/9 493/10 494/21
494/23 499/25 501/1
504/11 506/23 506/24
516/12 516/18 528/12
529/24 531/5 534/2
537/19 542/21 558/1
558/3 558/9 562/22
571/13 573/24 575/1
591/9 598/15 602/7
602/20 613/16 616/6
616/7 616/11 616/22
618/10 618/13 618/16
618/18 618/21 618/24
**objections [2]** 396/7
397/8
**objects [4]** 412/19
467/1 472/20 472/24
**obligation [1]** 411/13
**obligations [1]** 630/14
**obscenities [1]** 526/8
**observe [8]** 412/13
503/16 514/3 564/3
575/18 599/6 611/9
624/15
**observed [14]** 514/2
547/15 562/14 567/13
582/20 595/8 601/9
604/16 608/15 610/11
611/12 611/14 611/18
624/17
**observing [1]** 581/7
**obstructed [1]** 391/9
**obstructing [3]** 408/15
408/17 450/2

**597/8 606/8 609/22**
**NW [2]** 381/20 382/16

# O

**obstruction [2]** 581/23
593/4
**obtain [2]** 608/3
617/19
**obviously [6]** 435/12
437/24 469/2 499/24
629/6 630/16
**OC [9]** 500/15 500/23
512/9 511/12 512/23
513/10 515/21 588/2
588/19
**occasion [1]** 486/2
**occur [5]** 418/12
418/15 430/18 480/21
619/12
**occurred [2]** 427/11
499/19
**occurring [3]** 443/4
530/13 535/23
**October [1]** 632/10
**OFC [1]** 382/6
**off [25]** 407/10 407/17
408/4 485/5 485/6
521/3 532/18 532/19
532/23 543/14 546/20
547/2 549/11 549/18
550/10 554/8 554/15
569/13 570/5 572/17
572/25 586/25 592/18
601/8 611/13
**offense [5]** 392/12
392/13 392/15 392/17
625/10
**offenses [1]** 392/1
**offer [2]** 394/6 502/6
**offered [1]** 506/23
**offers [1]** 397/6
**office [10]** 382/9
415/22 415/24 519/8
519/9 552/1 615/18
615/20 622/10 623/13
**officer [78]** 404/3
406/14 406/15 412/13
412/14 414/17 414/19
445/10 445/13 448/14
448/15 450/9 471/2
471/5 472/15 472/25
473/1 475/19 478/19
479/7 479/23 480/11
480/12 484/24 486/16
487/22 488/12 488/17
490/13 490/14 491/20
495/1 495/22 496/8
496/19 499/1 500/8

**O**

**officer... [41]** 500/22
501/15 503/8 503/18
503/20 504/2 505/4
505/15 506/2 506/20
507/15 507/21 508/16
508/25 509/11 515/17
517/10 519/7 519/15
538/20 545/24 549/9
549/10 549/14 550/12
551/19 551/19 551/20
555/23 557/5 560/3
561/2 567/25 576/15
576/21 576/22 588/15
588/19 588/24 592/21
593/2

**officer's [3]** 406/16
485/22 503/7

**officers [124]** 391/9
391/14 405/11 405/16
406/3 406/12 406/17
406/19 406/24 406/25
407/2 407/4 407/10
407/14 408/25 416/22
421/22 425/3 439/1
440/25 441/7 441/12
441/12 441/20 443/6
445/12 445/14 448/10
449/20 450/1 450/11
450/21 451/8 451/9
454/2 454/3 455/13
457/20 457/23 458/25
460/15 464/10 464/25
465/15 466/14 470/20
471/8 471/10 471/23
472/4 472/12 473/17
476/7 476/19 477/15
477/17 480/13 488/16
492/5 493/2 493/18
493/20 499/19 506/15
506/16 511/19 512/5
520/20 521/1 522/9
522/13 522/16 523/14
524/13 524/20 525/10
525/11 531/21 539/19
542/5 547/11 549/7
552/9 552/11 552/17
552/19 556/25 557/19
557/23 558/2 558/12
558/18 558/22 558/23
559/1 559/4 559/25
560/2 560/7 560/14
560/23 561/14 565/24
566/1 566/5 567/5

567/18 567/21 568/1
568/23 578/17 578/20
579/1 579/4 579/9
579/11 583/1 587/1
592/12 593/13 607/7
607/8 611/17 613/12

**official [6]** 382/15
385/22 416/13 445/9
579/13 632/3

**often [1]** 597/14

**oh [12]** 414/16 431/17
441/3 452/11 461/5
462/13 489/8 502/9
511/16 521/4 530/18
628/18

**okay [74]** 386/8 386/15
403/3 419/22 421/3
421/17 430/5 432/25
433/12 434/10 438/6
438/10 442/11 447/16
452/1 452/25 453/4
456/7 459/6 465/8
467/5 476/10 476/22
482/9 483/13 484/3
486/10 490/9 491/10
492/7 496/23 497/8
499/16 503/11 503/19
505/11 508/7 508/15
509/6 509/7 511/15
511/17 514/20 525/17
528/22 528/23 541/19
545/25 547/10 547/17
564/23 569/6 569/12
571/21 578/2 579/12
584/6 589/5 591/20
595/14 605/25 617/21
621/17 621/23 624/14
628/2 628/17 628/23
629/5 629/20 630/2
630/11 631/4 631/10

**once [14]** 387/23
387/23 407/1 419/19
485/24 493/25 543/14
555/15 560/6 601/4
617/21 620/16 628/14
628/15

**one [70]** 385/23 386/5
386/24 390/6 399/18
399/19 399/21 400/2
401/25 402/11 406/4
406/8 407/23 409/4
409/5 410/2 414/19
415/15 415/16 416/13
420/7 426/9 426/23

429/1 2 435/8 438/25
455/15 465/21 466/10
471/5 471/6 474/13
499/24 507/19 511/9
511/10 517/2 517/22
517/25 520/1 520/18
522/7 548/7 552/12
553/2 553/21 556/21
558/22 558/23 561/14
561/17 561/20 561/20
562/13 564/12 566/1
566/2 567/22 572/12
579/1 579/2 586/10
588/2 590/20 593/22
598/9 605/23 606/23
628/19 628/20

**ones [8]** 471/11
511/13 511/14 511/15
511/15 511/16 586/11
598/4

**ongoing [1]** 468/6

**online [4]** 409/21
409/22 616/4 616/25

**only [29]** 389/18
390/10 393/9 394/16
395/5 396/16 400/22
401/5 401/15 401/15
401/16 404/15 410/19
411/19 453/11 468/23
485/16 485/17 485/18
520/8 520/9 558/17
559/1 560/21 562/13
599/8 620/3 623/11
627/17

**open [5]** 401/17
402/18 411/11 419/3
439/2

**opened [1]** 559/8

**opening [10]** 393/3
393/4 393/5 393/7
393/8 393/12 394/14
401/21 429/13 429/13

**OPENINGS [1]** 382/2

**operate [1]** 394/6

**operating [3]** 473/14
473/22 474/6

**operations [1]** 416/7

**opinion [4]** 396/10
396/13 478/3 605/7

**opinions [1]** 395/18

**opportunity [2]** 393/3
546/10

**opposed [2]** 531/21
598/13

**opposing [2]** 555/1
598/14

**opposite [4]** 437/24
553/23 572/7 592/13

**order [9]** 387/18
391/18 417/6 421/23
483/7 488/17 489/9
491/5 504/22

**orderly [1]** 394/24

**ordinary [1]** 597/22

**organization [1]**
523/16

**organized [3]** 559/14
559/24 598/18

**orientation [1]** 396/3

**origin [1]** 396/1

**original [1]** 612/2

**originally [1]** 521/11

**other [65]** 389/24
392/14 396/4 396/22
396/24 397/5 398/6
399/9 400/3 401/3
406/8 406/20 407/1
407/13 410/19 412/18
415/16 416/8 425/3
426/24 464/12 466/15
466/23 474/7 480/19
482/14 485/21 488/25
493/1 497/5 498/8
498/8 499/6 499/18
511/19 513/21 520/18
521/2 521/17 522/9
532/1 545/4 547/11
553/21 557/19 558/2
558/12 558/18 559/22
560/10 560/15 561/15
568/22 586/21 592/17
597/5 598/13 599/6
604/13 604/14 608/7
621/6 624/8 624/12
631/5

**others [6]** 389/14
467/10 486/5 486/7
602/6 623/25

**our [71]** 386/17 387/1
398/12 414/18 414/18
414/19 414/21 415/2
415/4 415/14 415/15
415/16 416/6 416/11
418/8 418/10 422/12
441/18 462/7 462/11
470/23 471/9 473/18
474/11 481/11 482/3
483/1 483/16 485/8

# O

**our... [42]** 521/11 521/12 522/18 526/9 545/6 546/25 547/3 548/17 552/14 553/1 553/4 555/3 555/10 555/11 555/23 556/2 556/18 557/3 557/9 560/22 564/8 567/10 567/13 571/7 572/13 578/24 583/1 586/22 588/2 588/25 593/7 593/25 595/13 597/2 597/3 597/3 597/6 597/10 599/18 599/20 618/15 627/18

**ourselves [2]** 561/3 579/19

**out [75]** 390/6 402/3 409/17 434/7 434/16 439/1 439/2 441/25 451/1 451/12 453/12 466/25 472/17 473/3 473/12 473/16 474/18 482/3 492/13 497/10 499/11 499/20 502/3 512/23 515/7 515/17 517/2 517/5 520/4 521/3 521/10 522/10 541/15 543/16 543/19 545/2 545/20 547/1 548/6 548/7 548/17 549/5 550/13 551/23 552/6 552/23 553/7 553/12 554/24 556/10 560/24 562/14 565/3 572/20 577/8 578/7 578/9 578/12 579/6 579/7 584/19 588/17 592/14 594/25 595/3 596/6 597/21 603/12 608/17 608/20 608/21 608/24 621/15 622/9 626/4

**outdated [1]** 562/13
**outer [9]** 483/16 483/21 520/25 556/18 556/25 557/2 567/24 593/14 593/16
**outlets [1]** 469/7
**outline [1]** 426/20
**outlined [1]** 404/20
**outs [1]** 469/12
**outside [24]** 385/16

398/11 398/25 400/24 402/7 402/16 433/19 459/17 460/18 463/11 463/15 463/22 464/19 465/14 468/22 475/22 476/10 476/17 476/20 516/13 519/21 581/4 583/2 628/6

**over [34]** 390/1 390/3 398/8 398/19 401/2 403/24 402/4 414/13 414/14 415/5 416/1 478/25 483/24 495/20 509/25 515/24 517/23 519/3 519/4 519/9 524/21 540/4 551/17 555/11 566/13 574/22 578/15 580/19 581/24 584/20 586/2 586/22 606/21 609/21

**overhead [1]** 428/24
**overhear [1]** 399/12
**overhearing [1]** 399/6
**overran [1]** 612/17
**overruled [8]** 494/23 494/23 501/2 516/18 558/4 598/16 602/8 616/22

**overrun [4]** 405/9 406/8 443/12 540/2
**overrunning [1]** 612/16

**oversaw [1]** 552/19
**oversee [1]** 415/3
**oversees [1]** 415/15
**oversight [2]** 415/5 416/1

**overview [1]** 415/12
**overwhelmed [1]** 442/7

**owl [1]** 478/12
**own [12]** 389/20 389/21 400/21 401/9 407/21 409/9 485/17 485/18 486/5 486/8 549/6 572/20

# P

**P R O C E E D I N G S [1]** 384/24
**p.m [36]** 406/19 407/12 432/10 432/21 434/6 440/22 442/15 444/11 452/6 452/24

458/14 459/8 460/8 460/16 506/11 518/3 518/3 527/19 564/19 565/19 566/24 570/3 585/10 585/20 587/5 587/20 588/10 589/19 590/3 595/2 595/13 595/16 595/16

**pace [1]** 443/19
**paced [1]** 443/22
**packing [1]** 550/13
**pad [3]** 565/4 565/10 594/14
**padding [2]** 599/17 600/12
**pads [20]** 450/14 450/14 470/11 470/12 481/11 481/13 481/14 481/14 481/15 481/15 483/1 483/24 509/23 509/23 556/16 557/2 569/15 571/23 580/19 599/21

**PAGE [3]** 383/2 383/5 384/5
**pages [1]** 390/6
**pandemic [1]** 404/10
**pandemonium [2]** 523/7 523/10
**panel [2]** 425/13 461/12
**panic [1]** 494/9
**panning [1]** 473/10
**pants [1]** 450/18
**part [23]** 398/19 404/14 406/6 407/7 420/11 427/8 449/25 463/20 466/20 466/25 467/16 467/19 468/13 468/21 476/5 491/20 547/6 548/9 557/3 558/9 567/14 577/18 602/5

**participate [1]** 620/13
**participating [1]** 409/21
**particular [9]** 388/24 391/8 392/12 392/15 469/14 473/7 549/25 606/6 618/7
**parties [8]** 388/1 388/12 398/23 399/10 400/21 400/25 630/5

**parts [2]** 481/23 581/9
**party [2]** 397/9 399/22
**pass [4]** 515/11 548/24 586/22 588/24
**passed [3]** 472/20 508/22 587/25
**past [4]** 496/25 509/5 561/12 561/20
**pat [1]** 417/19
**patch [1]** 567/25
**patrol [8]** 416/23 416/25 480/12 520/22 551/19 551/24 552/3 588/20
**pattern [1]** 557/2
**Paul [1]** 578/22
**pause [92]** 429/9 429/19 430/15 430/23 431/9 431/20 432/13 433/3 433/22 439/17 440/16 442/9 442/22 443/14 444/2 447/4 447/8 448/4 449/2 451/3 453/15 454/7 454/22 455/7 457/15 458/7 459/3 459/21 460/22 479/10 486/12 486/13 489/3 490/23 496/16 501/12 502/12 502/24 524/1 525/3 527/3 527/11 533/17 534/17 534/20 535/1 535/16 536/3 536/19 537/2 537/3 538/15 538/22 539/5 539/16 539/23 540/22 541/6 541/24 543/2 544/5 544/22 563/25 564/21 565/12 568/18 569/4 569/24 571/18 571/24 575/10 575/15 576/2 576/18 582/6 582/11 583/12 584/6 585/13 585/17 587/3 587/14 588/7 589/10 589/23 590/16 590/22 592/1 594/9 594/18 613/7 614/19

**paused [38]** 431/2 433/5 433/24 449/4 452/22 454/9 457/22 459/6 488/9 489/6 489/22 491/2 491/12

**paused... [25]** 496/8
498/19 506/13 525/6
525/14 527/15 527/16
533/23 535/23 536/13
538/18 540/13 540/18
541/1 543/7 564/18
566/22 567/17 568/21
570/2 571/21 580/16
583/14 585/19 591/21

**pausing [11]** 431/11
442/11 447/24 534/14
535/6 536/8 537/24
538/7 563/7 576/5
580/12

**pay [5]** 395/11 411/6
411/21 420/19 563/12

**peaceful [1]** 404/6

**peacefully [1]** 403/9

**Pence [1]** 404/7

**pencil [1]** 389/9

**penetrate [1]** 564/11

**penetrated [1]** 580/6

**Pennsylvania [1]**
424/13

**people [116]** 388/3
389/13 395/25 398/22
399/3 399/3 400/16
402/2 405/3 407/11
408/4 408/18 409/8
410/9 440/2 440/23
445/23 455/19 464/9
464/19 464/25 465/18
466/22 466/23 466/24
467/1 467/15 473/22
474/6 480/12 481/10
490/2 491/9 492/1
492/4 492/13 494/19
497/1 497/2 497/2
497/5 500/9 501/25
513/3 515/2 515/18
517/5 520/12 521/3
522/8 522/23 523/1
523/3 526/2 528/20
532/13 533/2 533/5
533/8 533/8 536/14
536/15 543/25 547/1
547/2 547/9 548/8
549/15 553/16 554/5
554/7 554/25 555/9
564/6 564/11 573/19
578/13 580/2 581/4
583/6 590/13 592/5
594/21 594/25 597/8

597/19 597/22 598/6
598/10 598/12 598/13
598/17 598/19 598/20
598/20 598/25 601/21
602/1 609/8 609/19
610/3 610/6 610/11
610/19 610/20 610/21
610/23 610/25 611/2
611/4 612/15 613/24
621/2 624/8 624/14
624/22

**pepper [8]** 500/24
512/13 515/21 526/8
526/16 545/10 572/20
588/15

**percent [1]** 408/3

**perfect [2]** 517/16
618/17

**perhaps [2]** 385/17
387/1

**perimeter [25]** 404/12
404/15 405/1 419/11
419/12 420/13 420/17
421/14 421/20 421/21
421/23 426/23 426/23
426/24 426/25 427/6
430/21 440/3 462/1
520/25 521/5 521/22
522/6 522/21 522/24

**perimeters [3]** 418/20
418/21 420/9

**period [7]** 387/11
405/23 408/22 408/22
408/22 442/19 443/4

**permission [2]** 487/6
555/10

**permit [1]** 389/10

**permitted [5]** 389/16
390/3 397/21 400/12
462/13

**person [93]** 387/6
391/18 399/23 412/2
417/3 432/23 445/16
449/7 454/15 464/13
464/16 464/22 465/13
465/21 465/23 466/2
466/2 466/19 467/11
474/18 477/13 478/9
496/5 496/9 497/11
497/14 497/20 497/25
498/3 498/12 498/22
502/16 502/19 502/22
503/2 503/5 503/7
503/13 503/16 505/5

505/13 506/23 507/8
507/11 514/21 515/21
516/24 517/2 528/19
528/24 530/5 532/3
535/11 535/19 535/20
536/23 548/7 549/5
569/21 576/13 580/16
587/9 588/22 594/13
602/4 602/10 603/4
603/9 603/12 603/14
603/23 604/4 604/22
608/10 608/15 609/2
609/3 609/5 609/14
611/7 611/9 612/11
612/12 613/25 614/3
616/16 617/16 617/17
618/8 619/10 619/21
622/7 626/23

**person's [4]** 515/24
580/20 589/16 590/8

**personal [8]** 395/17
395/21 396/4 417/14
417/14 583/3 588/19
605/4

**personally [1]** 420/21

**personnel [1]** 418/19

**perspective [5]** 386/12
417/10 608/13 629/1
629/3

**phone [3]** 402/5
617/24 618/3

**phones [2]** 402/2
555/4

**photo [3]** 400/19
422/11 423/13

**photograph [21]**
423/24 423/25 424/25
425/1 425/8 425/24
446/12 461/9 461/11
461/23 477/12 477/20
528/5 529/1 529/8
529/12 530/9 530/13
531/12 531/24 621/24

**photographs [3]**
421/24 422/1 527/23

**photos [1]** 412/8

**physical [10]** 391/13
404/20 412/5 417/19
426/21 564/10 570/7
570/9 579/13 581/7

**pick [4]** 472/12 472/17
548/7 549/5

**Picking [1]** 619/5

**picture [5]** 574/21

574/23 622/2 626/19
626/24

**piece [2]** 572/9 574/19

**piss [1]** 408/4

**pit [1]** 476/2

**pits [1]** 476/2

**place [14]** 395/22
410/4 418/20 418/21
419/2 421/14 425/2
427/1 467/23 468/14
469/4 469/14 521/2
602/15

**plain [1]** 401/4

**Plaintiff [2]** 381/6
381/16

**plan [5]** 420/8 462/9
482/3 517/19 557/14

**planning [2]** 617/1
630/24

**plans [5]** 410/6 420/8
620/1 621/18 623/4

**plants [1]** 441/24

**plastic [3]** 510/18
592/10 599/18

**plate [3]** 450/23
470/11 470/12

**platform [1]** 567/9

**platoon [33]** 482/3
492/2 492/4 492/22
494/14 495/9 504/21
508/12 508/14 511/18
520/16 520/19 522/18
552/6 552/10 552/11
555/4 556/4 556/11
557/15 557/20 560/2
560/6 563/22 579/10
579/15 579/18 593/19
600/21 601/1 601/20
601/24 607/24

**platoons [1]** 560/10

**play [106]** 428/18
430/13 430/22 431/8
431/17 431/19 433/1
433/12 434/10 440/13
442/8 442/20 443/8
445/20 446/24 447/4
447/10 447/24 449/1
450/25 451/5 452/7
453/5 454/5 454/20
455/5 456/12 456/16
456/19 457/9 457/13
458/23 459/2 459/13
460/3 460/12 462/12
488/7 491/10 492/16

**P**

play... **[66]** 495/6
497/18 502/10 504/17
507/8 524/10 525/1
527/6 527/9 534/14
534/24 535/15 536/2
536/8 536/18 536/25
537/24 538/7 538/14
538/21 539/3 539/14
539/22 540/21 541/3
541/22 542/14 543/1
544/4 544/19 563/3
563/7 563/24 564/15
564/21 565/11 566/17
566/18 569/3 569/23
570/15 571/17 571/24
572/2 575/8 575/13
576/1 576/16 580/12
580/24 582/3 583/9
584/3 585/12 585/15
586/4 587/12 587/21
589/8 589/21 590/5
591/24 594/7 594/16
607/4 613/5

**played [40]** 406/1
406/13 406/23 430/14
430/24 431/10 431/21
440/15 444/1 445/21
448/1 449/3 451/23
452/8 456/14 457/14
459/4 460/13 488/8
495/7 501/11 502/11
504/18 506/1 507/14
525/2 527/10 534/16
534/25 538/9 543/3
563/9 563/20 571/19
575/14 580/13 582/5
585/16 591/25 613/6

**playing [88]** 429/16
430/12 432/1 432/12
433/2 433/13 433/21
434/12 442/10 442/21
451/2 453/6 453/14
454/6 454/21 455/6
459/14 459/20 463/13
487/18 489/2 489/21
490/10 490/11 490/21
490/22 491/11 492/17
493/11 493/12 495/21
496/7 496/15 496/24
497/9 497/22 498/2
498/6 498/11 498/18
502/23 503/12 505/11
505/13 505/21 505/22

506/19 535/17 536/4
536/10 536/20 537/1
538/16 538/23 539/4
539/15 539/24 540/23
541/5 541/23 544/6
544/20 564/1 565/13
566/19 568/17 568/19
569/5 569/25 570/16
572/1 573/5 576/17
581/1 582/10 583/11
586/5 586/14 587/2
587/13 587/22 588/6
589/9 589/22 590/6
590/15 594/8 594/17

**plays [1]** 586/1

**Plaza [4]** 405/18 406/9
603/20 607/7

**plea [1]** 630/25

**pleaded [1]** 391/5

**please [133]** 385/5
386/6 387/18 402/24
403/4 409/12 411/8
411/9 413/12 413/18
413/24 414/4 424/6
428/9 433/1 434/11
439/17 440/16 441/5
444/2 445/20 447/4
447/4 451/3 453/15
454/5 454/16 454/20
454/22 455/5 455/7
456/16 459/13 459/21
460/1 460/12 461/15
475/4 476/12 479/15
479/20 479/25 486/13
488/7 489/3 490/21
490/23 495/6 495/25
496/11 496/14 496/16
498/17 501/12 502/10
503/22 504/17 504/17
505/8 505/18 506/5
508/25 518/12 518/22
524/1 525/1 525/3
526/24 527/9 529/3
530/21 531/14 533/15
534/15 534/18 535/1
536/19 536/25 538/22
539/5 539/12 540/22
541/4 541/6 542/8
542/11 543/2 544/5
544/10 544/22 550/14
550/21 551/2 562/2
563/8 568/18 570/23
573/4 573/8 574/11
575/9 575/12 575/24

576/4 576/25 577/24
581/16 582/3 582/7
582/11 583/12 583/23
584/1 585/17 586/1
586/4 587/3 587/12
587/14 587/21 589/8
590/16 590/17 591/24
592/1 594/7 607/4
612/21 612/25 614/20
614/25 615/6 622/19

**plethora [2]** 481/11
481/13

**plywood [1]** 576/22

**pockets [3]** 450/18
450/18 521/17

**point [42]** 386/23
410/10 430/19 440/13
452/14 476/1 482/17
490/7 490/8 495/10
497/7 497/23 499/2
499/24 521/22 528/1
543/18 545/17 552/12
554/9 559/2 561/22
565/22 567/7 574/18
577/11 577/17 588/4
588/17 592/8 593/6
595/8 599/9 600/17
601/13 601/22 602/22
604/3 608/18 608/21
608/23 615/25

**pointed [2]** 515/17
603/12

**pointing [5]** 431/5
431/6 433/10 444/13
484/19

**points [4]** 582/21
592/10 607/22 610/7

**poke [1]** 412/12

**pole [34]** 391/12
391/14 406/21 406/22
406/25 408/24 411/18
411/22 412/7 412/9
412/10 412/12 412/13
412/16 499/24 568/16
569/18 572/6 574/8
575/21 576/7 576/13
576/21 603/24 604/5
605/6 605/8 605/9
605/11 605/14 605/22
607/8 613/11 613/15

**poles [6]** 412/19
412/19 472/8 500/12
508/17 605/16

**police [122]** 385/23

391/3 404/14 405/11
405/13 405/15 405/22
406/3 406/9 406/17
407/4 408/17 408/20
414/7 414/9 414/15
415/13 415/14 416/4
416/22 416/25 420/7
420/16 421/22 427/20
430/7 434/16 440/25
441/12 441/12 441/15
441/19 441/20 441/25
442/4 442/16 443/3
443/5 445/8 445/13
448/10 448/15 449/14
449/15 449/21 450/1
450/4 450/8 451/9
451/21 453/2 453/24
469/25 470/1 471/17
471/17 477/17 478/19
480/5 480/13 482/4
482/12 485/21 488/17
488/25 493/1 493/7
493/9 494/16 494/25
500/18 500/22 501/25
503/7 503/8 503/17
503/18 506/15 506/16
518/25 519/2 519/6
519/15 523/8 524/17
524/19 525/11 525/12
526/10 551/11 551/13
555/1 555/10 555/21
555/22 555/23 556/10
557/5 557/10 557/16
557/20 559/9 560/5
563/19 567/24 568/4
568/6 571/7 573/19
573/20 575/22 586/8
595/3 595/5 596/10
597/7 597/11 607/17
607/19 620/20 620/20
620/25

**Policemen [2]** 568/2
601/23

**portion [1]** 427/3

**position [9]** 415/7
430/1 557/13 566/4
569/20 569/22 577/11
608/20 615/14

**positioned [5]** 405/21
482/2 556/14 571/9
610/18

**positions [1]** 407/12

**positive [1]** 510/15

**possession [3]** 567/14

**possession... [2]**
588/4 620/4
**possibility [2]** 395/20
630/3
**possible [4]** 469/8
469/11 469/19 605/23
**possibly [2]** 473/2
600/4
**post [2]** 553/1 596/24
**posted [2]** 441/19
520/15
**posting [1]** 398/6
**posts [1]** 519/21
**potent [1]** 500/20
**potential [1]** 619/24
**potentially [5]** 516/2
570/19 617/3 627/6
630/22
**power [1]** 404/6
**precise [1]** 578/6
**prefer [1]** 551/7
**preferences [1]**
395/22
**prejudices [2]** 395/18
395/22
**preliminary [1]** 389/5
**preparation [2]** 427/2
467/25
**prepare [1]** 468/5
**prepared [1]** 387/12
**preparing [2]** 468/13
513/21
**presence [4]** 385/16
401/16 404/21 628/7
**present [7]** 393/22
394/11 411/13 411/16
523/14 557/23 598/20
**presented [7]** 391/24
400/10 401/5 401/6
401/7 402/15 410/20
**presents [1]** 393/21
**preserve [1]** 618/16
**preserved [2]** 618/19
618/24
**preserving [1]** 618/20
**President [8]** 403/11
404/6 404/11 409/3
419/8 438/18 438/19
620/17
**press [107]** 428/18
433/1 433/12 434/10
440/5 440/16 443/8
443/14 445/20 447/10

449/4 451/9 451/6
452/7 452/12 453/4
454/5 454/20 454/22
455/5 455/7 456/16
456/19 457/9 457/13
458/23 459/2 459/13
459/21 460/3 460/12
460/22 469/2 492/16
524/1 524/10 525/1
525/3 527/6 527/9
527/11 533/4 533/8
534/7 534/14 534/17
534/20 535/15 536/2
536/8 536/25 537/3
538/7 538/14 538/21
539/3 539/5 539/14
539/16 541/6 541/22
541/24 542/14 543/1
544/19 544/22 563/3
563/7 563/24 564/20
566/17 569/3 569/23
573/2 575/13 575/15
576/1 576/16 576/18
580/12 582/3 582/6
582/11 583/9 583/12
584/3 584/6 585/15
585/17 586/4 587/3
587/12 587/14 587/21
589/8 589/10 589/21
589/23 590/5 590/16
591/24 592/1 594/7
594/9 594/18 613/5
613/7
**pressed [1]** 542/5
**presses [1]** 592/16
**pressure [3]** 592/7
592/16 593/1
**presumed [3]** 391/6
392/2 410/25
**presumption [1]** 392/3
**pretrial [1]** 618/19
**pretty [32]** 414/23
415/5 418/22 420/19
470/13 512/24 523/7
526/6 545/9 553/13
553/15 554/8 554/11
559/13 559/22 559/25
560/11 560/13 560/25
561/10 565/23 566/2
567/8 567/11 567/13
574/20 579/6 588/23
593/11 609/8 609/11
610/14
**prevent [3]** 495/19

preventing [1]** 491/24
**preview [1]** 462/8
**previous [1]** 569/19
**previously [10]** 391/2
434/24 444/7 446/9
452/1 505/25 533/22
573/20 575/21 577/20
**primarily [1]** 519/12
**primary [1]** 474/9
**principles [1]** 400/11
**printed [1]** 568/4
**prior [8]** 483/1 514/17
553/22 555/25 576/5
598/11 601/9 602/13
**probably [5]** 390/9
497/2 575/10 589/4
591/2
**problem [4]** 388/8
509/5 628/20 631/3
**procedures [5]** 390/23
417/6 417/7 480/19
629/17
**proceed [11]** 388/13
388/15 388/16 388/22
392/18 403/4 413/6
413/20 518/18 550/23
615/2
**proceeding [1]** 387/8
**proceedings [2]**
382/21 632/5
**process [3]** 468/11
469/22 543/23
**processing [1]** 415/4
**produce [2]** 392/10
393/25
**produced [2]** 382/22
386/1
**programmer [1]**
621/11
**progressed [1]** 410/13
**projected [1]** 419/20
**projectiles [1]** 586/17
**promoted [1]** 519/13
551/21
**pronounce [4]** 512/12
512/14 596/2 596/2
**proof [3]** 392/7 411/2
411/13
**proper [1]** 584/20
**properly [2]** 396/16
397/7
**property [3]** 404/22
416/9 416/10

prosecutors [2]**
602/13 602/18
**protect [14]** 405/3
407/11 408/18 457/21
470/9 515/9 516/6
523/16 543/22 593/17
599/22 600/3 600/8
600/11
**protected [1]** 418/18
**protectee [1]** 404/12
**protecting [3]** 416/7
520/25 594/23
**protection [1]** 471/21
599/19
**protective [8]** 412/15
415/16 470/5 471/13
472/5 555/10 599/10
599/13
**protest [9]** 403/10
407/23 408/5 499/18
599/6 599/7 620/13
620/15 620/16
**protesters [2]** 405/6
432/7
**protestors [16]** 410/12
412/18 425/1 431/15
434/16 443/7 464/9
475/11 493/21 547/12
554/13 554/15 598/3
598/6 599/7 620/24
**protests [10]** 410/2
410/3 475/15 480/20
520/4 596/7 596/14
620/12 620/13 620/19
**prouder [1]** 407/22
**prove [5]** 392/6 392/9
392/15 393/24 411/4
**proven [2]** 392/4
392/11
**proves [1]** 411/17
**provided [2]** 622/2
622/3
**province [1]** 474/13
**provoke [1]** 623/25
**prudent [1]** 387/6
**public [3]** 382/6 382/9
439/3
**publish [4]** 420/25
440/8 487/6 613/4
**published [35]** 421/6
422/18 423/20 424/18
425/18 426/15 429/4
435/21 436/14 436/23
437/10 440/10 444/18

**P**

**published... [22]** 446/17 447/21 452/17 457/5 458/19 461/18 477/9 487/9 504/13 528/14 529/25 531/7 534/4 537/21 542/23 562/23 571/14 574/1 575/3 591/10 591/13 607/2
**publishes [1]** 420/8
**pull [4]** 501/10 547/2 621/21 626/14
**pulled [2]** 560/4 574/22
**pulling [2]** 559/23 577/13
**punch [1]** 600/10
**punches [1]** 500/11
**purpose [3]** 469/13 484/7 627/5
**purposes [3]** 444/3 597/1 630/24
**pursue [1]** 621/12
**push [19]** 406/8 406/10 408/3 453/2 491/10 497/3 503/8 503/17 504/17 506/15 532/21 559/7 560/23 563/21 564/6 582/23 592/6 592/13 595/3
**pushed [17]** 405/11 405/13 406/15 406/17 495/18 514/24 530/14 530/16 532/9 540/2 560/13 574/18 583/4 590/12 592/14 592/24 593/6
**pushes [2]** 406/14 586/13
**pushing [32]** 406/2 406/3 407/14 425/1 457/20 477/21 495/20 500/12 503/7 514/18 514/21 530/15 530/18 531/25 532/8 532/13 535/25 536/6 549/19 554/22 567/4 582/25 586/12 586/15 587/24 590/10 590/13 594/21 609/11 610/23 614/1 614/4
**put [31]** 385/18 393/13 394/1 418/19 418/20

418/21 427/1 442/2 467/22 468/14 469/22 471/7 483/1 484/2 485/5 485/10 509/23 522/16 522/23 554/4 555/10 562/17 562/18 570/8 577/16 579/1 593/23 599/9 601/5 610/10 629/18
**puts [1]** 475/19
**putting [6]** 470/22 562/11 563/14 578/24 601/10 601/13
**PVC [3]** 605/19 605/21 605/23

**Q**

**quarter [1]** 509/4
**question [19]** 396/8 396/20 396/21 397/2 397/6 397/12 397/13 397/14 397/15 397/17 429/19 455/12 476/4 492/10 500/5 602/24 603/1 616/10 628/23
**questioning [1]** 618/25
**questions [40]** 393/13 393/18 394/2 394/14 394/25 429/10 429/15 434/21 435/12 437/14 448/3 451/20 462/3 463/2 465/7 474/25 476/22 478/21 508/25 517/8 549/22 567/16 575/11 577/21 586/2 590/20 595/9 596/5 597/20 603/14 603/16 604/2 608/6 611/19 620/5 621/6 621/14 622/19 622/20 626/11
**quick [3]** 512/24 590/20 627/19
**quickly [4]** 412/16 519/5 551/18 577/4
**quit [1]** 621/10

**R**

**race [1]** 396/1
**rack [12]** 422/12 423/2 426/8 499/2 514/7 514/23 514/24 515/2 532/10 538/13 559/9 566/16

**racks [14]** 421/22 423/1 482/14 521/4 522/7 524/18 525/15 526/14 530/14 532/1 532/25 554/18 554/21 554/22
**radio [1]** 555/6
**railing [1]** 572/12
**rain [1]** 403/19
**raise [7]** 386/13 390/21 413/12 479/15 518/12 550/14 614/20
**raised [1]** 567/8
**Raleigh [3]** 615/19 615/20 622/10
**rally [8]** 403/12 405/7 410/3 410/6 410/10 520/13 553/5 598/4
**random [1]** 579/13
**rank [3]** 414/17 416/3 441/17
**ranking [1]** 474/12
**rapid [2]** 481/9 481/10
**rather [2]** 554/24 572/23
**ray [1]** 417/15
**re [1]** 387/1
**re-doubling [1]** 387/1
**read [4]** 423/4 487/21 628/10 628/13
**reading [1]** 409/21
**ready [15]** 388/2 388/6 388/9 388/12 388/13 388/15 388/16 402/18 405/21 413/6 556/7 614/15 616/12 630/6 630/18
**real [3]** 430/1 430/10 604/17
**realize [2]** 390/18 596/21
**really [12]** 547/7 552/15 553/25 554/7 556/18 579/17 602/1 602/1 602/5 602/19 605/11 610/10
**rear [1]** 557/8
**reason [1]** 399/2
**reasonable [7]** 391/25 392/5 392/6 392/11 392/16 411/4 412/24
**reasons [1]** 402/11
**reassigned [1]** 622/15
**Rebekah [2]** 381/19

**rebuttal [1]** 394/6
**recall [29]** 465/19 466/18 466/23 466/25 467/2 467/16 467/23 470/1 471/24 472/10 472/22 499/12 499/13 521/19 521/25 548/1 548/10 602/12 602/18 602/19 603/3 603/24 604/4 604/8 605/10 606/4 606/6 609/5 621/16
**recalled [1]** 548/11
**recalling [1]** 467/3
**receive [1]** 411/23
**received [18]** 458/20 507/5 524/18 525/9 528/15 530/1 531/8 534/5 537/22 542/24 562/25 571/15 574/2 575/4 591/11 616/4 616/25 617/13
**receiving [2]** 583/4 613/14
**recently [1]** 443/2
**recess [13]** 386/25 387/14 387/16 398/12 462/12 462/15 462/19 509/3 509/6 518/3 595/13 595/16 627/25
**recesses [1]** 390/1
**recognize [57]** 390/18 419/13 420/2 420/5 421/25 422/8 422/10 423/10 423/12 424/9 425/8 426/5 428/6 428/21 435/5 439/10 439/22 443/23 445/4 445/7 446/2 446/9 446/25 447/11 451/23 455/20 456/22 458/2 461/9 477/3 486/16 486/20 501/17 501/21 504/2 507/22 523/21 527/24 528/6 528/8 529/17 530/24 533/12 533/22 542/15 562/6 570/20 571/3 573/16 574/14 577/22 578/2 583/20 584/9 590/24 621/24 626/18
**recognized [1]** 579/9
**recollection [2]** 603/8

671

**R**

recollection... [1]
610/2
record [58] 385/6
385/19 385/24 387/19
397/16 416/12 433/5
433/24 435/14 440/18
442/24 448/4 449/4
453/17 454/9 454/17
454/25 455/9 457/22
462/8 462/20 468/25
469/9 469/14 476/1
480/1 484/9 484/19
487/13 517/19 517/25
518/6 525/5 527/4
529/6 530/17 540/12
543/7 550/10 564/18
564/24 565/18 566/22
580/9 582/13 583/14
585/10 585/19 587/5
587/19 588/9 589/18
595/14 595/19 615/7
618/18 628/25 632/5
recorded [3] 382/21
410/17 513/18
recording [7] 427/22
443/19 445/24 587/7
587/20 588/11 589/20
records [1] 523/18
recover [1] 586/21
recovered [1] 412/7
recross [1] 478/22
recruit [1] 551/19
recruits [1] 414/18
rectangular [1] 607/20
red [4] 404/17 404/20
421/20 426/20
reddish [1] 604/8
redirect [16] 383/8
383/12 383/16 383/20
383/24 393/20 394/4
475/2 475/5 515/12
515/15 548/25 549/2
611/21 611/23 626/13
reestablish [4] 405/16
442/17 443/3 525/14
reestablished [3]
525/15 526/4 567/11
reestablishing [2]
525/21 525/24
refer [2] 392/19 606/16
reference [1] 421/18
referred [3] 407/6
455/17 601/17

referring [8] 392/20
392/25 449/17 465/24
475/10 540/7 571/9
584/24
refers [1] 397/2
reflect [5] 484/19
502/1 535/7 536/15
591/17
reframed [1] 616/23
refuse [1] 400/1
refute [1] 400/25
regard [1] 396/14
regarding [4] 409/22
605/6 623/3 625/14
regardless [2] 396/1
484/13
regrouped [2] 578/17
578/19
regular [6] 390/14
414/16 417/8 443/22
455/19 480/12
regular-paced [1]
443/22
regular-people [1]
455/19
reinforce [1] 557/16
reinforced [1] 512/2
reinforcement [1]
560/8
reinforcements [2]
560/11 560/21
reiterate [2] 399/19
628/12
reiterating [1] 402/1
relate [1] 465/7
relating [2] 625/10
625/12
relation [1] 544/16
relaxes [1] 586/13
relayed [1] 625/1
Relevance [2] 501/1
516/12
relevant [1] 516/13
relieved [1] 593/1
religion [1] 396/2
rely [4] 389/21 395/15
397/3 401/8
Relying [1] 400/23
remain [1] 389/25
remained [1] 391/11
remaining [1] 409/1
remains [1] 392/3
remember [15] 389/13
389/18 397/3 409/3

411/1 482/5 482/7
482/19 499/14 522/1
543/18 603/19 612/12
613/25 618/7
remembered [1]
612/11
remembering [1]
614/3
removed [1] 467/2
removing [1] 467/7
render [1] 413/3
rental [1] 552/25
repeat [3] 399/18
495/16 625/24
rephrase [5] 492/10
500/5 602/21 602/24
602/25
replace [1] 389/20
replayed [1] 576/3
report [4] 399/13
469/15 482/22 482/23
Reported [1] 382/14
Reporter [2] 382/15
632/3
reporter's [1] 429/14
reports [1] 415/4
repositioned [1] 406/5
represent [1] 409/16
represents [1] 397/9
require [2] 392/9
393/24
required [1] 393/23
research [7] 400/7
400/14 400/15 400/17
401/10 402/14 628/11
resolves [1] 599/2
respect [3] 473/6
618/15 623/2
respected [1] 405/6
respond [5] 400/23
481/10 489/18 555/13
616/15
responded [3] 522/10
552/25 607/25
responder's [1]
519/20
responding [1] 483/1
response [5] 481/9
481/10 602/23 605/20
616/19
responsibilities [3]
389/7 394/21 394/22
responsibility [4]
394/23 395/4 396/15

responsible [1] 520/16
rest [11] 459/11 555/4
556/3 559/9 560/5
579/15 593/19 594/2
600/25 601/15 628/2
resting [1] 514/9
restricted [12] 391/11
404/12 404/15 404/18
405/2 409/2 417/23
417/25 420/13 427/6
440/3 462/1
restrictions [1] 417/22
rests [1] 411/5
result [2] 401/10 499/5
results [2] 410/1
598/14
resume [1] 456/7
retardant [1] 483/23
rethink [1] 558/8
retire [2] 390/10
394/10
retreat [2] 407/2 443/6
retreated [1] 407/4
returned [1] 391/1
review [3] 486/2
546/10 548/4
rewind [1] 493/13
ride [1] 545/14
right [153] 385/13
400/21 405/18 407/13
413/12 414/21 415/2
415/15 415/19 415/20
417/4 430/15 432/22
433/19 435/25 437/16
438/10 438/13 444/9
444/24 445/8 445/9
445/15 448/5 448/6
448/14 448/19 448/23
449/6 449/20 450/5
452/22 453/12 454/14
454/18 454/18 455/13
456/5 459/9 460/9
461/7 464/22 473/8
473/10 473/15 474/8
474/18 476/2 479/15
483/17 484/18 486/7
486/23 487/5 487/14
487/15 487/22 488/6
489/7 489/11 490/13
496/2 505/24 508/4
508/5 508/11 509/17
511/4 511/7 512/6
513/19 514/7 514/12

# R

**right... [80]** 515/3
515/18 516/8 517/21
518/12 519/21 521/13
521/16 524/16 524/21
527/6 527/15 529/7
530/12 535/10 535/19
535/23 536/13 538/2
538/12 538/13 539/14
540/13 541/24 543/8
544/13 546/16 546/20
548/12 549/6 550/14
556/23 557/3 560/24
561/4 562/10 563/12
563/21 564/8 564/16
565/3 565/23 566/5
566/14 567/10 567/22
568/13 568/25 569/13
570/11 571/10 571/17
572/11 575/12 576/9
576/12 578/24 579/2
585/22 586/4 588/24
590/14 593/25 594/12
601/3 605/14 606/18
608/23 610/4 614/20
624/23 625/1 626/2
626/6 626/9 626/10
627/24 628/8 628/15
630/21
**right-hand [5]** 486/23
540/13 563/12 588/24
590/14
**Riley [1]** 578/22
**riot [19]** 405/8 442/1
445/14 448/18 450/11
450/22 451/13 477/23
478/17 478/18 481/18
495/1 509/16 511/19
515/6 521/9 521/14
546/19 597/4
**rioters [30]** 406/8
406/20 407/1 407/10
407/13 483/6 489/17
493/21 494/16 495/11
496/21 500/17 523/12
526/7 526/11 530/18
532/1 532/9 532/23
533/1 533/8 536/6
540/3 549/19 564/13
565/23 566/5 567/4
573/21 574/20
**riotous [1]** 597/4
**riots [3]** 451/9 480/21
481/10

**rise [3]** 387/15 593/15
631/12
**risk [1]** 480/19
**Rives [10]** 419/15
422/3 428/19 459/23
563/6 564/20 577/3
577/23 591/14 612/22
**roam [1]** 417/20
**rocked [1]** 407/13
**rocking [2]** 459/17
460/20
**role [1]** 552/7
**roll [1]** 552/23
**rolled [1]** 520/4
**room [4]** 386/16
389/17 401/16 463/8
**Rotunda [2]** 465/17
466/4
**roughly [2]** 427/12
522/19
**round [3]** 511/10
511/15 511/23
**rounded [2]** 414/23
510/22
**route [3]** 553/3 553/4
597/8
**routine [2]** 485/1
588/20
**row [1]** 497/1
**RPR [1]** 382/14
**rude [2]** 399/16 399/23
**rule [5]** 394/25 396/6
397/16 397/18 629/15
**ruled [1]** 618/14
**rules [7]** 388/25
390/24 394/9 399/24
400/22 401/13 405/5
**ruling [1]** 618/19
**run [5]** 399/4 427/13
429/8 563/13 630/13
**running [4]** 466/14
474/14 561/24 563/18
**runnings [1]** 415/6
**rush [2]** 506/15 560/1

# S

**said [55]** 387/22 388/9
388/18 393/22 397/20
398/4 398/15 400/10
426/20 427/25 429/24
434/18 443/2 457/23
458/24 459/16 463/13
475/25 483/21 498/4
509/3 509/16 512/19

514/4 516/10 516/10
524/10 525/8 525/13
546/19 548/11 548/14
548/19 549/15 549/16
549/17 554/8 558/17
578/24 579/25 584/12
593/13 596/13 598/6
605/8 616/13 616/16
619/5 619/16 620/1
620/3 621/10 623/8
625/14 625/17
**Salem [1]** 382/7
**same [9]** 394/6 397/18
399/17 401/13 401/13
429/17 557/1 607/20
628/15
**Sarge [1]** 579/12
**satellite [1]** 400/19
**satisfy [1]** 620/5
**saw [34]** 426/19 427/5
432/9 439/4 463/10
466/7 466/22 472/4
472/7 472/12 472/15
473/10 473/12 476/6
503/5 504/20 511/8
513/7 543/25 544/17
545/8 547/14 559/8
563/20 564/14 569/20
602/6 603/11 603/16
607/8 608/7 610/25
611/1 611/4
**say [32]** 387/23 388/5
389/1 399/20 399/22
401/25 402/13 426/22
430/10 465/1 474/13
478/15 484/9 493/23
509/23 520/6 523/10
527/18 530/16 532/22
551/6 554/4 554/7
563/12 572/7 572/21
579/4 579/11 579/12
608/21 610/1 624/13
**saying [4]** 398/4 474/7
561/5 583/6
**says [5]** 407/25 442/15
484/10 564/25 621/2
**scaffold [1]** 562/15
**scaffolding [4]** 561/17
561/18 564/15 571/8
**scared [2]** 494/12
494/13
**scarf [1]** 572/12
**scenario [1]** 600/9
**scene [2]** 400/19 555/7

**schedule [1]** 629/6
**scheduled [9]** 410/4
418/12 418/15 418/17
419/2 475/15 612/3
612/4 619/14
**scope [1]** 516/14
**screen [17]** 419/20
420/3 421/15 444/9
446/8 454/18 461/7
493/4 524/12 536/12
562/5 562/11 563/13
563/18 566/8 572/11
578/3
**screening [1]** 417/15
**seal [3]** 572/17 572/25
592/20
**sealed [2]** 572/24
592/22
**search [2]** 417/13
480/18
**searched [1]** 623/16
**seated [5]** 387/18
413/18 479/20 550/21
614/25
**seats [1]** 389/8
**second [9]** 407/1
467/14 487/24 541/13
545/8 552/14 552/15
558/8 581/19
**seconds [74]** 431/3
431/9 431/20 432/16
432/21 433/6 433/25
434/6 440/14 440/18
440/22 442/9 442/11
442/15 442/25 444/11
448/4 452/6 453/18
453/22 454/13 455/1
455/2 455/10 456/13
456/16 457/23 458/14
459/8 459/24 460/8
488/3 488/10 489/23
491/2 491/13 497/18
506/11 506/13 524/9
525/6 527/5 534/15
535/6 535/16 535/24
536/3 536/9 536/13
537/24 538/8 538/15
538/19 538/22 539/11
539/23 541/15 563/5
563/7 563/25 564/19
564/24 565/12 566/18
573/11 576/2 581/16
585/10 585/20 587/6
587/6 587/20 588/10

**seconds... [1]** 589/19
**seconds p.m [14]**
432/21 434/6 440/22
442/15 444/11 452/6
453/22 454/13 455/2
458/14 459/8 460/8
506/11 585/10
**Secret [8]** 404/13
404/14 420/17 420/18
627/19 627/21 628/1
629/7
**secretly [1]** 621/13
**section [6]** 415/3
415/4 418/9 418/10
430/3 540/7
**secure [1]** 585/2
**security [6]** 417/11
427/20 467/22 468/2
520/24 521/2
**see [158]** 386/17
399/14 403/1 403/2
404/17 404/24 406/2
406/11 406/21 406/24
409/7 409/9 410/16
411/7 412/7 412/8
412/10 412/12 412/16
412/17 412/17 412/18
416/14 416/15 416/20
417/9 419/21 424/22
432/23 438/18 440/25
441/9 443/23 444/24
445/16 446/22 446/25
448/20 448/24 449/7
450/5 457/10 459/10
459/18 460/10 460/20
461/22 463/12 465/12
466/4 467/11 474/1
474/3 476/19 477/13
477/15 478/6 482/12
488/14 493/4 493/7
493/20 495/22 496/2
496/9 497/11 497/20
497/25 498/12 498/22
500/12 502/16 503/2
503/9 503/13 504/24
505/5 505/15 506/2
507/8 508/23 508/24
511/19 513/10 513/12
513/14 521/10 521/15
525/14 527/16 528/19
529/1 529/12 530/5
530/9 532/2 535/10
535/20 536/12 536/23

537/7 538/9 538/18
540/4 541/1 544/14
547/18 547/21 547/23
557/11 559/19 562/11
563/13 564/16 565/7
566/8 567/23 568/15
569/14 569/17 570/11
571/22 572/4 572/9
574/5 574/8 574/19
576/6 576/10 576/12
577/21 578/12 580/16
581/11 582/17 585/23
586/12 586/24 587/9
587/17 588/1 589/14
590/2 591/2 591/3
591/22 594/13 600/16
601/15 602/4 604/19
604/22 608/20 613/10
620/16 628/21 629/10
631/11
**seeing [14]** 387/1
435/13 472/10 488/13
490/18 493/16 493/18
506/12 548/1 603/4
603/9 604/4 606/5
609/5
**seek [6]** 531/4 533/25
545/17 562/21 571/12
574/24
**seeks [1]** 447/18
**seemed [2]** 494/9
598/19
**seemingly [1]** 400/17
**seems [6]** 387/5
517/16 595/12 610/11
630/18 630/22
**seen [10]** 420/6 422/11
423/13 427/25 511/25
569/18 572/10 575/21
603/3 610/7
**selected [3]** 398/14
398/15 398/17
**semblance [1]** 567/12
**Senate [7]** 415/24
415/25 432/4 433/19
433/20 467/10 467/14
**send [2]** 387/12 547/9
**senior [1]** 552/13
**sense [3]** 388/21 389/6
412/21
**sensitive [1]** 470/9
**sent [1]** 520/21
**sentencing [1]** 631/1
**separate [1]** 466/12

**separated [2]** 410/19
560/16
**sergeant [109]** 414/17
518/10 518/24 519/1
519/13 520/19 523/5
523/17 523/23 524/4
525/8 528/2 528/5
528/18 529/11 529/14
529/17 530/4 530/13
530/20 530/24 531/11
531/16 532/9 533/14
533/21 536/12 537/12
538/25 540/2 540/16
540/25 542/7 542/14
543/5 545/24 546/5
549/4 549/19 549/23
550/8 550/9 551/4
551/7 551/7 551/8
551/10 551/21 551/22
551/25 551/25 552/3
552/6 552/10 557/18
558/15 558/16 558/17
562/5 563/3 563/11
564/3 565/2 565/21
566/7 566/21 566/25
567/16 568/12 568/21
569/9 570/2 570/18
570/23 571/2 572/3
573/15 574/5 574/10
574/14 575/7 576/5
576/24 577/1 577/4
577/7 578/2 578/22
580/15 581/3 581/13
583/16 584/8 585/12
586/7 586/15 587/9
589/13 590/17 590/24
591/17 592/4 594/21
595/25 611/25 612/1
613/10 613/19 614/8
**Sergeant Mastony [35]**
568/12 568/21 569/9
570/2 570/18 570/23
571/2 573/15 574/5
574/10 574/14 575/7
576/5 576/24 577/1
577/4 577/7 578/2
580/15 581/3 581/13
583/16 584/8 585/12
586/7 586/15 587/9
590/17 590/24 592/4
594/21 595/25 612/1
613/10 613/19
**sergeant's [1]** 552/7
**sergeants [6]** 416/3

552/9 552/13
**serial [1]** 562/10
**serious [4]** 388/8
390/16 412/1 412/14
**serve [3]** 398/16
398/17 398/24
**served [1]** 414/15
**service [14]** 404/13
404/14 420/17 420/18
478/25 517/11 549/24
549/25 614/10 627/10
627/19 627/21 628/1
629/7
**services [3]** 415/16
415/17 427/20
**session [1]** 417/10
**set [16]** 402/20 404/20
466/24 468/24 476/25
521/10 554/18 560/18
561/17 561/18 562/11
562/15 568/2 579/2
584/21 606/25
**setback [2]** 591/1
591/4
**Seth [1]** 555/23
**sets [1]** 578/8
**setting [1]** 523/6
**seven [2]** 480/8 552/11
**several [8]** 409/17
410/2 414/16 420/6
427/15 516/16 526/15
545/11
**sex [1]** 396/2
**sexual [1]** 396/3
**shall [2]** 550/16 550/17
**shambles [1]** 559/17
**shape [1]** 405/18
**shapes [1]** 511/21
**sharp [2]** 517/19
628/17
**she [3]** 397/9 475/10
627/23
**shell [4]** 470/14 593/14
593/16 599/18
**shield [21]** 406/4
412/15 471/15 471/16
477/23 478/11 478/15
478/16 478/17 478/18
481/16 481/17 503/8
570/4 574/20 579/2
592/10 592/21 607/19
607/20 607/21
**shields [25]** 451/9

**S**

**shields... [24]** 451/9
451/13 471/24 472/5
475/21 481/18 495/13
511/8 511/19 511/23
568/3 586/23 607/10
607/11 607/12 607/12
607/13 607/14 607/16
607/17 607/19 607/22
607/24 607/25
**shift [5]** 485/4 485/7
485/10 519/20 519/20
**shifted [1]** 593/2
**shifts [1]** 392/7
**shin [4]** 470/10 481/14
510/7 532/24
**shins [4]** 510/2 511/10
526/14 548/20
**shirt [5]** 441/23 445/9
449/16 449/16 450/18
**shirts [1]** 441/17
**short [7]** 386/25
415/19 415/20 442/19
443/3 511/16 543/9
**shorter [2]** 511/14
511/15
**shorthand [1]** 382/21
**shortly [1]** 554/16
**shot [6]** 493/7 501/17
501/24 506/13 506/14
599/25
**should [37]** 389/18
389/20 389/21 389/22
390/21 391/16 393/8
395/19 396/4 396/9
396/10 396/14 397/3
397/16 397/18 398/4
398/17 399/5 399/11
399/13 399/25 400/1
400/7 400/20 401/23
402/4 402/25 446/8
517/20 551/6 560/7
562/5 608/21 627/14
628/24 630/18 631/5
**shoulder [7]** 450/13
470/12 481/15 545/14
580/19 594/14 594/14
**shoulders [3]** 411/6
510/12 556/17
**shove [1]** 406/4
**shoved [1]** 532/25
**shoving [4]** 500/12
526/14 526/17 538/20
**show [46]** 387/7

416/23 419/12 421/24
422/3 428/5 435/3
435/8 436/18 436/25
439/8 443/22 446/1
451/15 451/22 455/19
458/1 460/25 476/11
484/17 486/10 503/20
505/24 506/20 507/19
508/1 523/20 527/23
529/14 530/20 533/11
537/9 542/7 562/1
570/18 570/23 571/9
576/24 577/1 577/20
581/13 583/19 583/22
584/4 590/17 606/11
**showed [8]** 407/16
408/19 463/22 464/9
464/19 486/7 608/15
609/3
**showing [24]** 422/7
433/8 433/16 435/16
439/21 440/1 444/6
447/6 458/9 477/2
501/15 501/19 524/4
528/5 529/17 533/21
537/12 540/16 542/14
571/2 573/15 584/8
584/11 584/19
**shown [35]** 419/16
419/18 423/6 424/5
425/4 426/1 428/8
435/7 436/3 439/12
443/24 444/9 446/4
447/3 447/11 456/10
456/22 456/24 458/4
461/2 463/18 483/17
507/3 523/23 528/2
533/14 533/23 574/10
603/22 603/23 604/3
606/4 606/6 609/1
609/3
**shows [2]** 387/2
394/17
**shut [2]** 545/13 553/17
**side [87]** 394/11
394/17 397/5 405/9
405/9 405/12 405/19
405/21 406/3 406/9
407/9 416/20 416/21
418/23 418/24 421/17
421/18 421/18 421/18
423/25 424/3 424/4
424/12 425/3 425/12
426/9 427/8 430/20

434/19 434/21 434/25
435/4 435/17 436/8
437/4 437/5 437/22
439/5 439/8 439/25
440/3 442/17 447/1
451/21 452/2 483/5
490/15 491/6 491/7
492/23 502/2 504/6
507/25 519/8 522/5
524/23 524/23 525/10
526/5 532/1 534/13
545/4 555/19 557/6
557/8 560/13 560/24
561/4 561/14 563/12
563/17 563/17 563/21
564/8 564/16 567/7
567/10 571/8 571/10
572/11 588/25 590/8
590/14 608/8
**Sidebar [2]** 618/12
619/3
**sides [1]** 581/9
**siding [1]** 572/9
**sights [1]** 553/8
**sign [5]** 423/2 423/4
423/14 426/9 490/16
**signage [5]** 404/19
421/23 421/25 424/23
490/15
**significant [1]** 546/10
**signs [3]** 404/24
422/12 554/25
**silent [2]** 487/3 487/4
**silently [1]** 403/10
**similar [7]** 556/17
556/21 599/1 599/17
599/21 600/15 607/19
**similarly [1]** 556/14
**simple [2]** 400/17
561/10
**simplest [1]** 561/11
**simultaneously [1]**
592/12
**since [7]** 409/3 418/17
434/18 465/9 606/25
613/3 629/13
**single [6]** 405/9
475/20 548/7 612/12
613/25 614/3
**sir [4]** 479/2 550/22
616/24 627/11
**sit [1]** 533/7
**site [1]** 546/20

**sites [1]** 398/7
**sits [2]** 410/25 556/23
**sitting [2]** 390/10
593/5
**situation [4]** 484/1
495/2 547/4 599/4
**situations [2]** 520/8
520/9
**six [1]** 570/24
**sizes [1]** 511/21
**sledge [1]** 586/21
**sleeve [1]** 567/25
**sleeves [1]** 441/24
**slightly [3]** 385/18
494/13 537/15
**slip [1]** 630/21
**slow [1]** 517/22
**small [8]** 512/25
526/21 554/12 564/9
570/5 570/6 584/14
592/19
**smaller [2]** 511/10
567/7
**Smart [1]** 402/2
**smearing [1]** 604/20
**snow [6]** 405/1 421/22
422/12 422/24 423/14
426/8
**so [246]** 385/15 385/24
388/2 388/18 390/8
393/23 398/20 399/5
399/21 400/1 401/15
402/13 402/17 403/1
406/21 412/19 412/20
414/22 415/22 416/11
417/8 420/10 420/13
421/14 427/2 427/3
429/16 429/19 430/2
439/18 448/14 450/19
451/10 452/9 452/11
462/7 462/10 462/12
463/10 463/16 467/6
468/8 469/1 469/9
469/14 469/19 470/9
470/20 470/23 471/2
471/4 471/7 471/9
471/9 472/4 473/10
473/19 473/22 474/13
475/22 480/24 481/9
482/11 482/23 483/16
483/16 485/12 485/17
485/21 487/13 487/15
488/14 488/16 488/24
489/6 491/22 492/5

**S**

**so... [169]** 492/6
493/18 494/1 494/3
494/10 495/14 495/18
496/21 496/25 497/1
500/4 504/21 507/18
508/4 509/4 513/24
514/23 517/18 521/14
522/4 522/5 522/13
522/18 527/18 533/5
533/6 540/4 540/10
541/19 542/3 543/14
545/6 545/9 545/13
548/2 548/16 549/17
551/19 552/8 552/15
552/23 553/13 553/17
553/25 554/10 555/3
555/18 555/22 556/2
556/9 556/10 556/16
556/18 556/20 557/3
557/7 557/7 557/12
557/22 558/7 558/21
559/2 559/13 559/24
560/8 560/8 560/11
560/22 560/25 561/2
561/12 561/16 562/9
562/17 563/16 564/4
564/10 564/15 565/22
567/22 570/4 571/6
571/8 572/19 577/9
577/14 577/19 578/6
578/11 578/23 579/6
579/9 579/15 579/16
579/17 579/22 581/10
582/21 582/23 583/1
584/3 584/12 584/16
584/17 584/19 586/12
586/17 588/17 588/23
591/1 592/7 592/14
592/15 592/15 592/17
592/20 592/24 593/5
593/8 593/11 593/24
594/1 596/17 596/25
597/18 598/8 598/10
598/12 598/17 599/4
599/17 599/18 599/22
600/12 600/22 601/7
601/11 601/21 602/15
603/7 606/4 606/11
607/18 608/1 608/15
608/24 610/17 615/23
616/19 616/22 616/25
617/10 617/13 618/22
620/14 620/21 621/2

621/12 624/19 626/7
626/8 628/4 628/8
628/16 629/5 629/17
629/21 629/21 630/18
**social [1]** 398/7
**SOD [1]** 567/24
**soft [1]** 481/23
**soldier [1]** 403/20
**sole [2]** 396/14 474/13
**solely [3]** 396/5 411/2
411/5
**solemnly [6]** 413/13
479/16 518/13 550/15
550/17 614/21
**solidarity [1]** 403/11
**some [85]** 388/19
388/24 390/23 390/24
400/5 404/17 404/24
405/24 410/10 416/8
417/23 421/24 426/8
434/21 435/3 441/3
441/6 441/7 441/7
441/8 441/8 441/9
442/17 443/22 446/1
446/24 451/8 451/22
455/19 464/12 465/14
466/24 467/25 469/5
469/24 472/24 474/21
475/9 475/23 481/23
482/17 486/2 490/18
490/19 498/8 499/2
509/6 511/23 512/5
515/18 521/16 521/22
523/15 523/20 524/18
524/18 528/25 533/11
550/13 556/25 559/2
559/16 560/18 561/22
563/16 567/11 575/10
579/13 586/1 588/4
590/11 590/14 596/7
596/7 599/9 604/8
604/13 604/14 607/12
607/12 611/15 615/25
620/20 621/12 622/3
**somebody [5]** 473/14
514/18 516/3 600/2
600/10
**somebody's [2]**
545/14 565/5
**somehow [1]** 396/12
**someone [18]** 390/19
398/10 399/4 399/25
402/6 402/10 407/22
479/11 493/4 495/22

497/1 538/25 567/12
570/4 570/11 600/7
622/5 624/11
**something [24]** 388/2
400/17 402/9 402/11
418/12 450/14 470/21
471/16 472/15 472/16
474/19 482/10 482/13
484/24 494/9 501/4
501/7 516/2 532/13
565/2 569/17 592/20
599/21 617/7
**Sometime [1]** 522/1
**sometimes [4]** 385/22
396/20 439/2 609/15
**somewhat [1]** 581/23
**somewhere [6]** 471/5
509/4 524/18 527/22
534/11 546/23
**soon [2]** 399/13
410/14
**sorry [21]** 414/1
438/23 452/11 467/4
468/16 487/25 495/16
499/9 502/9 505/1
528/21 530/18 533/6
534/17 541/13 544/25
545/1 545/1 550/16
603/25 625/24
**sort [15]** 463/15
466/14 467/1 470/14
475/21 511/10 523/15
528/25 543/16 543/18
593/3 600/20 608/11
609/14 617/10
**sound [6]** 468/14
468/16 468/17 488/4
586/3 612/24
**sounds [2]** 535/6
553/8
**source [1]** 608/3
**sources [1]** 401/3
**south [15]** 416/19
416/21 418/23 421/18
437/25 522/5 534/10
534/11 541/11 542/3
542/16 549/12 567/7
571/8 577/8
**southern [1]** 574/18
**southwest [2]** 418/9
540/5
**spanned [1]** 508/5
**sparring [1]** 598/21
**speak [7]** 390/21 462/7

497/14 583/25 617/2
620/17 629/22
**speaking [1]** 618/8
**special [12]** 468/20
469/4 469/6 471/20
480/16 480/20 614/18
615/10 615/11 615/16
626/18 627/17
**specialists [1]** 473/18
**specialized [2]** 471/10
480/15
**specialty [1]** 520/3
**specific [8]** 490/6
519/24 520/21 521/6
548/10 549/14 555/16
613/25
**specifically [7]** 411/18
453/8 470/5 503/17
540/20 548/1 612/11
**spectrum [1]** 597/5
**speculate [1]** 397/14
**sped [2]** 439/9 443/18
**sped-up [2]** 439/9
443/18
**speech [2]** 553/21
620/17
**speed [4]** 451/23
487/17 496/13 604/1
**spell [2]** 479/25 615/6
**spelled [2]** 480/2
480/3
**spent [2]** 409/20
469/24
**splashed [1]** 529/8
**spoke [2]** 419/11
625/14
**Spooner [1]** 579/10
**sports [1]** 556/17
**spray [26]** 500/15
500/23 500/24 501/5
508/17 512/9 512/11
512/13 512/23 513/10
515/21 515/25 545/9
545/13 572/20 572/21
588/1 588/15 588/19
588/22 593/17 604/14
604/14 611/15 611/16
611/16
**sprayed [10]** 406/25
501/7 526/8 526/16
545/11 548/11 559/19
559/21 587/25 604/15
**spraying [1]** 611/16
**sprays [1]** 586/18

# S

**spread [2]** 482/3 515/7
**squad [4]** 521/8 522/4 552/11 553/2
**square [3]** 418/22 428/24 511/16
**stab [1]** 600/2
**staff [2]** 439/2 474/12
**stage [40]** 405/12 405/12 405/14 406/18 425/14 425/23 427/4 431/7 432/19 434/25 435/4 436/2 436/8 436/19 437/4 438/12 438/20 440/1 441/6 443/12 447/15 454/4 454/19 468/9 468/14 468/16 468/17 468/24 540/19 545/6 545/15 570/7 574/18 577/8 578/10 578/12 582/2 584/19 591/5 610/6
**stages [1]** 468/8
**stain [1]** 604/8
**staircase [3]** 455/15 455/16 568/25
**stairs [4]** 431/15 545/5 545/15 570/10
**stairwell [7]** 564/9 570/5 570/9 577/12 577/13 577/16 577/17
**stamps [2]** 432/9 449/21
**stand [14]** 393/15 394/2 403/10 413/9 413/19 479/13 518/10 548/6 550/7 554/14 597/7 599/2 618/19 628/12
**standard [5]** 422/12 470/17 553/13 597/11 607/16
**standing [7]** 461/25 472/4 508/3 572/12 576/15 603/19 626/24
**stands [1]** 512/12
**start [21]** 386/21 388/2 388/5 389/3 401/20 482/1 487/18 489/25 538/2 540/4 545/19 553/5 553/25 561/8 575/24 622/15 627/14 627/16 627/25 628/16 629/6

**started [31]** 388/4 388/11 470/22 482/2 487/16 519/7 522/8 534/9 547/7 553/13 553/22 554/8 554/12 554/16 554/20 555/5 555/6 555/8 555/12 560/18 560/22 563/16 563/21 564/11 596/6 596/20 597/25 598/10 618/4 620/23 620/24
**starting [7]** 385/13 386/24 387/3 427/13 443/6 453/2 453/24
**starts [3]** 487/4 564/13 564/15
**state [7]** 395/4 413/24 414/4 479/25 595/3 595/5 615/6
**stated [3]** 617/1 620/12 624/6
**statement [6]** 393/4 393/5 393/7 393/12 397/2 596/18
**statements [6]** 393/4 393/8 393/12 394/13 394/15 396/9
**STATES [19]** 381/3 381/5 381/12 383/3 385/3 391/4 391/8 404/13 404/13 414/7 414/8 482/23 507/25 518/24 519/2 519/15 553/19 568/2 578/8
**station [2]** 485/8 612/2
**stationed [7]** 481/6 521/11 521/12 522/4 522/4 552/22 585/1
**stay [2]** 485/12 594/1
**stayed [1]** 463/7
**Ste [1]** 382/7
**steady [1]** 407/10
**Steal [2]** 403/11 410/3
**stenotype [1]** 382/21
**step [3]** 393/2 617/10 623/11
**stepped [5]** 479/4 517/15 550/4 614/14 627/13
**steps [4]** 407/2 578/13 610/7 610/12
**sternum [1]** 556/23
**stick [1]** 628/5
**still [34]** 385/15 460/15

460/18 460/20 477/12 481/23 496/9 497/12 501/17 501/24 503/14 505/4 506/12 506/14 529/21 536/6 540/18 542/15 547/9 549/17 562/11 564/24 568/23 569/18 573/6 581/24 582/1 587/9 587/17 588/13 590/2 591/1 593/10 628/12
**stipulate [1]** 401/22
**stipulation [1]** 401/24
**stood [2]** 392/22 553/2
**stop [8]** 403/11 410/3 466/16 483/8 522/11 532/14 561/7 622/14
**store [1]** 485/9
**stored [1]** 470/25
**storming [1]** 408/1
**straggly [2]** 580/21 585/24
**straight [2]** 558/23 593/8
**strains [1]** 499/7
**straps [3]** 475/22 599/18 599/20
**stream [2]** 467/10 469/17
**streaming [1]** 523/12
**street [23]** 381/20 382/7 382/10 416/14 416/18 416/19 416/21 418/9 418/24 418/25 430/20 553/3 553/3 553/5 553/18 555/5 555/12 555/12 560/3 561/13 588/23 593/21 599/11
**streets [1]** 598/9
**strenuous [1]** 602/1
**stress [2]** 400/6 402/4
**stretch [1]** 416/17
**stretching [3]** 561/14 570/6 576/14
**stricken [2]** 397/16 397/19
**strike [4]** 408/25 431/17 448/5 576/25
**strikes [2]** 407/1 586/20
**striking [2]** 514/18 526/16
**stripes [1]** 579/14

**strong [1]** 410/16
**struck [2]** 515/6 613/15
**structure [3]** 415/12 437/15 437/16
**stuck [1]** 508/12
**stuff [2]** 547/16 550/13
**style [1]** 600/16
**sub [1]** 385/25
**subject [1]** 417/12
**subjected [1]** 417/18
**submit [1]** 401/14
**submitted [3]** 397/22 397/23 401/19
**substance [2]** 604/13 604/18
**substantial [1]** 511/5
**substantive [1]** 628/24
**substitute [1]** 389/2
**successful [2]** 407/20 586/10
**successfully [1]** 557/17
**such [7]** 397/8 398/7 399/12 508/17 515/21 604/13 623/21
**suddenly [1]** 390/17
**suffered [1]** 516/10
**sufficient [1]** 492/7
**suggests [1]** 396/20
**suit [15]** 450/13 470/5 470/7 470/16 471/2 471/4 475/18 475/19 483/23 509/19 509/24 515/5 516/16 593/23 593/24
**Suite [1]** 382/10
**suited [1]** 450/21
**suits [4]** 450/20 470/21 471/12 472/5
**summaries [1]** 395/13
**summarized [1]** 391/17
**summer [1]** 622/17
**Summers [80]** 413/10 413/22 414/6 419/16 420/2 421/11 422/4 422/22 423/6 423/10 423/24 424/5 424/22 425/8 426/1 426/5 426/19 428/8 429/8 429/24 430/18 431/2 432/2 432/16 433/8 433/15 434/2 434/14

**S**

**Summers... [52]**
435/16 436/3 436/7
436/18 436/25 437/4
437/14 439/4 439/12
439/21 440/21 442/14
443/2 443/18 444/6
444/23 445/11 445/23
446/4 446/8 446/21
446/24 447/2 447/6
447/10 448/3 449/6
449/24 451/15 451/19
453/20 454/12 454/25
455/12 456/19 457/9
458/4 458/9 458/23
459/6 459/16 460/6
461/22 462/23 462/25
475/5 475/7 476/11
476/15 477/2 477/12
478/6
**supervisor [2]** 485/19
623/12
**supervisors [2]**
485/16 488/25
**support [2]** 394/12
524/19
**supposed [7]** 404/5
405/4 409/4 409/5
493/24 494/4 520/22
**suppression [2]**
480/17 551/20
**sure [32]** 398/12
403/15 414/6 415/14
420/18 420/19 427/13
428/14 468/18 469/8
469/23 471/4 472/14
492/11 493/8 517/23
523/13 524/15 526/20
526/22 540/9 559/7
568/11 580/8 582/7
597/19 597/21 600/5
613/3 624/17 628/6
630/4
**surge [1]** 453/2
**surged [1]** 453/24
**surveillance [4]** 409/7
427/17 427/19 523/17
**sustain [4]** 397/12
403/25 499/5 558/9
**sustained [5]** 478/4
491/18 500/1 532/22
613/17
**sustaining [1]** 406/14
**swear [6]** 413/13

479/16 518/13 550/15
550/17 614/21
**swearing [1]** 619/11
**swept [1]** 410/15
**swinging [2]** 586/25
611/13
**switch [1]** 606/21
**sworn [3]** 395/3
396/17 408/16
**swung [1]** 500/13
**system [3]** 396/1
418/11 606/22

**T**

**tab [1]** 556/22
**tackled [1]** 563/19
**tad [1]** 478/11
**tag [4]** 450/6 450/9
450/15 562/9
**tags [1]** 450/22
**take [33]** 386/6 389/10
389/12 389/16 389/21
390/1 390/3 395/16
396/9 398/12 410/4
419/2 443/15 456/6
462/7 462/11 476/25
483/10 485/5 485/6
509/3 509/6 525/17
543/25 553/8 572/14
577/11 586/23 589/6
601/7 613/21 629/24
631/1
**taken [11]** 390/8 424/1
567/9 567/12 576/21
577/18 581/11 623/11
625/3 625/6 628/20
**takes [2]** 484/2 593/19
**taking [3]** 386/25
389/13 488/24
**talk [11]** 397/24 398/3
398/21 398/23 399/25
400/4 400/6 402/12
476/10 572/14 619/6
**talked [9]** 425/23
445/11 451/20 515/5
516/5 529/11 573/17
619/7 621/9
**talking [12]** 402/5
431/24 458/24 465/23
467/4 467/7 473/7
478/15 484/4 540/10
607/1 619/22
**taser [2]** 556/6 556/6
**taught [1]** 414/18

**team [1]** 480/17
**tear [1]** 562/16
**technical [2]** 428/16
500/15
**teed [1]** 429/19
**telephone [2]** 617/16
617/19
**tell [25]** 398/11 398/15
398/16 400/3 412/3
441/11 449/20 453/20
478/12 493/8 524/7
536/17 538/12 549/6
557/14 559/11 563/3
566/11 566/14 573/20
589/16 590/9 590/10
628/14 630/23
**telling [5]** 400/2
602/18 625/21 625/22
625/25
**tells [1]** 407/22
**tendency [1]** 398/21
**tens [1]** 497/2
**Tenth [1]** 553/5
**term [3]** 400/18 500/3
521/9
**terms [3]** 490/15
500/15 512/13
**terrace [38]** 407/3
407/5 407/18 431/6
431/16 431/23 434/4
434/15 434/16 434/18
438/2 438/4 438/7
438/14 440/24 444/14
446/13 456/25 457/24
464/1 504/5 522/14
522/15 523/4 523/9
523/21 524/5 529/21
531/2 533/24 534/12
537/13 540/6 542/17
545/7 545/16 561/16
577/18
**testified [25]** 424/23
428/1 434/24 463/2
463/18 463/25 465/17
467/22 468/8 469/24
470/4 471/15 473/6
473/8 509/13 512/8
596/5 596/21 597/25
599/9 604/4 604/10
605/6 605/7 623/3
**testifies [1]** 630/20
**testify [7]** 411/13
468/23 500/4 616/13
630/4 630/9 630/12

**testifying [1]** 609/22
**testimony [30]** 389/14
390/19 395/9 395/12
395/14 396/18 396/23
396/23 404/24 411/8
411/20 413/13 420/6
462/14 465/25 467/23
470/2 478/25 479/16
517/10 518/13 549/24
550/15 550/17 601/2
614/9 614/21 618/22
627/9 630/12
**Texas [1]** 410/2
**text [2]** 622/4 622/4
**texts [1]** 409/9
**than [19]** 387/6 389/24
396/22 407/23 492/13
494/16 517/2 521/18
554/24 569/20 572/23
593/16 598/20 604/14
609/17 610/16 610/18
630/15 631/2
**thank [129]** 386/3
386/7 386/9 387/20
388/17 402/22 402/24
403/5 409/10 413/3
413/5 413/18 413/21
414/4 414/12 421/9
428/18 429/20 431/9
439/18 449/4 451/25
452/19 456/8 456/9
462/3 462/5 462/6
462/12 462/17 462/21
462/22 475/1 475/2
476/22 478/21 478/24
479/1 479/2 479/3
479/20 496/13 497/16
497/21 502/21 503/25
504/16 505/10 505/12
507/13 508/25 509/7
515/12 515/14 517/9
517/10 517/11 517/13
517/14 518/1 518/7
518/19 525/5 525/17
527/8 527/13 529/5
531/20 534/18 534/23
535/4 537/5 545/24
546/2 548/25 549/22
549/23 549/23 549/24
549/25 550/2 550/3
550/21 551/9 558/13
563/6 564/23 565/17
569/6 573/13 580/11
581/21 582/9 585/7

# T

**thank... [35]** 585/9
595/10 595/11 595/20
595/22 606/18 606/20
606/23 607/3 611/20
613/2 613/4 613/21
614/7 614/8 614/9
614/12 614/13 614/25
615/3 618/17 618/20
619/1 619/2 622/22
627/8 627/9 627/10
627/11 627/12 628/8
628/16 628/17 628/21
631/10
**Thanks [1]** 502/22
**that [983]**
**that's [86]** 386/11
402/11 403/2 403/14
408/7 419/20 430/5
436/2 437/17 438/14
439/2 439/5 447/11
467/5 469/4 470/16
470/17 471/20 472/1
474/11 474/19 474/25
485/1 487/15 503/25
510/24 512/8 512/14
517/23 519/20 526/6
529/21 535/14 539/2
540/19 541/14 545/25
546/21 548/4 548/17
549/17 556/22 557/10
558/19 561/8 562/15
570/7 571/8 572/15
574/20 579/23 583/2
584/18 588/2 593/18
596/1 596/9 596/12
596/19 597/4 597/24
598/2 599/12 601/3
601/10 603/10 603/11
603/13 603/18 603/21
604/25 605/2 606/23
607/18 608/9 609/1
610/1 611/19 620/24
622/11 625/19 626/10
626/22 630/4 631/2
631/4
**their [44]** 389/21
394/13 394/14 394/14
398/23 399/6 401/11
408/17 408/20 411/9
441/14 441/21 441/24
442/1 442/1 442/2
449/21 450/2 450/3
450/15 459/10 469/7

476/21 470/24 472/5
474/10 475/20 513/5
531/22 532/7 544/14
547/9 549/9 556/4
559/7 559/18 559/20
568/4 579/13 582/25
586/10 619/10 620/1
620/4
**them [81]** 386/1
389/13 389/14 390/3
393/15 397/9 398/14
398/15 398/16 399/5
399/7 399/17 403/1
403/1 403/21 425/3
430/5 441/9 442/1
450/17 451/10 451/11
470/25 472/13 473/15
475/21 483/7 483/8
490/18 490/19 491/5
493/4 497/2 498/8
504/23 505/8 505/18
511/17 515/25 515/25
516/1 522/10 522/11
522/12 527/24 532/14
532/16 549/10 552/19
553/15 554/22 555/1
559/8 559/9 559/18
559/23 560/4 560/17
560/23 561/2 562/14
567/12 586/22 586/23
586/24 588/5 588/5
598/21 598/24 601/7
607/11 607/18 608/1
608/2 608/4 608/4
610/9 620/25 628/12
628/13 628/21
**themselves [4]** 494/2
560/19 560/19 566/3
**then [93]** 387/3 394/11
397/15 398/20 401/14
401/20 401/25 415/18
415/20 416/2 416/3
419/20 430/23 431/19
449/1 451/12 456/6
462/10 475/22 481/15
482/12 483/3 485/19
498/9 499/8 520/13
520/19 522/10 523/15
524/17 525/11 535/15
536/2 538/21 539/23
543/1 544/5 545/6
545/11 545/16 547/14
549/14 551/22 551/25
552/12 552/24 553/21

554/2 554/15 556/10
557/5 557/12 563/20
563/24 564/12 564/21
567/6 568/1 569/23
571/18 571/24 573/18
575/9 576/1 577/16
582/24 584/14 584/14
586/12 586/13 586/19
589/6 590/20 592/10
592/21 593/25 597/11
598/6 600/25 619/6
620/8 620/16 620/17
620/19 621/11 627/24
628/1 628/4 629/5
629/7 629/13 630/2
630/20
**there [172]** 390/9
402/3 402/25 403/21
408/2 408/10 409/3
409/4 410/16 416/2
417/21 418/17 423/2
425/2 426/22 426/23
434/25 439/5 441/3
441/8 441/8 441/18
445/1 445/8 449/9
449/21 457/23 458/24
460/18 464/8 466/14
467/1 467/6 467/25
468/3 468/8 468/19
469/19 469/22 470/10
470/10 471/10 471/23
472/19 475/15 475/22
475/23 478/13 480/7
481/23 482/9 482/10
482/11 482/12 483/21
483/21 487/2 487/18
488/15 490/16 492/5
492/13 492/13 492/25
493/25 494/16 499/14
499/18 499/23 500/11
500/14 502/3 504/20
504/24 506/23 508/13
508/18 508/20 508/20
512/9 514/9 515/1
515/2 517/2 517/2
517/5 517/21 520/1
520/17 521/2 521/4
522/3 522/7 522/12
522/18 523/3 523/3
523/12 523/14 528/20
533/4 540/20 541/17
543/8 545/6 546/19
546/23 547/1 547/1
547/15 547/18 549/8

554/9 549/9 549/9
550/10 550/13
553/7 553/12 554/9
557/24 558/7 559/1
559/20 560/10 567/9
570/5 572/20 573/6
576/15 577/12 578/7
578/20 578/21 578/22
580/22 581/10 584/12
584/17 588/1 588/13
591/3 592/16 593/2
593/5 593/22 596/7
597/21 598/3 598/14
599/7 601/21 601/24
604/7 605/1 605/22
608/7 610/20 616/14
619/25 620/19 621/2
621/2 624/4 624/7
624/17 624/21 625/20
626/6 628/24 629/7
629/10 630/16 631/4
**there's [15]** 402/2
408/11 421/20 429/15
443/7 474/21 490/16
528/20 548/16 570/5
581/23 584/13 584/13
584/14 630/3
**thereafter [1]** 554/16
**therefore [2]** 390/13
400/12
**these [22]** 388/21
389/5 395/19 396/23
404/25 406/16 412/25
445/12 445/14 448/5
449/20 450/1 465/7
493/5 499/6 543/16
543/24 578/13 595/7
598/17 603/3 607/13
**they [141]** 389/11
389/19 393/9 394/15
396/24 397/10 399/15
399/16 399/16 400/22
400/23 403/21 404/25
405/14 407/16 407/25
410/9 410/22 410/22
411/3 411/17 427/24
432/7 440/24 441/2
441/17 441/21 441/23
448/9 450/12 450/14
450/14 450/16 450/17
450/18 451/11 451/12
454/1 465/2 469/4
469/9 469/14 469/15
470/21 470/24 471/1
471/1 471/9 471/11

**T**

**they... [92]** 471/17
471/21 472/12 472/15
472/16 473/8 473/12
474/10 475/23 491/24
493/19 493/23 498/8
498/24 509/19 509/20
510/14 511/9 511/21
512/2 520/12 522/21
522/22 526/3 526/13
526/16 530/7 532/5
532/8 535/7 545/5
545/15 549/14 553/17
553/24 554/18 554/21
555/11 559/7 559/11
559/11 559/13 559/16
559/21 559/21 560/7
560/12 560/17 560/18
564/4 566/11 567/6
567/9 567/19 568/2
568/3 568/6 568/9
568/13 579/12 579/12
579/16 579/22 581/11
585/23 586/23 590/10
592/9 595/5 595/7
598/19 601/20 607/10
607/10 607/13 607/18
608/1 608/3 608/3
609/11 609/13 609/23
611/4 612/18 612/20
620/3 620/4 620/19
620/21 620/25 628/19
628/19

**they're [14]** 389/19
399/23 450/19 451/10
451/10 478/11 530/15
549/9 549/16 562/13
569/14 570/12 571/22
628/12

**they've [3]** 567/12
590/11 590/12

**thick [3]** 410/15 511/1
554/11

**thicker [1]** 450/19

**thigh [1]** 481/14

**thighs [1]** 510/4

**thing [10]** 429/12
468/23 543/17 545/10
560/21 606/23 620/4
627/22 627/25 628/15

**things [20]** 395/19
416/8 420/10 441/19
463/11 469/7 491/8
491/23 508/16 526/8

586/22 596/8 596/14
596/21 597/25 603/8
610/25 620/23 629/22
631/5

**think [30]** 386/20
386/22 390/14 391/19
396/12 407/20 416/19
429/16 432/9 442/15
456/1 462/14 463/13
474/25 494/10 502/7
506/22 516/15 526/20
558/9 606/25 609/24
610/5 621/20 623/9
629/12 629/23 629/25
630/14 631/2

**thinking [4]** 386/23
543/19 629/5 629/21

**thinks [1]** 408/7

**third [3]** 416/18 416/18
519/20

**Thirteen [1]** 551/12

**this [377]**

**those [87]** 385/25
386/1 389/20 403/20
403/22 403/24 404/2
405/5 405/17 405/17
406/19 406/24 406/25
407/2 407/14 410/13
410/19 412/19 414/13
414/14 415/20 416/1
416/3 417/7 417/25
418/21 421/25 423/1
427/19 427/22 435/5
445/4 445/8 448/7
448/10 457/18 465/14
465/18 466/11 467/21
471/8 471/8 471/11
471/13 472/4 472/10
472/12 472/24 473/14
473/14 473/23 474/1
474/3 474/17 475/24
476/3 477/17 481/13
490/18 511/12 511/15
511/25 517/5 522/20
525/25 529/12 543/25
553/11 554/21 565/9
567/18 567/20 570/10
584/23 592/15 593/24
598/12 598/23 598/25
607/8 607/16 607/17
610/3 611/2 620/20
621/7 624/14

**though [3]** 386/23
486/7 512/25

**thought [2]** 385/13
549/13

**thousand [2]** 494/22
609/25

**thousands [11]** 410/9
523/3 532/13 536/14
547/1 548/8 554/6
554/7 581/6 581/12
609/21

**threat [2]** 619/24 620/5

**threats [1]** 625/11

**three [7]** 386/6 391/14
522/9 579/1 579/4
598/9 629/8

**threshold [2]** 584/17
590/12

**throng [1]** 410/12

**through [60]** 398/6
405/24 408/21 417/10
417/12 417/15 417/16
417/17 429/8 430/20
435/8 438/19 483/6
491/4 491/15 491/21
494/15 508/23 519/5
530/15 530/19 532/14
535/25 535/25 543/13
545/5 545/11 545/15
557/13 557/15 557/18
557/19 558/16 558/22
559/8 559/12 559/23
563/18 564/5 564/7
564/11 566/18 567/1
573/2 577/13 579/23
583/1 585/13 589/5
590/20 593/8 593/25
600/21 600/23 600/25
601/4 601/19 610/25
618/4 618/22

**through/breaking [1]**
535/25

**throughout [12]** 392/4
392/7 411/11 463/8
463/19 465/25 499/7
516/7 601/14 608/4
611/19 618/24

**throughs [1]** 563/16

**throw [2]** 547/23
611/11

**throwing [3]** 547/15
547/16 610/25

**thrown [4]** 472/9
500/11 526/8 586/17

**Thursday [2]** 630/20
630/21

**Tia [5]** 413/9 413/22
414/6 462/23 475/5

**till [4]** 462/9 485/12
499/14 580/24

**time [118]** 387/24
387/24 390/17 398/24
401/17 401/25 405/23
406/7 407/1 418/5
419/21 420/24 422/14
427/13 427/25 428/25
429/17 430/1 430/6
430/10 432/9 435/8
438/23 440/6 443/4
444/16 447/17 458/16
459/7 460/6 461/14
462/3 462/4 469/24
477/5 482/5 482/19
482/21 482/25 484/2
487/22 487/22 487/23
488/2 492/14 494/7
494/17 494/25 496/14
498/7 498/17 502/5
503/11 506/8 506/10
506/17 508/14 509/6
509/13 516/7 517/17
517/24 521/19 521/25
522/2 522/6 522/25
523/1 526/9 528/10
529/22 531/3 533/4
533/25 537/17 542/19
543/14 546/22 548/11
549/14 554/10 554/23
555/6 555/19 555/22
556/5 559/7 560/9
560/20 561/3 562/20
569/2 570/22 571/11
574/24 577/9 580/1
580/4 581/3 581/6
585/4 591/8 593/1
593/20 593/22 595/6
595/10 595/12 600/14
604/16 608/16 608/18
614/9 619/9 621/11
623/12 628/9 629/2

**timeframe [1]** 509/4

**times [16]** 391/14
400/10 402/13 420/6
422/11 423/13 428/1
488/19 516/16 545/11
576/6 576/8 581/10
613/10 613/13 617/23

**timestamp [21]** 432/20
433/16 434/5 440/21
440/22 442/14 444/10

# T

**timestamp... [14]**
452/5 452/22 453/21
454/12 455/1 458/12
460/7 506/7 524/7
524/8 527/5 563/4
565/19 566/23
**tinier [1]** 528/21
**tip [5]** 616/4 616/8
616/13 616/25 624/12
**tips [1]** 622/3
**tipster [1]** 624/6
**title [6]** 414/5 480/10
480/11 518/23 551/3
615/14
**today [16]** 408/3
410/25 461/1 484/15
520/6 533/7 548/2
549/24 556/14 597/7
604/3 614/9 627/10
628/9 628/11 631/5
**today's [2]** 407/23
631/2
**toe [1]** 470/13
**together [2]** 427/13
560/19
**told [5]** 391/2 402/9
482/24 561/2 623/3
**tomorrow [9]** 627/22
628/16 628/25 629/6
630/1 630/6 630/19
630/19 630/25
**tonight [1]** 543/20
**too [6]** 441/9 443/7
473/12 484/1 547/1
608/14
**took [7]** 389/8 406/21
413/19 479/13 556/10
602/15 626/2
**top [12]** 434/17 486/20
486/23 487/22 506/7
562/10 565/7 572/15
577/17 582/16 586/22
586/25
**torn [1]** 390/6
**totally [1]** 470/23
**touched [2]** 414/24
415/11
**tough [1]** 565/6
**tour [1]** 521/19
**toward [5]** 416/21
431/6 441/9 454/3
454/4
**towards [27]** 410/12

34/7 444/12 454/1
476/1 487/14 500/13
501/25 541/10 542/5
553/19 554/3 557/9
560/23 560/25 562/14
564/12 564/13 564/14
564/17 567/7 575/22
576/15 577/11 591/4
608/24 620/18
**tower [7]** 437/17
437/18 468/24 469/1
469/6 573/17 573/18
**traffic [1]** 553/20
**trained [6]** 471/8
480/23 480/24 500/22
500/23 501/4
**training [6]** 471/11
480/11 480/15 480/18
480/20 545/11
**trains [2]** 480/12
480/13
**traitors [2]** 491/24
507/18
**transcript [3]** 381/11
382/22 632/4
**transcription [1]**
382/22
**transcripts [1]** 395/13
**transfer [1]** 404/6
**transferred [1]** 519/11
**transmission [1]**
555/6
**transmitting [1]** 555/8
**travel [4]** 617/2 618/9
619/7 624/7
**traveled [2]** 410/7
620/12
**traveling [2]** 619/9
620/11
**treasonous [1]** 507/18
**treat [1]** 618/23
**treatment [1]** 395/25
**trial [32]** 381/11 388/9
388/12 388/25 389/3
389/11 390/4 390/15
390/17 391/19 391/23
392/4 392/8 392/18
393/2 394/24 395/1
396/6 396/25 397/1
400/13 411/16 411/19
411/23 412/8 413/1
413/14 550/18 602/13
602/16 603/25 614/22
**trial's [1]** 388/22

tried [6] 407/10 407/10
514/17 523/8 600/2
600/10
**triggered [1]** 404/12
**trouble [1]** 458/25
**true [2]** 624/9 632/4
**Trump [2]** 498/15
620/17
**truth [16]** 413/15
413/15 413/16 479/17
479/18 479/18 518/15
518/15 518/15 550/19
550/19 550/19 614/23
614/23 614/23 616/16
**try [13]** 399/25 500/6
502/21 526/11 532/21
560/19 566/3 577/15
577/16 586/23 588/25
592/13 617/7
**trying [30]** 406/4 408/1
416/19 425/3 457/20
466/16 488/14 508/2
508/4 523/13 523/13
523/15 530/15 530/19
531/25 532/14 532/18
532/23 548/17 549/15
549/16 561/12 564/5
564/6 566/3 583/1
592/22 601/18 611/16
630/14
**tunnel [48]** 407/7
407/9 434/4 438/14
455/17 455/20 458/10
460/15 472/19 578/7
578/16 578/19 579/22
580/1 581/4 581/5
581/7 581/8 582/2
582/22 583/1 583/3
583/17 583/20 584/13
586/18 587/25 588/18
591/16 592/4 592/14
595/1 595/4 608/7
608/13 608/17 608/19
608/20 608/22 608/23
609/6 611/1 611/1
611/5 611/17 613/25
614/1 614/4
**turn [6]** 399/15 403/1
485/6 534/18 612/24
630/2
**turned [5]** 405/8 554/9
556/10 558/25 578/11
**turns [2]** 399/22
406/15

turtle [17] 450/13
450/20 470/5 470/7
470/14 470/16 470/21
471/2 471/4 471/7
471/11 472/5 475/18
475/19 509/19 515/5
516/16
**TV [1]** 454/12
**Twenty [1]** 414/10
**Twenty-four [1]**
414/10
**twice [2]** 408/25
628/14
**Twitter [2]** 398/7 402/6
**two [33]** 403/24 404/2
410/7 410/11 415/15
420/7 481/9 487/4
487/17 511/9 520/18
522/9 557/19 558/17
558/22 558/23 559/1
559/15 559/15 573/10
576/8 578/8 584/13
590/20 592/15 593/22
597/1 598/8 613/13
629/7 629/9 629/7
630/15
**two-line [1]** 558/22
**type [13]** 441/15
449/12 450/16 468/19
499/18 515/25 567/23
585/23 604/14 605/11
607/23 621/12 623/24
**types [5]** 396/24
424/22 482/14 511/9
598/13

# U

**U-shape [1]** 405/18
**U.S [9]** 382/15 392/21
441/19 448/10 449/14
449/21 555/9 568/4
626/22
**U.S. [5]** 391/11 478/19
554/3 561/7 570/4
**U.S. Capitol [5]**
391/11 478/19 554/3
561/7 570/4
**Uh [1]** 572/16
**Uh-huh [1]** 572/16
**ultimately [2]** 522/25
617/25
**Um [1]** 541/11
**under [9]** 401/13
415/18 415/20 415/22

# U

**under... [5]** 415/23 415/24 416/2 466/13 629/15
**underneath [1]** 450/20
**understand [13]** 385/17 391/16 393/8 393/10 394/16 429/20 469/13 471/4 609/24 618/14 630/3 630/16 630/24
**understanding [2]** 557/10 580/4
**Understood [1]** 420/21
**undisputed [1]** 401/24
**unfair [1]** 400/24
**unfold [1]** 429/25
**unfolded [2]** 470/22 598/11
**Unfortunately [5]** 401/2 405/5 560/14 564/8 593/19
**unhappy [1]** 386/22
**uniform [18]** 441/21 445/13 448/15 450/5 450/8 450/15 482/4 482/25 484/13 493/4 521/7 521/11 521/15 521/18 556/22 557/2 559/23 593/8
**uniformed [2]** 415/16 521/1
**uniforms [14]** 441/14 441/15 445/4 445/7 445/12 445/12 448/12 469/25 493/5 555/11 559/18 593/25 594/1 597/7
**unique [1]** 487/2
**unison [1]** 610/8
**unit [23]** 470/24 471/10 480/23 481/7 481/8 481/9 481/10 482/17 495/1 519/20 519/25 520/2 520/3 520/3 520/7 520/10 551/23 552/7 552/8 566/1 579/6 597/1 597/2
**UNITED [19]** 381/3 381/5 381/12 383/3 385/3 391/4 391/8 404/13 404/13 414/7 414/8 482/23 507/25

518/24 519/2 519/15 553/18 568/1 578/8
**units [2]** 480/16 601/22
**unlawfully [2]** 391/9 391/10
**unless [1]** 392/4
**Unlike [1]** 488/4
**unlikely [2]** 399/25 630/22
**unsuccessful [1]** 407/15
**until [22]** 387/14 387/16 390/12 392/4 393/6 397/21 397/23 398/1 398/7 398/20 401/18 402/16 409/19 440/14 451/10 462/19 499/15 518/3 546/25 579/18 595/16 599/2
**unusual [4]** 553/25 596/18 596/20 596/22
**up [101]** 387/2 387/7 389/12 395/1 399/18 400/18 401/4 402/20 404/20 405/7 407/2 407/16 408/19 410/15 412/11 413/7 426/23 428/11 429/19 431/15 432/20 434/16 435/9 435/11 439/9 441/6 443/18 450/22 451/19 455/14 466/16 466/24 468/24 472/12 472/17 476/15 476/24 476/25 478/11 478/20 482/15 483/4 487/17 489/8 490/17 490/18 496/13 501/10 505/2 516/23 517/3 523/6 526/14 526/23 530/14 530/16 530/18 533/18 540/8 540/18 545/5 545/6 545/15 549/11 549/13 549/18 549/19 550/13 554/18 555/20 560/18 562/15 564/5 566/3 569/9 573/8 577/3 577/15 577/16 578/13 578/23 579/2 580/1 582/7 584/4 586/23 587/25 588/24 591/3 593/4 598/9 600/24 603/25 612/21 617/6

619/5 619/23 621/2 622/3 623/13 626/14
**uploaded [1]** 485/25
**uploads [1]** 485/8
**upper [9]** 431/15 431/23 434/15 434/18 438/7 496/21 510/10 534/12 577/18
**us [39]** 416/10 420/8 420/9 434/16 442/6 453/20 488/17 491/23 491/24 491/24 496/21 497/18 497/24 499/24 500/13 506/15 507/18 507/18 508/1 519/5 524/7 526/8 526/17 526/17 530/19 532/25 540/4 552/15 555/23 557/7 561/20 563/3 567/12 573/22 576/5 586/17 588/5 593/21 606/14
**USA [1]** 498/25
**USAO [1]** 381/19
**use [18]** 400/15 412/21 422/13 439/1 468/25 469/20 469/22 474/9 500/19 500/19 514/17 524/12 576/7 586/24 588/25 606/15 607/22 613/11
**used [14]** 391/14 412/2 412/6 412/6 412/12 438/15 438/21 438/24 509/20 512/9 514/23 526/6 574/20 608/1
**ushered [1]** 559/9
**using [9]** 400/18 405/16 408/24 495/13 508/1 516/24 564/10 586/25 588/5
**usual [3]** 554/9 596/6 598/1
**usually [3]** 416/14 470/23 540/20
**utilized [1]** 411/17

# V

**validity [1]** 409/22
**value [1]** 395/7
**van [1]** 483/10
**vans [3]** 483/4 488/14 552/25

vantage [2] 608/21 608/23
**various [12]** 441/3 469/25 472/9 480/19 483/4 491/23 499/23 500/12 508/16 519/9 559/16 582/21
**vary [1]** 441/23
**vast [1]** 490/2
**vehicle [2]** 487/14 519/9
**vein [1]** 621/18
**verbal [2]** 525/25 598/21
**verdict [5]** 390/5 394/10 395/24 396/14 398/8
**verdicts [1]** 413/3
**verify [2]** 624/9 624/10
**version [2]** 385/22 443/19
**versions [1]** 435/3
**versus [1]** 385/3
**very [29]** 386/3 386/22 389/8 395/11 398/13 399/25 402/4 407/22 413/11 419/21 442/6 471/13 478/24 479/9 515/13 517/17 517/18 518/11 549/1 560/10 568/16 595/12 616/19 626/12 628/13 628/13 629/16 630/20 631/4
**vest [6]** 521/17 556/18 556/20 557/2 567/24 599/20
**vests [1]** 599/19
**Vice [5]** 404/6 404/11 409/3 419/8 438/18
**vicinity [2]** 527/22 556/8
**video [230]** 404/24 404/25 405/24 406/1 406/13 406/23 412/8 428/2 428/5 428/12 429/15 429/23 430/6 430/7 430/9 430/14 430/24 431/3 431/10 431/21 432/1 432/12 433/2 433/6 433/13 433/21 433/25 434/12 440/15 440/19 440/23 440/25 441/13 442/10 442/21 443/4 444/1

## V

**video...** **[193]** 445/21
446/24 448/1 449/3
449/24 451/2 452/8
453/6 453/14 454/6
454/21 455/6 456/13
457/14 459/4 459/14
459/20 460/13 463/10
463/18 464/3 464/5
464/9 464/13 465/4
465/7 465/10 466/7
466/14 466/22 466/25
467/2 467/16 468/20
469/7 472/7 472/19
476/16 485/15 485/24
486/22 487/18 488/8
489/2 489/21 490/11
490/22 491/11 491/21
492/17 493/12 495/4
495/7 495/21 496/4
496/7 496/13 496/15
496/24 497/9 497/22
498/2 498/6 498/11
498/18 498/19 500/13
501/11 501/17 502/11
502/23 503/6 503/9
503/12 503/22 504/18
504/21 505/5 505/13
505/22 506/1 506/8
506/19 507/14 507/16
507/17 507/21 508/3
525/2 527/5 527/10
533/11 533/21 534/16
534/25 535/6 535/17
536/4 536/10 536/20
537/1 538/9 538/16
538/23 539/4 539/15
539/24 540/23 541/5
541/23 542/15 543/3
543/6 544/6 544/20
546/11 562/9 563/9
563/20 563/25 564/1
564/12 564/15 565/13
566/19 566/23 567/10
567/14 568/19 568/22
569/5 569/25 570/16
570/18 571/18 571/19
572/1 572/10 572/10
573/5 573/18 574/22
575/8 575/14 575/24
576/3 576/5 576/17
577/24 580/13 581/1
581/24 582/5 582/10
582/14 583/11 585/16

586/5 586/14 587/2
587/13 587/22 588/6
589/9 589/22 590/6
590/10 590/15 591/25
594/5 594/8 594/17
601/9 601/13 601/17
601/25 602/5 603/17
603/22 603/23 603/24
604/4 606/5 609/1
609/3 609/18 610/7
610/11 611/12 611/14
611/18 612/15 613/6
**videos** **[27]** 409/21
410/17 410/19 411/21
412/18 464/12 465/14
472/10 485/8 485/10
485/16 485/18 511/8
511/13 513/8 513/21
514/2 547/14 547/20
548/4 571/10 595/7
603/3 603/11 604/3
606/8 608/15
**view** **[6]** 400/19 425/13
428/24 436/8 436/19
439/25
**viewed** **[1]** 513/21
**viewing** **[1]** 432/6
**views** **[1]** 474/1
**violations** **[1]** 391/3
**violence** **[10]** 391/13
499/18 499/23 617/3
620/1 620/24 623/4
624/1 624/5 625/11
**violent** **[2]** 409/2 465/2
**VIPs** **[1]** 438/19
**Virginia** **[2]** 595/3
595/5
**visibility** **[8]** 482/11
552/25 553/7 596/24
597/6 597/10 597/18
599/2
**visible** **[5]** 405/20
450/22 483/17 597/5
597/18
**visit** **[2]** 417/6 417/9
**visiting** **[2]** 404/11
419/8
**visitor** **[1]** 417/8
**Visitor's** **[3]** 417/11
466/12 519/12
**visitors** **[1]** 416/8
**visor** **[4]** 510/20
510/22 511/1 572/15
**VLC** **[1]** 385/24

**volume** **[3]** 534/18
534/21 582/7
**votes** **[1]** 418/16
**vs** **[1]** 381/7

## W

**wait** **[1]** 393/6
**waiting** **[2]** 388/3
389/10
**waits** **[1]** 387/25
**waiving** **[1]** 572/11
**walk** **[10]** 399/15
412/18 417/4 417/15
417/16 417/17 519/5
541/10 554/15 620/21
**walk-through** **[2]**
417/16 417/17
**walked** **[6]** 399/20
410/11 426/22 557/12
578/23 620/18
**walking** **[10]** 455/13
489/13 491/4 520/7
541/21 542/2 553/18
554/25 556/9 605/1
**walks** **[1]** 399/23
**walkway** **[2]** 424/13
522/6
**walkways** **[1]** 426/10
**wall** **[7]** 460/10 545/5
570/6 574/22 589/14
590/2 590/9
**want** **[21]** 388/20
388/25 394/21 398/1
400/5 400/20 402/4
417/9 418/1 476/10
476/23 498/15 581/8
596/2 602/24 606/13
613/15 614/8 627/18
627/20 628/5
**wanted** **[5]** 385/13
387/21 403/15 429/13
630/24
**wanting** **[1]** 624/4
**wants** **[1]** 417/8
**warrants** **[1]** 480/19
**was** **[419]**
**wash** **[1]** 548/17
**Washington** **[19]**
381/7 381/17 381/20
382/16 403/9 403/14
403/18 410/8 553/15
597/14 612/6 615/23
617/2 618/11 619/7
619/9 620/12 623/13

**wasn't** **[11]** 404/17
452/25 466/8 501/20
559/13 559/15 593/22
609/9 611/12 611/13
611/15
**watch** **[11]** 415/7 415/8
445/18 452/10 476/16
496/4 502/22 539/9
541/20 573/3 620/2
**watched** **[5]** 508/3
566/21 566/25 612/15
612/17
**watching** **[14]** 409/21
429/25 430/5 430/9
430/18 435/12 438/17
449/17 452/25 453/1
554/5 567/15 572/8
585/25
**water** **[4]** 402/6 420/10
513/5 560/18
**watermark** **[1]** 478/14
**way** **[27]** 387/8 390/21
391/18 402/5 403/13
405/14 407/7 407/25
439/18 465/2 472/17
473/4 481/14 491/15
508/5 524/21 545/6
557/23 559/2 559/8
561/17 582/7 584/24
590/19 600/21 620/19
625/19
**ways** **[1]** 585/14
**we** **[503]**
**we'd** **[4]** 507/1 554/14
586/22 586/23
**we'll** **[17]** 390/24
401/20 429/19 431/19
448/4 451/1 456/6
462/8 462/10 505/21
509/5 517/25 575/9
589/6 627/25 628/4
631/11
**we're** **[84]** 386/22
415/19 428/16 429/8
429/10 431/2 431/11
435/11 437/15 437/21
442/8 447/3 447/14
449/2 449/4 451/4
458/5 459/2 462/12
487/21 488/9 488/12
488/14 488/15 489/6
489/22 490/2 490/3
491/4 493/16 493/18

**we're... [53]**  496/13
497/12 497/18 498/19
505/1 505/2 505/20
527/6 530/14 530/16
534/9 535/7 535/23
538/14 539/23 540/4
540/13 543/7 560/24
563/25 564/24 565/12
565/18 566/3 566/17
566/22 567/17 568/18
569/3 569/8 569/24
570/2 570/15 570/23
571/18 579/11 579/19
579/20 580/24 582/13
585/12 587/5 587/19
588/9 591/20 604/1
606/25 607/1 616/14
627/20 628/16 629/6
631/5

**we've [9]**  385/25 467/7
495/4 497/17 515/5
567/11 579/20 595/7
629/13

**weapon [5]**  408/24
411/18 411/22 411/25
412/5

**weapons [7]**  508/18
508/20 586/21 620/3
623/6 623/7 623/18

**wear [12]**  441/16
441/17 441/18 441/22
450/16 471/6 479/16
481/11 484/5 484/11
510/14 599/20

**wearing [47]**  412/14
445/16 448/20 449/7
450/11 470/1 470/21
472/5 482/3 483/14
483/25 484/4 484/21
493/6 509/16 509/24
512/6 515/21 516/6
516/20 521/6 521/14
528/24 530/7 531/18
532/5 535/20 536/23
541/1 546/15 548/3
549/9 556/20 562/14
565/10 566/11 568/13
570/12 570/13 571/22
580/17 582/17 593/17
594/13 597/6 597/7
600/22

**wears [1]**  484/24
**week [2]**  602/15

602/16

**weigh [1]**  395/9
**weight [1]**  395/7
**welcome [1]**  462/18
**well [30]**  386/19 395/7
404/5 413/11 414/23
415/3 416/7 417/5
417/18 430/11 430/12
431/7 442/2 460/18
469/24 479/9 481/17
484/9 513/21 518/11
546/7 560/13 596/2
598/24 600/24 603/22
604/13 605/11 624/14
629/16

**well-rounded [1]**
414/23

**went [12]**  427/14 468/2
483/6 508/10 553/2
555/4 555/18 560/17
598/9 600/23 620/15
620/16

**were [307]**
**weren't [8]**  465/9
483/25 522/11 547/2
547/8 559/15 560/10
563/11

**west [101]**  405/9
405/12 405/18 405/19
406/9 406/9 407/3
407/4 407/17 416/18
418/25 421/17 423/14
424/4 424/12 425/12
425/13 426/9 426/25
427/3 427/8 430/20
430/21 431/6 431/14
431/15 431/23 432/19
433/10 433/11 434/3
434/4 434/15 434/18
434/19 434/21 434/25
435/4 435/17 436/8
437/5 438/2 438/4
438/7 438/14 439/5
439/8 439/25 440/3
440/24 442/17 444/13
444/13 446/13 446/13
446/25 447/14 451/21
452/2 456/25 457/24
461/12 464/1 491/6
491/7 492/23 502/1
504/5 504/5 507/25
520/17 520/24 522/5
522/14 522/15 523/4
523/9 523/21 524/5

524/23 526/5 529/2
531/2 533/24 534/12
537/13 540/6 542/17
544/21 545/1 545/7
545/16 557/6 557/8
557/9 560/13 561/16
567/8 571/6 581/12
603/20

**western [1]**  434/7
**what [301]**
**what's [20]**  407/3
415/9 420/11 444/6
446/8 452/1 469/10
478/1 491/3 496/25
501/15 501/19 523/24
536/12 538/12 544/14
577/20 616/7 616/10
618/13

**whatever [5]**  390/8
478/12 588/25 611/17
627/20

**whatnot [2]**  521/17
532/23

**whatsoever [1]**  626/3
**when [92]**  385/22
388/5 389/8 390/4
391/1 392/20 392/22
392/24 393/17 393/19
394/5 394/10 396/24
397/5 398/12 398/19
399/20 401/15 407/16
408/4 416/15 420/7
438/2 438/17 449/17
451/1 458/24 459/16
465/23 470/23 471/16
472/10 472/19 473/19
475/19 475/25 478/15
485/4 487/3 487/16
493/23 496/4 500/22
502/2 512/23 514/6
515/6 519/7 519/13
520/21 522/3 522/15
523/4 523/10 527/21
530/16 532/9 532/17
532/22 549/9 549/14
549/19 554/4 556/6
558/16 558/20 558/25
559/11 561/5 561/10
561/24 574/17 579/4
579/7 579/18 579/22
579/25 581/10 586/11
600/20 600/23 601/5
601/10 601/20 603/11
603/11 607/25 608/23

612/17 620/23
620/24

**whenever [1]**  484/11
**where [89]**  395/23
399/9 399/19 404/20
405/14 406/6 407/3
416/12 416/16 418/21
428/23 430/19 431/5
431/17 432/2 434/2
438/7 438/17 438/18
440/23 441/2 447/13
450/17 466/23 467/15
469/4 471/5 474/11
478/9 482/21 483/5
483/9 484/17 488/15
488/17 489/9 490/3
492/21 493/19 493/23
493/24 502/19 508/2
508/2 508/9 508/14
520/15 524/13 527/21
530/11 544/16 544/16
552/22 555/21 555/23
557/10 559/1 560/18
561/16 564/14 566/5
571/9 571/9 573/19
577/11 578/16 578/24
579/15 579/17 579/19
581/8 585/1 597/2
597/12 597/12 597/12
601/13 601/17 603/19
605/3 605/4 607/7
608/3 610/18 612/2
612/3 615/10 631/3
631/3

**where's [1]**  597/15
**wherever [1]**  579/20
**whether [17]**  387/12
389/12 391/24 401/5
411/21 412/4 417/16
468/19 474/10 533/8
561/13 580/2 608/19
612/10 624/9 624/10
628/23

**which [38]**  386/21
392/1 392/12 394/6
395/11 395/21 400/11
412/6 412/12 414/22
417/13 418/9 418/23
433/19 450/13 485/9
500/23 506/13 506/21
521/9 523/24 526/21
552/24 553/6 553/23
563/17 563/22 564/19
570/2 578/25 585/5

**W**

**which... [7]** 585/20 588/2 588/10 589/19 593/21 612/5 619/13

**while [25]** 391/12 429/15 435/12 437/15 443/9 493/25 499/20 514/7 515/1 522/20 525/21 525/24 543/12 547/14 551/6 553/7 556/13 560/16 567/17 578/19 582/21 587/25 599/10 609/5 631/5

**white [56]** 441/17 445/8 445/17 448/20 449/8 449/16 449/16 464/14 464/22 465/13 465/22 465/24 466/19 467/6 467/12 467/18 476/7 476/16 477/13 477/19 495/23 502/16 503/2 503/13 505/5 505/16 506/3 507/9 513/7 514/3 520/13 530/8 532/6 535/21 536/24 538/3 538/5 538/11 539/10 541/2 541/10 544/15 547/21 548/3 566/12 566/13 568/14 569/15 572/4 574/6 574/21 602/5 603/5 604/5 604/23 612/5

**who [49]** 387/25 389/21 390/11 390/19 392/22 395/10 397/8 399/3 402/10 408/16 408/19 410/9 412/14 415/7 420/9 420/10 427/19 450/11 450/21 471/10 474/14 485/15 508/13 522/20 530/17 535/13 539/1 549/6 549/18 552/17 560/10 560/14 565/9 572/12 574/22 578/22 578/23 579/1 579/10 579/11 579/23 598/9 598/19 598/20 598/25 607/7 621/15 622/5 627/19

**who's [2]** 409/16 588/22

**whoever [4]** 386/4 546/24 579/20 600/5

**whole [11]** 413/15 479/18 481/11 483/23 497/1 499/7 518/15 522/18 543/14 550/19 614/23

**whom [2]** 398/22 478/18

**why [17]** 386/6 400/9 400/20 402/12 419/5 419/20 442/4 456/5 470/16 483/25 512/14 517/18 517/23 520/10 557/21 558/10 589/5

**will [76]** 388/24 388/25 389/2 389/6 389/7 389/25 390/1 390/2 390/5 390/7 390/10 390/11 390/24 391/23 392/18 392/18 393/3 393/10 393/13 393/14 394/2 394/3 394/8 394/11 394/19 395/13 395/15 396/23 398/13 400/12 403/17 403/24 404/23 407/6 409/10 410/16 410/18 410/20 410/23 411/14 411/16 411/24 412/3 412/7 412/13 412/18 412/22 413/1 413/3 413/14 413/15 419/18 419/20 460/25 471/1 479/17 479/17 518/14 518/14 550/18 579/10 592/17 592/20 592/22 614/17 614/22 614/22 618/23 628/1 628/19 628/19 629/18 629/24 629/25 630/2 631/1

**willing [1]** 627/20

**window [2]** 579/7 579/7

**windows [2]** 432/8 464/19

**Wing [2]** 432/4 467/11

**Winston [1]** 382/7

**Winston-Salem [1]** 382/7

**wise [1]** 485/6

**wish [3]** 389/11 390/8 398/20

**withdrawn [1]** 397/13

**within [16]** 387/2 402/16 405/2 414/15

**445/1 448/1 462/7 519/6 528/19 530/5 532/3 535/11 552/7 566/8 566/22 601/1

**without [5]** 398/4 593/5 593/24 603/3 616/20

**withstand [2]** 500/23 511/5

**witness [40]** 383/5 390/18 393/15 393/17 395/11 413/7 413/7 413/19 419/19 425/4 435/7 443/24 456/2 456/6 456/10 461/2 479/4 479/6 479/13 500/3 515/11 517/15 518/8 529/7 537/9 540/13 548/24 550/4 550/6 562/1 565/21 583/22 614/14 614/16 627/13 627/15 627/19 627/21 628/1 629/19

**witnessed [3]** 543/9 543/24 588/3

**witnesses [14]** 389/15 393/14 394/2 395/8 395/10 395/12 396/8 396/18 398/24 399/10 399/15 411/9 411/20 628/2

**witnessing [1]** 453/1

**wobbles [1]** 412/11

**woman [1]** 574/21

**won [1]** 620/14

**wood [3]** 578/14 591/2 591/3

**word [3]** 407/23 500/2 526/6

**words [8]** 401/20 407/21 409/9 474/7 498/9 499/17 616/20 624/12

**work [18]** 388/10 420/16 468/5 468/19 471/16 471/17 484/23 485/4 519/8 545/18 545/20 585/13 590/19 591/3 600/20 615/10 615/17 621/7

**worked [5]** 404/14 414/19 480/7 519/12 553/15

**working [6]** 481/1

532/5 562/18 594/3 615/20 622/14

**works [1]** 419/18

**worn [15]** 409/8 484/5 484/7 484/23 485/5 485/22 486/3 486/19 486/22 487/2 556/1 556/2 556/8 562/9 566/23

**worried [1]** 508/20

**worse [1]** 579/8

**worst [1]** 545/10

**worth [1]** 464/3

**would [132]** 385/18 386/5 386/13 388/19 388/20 394/6 400/25 415/22 417/12 417/15 419/13 420/18 421/25 422/23 423/25 428/5 428/11 428/14 431/17 435/4 437/21 437/24 438/11 438/21 438/24 439/1 439/9 439/15 443/19 446/2 448/14 448/17 450/8 451/23 452/9 452/14 455/16 455/20 458/2 462/1 462/9 465/1 472/24 474/12 476/25 479/11 486/10 487/5 487/13 491/20 492/1 499/22 502/5 506/23 506/25 511/3 515/24 516/2 518/22 520/7 520/21 521/15 523/21 524/23 526/13 527/18 527/24 528/10 529/22 531/3 532/19 533/11 534/12 544/18 545/1 552/7 552/10 554/15 556/11 556/13 558/10 558/21 560/2 560/23 561/20 561/20 562/20 570/19 570/21 571/11 572/21 572/23 578/12 580/6 582/22 582/23 583/20 583/21 586/21 586/21 588/24 588/25 593/16 596/18 599/24 600/3 600/6 600/8 600/10 600/12 600/16 604/23 605/18 606/11 606/13 607/4 607/18 608/24 609/19 609/21 609/23

**W**

**would... [11]** 610/6
613/15 623/24 623/25
624/19 624/24 630/5
630/6 630/7 630/8
630/17
**wouldn't [4]** 473/22
547/8 599/22 624/13
**wound [2]** 599/22
599/24
**write [2]** 390/8 398/5
**written [3]** 421/15
441/25 629/14
**wrong [4]** 401/4
517/22 624/12 624/13

**X**

**x-ray [1]** 417/15

**Y**

**yeah [46]** 467/3 469/23
476/2 476/24 480/23
515/1 531/19 541/13
554/10 556/2 556/16
557/7 557/12 558/7
560/8 563/15 565/4
567/6 568/16 569/18
569/22 570/13 571/23
572/6 572/9 572/24
574/19 576/14 577/14
580/18 582/1 586/12
586/19 586/24 588/1
588/23 591/1 593/24
595/2 598/8 599/5
599/20 600/12 600/22
609/3 629/10
**year [1]** 385/3
**years [12]** 414/10
414/14 449/25 479/1
480/8 519/3 519/4
551/12 551/17 552/12
596/11 615/13
**yelled [2]** 498/10 526/9
**yelling [4]** 491/23
497/24 498/15 507/17
**yellow [2]** 441/24
441/24
**yes [407]**
**yesterday [5]** 387/22
392/22 606/24 628/14
629/13
**yet [7]** 490/7 494/15
534/21 574/17 580/8
616/14 630/5

**York [1]** 381/17
**you [1341]**
**you'll [15]** 389/16
404/7 404/10 404/19
404/24 404/24 411/23
412/8 412/10 412/12
412/16 412/17 412/17
500/2 564/15
**you're [36]** 404/21
407/20 414/13 416/15
419/20 438/17 441/21
462/13 462/18 467/3
470/14 484/11 485/12
491/6 508/10 509/24
515/6 526/10 532/14
540/7 540/10 546/13
556/13 561/13 561/13
578/5 581/3 586/11
592/4 592/7 592/15
592/25 593/5 606/19
625/3 628/9
**you've [17]** 390/9
394/23 398/1 398/14
398/15 398/16 402/13
415/11 427/25 427/25
472/10 513/21 516/5
519/6 596/10 622/7
628/20
**your [315]**
**Your Honor [92]** 385/2
385/7 385/10 385/20
386/14 387/9 387/10
387/19 388/14 388/16
402/19 402/23 413/8
413/21 419/23 421/2
421/4 423/15 423/18
426/11 428/25 429/18
439/13 440/6 444/15
446/14 447/17 452/19
456/3 457/1 458/15
461/14 462/22 475/3
477/6 477/25 478/23
479/12 487/5 502/5
504/9 504/16 507/2
509/7 515/11 515/13
517/8 518/5 518/9
518/19 527/1 528/10
529/22 531/3 533/25
537/17 542/19 546/2
548/24 549/1 550/2
550/12 558/13 562/20
570/22 571/11 573/23
574/24 577/5 590/19
591/7 595/22 602/20

602/23 606/1 606/12
607/3 611/22 614/17
615/3 616/8 626/12
627/16 628/3 629/2
629/4 630/7 630/10
630/15 631/7 631/8
631/9
**yourself [14]** 399/8
417/12 463/15 499/3
503/9 504/24 518/23
529/1 529/3 530/9
531/11 531/14 543/5
551/3
**yourselves [3]** 385/6
388/22 390/14

**Z**

**zero [5]** 488/21 488/22
624/19 624/20 624/21
**zoom [4]** 453/12
473/12 473/15 474/7
**zooming [1]** 474/18