**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA,

              Plaintiff,

      vs.

DAVID JOSEPH GEITZEN,

              Defendant.
_____/

Criminal Action
No. 1:22-116

Washington, DC
August 30, 2023

8:59 a.m.


TRANSCRIPT OF JURY TRIAL - DAY 3
**BEFORE THE HONORABLE CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE

APPEARANCES:
**For the Plaintiff:**      **Elizabeth Eriksen**
                       DOJ-CRM
                       1301 New York Avenue, 8th Floor
                       Washington, DC 20005
                       202-616-4385

                       **Rebekah Lederer**
                       USAO Criminal
                       601 D Street NW
                       Washington, DC 20001
                       202-252-7012

APPEARANCES CONTINUED:


**For the Defendant:**          **Lisa S. Costner**
                                FEDERAL PUBLIC DEFENDERS OFC MDNC
                                251 North Main Street, Ste 849
                                Winston-Salem, NC 27101
                                336-631-5172

                                **Ira Knight**
                                FEDERAL PUBLIC DEFENDERS OFFICE
                                301 North Elm Street, Suite 410
                                Greensboro, NC 27401
                                336-333-5455




**Reported By:**                **LORRAINE T. HERMAN, RPR, CRC**
                                Official Court Reporter
                                U.S. District & Bankruptcy Courts
                                333 Constitution Avenue NW
                                Washington, DC 20001
                                lorraine_herman@dcd.uscourts.gov




*** Proceedings recorded by stenotype shorthand.

*** Transcript produced by computer-aided transcription.

<h1 style="text-align:center"><u>I N D E X</u></h1>

**WITNESS**                                                     **PAGE**

LANELLE HAWA

    Direct Examination by Ms. Lederer              693
    Cross-Examination by Mr. Knight                712


JESSE DODSON

    Direct Examination by Ms. Eriksen              716
    Cross-Examination by Mr. Knight                729


CRAIG NOYES

    Direct Examination by Ms. Eriksen              732
    Cross-Examination by Ms. Costner               770
    Redirect Examination by Ms. Eriksen            781


DAVID GEITZEN

    Direct Examination by Mr. Knight               792
    Cross-Examination by Ms. Lederer               810


**CLOSINGS & INSTRUCTIONS**                                **PAGE**

By The Court                                                   871

By Ms. Eriksen                                                 898

By Mr. Knight                                                  912

By Ms. Lederer                                                 927

By The Court                                                   930

**E X H I B I T S**

<u>**EXHIBIT**</u>                                                          <u>**PAGE**</u>

```
Government's No. 201     Admitted into Evidence     699
Government's No. 202     Admitted into Evidence     701
Government's No. 203     Admitted into Evidence     708
Government's No. 606     Admitted into Evidence     722
Government's No. 605     Admitted into Evidence     724
Government's No. 602     Admitted into Evidence     725
Government's No. 603     Admitted into Evidence     725
Government's No. 604     Admitted into Evidence     725
Government's No. 535     Admitted into Evidence     738
Government's No. 532     Admitted into Evidence     742
Government's No. 804     Admitted into Evidence     743
Government's No. 801     Admitted into Evidence     745
Government's No. 804.2   Admitted into Evidence     747
Government's No. 803     Admitted into Evidence     748
Government's No. 803.1   Admitted into Evidence     749
Government's No. 805     Admitted into Evidence     750
Government's No. 805.1   Admitted into Evidence     751
Government's No. 802     Admitted into Evidence     752
Government's No. 703     Admitted into Evidence     755
Government's No. 702     Admitted into Evidence     758
Government's No. 702.1   Admitted into Evidence     760
Government's No. 702.2   Admitted into Evidence     760
Government's No. 702.3   Admitted into Evidence     760
Government's No. 702.4   Admitted into Evidence     760
Government's No. 702.5   Admitted into Evidence     760
Government's No. 702.7   Admitted into Evidence     760
Government's No. 702.8   Admitted into Evidence     760
Government's No. 806     Admitted into Evidence     783
Government's No. 807     Admitted into Evidence     784
```

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Good morning, Your Honor.  This is

3    criminal case year 2022-116, *United States of America versus*

4    *David Joseph Geitzen.*

5          Counsel, please come forward and introduce

6    yourselves for the record beginning with the government.

7          **MS. ERIKSEN:**  Good morning, Your Honor.  Elizabeth

8    Eriksen and Rebekah Lederer for the United States.

9          **THE COURT:**  Good morning, everyone.

10         Mr. Knight, good morning.

11         **MR. KNIGHT:**  Good morning, Your Honor.  Ira Knight

12   and Lisa Costner for the defendant.

13         **THE COURT:**  Good morning, everyone.

14         From my perspective, I just wanted to mention

15   where things stand with respect to instructions and -- final

16   instructions and the verdict form and, also, an assumption

17   I've been making but I want to discuss it with the parties

18   to make sure nobody has a different view.

19         My practice with respect to final instructions is

20   to give most of the instructions before closings, especially

21   the elements of the offense so then the parties can have the

22   jury, with those elements in mind, do their closings and

23   perhaps refer to the elements should the parties wish.

24         It's my general practice.  It seems to be what

25   most lawyers like to do.  So my plan had been to do that,

1    but if the parties would like me to do something else, I'm

2    open to it.  I don't think there is any hard and fast rule

3    about that.

4           **MS. ERIKSEN:**  I like that approach as well,

5    Your Honor.  I think that works for us.

6           **THE COURT:**  Okay.  Does that work for --

7           **MR. KNIGHT:**  I am comfortable with that as well.

8           **THE COURT:**  Okay.  So just as to the instructions

9    themselves, we've sent, from the Nichols' chamber email

10   address, my take on the final instructions.  So you should

11   all have that.  I'm going to, at some point today, when we

12   are close to done or perhaps done with the evidence and

13   we're about to start instructions and closing, I'll give the

14   parties an opportunity to raise any concerns they have about

15   the instructions, to state objections for the record, make

16   sure everything is preserved.

17          And obviously, if nothing is said, we'll just use

18   them.  Substantively, I don't believe they're any different

19   than anything I've previously circulated.  They're in

20   slightly different order because I have moved behind the

21   substantive -- well, the --

22          Just as you review them, there's a series of basic

23   instructions.  Then there's the substantive instructions

24   about the charges here, and then there are a few

25   instructions at the end that I would intend to do after

1    closings, basically just about how they should deliberate.

2    That's how it's structured.

3              But in terms of the elements of the offenses here,

4    it hasn't changed from the prior version that was

5    circulated.

6              And then, as to the verdict form, I'm still

7    working on that, but I will circulate that this morning as

8    well.  Obviously, that can be finalized when we send the

9    jury back.  It doesn't have to be before closings, but I had

10   hoped to do that before then as well.

11             Any other topics, either party would like to

12   raise, before we start with the government's next witness?

13   Does the government have anything?

14        **MS. ERIKSEN:**  No, Your Honor.

15        **THE COURT:**  Defendant?

16        **MR. KNIGHT:**  Nothing from the defendant.

17        **THE COURT:**  Terrific.

18             Ms. Moore, could you please bring the jury in.

19        (Jury entered the courtroom.)

20        **THE COURT:**  Good morning, everyone.

21        **JURORS:**  Good morning.

22        **THE COURT:**  I hope you had a nice night.

23             The government may call its next witness, please.

24        **MS. LEDERER:**  Thank you, Your Honor.

25             Your Honor, the government calls to the stand,

1    Lanelle Hawa.

2              **THE COURT:**  Very well.

3         (Witness took the stand.)

4              **DEPUTY CLERK:**  Please raise your right hand.

5              Do you solemnly swear or affirm that the testimony

6    you will give the Court in the case now in trial will be the

7    truth, the whole truth and nothing but the truth?

8              **THE WITNESS:**  Yes.

9              **DEPUTY CLERK:**  Thank you.  Please be seated.

10             **THE COURT:**  Good morning.

11             **THE WITNESS:**  Good morning.

12             **DIRECT EXAMINATION OF LANELLE HAWA**

13   **BY MS. LEDERER:**

14        **Q.**   Good morning, if you could please state your name

15   and your title for the jury?

16        **A.**   Good morning, Lanelle Hawa and I'm an inspector.

17        **Q.**   Who are you an inspector with?

18        **A.**   The United States Secret Service.

19        **Q.**   Inspector Hawa, how long have you been with the

20   United States Secret Service?

21        **A.**   Twenty-five years.

22        **Q.**   Over the course of your 25 years of service, what

23   different divisions have you served in within the Secret

24   Service?

25        **A.**   I've served at the Washington field office, the

                  LANELLE HAWA - Direct by Ms. Lederer

1    President's detail with President Bush.  I was an instructor

2    out at our training facility.  I was in the investigative

3    support division.  I was in the liaison division and

4    currently in the inspection division.

5        **Q.**   What branch is the Secret Service under?

6        **A.**   Executive.

7        **Q.**   And with the Secret Service you said that you were

8    previously in the liaison division.  Back in January of 2021

9    what division were you in?

10        **A.**   The liaison division.

11        **Q.**   What does the liaison division do?

12        **A.**   Pretty much what the name insinuates, we work with

13    our partners here in the National Capitol region at

14    different federal agencies and entities and help coordinate

15    any visits of our protectees to those facilities.

16        **Q.**   What type of people would be considered a

17    protectee?

18        **A.**   Presidents, vice presidents, former presidents,

19    heads of state that come to the United States.  We protect

20    those individuals.

21        **Q.**   And the overall mission of the Secret Service,

22    what is that?

23        **A.**   We protect some of the nation's highest leaders,

24    again, president, vice president, former presidents,

25    visiting heads of state, family members, and we also protect

                 LANELLE HAWA - Direct by Ms. Lederer

1    the financial infrastructure of the United States.

2         Q.    Were you working with the liaison division back on

3    January 6th, 2021?

4         A.    Yes.

5         Q.    What was your specific assignment on January 6th,

6    2021?

7         A.    I was assigned as the site supervisor for Vice

8    President Pence's visit to the Capitol.

9         Q.    When you say "site", would you be referring to the

10   Capitol of the United States?

11        A.    Yes.

12        Q.    Is that where you were specifically detailed and

13   would coordinate visits with the Vice President's detail?

14        A.    Yes.

15        Q.    Did any work have to go into coordinating the

16   visit of Mike Pence to the Capitol?

17        A.    Yes.

18        Q.    What had to go into coordinating that visit?

19        A.    So typically, when we have a visit, we will

20   coordinate specific details with our counterparts of the

21   Capitol Police, U.S. Capitol Police, and individuals who

22   work with the Senate sergeant of arms or the House sergeant

23   of arms offices, and then any of the agents assigned to the

24   details that would be visiting the Capitol.

25        Q.    In part, in laying groundwork for the former Vice

                    LANELLE HAWA - Direct by Ms. Lederer

1   President's visit, would a security perimeter have to be

2   established?

3        A.   Given the event, yes, a security perimeter was set

4   at the Capitol.

5        Q.   When you say "given the event", what was scheduled

6   to occur on January 6, 2021?

7        A.   The certification of the electoral college votes.

8        Q.   That security perimeter that was established

9   because of January 6, 2021, did the Secret Service work in

10  tandem with the Capitol Police to establish that perimeter?

11       A.   Yes.

12       Q.   If I were to show you a map of the perimeter,

13  would you recognize it?

14       A.   Yes.

15            MS. LEDERER:   If I may have the Inspector shown

16  Exhibit 104.

17            MS. RIVES:   [Complied]

18            THE COURT:   104 has already been admitted, so it

19  may be published to the jury.

20            MS. LEDERER:   Thank you, Your Honor.

21  BY MS. LEDERER:

22       Q.   Inspector Hawa, do you recognize the map in

23  Exhibit 104?

24       A.   I do.

25       Q.   And do you recognize the perimeter that is

                 LANELLE HAWA - Direct by Ms. Lederer

1    outlined in Exhibit 104?

2         **A.**   I do.

3              **THE COURT:**  One second.  Counsel?

4              **MR. KNIGHT:**  Our monitor is not working.

5              **THE COURT:**  Okay.  We'll see if we can fix it.  My

6    apologies for that.

7         (Brief pause.)

8              **THE COURT:**  I'm afraid we need to take a recess.

9    Defense counsel does need to have that monitor.  It's not

10   working.  We need to get somebody up here to look at it.  My

11   apologies.  Best laid plans to start -- let's go into recess

12   and just try to get that fixed as fast as we can.  Okay?

13             **DEPUTY CLERK:**  All rise.

14        (Jury exited the courtroom.)

15        (Recess at 9:12 a.m. until 9:25 a.m.)

16        (Jury entered the courtroom.)

17             **DEPUTY CLERK:**  Your Honor, we are now back on

18   the -- I apologize.  Let's wait for the witness to approach

19   the bench.

20             You may be seated.  We are now back on the record.

21             **THE COURT:**  You may proceed.

22             **MS. LEDERER:**  Thank you, Your Honor.

23             If I may have Exhibit 104 brought up on screen.

24   **BY MS. LEDERER:**

25        **Q.**   Inspector Hawa, I believe I had been asking you

              LANELLE HAWA - Direct by Ms. Lederer

1    about the red line on the map.  Does that accurately depict

2    the perimeter that was established for January 6, 2021?

3          **A.**   Yes, it does.

4          **Q.**   That perimeter, was that established in

5    conjunction with the Secret Service but also Capitol Police?

6          **A.**   That's correct.

7          **Q.**   In addition to having to set up a physical

8    boundary for January 6 to ensure the protection of the Vice

9    President, would you or fellow members of the Secret Service

10   have outlined his visit to the Capitol to account for his

11   movements that day?

12         **A.**   Yes.

13         **Q.**   How would you have done that?

14         **A.**   We typically will send, what we refer to as, a

15   head of state notification and then email the form that we

16   fill out and send that to our counterparts in Capitol Police

17   and members of the Senate and House of sergeant of arms

18   offices, as well as agents assigned to the detail.

19              On that sheet, we basically outline movements,

20   times, individuals who would be involved in a visit,

21   movements where the protectee might be going inside of the

22   Capitol.

23         **Q.**   Did you actually prepare one of those forms in

24   advance of January 6, 2021?

25         **A.**   Yes, I did.

                    LANELLE HAWA - Direct by Ms. Lederer

1      **Q.**   If I were to show you the form and the

2   accompanying email, would you recognize it?

3      **A.**   Yes.

4         **MS. LEDERER:**  If I may have Inspector Hawa shown

5   Exhibit 201, please.

6         **MS. RIVES:**  [Complied]

7   **BY MS. LEDERER:**

8      **Q.**   Inspector Hawa, can you see 201 on your screen?

9      **A.**   Yes, I can.

10     **Q.**   Do you recognize this to be the email that you

11   prepared in advance of the Vice President's visit on

12   January 6, 2021?

13     **A.**   Yes.

14        **MS. LEDERER:**  Your Honor, at this time I would

15   move to admit Exhibit 201 into evidence.

16        **MR. KNIGHT:**  No objection.

17        **THE COURT:**  Exhibit 201 is admitted and may be

18   published.

19        (Government's Exhibit 201 was received.)

20        **DEPUTY CLERK:**  [Complied]

21   **BY MS. LEDERER:**

22     **Q.**   Now, Inspector Hawa, looking at 201, in addition

23   to the Vice President visiting on January 6, 2021, was

24   anyone else in his family scheduled to visit along with him?

25     **A.**   Yes.

                 LANELLE HAWA - Direct by Ms. Lederer

1    **Q.**   Who?

2    **A.**   The Second Lady and their daughter Charlotte.

3    **Q.**   Are they also protectees of the United States

4    Secret Service?

5    **A.**   Yes.

6    **Q.**   Now if I could -- well, I'll ask you one more

7    question at the top.  I know the names are redacted but when

8    you said you would have sent the form around to your law

9    enforcement counterparts, are they CC'd on this email?

10   **A.**   Yes, they are.

11         **MS. LEDERER:**  If I may show Inspector Hawa

12   Exhibit 202, please.

13         **MS. RIVES:**  [Complied]

14   **BY MS. LEDERER:**

15   **Q.**   Inspector Hawa, can you see 202 on your screen?

16   **A.**   Yes, I can.

17   **Q.**   Is 202 the Head of State worksheet that you

18   prepared for January 6, 2021 that would have been attached

19   to the email in 201?

20   **A.**   Yes, it is.

21         **MS. LEDERER:**  If I may admit 202 at this time,

22   Your Honor.

23         **MR. KNIGHT:**  No objection.

24         **THE COURT:**  Government's 202 is admitted and it

25   may be published to the jury.

                    LANELLE HAWA - Direct by Ms. Lederer

1          (Government's Exhibit 202 was received.)

2              **DEPUTY CLERK:**  [Complied]

3      **BY MS. LEDERER:**

4          **Q.**   Inspector Hawa, looking at the top of 202, does

5      this worksheet list the intended visitors to the Capitol,

6      that being former Vice President Mike Pence and his family?

7          **A.**   Yes, it does.

8          **Q.**   Where was the Vice President to start his morning?

9      Is that located on this sheet?

10         **A.**   Yes.  So the Vice President was due to arrive at

11     the Senate Carriage on the Senate side of the main Capitol

12     building.  He would then proceed to his office, which is

13     noted as S-214, which is on the second floor, the Senate

14     side.

15             And then from his office, he would move over to

16     the Senate chamber and then there would be some

17     back-and-forth between the Senate and the House chambers

18     throughout the day.

19         **Q.**   And this worksheet here, this was supposed to be

20     the intended schedule of January 6, 2021?

21         **A.**   That is correct.

22         **Q.**   Now, on January 6, 2021, did the Vice President

23     arrive to the Capitol as scheduled?

24         **A.**   Yes, he did.

25         **Q.**   And was that approximately around the time that

                   LANELLE HAWA - Direct by Ms. Lederer

1    was scheduled on the sheet?

2         **A.**    Yes.

3         **Q.**    Where were you when the Vice President arrived at

4    the Capitol?

5         **A.**    I met the motorcade at the Senate Carriage.

6         **Q.**    Where is the Senate Carriage located at the

7    Capitol?

8         **A.**    It's on the Senate side, which is on the northeast

9    side of the Capitol building.

10        **Q.**    When he arrived, what -- did his family actually

11   come with him as intended?

12        **A.**    Yes, the Second Lady was with him as was their

13   daughter Charlotte.

14        **Q.**    Upon the former Vice President's arrival, did you

15   then continue to work through the intended schedule and to

16   go to his office initially?

17        **A.**    We did.

18        **Q.**    If you could, can you walk us through the Vice

19   President's movements on January 6, 2021?

20        **A.**    Sure.

21             So as I stated, he arrived.  He and the Second

22   Lady and their daughter Charlotte arrived around 12:30 p.m.

23   We then moved to the second floor of the Senate side of the

24   main Capitol building into his office.  We refer to it as

25   the ceremonial office or S-214.

                    LANELLE HAWA - Direct by Ms. Lederer

1          From there the Vice President went over to the

2     Senate Chamber, met up with the senators.  And then a little

3     bit before 1:00 p.m., the Vice President and the senators

4     moved across the Capitol to the main second-floor hallway

5     over to the House Chamber.

6          And then at around 1:00 p.m. is when the

7     certification of the electoral college votes began.  And

8     then we were in the House Chamber until about, probably, a

9     little before 1:15 p.m.

10          My understanding is there was an objection to the

11     State of Arizona's votes, which meant the senators would

12     then move over to the Senate Chamber and the House -- the

13     congressmen and women stay in the House Chamber and they

14     would, kind of, go through their process of certifying the

15     votes and going through the State of Arizona's votes at that

16     point.

17          So as we were walking over to the Senate Chamber,

18     again a little bit before 1:15, things -- the schedule

19     started to change a bit.  We started to get notification

20     that there had been a security breach on the west side of

21     the Capitol to our perimeter.  And the Vice President and

22     senators continued into the chamber and then the plan

23     started to change a bit thereafter.

24     **Q.**   When you started to get information, how were you

25     getting that information?

                LANELLE HAWA - Direct by Ms. Lederer

1      **A.**    So typically, on these visits and in this case, I

2    was assigned counterparts from the U.S. Capitol Police to

3    work with us during the visit.  As we were walking over from

4    the House to the Senate, I was hearing some radio traffic on

5    my police counterparts' radio, which they wear on their

6    shoulder of their uniform.

7            I was getting some information that I could hear

8    over the radio was communicating with my counterparts from

9    the Capitol Police, and they were making me aware of the

10   situation.  Again, there was a breach, a security breach on

11   the fencing on the west side of the Capitol and some

12   unauthorized individuals had made their way to the

13   inauguration platform that was being constructed for the

14   upcoming inauguration.

15     **Q.**    Were you also notified that there had been a

16   breach in other areas of the Capitol, including near where

17   the Vice President's motorcade was?

18     **A.**    Yes.

19     **Q.**    Do you recall around what time that was?

20     **A.**    It was not right around 1:15.  I would say it was

21   probably closer to between 1:15 and 2:00 or so.  We were

22   notified that -- from our agents, who were sitting in the

23   motorcade, that there had been a good gathering of these

24   unauthorized individuals on the north and east side of the

25   Capitol.  And there was concern that, based on their

                LANELLE HAWA - Direct by Ms. Lederer

1    behaviors, that they were going to breach the fencing that

2    was part of our perimeter on that side.

3           They asked me about moving -- you know, where

4    could they move their cars to, so we moved the motorcade

5    vehicles to a secure location.

6    **Q.**   And you said that around -- a little after 2, you

7    had gotten notification that the Capitol itself had been

8    breached.  Where was the Vice President when you received

9    that notification?

10   **A.**   He was in his office, the S-214.

11   **Q.**   At what point did the Vice President go to his

12   office?

13   **A.**   Some time after -- when we made that movement from

14   1:15, at 1:15 over from the House side to the Senate side,

15   he was in between his office and the Senate Chamber.

16   **Q.**   Was he moved to his office for security reasons or

17   was there just a break in the day?

18   **A.**   I was not in the Senate Chamber when he was moved

19   but I would venture to say it was --

20           **MR. KNIGHT:**  Objection.

21           **THE WITNESS:**  -- security occurrence.

22           **THE COURT:**  What's the objection?

23           **MR. KNIGHT:**  She's not testifying from her

24   personal knowledge.  She is testifying to hearsay.

25           **THE COURT:**  Why don't we clean it up with some

                    LANELLE HAWA - Direct by Ms. Lederer

1    questions.

2              **MS. LEDERER:**  Yes, Your Honor.

3    **BY MS. LEDERER:**

4         **Q.**   Being the coordinating liaison at the Capitol, do

5    you have to make decisions about the Vice President's

6    safety?

7         **A.**   Yes.

8         **Q.**   And in making those decisions, do you also have to

9    communicate back and forth with your fellow agents?

10        **A.**   Yes.

11        **Q.**   Any communication that you would receive from

12   fellow agents, would that assist you in making decisions on

13   what to do with the Vice President while on Capitol grounds?

14        **A.**   Yes.

15        **Q.**   Based off of information that you received, where

16   was the Vice President moved?

17        **A.**   His office, S-214.

18        **Q.**   And what were those reasons for?

19        **A.**   Concern of the breach that had occurred in the

20   main Capitol building as well as on the perimeter.

21        **Q.**   While the Vice President was in his office, was

22   there a decision made to relocate the former Vice President?

23        **A.**   Yes.

24        **Q.**   Why was that decision made?

25        **A.**   Because of the significant breaches on the

                    LANELLE HAWA - Direct by Ms. Lederer

1    exterior of the Capitol as well as the interior main Capitol

2    building.  We were aware that there had been unauthorized,

3    unscreened, uninvited individuals that had made their way

4    into the main Capitol building on the House side as well as

5    on the Senate side.  And we were getting into a position

6    where, had we not moved him, we risked being trapped, if you

7    will, in his office.

8         **Q.**   And did you and fellow -- you or your fellow

9    agents, in fact, move the Vice President?

10        **A.**   Yes.

11        **Q.**   If I were to show you CCTV footage of that move,

12   would you recognize it?

13        **A.**   Yes.

14            **MS. LEDERER:**  At this time, if I can have the

15   Inspector shown what's been previously marked as 203.

16        (Video played.)

17            **MS. LEDERER:**  If we could please pause this and

18   bring it back from the start.

19            **MS. RIVES:**  [Complied]

20            **MS. LEDERER:**  Thank you.

21   **BY MS. LEDERER:**

22        **Q.**   Inspector Hawa, I am showing you what's been

23   previously marked as 203.  Is this CCTV footage?

24        **A.**   Yes, it is.

25        **Q.**   Where in the Capitol is this CCTV footage

                    LANELLE HAWA - Direct by Ms. Lederer

1    capturing?

2         **A.**    So this is on the outside of the Senate Chamber at

3    the top of what we refer to as the Member Staircase.  So if

4    you were to go into the doors that you see on the right of

5    the screen, the Vice President's office would be to the

6    right and the back side of the Senate Chamber would be on

7    the left.

8         **MS. LEDERER:**  Your Honor, at this time, if I can

9    move 203 into evidence.

10        **MR. KNIGHT:**  No objection.

11        **THE COURT:**  203 is admitted and may be published

12   to the jury.

13        (Government's Exhibit 203 was received.)

14        **DEPUTY CLERK:**  [Complied]

15   **BY MS. LEDERER:**

16        **Q.**    Inspector Hawa, as the CCTV footage comes up on

17   everyone's screen, if you could look at the top left, what

18   timestamp is on 203?

19        **A.**    2:25 p.m.

20        **Q.**    Before, when you were identifying 203 for the

21   record, you were discussing some doors.  Obviously, there's

22   only one set of doors off to the right.  Would that be where

23   the former Vice President's office was?

24        **A.**    Yes.  It's just inside those doors to the right.

25        **MS. LEDERER:**  If we could press play.

                   LANELLE HAWA - Direct by Ms. Lederer

1           (Video played.)

2              **MS. LEDERER:**  And if we could pause, please.

3              **MS. RIVES:**  [Complied]

4              **MS. LEDERER:**  Thank you.

5    **BY MS. LEDERER:**

6        **Q.**    Inspector Hawa, do you see the former Vice

7    President Mike Pence in this CCTV footage?

8        **A.**    Yes.

9        **Q.**    If you could circle him, please?

10       **A.**    [Complied]

11       **Q.**    Thank you.

12              **MS. LEDERER:**  Indicating, for the record, the

13   witness has circled an individual -- a male in a suit with

14   gray hair and a mask on his face.

15   **BY MS. LEDERER:**

16       **Q.**    Inspector Hawa, do you also recognize the former

17   Vice President's family in this paused still?

18       **A.**    Yes.

19       **Q.**    Where are they located?

20       **A.**    This is his daughter Charlotte Pence and this is

21   the Second Lady.

22       **Q.**    And just for the record, is the timestamp

23   2:26:02 p.m.?

24       **A.**    Yes.

25              **MS. LEDERER:**  If we could continue to play,

                 LANELLE HAWA - Direct by Ms. Lederer

1    please.

2         (Video continued playing.)

3    **BY MS. LEDERER:**

4         **Q.**   Now, from the Vice President's office, were you

5    able to secure a safe path to that place that you brought

6    the Vice President?

7         **A.**   Yes.

8         **Q.**   Now, I don't want to know the exact location, but

9    where you brought the Vice President, was that still on

10   Captain grounds?

11        **A.**   Yes.

12        **Q.**   And that place that you brought the Vice President

13   and his family, was that still within the perimeter that we

14   saw in Exhibit 104?

15        **A.**   Yes.

16        **Q.**   Was he moved from that location at all during the

17   entirety of his visit to the Capitol on January 6, 2021?

18        **A.**   He was moved from his office to a secure location

19   and then, at some point, he returned from the secure

20   location back to his office, the Senate Chamber and the

21   House Chamber.

22        **Q.**   About what time did he leave that secure location?

23        **A.**   It was some time between, I want to say, 7 p.m.

24   and 8 p.m. on January 6.

25        **Q.**   So from 2:00 to about 7 or 8 p.m., he was within

                    LANELLE HAWA - Direct by Ms. Lederer

1    the restricted perimeter?

2        **A.**    That is correct.

3        **Q.**    When he went back to his office, was that because

4    you were able to secure the Capitol and get the Vice

5    President back to his job?

6        **A.**    Yes.  We returned to his office after we, along

7    with several law enforcement counterparts, had responded to

8    the Capitol and ensured that the unauthorized individuals

9    who had breached the Capitol were removed from the Capitol,

10   were no longer there and that the areas that the Vice

11   President would be going to were rendered safe.

12       **Q.**    After returning to his office, was the Vice

13   President eventually able to go back to the certification

14   process?

15       **A.**    Yes.

16       **Q.**    Are you aware of when that certification process

17   eventually wrapped up?

18       **A.**    The process ended on January 7th at approximately

19   4:30 a.m.

20       **Q.**    After that, was the Vice President able to go back

21   to the Naval Observatory or wherever he went?

22       **A.**    Yes, that's my understanding.

23       **Q.**    I have no more questions at this time.  Thank you.

24           **THE COURT:**  Thank you.

25           Mr. Knight?

                 LANELLE HAWA - Direct by Ms. Lederer

1          **MR. KNIGHT:**  Thank you, Your Honor.

2                    **CROSS-EXAMINATION OF LANELLE HAWA**

3    **BY MR. KNIGHT:**

4          **Q.**   Inspector Hawa, good morning.

5          **A.**   Good morning.

6          **Q.**   You had said that you had coordinated with other

7    agencies regarding the red line, the perimeter of the

8    Capitol; is that right?

9          **A.**   That is correct, with Capitol Police.

10         **Q.**   And that perimeter is established as a protective

11   perimeter?

12         **A.**   Yes.

13         **Q.**   That coordination that you participated in was for

14   the 2020/2021 election that year for the -- after -- for the

15   inauguration?

16         **A.**   The perimeter that was established, was

17   established for the event that was taking place.

18         **Q.**   January 6?

19         **A.**   -- January 6th, correct.

20         **Q.**   Every four years we have an election in this

21   country.  Had you participated in that scheduling and

22   organization in previous election certifications?

23         **A.**   I had not.

24         **Q.**   Are you aware if it's routine?

25         **A.**   When you say that "this is routine", what are you

                    LANELLE HAWA - Cross by Mr. Knight

1    referring to?

2        **Q.**    Every four years.

3        **A.**    The election?

4        **Q.**    Yeah, that we would have to certify the election

5    every four years?

6        **A.**    Yes.  Yes.

7        **Q.**    So the certification of the election would be a

8    fairly routine matter?

9        **A.**    Yes.

10       **Q.**    There was something a little bit different about

11    this time in that we had a pandemic happening during the

12    2020 certification; is that right?

13       **A.**    That's correct.

14       **Q.**    We saw on the video that people were wearing masks

15    and things like that?

16       **A.**    Correct.

17       **Q.**    Were there additional considerations that you

18    brought forward because of the nature of the pandemic?

19            **MS. LEDERER:**  Objection, Your Honor.

20            **THE COURT:**  Overruled.

21            **THE WITNESS:**  Were there other considerations in

22    addition to the pandemic?

23    **BY MR. KNIGHT:**

24       **Q.**    Were there additional security concerns?

25       **A.**    Yes.  We were aware of the number of protests that

                    LANELLE HAWA - Cross by Mr. Knight

1    would be in the area, to include an event down on the

2    Ellipse area and that there would be a massive amount of

3    individuals in attendance.

4        **Q.**   So you were aware of the protests?

5        **A.**   Yes.

6        **Q.**   And you indicated that you were with Vice

7    President Pence in S-214; is that the room?

8        **A.**   Correct.

9        **Q.**   And you had moved with Vice President Pence.  Were

10   you in the group of people that were going down the steps

11   that we saw in the video?

12       **A.**   Yes.

13       **Q.**   And you had said that you moved him to a secured

14   location around 2:25 p.m.?

15       **A.**   That's correct.

16       **Q.**   And he stayed in that secured location until about

17   7 p.m.?

18       **A.**   Correct.

19       **Q.**   While you were there, did you want to move him

20   away from the Capitol grounds or did he stay there?

21       **A.**   We stayed on the Capitol grounds.

22       **Q.**   And was there discussion about moving him away

23   from the Capitol?

24       **A.**   There were discussions.

25       **Q.**   And that eventually did not happen?

                LANELLE HAWA - Cross by Mr. Knight

1      **A.**   That did not happen.

2      **Q.**   He stayed at the Capitol?

3      **A.**   Correct.

4      **Q.**   And he came back into the Capitol, you said, later

5   that evening?

6      **A.**   Correct.

7      **Q.**   And he participated in the certification of the

8   election on the evening of the 6th and then into the morning

9   of the 7th?

10      **A.**   That is correct.

11      **Q.**   And the election was eventually certified?

12      **A.**   That is correct.

13          **MR. KNIGHT:**   I'll pass the witness, Your Honor.

14          **THE COURT:**   Thank you.  Any redirect?

15          **MS. LEDERER:**   No, Your Honor.

16          **THE COURT:**   Thank you.

17          Inspector Hawa, thank you, again, for being here.

18   Thank you for your testimony this morning, for your service,

19   generally, and for your service on January 6th.

20          **THE WITNESS:**   Thank you.

21          **THE COURT:**   Thank you.  You're excused.

22      (Witness stepped down.)

23          **THE COURT:**   Government's next witness.

24          **MS. ERIKSEN:**   Your Honor, we call Special Agent

25   Jesse Dodson.

                    LANELLE HAWA - Cross by Mr. Knight

1          **THE COURT:**  Please.

2      (Witness took the stand.)

3          **DEPUTY CLERK:**  Please raise your right hand.

4          Do you solemnly swear or affirm that the testimony

5  you shall give the Court and the jury in the trial now

6  pending will be the truth, the whole truth and nothing but

7  the truth?

8          **THE WITNESS:**  I do.

9          **DEPUTY CLERK:**  Thank you.  You may be seated.

10          **THE COURT:**  Good morning, agent.

11          **THE WITNESS:**  Good morning.

12          **THE COURT:**  You may proceed.

13              **DIRECT EXAMINATION OF JESSE DODSON**

14  BY MS. ERIKSEN:

15      **Q.**   Can you please introduce yourself to the jury?

16      **A.**   Yes.  Jesse Dodson, J-E-S-S-E, D-O-D-S-O-N,

17  Special Agent FBI.

18      **Q.**   How long have you been working with the FBI?

19      **A.**   Eleven years.

20      **Q.**   So you were employed with the FBI on January 6,

21  2021?

22      **A.**   Yes.

23      **Q.**   Where are you located for your job?

24      **A.**   Pardon me?

25      **Q.**   Are you at the Washington field office?

              JESSE DODSON - Direct by Ms. Eriksen

1      **A.**   Yes, Washington field office here in D.C.

2      **Q.**   You were in that office on January 6?

3      **A.**   Yes.

4      **Q.**   Before you became an FBI agent, what was your

5      prior occupational experience?

6      **A.**   Before the FBI, I worked as a physician assistant,

7      licensed PA in the University of North Carolina and prior to

8      that --

9      **Q.**   Could you just come a little closer to the

10     microphone?

11     **A.**   -- and prior to that in the United States Army.

12     **Q.**   Were you also involved in the National Guard?

13     **A.**   Yes, I am currently assigned to the D.C. National

14     Guard.

15     **Q.**   What was your post on January 6, 2021?

16     **A.**   On January 6, I was assigned by the commanding

17     general of the D.C. National Guard to be the liaison between

18     the National Guard and law enforcement assigned to the FBI

19     Washington field office headquarters in D.C. and the command

20     tactical operations center.

21     **Q.**   So in addition to liaising as part of the National

22     Guard, you were working with the FBI.  Were you working with

23     any other law enforcement agencies that day?

24     **A.**   On that day, I was stationed at the table with the

25     United States Parks Police, United States Capitol Police and

                    JESSE DODSON - Direct by Ms. Eriksen

1    D.C. MPD.  We were all there at the same table during the

2    January 6.

3        **Q.**    And do you recall that day seeing coverage of the

4    events of January 6, both at the Stop the Steal Rally and

5    the Capitol?

6        **A.**    That's correct.  In the operations center, we had

7    multiple TVs.

8        **Q.**    Was that why you all were assembled because of the

9    events that day?

10       **A.**    Yes.

11       **Q.**    At some point following January 6, did you come to

12   investigate a person named David Geitzen?

13       **A.**    Yes.

14       **Q.**    How did that come about?

15       **A.**    As part of being an agent at our Washington field

16   Office, I was, at the time, transitioning from the

17   international operations division to a white-collar complex

18   financial crimes squad.  Once I was assigned to that squad,

19   the amount of cases that were coming out of the January 6

20   were assigned to almost every agent within the Washington

21   field office.  I just happened to be assigned number 217.

22       **Q.**    And number 217, when you say that, was that --

23   what is that?

24       **A.**    Yes.  At the time, as the cases were being

25   generated, they were unidentified subject.  As faces were

                 JESSE DODSON - Direct by Ms. Eriksen

1    taken from that day from individuals who appeared to be

2    involved in violent interactions with law enforcement, they

3    were assigned an unidentified subject number.

4           As an agent, even with a white-collar squad, I

5    happened to be assigned unidentified subject number 217.

6    **Q.**   And number 217, did you ultimately determine that

7    person's identity?

8    **A.**   Yes.

9    **Q.**   And who is that?

10   **A.**   David Geitzen.

11   **Q.**   And you've never met Mr. Geitzen in person; is

12   that correct?

13   **A.**   No.

14   **Q.**   And you've never spoken to him?

15   **A.**   No.

16   **Q.**   But you heard your colleague, Special Agent Doss,

17   say yesterday that he has spoken to the defendant.  Correct?

18   **A.**   Yes.

19   **Q.**   Was that part of that initial investigation in

20   January of 2021?

21   **A.**   Yes.

22   **Q.**   Once Mr. Geitzen was identified by name, did you

23   have an opportunity to review some of the evidence in this

24   case, videos and photos and the like?

25   **A.**   Yes.

                    JESSE DODSON - Direct by Ms. Eriksen

1    **Q.**   I'd like to pull up what's been admitted as

2    Government's Exhibit 702.6.  Special Agent Dodson, what do

3    you recognize this exhibit to be?

4    **A.**   Yes, I recognize this to be a picture that was

5    provided to me through Agent Doss.  And I see the person

6    that I had been looking at for several months at that point

7    wearing the green jacket, the knee pads, long dark brown

8    hair and a beard.

9         **MS. ERIKSEN:**  If we could pull up Exhibit 510,

10   please.

11        **MS. RIVES:**  [Complied]

12   **BY MS. ERIKSEN:**

13   **Q.**   I'm showing you what's been admitted as

14   Government's Exhibit 510.  Do you recognize that document?

15   **A.**   Yes.

16   **Q.**   And do you recognize the person you came to know

17   as Mr. Geitzen in that document?

18   **A.**   Yes.

19   **Q.**   Can you circle that person, please?

20   **A.**   [Complied]

21        **MS. ERIKSEN:**  Let the record reflect he circled

22   someone in a white helmet and a green jacket.

23   **BY MS. ERIKSEN:**

24   **Q.**   Special Agent Dodson, going back to your day on

25   January 6, 2021, do you recall, as things were starting to

                JESSE DODSON - Direct by Ms. Eriksen

1    transpire at the Capitol, do you recall what happened in the

2    City, in D.C., largely?

3         **A.**    Yes.  From my perspective there in the operations

4    center lots of communication between law enforcement that

5    was going as we were watching the footage and hearing the

6    radio communication between officers on the ground and the

7    Captain building.

8         **Q.**    And at some point did the mayor take any action?

9         **A.**    Yes.  Later that afternoon, the mayor issued an

10   emergency declaration, a public emergency and a curfew that

11   was supposed to be initiated at 6 p.m. to 1 on January 6

12   into January 7th at about 6 a.m.

13        **Q.**    I'm going to show you what's been marked for

14   identification as Government's Exhibit 606.

15        (Published exhibit.)

16   **BY MS. ERIKSEN:**

17        **Q.**    Do you recognize this document, Special Agent

18   Dodson?

19        **A.**    Yes.

20        **Q.**    What is that?

21        **A.**    This is from the District of Columbia government

22   register.

23        **Q.**    Have you reviewed this document?

24        **A.**    Yes.

25        **Q.**    And what is it -- what's entailed in it?

                 JESSE DODSON - Direct by Ms. Eriksen

1      **A.**   This is the declaration from the mayor.

2      **Q.**   And is this public record?

3      **A.**   Yes.

4          **MS. ERIKSEN:**   Your Honor, at this time, the

5      government moves in Exhibit 606.

6          **MR. KNIGHT:**   No objection.

7          **THE COURT:**   606 is admitted and may be published.

8          (Government's Exhibit 606 was received.)

9          **DEPUTY CLERK:**   [Complied]

10         **MS. ERIKSEN:**   If we can just scroll to the --

11     **BY MS. ERIKSEN:**

12     **Q.**   Special Agent Dodson, you've reviewed this.   In

13     sum, what does this reflect?   What's inside of this

14     register?

15     **A.**   Yes.   This is the declaration from the mayor.   It

16     lists out her reason for the declaration due to the violence

17     in the city and risk to the rest of the public.   She

18     initiated this to start at 6 p.m. and run through 6 a.m. the

19     following day that --

20     **Q.**   6 p.m. on January 6?

21     **A.**   6 p.m. on January 6, that all people, all

22     motorized vehicles, anything and everything to be off the

23     streets by 6 p.m. other than essential workers.

24     **Q.**   Did you have an occasion to be in your official

25     capacity out on the streets after 6 p.m. that evening?

                    JESSE DODSON - Direct by Ms. Eriksen

1      **A.**   Yes.

2      **Q.**   And what did it look like?

3      **A.**   It was empty.  The streets were empty.

4      **Q.**   And did that curfew also apply to businesses?

5      **A.**   Yes.

6      **Q.**   So they were not permitted to be open during the

7   curfew?

8      **A.**   That's correct.

9      **Q.**   I am showing you what's been marked for

10  identification as Government's Exhibit 605.

11      (Published exhibit.)

12          Special Agent, have you reviewed this document?

13      **A.**   Yes.

14      **Q.**   And what is this document?

15      **A.**   This is certification of authenticity of records

16  provided by the signature there that Safeway early closure

17  notice, a Safeway sales report and a Safeway warehouse

18  shipment register.

19      **Q.**   And you've reviewed this document?

20      **A.**   Yes.

21      **Q.**   As well as the three underlying documents that are

22  referenced?

23      **A.**   Yes.

24          **MS. ERIKSEN:**  Your Honor, at this time, the

25  government moves in the Safeway business record as

                    JESSE DODSON - Direct by Ms. Eriksen

1    Exhibit 605.

2              **MR. KNIGHT:**  No objection.

3              **THE COURT:**  605 is admitted.

4         (Government's Exhibit 605 was received.)

5    **BY MS. ERIKSEN:**

6         **Q.**    So we referred to as part of this certified

7    record, there are three attachments.  Let's look at the

8    first one.  That would be Exhibit 602.

9         (Published exhibit.)

10             Do you recognize this document?

11        **A.**    Yes.

12        **Q.**    And what is this?

13        **A.**    It's an email that is to store managers of

14   Safeway.

15             **THE COURT:**  Can I just pause you for a second?

16   Sorry.

17             Are you going to seek to admit 602, 603 and 604?

18             **MS. ERIKSEN:**  I am.

19             **THE COURT:**  Is there going to be any objection

20   to --

21             **MR. KNIGHT:**  No objection, Your Honor.

22             **THE COURT:**  So we can speed this up a little bit,

23   602, 603 and 604 are all admitted and may be published.

24             **MS. ERIKSEN:**  Thank you, Your Honor.

25        (Government's Exhibits 602, 603 and 604 were received.)

                 JESSE DODSON - Direct by Ms. Eriksen

1    BY MS. ERIKSEN:

2        **Q.**   What is this, Agent?

3        **A.**   This is an email to store managers of Safeway

4    notifying them of the mayor's curfew that will run between

5    6 p.m. and 6 a.m. and it's notifying them to close all D.C.

6    stores at 4 p.m. and plans to reopen the next day.

7        **Q.**   This is going to sound a little bit like a crazy

8    question, but are you familiar with Safeway?

9        **A.**   Yes.  As an investigator with complex financial

10   crimes, I've provided them multiple subpoenas.  You see from

11   the top, the email is actually from Albertsons.com.  It is

12   known to myself through experience that Albertson's owns

13   Safeway, and they're referring to Safeway, the grocery

14   store, here in D.C.

15       **Q.**   As a person, are you familiar with Safeway?

16       **A.**   Yes.  I shop --

17       **Q.**   What is it?

18       **A.**   I shop there multiple times a week.

19       **Q.**   What is it?

20       **A.**   It's a grocery store.

21           **MS. ERIKSEN:**  If we could look at Exhibit 603,

22   please.

23           **MS. RIVES:**  [Complied]

24   BY MS. ERIKSEN:

25       **Q.**   Have you reviewed this document?

                JESSE DODSON - Direct by Ms. Eriksen

1    **A.**    Yes.

2    **Q.**    And do you recognize what this is?

3    **A.**    Yes.  This is a sales report from Safeway.  The

4    title is "Sales to the public."

5    **Q.**    It covers three days here; is that right?

6    **A.**    Yes.  It covers January 5th, January 6th and

7    January 7th of 2021.

8    **Q.**    Okay.  And in reviewing this financial document,

9    what do you take from it?

10   **A.**    Yes -- the document shows you that, from the 5th,

11   there were multiple days where their actual percentage of

12   revenue was up.  And this is a comparison to the previous

13   year.  So July 5th, 2021 would be compared to July 5th, 2020

14   and where their revenue was and what it was projected to be

15   and where it was for the day.

16        Basically, when it's in the black, that means it's

17   good.  And when it's in the red, that's bad, and you'll also

18   notice the red numbers have a negative number.  So the

19   significance of this document would be a comparison between

20   July 5th, 2021 and July 6th or July 6th, if you were to move

21   it, it will show mostly in the red.

22        **THE COURT:**  I think it would be helpful if we

23   could highlight -- not highlight but blow this document up

24   for the jury if that's possible.  It's a little bit hard to

25   see the details.

                    JESSE DODSON - Direct by Ms. Eriksen

1          **MS. ERIKSEN:**  Your Honor, if I could put a hard

2     copy on the ELMO.

3          **THE COURT:**  Sure.

4          **MS. ERIKSEN:**  And we'll see if we can blow it up.

5          **THE COURT:**  I don't think we need to belabor this.

6     I thought, perhaps, you could just do it very easily on the

7     computer.  If not it's not a problem.

8          **MS. ERIKSEN:**  I'm going to show you Page 2 of

9     Exhibit 603.  Is that better?

10         **THE COURT:**  Much clearer for me.

11    **BY MS. ERIKSEN:**

12    **Q.**  Okay.  So if you could -- again, you're --

13    **A.**  Yes, the red is bad.  And you see, on January 6,

14    2021, everything is in the red, especially in the actual --

15    the second column would be the projected, which they

16    projected it from the previous year.  But the actual numbers

17    are clearly in the red.

18    **Q.**  So sales are down?

19    **A.**  Yes.  You could assess that their sales are down

20    from this day.

21    **Q.**  Finally, I'm going to show you what's been

22    admitted as Government's 604.

23         **DEPUTY CLERK:**  Computer or the ELMO?

24         **MS. ERIKSEN:**  Maybe I will do that again, sorry,

25    so you can see it better.

                    JESSE DODSON - Direct by Ms. Eriksen

1    **BY MS. ERIKSEN:**

2        **Q.**   If you recall 604, you can --

3        **A.**   Yes.  So 604 would be a shipment manifest.  So it

4    details out, you know, the shipments from D.C. stores from

5    really January 1st, 2021 through about the 8th and 9th.

6            The significance of this document is the store

7    numbers, which is listed on the second column, you'll see,

8    just for example, Store Number 923 has six shipments into

9    D.C. stores on the 5th and one on the 6th.  And as is

10   similar to other D.C. stores, they average between four and

11   six shipments a day.  And on the 6th, they were down to one.

12       **Q.**   This is an eight-page document that goes store by

13   store; is that right?

14       **A.**   Yes.

15       **Q.**   In the far left-hand column, it says "distribution

16   center."  Where is that distribution located?

17       **A.**   Yeah, it's warehouse shipments from Lancaster,

18   Pennsylvania to Washington, D.C.

19       **Q.**   Thank you, Special Agent Dodson.  Please answer

20   any questions defense counsel might have for you.  I will

21   leave these up here for you if you want to use them.

22           **THE COURT:**  Cross-examination?

23           **MR. KNIGHT:**  Thank you, Your Honor.

24           **THE COURT:**  Mr. Knight, you may proceed.

25

            JESSE DODSON - Direct by Ms. Eriksen

1    <u>**CROSS-EXAMINATION OF JESSE DODSON**</u>

2    **BY MR. KNIGHT:**

3        **Q.**    Agent Dodson.

4        **A.**    Yes, sir.

5        **Q.**    Agent Dodson, good afternoon.  I want to talk to

6    you about some things first, but I want to mention what we

7    were just reviewing.  You had Government's 603, which was

8    the chart there that had the percentages and the declines.

9    Right?  And that was information from January 5th, 2021,

10   January 6th, 2021; is that right?

11       **A.**    Yes, and the 7th.

12       **Q.**    And those sales figures were compared to 52 weeks

13   earlier; is that right?

14       **A.**    Yes.

15       **Q.**    It's noted there on the --

16       **A.**    Yes, basically, what they did that same day a year

17   before.

18       **Q.**    On January 2020, which would be 52 weeks prior,

19   were there COVID restrictions in place in Washington, D.C.?

20       **A.**    The best I recollect, yes.

21       **Q.**    In January 2020?

22       **A.**    In January of 2020, it would have been early in

23   the pandemic.  I don't know if -- my work with defendant

24   really started March of 2020.  So it's probably not likely

25   that there was restrictions on January 2020.

                     JESSE DODSON - Cross by Mr. Knight

1      Q.   Thank you.

2           So I'm done with the numbers.  That's all I've got

3  on that.

4      A.   Yes.  Uh-huh.

5      Q.   We'll go to your role when January 6 was going on.

6      A.   Yes.

7      Q.   You were in like a command center; is that right?

8      A.   That's correct, the FBI's command center.

9      Q.   Lots of folks there?

10     A.   Yes.

11     Q.   And you -- from that point to today, you've

12 reviewed video of January 6th?

13     A.   Yes.

14     Q.   Hours?

15     A.   Yes, sir.

16     Q.   Could you count the number of hours of video

17 you've watched?

18     A.   No, sir.

19     Q.   It's a lot?

20     A.   Yes.

21     Q.   And you've -- you've focused in on the individual

22 with the green jacket and that had the black shoulder pads

23 and the white helmet; is that right?

24     A.   The green jacket, yes.

25     Q.   You identified that as unidentified subject 217?

                  JESSE DODSON - Cross by Mr. Knight

1     **A.**   That's correct.

2     **Q.**   You've watched hours of video with that subject in

3  it?

4     **A.**   Yes.

5     **Q.**   And you're aware of that individual's movements on

6  January 6; is that right?

7     **A.**   Yes.

8     **Q.**   And you've tracked that individual from the

9  Ellipse all the way through to the Capitol building itself?

10     **A.**   From at least around the West Terrace of the

11  Capitol building.

12     **Q.**   But that individual never goes through a door or

13  enters the Capitol building; is that right?

14     **A.**   In review of all the footage, we never saw the

15  individual enter the Capitol.

16     **MR. KNIGHT:**  I'll pass the witness, Your Honor.

17     **THE COURT:**  Thank you.

18     Any redirect?

19     **MS. ERIKSEN:**  Nothing further, Your Honor.

20     **THE COURT:**  Thank you.

21     Thank you for your testimony this morning.

22     **THE WITNESS:**  Yes, Your Honor.

23     **THE COURT:**  I know you'll still be with us.

24     Is the government ready to start with its next

25  witness?

          JESSE DODSON - Cross by Mr. Knight

1      **MS. ERIKSEN:**  Yes, Your Honor.

2           The government calls Special Agent Craig Noyes to

3   the stand.

4           **DEPUTY CLERK:**  Please raise your right hand.

5           Do you solemnly swear or affirm that the testimony

6   you will give the Court in the case now in trial will be the

7   truth, the whole truth and nothing but the truth?

8           **THE WITNESS:**  I do.

9           **DEPUTY CLERK:**  Thank you.  You may be seated.

10          **THE COURT:**  Good morning as well.

11          **THE WITNESS:**  Good morning, Your Honor.

12               **DIRECT EXAMINATION OF CRAIG NOYES**

13   BY MS. ERIKSEN:

14      **Q.**   Could you please introduce yourself to the jury?

15      **A.**   Yes, my name is Craig Noyes.  That's N-O-Y-E-S,

16   and I'm a special agent with the FBI.

17      **Q.**   How long have you been with the FBI?

18      **A.**   I've been with the FBI for 16 years.

19      **Q.**   What office are you assigned to?

20      **A.**   I am currently assigned to the Raleigh resident

21   agency in North Carolina.

22      **Q.**   And you heard your colleague, Special Agent Doss,

23   testify yesterday.  Correct?

24      **A.**   I did, yes.

25      **Q.**   He was the initial case agent assigned to the

                    CRAIG NOYES - Direct by Ms. Eriksen

1      investigation of David Geitzen?

2          **A.**   He was.

3          **Q.**   He testified that he left the case.  Did you take

4      over the case after that?

5          **A.**   Yes, I did.

6          **Q.**   At one point in time was that, if you recall?

7          **A.**   It was approximately August of 2021.

8          **Q.**   And when you took over the case, what sort of

9      investigative steps did you start to take?

10         **A.**   First, I reviewed the case file as it was, as it

11     was handed over.  I conducted some interviews.  I did

12     physical surveillance and I reviewed numerous hours of

13     video, both CCTV and open source.

14         **Q.**   And when you say "physical surveillance", can you

15     describe for the jury what you did and where you went?

16         **A.**   Yes.  At the time, Mr. Geitzen had been identified

17     as the individual that was AFO-217, and I conducted

18     surveillance in order to physically see him in person and to

19     establish his residence in order to move forward towards a

20     search warrant of his residence.

21         **Q.**   When you say you looked for him to determine, you

22     know, where he went, what he looked like, did you notice

23     anything unique about his physical presence?

24         **A.**   I did, yes.

25             When I first observed him, he just has a unique

                    CRAIG NOYES - Direct by Ms. Eriksen

1    stature or posture.  He has a -- his hair stands out, and he

2    certainly matched what we were looking for from all of our

3    videos.

4         Q.   When you -- you had a number of photos and videos

5    you reviewed before you saw Mr. Geitzen in person?

6         A.   Yes, ma'am.

7         Q.   Did you have any trouble identifying him the first

8    time you saw him?

9         A.   No, I did not.  It was instantaneous.

10         Q.   That was during a surveillance operation?

11         A.   Yes.

12         Q.   And then, ultimately, did you end up meeting

13    Mr. Geitzen in person?

14         A.   I did.

15         Q.   And when was that?

16         A.   That was on May 11th of 2022.  We executed both an

17    arrest warrant and a search warrant at his residence.

18         Q.   Do you see Mr. Geitzen in the courtroom today?

19         A.   I do.  Yes, ma'am.

20         Q.   Can you please identify him by where he's sitting

21    and what he's wearing?

22         A.   Yes.  He's seated at the table on the far side

23    wearing the green shirt with long brown hair and a beard.

24         **MS. ERIKSEN:**  Your Honor, let the record reflect

25    the witness has identified the defendant, Mr. Geitzen.

                    CRAIG NOYES - Direct by Ms. Eriksen

1          **THE COURT:**  The record shall so reflect that.

2    BY MS. ERIKSEN:

3          **Q.**    So after doing all of that work, you reviewed

4    open-source video; is that correct?

5          **A.**    Yes.

6          **Q.**    And CCTV?

7          **A.**    Yes.

8          **Q.**    And body-worn camera?

9          **A.**    Yes.

10         **Q.**    So many of the exhibits we've -- all of the

11   exhibits we've seen so far?

12         **A.**    Yes, and more.

13         **Q.**    Plus more?  Okay.

14         **A.**    Yes, ma'am.

15         **Q.**    I'd like to show you what's been admitted as

16   Government's 516.

17              **MS. ERIKSEN:**  And we're going to jump to 1:06.

18              **MS. RIVES:**  [Complied]

19              **MS. ERIKSEN:**  You can just pause at 1:06.

20              This is a clip, just a still shot of Exhibit 516,

21   at 1 hour and 6 minutes and 17 seconds.  If we can just get

22   there.  It's a little hard.

23         (Video played.)

24              **THE COURT:**  Why don't we go back to 16 or 15

25   seconds and play from there.  Or there.

                     CRAIG NOYES - Direct by Ms. Eriksen

1          **MS. RIVES:**  [Complied]

2     **BY MS. ERIKSEN:**

3          **Q.**   Do you recognize Mr. Geitzen in this photo?

4          **A.**   Yes, I do.

5          **Q.**   Can you please circle him for me?

6          **A.**   [Complied]

7          **Q.**   Thank you.

8          **MS. ERIKSEN:**  If we could also pull up

9     Government's Exhibit 302.

10         (Video played.)

11         **MS. ERIKSEN:**  Pause right there.

12         **MS. RIVES:**  [Complied]

13    **BY MS. ERIKSEN:**

14         **Q.**   You've reviewed this exhibit before; is that

15    correct?

16         **A.**   I have.

17         **Q.**   And do you recognize the defendant, Mr. Geitzen,

18    in this video?

19         **A.**   Yes, I do.

20         **Q.**   Can you circle where you see him, please?

21         **A.**   Yes.  [Complied]

22         **MS. ERIKSEN:**  For the record, we are stopped at

23    28:10 on the clock.

24         I'm going to show you what's been admitted as

25    Government's 405.

                    CRAIG NOYES - Direct by Ms. Eriksen

1          (Published exhibit.)

2              **MS. ERIKSEN:**  If we can go to -- the timestamp at

3      the top would be 14:18.

4              **MS. RIVES:**  [Complied]

5              **MS. ERIKSEN:**  You can start here.  This is fine.

6      Let me clear the --

7          (Video played.)

8      **BY MS. ERIKSEN:**

9      **Q.**   We're pausing at 14:18:29.  In a few minutes -- a

10     few seconds, rather, I just want you to focus on the person

11     in the green jacket, and let us know if you can hear what he

12     is saying.

13     **A.**   Okay.

14         (Video played.)

15     **Q.**   Were you able to hear what the person in the green

16     jacket was saying?

17     **A.**   Yes.

18     **Q.**   And what did you hear?

19     **A.**   I heard, "Completely fucking disgraced."

20     **Q.**   Did you recognize that person in the green jacket?

21     **A.**   Yes.

22     **Q.**   Who was that?

23     **A.**   David Geitzen.

24     **Q.**   One last photo to show you.

25             **MS. ERIKSEN:**  I'm going to mark for identification

                 CRAIG NOYES - Direct by Ms. Eriksen

1    Government's Exhibit 535.

2    **BY MS. ERIKSEN:**

3         **Q.**   Do you recognize this?

4         **A.**   Yes.

5         **Q.**   What is that?

6         **A.**   This is a photo taken from January 6, 2021.

7         **Q.**   Do you recognize the person in that photo?

8         **A.**   I do.

9         **Q.**   And who is that?

10        **A.**   It is David Geitzen.

11             **MS. ERIKSEN:**  Your Honor, we move to admit

12   Exhibit 535.

13             **THE COURT:**  Any objection?

14             **MS. COSTNER:**  May I have just a moment,

15   Your Honor?

16        (Discussion off the record between Mr. Knight and

17   Ms. Costner.)

18             **MS. COSTNER:**  No objection, Your Honor.

19             **THE COURT:**  Government's 535 is admitted --

20        (Government's Exhibit 535 was received.)

21             **MS. ERIKSEN:**  Can you just -- may it be published?

22             **THE COURT:**  -- and may be published.

23             **DEPUTY CLERK:**  [Complied]

24             **MS. ERIKSEN:**  Thank you.

25

                    CRAIG NOYES - Direct by Ms. Eriksen

1   BY MS. ERIKSEN:

2      **Q.**   Can you just describe what you see Mr. Geitzen

3   wearing in this photo?

4      **A.**   Yes.  He's wearing a green jacket that has gray on

5   the shoulder and then down the arm.  He's wearing a white

6   helmet with goggles and blue jeans.

7      **Q.**   And ultimately, did you obtain these items when

8   you arrested Mr. Geitzen?

9      **A.**   When we conducted the search warrant, we did

10  recover the jacket and goggles.

11     **Q.**   Okay.

12         I have one more exhibit to show you before we get

13  into that.

14         **MS. ERIKSEN:**  If we could pull up

15  Government's 532.

16         **MS. RIVES:**  [Complied]

17         **MS. ERIKSEN:**  Can you hit pause, please?

18         **MS. RIVES:**  [Complied]

19  BY MS. ERIKSEN:

20     **Q.**   Do you see Mr. Geitzen in this still shot of

21  Exhibit 532?

22     **A.**   Yes, I do.

23     **Q.**   Could you circle him for me, please?

24     **A.**   Yes.  [Complied]

25     **Q.**   Thank you.

                CRAIG NOYES - Direct by Ms. Eriksen

1          **MS. ERIKSEN:**  I think that was admitted yesterday.

2          **THE COURT:**  Are you talking about 532?

3          **MS. ERIKSEN:**  Yes.  I'm sorry, Your Honor.

4          **THE COURT:**  Not in my records.

5          **MS. ERIKSEN:**  Can we pull it back up?

6          **MS. RIVES:**  [Complied]

7   **BY MS. ERIKSEN:**

8       **Q.**   Do you recognize Mr. Geitzen in this photo that

9   you just circled?

10      **A.**   Yes, I do.

11         **MS. ERIKSEN:**  Your Honor, at this time, we would

12  offer only this still shot and move to admit 532.

13         **MS. COSTNER:**  No objection.

14         **MS. ERIKSEN:**  Which is at 5 minutes and 31

15  seconds.

16         **THE COURT:**  So wait a second.  This is a video.

17  You're admitting the still shot?  You're seeking to admit

18  the still shot or the video itself?

19         **MS. ERIKSEN:**  Just the screenshot, I believe.

20  There is some really odd stuff on the other parts of the

21  video.

22         **THE COURT:**  Hold on.  That's fine.

23         **MS. ERIKSEN:**  Okay.

24         **THE COURT:**  I will admit the screenshot.  But

25  somebody's -- if the jury wants to see it, somebody is going

                CRAIG NOYES - Direct by Ms. Eriksen

1     to have to prepare a screenshot.

2            **MS. ERIKSEN:**  We tried to this morning.  I

3     couldn't get it to print out.  We will prepare it and the

4     jury will have it.

5            **THE COURT:**  Is there any objection to admitting a

6     screenshot, as reflected here at 531, but Government's 532?

7            **MS. COSTNER:**  Your Honor, if we could, at some

8     point, look at the screenshot --

9            **THE COURT:**  Sure.

10           **MS. COSTNER:**  -- I don't believe we would have an

11    objection to it, but it would be just conditional on us

12    having that opportunity.

13           **THE COURT:**  Do you have any objection to showing

14    the jury where the video has paused here?

15           **MS. COSTNER:**  Your Honor, no, we have no objection

16    to the video, so I don't believe we would have an objection

17    to that image, but we would like to see the screenshot at

18    some point.

19           **THE COURT:**  So let's do this.  The government is

20    only attempting to admit the screenshot.  You don't object

21    to admission of the screenshot so long as you see what it

22    is.  Correct?

23           **MS. COSTNER:**  Yes, Your Honor.

24           **THE COURT:**  Okay.  This screenshot is admitted.

25    It may be published to the jury.  We don't have the screen

                    CRAIG NOYES - Direct by Ms. Eriksen

1    shot at the moment just in the sense of the computer -- like

2    we couldn't give you a screenshot alone.  It will be

3    prepared in the event you need to see it, but you may

4    publish -- this may be published to the jury.

5          (Government's Exhibit 532 was received.)

6          **MS. ERIKSEN:**  Okay.

7    **BY MS. ERIKSEN:**

8          **Q.**   Now can you just circle again where you see

9    Mr. Geitzen?

10         **A.**   Yes, ma'am.  [Complied]

11         **Q.**   Thank you.

12               So, I believe you mentioned before that the first

13   time you met Mr. Geitzen was when you arrested him in May of

14   2021; is that correct?

15         **A.**   That was the first time we met.  I had seen him

16   previously on surveillance but, yes, the first time meeting

17   him was May 11th.

18         **Q.**   Where did you effectuate the arrest of Mr.

19   Geitzen?

20         **A.**   At his residence at 1023 Joe Matthews Road in

21   Sanford, North Carolina.

22         **Q.**   You had an arrest warrant with you.  Correct?

23         **A.**   Yes.

24         **Q.**   Was a search warrant for the home also issued by a

25   Judge in North Carolina?

                  CRAIG NOYES - Direct by Ms. Eriksen

1    **A.**   Yes.

2    **Q.**   And you brought that with you and presented it to

3    the defendant that day?

4    **A.**   Yes.

5    **Q.**   Who else was present at the home when you

6    effectuated that?

7    **A.**   His mother, Kimberly Neiss.

8    **Q.**   I'm going to show you what's been marked for

9    identification as 804.  Do you recognize this document?

10   **A.**   Yes, I do.

11   **Q.**   What is it?

12   **A.**   This is a photograph of the jacket as it was

13   located in Mr. Geitzen's residence the day of the search.

14   **Q.**   And why is this item significant to you?

15   **A.**   Because it is the jacket worn on January 6, 2021.

16         **MS. ERIKSEN:**  Your Honor, we would offer in 804 at

17   this time.

18         **MS. COSTNER:**  No objection.

19         **THE COURT:**  804 is admitted and may be published.

20       (Government's Exhibit 804 was received.)

21         **DEPUTY CLERK:**  [Complied]

22   BY MS. ERIKSEN:

23   **Q.**   And did you take possession of that item as well?

24   **A.**   Yes, ma'am.

25         **MS. ERIKSEN:**  Your Honor, we have physical

                  CRAIG NOYES - Direct by Ms. Eriksen

1    evidence.  I don't know how you want to handle it.  Do you

2    want me to hand him the whole box?

3              **THE COURT:**  Yes, please.

4              **MS. ERIKSEN:**  May I approach the witness?

5              **THE COURT:**  You may.

6              **MS. ERIKSEN:**  Before you get into each of these

7    items, if we could pull up Government's Exhibit 801.

8              **MS. RIVES:**  [Complied]

9    **BY MS. ERIKSEN:**

10       **Q.**   While she's working on this, what is the procedure

11   for when you go in and effectuate a search warrant on

12   someone's home?

13       **A.**   The procedure, as what we generally follow and

14   then what we also followed in this scenario, was that the

15   case agent and at least one or another officer initially

16   makes contact at the residence, locates the subject and then

17   basically stays with the subject for the duration.

18              Then the search warrant team enters and conducts

19   the search warrant of the residence and looks for the

20   relevant items.

21       **Q.**   And did you have other agents and FBI personnel

22   with you on that day?

23       **A.**   Yes.

24       **Q.**   And does each person have a role?

25       **A.**   Yes.

                  CRAIG NOYES - Direct by Ms. Eriksen

1      Q.   So you are not collecting the evidence?

2      A.   No.

3      Q.   And is a record of that evidence made?

4      A.   Yes.

5      Q.   I'm going to show you what's been marked -- you

6  see it sort of askew here, what's been marked for

7  identification as Government's Exhibit 801.  Do you

8  recognize that?

9      A.   Yes, I do.

10     Q.   And what is that?

11     A.   That's, as it says at the top, it's the "Evidence

12  Collected Item Log".  And it is our form that we fill out to

13  document the items that are seized, the description of them,

14  which individual specifically collected them and where it

15  was located at the time.

16     Q.   And does this accurately reflect the items

17  collected at Mr. Geitzen's house at the time of his arrest?

18     A.   Yes.

19         MS. ERIKSEN:  Your Honor, I move to admit Exhibit

20  801.

21         MS. COSTNER:  No objection.

22         THE COURT:  801 is admitted and may be published.

23     (Government's Exhibit 801 was received.)

24         MS. ERIKSEN:  May I publish on the ELMO?

25         THE COURT:  You may.

             CRAIG NOYES - Direct by Ms. Eriksen

1      **MS. ERIKSEN:**  This is Exhibit 801.  Okay.

2      **DEPUTY CLERK:**  [Complied]

3  BY MS. ERIKSEN:

4      **Q.**   So I've handed you a box.  Are those items inside

5  the box?

6      **A.**   Yes.

7      **Q.**   So we've already seen a picture of the green

8  jacket.  Did you seize the green jacket?

9      **A.**   Yes, and as listed on this log, Item No. 2 is a

10  green and gray Columbia jacket with hood, size XL.

11      **Q.**   Do you have that in your box?

12      **A.**   Yes, I do.

13      **Q.**   Can you take that out?

14      **MS. ERIKSEN:**  Your Honor, I'm marking this as

15  Government's Exhibit 804.1.

16      **THE COURT:**  How about 804.2?

17      **MS. ERIKSEN:**  That's what I meant, 804.2.  Sorry.

18  BY MS. ERIKSEN:

19      **Q.**   Can you just explain how that's packaged?

20      **A.**   Yes.  So this is just our typical search warrant.

21  When you see something, you put it in some kind of bag or

22  container.  You mark it with the case ID, with the certain

23  information on there that's standard, name, location, case

24  number.  You seal it and then submit it into evidence.

25      **Q.**   Have you, other than the time of the arrest, have

CRAIG NOYES - Direct by Ms. Eriksen

1    you opened this bag?

2        **A.**    I opened it prior to leaving for Washington, D.C.

3    to make sure that I didn't travel all this way with the

4    wrong evidence.

5        **Q.**    And is the jacket you seized inside that bag?

6        **A.**    Yes.

7            **MS. ERIKSEN:**  Your Honor, at this time, we'd offer

8    in 804.2 and ask the agent to remove it.

9            **MS. COSTNER:**  No objection.

10           **THE COURT:**  804.2 is admitted.

11       (Government's Exhibit 804.2 was received.)

12           **THE WITNESS:**  [Complied]

13   **BY MS. ERIKSEN:**

14       **Q.**    Where was that item located?

15       **A.**    This item was located in the kitchen area on a --

16   excuse me, in the dining room area on a dining room table --

17   on a chair at the dining room table.

18       **Q.**    Does it appear substantially similar to the jacket

19   you reviewed in the videos?

20       **A.**    Yes, it does.

21       **Q.**    I'm going to show you what has been marked for

22   identification as Government's Exhibit 803.

23           **DEPUTY CLERK:**  Is it going to be on the computer?

24           **MS. ERIKSEN:**  It's going to be on the computer,

25   yes.  Sorry.

                  CRAIG NOYES - Direct by Ms. Eriksen

BY MS. ERIKSEN:

Q.   And do you recognize this photograph?

A.   Yes, I do.

Q.   And what is that?

A.   That's a photograph that was taken during the search warrant of particular relevance, the goggles that were located in the living room of the residence.

Q.   And why did you take this photo or why did you take evidence that was in this photo?

A.   Because the goggles were substantially similar, at the very least, to the goggles observed on Mr. Geitzen on January 6, 2021.

MS. ERIKSEN:   I offer in Government's Exhibit 803, Your Honor.

THE COURT:   Any objection?

MS. COSTNER:   No objection.

THE COURT:   Government's Exhibit 803 is admitted.

(Government's Exhibit 803 was received.)

MS. ERIKSEN:   May we publish to the jury?

THE COURT:   You may.

DEPUTY CLERK:   [Complied]

BY MS. ERIKSEN:

Q.   Agent Noyes, can you just circle what you were just talking about?

A.   Yes.   [Complied]

CRAIG NOYES - Direct by Ms. Eriksen

1    **Q.**   Those appear substantially similar to the ones in

2    the videos?

3    **A.**   Yes.

4    **Q.**   Did you also take possession of those goggles?

5    **A.**   Yes.

6    **Q.**   Do you have them with you here today?

7    **A.**   Yes, I do.

8    **Q.**   Could you please take them out?

9    **A.**   [Complied]

10   **Q.**   Is the bag similarly sealed and marked as you did

11   with the jacket?

12   **A.**   It is, yes.

13        **MS. ERIKSEN:**   Your Honor, at this time, I would

14   offer in Government's Exhibit 803.1.

15        **MR. KNIGHT:**   No objection.

16        **THE COURT:**   803.1 is admitted.

17   (Government's Exhibit 803.1 was received.)

18   **BY MS. ERIKSEN:**

19   **Q.**   Can you please remove that from the bag?

20   **A.**   Yes.  [Complied]

21   **Q.**   Let me show you what's been marked for

22   identification as Government's Exhibit 805.  Do you

23   recognize these items?

24   **A.**   Yes, I do.

25   **Q.**   And what are they?

CRAIG NOYES - Direct by Ms. Eriksen

1    **A.**    This is a photograph of the knee pads that were

2    seized during the search warrant.

3         **MS. ERIKSEN:**  Your Honor, at this time, we would

4    move into evidence Government's Exhibit 805.

5         **MS. COSTNER:**  No objection.

6         **THE COURT:**  Government's 805 is admitted and may

7    be published.

8         (Government's Exhibit 805 was received.)

9         **DEPUTY CLERK:**  [Complied]

10   **BY MS. ERIKSEN:**

11   **Q.**    Can you explain to the jury why these items were

12   seized?

13   **A.**    Yes.  One of the key parts in identifying

14   Mr. Geitzen was his wardrobe that day, and knee pads were a

15   part of it with the white lettering above the gray padding

16   area.

17   **Q.**    And did you also seize the actual items?

18   **A.**    Yes.

19   **Q.**    Do you have those with you today?

20   **A.**    Yes.

21   **Q.**    Can you take them out?

22   **A.**    [Complied]

23   **Q.**    Is that bag similarly marked like the other two

24   bags we've seen today?

25   **A.**    Yes, it is.

                 CRAIG NOYES - Direct by Ms. Eriksen

751

1        **MS. ERIKSEN:**  Your Honor, at this time, we'd offer

2    in 805.1.

3        **THE COURT:**  Any objection?

4        **MS. COSTNER:**  No objection.

5        **MS. ERIKSEN:**  Would you please remove the items

6    from the bag.

7        **THE COURT:**  805.1 is admitted.

8        (Government's Exhibit 805.1 was received.)

9        **THE WITNESS:**  Yes.  [Complied]

10   **BY MS. ERIKSEN:**

11   **Q.**  What do you notice about these knee pads that made

12   you take them as evidence in this case?

13   **A.**  In particular, it was the white lettering on top,

14   which is consistent with the videos depicting AFO-217 as

15   Mr. Geitzen.

16   **Q.**  And you have four pads.  Why did you take four?

17   **A.**  We took four generally because that's what we had

18   found.  There was actually an extra pair of goggles too that

19   we did not seize, but that's what was lumped together at the

20   time in the location.

21   **Q.**  Are all four of those largely identical by your

22   summation?

23   **A.**  Yes, they are.  Some are a little bit more

24   scratched up than others but, yes.

25   **Q.**  And I have one last exhibit to show you.  It's

              CRAIG NOYES - Direct by Ms. Eriksen

1    been marked for identification as Government's 802.  Can you

2    describe this document, please?

3        **A.**   Yes, this is a receipt that we leave at the

4    conclusion of a search warrant to document what we took and

5    have someone that's at the residence sign for the receipt.

6        **Q.**   And is that done in the normal course of every

7    search warrant?

8        **A.**   Yes, it is.

9        **MS. ERIKSEN:**  Your Honor, at this time, I move in

10   Government's 802.

11        **MS. COSTNER:**  No objection.

12        **THE COURT:**   802 is admitted and may be published.

13        (Government's Exhibit 802 was received.)

14        **DEPUTY CLERK:**   [Complied]

15   **BY MS. ERIKSEN:**

16        **Q.**   And someone has to -- so on this document

17   you've -- someone has listed the items you took?

18        **A.**   Yes.

19        **Q.**   And then someone has to sign for it?

20        **A.**   Yes.

21        **Q.**   And do you know who signed for it?

22        **A.**   Yes, it's listed at the bottom.

23        **Q.**   Okay.

24        **A.**   Where it states Kimberly Neiss.

25        **Q.**   Is that his mother?

                CRAIG NOYES - Direct by Ms. Eriksen

1      **A.**    Yes, it is.

2      **Q.**    While you were at the home, did the search warrant

3  also cover electronic devices?

4      **A.**    Yes, it did.

5      **Q.**    Did you find any electronic devices?

6      **A.**    Yes, we found and seized three cell phones.

7      **Q.**    And in particular -- so in talking about those

8  cell phones, were all of those cell phones searched?

9      **A.**    Yes.

10     **Q.**    Were all of those cell phones successfully

11 searched?

12     **A.**    No.

13     **Q.**    How many were successfully searched?

14     **A.**    Two of the three.

15     **Q.**    And when I say "successfully searched", was one

16 just that you couldn't get into the phone?

17     **A.**    Yes, that's correct.

18     **Q.**    And were you able to determine who those -- for

19 the phones you got into, were you able to determine who they

20 belonged to?

21     **A.**    Yes.

22     **Q.**    And did you determine that one of those phones

23 belonged to Mr. Geitzen?

24     **A.**    Yes.

25     **Q.**    And generally, how did you make that

CRAIG NOYES - Direct by Ms. Eriksen

1    determination?

2         **A.**   By reviewing the messages that were on the phone

3    or at least the extraction from the phone to include certain

4    just information that made it very obvious that it was used

5    by Mr. Geitzen.

6         **Q.**   Okay.

7              And were you also aware of his phone number?

8         **A.**   Yes.

9         **Q.**   And how were you aware of that?

10        **A.**   One, from Agent Doss' phone call to Mr. Geitzen

11   using that phone number, and that phone number was the one

12   attributed to the cell phone.

13        **Q.**   I'm going to show you what's been marked as

14   Government's Exhibit 703.  And this is a multi-page

15   document, but have you reviewed this document?

16        **A.**   Yes, I have.

17        **Q.**   And what is it?

18        **A.**   This is an affidavit that was filed by the

19   forensic examiner that conducted the phone extraction.

20        **Q.**   And where is that person located?

21        **A.**   That person, at the time, was located in

22   Charlotte, North Carolina.

23        **MS. ERIKSEN:**  Your Honor, at this time, I would

24   offer in Government's Exhibit 703.

25             **MS. COSTNER:**  No objection.

              CRAIG NOYES - Direct by Ms. Eriksen

1          **THE COURT:**  Government's 703 is admitted and may

2     be published.

3          (Government's Exhibit 703 was received.)

4          **DEPUTY CLERK:**  [Complied]

5     BY MS. ERIKSEN:

6          **Q.**   Just generally, without reading the affidavit

7     because the jury will have that later, what does the

8     examiner attest to in this document?

9          **A.**   Just basically that he followed the normal course

10    of business in conducting the phone extraction.

11         **Q.**   And we call that person a CART examiner; is that

12    right?

13         **A.**   We do, yes.

14         **Q.**   What generally would a CART examiner do when they

15    got a cell phone?  I know you're not one, just the

16    overarching?

17         **A.**   Yes, I'm not one.  They're a specialty team that

18    we have, and they utilize various forensic tools at their

19    disposal.

20              Our Charlotte office is our main headquarters

21    office so, if we have trouble accessing a phone, it goes

22    down to Charlotte.  And they utilize the forensic tools in

23    order to try to get into the phone in order to obtain the

24    information.

25         **Q.**   When some an item gets sent, if it has to be sent,

                    CRAIG NOYES - Direct by Ms. Eriksen

1    to a place like Charlotte, do you keep track of the

2    movements?  Do you keep track of the movements of that item?

3         **A.**   Yes, we do.

4         **Q.**   Go ahead.

5         **A.**   Yes, we do.

6         **Q.**   Okay.  And how do you do that?

7         **A.**   We do that through the form that's an "Evidence

8    Chain of Custody Form".

9         **Q.**   Do you see that on the screen?

10        **A.**   Yes, I do.

11        **Q.**   Do you see on this page the last entry on Page 10

12   on this chain of custody form?

13        **A.**   Yes, I do.

14        **Q.**   Whose name is that?

15        **A.**   That's my name, Craig Noyes.

16        **Q.**   So did the phone ultimately come back into your

17   possession?

18        **A.**   Yes, it did.

19        **Q.**   And then when you got it back from Charlotte, what

20   do you do with it?

21        **A.**   The physical phone or the extraction from the

22   phone?

23        **Q.**   The extraction from the phone.

24        **A.**   The extraction from the phone is uploaded into a

25   system that we have that I am able to access, and I review

                CRAIG NOYES - Direct by Ms. Eriksen

1    the information that's been provided and essentially review

2    it for relevant material.

3              **MS. ERIKSEN:**  If we can pull up 702.

4              **MS. RIVES:**  [Complied]

5    **BY MS. ERIKSEN:**

6        **Q.**   I'm showing you what's been marked as

7    Government's 702.  Do you recognize this?

8        **A.**   Yes, I do.

9        **Q.**   And what is this?

10       **A.**   This is the report that was generated following my

11   review of Evidence Item 1-B-4, which was the phone that was,

12   through my review, I determined was utilized by Mr. Geitzen.

13       **Q.**   And is this a lengthy report?

14       **A.**   It is very lengthy, yes, ma'am.

15       **Q.**   And what is contained in the report that you

16   generate?

17       **A.**   In general, it captures relevant photos, text

18   messages.  It could be videos, basically, anything on that

19   phone that is relevant to the investigation.

20       **Q.**   But it's not the whole of the phone?

21       **A.**   No, it's not.

22       **Q.**   Do you make a determination, based upon your

23   search warrant authority, to what is relevant and what

24   isn't?

25       **A.**   Yes.

                CRAIG NOYES - Direct by Ms. Eriksen

1      **MS. ERIKSEN:**  Your Honor, at this time, we'd move

2  in this 702 page.

3      **MS. COSTNER:**  No objection.

4      **THE COURT:**  702 is admitted and may be published.

5      (Government's Exhibit 702 was received.)

6      **DEPUTY CLERK:**  [Complied]

7  **BY MS. ERIKSEN:**

8      **Q.**  Is there a marking -- if you can see, it's kind of

9  small, that first section, it's the summary, the last line

10  what that says?

11     **A.**  I do.  For evidence number?

12     **Q.**  Yes.

13     **A.**  Yes.  It stays 1-B-4.

14     **Q.**  For purposes of your recordkeeping, has that been

15  the number assigned to Mr. Geitzen's cell phone --

16     **A.**  Yes.

17     **Q.**  -- on Exhibit 1-B-4?

18     **A.**  Yes.

19     **Q.**  I'd like to show you -- so you generate this

20  report and you flag relevant documents?

21     **A.**  Yes.

22     **Q.**  And you've reviewed most of the phone but scoped

23  it to what is relevant to the events of January 6?

24     **A.**  That's correct.

25     **Q.**  I'd like to show you what's been marked for

CRAIG NOYES - Direct by Ms. Eriksen

1    identification as Government's 702.4.  This would be the 700

2    series of exhibits.  Have you reviewed all of these

3    exhibits?

4         **A.**   Yes, I have.

5         **Q.**   What are they?

6         **A.**   They are excerpts from the longer report.

7         **Q.**   And excerpts meaning text messages or photos or

8    media?

9         **A.**   Yes.  Either of those, yes, but primarily text

10   messages.

11        **MS. ERIKSEN:**  Your Honor, if the Court and defense

12   would permit it, at this time, I would move into evidence

13   all of the items in the 702 series.

14        **THE COURT:**  702.6 is already admitted.  So does

15   the defendant have any objection to admitting 702.1 through

16   702.5 and then 702.7 to 702.8 subject to the continuing

17   objection noted yesterday?

18        **MS. COSTNER:**  Yes, Your Honor.  If the Court would

19   just allow us to have that continuing objection.

20        **THE COURT:**  That continuing objection is noted

21   throughout.  So with that, do you otherwise object to

22   admitting 702 to 702.8?

23        **MS. COSTNER:**  No, Your Honor.

24        **THE COURT:**  Okay.  Thank you.

25        As I said, 702.6 is already in.  So

                 CRAIG NOYES - Direct by Ms. Eriksen

1    Government's 702.1, 702.2, 702.3, 702.4, 702.5, 702.7 and

2    702.8 are admitted and may be published to the jury.  I'm

3    afraid -- well, depending on the document, it looks like we

4    may -- maybe we will have something that can be visible to

5    the jury and legible.  It looks like this version was better

6    than the one that was up before.

7         (Government's Exhibits 702.1, 702.2, 702.3, 702.4,

8    702.5, 702.7 and 702.8 were admitted.)

9              **MS. ERIKSEN:**  Okay.

10             **THE COURT:**  If we need to use the ELMO, we can do

11   that.

12             **MS. ERIKSEN:**  Okay.

13   **BY MS. ERIKSEN:**

14        **Q.**   I am showing you what has been admitted as

15   Government's 702.4.  Do you recognize this?

16        **A.**   Yes, I do.

17        **Q.**   What is that?

18        **A.**   This is an excerpt from the longer report.

19        **Q.**   What stands out to you about this particular text

20   thread?

21        **A.**   As I mentioned earlier, there were a couple parts

22   within the text messages that stood out to me as identifying

23   it as Mr. David Geitzen's phone.  And this was one somewhat

24   obvious clue where the green is from the sender of the

25   phone, and it states, "My name is David Geitzen."  Then

                CRAIG NOYES - Direct by Ms. Eriksen

1    that's it.  And I probably should have brought my reading

2    glasses, but it is sent on 1/5/2021.

3        **Q.**   So that would be the day before January 6th?

4        **A.**   Yes.

5            **MS. ERIKSEN:**  I'm going to switch to the ELMO.

6    Thank you.

7    **BY MS. ERIKSEN:**

8        **Q.**   And this is Page 2 of 702.4.  Can you read that?

9        **A.**   Yes.

10       **Q.**   And what does that say?

11       **A.**   That's a message sent on January 5th, 2021 at

12   11:34:43 p.m.  And it states "Hey, slight delay for me and

13   my brother.  We're going to leave around 6 a.m.  Don't feel

14   like you have to wait for us.  But if you're still at the

15   hotel, we can rendezvous."

16       **Q.**   You said what date was this on?

17       **A.**   That was January 5th, 2021.

18       **Q.**   And was between Mr. Geitzen and who?

19       **A.**   An individual identified in the phone as

20   Steve Patriot.

21       **Q.**   Just so the jury knows, Mr. Geitzen's messages are

22   in green and the other people are in blue?

23       **A.**   That's correct.

24           **THE COURT:**  Counsel, just so the record is clear,

25   what exhibit number is that?

                    CRAIG NOYES - Direct by Ms. Eriksen

1          **MS. ERIKSEN:**  This is still 702.4 just the next

2     page.

3          **THE COURT:**  Very well.

4     **BY MS. ERIKSEN:**

5          **Q.**   I'm going to show you Page 3 -- I'm going to show

6     you Page 5 of Exhibit 702.4.  And if you can read -- is it

7     still between Mr. Geitzen and someone named Steve Patriot?

8          **A.**   Yes, it is.

9          **Q.**   Can you read the message and the date stamp on

10    this exchange?

11         **A.**   Yes.  The message states:  "Today was a beautiful,

12    beautiful day.  Americans remembered where their spine was

13    and senators learned that crimes have consequences.  The

14    fake news will try to spin it, but there were too many of us

15    there who saw what happened IRL.  We will tell everyone

16    else."

17         **Q.**   What is the date stamp on that?

18         **A.**   The date is January 7th, 2021 at 12:24:10 a.m.

19         **Q.**   So just a few hours after the events at the

20    Capitol?

21         **A.**   Yes.

22         **Q.**   And then I'm showing you Page 6 of the same

23    exhibit.  Can you read the top thread and what Mr. Geitzen

24    writes and the time?

25         **A.**   Yes.  That states, "The next March is on the 20th

                    CRAIG NOYES - Direct by Ms. Eriksen

1    I hear.  This one is likely the start of a civil war.

2    Unless you are willing to die for your country, you should

3    not go."

4         **Q.**    What does Steve Patriot respond?

5         **A.**    And Steve Patriot responds, "I will be there."

6         **Q.**    What does Mr. Geitzen say in reply?

7         **A.**    And Mr. Geitzen responds, "Same here.  I'm not a

8    strong man, but I will the fight for this world until the

9    bitter end."

10        **Q.**    When does that exchange end?

11        **A.**    The exchange ends on January 5th, 2021 at

12   11:16:15 a.m.

13        **Q.**    Thank you.

14             I am now going to show you what's been admitted as

15   Government's Exhibit 702.1.

16        **DEPUTY CLERK:**  This is on the ELMO or the

17   computer?

18        **MS. ERIKSEN:**  Should we just do the computer?

19   702.1.

20        (Brief pause.)

21   **BY MS. ERIKSEN:**

22        **Q.**    Okay.  I am going to show you what has been

23   admitted as Government's Exhibit 702.2 [sic], and I'm

24   starting with Page 4.  To your knowledge, was there a

25   back-and-forth family and friends texting on these phones --

                CRAIG NOYES - Direct by Ms. Eriksen

1      **A.**   Yes, there is.

2      **Q.**   And is this part of that?

3      **A.**   Yes, it is.

4      **Q.**   And this is from some other person, the writing in

5   blue.  What does that read?

6      **A.**   That reads:  "I'm saying you shouldn't

7   participate, just really stay focused on what you're

8   standing for."

9      **Q.**   At the bottom, can you see what time that message

10   was sent?

11      **A.**   Yes, that was January 6, 2021 at 8:56:35 p.m.

12      **Q.**   And then turning to the next page, 702.1, Page 5,

13   can you read Mr. Geitzen's response?

14      **A.**   Yes, his response is, "Nope.  Too late for that

15   kind of talk.  If our Congress allows blatant fraud, they

16   don't get to appeal to any sort of trust in them to settle

17   the issue.  They are self-interested tyrants who will

18   remember that they are the State's employee, not us."

19      **Q.**   And then the next -- that timestamp was what time?

20      **A.**   That is also January 6, 2021, and that timestamp

21   is 8:57:27 p.m.

22      **Q.**   And shortly thereafter is another message.  Can

23   you read that?

24      **A.**   It states, "And it ain't domestic terrorism

25   either.  People made sure not kill any officer after they

CRAIG NOYES - Direct by Ms. Eriksen

1    got their helmets removed."

2         **Q.**    What time was that one sent?

3         **A.**    That is the same day, January 6, 2021, at

4    8:58:37 p.m.

5         **Q.**    And then one last message.  If you could read at

6    the bottom, what does that one say?

7         **A.**    That one states, "I mean, get into Congress and

8    occupy it."

9         **Q.**    The next exhibit I'm going to show you is

10   Government's Exhibit 702.2.

11            **THE COURT:**  So the last document we were looking

12   at was 702.1?

13            **MS. ERIKSEN:**  Yes, Your Honor.

14   **BY MS. ERIKSEN:**

15        **Q.**    If you could read the portion in green, please.

16        **A.**    It says, "Unfortunately, it seems civil war is all

17   but assured now.  Word on the street is that the next rally

18   is on the 20th and people are bringing their guns this time.

19   This rally is with or without Trump.  We aren't his

20   employees and if he chooses to concede to election fraud,

21   that is treason.  There is no giving up permitted when it

22   comes to the future of the world."

23        **Q.**    Can you see when that was sent?

24        **A.**    That was sent on January 8th, 2021 at

25   12:54:38 p.m.

                CRAIG NOYES - Direct by Ms. Eriksen

1    Q.   And can you see what someone on that thread

2    responded with?

3    A.   Their response is, "On the 20th where?"

4    Q.   And then what is Mr. Geitzen's response?

5    A.   "D.C. again."

6         MS. ERIKSEN:   If I could have 702.5 please.

7         (Published exhibit.)

8    BY MS. ERIKSEN:

9    Q.   I'm going to show you what is Government's 702.2.

10   What does that message say?

11   A.   That message states -- what you have up is "Thanks

12   Julia and everyone else too."

13   Q.   And then the next page, as we pretend to scroll

14   down, what does the next message say?

15   A.   That states, "Here are some photos."

16   Q.   What is the timestamp?

17   A.   The timestamp is January 6, 2021 at 10:20:01 p.m.

18   Q.   We are going down to the attachment.  Can you see

19   something attached to that message?

20   A.   Yes.  That's a thumbnail photograph.

21   Q.   And what time was that sent?

22   A.   That was sent at 10:20:32 p.m.

23   Q.   And it's very small on that screen, but were you

24   able to blow that up and see what it was?

25   A.   Yes, I was.

                CRAIG NOYES - Direct by Ms. Eriksen

1    **Q.**   Do you recall what that picture looks like?

2    **A.**   Yes.

3    **Q.**   And what is that?

4    **A.**   It is a picture of Mr. Geitzen wearing the green

5    jacket with his thumbs up with the Capitol in the

6    background, which was the photo that was provided to us at

7    the very initial tip identifying Mr. Geitzen as AFO-217.

8    **Q.**   I am showing you Government's Exhibit 702.6.  Is

9    this the photo we're talking about?

10   **A.**   Yes, it is.

11   **Q.**   Thank you.

12         I'm going to show you 702.3.

13         If you could read that message at the bottom in

14   green and tell us the timestamp on it if you can tell.

15   **A.**   The message states, "Congress is being stormed."

16   And that was sent on January 6, 2021 at 3:25:25 p.m.

17   **Q.**   And moving to the next part of the thread, can you

18   read what the top message says?

19   **A.**   Yes.  The top message says, "No joke."  And that

20   is sent at 3:25:30 p.m. the same day.

21   **Q.**   And then in the blue, a response comes that asks

22   what?

23   **A.**   The response asks, "By Antifa, perhaps?"

24   **Q.**   What does the defendant respond?

25   **A.**   "No, us."

                 CRAIG NOYES - Direct by Ms. Eriksen

1       Q.    And later in this exhibit of 702.3 on Page 5 of

2   that exhibit, can you read that top green portion.

3       A.    That states, "I've never been prouder to be an

4   American than today's protest.  Word is the next one is on

5   January 17th."

6       Q.    Can you read the date and time?

7       A.    Yes.  That's also January 6, 2021 and the time is

8   8:39:44 p.m.

9       Q.    And then there are two additional messages sent

10  after that.  Can you read those and the date and time as

11  well?

12      A.    Yes.  That message states, "It was beautiful day"

13  on January 7th, 2021 at 12:35:33 p.m., followed by "Jan 19

14  looks like the new date maybe."  Also sent January 7, 2021.

15      Q.    And the final page on that exhibit, can you read

16  the portion in green?

17      A.    Yes.  It states, "Jan 20 is what I hear now, the

18  inauguration.  It can't be any later than that, otherwise

19  Pedo Joe will control the military."

20      Q.    And in addition to these text messages that came

21  off of the phone, you seized a couple of photographs as

22  well?

23      A.    Yes.

24      Q.    So we already saw 702.6.  I'd like to show you

25  Government's Exhibit 702.7.

             CRAIG NOYES - Direct by Ms. Eriksen

1          **MS. ERIKSEN:**  Can we switch back to the computer

2     if that's okay?

3          **DEPUTY CLERK:**  (Nods head.)

4          **MS. ERIKSEN:**  Thank you.

5     **BY MS. ERIKSEN:**

6          **Q.**   Do you recognize this photo?

7          **A.**   Yes.

8          **Q.**   What does that appear to be?

9          **A.**   That appears to be Mr. Geitzen with the

10    U.S. Capitol in the background.

11         **Q.**   And then Government's Exhibit 702.8, do you

12    recognize that photo?

13         **A.**   Yes.  That was also a photo seized from the phone

14    depicting Mr. Geitzen on the right.

15         **Q.**   And what appears in the background?

16         **A.**   The U.S. Capitol.

17         **Q.**   I'm going to show you one more exhibit that's been

18    admitted.  This is from Exhibit 702.4.

19         **MS. ERIKSEN:**  Going back on the ELMO.  Thank you.

20         **DEPUTY CLERK:**  [Complied]

21    **BY MS. ERIKSEN:**

22         **Q.**   Can you read that as well as the timestamp on the

23    bottom?

24         **A.**   Yes.  This message states, "BTW, they are trying

25    give credit to storming Congress on the news to Antifa.

                 CRAIG NOYES - Direct by Ms. Eriksen

1     Bullshit.  I was there in the hallway helping to push the

2     line of guards back.  Today was 100% what happens when you

3     piss off normal people, and the next protest is going even

4     further."

5          **Q.**   What is the timestamp on that message?

6          **A.**   That was January 6, 2021 at 8:43:57 p.m.

7          **Q.**   Thank you.  I think that is all I have, Agent.  If

8     you could answer any questions the defense might have.

9          **A.**   Yes, ma'am.

10         **THE COURT:**  Thank you.  Why don't we take our

11    morning recess.  It seems to be a convenient time to do so

12    and be back on the record at 11:15 for cross.  Okay?  Thank

13    you.

14         (Jury exited the courtroom.)

15         (Recess at 10:55 a.m. until 11:17 a.m.)

16         (Jury entered the courtroom.)

17         **DEPUTY CLERK:**  We are now back on the record.

18         **THE COURT:**  Thank you.

19         Agent, you may come up.

20         Cross-examination.

21         **MS. COSTNER:**  Thank you, Your Honor.

22              **CROSS-EXAMINATION OF CRAIG NOYES**

23    **BY MS. COSTNER:**

24         **Q.**   I guess it's still morning.  Good morning,

25    Agent Noyes?

                  CRAIG NOYES - Cross by Ms. Costner

1      **A.**   Yes, good morning.

2      **Q.**   You testified that you took over the case August

3      2021?

4      **A.**   Yes.

5      **Q.**   The search warrant and arrest warrant says were

6      executed in May of 2022; is that correct?

7      **A.**   Yes.

8      **Q.**   Now, during the time between August of 2021 -- and

9      you took that case over from somebody else.  So there was a

10      prior investigation; is that correct?

11      **A.**   That's correct.

12      **Q.**   You said you've reviewed case files, interviews,

13      surveillance and videos; is that right?

14      **A.**   Yes.

15      **Q.**   Was the surveillance conducted by you or other

16      agents?

17      **A.**   Both.

18      **Q.**   Both.  And so you said that you looked to find out

19      where Mr. Geitzen lived; is that correct?

20      **A.**   Yes.

21      **Q.**   And determined that that was in Sanford, North

22      Carolina --

23      **A.**   Yes.

24      **Q.**   -- ultimately?

25      **A.**   Fifteen minutes south of Sanford, a little town

CRAIG NOYES - Cross by Ms. Costner

1   called Lemon Springs but mailing address Sanford, yes.

2          **Q.**   Lee County, North Carolina?

3          **A.**   Yes.

4          **Q.**   Was that difficult for you to determine?

5          **A.**   It was.

6          **Q.**   And -- that he -- were you able to find

7   Mr. Geitzen's driver's license?

8          **A.**   Yes.

9          **Q.**   Did his driver's license have his address on it?

10         **A.**   It did.

11         **Q.**   Was that the address where you went and conducted

12  the search and arrested him?

13         **A.**   Yes.

14         **Q.**   Was that the same address where you conducted the

15  surveillance?

16         **A.**   There were several addresses we were conducting

17  surveillance.  So that was one of them.

18         **Q.**   That's the address though that you identified

19  where he was residing; is that correct?

20         **A.**   Yes.

21         **Q.**   And the address on his driver's license?

22         **A.**   Yes.

23         **Q.**   And is it your experience that, when people have

24  an address on their driver's license, that's generally where

25  they live.  Correct?

                CRAIG NOYES - Cross by Ms. Costner

1       **A.**   Generally.

2       **Q.**   I understand, sometimes people move and they don't

3    immediately change their license but, generally, would that

4    be one of the first places you might go to find somebody?

5       **A.**   Yes.

6       **Q.**   And that is, in fact, where you found him?

7       **A.**   Yes.

8       **Q.**   You conducted surveillance, took photographs of

9    the house.  Correct?

10      **A.**   Yes.

11      **Q.**   Took photographs of Mr. Geitzen's car?

12      **A.**   Yes.

13      **Q.**   And Mr. Geitzen's car was at that residence where

14   you arrested him?

15      **A.**   It was a truck that he was driving, yes.

16      **Q.**   Vehicle.  I'm sorry.

17      **A.**   Yes.  Yes.

18      **Q.**   His vehicle.

19              Was that vehicle registered?

20      **A.**   The truck?

21      **Q.**   Yes.

22      **A.**   Yes, it was.

23      **Q.**   And was it registered to that address?

24      **A.**   I don't recall.

25      **Q.**   But that would have been something you would have

                CRAIG NOYES - Cross by Ms. Costner

1    looked for; is that correct?

2         **A.**   Yes.

3         **Q.**   And you don't recall it being registered to some

4    different address?

5         **A.**   No, I don't.

6         **Q.**   You testified that part of the way you identified

7    Mr. Geitzen was through unique physical characteristics.

8    Correct?

9         **A.**   Yes.

10        **Q.**   You said hair, stature, that sort of thing?

11        **A.**   Yes, ma'am.

12        **Q.**   And was that part of your surveillance at the

13   residence?  I'm just going to -- I'm going to say in

14   Sanford.  I understand it was a slightly different town.

15   But if I say Sanford, we're talking about the same address?

16        **A.**   Yes, ma'am.

17        **Q.**   Okay.  Was that based on your surveillance at that

18   address?

19        **A.**   It was based on my review of the video and then

20   viewing him in person for the first time.

21        **Q.**   And were there photos taken of him around his

22   residence during the surveillance?

23        **A.**   At the Sanford address?

24        **Q.**   Yes, sir.

25        **A.**   I don't believe so.  There were photographs taken

                    CRAIG NOYES - Cross by Ms. Costner

1    of him in another location.

2        **Q.**    And did you take those photographs or did somebody

3    else?

4        **A.**    Somebody else did.

5        **Q.**    And did you review those photographs?

6        **A.**    Yes.

7        **Q.**    And did you base part of your opinion on the

8    photographs that you reviewed that were taken at other

9    places?

10        **A.**    Yes.  Part of my opinion, yes.

11        **Q.**    And did any of those photographs include

12    Mr. Geitzen wearing a white helmet?

13        **A.**    No.

14        **Q.**    So all the surveillance videos and photos in your

15    observation were him without a helmet.  Correct?

16        **A.**    That's correct.

17        **Q.**    Now, you testified about when you went to his

18    residence on May 11th, 2022 to execute the search warrant

19    and the arrest warrant.  Correct?

20        **A.**    Yes.

21        **Q.**    And was Mr. Geitzen at his residence at that

22    time --

23        **A.**    Yes, he was.

24        **Q.**    -- or did you have to wait for him?

25        **A.**    He was present.

                CRAIG NOYES - Cross by Ms. Costner

1      **Q.**   And his mother was there also?

2      **A.**   Yes, ma'am.

3      **Q.**   Did you have to kick down the door and race inside

4      and yell, "FBI"?

5      **A.**   No.

6      **Q.**   Did you knock?

7      **A.**   We did.

8      **Q.**   All right.  Was the door answered?

9      **A.**   Yes, it was.

10     **Q.**   Who answered the door?

11     **A.**   His mother.

12     **Q.**   You explained to her, I assume, why you were there

13     and that you had the search warrant?

14     **A.**   We asked if Mr. David Geitzen was present in the

15     residence.  And then he was asleep and we talked to him at

16     that point.

17     **Q.**   And you explained it at the beginning to his

18     mother when she answered the door; is that correct?

19     **A.**   Which part?

20     **Q.**   Okay.  Let me back up.

21     **A.**   Yeah.

22     **Q.**   You came to the door and you knocked?

23     **A.**   Yes.

24     **Q.**   All right.  And his mother answered the door?

25     **A.**   Yes.

CRAIG NOYES - Cross by Ms. Costner

1     **Q.**   And by the way, do you see her in court today?

2     **A.**   Yes, I do.

3     **Q.**   Back in the audience?

4     **A.**   Yes, ma'am.

5     **Q.**   And she answered the door?

6     **A.**   Yes, she did.

7     **Q.**   And did she tell you that Mr. Geitzen was asleep

8     or did you have to push past her and run inside to see what

9     he was doing?

10    **A.**   She told me that he was asleep in his bedroom.

11    **Q.**   Did she go and wake him up?

12    **A.**   Yes, she did.

13    **Q.**   Did she invite you all in or did you have to wait

14    on the door step?

15    **A.**   No, she invited us in.

16    **Q.**   How many agents were with you?

17    **A.**   There were three agents.

18    **Q.**   When you walked inside, were guns drawn or

19    anything like that?

20    **A.**   No.

21    **Q.**   And did she appear cooperative with you?

22    **A.**   Yes.

23    **Q.**   And when she went to wake up her son, did he wake

24    up and come out?

25    **A.**   Yes, he did.

CRAIG NOYES - Cross by Ms. Costner

1      Q.   And at that point, did you explain to him you had

2    a search warrant and an arrest warrant?

3      A.   Eventually we did.

4      Q.   Okay.  And as that arrest warrant and search

5    warrant were executed, you testified about the green jacket

6    that you found?

7      A.   Yes.

8      Q.   All right.  Was that provided to you by

9    Mr. Geitzen or did you have to look around for it?

10      A.   He pointed it out.

11      Q.   And with respect to the goggles, the same or did

12    you have to, like, turn over the house and toss -- you know,

13    toss it -- I don't know what the expression is -- but where

14    you have to pull open drawers and things like that and

15    search?

16      A.   They were sitting on a side table.

17      Q.   And were they shown to you or did you just have to

18    run over and grab them?

19      A.   If I recall, he stated that those were not the

20    goggles from the day but since they were substantially

21    similar, we seized them.

22      Q.   And with respect to the knee pads, were those

23    provided to you by Mr. Geitzen?

24      A.   No, they were not.

25      Q.   Did you -- I'm sorry.  Did I say knee pads?  Okay.

                    CRAIG NOYES - Cross by Ms. Costner

1    Where did you find the knee pads?

2         **A.**    In his bedroom.

3         **Q.**    In his bedroom.  Where were they in his bedroom?

4         **A.**    They were under a table.

5         **Q.**    Like in a box or just kind of thrown under a

6    table?

7         **A.**    Yes.

8         **Q.**    Or in a container, like, that might have other

9    clothing and items like that?

10        **A.**    Yes, that's correct.

11        **Q.**    And did you find any firearms in Mr. Geitzen's

12   bedroom?

13        **A.**    Yes, we did.

14        **Q.**    And did Mr. Geitzen have them -- was he wearing

15   them or did he point them or pull them out in any way?

16        **A.**    No, he did not.

17        **Q.**    And were you aware of their existence?

18        **A.**    Not initially.

19        **Q.**    Okay.

20             Now, with respect to the text messages that you

21   testified about, you did -- 702.2 specifically, where it

22   stated, "People are bringing guns", do you recall that text

23   message with that statement in it from the phone?

24        **A.**    I don't specifically recall reading that one.  Was

25   that in reference to the January 20th?

                CRAIG NOYES - Cross by Ms. Costner

1    **Q.**   Yes.  With respect to the text messages when you

2    performed the Cellebrite extraction of his phone?

3    **A.**   Yes.

4    **Q.**   Did you have any information that on January the

5    6th that Mr. Geitzen had a firearm on him?

6    **A.**   No.

7    **Q.**   And with respect to January 20th, you were aware

8    of the phone call that Agent Doss made to Mr. Geitzen?

9    **A.**   Yes.

10   **Q.**   And that he spoke with Mr. Geitzen?

11   **A.**   Yes.

12   **Q.**   And that, after talking with Mr. Geitzen, that he

13   was satisfied that Mr. Geitzen did not pose a danger on

14   January the 20th; is that correct?

15   **A.**   That's correct.

16   **Q.**   And there was no information or evidence that

17   Mr. Geitzen himself was bringing a gun to the inauguration

18   on January the 20th; is that correct?

19   **A.**   That's correct, yes.

20   **Q.**   And no information or evidence that, at any point

21   in time, Mr. Geitzen possessed a gun at the inauguration on

22   January the 20th; is that correct?

23   **A.**   That's correct.

24   **Q.**   That's all the questions.  Thank you.

25            **THE COURT:**  Redirect.

             CRAIG NOYES - Cross by Ms. Costner

1          **REDIRECT EXAMINATION OF CRAIG NOYES**

2     **BY MS. ERIKSEN:**

3          **Q.**   Agent, if I could start by showing you what's

4     marked as Government's Exhibit 806.  Before we do that, let

5     me -- while they pull it up, I'll ask you a few other

6     questions.

7               Ms. Costner asked you about how you were treated

8     when you arrived and you were invited in.  Is that always

9     the case that people are that polite when you go to search

10    or arrest someone?

11         **A.**   Not always.

12         **Q.**   And do you take certain precautions in your job

13    because you don't know what you're facing when you get

14    somewhere?

15         **A.**   Yes, we do.

16         **Q.**   Had you ever met Mr. Geitzen before this day?

17         **A.**   No, I have had not.

18         **Q.**   Did you have any knowledge about him as a person

19    other than these videos you reviewed from January 6th?

20         **A.**   Some other information, yes.

21         **Q.**   But mostly -- but you never interacted with him?

22         **A.**   No, just more biographical and background

23    information.

24         **Q.**   But the most information you had was what you

25    reviewed?

              CRAIG NOYES - Redirect by Ms. Eriksen

1       **A.**   Yes.

2       **Q.**   And did you ever meet his mother before then?

3       **A.**   No.

4       **Q.**   Did you know much about her?

5       **A.**   No.

6       **Q.**   Are there times when you have knocked on a door to

7  effectuate this business and had a very different

8  experience?

9           **MS. COSTNER:**  Objection.

10          **THE COURT:**  Sustained.

11          **THE WITNESS:**  Yes.  Oh, I'm sorry.

12          **THE COURT:**  You should ignore that answer.

13  **BY MS. ERIKSEN:**

14      **Q.**   Is securing people in various locations part of

15  your standard procedure?

16      **A.**   Yes.

17      **Q.**   Ms. Costner asked you, Was a firearm ultimately

18  found.  There was a firearm?

19      **A.**   Yes.

20      **Q.**   And does that change how you or your team might

21  operate when you learn that?

22      **A.**   Yes.

23      **Q.**   And why is that?

24      **A.**    It certainly presents a potential danger to the

25  agents conducting the arrest and the search.

              CRAIG NOYES - Redirect by Ms. Eriksen

1      **Q.**   I'm showing you what's been marked for

2    identification as Government's Exhibit 806.  Do you

3    recognize that picture?

4      **A.**   Yes, I do.

5      **Q.**   What do you see in that picture?

6      **A.**   That is David Geitzen's driver's license.

7      **Q.**   Where was this found?

8      **A.**   This was found in his residence.

9      **Q.**   On the date of his arrest?

10     **A.**   Yes.

11          **MS. ERIKSEN:**  Your Honor, at this time, I'd move

12   in Government's Exhibit 806.

13               **THE COURT:**  Any objection?

14          **MS. COSTNER:**  No objection.

15               **THE COURT:**  Government's 806 is admitted and may

16   be published.

17          (Government's Exhibit 806 was received.)

18               **DEPUTY CLERK:**   [Complied]

19   **BY MS. ERIKSEN:**

20     **Q.**   What if anything do you notice -- let me ask you a

21   better questions.

22               Do you see the address on the driver's license?

23     **A.**   Yes, I do.

24     **Q.**   Is that the driver's license where you arrested

25   Mr. Geitzen?

                    CRAIG NOYES - Redirect by Ms. Eriksen

1      **A.**   No, it's not.

2      **Q.**   Is that the -- I can't tell.  Never mind.

3            I will show you what's been marked for

4   identification as Government's 807.  Do you recognize this?

5      **A.**   Yes.

6      **Q.**   What is this?

7      **A.**   This is a photograph taken during the search

8   warrant.

9      **Q.**   What is it?

10     **A.**   It is some mail that was received by David Geitzen

11  at the Sanford address.

12     **Q.**   The address where you arrested him?

13     **A.**   Yes.

14         **MS. ERIKSEN:**  Your Honor, I'd offer in 807.

15         **MS. COSTNER:**  No objection.

16         **THE COURT:**  807 also admitted; also may be

17  published.

18       (Government's Exhibit 807 was received.)

19         **DEPUTY CLERK:**  [Complied]

20  **BY MS. ERIKSEN:**

21     **Q.**   Ms. Costner asked you if you looked into where

22  Mr. Geitzen lived.  Was there various information about his

23  residences?

24     **A.**   There was.

25     **Q.**   Do you run, like, credit checks or how do you

                CRAIG NOYES - Redirect by Ms. Eriksen

1    determine that?

2        **A.**    We -- there's various resources that we can

3    utilize that are accessible through the FBI for checking on

4    locations for residents.

5            The address at Joe Matthews was a prior driver's

6    license, so that's why I think my confusion was as to his

7    current driver's license at the time of the search and

8    arrest.  But there's various methods for us to try to

9    attempt to find someone to include physical surveillance.

10       **Q.**    And that's standard to make sure you're getting to

11   the right house of the right person?

12       **A.**    That's exactly right.

13       **Q.**    Okay.

14           Ms. Costner asked you, Was there any evidence that

15   Mr. Geitzen was armed on January 6; is that right?

16       **A.**    Yes.

17       **Q.**    You said you had no information?

18       **A.**    That's correct.

19       **Q.**    But you didn't see him on January 6, did you?

20       **A.**    No, I did not.

21       **Q.**    Did you hear the agents and officers testify

22   yesterday that none of the people at the Capitol went

23   through security?

24       **A.**    Yes.

25       **Q.**    That none of them went through magnetometer?

                CRAIG NOYES - Redirect by Ms. Eriksen

1      **A.**    Yes.

2      **Q.**    Did you hear Special Agent Hawa testify today that

3   that was part of the concern with Vice President Pence was

4   that none of those people had been properly screened?

5      **A.**    Yes.

6           **MS. COSTNER:**  Objection.

7           **THE COURT:**  Overruled.

8           **MS. ERIKSEN:**   I have no further questions for this

9   witness, Your Honor.

10          **THE COURT:**  Agent, thank you for your testimony

11  this morning.  I know you'll still be here so I won't say

12  you're excused in the overall sense, but you're excused from

13  the stand.

14          **THE WITNESS:**  Thank you, Your Honor.

15          **THE COURT:**  Thank you.

16      (Witness stepped down.)

17          **THE COURT:**  Government ready to proceed?

18          **MS. ERIKSEN:**  The government rests, Your Honor.

19          **THE COURT:**  Okay.  The Government rests.  Why

20  don't we go on the husher.

21      (Sidebar discussion.)

22          **THE COURT:**  Okay.  The government has rested.

23  What is the defense plan?

24          **MR. KNIGHT:**  We'd like to make a motion,

25  Your Honor, under Rule 29 for acquittal.  If the Court would

1    like me to be heard?

2         **THE COURT:**  No.  I'm going to defer decision on

3    the Rule 29 motion and, if we do get to the point where we

4    have a guilty verdict on any count, I will very likely allow

5    the parties to submit briefs following trial, if that would

6    be something the defendant would like to do.

7         But I'm going to defer the motion for now.  Okay?

8         **MR. KNIGHT:**  Yes, Your Honor.

9         **THE COURT:**  So the motion is made, obviously, and

10   when I do decide it, I will decide it based on the evidence

11   as the record reflects now as required by Rule 29.  Okay?

12        **MR. KNIGHT:**  Yes, Your Honor.  The other thing we

13   intend to call Mr. Geitzen to the stand.  If the Court would

14   like to --

15        **THE COURT:**  I would -- to have a colloquy with him

16   about this, yes?

17        **MR. KNIGHT:**  Yes, Your Honor.

18        **THE COURT:**  So, Mr. Geitzen, you're listening.

19   Correct?  You have to hold the button down.

20        **MS. COSTNER:**  Your Honor, we were informed that

21   the defendant's phone does not have the ability to

22   communicate with the bench.

23        **THE COURT:**  Why don't we do this?  Let's excuse

24   the jury, and then I'll have this colloquy outside the

25   presence of the jury but on the -- in the open court

 1    setting.  Okay?

 2              **MR. KNIGHT:**  Yes, Your Honor.

 3         (Sidebar discussion concluded.)

 4              **THE COURT:**  Ladies and gentlemen of the jury, as

 5    you know the government has rested.  We have just a few

 6    things I need to discuss with the parties outside your

 7    presence.  It's just easier to do that in the courtroom.

 8              It may be as little as five minutes, but I would

 9    ask you to step out into the jury room.  Ms. Moore will

10    direct you.  And then we'll bring you back in.

11         (Jury exited the courtroom.)

12              **THE COURT:**  So, Mr. Geitzen and counsel, could you

13    please come forward to the podium.

14              So I understand, as counsel just said while we

15    were on the husher, that you intend to testify; is that

16    correct?

17              **THE DEFENDANT:**  Yes.

18              **THE COURT:**  Do you understand it's your decision

19    whether or not to testify in your own defense?

20              **THE DEFENDANT:**  Yes.

21              **THE COURT:**  Have you thoroughly discussed your

22    Fifth Amendment right against self-incrimination with

23    counsel?

24              **THE DEFENDANT:**  Yes.

25              **THE COURT:**  Have you taken your counsel's advice

1    about whether to testify or not into consideration?

2                THE DEFENDANT:  Yes.

3                THE COURT:  Do you understand that, if you do not

4    testify on your own behalf, your refusal to testify cannot

5    be used against you?

6                THE DEFENDANT:  Correct, yes.

7                THE COURT:  Do you understand that, by taking the

8    stand to testify on your own behalf, you are waiving your

9    Fifth Amendment right against self-incrimination as to any

10   matter on which you testify?

11               THE DEFENDANT:  Yes.

12               THE COURT:  Do you understand that, if you

13   testify, the government will be able to cross-examine you as

14   to any of the subject matters in your direct testimony and

15   for the purpose of impeaching your credibility?

16               THE DEFENDANT:  Yes.

17               THE COURT:  And it is still your desire to take

18   the stand and testify in your own defense today?

19               THE DEFENDANT:  Yes.

20               THE COURT:  Counsel, are you satisfied that

21   Mr. Geitzen's choice to waive his Fifth Amendment right

22   against self-incrimination is knowing and voluntary?

23               MR. KNIGHT:  It is knowing and voluntary,

24   Your Honor.

25               THE COURT:  Okay.  So just by way of housekeeping

1    I find the colloquy completely appropriate.  The defendant,

2    in my view, with advice of counsel, appears to be making a

3    knowing and voluntary decision to testify today and waive

4    his Fifth Amendment right against self-incrimination.  So he

5    may testify and I find the waiver knowing.

6              Just by way of housekeeping.  I do have a 1:00

7    hearing in another matter.  So what I would like to do is

8    I'd basically like to have Mr. Geitzen testify no longer

9    than 12:30 before we take a break, just for planning

10   purposes.  Very likely take a break until 2.  And then

11   resume either with direct or, if you finish with direct,

12   with cross by then.  Okay?

13             **MR. KNIGHT:**  Yes, Your Honor.

14             **THE COURT:**  Great.

15             Why don't you -- everyone take their seats, we

16   will bring the jury back in and then you can call

17   Mr. Geitzen.

18             **MS. LEDERER:**  Your Honor, if we may just address

19   one thing with you before we bring the jury back in.

20             **THE COURT:**  Yes, please.  Come on up.

21             **MS. LEDERER:**  Thank you.

22             We did address this at the pretrial conference.

23   Mr. Geitzen did give a statement to FBI.  We had

24   self-suppressed that statement, but we did indicate to both

25   defense and let Your Honor know, put Your Honor on notice

1    that, if the defendant does choose to testify, that we would

2    seek to impeach the defendant with a statement, if any

3    impeachable material came forward.  So that's going to be

4    the government's plan.

5              **THE COURT:**  Yes.  It seems to me that that is,

6    again, conditional on whether there is anything impeachable

7    in the document and the like, and that will depend on what

8    he testifies.

9              **MS. LEDERER:**  Just to let Your Honor know, it is a

10   video recording.  No document.

11             **THE COURT:**  Fair enough.

12             **MS. LEDERER:**  Just semantics but --

13             **THE COURT:**  Do we have -- I mean, does chambers

14   have a copy of the video?

15             **MS. ERIKSEN:**  It's audio -- it's in the 900 series

16   and labeled "possible impeachment."

17             **THE COURT:**  Okay.  Very well.  Thank you.  I

18   understand the issue.  Thank you.

19        (Jury entered the courtroom.)

20             **DEPUTY CLERK:**  We are now back on the record.

21             **THE COURT:**  Defense may proceed.

22             **MR. KNIGHT:**  Your Honor, the defense calls David

23   Geitzen.

24             **THE COURT:**  Mr. Geitzen.

25             **DEPUTY CLERK:**  Mr. Geitzen, please stand and raise

1    your right hand.

2             Do you solemnly swear or affirm the testimony you

3    will give the Court and the jury in the case now on trial

4    will be the truth, the whole truth and nothing but the

5    truth?

6             **THE WITNESS:**  Yes.

7             **DEPUTY CLERK:**  Thank you, please be seated.

8             **THE COURT:**  Good morning.

9             **THE WITNESS:**  Hello.

10            **THE COURT:**  You may proceed.

11            **MR. KNIGHT:**  Thank you, Your Honor.

12                **DIRECT EXAMINATION OF DAVID GEITZEN**

13   BY MR. KNIGHT:

14      **Q.**   Good morning, David.

15      **A.**   Good morning.

16      **Q.**   Would you please state your full name for the

17   record?

18      **A.**   My name is David Joseph Geitzen.

19      **Q.**   How old are you?

20      **A.**   I am 30 years old.

21      **Q.**   About how much do you weigh?

22      **A.**   I way about 175 pounds.

23      **Q.**   Thank you.  Where do you live?

24      **A.**   I live at 1023 Joe Matthews Road, Sanford, NC.

25      **Q.**   About how long have you lived there?

                 DAVID GEITZEN - Direct by Mr. Knight

1    **A.**    I've lived there for about four and a half years.

2    **Q.**    Who do you live with?

3    **A.**    I live with my brother -- I live with my mother, I

4    mean to say.

5    **Q.**    How far did you go in school?

6    **A.**    I earned a bachelor's degree in computer

7    engineering and electrical engineering.

8    **Q.**    And where was that at?

9    **A.**    That was at NCSU.

10   **Q.**    Is that North Carolina State University?

11   **A.**    Yes.

12   **Q.**    And after you graduated, did you find a job?

13   **A.**    Yes.  I found a job at Extron Video Electronics

14   Corporation in Raleigh.

15   **Q.**    Could you spell that?

16   **A.**    E-X-T-R-O-N.

17   **Q.**    How long did you work there?

18   **A.**    I worked there for, I think, three and a half

19   years.

20   **Q.**    Do you work there anymore?

21   **A.**    No.

22   **Q.**    How much did you make when you left that job?

23   **A.**    I made $80,000 a year.

24   **Q.**    And when did you last work there?

25   **A.**    I worked there, I believe I left in January in

DAVID GEITZEN - Direct by Mr. Knight

1    2021.

2    **Q.**   Was your last day before the 6th or after?

3    **A.**   Um, I think my last day was slightly before the

4    6th but I basically quit during January 6th.

5    **Q.**   Have you ever been convicted of a crime?

6    **A.**   No.

7    **Q.**   I want to turn to the 2020 presidential election.

8    Did you follow the election?

9    **A.**   Yes.

10    **Q.**   How so?

11    **A.**   Well, I considered the election to be an important

12    matter in general.  I'm not a -- you know, it might surprise

13    you, but I'm not a terribly political person, in general,

14    but I felt that this election was becoming increasingly

15    important due to the direction that computer technology was

16    having on society and my opinion about how the government

17    relates to the control of that technology.

18    **Q.**   You said that you weren't a particularly political

19    person.  Did you vote in the 2020 election?

20    **A.**   It might surprise you but no.  My interest inside

21    the 2020 election actually spiked after the events of what

22    happened on election day.

23    **Q.**   Did you vote in 2016?

24    **A.**   No.

25    **Q.**   Why not?

                    DAVID GEITZEN - Direct by Mr. Knight

1      **A.**    I was not really a fan of either of the candidates

2    in particular at that time.

3      **Q.**    And we talked about the 2020 election.  How did

4    you get information about the 2020 election?

5      **A.**    Through basically every single medium you can

6    imagine.  As soon as -- you know, I was interested in the

7    election and, as soon as, like, the first claims about fraud

8    started coming through, I started researching it in pretty

9    much every single manner available to me, which meant, like,

10   reading it online, watching it on TV, reading about it, you

11   know, in like whatever was presented to me, hearing about it

12   on the radio, what have you.

13     **Q.**    David, you mentioned something about fraud.  Were

14   you aware of any controversy surrounding the validity of the

15   2020 election?

16     **A.**    Yes.

17     **Q.**    And what do you mean by that?

18     **A.**    It is my opinion that the 2020 federal

19   presidential election was defrauded.

20     **Q.**    Okay.  You said you formed an opinion.  How so?

21     **A.**    Well, I -- the opinion originally formed when I

22   was watching a live stream for the Detroit ballot.  There

23   was a Detroit -- particular Detroit ballot office in which I

24   had saw on the live stream there was these police officers

25   that had removed ballot observers from the office while

                   DAVID GEITZEN - Direct by Mr. Knight

1    keeping a few individuals in, and they had refused to let

2    the ballot observers back in.

3        **Q.**    So you saw a video that depicted that?

4        **A.**    Yes, a live stream.

5        **Q.**    How did you feel when you were watching that

6    video?

7        **A.**    Very angry.

8        **Q.**    Why?

9        **A.**    Because it was clear to me that it was something

10   malicious; that that would not be something you would do in

11   a normal election if you were just like regularly counting

12   votes.  You would not leave some counters in and then remove

13   the large majority of the people who would otherwise be

14   observing that process as well as some of the other

15   counters.  It just doesn't make any sense.

16       **Q.**    It didn't make sense to you?

17       **A.**    It did not make sense to me.

18       **Q.**    Now, at some point, did you become aware of a Stop

19   the Steal organization?

20       **A.**    Yes.

21       **Q.**    What is that?

22       **A.**    Basically a large number of people, most of them

23   being Trump supporters but, from what I gleaned, not all,

24   who were also similarly convinced that the 2020 presidential

25   election had been defrauded.

                DAVID GEITZEN - Direct by Mr. Knight

1    Q.   You mentioned Trump supporters.  Are you a Trump

2    supporter?

3    A.   I would not characterize myself as a Trump

4    supporter, per se.  However, after, you know, what I

5    witnessed to be, you know, election fraud, my support for

6    him spiked because I viewed him as the party wronged by the

7    election fraud.

8    Q.   We saw videos from over the last few days, some of

9    which depicted you chanting or screaming.  Why was that?

10   A.   Because I just very much so consider election

11   fraud to be a very important issue, to the point of where I

12   think like the health of the nation, you know, is at stake.

13   Q.   While we're speaking about President Trump, were

14   you aware of any statements that he made regarding the

15   rally?

16   A.   Yes.  He seemed to be in general support of the

17   Stop the Steal protests in general, more than just the one

18   on January 6.

19   Q.   Did you go to other Stop the Steal rallies?

20   A.   Yes.

21   Q.   Which ones?

22   A.   I attended two in Raleigh and I attended one in

23   Texas.

24   Q.   And you live in North Carolina?

25   A.   Yes.

DAVID GEITZEN - Direct by Mr. Knight

1    **Q.**   Texas is --

2    **A.**   It's a pretty far drive.

3    **Q.**   Who did you go with?

4    **A.**   I went with my brother.

5    **Q.**   What did you do there?

6    **A.**   We attended a Stop the Steal Rally.

7    **Q.**   What happened there?

8    **A.**   Not much.  Surprisingly little.  My intention was,

9    thinking that it was going to be a much larger Stop the

10   Steal Rally, but it was actually a very similar size to the

11   one in North Carolina.

12   **Q.**   You drove all that way and you were disappointed?

13   **A.**   Somewhat.

14   **Q.**   When did you decide to attend the January 6 rally?

15   **A.**   Well, actually I heard about the January 6 rally

16   at a different Stop the Steal Rally.  But to be fair, I also

17   heard about it through other means because it was just, as

18   the election certification was approaching, it became very

19   clear that, you know, nothing that the Stop the Steal

20   protestors were asking for regarding the court cases that

21   were progressing at that time regarded to the election's

22   validity, that they were going to have to continue

23   protesting.  Since that's the day of the election

24   certification, it was kind of obvious that there was going

25   to be a protest there.

                    DAVID GEITZEN - Direct by Mr. Knight

1      **Q.**   So you mentioned there was a different Stop the

2    Steal Rally but that's when you made the decision --

3      **A.**   Yes, that's when I really heard about it.

4      **Q.**   Where was that rally?

5      **A.**   That was in Raleigh.

6      **Q.**   When did you go there?

7      **A.**   That would have been, I believe, either November

8    or December of 2020.

9      **Q.**   And did you meet anyone there?

10      **A.**   Yeah.  I mean, I met a lot of other protestors

11   there.

12      **Q.**   What did you do there?

13      **A.**   We basically held signs and chanted campaign

14   slogans.  But really the point was to show support for the

15   ongoing court cases regarding the election validity and

16   trying to bring as much awareness as possible to those court

17   cases.

18      **Q.**   When you talk about the court cases, what are you

19   referring to?

20      **A.**   In many different states, there were different

21   individuals and organizations who were trying to bring

22   forward court cases regarding things like election

23   procedure, ballot validity, surveillance footage that seemed

24   suspicious or whatever.  Most of those were actually

25   rejected on the basis of jurisdiction, to my knowledge.

                    DAVID GEITZEN - Direct by Mr. Knight

1    **Q.**   So at these Stop the Steal Rallies, it sounds like

2    you were having discussions about what was going on.  Were

3    you discussing the election results with others?

4    **A.**   Yes.

5    **Q.**   Did you ever try to contact your local

6    representative about your feelings about the election?

7    **A.**   Not directly.  It would have -- my position on

8    that -- you know, I considered that.  However, my position

9    was -- is that I'm going to show support for this

10   organization and this organization is much better equipped

11   to deal with official bureaucratic matters.

12   **Q.**   Okay.  So I want to turn back to the 6th.  When

13   did you arrive in D.C.?

14   **A.**   I arrived there on January 5th.

15   **Q.**   What did you do after you arrived?

16   **A.**   I went to my hotel and slept.

17   **Q.**   Do you remember where that was?

18   **A.**   I don't.

19   **Q.**   Did you bring any weapons with you?

20   **A.**   No.

21   **Q.**   No mace?

22   **A.**   I did have a pocket mace.  I did have a pocket

23   mace.

24   **Q.**   But you don't consider that a weapon?

25   **A.**   No, because I carry that everywhere.  Just to be

                    DAVID GEITZEN - Direct by Mr. Knight

1    clear it's, like -- it's something you put basically right

2    beside your wallet.

3        **Q.**    Okay.

4              Did you bring any protective gear?

5        **A.**    I did.

6        **Q.**    What was that?

7        **A.**    I brought a helmet, knee pads and goggles.

8        **Q.**    Why did you bring the helmet?

9        **A.**    I brought the helmet because the week prior to the

10   January 6 rally in 2021 -- so this would have probably been

11   the very tail end of December 2020, there was a different

12   Stop the Steal protest that occurred in Washington, D.C.

13             I didn't catch the live stream as it was happening

14   though I did catch videos of it a few hours after it had

15   occurred.  What it depicted was that there was these

16   counter-protestors that had shown up later in the night and

17   they had glassed a bunch of people in the head, which

18   essentially means just taking a glass bottle and just

19   breaking it against people's heads.

20       **Q.**    So you said "counter-protestor".  What's a

21   counter-protestor?

22       **A.**    A counter-protestor is someone who shows up to a

23   protest basically in support of the opposing position, and

24   in the context here a lot of people, like, refer to things

25   like Antifa and whatnot, you know, but it doesn't

                    DAVID GEITZEN - Direct by Mr. Knight

1    necessarily have to be them.

2         **Q.**    Had you encountered counter-protestors?

3         **A.**    Yes.  At the previous Stop the Steal Rallies, I

4    have encountered counter-protestors.

5         **Q.**    How did that make you feel?

6         **A.**    I mean, like, I didn't particularly care about

7    them being there, but I was aware of the fact that, when

8    counter-protestors show up, there were some instances where

9    things looked like they were almost going to escalate into a

10   physical confrontation.

11        **Q.**    You said you brought goggles.  Why did you bring

12   goggles?

13        **A.**    Because I didn't want to get glass in my eyes.

14        **Q.**    And the knee pads?

15        **A.**    The knee pads -- well, that's just general

16   protective gear.  Like, I don't want to get hit by a bat,

17   for example.

18        **Q.**    Were you worried about getting hit by a bat?

19        **A.**    A little bit.

20        **Q.**    Who would have hit you with a bat?

21        **A.**    At the time, I was thinking like a

22   counter-protestor.

23        **Q.**    Did you have any idea that it would be police

24   officers?

25        **A.**    No.  And the reason I say -- the thing is, I say

                    DAVID GEITZEN - Direct by Mr. Knight

1    "No" but it's like -- how did do you say?  Like, it's going

2    to be a large protest.  You know, you don't know what's

3    going to happen.

4         **Q.**   Okay.

5              We saw some videos and the videos, they depicted a

6    pole.  Do you remember seeing that?

7         **A.**   Yes.

8         **Q.**   Do you remember where you found the pole?

9         **A.**   I found that on the ground.

10        **Q.**   Okay.

11             And what material was it made of?

12        **A.**   I believe it was made out of PVC.

13        **Q.**   Okay.

14             About how heavy was it?

15        **A.**   It was really light.

16        **Q.**   Okay.

17             It felt about as heavy as maybe like a light

18   plastic PVC pipe?

19        **A.**   It felt about as heavy as, you know, one of the

20   flag poles the other people were using.

21        **Q.**   Okay.

22             Was it shaped in any particular way?

23        **A.**   It was hollow and the end -- at the other end of

24   it, it was beveled.  It was still hollow though if you know

25   what I'm talking about where they bevel it so you can shove

                    DAVID GEITZEN - Direct by Mr. Knight

1    one pipe into the other.

2          **Q.**   So the two pipes can connect?

3          **A.**   Yes.

4          **Q.**   Is that commonly referred to as conduit?

5          **A.**   Sometimes, but I don't believe that this was

6    actually hard conduit.

7          **Q.**   It wasn't hard?

8          **A.**   No.  No.  No.  It was PVC.  I'm sorry.  I might be

9    mixing up terminology there.  Hard conduit means something

10   different to me.

11         **Q.**   That would be something that's really rigid?

12         **A.**   It would be like a really thick rigid one that's

13   about like yea big [indicated] about, I guess, like four

14   inches in diameter but, again, that's just me and bad

15   terminology.

16         **Q.**   That's okay.  I saw you holding up your hands

17   there at about a four-inch diameter?

18         **A.**   Yes.

19         **Q.**   And this pole, though, it was very different from

20   that?

21         **A.**   Yes.

22         **Q.**   Okay.  Were the ends pointy or rounded or flat?

23         **A.**   They were flat.

24         **Q.**   Okay.  And you said it was hollow or solid?

25         **A.**   Hollow.

                    DAVID GEITZEN - Direct by Mr. Knight

1      **Q.**   And you had said that it was plastic, but did it

2  have any sort of a metal cap on the end of it or anything

3  like that?

4      **A.**   No.

5      **Q.**   Was it smooth or rough?

6      **A.**   It was smooth.

7      **Q.**   And you told me that the ends were flat.  Were

8  they -- you could see through the pipe or were they capped?

9      **A.**   You could see through the pipe.

10      **Q.**   Okay.

11           You said that it was hollow and it was light.  How

12  rigid was it?

13      **A.**   To give the best comparison, like, if you ever

14  held a PVC drain pipe, it's one of those things where it's

15  pretty rigid for a short length.  But as soon as you start

16  getting into lengths, like, three, four, five, six, seven

17  feet, they start becoming fairly wobbly.

18      **Q.**   You said three, four, five, seven feet.  About how

19  long -- how many feet do you think the pole was?

20      **A.**   Probably seven or eight feet.

21      **Q.**   Okay.

22           Why were you carrying it?

23      **A.**   Because I wanted to move the officer out of the

24  way.

25      **Q.**   How long were you carrying it?

              DAVID GEITZEN - Direct by Mr. Knight

1          **A.**    Probably two minutes in my estimate.

2          **Q.**    Did you have any intention to harm the officer or

3     to cause injury?

4          **A.**    No, I just wanted to move him out of the way.

5          **Q.**    Why did you drop the flagpole?

6          **A.**    Because it wasn't effective.  It just didn't work.

7          **Q.**    It wasn't effective at what?

8          **A.**    Moving the officer out of the way.

9          **Q.**    Okay.

10              When you had the pole, did you believe that your

11    safety or the safety of others was at risk?

12         **A.**    No.

13         **Q.**    In the videos that we've seen, you have the pole

14    and you sort of poke it at an officer.  Did you have a

15    target that you were poking at?

16         **A.**    I was trying to go for a riot shield, if I can

17    remember correctly.  The thing is I'm trying to move the guy

18    out of the way, and most of the people there had their riot

19    shields up.  I'm trying to get the riot shield and push them

20    back.

21         **Q.**    You were trying to stick the pole through the riot

22    shield?

23         **A.**    Yes.

24         **Q.**    Did it do that?

25         **A.**    I don't know.

                    DAVID GEITZEN - Direct by Mr. Knight

807

1      **Q.**   Did you intend to kill the officer with the pole?

2      **A.**   No.

3      **Q.**   Did you intend to disfigure him with the pole?

4      **A.**   No.

5      **Q.**   Did you intend to permanently injure him?

6      **A.**   No.

7      **Q.**   Did you intend to impair him other than just

8      pushing him back?

9      **A.**   No.

10     **Q.**   Did the officer react when you poked at him?

11     **A.**   No.  I don't think they did.

12     **Q.**   Did you see him flinch?

13     **A.**   No.

14     **Q.**   You didn't observe any facial -- a change in

15     facial expression?

16     **A.**   I did not.

17     **Q.**   Now, how long did you remain at the Capitol on

18     January 6th?

19     **A.**   Now, that depends if you're talking about the

20     Capitol grounds or like the stair steps.

21     **Q.**   Tell me about it.

22     **A.**   Um, I would say, for the Capitol grounds, you

23     know, probably, like, an hour.  And then, on the stair

24     steps, probably like two or three hours.

25     **Q.**   Did you -- where did you go after you left the

                    DAVID GEITZEN - Direct by Mr. Knight

1    Capitol?

2         **A.**    I went back to my hotel room.

3         **Q.**    Then did you meet anyone there?

4         **A.**    Yes.  I met my brother.

5         **Q.**    Your brother.  How did you find him?

6         **A.**    Just he was there.  He showed up at the hotel

7    room.

8         **Q.**    How was he doing?

9         **A.**    He was doing okay.  I had lost him in the crowd

10   earlier.  So I, like -- you know, as soon as the crowd

11   started thickening towards the Capitol building is about the

12   time I lost him.  And I didn't see him again until I was

13   back at the hotel room.

14        **Q.**    Did the two of you return home together?

15        **A.**    Yes.

16        **Q.**    And how did you do that?

17        **A.**    By car.

18        **Q.**    You had mentioned that the pole was similar to

19   other flag poles that were depicted, but that pole that you

20   had, you said it was smooth?

21        **A.**    Yes.

22        **Q.**    And it didn't -- did it have any metal attachments

23   for a flag or anything like that?

24        **A.**    No, no, it didn't.  What I'm referring to by the

25   flagpole thing, by the way, look but if they're in the crowd

                    DAVID GEITZEN - Direct by Mr. Knight

1    throughout that day, I don't know if it's in the videos, but

2    there's people with PVC poles and they just have a flag tied

3    to it.

4        **Q.**   Okay.

5             You mentioned earlier that you've consumed various

6    media and communications that were sort of leading up to

7    January 6th.  Which were the most impactful for you?

8        **A.**   The live streams, definitely the live streams.

9        **Q.**   The live streams of what?

10       **A.**   The ballot offices on election night.

11       **Q.**   How many of those do you think you watched?

12       **A.**   I probably watched five of them simultaneously,

13   and they all depicted something very similar which I

14   interpreted as being election fraud.

15       **Q.**   So you said you watched five of them.  Do you know

16   where they are from?

17       **A.**   I don't recall the exact locations for all of

18   them.  I believe one was in Georgia.  I believe one was in

19   Texas.  The one that I remember specifically, though, was

20   the one in Detroit.

21       **Q.**   You said this was around the election?

22       **A.**   Yes, I mean it was on election night.

23       **Q.**   So that's November?

24       **A.**   What's that?

25       **Q.**   That's November.

                   DAVID GEITZEN - Direct by Mr. Knight

1      **A.**   Yes.

2      **Q.**   And after November, did you spend time kind of

3  keeping up with this issue?

4      **A.**   Yes.

5      **Q.**   You discussed the election with other people?

6      **A.**   Yes.

7      **Q.**   So I want to ask a question about -- between

8  November and January 6th, about how much time each day do

9  you think you spent discussing online or consuming media

10  related to election fraud?

11      **A.**   Probably reading, discussing and talking about it

12  with people in general, probably three or four hours a day.

13      **Q.**   Three to four hours a day?

14      **A.**   Yes.

15          **MR. KNIGHT:**  I pass the witness, Your Honor.

16          **THE COURT:**  Cross.

17          **MS. LEDERER:**  Thank you, Your Honor.

18              **CROSS-EXAMINATION OF DAVID GEITZEN**

19  **BY MS. LEDERER:**

20      **Q.**   Good -- it might be just about afternoon.  So good

21  afternoon, Mr. Geitzen.

22      **A.**   Good afternoon.

23      **Q.**   Mr. Geitzen, I can tend to talk fast.  So if you

24  don't hear me or have a question about how I phrase

25  something, just let me know and I'm happy to repeat it and

                    DAVID GEITZEN - Cross by Ms. Lederer

1      to slow down for you.  Okay?

2          **A.**   Okay.

3          **Q.**   All right.

4               Mr. Geitzen, you said that you quit your job

5      because of January 6, 2021; is that correct?

6          **A.**   Not completely.  I quit it partially because of

7      January 6, but I also kind of quit my job because I

8      disagreed about the direction of computer technology in

9      general.

10         **Q.**   Okay.

11              So you just have an issue with technology, period?

12         **A.**   No, it's not an issue with technology, period.  I

13     am more very worried about the position of surveillance

14     technology in the world particularly the government's

15     relationship with it.

16         **Q.**   Did you go to your job and protest?

17         **A.**   No.  It's more -- like protest the technology?

18         **Q.**   Yeah.  You said you quit your job because of the

19     direction of technology.  Was it that --

20         **A.**   Yeah, but you see, my corporation wasn't really

21     responsible about it.  They're not, like, a big player in

22     surveillance technology and whatnot.  Right?  It's more or

23     less, like, they work with computers.  What they do can be

24     used by other people that work with computers and so on and

25     so forth.

                    DAVID GEITZEN - Cross by Ms. Lederer

1    **Q.**   But you didn't go protest your job?

2    **A.**   Did I go protest my job?  No.  But I did, however,

3    in general, I made very, very, very, very long, lengthy

4    arguments with absolutely everybody else I knew in

5    programming about the direction of surveillance technology.

6         So if you want to ask if I protested, the answer

7    is, Yes, in that sense, but not at my company if that's what

8    you're asking.

9    **Q.**   Okay.  Let's talk about you making long lengthy

10   arguments.  You just testified on direct that you did not go

11   to your representatives and complain about election fraud?

12   **A.**   No, I went to the organizations that I considered

13   kind of better equipped, which was the Stop the Steal

14   organization.

15   **Q.**   And were those organizations better equipped

16   because they resulted to violence instead of argument?

17   **A.**   They were better equipped because they simply had

18   more people involved and more resources.

19   **Q.**   Now, you said that they would be able to do more.

20        Now, a representative, they can lodge objections

21   on a House floor, can they not?

22   **A.**   Yeah.

23   **Q.**   And they can lodge objections on a Senate floor,

24   can they not?

25   **A.**   Yes.  And they can do that even without an

                    DAVID GEITZEN - Cross by Ms. Lederer

1    organization sending a letter to them.

2        Q.   And you understand that representatives on

3    January 6 in Congress were going to be lobbying objections?

4        A.   No.  I viewed them as being complicit in the

5    election fraud and they had two months prior to do that.

6        Q.   Even the representatives that did, in fact, object

7    on the floor of Congress on January 6th?

8        A.   I viewed that as more saving face.

9        Q.   So they weren't doing enough, in your opinion?

10       A.   No.  In fact, I viewed them as being complicit in

11   election fraud.

12       Q.   So to do enough, you decided that it was on your

13   shoulders, Mr. David Geitzen of North Carolina?

14       A.   Not just my shoulders, everybody's shoulders,

15   everybody, et al., in the United States.

16       Q.   You decided to drive all the way up from North

17   Carolina to Washington, D.C.?

18       A.   Yes, much like the other protestors there who had

19   flown at great expense to be there.

20       Q.   And prior to January 6, you said that you went to

21   about three other rallies?

22       A.   Yes.

23       Q.   You said that you were disappointed with those

24   rallies?

25       A.   Disappointed, no.  No.

                    DAVID GEITZEN - Cross by Ms. Lederer

1          I said I went to the one in Texas, and I was

2     disappointed in the size of it because I anticipated that,

3     in Texas, the political temperature there would result in a

4     larger rally and, you know, people could make plans, like,

5     Hey, we're going to go support this court case.  We're going

6     to do this.  We're going to send this letter, blah blah

7     blah, things like that.  But the size wasn't there.

8          **Q.**   You wanted more violence?

9          **A.**   More violence?  I just wanted anything to end the

10    election fraud, not violence, per se.

11         **Q.**   And you said that you were disappointed at the

12    size of these rallies but that --

13         **A.**   Only the one in Texas.

14         **Q.**   Only the one in Texas.  Excuse me.  Thank you for

15    the correction.

16              You said that counter-protestors showed up to

17    these rallies?

18         **A.**   Yes, occasionally.

19         **Q.**   You were not assaulted at any of these rallies?

20         **A.**   No.  The end result of the counter-protestors

21    there is it basically ends in a shouting match between a few

22    people where it almost looks like they're going to fight but

23    they don't.

24         **Q.**   You were basing the danger that you might face on

25    January 6 from things that you saw posted online?

                DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Both the experience at the previous Stop the Steal

2   Rallies and that live stream from the previous Stop the

3   Steal Rally in D.C. prior to January 6.

4      **Q.**   To be clear, though, you were not assaulted at

5   those previous rallies?

6      **A.**   No.

7      **Q.**   And everything else you saw was something that was

8   posted online?

9      **A.**   No, that's not correct to say.  I mean, I attended

10   the rallies and, like, some of those confrontations, I mean,

11   it seemed like they might actually get into a fight.

12      **Q.**   But you said that you saw a lot from the internet?

13      **A.**   Yeah.  I saw a lot from the internet too.

14      **Q.**   You trusted what you saw on the internet?

15      **A.**   I mean, not everything.

16      **Q.**   Okay.

17      **A.**   Just the things that I considered hard to fake at

18   the time.

19      **Q.**   And you said that someone had been previously

20   assaulted in Washington a week before?

21      **A.**   Yes.

22      **Q.**   That was a Proud Boy member who took a Black Lives

23   Matter sign off of a Black congressman's lawn.  Correct?

24      **A.**   No.  No.  No.  No, this was actually -- what the

25   live stream depicted, it was a senior citizen who was in a

DAVID GEITZEN - Cross by Ms. Lederer

1        Stop the Steal Rally.  I believe this was towards the end of

2        December, and someone with a bike helmet had come up and

3        smashed a bottle on their head.

4            **Q.**   So you were afraid of people smashing bottles on

5        your head on January 6 --

6            **A.**   Yes.

7            **Q.**   -- and that's why you brought the helmet?

8            **A.**   Yes.

9            **Q.**   And you brought the knee pads because they might

10       smash bottles on your knees?

11           **A.**    No, they might just bring a bat, because that

12       happened in different rallies at different points in

13       different years.  I mean, we had three years of protests

14       straight up to that point.

15           **Q.**   Did you also bring a helmet for your brother?

16           **A.**   No.

17           **Q.**   You did not bring a helmet for your brother?

18           **A.**   No.

19           **Q.**   Did you bring knee pads for your brother?

20           **A.**   No.

21           **Q.**   Did your brother bring a helmet?

22           **A.**   No.

23           **Q.**   Did your brother bring knee pads?

24           **A.**   No.

25           **Q.**   So only you were worried about the violence?

                    DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Yes.  Yes.

2            See, the thing is, Andrew was -- he was planning

3      to give a speech to people.  I think what Andrew was trying

4      to do is he was trying to find somewhere more ameliorated to

5      giving a speech or something, not a protestor per se.

6      **Q.**   Okay.  So you were planning to be violent then?

7      **A.**   I was planning to be part of the protest.

8      **Q.**   And is protest not normally just a speech?

9      **A.**   No.

10           I mean, a protest is more like you go there, you

11     show your presence, you show your numbers.  It's not just a

12     speech.  It's like a physical presence saying, Hey, I

13     actually exist.  I am here.

14     **Q.**   So if Andrew would have been physically present,

15     why wouldn't he have been worried about assault?

16     **A.**   Well, what I'm saying is he might have wanted to

17     go walk off, find some calmer group of people who are not in

18     a protest per se and just talk to them one on one.

19     **Q.**   But you were going to be in the thick of it?

20     **A.**   I was going to be in the protest, yeah.  I was

21     throwing my weight, full weight, towards the protest.

22     **Q.**   And we'll get to you throwing your full weight in

23     a second.

24     **A.**   Yes.

25     **Q.**   You went to the rally.  Correct?

                    DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**    Yes.

2      **Q.**    And then did you see President Trump speak?

3      **A.**    That's a weird question for people for a reason

4   people don't anticipate.  The thing is I did see him on the

5   TVs there.  You could sort of make out a person in the

6   distance that could be Donald Trump but actual truth of the

7   matter is, I did not physically see him.  And from where I

8   was, you actually could not make out a single word of what

9   he was saying over the speakers.

10          Though -- though, there were also people like,

11  weirdly enough, replaying the exact same thing he was saying

12  over their phones.  You could make out snippets of what he

13  was saying as well.

14     **Q.**    No one played the live stream from this Detroit

15  situation that you were talking about?

16     **A.**    Oh, no, no, no.  There were people who did.

17     **Q.**    But it didn't play on the President's screen.

18  Correct?

19     **A.**    It didn't play on the President's screen but, no,

20  all of those live streams I was referring to earlier, I

21  mean, people had them on their phones at the protests on

22  January 6, yes.

23     **Q.**    Now that we're talking about Detroit, you didn't

24  go up to Detroit to protest, did you?

25     **A.**    No.

                    DAVID GEITZEN - Cross by Ms. Lederer

1    Q.   You didn't write any representatives in Detroit,

2    did you?

3    A.   I considered the Stop the Steal organization to

4    have already been doing that.  So it kind of would have been

5    redundant.

6    Q.   The fact that the President was going to be at

7    this rally, you would understand that the President is a

8    pretty important person.  Correct?

9    A.   I mean, sure.

10   Q.   So he would need Secret Service protection?

11   A.   Sure.

12   Q.   And if you're this deep in the Stop the Steal

13   Rally, you would know that Secret Service was going to be

14   present on the Ellipse for the Stop the Steal Rally?

15   A.   Yes.

16   Q.   You knew that there was going to be metal

17   detectors to go into the Stop the Steal Rally?

18   A.   The thing about that is that the metal

19   detectors -- you had to -- there was this thing where, if

20   you were going to go actually hear President Trump's speech

21   in person, as in not through the monitors or the speakers or

22   whatnot, right, you had to go through this weird metal

23   detector thing that was towards the front but they only had

24   one.  And the line for that was so long that you would have

25   to wait effectively like four or five hours before you would

DAVID GEITZEN - Cross by Ms. Lederer

1   have gotten to that speech.  So the number of people who got

2   in there, I think, was only a few hundred.

3        Q.   But there were security measures at that rally?

4        A.   Yeah.

5        Q.   And you heard both Sergeant Mastony and

6   Sergeant Curtice say, Hey, MPD was deployed to go along

7   Constitution Ave. as a preference to be seen.  You heard

8   them testify to that.  Correct?

9        A.   Yes.

10       Q.   But you were still worried about violence?

11       A.   What do you mean by that question?

12       Q.   You said that you brought knee pads and a helmet

13   because you thought that you were going to be attacked?

14       A.   Oh, yeah, no, I was still thinking there was going

15   to be counter-protestors.

16       Q.   Despite metal detectors and police presence --

17       A.   That metal detector was very specifically for

18   Trump's speech.  You didn't have to -- for the wide majority

19   of the rally, you didn't have to go through a metal detector

20   or any sort of verification to be there.  Most of it was in

21   the street literally.

22       Q.   As you left the rally and went down to the

23   Capitol, did you go down Constitution Avenue?

24       A.   I believe so, but I don't know which specific road

25   is Constitution Avenue.

                    DAVID GEITZEN - Cross by Ms. Lederer

1    **Q.**   I do apologize.  I recognize you're not from

2    Washington, D.C., but did you walk along a wide road that

3    hundreds of people were walking down towards the Capitol?

4    **A.**   Yeah.

5    **Q.**   Okay.  And that's exactly where Sergeant Mastony

6    said that there was police presence on the way down.

7    Correct?

8    **A.**   Yes.  He did say that.

9         Now, I didn't personally see a lot of police

10   officers on that particular part.  It wasn't until later

11   towards the bike racks.

12   **Q.**   No one attacked you on that walk down.  Correct?

13   **A.**   No.

14        There were actually some people who did become

15   pretty confrontational with me, but funnily enough, it's

16   because they actually thought I was a counter-protestor.

17   **Q.**   That you were a counter-protestor.  Is that what

18   you said?  I know you were laughing.

19   **A.**   Yes.

20   **Q.**   So it was, you would say Trump supporters who were

21   becoming violent with you?

22   **A.**   I don't know if they were Trump supporters.  I

23   have no idea who they were.

24   **Q.**   Well, if they thought you were a counter-protest,

25   what would be the other side?

                DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Yeah.  Right.  Yeah.  I mean, they could be just

2   people against election fraud in general too.

3      **Q.**   But no one assaulted you on the way down?

4      **A.**   No.

5      **Q.**   No one smashed a bottle over your head on the way

6   down?

7      **A.**   No.

8      **Q.**   And then you got down to the Capitol.  Correct?

9      **A.**   Yes.

10      **Q.**   And you're saying, before you got to the Capitol,

11   you and your brother were separated?

12      **A.**   Yes.  The crowd became extremely thick at one

13   point during that walk and we just simply got separated due

14   to that.

15      **Q.**   Prior to you being separated, did you spend the

16   entire morning with him?

17      **A.**   Yes.

18      **Q.**   So at what point was he just going to be the

19   orator and you were going to be the protestor?  I thought

20   you had different goals that day?

21      **A.**   Well, yeah, his plan was to try to read speeches

22   and whatnot.  My plan was, you know, be part of the physical

23   presence of a protest.

24      **Q.**   And when you got down to the Capitol, you did

25   become that physical presence.  Did you not?

                   DAVID GEITZEN - Cross by Ms. Lederer

1        **A.**    Yes.

2        **Q.**    You walked on to Capitol grounds.  Correct?

3        **A.**    Yes.

4        **Q.**    And you understand, being an American, that the

5    Capitol is the epicenter of the United States, you know,

6    behind the White House?

7        **A.**    Yes.  And I'm pretty sure the thousands of other

8    people in the protest understood that as well.

9        **Q.**    So you would understand that, on January 6, 2021,

10    when the certification process was going on, you couldn't

11    just walk into a place of such history and presence.

12    Correct?

13              **MR. KNIGHT:**  Objection.

14              **THE COURT:**  Overruled.

15              **THE WITNESS:**  I couldn't just walk into such a

16    place.  I am kind of at a loss of what you mean by that.

17    Are you talking about having to go through security on a

18    normal day or are you talking about?

19    **BY MS. LEDERER:**

20        **Q.**    We'll get there.  I'll rephrase.  Thank you.

21    Before when I said you didn't understand it, so thank you.

22              You understand what was going on at the Capitol on

23    January 6?

24        **A.**    Yes, there was an election certification occurring

25    there which I considered to be incredibly fraudulent.

              DAVID GEITZEN - Cross by Ms. Lederer

1      **Q.**   Yes.  We understand that.  It's fraudulent.

2      That's hanging over all of us.  We understand, but I'm just

3      going to ask specifically about the Capitol grounds.  You

4      would understand that, at this certification process, there

5      would be hundreds of House members.  Correct?

6      **A.**   Potentially, yes.  If they were actually there.

7            The thing is -- one thing about this is, I

8      actually never even seen a single House member there --

9      **Q.**   Mr. Geitzen --

10     **A.**   -- and I'm kind of of the belief that they might

11     not have even been in there.

12           **THE COURT:**  Let him finish the answer, please.

13           **MS. LEDERER:**  Of course.

14     **BY MS. LEDERER:**

15     **Q.**   Mr. Geitzen, I'm not asking if you thought that

16     people were in there or not.  I'm just saying they were

17     scheduled to be in there.  Same as Senators, Senators were

18     scheduled to be in the building.  Correct?

19     **A.**   Yes, in a conventional sort of news media way

20     where you believe these people are actually physically

21     present there, and they're not just images on a screen or

22     something.

23           What I'm saying is, unless you actually physically

24     see them there, they could just say that they're there.  How

25     would you know?

                    DAVID GEITZEN - Cross by Ms. Lederer

1    **Q.**   Well, live streams that you love so much.

2    **A.**   Well, yeah, I mean, I would believe a live stream

3    but, at that time, I didn't believe that there was AI

4    generated video.  And also this wouldn't really be a live

5    stream matter, per se.

6    **Q.**   Well, there's C-SPAN.

7          So you understand that the Vice President was also

8    supposed to be there?

9    **A.**   Yes, at some point in the day.

10   **Q.**   So you would understand that you couldn't just,

11   just like the rally where the President had security, you

12   couldn't just walk on to Capitol grounds?

13   **A.**   Correct.

14   **Q.**   In fact, you saw bike racks?

15   **A.**   What's that?

16   **Q.**   You saw barriers, bike racks, when you were

17   walking across the grounds?

18   **A.**   Yes.

19   **Q.**   You understand that bike racks normally mean you

20   cannot go somewhere?

21   **A.**   Yeah, typically.

22   **Q.**   And as you got closer to the Capitol, you actually

23   saw police officers?

24   **A.**   Yes.

25   **Q.**   And you saw police barricade the line protecting

                    DAVID GEITZEN - Cross by Ms. Lederer

826

1     the front of the Capitol on the west side.  Correct?

2          **A.**    Yes.  I did see the police attempt to make it so

3     that the protestors could not have a physical presence on

4     the Capitol grounds.

5          **Q.**    So you knew that you were not supposed to be in

6     that area.  Correct?

7          **A.**    It depends on what you mean by "supposed to be."

8     Like, if you're talking about what the police's intentions

9     are, yeah, they don't want anybody there because they don't

10    want to get in trouble for defrauding an election.

11         **Q.**    So it was clear to you that the police did not

12    want you in that area?

13         **A.**    Yeah.

14         **Q.**    But despite you knowing that the police did not

15    want you in that area, you stayed?

16         **A.**    Yeah.  Yeah.  'Cause I considered them to be,

17    essentially, acting out an illegal order.  I mean, they were

18    knowingly defending election fraud.

19         **Q.**    And at that point, you put on your helmet?

20         **A.**    No, I had it on the entire time.

21         **Q.**    You had on goggles?

22         **A.**    Yes.  I had them on since the early morning.

23         **Q.**    You had on your knee pads?

24         **A.**    Yes, the entire morning.

25              **MS. LEDERER:**  Court's indulgence, Your Honor, I

                    DAVID GEITZEN - Cross by Ms. Lederer

1    apologize.

2              **THE COURT:**  No problem.

3         (Brief pause.)

4    **BY MS. LEDERER:**

5         **Q.**   So by the time that you hit the police line, you

6    understood that there was no Antifa assaulting you?

7         **A.**   What's that?  Oh, not to me personally.  I didn't

8    know if there was any in the crowd whatsoever.  But, no,

9    they had not come up to me personally.

10        **Q.**   And you understood the officers were clearly

11   marked in police uniform?

12        **A.**   Yes.

13        **Q.**   They were not Antifa?

14        **A.**   Yes, correct.

15        **Q.**   And all those officers wanted you to do was to

16   leave?

17        **A.**   No.  They basically wanted to preserve the

18   election fraud.  It wasn't simply that they wanted people to

19   leave.  It's that they wanted people to leave and not

20   complain in my view.

21        **Q.**   Did you see that on a live feed?

22        **A.**   No, it's just common sense.

23        **Q.**   Did you ask any of them what they wanted?

24        **A.**   Yes.

25        **Q.**   Okay.  And they told you, "I want to defend the

                   DAVID GEITZEN - Cross by Ms. Lederer

1    election fraud"?

2        **A.**    A lot of them actually apologized.  They were like

3    I'm really sorry we're doing this and some of them actually

4    cried.

5        **Q.**    Was that before or after you were pushing them?

6        **A.**    That's before.

7        **Q.**    And you did, in fact, push police officers?

8        **A.**    Yes.

9        **Q.**    You physically put your hands on police officers?

10       **A.**    Yes.

11       **Q.**    You physically pushed with your body against

12   police officers?

13            **MR. KNIGHT:**  Objection.  Asked and answered.

14            **THE COURT:**  Overruled.

15            **THE WITNESS:**  Yeah, I mean, we physically pushed

16   against each other.  They pushed me.  I pushed them.

17            **MS. LEDERER:**  If we could please bring up 515,

18   please.

19            **MS. RIVES:**  [Complied]

20            **MS. LEDERER:**  I will direct you to the specific

21   timestamp in just one second.

22            Court's indulgence, Your Honor.

23       (Brief pause.)

24            **MS. LEDERER:**  Your Honor, if I may show

25   Mr. Geitzen 515, and we're at, ironically, 5:15 within the

                  DAVID GEITZEN - Cross by Ms. Lederer

1    video.

2            **THE COURT:**  Yes.  This is already admitted into

3    evidence.  You may show it to him and, obviously, the jury

4    should be able to see it.

5    **BY MS. LEDERER:**

6        **Q.**   Okay, Mr. Geitzen, you can see in front of you the

7    video?

8        **A.**   Yes.

9        **Q.**   I'm going to circle here this long line.  These

10   are police officers.  Right?

11       **A.**   Yes.

12       **Q.**   Just doing their job.  Correct?

13       **A.**   Yes.

14       **Q.**   Okay.  And if we could --

15       **A.**   Well, just doing their job.  They're doing a job.

16   I wouldn't call it just doing their job.

17       **Q.**   Okay.  They're doing a job?

18       **A.**   A job.

19           **MS. LEDERER:**  If we could please press play.

20       (Video played.)

21           **MS. LEDERER:**  If we could press pause.

22           **MS. RIVES:**  [Complied]

23   **BY MS. LEDERER:**

24       **Q.**   I know there is a watermark on it.  Circling right

25   here, that's you.  Correct?

                    DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Yes.  And I am not ashamed to admit that

2   whatsoever.

3           **MS. LEDERER:**  If we could press play.

4      (Video continued playing.)

5           **MS. LEDERER:**  If could press pause, please.  We're

6   paused at 5:36.

7   **BY MS. LEDERER:**

8      **Q.**   That's still you pushing?

9      **A.**   Yes.

10      **Q.**   Are you still not ashamed to admit that you were

11   pushing officers?

12      **A.**   I am not ashamed to admit it whatsoever.  In fact,

13   I still uphold that it was the right thing to do.

14      **Q.**   All right.

15           **MS. LEDERER:**  If we could press play.

16      (Video continued playing.)

17           **MS. LEDERER:**  If we could press pause please.

18           **MS. RIVES:**  [Complied]

19   **BY MS. LEDERER:**

20      **Q.**   That was you grabbing an officer's shield?

21      **A.**   Yes.

22      **Q.**   And that was you then giving a big shove on that

23   officer?

24      **A.**   Yes.

25      **Q.**   Again, still not ashamed?

             DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**    What's that?

2      **Q.**    Still not ashamed?

3          **MR. KNIGHT:**  Objection.

4          **THE WITNESS:**  Correct.

5          **THE COURT:**  Overruled.

6          **MS. LEDERER:**  If we could please bring up Exhibit

7      405, please.

8              Once it's brought up, if we could go to 9 minutes

9      into the video and just press pause.

10         **MS. RIVES:**  [Complied]

11         **MS. LEDERER:**  I apologize.  Could we go forward to

12     timestamp -- thank you -- 14:09 on the camera?

13         **MS. RIVES:**  [Complied]

14         **MS. LEDERER:**  That's great.

15             For the record, we're at 15:21 into the video, but

16     at 14:09:02 p.m.  If we could press play, please.

17         (Video continued playing.)

18         **MS. LEDERER:**  If we could press pause, please.

19         **MS. RIVES:**  [Complied]

20     **BY MS. LEDERER:**

21     **Q.**    Mr. Geitzen, you can hear individuals screaming at

22     police officers in this video?

23     **A.**    Yes.

24     **Q.**    You can hear individuals telling officers to "fuck

25     off" in this video?

                    DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Yes.

2      **Q.**   You see a lot of flags in this video and hats.

3   Were a lot of people wearing Trump hats that day?

4      **A.**   Yes.  Yes.

5      **Q.**   A lot of people were holding Trump flags that day?

6      **A.**   There were a lot of people holding Trump flags.  I

7   will note, though, that I don't believe 100 percent of them

8   were, and I don't believe 100 percent of them were Trump

9   supporters either.

10      **Q.**   Understood.

11         **MS. LEDERER:**  If we could jump forward about two

12   minutes, please.

13         **MS. RIVES:**  [Complied]

14         **MS. LEDERER:**  Before I press play, for the record,

15   we are at 4:11:24 p.m. but it's 17:44.

16   **BY MS. LEDERER:**

17      **Q.**   And, Mr. Geitzen, I am going to circle -- that's

18   you right there.  Correct?

19      **A.**   Yes.

20         **MS. LEDERER:**  If we could press play, please.

21      (Video continued playing.)

22         **MS. LEDERER:**  If we could press pause, please.

23   We're, for the record, at 18:24.

24   **BY MS. LEDERER:**

25      **Q.**   Mr. Geitzen, no one attacked you in that video.

               DAVID GEITZEN - Cross by Ms. Lederer

1    Correct?

2        **A.**   Not in that particular video, no.

3        **Q.**   No one attacking any of these other election

4    deniers in this video.  Correct?

5        **A.**   For the election fraud believers, none of them are

6    depicted in this particular video having been attacked

7    though I will not say that that means they weren't attacked

8    earlier.

9            **MS. LEDERER:**  If we could press play.

10           (Video continued playing.)

11           **MS. LEDERER:**  If we could press pause.

12           **MS. RIVES:**  [Complied]

13   **BY MS. LEDERER:**

14       **Q.**   Mr. Geitzen, we have now watched -- we're at 19:36

15   into Officer Curtice's body-worn camera.  Again, you haven't

16   seen anybody attacked?

17       **A.**   By who or, like, in what way?

18       **Q.**   In this video, you haven't seen anyone --

19       **A.**   Like physically?

20       **Q.**   Yes.

21       **A.**   Like, there is no one currently engaging in any

22   sort of physical confrontation in that video altogether.

23       **Q.**   And you don't hear officers screaming?

24       **A.**   As depicted in the video, right now there's no --

25       **Q.**   That's my question.  In the video depicted right

            DAVID GEITZEN - Cross by Ms. Lederer

1    now, you did not observe officers yelling at anyone?

2        **A.**   Oh, the officer yelling at anyone?  No.  Not in

3    this particular video.

4            **MS. LEDERER:**  If we could press play.

5        (Video continued playing.)

6            **MS. LEDERER:**  If we could press pause.

7            **MS. RIVES:**  [Complied]

8    **BY MS. LEDERER:**

9        **Q.**   Mr. Geitzen, right now on this video, are you

10   watching officers trying to move people back?

11       **A.**   Not yet.

12       **Q.**   Okay.  But you, again, understood that day that

13   officers did not want you on Capitol grounds?

14       **A.**   Correct.

15       **Q.**   But you stayed there nonetheless.  Correct?

16       **A.**   Yes.  It was the right thing to do.

17           **MS. LEDERER:**  If we could continue to click play.

18       (Video continued playing.)

19           **MS. LEDERER:**  If we could press pause.

20           **MS. RIVES:**  [Complied]

21   **BY MS. LEDERER:**

22       **Q.**   Mr. Geitzen, we watched about a minute, give or

23   take.  We're now, for the record, at 21:27.  And I'm going

24   to circle the side.  Do you see yourself?

25       **A.**   Yes.

                DAVID GEITZEN - Cross by Ms. Lederer

1      **Q.**    We just watched you in 5:15 pushing officers at

2  the same time?

3      **A.**    I don't know if this is at the same time but, yes,

4  I am also there.

5      **Q.**    Mr. Geitzen, you heard Officer Curtice testify

6  yesterday that he had bruising after having gates pushed on

7  him?

8      **A.**    Yes, as well as many of the thousands of

9  protestors also had bruising.

10      **Q.**    And you heard Sergeant Cohen testify that he had

11  bruising from having barriers pushed against him.  Correct?

12      **A.**    Yes.

13      **Q.**    But that was still the right thing for you to do

14  was push those barriers against the officers?

15      **A.**    Yes.  And we got bruised as well for doing it.

16      **Q.**    Doing it in a place that you weren't supposed to.

17  Correct?

18      **A.**    No, we were absolutely supposed to be there, do so

19  there if you're going by morals.

20      **Q.**    Your morals?

21      **A.**    No, just general social concept of doing the right

22  thing and being honest.  Allowing election fraud would not

23  be consistent with those morals.

24      **Q.**    And that would be at the expense of the safety of

25  officers?

                DAVID GEITZEN - Cross by Ms. Lederer

1    **A.**   Their safety was never actually in danger because

2    the protestors outnumbered them 20 to 1 and refused to kill

3    a single one of them.

4    **Q.**   But you heard, Sergeant Cohen said that he didn't

5    know if he was going to go home that night.  Correct?

6    **A.**   Okay.  I mean, that's irrelevant.

7    **Q.**   To his safety?

8    **A.**   Yeah.  I mean, the protestors didn't kill him, did

9    they?  Like, what that shows right there is that he admits

10   that he very well could have been killed by the protestors

11   if they wanted to do so.  They didn't do so.  Why did they

12   not do so?  Because they had no intention of doing so

13   because it was about election fraud.

14   **Q.**   Or could it be because there was a staircase --

15   **A.**   No, it's definitely because they chose not to do

16   so.  They outnumbered them significantly.

17          **MS. LEDERER:**  If we could jump forward to about

18   4:18 in this body cam.

19          **MS. RIVES:**  [Complied]

20          **MS. LEDERER:**  Your Honor, just for your

21   understanding, I obviously will be going chronologically

22   through this day.  So if you would be cognizant of the

23   schedule, but I may be going for a minute.

24          **THE COURT:**  I'm just thinking -- why don't --

25   since we're here, why don't you do your line of questions

                DAVID GEITZEN - Cross by Ms. Lederer

1    about this moment.

2              **MS. LEDERER:**  Perfect.

3              **THE COURT:**  And then let's take a recess.

4              **MS. LEDERER:**  Thank you.

5    **BY MS. LEDERER:**

6         **Q.**   Okay.

7              Mr. Geitzen, we have fast-forwarded, for the

8    regard, to 24 minutes and 22 seconds into Officer Curtice's

9    body cam.  I'm going to circle this.  You're still here?

10        **A.**   Yes.

11        **Q.**   In your knee pads?

12        **A.**   Yes.

13             **MS. LEDERER:**  If we could press play.

14        (Video continued playing.)

15             **MS. LEDERER:**  If we could press pause.

16             **MS. RIVES:**  [Complied]

17   **BY MS. LEDERER:**

18        **Q.**   Who were you calling a "fucking disgrace"?

19        **A.**   A police officer I was talking to in that video.

20   Now, one thing I will like to mention is where you see me

21   gritting my teeth, you can't hear it because of the wind in

22   the video, but I am actually engaging in a conversation with

23   the officer at that time, but it's almost not shown in the

24   video at all because of the audio.

25        **Q.**   But we can hear you saying "fucking disgrace"?

                    DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Yes, because that part is loud enough.

2            **MS. LEDERER:**  If we could press play.

3      (Video continued playing.)

4            **MS. LEDERER:**  If we could press pause.

5            **MS. RIVES:**  [Complied]

6            **MS. LEDERER:**  Thank you.  For the record, we're at

7      14:19:04.

8      **BY MS. LEDERER:**

9      **Q.**   Mr. Geitzen, you're chanting "We want Trump" here.

10     Right?

11     **A.**   Yes, because I believed he was the rightful winner

12     of the 2020 election.

13           **MS. LEDERER:**  Your Honor, I'm done with 408.

14           **THE COURT:**  Let's take a recess now.

15           Members of the jury, I need to recess for a little

16     bit longer than we typically do for lunch because I have a

17     1:00 hearing in another matter.

18           So we're going to go back on the record at 2:00.

19     Okay?

20           And, Mr. Geitzen, since you're on the stand, I

21     would ask you not to speak about your testimony with anyone

22     until we're back on at 2:00.  Okay?

23           Thank you, all.  We're in recess now.

24     (Witness stepped down.)

25     (Jury exited the courtroom.)

              DAVID GEITZEN - Cross by Ms. Lederer

1          (Recess taken from 12:35 p.m. until 2:01 p.m.)

2          (Jury entered the courtroom.)

3              **DEPUTY CLERK:**  Your Honor, we are now back on the

4     record.

5              **THE COURT:**  Are you ready to proceed with

6     continued cross?

7              **MS. LEDERER:**  Yes, Your Honor.

8              **THE COURT:**  You may proceed.

9          Mr. Geitzen, come back up to the witness stand.

10         (Witness took the stand.)

11             **THE COURT:**  Please proceed.

12             **MS. LEDERER:**  Thank you, Your Honor.

13    **BY MS. LEDERER:**

14     **Q.**   Good afternoon, again, Mr. Geitzen.

15     **A.**   Good afternoon.

16     **Q.**   I believe where we left off, we were discussing

17    how you did not care that you pushed officers.

18             **MS. ERIKSEN:**  So if we could show Mr. Geitzen 510.

19             **MS. RIVES:**  [Complied]

20    **BY MS. LEDERER:**

21     **Q.**   Mr. Geitzen, can you see 510 on your screen?

22     **A.**   Yes.  Sorry.

23     **Q.**   All good.

24          Circling an individual, that's you.  Correct?

25     **A.**   Yes.

                DAVID GEITZEN - Cross by Ms. Lederer

1        **Q.**   And that is you pushing on Sergeant Cohen.

2   Correct?

3        **A.**   Yes, that is a picture of me pushing on the

4   officers, which is a fact I do care about but I just think

5   it's important enough of an issue to warrant it.

6        **Q.**   So now after lunch you care?

7        **A.**   Oh, I cared before lunch too.

8        **Q.**   But before, you said that you didn't and you stood

9   by pushing them?

10       **A.**   No, I said I wasn't ashamed of it.  That's a

11   different thing than saying I don't care.  If I did say I

12   don't care, what I mean to say is I am not ashamed and I

13   believe that is what I said.

14       **Q.**   Okay.  So you are not ashamed that you shoved

15   Officer Mastony in this crowd?

16       **A.**   Correct.  I believe the issue was important enough

17   to warrant it.

18       **Q.**   And the issue that was enough to warrant officer

19   or sergeant -- I apologize.  I said Sergeant Mastony before,

20   but this is Sergeant Cohen.  So you're saying election fraud

21   was more important than Sergeant Cohen's life?

22       **A.**   Not more important than his life but more

23   important than his current physical position.

24       **Q.**   And again, you heard Sergeant Cohen say that he

25   didn't know if he was going home that day?

                DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Right.  But he did make it home today because the

2      protestors didn't kill him.

3      **Q.**   But he was hurt?

4      **A.**   Yes.  And so were many other protestors.

5           **MS. ERIKSEN:**  If we could go to Exhibit 522,

6      please.

7           **MS. RIVES:**  [Complied]

8           **MS. LEDERER:**  If we could pause it before we get

9      started.

10          **MS. RIVES:**  [Complied]

11     **BY MS. LEDERER:**

12     **Q.**   Mr. Geitzen, is that you right there within the

13     circle?

14     **A.**   Yes.

15     **Q.**   And before we press play, you heard multiple

16     officers yesterday talk about the fact that the police line

17     eventually fell around 2:28 p.m.  Correct?

18     **A.**   Yes.

19     **Q.**   So officers started retreating.  Correct?

20     **A.**   Yes.

21     **Q.**   And you followed those officers.  Correct?

22     **A.**   Not necessarily followed the officers but rather

23     made progress towards the Capitol building.

24     **Q.**   Thank you for that distinction.

25          **MS. LEDERER:**  If we could press play and pause at

                    DAVID GEITZEN - Cross by Ms. Lederer

1    20 seconds in.

2         (Video played.)

3    **BY MS. LEDERER:**

4         **Q.**   Pausing, I'm going to circle you.  That's you

5    shoving another officer.  Correct?

6         **A.**   Yes.

7         **Q.**   And that officer had his back to you?

8         **A.**   No, I don't think he did in that video.  If you

9    could rewind it a little bit.

10        **Q.**   Sure.

11        **MS. LEDERER:**  Let's bring it back about five

12   seconds to be sure.

13        **MS. RIVES:**  [Complied]

14        **MS. LEDERER:**  If we could press play.

15        (Video replayed.)

16   **BY MS. LEDERER:**

17        **Q.**   That officer was not facing you, Mr. Geitzen.

18        **A.**   It looked like in the video that he was facing me

19   about -- where you are right now, it looked like he was

20   about facing me like this in the video to me.

21        **MS. LEDERER:**  For the record, Mr. Geitzen, the

22   defendant, has turned to the side.

23   **BY MS. LEDERER:**

24        **Q.**   So you shoved that officer while you were

25   advancing?

                    DAVID GEITZEN - Cross by Ms. Lederer

1      **A.**   Yes, towards the Capitol building because it

2   looked like he was trying to reestablish the line to me.

3           **MS. LEDERER:**  If we could press play and pause at

4   33 seconds.

5       (Video continued playing.)

6   **BY MS. LEDERER:**

7      **Q.**   That is you grabbing an officer's gas mask in the

8   crowd?

9      **A.**   Yes.  Sorry --

10     **Q.**   Okay.  It's okay.  Don't worry.

11          And that was back in the crowd, so you had to go

12  back to grab his mask?

13     **A.**   Yes.  What we were doing was we were trying to

14  push him backwards through the crowd.

15          And actually, what was happening there -- I know

16  you're not going to believe this part, but he was actually

17  tripping.  I was trying to stabilize him in that particular

18  instance because he was about to get trampled by the other

19  people.

20     **Q.**   Now, you continued to advance as officers were

21  retreating into the corner of the Inaugural Stage.  Correct?

22     **A.**   Yes.

23          **MS. LEDERER:**  If we could bring up 523.1.

24          **MS. RIVES:**  [Complied]

25          **THE WITNESS:**  It's currently showing a black

            DAVID GEITZEN - Cross by Ms. Lederer

844

1     screen.

2              **MS. LEDERER:**  Yeah.  Thank you.  Sorry about that.

3     We were just switching in between two different programs.

4              So now, on your screen now is there a video?

5     Mr. Geitzen, now on the screen --

6              **THE WITNESS:**  Yes.

7              **MS. LEDERER:**  Thank you.

8              If we could press play on 523.1 and then pause two

9     seconds in.

10             **MS. RIVES:**  [Complied]

11    **BY MS. LEDERER:**

12        **Q.**   Circling an individual, is that you, Mr. Geitzen?

13        **A.**   Yes.

14        **Q.**   And that is the item that you were referring to as

15    PVC pipe.  Correct?

16        **A.**   Yes, I believe that is a PVC pipe.

17        **Q.**   And you don't see any -- I know PVC pipe sometimes

18    comes with digital printouts on the PVC pipe --

19        **A.**   Yes.  It's actually on the end of it in this one

20    if you go forward in the video a little bit.

21             **MS. LEDERER:**  If we could go forward and pause

22    eight seconds in.  If we could play and pause eight seconds

23    in, please.

24             (Video played.)

25

                 DAVID GEITZEN - Cross by Ms. Lederer

1    BY MS. LEDERER:

2        Q.   Mr. Geitzen, you remember when Special Agent Noyes

3    testified.  He testified that he came to your house and

4    spoke with you.  Correct?

5        A.   Yes.

6        Q.   Do you recall telling Special Agent Noyes that you

7    picked up scaffolding and used a scaffolding pole that day?

8        A.   What I told him is that I actually don't even

9    remember the thing with the pole.  And when he showed me the

10   video, I was like, I don't know.  Maybe it's a piece of

11   scaffolding.  Maybe it's a piece of PVC.  I don't fricking

12   know.

13       Q.   Okay.

14       A.   I was basically very surprised.  I was, like, it's

15   two years ago.  I have to really rack my brain to really

16   even think about it at that time.

17       Q.   I'm going to circle -- well, that was not a

18   circle.  That glitched on me.  Let me clear that real quick.

19            I'm going to circle up here in the scaffolding.

20   You would agree with me that there are long metal

21   scaffolding up around the Inaugural Stage.  Correct?

22       A.   Yes, but they also weigh about 100 pounds each.

23       Q.   Why?  Did you pick one of those up that day?

24       A.   What's that?

25       Q.   Were you picking one of those up that day?

                 DAVID GEITZEN - Cross by Ms. Lederer

1          **A.**   Well, they were all over the place.  You could

2     kick them on the ground.

3          **Q.**   You can kick a 100-pound pole?

4          **A.**   No, you can like nudge it with your feet.

5              **MS. LEDERER:**  If we could press play and pause 15

6     seconds in.

7          (Video continued playing.)

8     **BY MS. LEDERER:**

9          **Q.**   Again that's you?

10         **A.**   Yes.

11             **MS. LEDERER:**  If we could press play.

12         (Video continued playing.)

13    **BY MS. LEDERER:**

14         **Q.**   Pausing at 2:23.  You just struck officers with

15    that pole?

16         **A.**   Yes, I was going for the riot shield.

17             **MS. LEDERER:**  If we could press play.

18         (Video continued playing.)

19    **BY MS. LEDERER:**

20         **Q.**   And again, you struck officers with the pole?

21         **A.**   Yes, and the riot shield.

22         **Q.**   You said on direct examination that's so they

23    would move?

24         **A.**   Yes.

25         **Q.**   Why would they need help moving?

                    DAVID GEITZEN - Cross by Ms. Lederer

847

1       A.    They need to move out of the way so that the

2   protestors could progress to the Capitol building and occupy

3   it.

4       Q.    Were your hands not enough?  You had already used

5   them multiple times before?

6       A.    Right.  I mean, it's a thing of opportunity.  I

7   mean, people are using everything that is available to them

8   at that point in time.  And the piece of PVC looked like it

9   might be effective at moving them out of the way but it

10  wasn't so I dropped it.

11      Q.    But you intended to touch the officers with that

12  PVC pole?

13      A.    I intended to push them out of the way.

14      Q.    You continued to follow officers up to the Lower

15  West Terrace.  Correct?

16      A.    I continued to make my way towards that doorway at

17  the top.

18      Q.    And that's because you wanted to go inside the

19  building.  Correct?

20      A.    I wanted the protest to be able to occupy the

21  Capitol building, yes.

22          **MS. LEDERER:**  If we could please bring up Exhibit

23  302.

24          **MS. RIVES:**  [Complied]

25          **MS. LEDERER:**  And go to 28 minutes in.

            DAVID GEITZEN - Cross by Ms. Lederer

1          **MS. RIVES:**  [Complied]

2          **MS. LEDERER:**  And if we could press play, please.

3          (Video played.)

4          **MS. LEDERER:**  If we could press pause.

5          For the record, we are paused 28 minutes and 5

6     seconds into the video, which is 3:58:05 p.m.

7     **BY MS. LEDERER:**

8          **Q.**   Mr. Geitzen, I am circling an individual.  Is that

9     you?

10         **A.**   Yes.

11         **Q.**   And you pushed with other rioters at this location

12    against officers.  Correct?

13         **A.**   Yes, I pushed with other people protesting

14    election fraud against the officers.

15         **Q.**   You already said that you knew you weren't

16    supposed to be on the Capitol grounds that day.  You

17    understood that you were not supposed to go in that building

18    that day?

19         **A.**   Incorrect.  Morally, I was absolutely supposed to

20    be there.

21         **Q.**   Even with, I think you said earlier, the senators

22    weren't even in there but you had to be there?

23         **A.**   No, I'm saying I didn't actually physically see

24    them.  What I'm making a reference to there is people are

25    saying X and X person was there.  I can't verify that any

              DAVID GEITZEN - Cross by Ms. Lederer

849

1    actual particular individual in the Congress was actually
2    there.  That's what I'm making reference to.
3        **Q.**   Understood.
4            But you were trying to get in there to verify that
5    people were there?
6        **A.**   No, more or less to occupy it.
7        **Q.**   Okay.
8            You ended up eventually leaving this area.
9    Correct?
10       **A.**   Yes.
11       **Q.**   And that was because former President Donald Trump
12   told rioters to go home?
13       **A.**   Yes.  There was a video circulating through the
14   protest in which Donald Trump had asked the protestors to
15   leave.  However, my particular reason for leaving at that
16   point was actually exhaustion, because I had been in the
17   protest for about, like, I don't know, three, four hours at
18   that point.
19           And you can't see it in the video, but where those
20   people in the background are standing is incredibly hard to
21   breathe because of all of the smoke grenades that they're
22   releasing over there.
23       **Q.**   But after you left this specific area, you didn't
24   leave the grounds right away.  Correct?
25       **A.**   I walked around a bit.
             DAVID GEITZEN - Cross by Ms. Lederer

1      Q.   And then you left because the former president

2    told rioters to leave?

3      A.   Well, most of the crowd -- I left for exhaustion.

4    Most of the crowd left for their reasons, and that's when

5    people started talking about potential future protests or

6    what have you.

7      Q.   Now, earlier on direct examination you testified

8    that you were wearing the helmet for the entirety of the

9    day.  Correct?

10     A.   I was wearing it for most of the day, but some

11   time going up those steps, I believe, I don't remember the

12   exact moment I lost it but it got knocked off my head by

13   something.

14     Q.   But the rally, the former president's rally,

15   earlier on direct I believe you said that you had that on --

16     A.   Are you referring to where he had the speech?

17     Q.   Yes.

18     A.   Yes, I was wearing the helmet at that time.

19        MS. LEDERER:  If we could take 302 down and bring

20   up Exhibit 502, which is not yet in evidence but this is for

21   impeachment purposes.

22        MS. RIVES:  [Complied]

23   BY MS. LEDERER:

24     Q.   Mr. Geitzen, I am showing you a video.  Is that on

25   your screen right now?

                DAVID GEITZEN - Cross by Ms. Lederer

1       **A.**    Yes.

2       **Q.**    I'm going to circle --

3             **THE COURT:**  Hold on a second.

4             **MS. LEDERER:**  Yes.  Take your time.  Let's get on

5       the phone.

6             (Sidebar discussion.)

7             **THE COURT:**  Okay.  First -- what statement are you

8       supposedly impeaching, first of all?

9             **MS. LEDERER:**  This is not a statement.  This is

10      him at the rally without his helmet on.  It will be brief

11      and then I have the text messages and then I'm done.

12            **THE COURT:**  Wait.  Wait.  Wait.

13            So you're seeking to impeach his statement just

14      now that he had the helmet on at the rally?

15            **MS. LEDERER:**  Yes.

16            **THE COURT:**  Okay.

17            And are you -- are you going to seek the admission

18      of this evidence or just use it to impeach him?

19            **MS. LEDERER:**  If he can authenticate it as being

20      down at the rally from January 6 and it's him, then, yes, at

21      that point, I can seek to admit it.

22            **MR. KNIGHT:**  Your Honor, we would object.  This

23      is -- this exhibit hasn't been admitted into evidence, and

24      it should not be published to the jury.

25            **THE COURT:**  So I agree with that.  That's the next

                    DAVID GEITZEN - Cross by Ms. Lederer

1       step.

2              What objection are you going to have to its

3       admission?  If he authenticates that it's a true and

4       accurate video of him at the Ellipse, at the rally, what

5       would the objection be?

6           **MR. KNIGHT:**  If I could just have a moment,

7       Your Honor.

8         (Discussion off the record between Mr. Knight and

9       Ms. Costner.)

10          **MR. KNIGHT:**  Your Honor, we wouldn't object to it

11      being used to refresh David's recollection.  But as to being

12      admitted as substantive evidence during our case, that would

13      be our objection.

14          **THE COURT:**  What's the government's response to

15      that?

16          **MS. LEDERER:**  Your Honor, I can just use it as

17      impeachment evidence, and then I can always recall an agent

18      to admit it if we so wish to do that but no matter what --

19          **THE COURT:**  Right, which seems like a total waste

20      of time if we do that.  But I will allow you -- let's do

21      this.  Don't play it to the jury yet.  You can ask him if

22      this refreshes his recollection about whether he, in fact,

23      had the helmet on the whole time at the Capitol -- excuse me

24      at the rally.  And depending on what he says, we can go from

25      there.

              DAVID GEITZEN - Cross by Ms. Lederer

1        **MS. LEDERER:**  Your Honor, just my position with

2    impeachment, impeachment doesn't necessarily have to refresh

3    someone's recollection.  I can play it to have him establish

4    the area, see if he recognizes himself and then --

5        **THE COURT:**  Yeah.  I didn't mean to limit you to

6    that question.

7        **MS. LEDERER:**  Okay.

8        **THE COURT:**  But I would like a set of questions to

9    happen without the jury necessarily seeing it.  Let's see

10   what he says, and then I may allow you to publish it to the

11   jury.  Okay?

12       **MS. LEDERER:**  Okay.  Thank you.

13       (Sidebar discussion concluded.)

14       **MS. LEDERER:**  If we may just have the witness

15   shown Exhibit 502, please.

16       **MS. RIVES:**  [Complied]

17   **BY MS. LEDERER:**

18   **Q.**   Mr. Geitzen, on your screen, can you see -- it's

19   not playing.  It's video but it's paused right now.  Can you

20   see that on your screen?

21   **A.**   I can.

22   **Q.**   And I have circled a screen in the middle.  Can

23   you see the screen that I have circled?

24   **A.**   Yes.

25   **Q.**   Does this area appear to be similar to the area

                    DAVID GEITZEN - Cross by Ms. Lederer

1    that you watched the rally from?

2         **A.**    It appears similar to a portion of the area that I

3    was in earlier that day, yes.

4         **Q.**    And, Mr. Geitzen --

5              **MS. LEDERER:**  Your Honor, at this time, I'd either

6    ask to publish or I can play forward a little more.

7              **THE COURT:**  You can play but without audio.

8              **MS. LEDERER:**  Okay.  Absolutely.  We'll just make

9    sure the audio is turned off.

10             **THE COURT:**  And not publish.

11             **MS. LEDERER:**  Okay.

12             **THE COURT:**  So play for the witness and not

13   publish yet.

14             **MS. LEDERER:**  If we may play forward and pause at

15   31 seconds.

16             **MS. RIVES:**  [Complied]

17   **BY MS. LEDERER:**

18        **Q.**    Mr. Geitzen, I am going to circle someone in this

19   crowd.

20        **A.**    Yes.

21        **Q.**    That's you, isn't it?

22        **A.**    Yes.

23        **Q.**    You're not wearing a helmet on your head, are you?

24        **A.**    Yes, I currently either have it in my hands or at

25   my feet.

                    DAVID GEITZEN - Cross by Ms. Lederer

1      **MS. LEDERER:**  Your Honor, at this time, if we may

2  bring it back and publish it to the jury?

3      **THE COURT:**  You may.

4      **MS. LEDERER:**  Ms. Rives, if you could bring it all

5  the way back to the start.

6      **MS. RIVES:**  [Complied]

7      **THE COURT:**  So, members of the jury, this video is

8  not being admitted at this time.  It's being played for

9  impeachment purposes, from the government's perspective, to

10  show that something that the defendant said earlier was not

11  true in the government's view.

12      **MS. LEDERER:**  Thank you for that clarification,

13  Your Honor.

14  **BY MS. LEDERER:**

15      **Q.**   Mr. Geitzen, before we start, I know we had gone

16  through this before.  But now that it's in front of

17  everyone's screen, I'm going to circle that same jumbotron,

18  if you will.

19      **A.**   Yes.

20      **Q.**   Is that the former President Donald Trump?

21      **MS. LEDERER:**  And, Ms. Rives, if you can just keep

22  the sound off, thank you.

23      **THE DEFENDANT:**  Yes.  And again, this is an area

24  similar to what I remember being there.

25      **MS. LEDERER:**  And before we press play, I will

                DAVID GEITZEN - Cross by Ms. Lederer

1    clear this screen.  If we could press play and then we're

2    going to pause again 31 seconds in.

3          (Video played.)

4              **MS. LEDERER:**  For the record, pause 31 seconds in.

5              **MS. RIVES:**  [Complied]

6    **BY MS. LEDERER:**

7        **Q.**   Mr. Geitzen, circling an individual.  Is that you?

8        **A.**   Yes.  And I most likely have my helmet either in

9    my hand or at my feet at that time.

10       **Q.**   As we're paused right here, no one is attacking

11   you?

12       **A.**   Currently, yeah.

13       **Q.**   No one else is wearing a helmet?

14       **A.**   No.  There were actually other people with helmets

15   in the crowd at that time.  I don't know if you can see them

16   in this video.

17       **Q.**   But in this moment right here?

18       **A.**   In this moment right here, I don't see them.

19              **MS. LEDERER:**  Thank you.  We can take 502 down.

20              **MS. RIVES:**  [Complied]

21   **BY MS. LEDERER:**

22       **Q.**   Now, we've established you're not ashamed of your

23   actions on January 6.  And you texted some people about

24   January 6.  Correct?

25       **A.**   Yes.

                    DAVID GEITZEN - Cross by Ms. Lederer

1      Q.   Okay.  I'm going to show you.  We're going to use

2    the easel.  This is text messages.  We're going to show you

3    what has been previously marked and admitted as 702.2.  Let

4    me know if you need me to zoom in or out with this easel.

5    Okay?

6      A.   Yes.

7           MS. LEDERER:  Court's indulgence, Your Honor.

8    It's been a minute since I've used one of these.

9           THE COURT:  This is old school, members of the

10   jury.  Quasi analog.

11   BY MS. LEDERER:

12     Q.   Mr. Geitzen, can you see what's been previously

13   marked as 702.2?  I'll show you the exhibit sticker so we're

14   on the same page?

15     A.   Yes.

16     Q.   Okay.

17          We already heard from Detective Noyes that this is

18   from your phone.  Correct?

19     A.   Yes.

20     Q.   You wrote, "Unfortunately, it seems civil war is

21   all but assured now.  Word on the street is that the next

22   rally is on the 20th.  And people are bringing their guns

23   this time.  This rally is with or without Trump.  We aren't

24   his employees and if he chooses to concede election fraud

25   that is treason.  There is no giving up permitted when it

              DAVID GEITZEN - Cross by Ms. Lederer

1    comes to the future of the world."

2            You sent that.  Correct?

3    **A.**    Yes.

4    **Q.**    I'm going to show you what's been previously

5    marked and admitted as 702.3.  Right after that, I'm going

6    to show you 702.3-002.  It's the second page of 702.3.  You

7    can see the sticker at the bottom, Mr. Geitzen?

8    **A.**    Yes, and this one's from January 6?

9    **Q.**    Yep.

10   **A.**    Yes.

11   **Q.**    You let it known what you were doing that day.

12   You said, "Congress is being stormed."  Correct?

13   **A.**    Yes.

14   **Q.**    We're looking at 702.3-002.

15           When your mother asked if Congress being stormed

16   was by Antifa, you responded, "No, us."  Correct?

17   **A.**    Yes.

18   **Q.**    Now, previously on direct examination, you

19   testified that you're not really a political person.

20   Correct?

21   **A.**    I am a semi-political person is the way I put it.

22   **Q.**    Semi-political person.

23           I'm going to show you 702.3-007, which I believe

24   is in evidence.

25           **THE COURT:**  Did you say 702.3-007?

             DAVID GEITZEN - Cross by Ms. Lederer

1          **MS. LEDERER:**  Yes.  I believe all of 702.3 is in

2    evidence.  I'm not sure if this --

3          **THE COURT:**  All of the 702 series has been

4    admitted.

5          **MS. LEDERER:**  Okay.  This one just hasn't been

6    specifically used yet.

7    **BY MS. LEDERER:**

8       **Q.**   Mr. Geitzen, just starting off, that is 702.3-007

9    just so we are all on the same page.

10         And you sent "Jan 20 is what I hear now, the

11   inauguration.  It can't be any later than that otherwise

12   Pedo Joe will control the military."  Did I read that

13   correctly?

14      **A.**   Correct.  And it is in reference to the

15   information I heard from the other protestors that, because

16   they viewed January 6th as failing, that there was going to

17   be another protest at some later point into the future.  And

18   that also correctly depicts my belief that Joe Biden is a

19   pedophile.

20      **Q.**   Thank you for clarifying that.  So I was going to

21   say it didn't say Fraudster Joe, it said "Pedo Joe".

22   Correct?

23      **A.**   Yes.

24      **Q.**   I'm going to now show you 702.4-006.  Again, just

25   so we're on the same page.

             DAVID GEITZEN - Cross by Ms. Lederer

860

1          **MS. LEDERER:**  My apologies.  I'm just trying to

2    refocus this.

3          (Brief pause.)

4    **BY MS. LEDERER:**

5          **Q.**   You wrote, "The next march is on the 20th I hear.

6    This one is likely the start of a civil war.  Unless you are

7    willing to die for your country, you should not go."  You

8    wrote that.  Correct?

9          **A.**   Yes, I did, and it seemed correct to do so at the

10   time.  Unfortunately, Trump had disavowed everybody who had

11   been at Jan 6 later that day or later the next day.  And it

12   pretty much pulled the wind out of the sails of most of the

13   protestors.  Most of them.

14         **Q.**   But not out of your sails because you were going

15   to go back on the 20th?

16         **A.**   I was -- if anyone was protesting there, I was

17   going to throw my weight towards it because I still

18   considered it an important issue.

19         **Q.**   An issue that you were willing to hurt others for?

20         **A.**   Hurt others for, no, but willing to die for, yeah.

21         **Q.**   But on January 6, 2021, you heard that officers

22   said you hurt them that day?

23         **A.**   I heard that, yeah, they got bruised by being in

24   the protest as well as everybody else being in the protest

25   got bruised.

                    DAVID GEITZEN - Cross by Ms. Lederer

1      Q.   And you didn't care what happened to those

2  officers that day?

3      A.   No.  I cared what happened to the officers.  I

4  just consider election fraud to be an important enough issue

5  where you should be willing to push someone over it

6  considering that, if you live in a representative democracy,

7  election fraud, in my view, is pretty much tantamount to

8  delegitimizing the entire country.

9      Q.   And it's something that you still care about?

10     A.   Yes.

11     Q.   And it's something that you're still willing to

12 die for?

13     A.   Not so much at this point because it seems like

14 politics is becoming increasingly irrelevant.

15          **MS. LEDERER:**  I have nothing further.  Thank you.

16          **THE COURT:**  Thank you.  Redirect?

17          **MR. KNIGHT:**  If I could get my laptop.

18          **THE COURT:**  Of course you may.

19          **MR. KNIGHT:**  Thank you, Your Honor.

20 **BY MR. KNIGHT:**

21     Q.   David, good afternoon.

22     A.   Good afternoon.

23     Q.   You were just asked quite a number of questions by

24 the government, and you were asked some questions about

25 whether you had your helmet on or off that day.  Were you

                   DAVID GEITZEN - Cross by Ms. Lederer

1    asked those questions?

2         **A.**   Yes.

3         **Q.**   And do you remember every single time you took

4    your helmet off that day?

5         **A.**   I do not remember every single time I took my

6    helmet off.  There were multiple points there, and I believe

7    that point in the earlier video was because I was attempting

8    to hear the video.

9         **Q.**   You were also shown a video that depicted the

10   scaffolding that was being erected --

11        **A.**   Yes.

12        **Q.**   -- for the stage for the inauguration.  Right?

13        **A.**   Yes.

14        **Q.**   And you had said that those scaffolding poles

15   were -- I can't remember exactly what you said -- whether

16   they were substantial, they were heavy?

17        **A.**   They were extremely heavy, in my estimate, based

18   on the ones that I did see on the ground.

19        **Q.**   And those were structural --

20        **A.**   Yes.

21        **Q.**   I'd like to show you Government's 523.1.  I'm

22   starting the video at 17 seconds in.

23             **MR. KNIGHT:**  Your Honor, can I publish this to the

24   jury?  It's admitted.

25             **THE COURT:**  You may.  Thank you.

                  DAVID GEITZEN - Cross by Ms. Lederer

1           (Published exhibit.)

2     **BY MR. KNIGHT:**

3           **Q.**   I've paused the video at 26 seconds.  David, could

4     you describe the pole there?

5           **A.**   Very floppy.

6           **Q.**   Are you able to see -- you know, in relation to

7     your hand, how big is it?

8           **A.**   It's fairly thin.

9           **Q.**   What's in the background there?

10          **A.**   The background is scaffolding.

11          **Q.**   How far away do you think that scaffolding is?

12          **A.**   That scaffolding is probably, I don't know, like,

13    150 feet away, 200 feet away.

14          **Q.**   Relative to each other, how big is the scaffolding

15    to the tube in your hand?

16          **A.**   If you're talking about, like, to the size in the

17    video?

18          **Q.**   Yes.

19          **A.**   It's close.

20          **Q.**   Generally, are things in video larger the closer

21    they are?

22          **A.**   Yes.

23          **Q.**   So would that lead you to believe that the

24    scaffolding poles are much more sizeable?

25          **A.**   Yes.

              DAVID GEITZEN - Cross by Ms. Lederer

1    **Q.**   While we have the pole here, you know, you've got

2    how many hands on it right now?

3    **A.**   I have I guess one and a half.  I did have two

4    but, in this particular frame, I only have one.

5    **Q.**   Are you sure it made contact with the officers?

6    **A.**   I'm not even completely sure it made contact to be

7    completely honest.

8    **Q.**   You've got a board there in front of you kind of

9    catty-corner.  Do you see that?

10   **A.**   Yes.

11   **Q.**   Can you make out what the black letters say?

12   **A.**   I'm having a really hard time.  I see, like, an A.

13   **Q.**   Yeah.  If I told you that that was AdvanTech

14   three-quarter floor board, would you believe me?

15   **A.**   Actually that does seem like what it says.

16   **Q.**   Okay.  Looking at what's going on here, you've got

17   a number of folks in full riot gear in front of you.  Right?

18   **A.**   Yes.

19   **Q.**   Do you see anyone that's not got full riot gear on

20   that's --

21   **A.**   I see protestors without riot gear but they're

22   behind me.

23   **Q.**   Thank you.

24       **MR. KNIGHT:**  I'll pass the witness, Your Honor.

25       **THE COURT:**  I don't think there's a witness to

                DAVID GEITZEN - Cross by Ms. Lederer

1     pass.

2            Any recross?

3            **MS. LEDERER:**  No, Your Honor.

4            **THE COURT:**  Mr. Geitzen, you are excused as well.

5          (The witness stepped down.)

6            **THE COURT:**  Does the defense have anyone else it

7     intends to call?

8            **MR. KNIGHT:**  No further witnesses, Your Honor.

9            **THE COURT:**  Thank you.

10           Does the government wish to attempt to put on any

11    additional evidence?

12           **MS. LEDERER:**  No, Your Honor.

13           **THE COURT:**  Very well.

14           So members of the jury, you have heard all of the

15    evidence that will be in this case.  The next step is for us

16    to do two things.  One is I will give you instructions about

17    how you are to do your job as jurors, both reviewing the

18    evidence, the elements of the charges and the like.  Most of

19    those instructions will precede closing arguments by both

20    parties.

21           That's what we're going to do this afternoon.  But

22    what I want to do is I want to excuse you for a moment

23    because I want to ensure that I have all of the parties'

24    views about those instructions before I give them to you.

25    Okay?  And I want to have that conversation outside your

1          presence.

2                  So if you could please just go back into the jury

3          room.  We'll be on the record for a bit and then, with any

4          luck, we'll be back in court pretty soon to instruct you.

5                  (Jury exited the courtroom.)

6                  **THE COURT:**  Thank you, Ms. Moore.

7                  For the record, as I indicated earlier to some

8          extent, we have circulated to the parties two documents.

9          One document is the final jury instructions that I intend to

10         give the jury, most of which I would give before closings

11         and then a few of which I would give after closings.  That's

12         the first document.

13                 And then the second document is -- I've sent the

14         parties a draft verdict form, which is, in my view, the

15         verdict form that would be appropriate to give to the jury

16         for its deliberations here.

17                 I recognize that this verdict form is not

18         identical to that proposed by either party.  It seemed to me

19         that, in the case with lesser included offenses, that more

20         than what the government was saying was appropriate but not

21         quite as much as the defense.

22                 So let's start with the final jury instructions.

23         Does the government have -- the government has obviously

24         objected, and I think the record is quite clear the

25         government objects to my use of the Model Penal Code

1    definition of assault in various places in the instructions.

2    That objection is well preserved.  You can restate it if you

3    would like, but does the government have any objections

4    beyond that objection?

5         **MS. ERIKSEN:**  No, Your Honor.  We just noticed

6    Ms. Costner brought to our attention the typo that she

7    pointed out from changing the word from "information" to

8    "indictment" when it talks about how the defendant is

9    charged.  I think she sent an email during the lunch break.

10        **THE COURT:**  Okay.  Where is that?  Can you just

11   point it to me now?  I just haven't seen that email.

12        **MS. ERIKSEN:**  I think it was Page 7.

13        **THE COURT:**  Okay.  Ah, yes.  So I will say

14   indictment when I read these to the jury.  And as you know,

15   I provide the instructions to the jury.  We'll make that

16   change before this is provided to them.  Okay?

17        **MS. ERIKSEN:**  Yes, Your Honor.

18        **THE COURT:**  All right.

19        Does the defendant have objections to the

20   instructions?

21        **MS. COSTNER:**  No objection, Your Honor.  We did

22   note the right of the defendant not to testify --

23        **THE COURT:**  Yes.

24        **MS. COSTNER:**  -- as a witness, 17 and 18, I

25   believe.

1          **THE COURT:**  Absolutely.

2          **MS. COSTNER:**  Eighteen would remain in.

3          **THE COURT:**  Yes.  So we will, of course -- I

4    wouldn't be doing my job very well if I read both of those.

5    And, of course, we said if appropriate.

6          So we will delete Page 17 or related to the

7    instruction right of defendant not to testify, and we will

8    delete the words, "if appropriate" in brackets on Page 18.

9    And I will give them the defendant as witness instruction.

10   Yes?

11         Beyond that, anything from the defense

12   perspective?

13         **MS. COSTNER:**  No, Your Honor.

14         **THE COURT:**  Okay.  Thank you.

15         Turning now to the verdict form, does the

16   government have objections to the verdict form.

17         **MS. ERIKSEN:**  No, Your Honor.

18         **THE COURT:**  Does the defense have objections to

19   the verdict form?

20         **MR. KNIGHT:**  Your Honor, we've been trying to keep

21   up as best we can.  We are trying to review it now.

22         **THE COURT:**  Why don't we do this.  I'd like to

23   give the jury the instructions.  It will just say that I'm

24   going to give them the verdict form.

25         At that point, depending on how fast I read, it

1    may make sense to take a break and then have the parties

2    come back and give closings.  Anywhere, at that point, right

3    before the closings or perhaps after the closings and we

4    excuse them, we can have a conversation about the verdict

5    form if you have any objections.

6                **MR. KNIGHT:**  Thank you, Your Honor.

7                **THE COURT:**  Does that work?

8                **MR. KNIGHT:**  Yes.

9                **THE COURT:**  Okay.  Very well.

10               So, Ms. Moore, could you bring the jury in.

11               **MS. ERIKSEN:**  Your Honor, may I ask you a quick

12    question?

13               **THE COURT:**  You may.

14               **MS. ERIKSEN:**  Just for purposes of closing,

15    Mr. Knight and I talked about it earlier today.  Is there --

16    I know you said we'll take a short break.

17               **THE COURT:**  Hold on a second.  Let me just make

18    sure she's not about to come in.

19               **MS. ERIKSEN:**  Okay.

20               I think you said a short break, but just a short

21    break to get our whatever presentations together for

22    closing.

23               **THE COURT:**  Yes.  I probably would have said maybe

24    roll right into closings but, since it makes sense to ensure

25    that we have enough time to reflect on the verdict form,

1    let's just plan on that.

2            I'll give the pre-closing instructions.  We'll

3    then take a break, come back, do closings.  I'll give the

4    jury the post-closing instructions, the short ones.  And

5    either at that point we'll know or we can have a

6    conversation about the verdict form.  Okay?

7            **MS. ERIKSEN:**  Great.  Okay.  Thank you,

8    Your Honor.

9        (Jury entered the courtroom.)

10           **DEPUTY CLERK:**  We are now back on the record.

11           **MR. KNIGHT:**  Your Honor, I neglected to renew my

12   motion --

13       (Sidebar discussion.)

14           **MR. KNIGHT:**  I just need to renew that motion.

15           **THE COURT:**  Yes.  The Rule 29 motion is renewed

16   post the end of the defense case so to speak.

17           I am going to reserve on it together with the

18   motion that was made at the end of the government's case.

19           **MR. KNIGHT:**  Yes, Your Honor.

20           **THE COURT:**  Thank you for that.

21       (Sidebar discussion concluded.)

22           **THE COURT:**  Members of the jury, ladies and

23   gentlemen, the time has now come when all of the evidence is

24   in.  As I said before, it's now up to me to instruct you on

25   the law.

                     INSTRUCTIONS - by The Court

1          First, you should know, I will provide you with a

2     copy of my instructions.  During your deliberations, you may

3     if you want refer to these instructions.  While you may

4     refer to any particular portion of the instructions, you are

5     to consider the instructions as a whole and you may not

6     follow some and ignore others.

7          If you have any questions about the instructions,

8     you should feel free to send me a note.  I'll talk about

9     that later.  Please return your instructions to me when your

10    verdict is rendered.

11         My function is and has been to conduct this trial

12    in an orderly, fair and efficient manner, to rule on

13    questions of law and to instruct you on the law that applies

14    in this case.  It is your duty to accept the law as I

15    instruct you.  You should consider all the instructions as a

16    whole.  You may not ignore or refuse to follow any of them.

17         Your function as the jury is to determine what the

18    facts are in this case.  You are the sole judges of the

19    facts.  While it is my responsibility to decide what is

20    admitted as evidence during the trial, you alone decide what

21    weight, if any, to give to that evidence.  You alone decide

22    the credibility or believability of the witnesses.

23         As I explained earlier, as human beings, we all

24    have personal likes and dislikes, opinions, prejudices and

25    biases.  Generally, we are aware of these things.  You

INSTRUCTIONS - by The Court

1      should also consider the possibility that you have implicit

2      biases, that is, biases of which you may not be consciously

3      aware.

4              Personal prejudices, preferences or biases have no

5      place in the courtroom where the goal is to arrive at a just

6      and impartial verdict.  All people deserve fair treatment in

7      the legal system regardless of any personal characteristic,

8      such as race, national or ethnic origin, religion, age,

9      disability, sex, gender identity or expression, sexual

10     orientation, education, income level or any other personal

11     characteristic.

12             You should determine the facts solely from a fair

13     consideration of the evidence.  You may not take anything I

14     may have said or done as indicating how I think you should

15     decide this case.  Again, as I said earlier, if you believe

16     that I have expressed or indicated any such opinion, you

17     should ignore it.  The verdict in this case is your sole and

18     exclusive responsibility.

19             If any reference by me or the attorneys to the

20     evidence is different from your own memory of the evidence,

21     it is your memory that should control during your

22     deliberations.  The statements and arguments of the lawyers

23     are not evidence.  They are only intended to assist you in

24     understanding the evidence.  Similarly, the questions of the

25     lawyers are not evidence.

                    INSTRUCTIONS - by The Court

1          The indictment is merely the formal way of

2     accusing a person of a crime.  You must not consider the

3     indictment as evidence of any kind.  You may not consider it

4     as any evidence of Mr. Geitzen's guilt or draw any inference

5     of guilt from it.

6          Turning to the burden of proof.  Every defendant

7     in a criminal case is presumed to be innocent.  This

8     presumption of innocence remains with the defendant

9     throughout the trial unless and until the government has

10    proven he is guilty beyond a reasonable doubt.  This burden

11    never shifts throughout the trial.  The law does not require

12    Mr. Geitzen to prove his innocence or to produce any

13    evidence at all.

14          If you find that the government has proven beyond

15    a reasonable doubt every element of a particular offense

16    with which Mr. Geitzen is charged, it is your duty to find

17    him guilty of that offense.  On the other hand, if you find

18    the government has failed to prove any element of a

19    particular offense beyond a reasonable doubt, it is your

20    duty to find Mr. Geitzen not guilty.

21          The government has the burden of proving

22    Mr. Geitzen guilty beyond a reasonable doubt.  I just said

23    that.  In civil cases it is only necessary to prove that a

24    fact is more likely true than not or in some cases that its

25    truth is highly probable.  In criminal cases, such as this

INSTRUCTIONS - by The Court

1      one, the government's proof must be more powerful than that.

2      It must be beyond a reasonable doubt.

3              Reasonable doubt, as the name implies, is a doubt

4      based on reason, a doubt for which you have a reason based

5      on the evidence or lack of evidence in the case.  If, after

6      careful, honest and impartial consideration of all the

7      evidence, you cannot say that you are firmly convinced of

8      the defendant's guilt, then you have a reasonable doubt.

9              Reasonable doubt is the kind of doubt that would

10     cause a reasonable person, after careful and thoughtful

11     reflection, to hesitate to act in the graver or more

12     important matters in life.  However, it is not an imaginary

13     doubt nor a doubt based on speculation or guesswork.  It is

14     a doubt based on reason.

15             The government is not required to prove guilt

16     beyond all doubt or to a mathematical or scientific

17     certainty.  Its burden is to prove guilt beyond a reasonable

18     doubt.

19             The next instruction is about direct and

20     circumstantial evidence.  There are two types of evidence

21     from which you may determine what the facts are in this

22     case, direct evidence and circumstantial evidence.

23             When a witness, such as an eyewitness, asserts

24     actual knowledge of a fact, that witness's testimony is

25     direct evidence.  On the other hand, evidence of facts and

INSTRUCTIONS - by The Court

1    circumstances from which reasonable inferences may be drawn

2    is circumstantial evidence.

3            Let me give you an example.  Assume a person

4    looked out a window and saw that snow was falling.  If he

5    later testified in court about what he had seen, his

6    testimony would be direct evidence that snow was falling at

7    the time he saw it happen.

8            Assume, however, that he looked out a window and

9    saw no snow on the ground and then went to sleep and saw

10   snow on the ground after he woke up.  His testimony about

11   what he had seen would be circumstantial evidence that it

12   had snowed while he was asleep.

13           The law says that both direct and circumstantial

14   evidence are acceptable as a means of proving a fact.  The

15   law does not favor one form of evidence over another.  It's

16   for you to decide how much weight to give to any particular

17   evidence, whether it is direct or circumstantial.  You're

18   permitted to give equal weight to both.

19           Circumstantial evidence does not require a greater

20   degree of certainty than direct evidence.  In reaching a

21   verdict in this case, you should consider all of the

22   evidence presented, both direct and circumstantial.

23           One of the questions you were asked when we were

24   selecting this jury was whether the nature of the charges

25   itself would affect your ability to reach a fair and

876

1    impartial verdict.  We asked you that question because you

2    must not allow the nature of a charge to affect your

3    verdict.  You must consider only the evidence that has been

4    presented in this case in reaching a fair and impartial

5    verdict.

6            The weight of the evidence is not necessarily

7    determined by the number of witnesses testifying for each

8    side.  Rather, you should consider all of the facts and

9    circumstances in evidence to determine which of the

10   witnesses you believe.  You may find that the testimony of a

11   smaller number of witnesses on one side is more believable

12   than the testimony of a greater number of witnesses on the

13   other side or you might find the opposite.

14           The lawyers in this case sometimes objected when

15   the other side asked a question, made an argument or offered

16   evidence that the objecting lawyer believed was not proper.

17   You must not hold such objections against the lawyer who

18   made them or the party she or he represents.  It is the

19   lawyer's responsibility to object to evidence that they

20   believe is not admissible.

21           If during the course of the trial I sustained an

22   objection to a lawyer's question, you should ignore the

23   question and you must not speculate as to what the answer

24   would have been.  If after a witness answered a question I

25   ruled that the answer should be stricken, you should ignore

                    INSTRUCTIONS - by The Court

1    both the question and the answer and they should play no

2    part in your deliberation.  Likewise, exhibits as to which I

3    have sustained an objection or that I have ordered stricken

4    are not evidence and you must not consider them in your

5    deliberations.

6              The next instruction goes to credibility of

7    witnesses.  In determining whether the government has proved

8    the charges against the defendant beyond a reasonable doubt,

9    you must consider the testimony of all the witnesses who

10   have testified.  You are the sole judges of the credibility

11   of the witnesses.  You alone determine whether to believe

12   any witness and the extent to which a witness should be

13   believed.

14             Judging a witness's credibility means evaluating

15   whether the witness has testified truthfully and also

16   whether the witness accurately observed, recalled and

17   described the matters about which the witness testified.  As

18   I instructed you earlier, you should evaluate the

19   credibility of witnesses free from prejudices and biases.

20   You may consider anything else that, in your judgment,

21   affects the credibility of any witness.

22             For example, you may consider the demeanor and the

23   behavior of the witness on the witness stand, the witness's

24   manner of testifying, whether the witness impresses you as

25   having an accurate memory, whether the witness has any

                    INSTRUCTIONS - by The Court

1    reason for not telling the truth, whether the witness had a

2    meaningful opportunity to observe the matters about which he

3    or she has testified, whether the witness has any interest

4    in the outcome of this case, stands to gain anything by

5    testifying or has friendship or hostility toward other

6    people concerned with this case.

7            In evaluating the accuracy of a witness's memory,

8    you may consider the circumstances surrounding the event

9    including the time that elapsed between the event and any

10   later recollections of the event and the circumstances under

11   which the witness was asked to recall details of the event.

12           You may consider whether there are any

13   consistencies or inconsistencies in a witness's testimony or

14   between the witness's testimony and any previous statements

15   made by the witness.  You may also consider any

16   consistencies or inconsistencies between the witness's

17   testimony and any other evidence that you credit.

18           You may consider whether any inconsistencies are

19   the result of lapses in memory, mistake, misunderstanding,

20   intentional falsehood or differences in perception.  You may

21   consider the reasonableness or unreasonableness, the

22   probability or improbability of the testimony of a witness

23   in determining whether to accept it as true and accurate.

24           You may consider whether the witness has been

25   contradicted or supported by other evidence that you credit.

                    INSTRUCTIONS - by The Court

1    If you believe that any witness has shown him or herself to

2    be biased or prejudiced for or against either side in this

3    trial or motivated by self-interest, you may consider and

4    determine whether such bias or prejudice has colored the

5    testimony of the witness so as to affect the desire and

6    capability of that witness to tell the truth.  You should

7    give the testimony of each witness such weight as, in your

8    judgment, it is fairly entitled to receive.

9         The next instruction is about police officers'

10   testimony.  A police officer's testimony should be evaluated

11   by you just as any other evidence in the case.  In

12   evaluating the officer's credibility, you should use the

13   same guidelines that you apply to the testimony of any

14   witness.  In no event should you give either greater or

15   lesser weight to the testimony of any witness merely because

16   she or he is a police officer.

17        The next instruction is about the defendant as a

18   witness.  A defendant has a right to become a witness on his

19   own behalf.  His testimony should not be disbelieved merely

20   because he is the defendant.

21        In evaluating his testimony, however, you may

22   consider the fact that the defendant has an interest in the

23   outcome of his trial.  As with the testimony of any other

24   witness, you should give the defendant's testimony as much

25   weight as, in your judgment, it deserves.

                 INSTRUCTIONS - by The Court

1          Turning to proof of state of mind.  Someone's

2    intent or knowledge ordinarily cannot be proved directly

3    because there is no way of knowing what a person is actually

4    thinking, but you may infer someone's intent or knowledge

5    from the surrounding circumstances.

6          You may consider any statement made or acts done

7    by Mr. Geitzen and all other facts and circumstances

8    received in evidence which indicate his intent or knowledge.

9    You may infer but are not required to infer that a person

10   intends the natural and probable consequences of acts he

11   intentionally did or intentionally did not do.

12         It is entirely up to you, however, to decide what

13   facts to find from the evidence received during this trial.

14   You should consider all the circumstances in evidence that

15   you think are relevant in determining whether the government

16   has proved beyond a reasonable doubt that Mr. Geitzen acted

17   with the necessary state of mind.

18         The next instruction is multiple counts, one

19   defendant.  Each count of the Indictment charges a separate

20   offense.  You should consider each offense and the evidence

21   which applies to it separately, and you should return

22   separate verdicts as to each count unless I instruct you to

23   do otherwise.

24         The fact that you may find the defendant guilty or

25   not guilty on any one count of the indictment should not

                    INSTRUCTIONS - by The Court

1    influence your verdict with respect to any other count of

2    the indictment.  At any time during your deliberations you

3    may return your verdict of guilty or not guilty with respect

4    to any count.

5           The question of possible punishment of the

6    defendant in the event of a conviction is not a concern of

7    yours and should not enter into or influence your

8    deliberations in any way.  The duty of imposing sentence in

9    the event of a conviction rests exclusively with me.  Your

10   verdict should be based solely on the evidence in this case,

11   and you should not consider the matter of punishment at all.

12          We're going to turn to the charges now.  Count 1

13   charges the defendant with obstructing law enforcement

14   officers during a civil disorder, which is a violation of

15   federal law.  Here are the elements:  In order to find the

16   defendant guilty of this offense you must find that the

17   government proved each of the following elements beyond a

18   reasonable doubt.

19          First, the defendant knowingly committed or

20   attempted to commit an act with the intended purpose of

21   obstructing, impeding or interfering with one or more law

22   enforcement officers.

23          Second, at the time of the defendant's actual or

24   attempted act, the law enforcement officer or officers were

25   engaged in the lawful performance of their official duties

INSTRUCTIONS - by The Court

1    incident to and during a civil disorder.

2            Third, the civil disorder in any way -- in any way

3    or degree obstructed, delayed or adversely affected commerce

4    or the movement of any article or commodity in commerce or

5    the conduct or performance of any federally protected

6    function.

7            There are some definitions relevant to this count.

8    The term "civil disorder" means any public disturbance

9    involving acts of violence by groups of three or more

10   persons which, A, causes an immediate danger of injury to

11   another individual; B, causes immediate danger of damage to

12   another individual's property; C, results in injury to

13   another individual; or D, results in damage to another

14   individual's property.

15           The term "commerce" means commerce or travel

16   between one state, including the District of Columbia and

17   any other state, including the District of Columbia.  It

18   also means commerce wholly within the District of Columbia.

19           The term "federally protected function" means any

20   function, operation or action carried out under the laws of

21   the United States by any department, agency or

22   instrumentality of the United States or by an officer or

23   employee thereof.

24           The term "department" includes one of the

25   departments of the executive branch, such as the Department

                        INSTRUCTIONS - by The Court

1    of Homeland Security, which includes the United States

2    Secret Service or the legislative branch.

3         The term "agency" includes any department,

4    independent establishment, commission, administration,

5    authority, board or bureau of the United States.

6         The term "instrumentality" includes any other

7    formal entity through which the government operates, such as

8    Congress or the United States Capitol police.

9         For the United States Capitol Metropolitan Police

10   Department on January 6, 2021, the term "official duties"

11   means policing the U.S. Capitol building and grounds and

12   enforcing federal law and D.C. law in those areas.

13        Finally, as to this count, a person acts knowingly

14   if he realizes what he is doing and is aware of the nature

15   of his conduct and does not act through ignorance, mistake

16   or accident.  In deciding whether the defendant acted

17   knowingly, you may consider all the evidence, including what

18   the defendant did, said or perceived.

19        Turning to Counts 2 and 3, Counts 2 and 3 of the

20   Indictment charge the defendant with assaulting, resisting

21   or impeding an officer or an employee of the United States

22   who was then engaged in the performance of his official

23   duties, which is a violation of federal law.

24        Count 2 covers the time period on or around 2:13

25   to 2:15 p.m., and Count 3 covers the time period on or

INSTRUCTIONS - by The Court

1    around 2:28 p.m., both, of course, January 6, 2021.

2             To find the defendant guilty of this offense you

3    must find that the government proved each of the following

4    elements beyond a reasonable doubt.

5             First, the defendant assaulted, resisted, opposed,

6    impeded, intimidated or interfered with an officer from the

7    United States Capitol Police.  Second, the defendant did

8    such acts forcibly.

9             Third, the defendant did such acts voluntarily and

10   intentionally.  Fourth, the person assaulted, resisted,

11   opposed, impeded, intimidated or interfered with was an

12   officer or employee of the United States who was then

13   engaged in the performance of his official duties.

14            Fifth, the defendant made physical contact with

15   that officer or acted with the intent to commit another

16   felony.  For purposes of this element, another felony refers

17   to the offense charged in Count 1.

18            For these two counts, there are also definitions.

19   A person acts forcibly if he used force, attempted to use

20   force or threatened to use force against the officer.

21   Physical force or contact is sufficient but actual physical

22   contact is not required.

23            You may also find that a person, who has the

24   present ability to inflict bodily harm upon another and who

25   threatens or attempts to inflict bodily harm upon that

                    INSTRUCTIONS - by The Court

1    person, acts forcibly.  In such case the threat must be a

2    present one.

3            The term "assault" means, A, an attempt to cause

4    or purposely, knowingly or recklessly causing bodily injury

5    to another; or, B, negligently caused bodily injury to

6    another with a deadly weapon; or, C, attempt by physical

7    menace to put another in fear of imminent, serious bodily

8    injury.

9            "Bodily injury" means physical pain, illness or

10   any impairment of physical condition.  "Serious bodily

11   injury" means bodily injury which creates a substantial risk

12   of death or which causes serious permanent disfigurement or

13   protracted loss or impairment of the function of any bodily

14   member or organ.  The terms resist, oppose, impede,

15   intimidate and interfere with carry their everyday ordinary

16   meanings.

17           It is not necessary to show that the defendant

18   knew the person being forcibly assaulted, resisted, opposed,

19   impeded, intimidated or interfered with was at that time

20   carrying out an official duty assisting federal officers in

21   carrying out an official duty, so long as it is established

22   beyond a reasonable doubt that the officer was, in fact,

23   carrying out an official duty assisting a federal officer,

24   acting in the course of his duty and that the defendant

25   intentionally forcibly assaulted, resisted, opposed,

INSTRUCTIONS - by The Court

1    impeded, intimidated or interfered with that officer.

2              Count 4 of the indictment charges the defendant

3    with assaulting, resisting or impeding an officer or an

4    employee of the United States who is then engaged in the

5    performance of his official duties while using a deadly or

6    dangerous weapon, which is a violation of federal law.

7              I'm going to instruct you on this charge and

8    explain the various elements that you must consider.  I will

9    also instruct you on the lesser offense.  After I give you

10   the elements of these crimes, I will tell you in what order

11   you should consider them.

12             To find the defendant guilty of this offense, you

13   must find that the government proved each of the following

14   elements beyond a reasonable doubt.  First, the defendant

15   assaulted, resisted, opposed, impeded, intimidated or

16   interfered with a an officer from the United States Capitol

17   Police.  Second, the defendant did such acts forcibly.

18             Third, the defendant did such acts voluntarily and

19   intentionally.  Fourth, the person assaulted, resisted,

20   opposed, imposed, intimidated or interfered with was an

21   officer or an employee of the United States who was then

22   engaged in the performance of his or her official duties.

23   Fifth, in doing such acts, the defendant intentionally used

24   a deadly or dangerous weapon.

25             There is a lesser offense.  To find the defendant

                    INSTRUCTIONS - by The Court

1    guilty of the lesser offense of Count 4, which is

2    assaulting, resisting or impeding officers, you must find

3    the following elements beyond a reasonable doubt.

4         First, the defendant assaulted, resisted, opposed,

5    impeded, intimidated or interfered with an officer from the

6    United States Capitol Police.  Second that the defendant did

7    such acts forcefully.

8         Third, the defendant did such acts voluntarily and

9    intentionally.  Fourth, the person assaulted, resisted,

10   opposed, impeded, intimidated or interfered with was an

11   officer or an employee of the United States who was then

12   engaged in the performance of his or her official duties.

13        Fifth, the defendant made physical contact with a

14   person who was an officer or an employee of the United

15   States who was then engaged in the performance of his

16   official duties or acted with the intent to commit another

17   felony.  For purposes of this element, another felony refers

18   to the offense charged in Count 1.

19        A person acts forcibly if he used force, attempted

20   to use force or threatened to use force against the officer.

21   Physical force or contact is sufficient but actual physical

22   contact is not required.

23        You may also find that a person who has the

24   present ability to inflict bodily harm upon another and who

25   threatens or attempts to inflict bodily harm upon that

                    INSTRUCTIONS - by The Court

1    person acts forcibly.  In such case, the threat must be a

2    present one.

3              The terms assault, resist, oppose, impede,

4    intimidate and interfere with have the same meaning as in

5    Counts 2 and 3.

6              An object is a deadly or dangerous weapon if the

7    object is capable of causing serious bodily injury or death

8    to another person and the defendant used it in that manner.

9    In determining whether the object is a deadly or dangerous

10   weapon, you may consider both the physical capabilities the

11   object used and the manner in which the defendant used it.

12             It is not necessary to show that the defendant

13   knew that the person being forcibly assaulted, resisted,

14   opposed, impeded, intimidated or interfered with was, at

15   that time, carrying out an official duty so long as it is

16   established beyond a reasonable doubt that the officer was,

17   in fact, carrying out an official duty and that the

18   defendant intentionally forcibly assaulted, resisted,

19   opposed, impeded, intimidated or interfered with that

20   officer.

21             Now, since we have an offense and a lesser

22   offense, I'm going to instruct you as to the order in which

23   you should consider the above offenses.  You should

24   consider, first, whether the defendant is guilty of

25   assaulting, resisting or impeding officers while using a

INSTRUCTIONS - by The Court

1    deadly or dangerous weapon.

2         If you find the defendant guilty of that offense,

3    do not go on to the lesser offense.  If you find the

4    defendant not guilty, go on to consider whether he is guilty

5    of assaulting, resisting or impeding officers with physical

6    contact or the intent to commit another felony.

7         If, after making all reasonable efforts to reach a

8    verdict on the first charge, you are not able to do so, you

9    are allowed to consider the lesser charge in that order.

10   This order will be reflected in the verdict form that I will

11   be giving you before you retire to deliberate.

12        Just a few more counts.  Count 5 of the Indictment

13   charges the defendant with entering or remaining in a

14   restricted building or grounds while using or carrying a

15   deadly or dangerous weapon which is a violation of federal

16   law.

17        I'm going to instruct you on this charge and

18   explain the various elements that you must consider; also

19   instruct you on the lesser included offense.  And, again, I

20   will give you the order in which you should consider them.

21        To find the defendant guilty of this offense, you

22   must find that the government proved each of the following

23   elements beyond a reasonable doubt.

24        First, the defendant entered or remained in a

25   restricted building or grounds without lawful authority to

                    INSTRUCTIONS - by The Court

1    do so.  Second, the defendant did so knowingly.  Third, the

2    defendant knowingly used or carried a deadly or dangerous

3    weapon during and in relation to the offense.

4            There is a lesser included offense.  To find the

5    defendant guilty of the lesser included offense of Count 5,

6    that is, entering or remaining in a restricted building or

7    grounds, you must find the following elements beyond a

8    reasonable doubt.

9            First, the defendant entered or remained in a

10   restricted building or grounds without lawful authority to

11   do so.  Second, the defendant did so knowingly.

12           We have definitions again.  The term "restricted

13   building or grounds" means any posted, cordoned off or

14   otherwise restricted area of the building or grounds where a

15   person protected by the Secret Service is or will be

16   temporarily visiting.  The term "person protected by the

17   Secret Service" includes the Vice President.

18           The term "knowingly" has the same meaning

19   described in the instructions for Count 1.

20           The term "deadly or dangerous weapon" has a

21   similar meaning to the meaning in Count 4.  An object is a

22   deadly or dangerous weapon if the object is capable of

23   causing serious bodily injury or death to another person and

24   the defendant carried it with the intent that it be used in

25   a manner capable of causing serious bodily injury or death.

                    INSTRUCTIONS - by The Court

1    However, for purposes of this offense, unlike the offense in

2    Count 4, the defendant need not have actually used the

3    object in that manner.

4            Again, I'm going to instruct you as to the order

5    in which you should consider the above offenses.  You should

6    consider, first, whether the defendant is guilty of entering

7    or remaining in a restricted building or grounds while using

8    or carrying a deadly or dangerous weapon.

9            If you find the defendant guilty of that offense,

10   do not go on to the lesser included offense.  However, if

11   you find the defendant not guilty, go on to consider whether

12   the defendant is guilty of entering or remaining in a

13   restricted building or grounds.  And if, after making all

14   reasonable efforts to reach a verdict on the first charge,

15   you are not able to do so, you are allowed to consider this

16   lesser included charge.  Again, that order will be reflected

17   in the verdict form that I will be giving you.

18           Count 6 of the Indictment charges the defendant

19   with disorderly or disruptive conduct in a restricted

20   building or grounds while using or carrying a deadly or

21   dangerous weapon which is a violation of federal law.

22           I am going to instruct you, again, on this charge

23   and explain the elements you must consider.  I will also

24   instruct you on the lesser included offense.  After I have

25   given you the elements of these crimes, I will tell you in

1    what order you should consider them.

2           In order to find the defendant guilty of this

3    offense, you must find that the government proved each of

4    the following elements beyond a reasonable doubt.  First,

5    the defendant engaged in disorderly or disruptive conduct in

6    or in proximity to any restricted building or grounds.

7           Second, the defendant did so knowingly and with

8    the intent to impede or disrupt the orderly conduct of

9    government business or official functions.

10          Third, the defendant's conduct occurred when or so

11   that his conduct, in fact, impeded or disrupted the orderly

12   conduct of government business or official functions.

13   Fourth, the defendant knowingly used or carried a deadly or

14   dangerous weapon during and in relation to the offense.

15          In order to find the defendant guilty of the

16   lesser included offense of Count 6, that is, disorderly or

17   disruptive conduct in a restricted building or grounds, you

18   must find the following elements beyond a reasonable doubt.

19          First, the defendant engaged in disorderly or

20   disruptive conduct in or in proximity to any restricted

21   building or grounds.  Second, the defendant did so knowingly

22   and with the intent to impede or disrupt the orderly conduct

23   of government business or official functions.

24          Third, the defendant's conduct occurred when or so

25   that his conduct, in fact, impeded or disrupted the orderly

INSTRUCTIONS - by The Court

1    conduct of government business or official functions.

2              Some more definitions.  "Disorderly conduct" is

3    conduct that tends to disturb the public peace or undermine

4    public safety.  Disorderly conduct includes when a person

5    acts in such a manner as to cause another person to be in

6    reasonable fear that a person or property in a person's

7    immediate --

8              (Brief pause.)

9              Sorry about that.  I just want to make sure we

10   have this right.  Let me just read the sentence which is

11   correct here.

12             Disorderly conduct includes when a person acts in

13   such a manner as to cause another person to be in reasonable

14   fear that a person or property in a person's immediate

15   possession is likely to be harmed or taken, uses words

16   likely to produce violence on the part of others or is

17   unreasonably loud and disruptive under the circumstances.

18             Disruptive conduct is a disturbance that

19   interrupts an event, activity or the normal course of a

20   process.  The terms "restricted building or grounds" and

21   "deadly or dangerous weapon" have the same meanings

22   described in the instructions for Count 5.  The term

23   "knowingly" has the same meaning described in the

24   instructions for Count 1.

25             Again, we have a lesser included offense.  You

                      INSTRUCTIONS - by The Court

1    should consider, first, whether the defendant is guilty of

2    disorderly or disruptive conduct in a restricted building or

3    grounds while using or carrying a deadly or dangerous

4    weapon.  If you find the defendant guilty of that offense,

5    do not go on to the lesser included offense.

6            However, if you find the defendant not guilty, go

7    on to consider whether the defendant is guilty of entering

8    or remaining in a restricted building or grounds.  If, after

9    making all reasonable efforts to reach a verdict on the

10   first charge, you are not able to do so, you are allowed to

11   consider this lesser included charge.  Again, this order of

12   how you consider the charges will be reflected in the

13   verdict form that I will give you.

14           Count 7 of the Indictment charges the defendant

15   with engaging in physical violence in a restricted building

16   or grounds while using or carrying a deadly or dangerous

17   weapon which is a violation of federal law.  I am going to

18   instruct you on this charge again and explain the elements.

19   I'll also explain the lesser included charge and give you

20   the order in which you should consider them.

21           To find the defendant guilty of this offense you

22   must find that the government proved each of the following

23   elements beyond a reasonable doubt.

24           First, the defendant engaged in an act of physical

25   violence against a person or property in or in proximity to

                    INSTRUCTIONS - by The Court

1       a restricted building or grounds.  Second, the defendant did

2       so knowingly.  Third, the defendant knowingly used or

3       carried a deadly or dangerous weapon during and in relation

4       to the offense.

5                There is a lesser included offense.  In order to

6       find the defendant guilty of the lesser offense in Count 7,

7       that is, engaging in physical violence in a restricted

8       building or grounds, you must find the following elements

9       beyond a reasonable doubt.

10               First, the defendant engaged in an act of physical

11      violence against a person in or in proximity to a restricted

12      building or grounds.  Second, the defendant did so

13      knowingly.

14               The term "active physical violence" means any act

15      involving assault or other infliction of bodily harm on an

16      individual or damage to or destruction of real or personal

17      property.  "Assault" has the same meaning described in the

18      instructions for Count 2.

19               The terms "restricted building or grounds" and

20      "deadly or dangerous weapon" have the same meanings

21      described in the instructions for Count 5.  The term

22      "knowingly" has the same meaning described in the

23      instructions for Count 1.

24               Again, there is a lesser included offense here.

25      Not to belabor the point, but you should consider, first,

                    INSTRUCTIONS - by The Court

1    whether the defendant is guilty of engaging in physical

2    violence in a restricted building or grounds with a deadly

3    or dangerous weapon.

4            If you find the defendant guilty of that offense,

5    do not go on to the lesser included offense.  However, if

6    you find the defendant not guilty, go on to consider whether

7    the defendant is guilty of engaging in physical violence in

8    a restricted building or grounds.

9            And, as before, if, after making all reasonable

10   efforts to reach a verdict on the first charge, you are not

11   able to do so, you are allowed to consider this lesser

12   included charge.  Again, the verdict form will reflect this

13   order.

14           Finally, Count 8 of the Indictment charges the

15   defendant with an act of physical violence in the Capitol

16   building or grounds, which, again, is a violation of federal

17   law.  In order to find the defendant guilty of this offense,

18   you must find that the government proved each of the

19   following elements beyond a reasonable doubt.

20           First, the defendant engaged in an act of physical

21   violence within the Capitol building or grounds.  Second,

22   the defendant acted willfully and knowingly.

23           The term "act of physical violence" means any act

24   involving assault or other infliction or threat of

25   infliction of death or bodily harm in an individual or

INSTRUCTIONS - by The Court

1    involving damage to or destruction of real or personal

2    property.

3         "Assault" has the same meaning described in the

4    instructions for Count 2.  For purposes of this offense,

5    unlike the offense in Count 7, the threat of infliction of

6    bodily harm is sufficient to meet this definition.

7         The terms "Capitol buildings" and "Capitol

8    grounds" have the same meanings described in the

9    instructions for Count 5.  The term "knowingly" has the same

10   meaning described in the instructions for Count 1.

11        A person acts willfully if he acts with the intent

12   to do something that the law forbids, that is, to disobey or

13   disregard the law.  While the government must show the

14   defendant knew that the conduct was unlawful, the government

15   does not need to prove that the defendant was aware of the

16   specific law that his conduct violated.

17        Those are the instructions I intend to give you

18   before closing arguments.  So you now have how you should

19   view the evidence and the elements of each of the offense.

20        We agreed before that we would take a break now.

21   You are probably sick of hearing me talk, to be honest.  I

22   am.  So we'll take a 20-minute break.  We're going to come

23   back on at 3:40.  And at that point, the parties will give

24   their closing arguments.

25        I will have some much more limited instructions to

                    INSTRUCTIONS - by The Court

1    give you before you begin deliberations.  Okay?

2              So let's go into recess until 3:40.

3         (Jury exited the courtroom.)

4         (Recess at 3:20 p.m. until 3:48 p.m.)

5         (Jury entered the courtroom.)

6         **THE COURT:**  Ms. Eriksen, you look like you're

7    ready to proceed.

8         **MS. ERIKSEN:**  I think so.  The light is on but

9    there is no sound.

10        **THE COURT:**  Ms. Moore, can you help Ms. Eriksen

11   with the microphone?

12        **MS. ERIKSEN:**  That works.

13        Good afternoon, ladies and gentlemen.

14        **JURORS:**  Good afternoon.

15        **MS. ERIKSEN:**  At the beginning of this case, my

16   colleague, Ms. Lederer, told you that you would hear about

17   the defendant coming to the Capitol on January 6th armed for

18   battle.

19        She told you that, at the end of the case -- she

20   told you, at the end of the case, we would come before you

21   and ask you to find the defendant guilty on all counts, and

22   that's exactly what we're going to do.

23        The evidence in this case has been overwhelming,

24   showing you that Mr. Geitzen came here to Washington, D.C.

25   on January 6, 2021 with one purpose and one purpose only.

                    CLOSING ARGUMENT - by Ms. Eriksen

1    And that was to get inside the Capitol and disrupt the

2    business of Congress that day.

3              He took pictures of himself, as shown in the

4    exhibits, out on the lawn with a thumbs-up sign to show

5    everybody in his family in a text chain how proud he was of

6    being here.  He had on his helmet and his goggles, in many

7    ways more protected than some of the officers who were out

8    there.  As you heard from Sergeant Cohen yesterday, had an

9    N-95 and a baseball cap, clearly not sufficient for what was

10   happening that day.

11             Count 1 of the Indictment charges the defendant

12   with civil disorder.  In order to prove civil disorder, we

13   have to show that the defendant obstructed, delayed or

14   adversely affected Congress or any federally protective

15   function.

16             You heard from Captain Summers and from

17   Sergeant Cohen and from Special -- sorry,

18   Inspector Agent Hawa from the Secret Service that Mike Pence

19   was a protected person that day and that the federally

20   protective function of them protecting the Capitol and

21   engaging in the business of January 6 was going on that day.

22             You also heard from Special Agent Dodson that the

23   commerce, specifically business at Safeway, was affected by

24   the Mayor's curfew that was put in place as a result of the

25   events at the Capitol that day.

              CLOSING ARGUMENT - by Ms. Eriksen

1          It's quite clear from the evidence we've presented

2     that the perimeter was restricted that day.  Although

3     Mr. Geitzen will tell you that he had a moral authority to

4     be on the grounds, that is not the law.  And as the law

5     instructs you, if he is inside the restricted perimeter of

6     the Capitol, that is against the law.

7          And you heard from several witnesses that there

8     was signage, snow fencing, barricades, and Mr. Geitzen

9     himself talked about, Well, I saw the bike racks.  I saw the

10    barricades.  He walked right through them because he had

11    moral permission to be there, at least according to him.

12    And, again, you see the restricted perimeter here.

13         You heard from Inspector Hawa of the Secret

14    Service that that perimeter was erected, in part, because a

15    protected person was due to be on the grounds that day.

16    That was then Vice President Mike Pence.  And the business

17    of that day was to certify the electoral college vote, a

18    tradition we have had since the inception of our country

19    that has never, until the date of January 6, 2021, been

20    interrupted.

21         Showing you Exhibit 203 where Vice President Pence

22    and his family had to be escorted out of his office because

23    the Secret Service was worried about his safety when the

24    building was breached.

25         Showing you another exhibit here that you'll have

               CLOSING ARGUMENT - by Ms. Eriksen

1    when you go back, Exhibit 510, you can see the defendant,

2    Mr. Geitzen, pushing on those barriers.  And although much

3    has been made about him not getting inside the building, it

4    wasn't for lack of trying.

5             And part of that trying we get to Counts 2 and 3,

6    assaulting, resisting or impeding officers.  As you've heard

7    from the officers, it was their sworn duty to protect the

8    Capitol and the people inside.  And that's what they were

9    there doing that day.

10            But they certainly had no idea what they were up

11   against as they told you.  They knew there may be some

12   protests.  They knew about the Stop the Steal Rally, which

13   was happening, as the defendant told you, probably a mile

14   away.

15            MPD was out to deter potentially any issues to try

16   to secure the area, but that didn't stop the defendant and

17   the other rioters.  At around 2:13 to 2:15 p.m., Count 2

18   charges that the defendant assaulted a police officer.  We

19   have shown you video, after video, after video of that

20   assault from different angles with different witnesses.

21            Exhibit 515 will show you that.  You can look at

22   that in the back if you'd like to.  I'm not going to play it

23   again for you because I think we might be videoed out at

24   this point but I think you all remember it.

25            Then we have Count 2, which charges that at about

                    CLOSING ARGUMENT - by Ms. Eriksen

1    2:28 p.m. he assaulted videos [sic] again.  It is clear from

2    his testimony and it is clear from officer's testimony and

3    clear from our evidence that the defendant not only intended

4    to do those assaults but he was proud of it.

5            He was proud to throw himself, his physical self,

6    in front of police and try to break into the building that

7    day, because he thought he had a right to be inside and

8    occupy the U.S. Capitol.  Those acts were done forcibly.

9    They were done intentionally.  And they were done

10   voluntarily.  And that's the exhibit I am referring to, 515,

11   that I don't want to play.

12           There's a still shot of the next assault.  I think

13   I have the numbers wrong.  In any event, you've seen the

14   video.

15           Count 4 is the last assault that we focused on at

16   the end of today, particularly when the defendant was on the

17   stand and that is the one with the pole.  The defendant

18   would have you believe that that pole was completely

19   harmless, just a hollow piece of plastic that he happened to

20   find.  And he doesn't remember when he picked it up or where

21   he got it from.  But he knows -- he doesn't know a lot about

22   it, but he knows for a fact he couldn't have done any damage

23   with that pole.

24           Despite the fact that you heard evidence from

25   officers that every manner of projectile and improvised

                    CLOSING ARGUMENT - by Ms. Eriksen

1    weapon was being thrown at them, rocks, bear spray, pepper

2    spray, flags, flag poles, you saw water bottles flying,

3    anything anyone could think of was being thrown at these

4    officers.

5            Were they hurt?  Yes, they were hurt.  They told

6    you that.  Were they scared?  Yes, they were scared.  Did

7    they think they might not get home that night?  That's

8    exactly what Sergeant Cohen told you.

9            But the defendant would have you believe that he's

10    ambling along kicking scaffolding knowing that it weighs a

11    hundred pounds, but this thing he picked up with his hand

12    and carried around the Capitol, he doesn't know about that.

13            What's interesting about his testimony is, he

14    first says, I was trying to get the officer -- I was trying

15    to move him.  I was trying to get him away from me.  So he

16    was touching the officer with the pole to get him to move.

17    Why?  So I can get in the building.  That's why I am doing

18    it.

19            But then he said, you know, on second thought, I

20    don't even know if I touched him.  I don't even know when I

21    picked it up.  It just somehow came to me.  This is very

22    convenient for a person who remembers to the detail why he

23    came here, where he went, how many people, what live streams

24    he liked to watch.

25            He has lots of information about a lot of things

CLOSING ARGUMENT - by Ms. Eriksen

that happened two years ago, but he can't really remember

about this pole.  And I would submit to you the reason he

can't remember anything about this pole is because he's

trying to deflect the fact that, what he did in an effort to

get in this building, was pick up a weapon that was capable

of causing bodily injury to these officers who were already

exhausted, and use it to move that officer by whatever means

possible to get in that building.

Now, defense has talked a lot about they had

turtle suits.  They were covered.  There is no way they

could have gotten hurt.  We heard three officers, two of

whom were very large in stature, talk about being covered up

yet injured.

Officer Curtice had a concussion and muscle aches.

Officer Cohen was bruised and had muscle aches.

Officer Mastony was also bruised and knocked around all day.

He told you that the pepper spray soaked into his clothing

so his body felt on fire all day.  He told you that his mask

when he was in the tunnel got obstructed to the fact where

there are times where he couldn't breathe and just had to

wait until bodies moved again in the heave-ho for him to

take a breath.

What's interesting about that is that the

defendant also said the reason he left the riot was

exhaustion.  He was tired.  He was tired from fighting the

CLOSING ARGUMENT - by Ms. Eriksen

1    police, which was his choice to go in and do.

2              On the other hand, you have the officers who are

3    there trying to do their sworn duty, protect the Capitol,

4    protect the members of Congress and keep order.

5              He also said, It was hard for me to breathe

6    because there were some irritants in the air.  You know who

7    couldn't breathe?  Sergeant Mastony couldn't breathe.  With

8    his gas mask on trying to stay safe from those irritants, he

9    then was getting suffocated by bodies while he was in the

10   tunnel, all so that the defendant could fulfill his moral

11   duty to occupy the Capitol.

12             The Court did instruct you on Count 4 with regard

13   to the dangerous weapon.  Here, on this slide, you'll see

14   that you can think about this is a pole of some sort --

15   there's a lot of debate about what it is -- in the hands of

16   a hostile person.  And the defendant, in this case, used it

17   not once but twice against the police.

18             You've heard the officers testify that all sorts

19   of weapons were being used.  You may consider both the

20   physical capabilities of the object and the manner he used

21   it.  And you know that those officers had other poles being

22   used as weapons against them that day.  You saw it for

23   yourselves in the video.

24             And the defendant, who was dressed for battle, he

25   didn't bring everything with him.  He forgot to bring a

                  CLOSING ARGUMENT - by Ms. Eriksen

1    weapon.  So when he saw one, he picked it up and he used it.

2    You will be instructed on the law.  As the Court said, there

3    are some lesser included offenses that you will be asked to

4    consider as well.

5            And there, very quickly, this video here is the

6    defendant, Exhibit 525, using that pole.  I would submit,

7    there is that contact with that Capitol police officer.

8            I'll run through some of these very quickly

9    because I think everything we've talked about it becomes

10   more than clear that the defendant is also guilty of

11   Counts 5, 6, 7 and 8.  This is the unlawful presence charge,

12   Count 5.  He entered or remained in a restricted building or

13   grounds.

14           Capitol Summers, Inspector Hawa told you all about

15   it being restricted.  He was there with a deadly or

16   dangerous weapon.  And, again, with regard to the weapon,

17   you can consider a lesser included charge as well.

18           Count 6, disorderly and disruptive conduct on

19   those grounds with a dangerous weapon, again, assault of

20   officers, breach of the line, consistent pushing, shoving,

21   attempts to enter a building that was closed.  The actions

22   speak for themselves.

23           Count 7, again, physical violence on restricted

24   grounds, more than sufficient evidence to show you that, not

25   just the video, not just the officers, but the defendant

                    CLOSING ARGUMENT - by Ms. Eriksen

907

1    himself who was proud.  Proud to be there.

2            Count 8, acts of physical violence at Capitol

3    grounds, again, the same conduct we're talking about.  The

4    only difference here is there is no need to show restricted

5    grounds.  Any act of violence on the Capitol grounds is

6    sufficient to find the defendant guilty of this charge.

7            So there are eight charges that Ms. Lederer told

8    you about at the beginning of the case that we would ask you

9    to return guilty verdicts on and I submit we have done that.

10           But before I sit down, I just want to talk a

11   little bit about the evidence in this case.  In my mind, I

12   put it in three buckets.  We have the video evidence, which

13   we've seen a lot of.  And I would characterize that as

14   pretty awful.  That's category one.

15           You have every angle, open-sourced videos from

16   those people out on the Capitol websites, general public

17   videos.  You've got the CCTV that shows you the movements

18   from the vantage point of the west side of the Capitol and

19   the dome.  And then you have the body-worn camera, which is

20   very visceral in that you feel like you're almost in the

21   scrum and what those officers were going through in some of

22   those moments where people are screaming at them, giving

23   them the middle finger, telling them they're a disgrace as

24   they stand there and try to do their job.

25           You have your second bucket of evidence, and I

                    CLOSING ARGUMENT - by Ms. Eriksen

1    would submit that that would be the officers on the ground,

2    their testimony.  Some of that was so incredibly -- I'd say

3    that's in a more awful category because, to listen to three

4    people who dedicated their lives to protecting the Capitol

5    and the people of the city, to tell you the following things

6    about that day.  And these, I believe, are direct quotes.

7            Sergeant Cohen said it was a mess.  He said it was

8    chaos.  He said he didn't know if he was going to make it

9    home that night.

10            Officer Curtice, who was the most least -- was the

11   least experienced officer, he said he had been with MPD

12   seven years.  He had never been to the Capitol before but

13   what did he do?  He got dressed in the street in only part

14   of his uniform.

15            I think you heard that they have even additional

16   layers.  There was no time to put those on because the

17   situation was so dire that they just needed to go.  So they

18   dress in the street.  They race down to the Capitol, a place

19   he's never been.

20            You saw on his body-worn camera the crowd gets

21   thicker and thicker.  He has no idea what he's walking into.

22   He said he's never seen anything like this but he does it

23   anyway.  When he gets there, it's just he and two other

24   people.  Somewhere in that sea of angry rioters is the rest

25   of his platoon.  So he doesn't have the backup, number one.

CLOSING ARGUMENT - by Ms. Eriksen

1    Number two, he has absolutely no idea what happened to his

2    fellow officers.   Third, he has no idea where he is.

3              He talked about getting sprayed with bear spray

4    and how that is not meant for a human.   That's meant to keep

5    a wild animal away from you if you're in the woods and you

6    can't run faster than a bear.   That's pretty much what it's

7    for.   He had never been exposed to that, but that was

8    sprayed at him.

9              Then you had -- I referred a little bit to

10   Sergeant Mastony saying, I got the pepper spray, the bear

11   spray, all the irritants and it soaked into my clothes.   So

12   then I stood in those clothes all day like my skin was on

13   fire.

14             When Ms. Lederer asked him, well then did you have

15   a chance to decontaminate, take a break?   He said, Not

16   really.   I took a beating.   I told my guys, this is -- we

17   got to go.   We cannot sit here.   They need us.   Sorry.   So

18   they went right back out and took some more from the crowd.

19             Officer Cohen had a ball cap and an N-95 mask

20   while he had that rack repeatedly pushed up against him so

21   that he was bruised and injured after the attacks.   And then

22   we have -- so that's what I put in the second bucket, what

23   impact it had on our officers out there.

24             And then we have our last and third bucket of

25   evidence.   And that's what the defendant tells you about

                  CLOSING ARGUMENT - by Ms. Eriksen

1    January 6, not just here today but through his text
2    communications that you will have back there with you.  They
3    are Exhibits 702, everything in the 702 series, that he
4    wrote to friends, family, fellow rioters about his time here
5    in D.C.
6            And I would put that in the most disturbing
7    category of evidence because, if you watch the videos or
8    listen to the testimony, it's unclear, maybe, how it all
9    happened, how he got himself here, what drove him to do
10   this.  But then you hear he's never been prouder.  It was a
11   beautiful, beautiful day.
12           When Ms. Lederer said, You don't care what
13   happened that day, he said, Oh, no, I care.  I'm just not
14   ashamed.  He thinks there's a moral reason he was allowed to
15   be there.  Forget the law.  Forget what we've done in this
16   country for centuries in terms of free and fair elections,
17   certifying the electoral vote, a peaceful transfer of power
18   from administration to administration.  Never mind that.  I
19   decide.  I decide what's right, and I decided I had a right
20   to be in that building.
21           I think his quote was morally, I was supposed to
22   be there.  I wanted protestors to be able to occupy the
23   Capitol building, yes.
24           Ms. Lederer asked him, well, if you thought the
25   election was fraudulent, first, how did you figure that out.
                    CLOSING ARGUMENT - by Ms. Eriksen

1               Oh, various live feeds.

2               Where did those come from?

3               I don't know, various sources on the internet.

4               Then she said, well, if you were concerned, you

5    knew that there were members of Congress who had publicly

6    said, we are going to object to the certification, which in

7    fact they did.  And did he call one of his representatives

8    in North Carolina?  No, he did not.

9               Did he write a letter?  No, he did not.

10              He's really interested in voting integrity.  Does

11   he vote?  No.  Does he volunteer at a place where people --

12   is he a ballot worker?  Has he sat in there and watched what

13   the procedure is versus what he's seeing on the live stream?

14   Is it even a live stream?  I don't know.  But he doesn't

15   even vote.

16              But he's so angry at what happens, instead of

17   exercising his constitutional right to vote, volunteering at

18   a polling place to see how this works, what's legitimate,

19   what's illegitimate, no, I'm going to get ready for battle

20   and I'm going to go up to the Capitol and I'm going to break

21   into that building and I'm going to occupy Congress.  He is

22   ready for the civil war he writes about.  He is ready for

23   the civil war he texted family and friends about.

24              At the end of the day, January 6th was a terrible

25   day for our country.  Something we had always enjoyed as

                    CLOSING ARGUMENT - by Ms. Eriksen

1    Americans, the peaceful transfer of power, that was

2    obliterated, our belief that that's how it worked here.  It

3    was an awful day.  But to the defendant, it was a beautiful,

4    beautiful -- written in all caps -- day.  On that, the

5    government and the defendant do not degree.

6            You saw in one of the exhibits that when the

7    officers were out on the line he was in a conversation with

8    one of them.  He said his teeth were gritted, so we couldn't

9    hear what he was saying.  But we know at the end that he

10   called that officer a fucking disgrace.  And as far as

11   January 6 goes, in that way, I couldn't agree with the

12   defendant more.  It was a disgrace.  It was an absolute

13   disgrace.

14           The government has proven its case beyond a

15   reasonable doubt.  We would ask that you return a verdict of

16   guilty on all counts.

17           Thank you for your time and attention.

18           **THE COURT:**  Mr. Knight?

19           **MR. KNIGHT:**  Thank you, Your Honor.

20       (Brief pause.)

21           **MR. KNIGHT:**  May it please the Court.

22           **THE COURT:**  Yes, thank you.

23           **MR. KNIGHT:**  Ladies and gentlemen, David Geitzen

24   did not use a deadly or dangerous weapon on January 6.  I am

25   going to talk to you about that.  I am going to explain it

                    CLOSING ARGUMENT - by Mr. Knight

1    so you understand.  All right?

2              You've seen the videos and you've probably already

3    had some thoughts about the pole that was used.  That

4    flexible piece of pipe is not a deadly or dangerous weapon.

5              My name is Ira Knight.  I am an assistant federal

6    public defender and, along with my co-counsel, Lisa Costner,

7    we've had the opportunity to cross-examine the officers that

8    you've seen and give you information from David.

9              Now, the government's charged David in eight

10   counts.  You were given instructions for each of those

11   counts, and the government hasn't met their burden on many

12   of the elements of those counts.  And you'll see that, if

13   they don't meet one of the elements of a count, then -- of

14   the whole charge -- you have to return a verdict of not

15   guilty.

16             If you have that belief, it's important that

17   you're able to stick to your guns.  In that vein, Count 4 is

18   going to require your careful scrutiny.  That count has five

19   elements, the last of which involves the use of a deadly or

20   a dangerous weapon.  As you review the evidence and discuss

21   this case, you'll find the government hasn't met its burden

22   to prove that element.

23             Now, you were instructed that a deadly or

24   dangerous weapon is an object capable of causing serious

25   bodily injury, disfigurement or death to another person and

                    CLOSING ARGUMENT - by Mr. Knight

1     the defendant used it in that manner.  Now, you get to

2     consider the physical capabilities of the object used and

3     the manner in which the defendant used it.

4          Ladies and gentlemen, the evidence is clear, David

5     didn't use a deadly or dangerous weapon that day.  You got

6     to see videos.  Those videos depicted some individuals who

7     used deadly or dangerous weapons.  There were violent people

8     there that day.  That's not disputable.

9          What did David have?  He had a long piece of

10    electrical conduit pipe.  I'm going to show this to you.

11    (Video played.)  I'm going to play it again.  (Video

12    replayed.)  I want you to watch as the pole bends.  It

13    flexes, it wiggles, it bends.

14          The pole is not a gun.  It's not a taser.  You

15    could reasonably find the pole didn't hurt anyone, because

16    the government didn't bring the person that was poked at by

17    the pole.  Now, you heard from Officer Cohen.  The injuries

18    that he received, they were real.  There was bruising on his

19    arms, the bruising on his shins.

20          Officer Mastony, he testified to the injuries that

21    he received.  David didn't cause Officer Mastony's injuries.

22    You heard Officer Curtice testify to the injuries he

23    received.  David didn't cause those injuries.  That's not

24    satisfaction of the statute.  Counts 2, 3 and 4 require that

25    you consider whether it was a specific assault that was

                    CLOSING ARGUMENT - by Mr. Knight

1     committed against a specific individual.

2             Now, is it highly probable that the officer that

3     you saw on this video here is an employee of the United

4     States government?  Well, highly probable isn't beyond a

5     reasonable doubt.  It's going to take some careful legal

6     parsing.

7             When you analyze this issue, it's complicated but

8     it's your duty to get it right.  Pay special attention to

9     the definition of assault.  The government's burden there is

10    heavy, and it hasn't been met for Count 4.

11            The government may argue that the way that David

12    used the pole makes it a deadly or a dangerous weapon.  But

13    the government hasn't produced evidence to prove beyond a

14    reasonable doubt that the pole was a deadly or dangerous

15    weapon.

16            Serious bodily injury, that includes

17    disfigurement, it's not a small bruise.  Now you heard David

18    say that he wasn't trying to hurt anyone with it, just push

19    the officer away.  And he failed at that because that long

20    flimsy conduit, it was ineffective.

21            And the government didn't present evidence that

22    that pole injured specific officers 'cause it couldn't.

23    Consider all of the evidence related to whether David used a

24    deadly or a dangerous weapon.  What evidence was presented

25    to support the idea that David did that?

                    CLOSING ARGUMENT - by Mr. Knight

1             It was hollow.  It was a flimsy piece of pipe.  He

2     had it for, at most, at most, a few minutes.  When he

3     realized it wasn't an effective way to push officers, to

4     achieve that goal, he said, it didn't even do a very good

5     job of getting their attention, so he dropped it.

6             Is a loaded gun dangerous or deadly?  Of course.

7     It can easily kill.  Is a knife a deadly or dangerous

8     weapon?  Of course, that can easily kill someone.  Is a

9     metal-tipped spear a dangerous weapon?  Probably with some

10    effort it could kill.

11            But a heavy thick wooden stick, maybe, but it

12    would take a long time to get through that riot armor.  A

13    rubbery, gray pole, no, that's not a deadly or dangerous

14    weapon.  It's a lightweight hollow plastic pipe.

15            Now a police baton, that might be a dangerous

16    weapon although the officer did testify that it was

17    ineffective.  But, you know, what would make it a dangerous

18    weapon if it were?  It's solid.  Right?  It's short.  You

19    can put a lot of power into a swing.  And for its size, it's

20    heavy, it's dense, rigid, doesn't flex.  Transfers every bit

21    of energy into that strike.  Some of them are even shaped to

22    concentrate force on the striking edge.

23            Now compare that to a long conduit, the pipe.

24    It's long.  It's unwieldy.  And David, as strong as he might

25    be, he couldn't get any of his weight behind it.  You can

                    CLOSING ARGUMENT - by Mr. Knight

1    see that in the video.  You can see it flop around as he

2    moves it.  If he had made contact with it, you'd see it

3    deflect, but just the force of pushing the pole forward

4    causes it to bend.

5         If it really struck something, you would see it

6    deflect.  Not only would you see it deflect, you would see

7    it bend as it struck something.  If pushing it forward is

8    enough to make it bend, of course, when it strikes

9    something, it's going to bend.  You won't see that on the

10   video.

11        It's also not pointed.  It's flat.  It's blunt.

12   It's not only not pointed and this is -- we're getting into

13   three-dimensional shapes here -- it's flat but it's also

14   rounded on the tips.  So anything that it strikes, unless it

15   strikes it square, flat on, it's just going to glance right

16   off.  It's going to have trouble sticking to whatever it

17   makes contact with.

18        And you heard the officer testify that those

19   visors that they wear to cover their most sensitive parts,

20   their face, those are specially designed to deflect objects.

21        So if the analogy here is to a spear, what can you

22   say about that?  There's no metal tip.  There is no point.

23   It's the opposite.  It's got rounded edges, flat ends.  It's

24   not substantial.  It doesn't have that strong wooden half

25   you can see with a spear.  It's plastic, bendy and hollow,

                    CLOSING ARGUMENT - by Mr. Knight

1      and you see that in the video.

2             Now, David, he weighs about 170 pounds soaking

3      wet.  He is tall.  He is lanky, and the officer that he is

4      poking at is in full riot gear.  He's got body armor, a

5      helmet, a riot shield.  It looked like David got in, at

6      best, three attempted strikes toward the person there.

7             Riot gear covered large areas of that individual's

8      body, and the helmet with the visor, it all but precludes a

9      face shot.  The conduit, it can't stick to that.  It's going

10     to roll off no matter which angle it pokes him at.  And the

11     bended rounded face shield it's designed to protect against

12     assault.

13            Please keep in mind, you must respect the law.

14     You know, you know, it's not right the way these officers

15     were treated on January 6.  It wasn't.  It was awful.  Those

16     videos are an emotional vector.  By respecting -- respect

17     the law, that means that you take the defendant and the

18     evidence about the defendant as you find it.  And that's the

19     evidence in this case.

20            The government has told you that there were people

21     that were hurt that day.  There were people that were

22     violent that day.  That matters but not in this case.  Those

23     other people that committed those acts of violence, what

24     they did was wrong.  Don't attribute their actions to David.

25     You can consider the actions that you saw David take.

                   CLOSING ARGUMENT - by Mr. Knight

1    That's fair game, but don't attribute the actions of others

2    to David.

3         You can respect the difficult job that those

4    officers had to do that day and still find, come to a

5    unanimous decision, that David didn't use a dangerous or

6    deadly weapon because that electrical conduit, that piece of

7    pipe, it's just not a deadly or dangerous weapon.

8         I want to -- I will belabor this but it is

9    important to acknowledge that January 6 was an emotional

10   event.  It was.  It was awful.  What happened to those

11   officers was awful.

12        The videos that you saw of the crowd, there were

13   terrible things that were happening that day.  There were

14   strong emotions that were in play, not just for the people

15   that were there, not just for the officers, but those of us

16   who watched it on TV.  There are strong emotions for you

17   because some of you live here right next to the Capitol.

18        However, emotions have a limited place in the

19   courtroom.  You're charged with being the factfinder.  And

20   while it may be appropriate for you to explore the emotions

21   of individuals on that day, your emotions should not and

22   cannot legally dictate a verdict in this case.

23        That may be really hard for you to do.  It may be

24   the hardest thing that you ever do.  But when you were asked

25   if you could be fair and impartial in this case, you said

                    CLOSING ARGUMENT - by Mr. Knight

1    that you could and that you would.  It's okay not to like

2    David's actions.  You're not here to excuse or justify his

3    actions.  You're here to follow the law.

4         You know that two wrongs don't make a right.

5    Over-convicting David in this case won't erase what happened

6    on January 6, and you must follow the law when the

7    government hasn't met its burden.

8         Pedo Joe, that's offensive.  Flat out.  It's a

9    catch phrase created by a crafty politician.  You know where

10   it comes from.  And four hours on the internet a day is the

11   exact type of person that our former president was trying to

12   reach.  The big lie.

13        David thought he was doing the right thing.  He

14   thought he was upholding the Constitution.  You,

15   understandably, probably don't agree with that.  But you

16   have to understand that David wasn't the only person that

17   was sold those rotten goods.

18        You saw people on those videos.  Some of them were

19   out for blood.  Look at David.  He told you he didn't want

20   to hurt the officers.  He had the opportunity.  He

21   fundamentally lacked the capacity to be dangerous or deadly.

22   There were dangerous weapons lying around everywhere.  He

23   wasn't willing to cross that line.

24        If you've ever been in a fight, a real fight, you

25   can tell who's out for blood and who will go all the way.

                    CLOSING ARGUMENT - by Mr. Knight

1    You know that's not David.

2            Our system of justice was built to uphold the law.

3    It's what sets you apart from many of the people who were at

4    the Capitol on January 6.  However, oftentimes defendants

5    don't come to the court with the same tools and the

6    abilities to defend themselves against the full weight of

7    the government.  That's important.

8            The government's closing argument focused on the

9    actions of a lot of different people.  The focus in this

10   case is on David.  Now, what the officers went through at

11   the Capitol, that was hard to watch.  Some of the officers,

12   like Sergeant Cohen, they weren't wearing their riot gear.

13           However, the officer that David poked the rubbery

14   pole at, it was turtle up solid in that turtle suit.  He had

15   all the gear, helmet, visor, shield, forearm braces, arm

16   guards, shoulder guards, chest plates, leg armor.

17           Now, near the start of this trial, the government

18   gave you some preliminary instructions.  The Court

19   admonished you that your responsibility as jurors is to

20   determine the facts in the case.

21           You and only you are the judges of facts.  You

22   alone determine the weight, the effect and the value of the

23   evidence as well as the credibility and believability of the

24   witnesses.

25           David testified in this case.  The Constitution

                    CLOSING ARGUMENT - by Mr. Knight

1    doesn't require that he testify.  In fact, it's the

2    opposite.  If he hadn't testified, you couldn't have held

3    that fact against him.  But instead, David chose to tell his

4    side of the story, his why.  You heard that.  You may not

5    agree with it but you heard it.

6         But, please recall his testimony about that gray

7    floppy pole.  It was long.  It was hollow.  Recall the

8    officers that testified that the pole was also long and

9    hollow.  Those officers' answers were evidence, and that

10   evidence is consistent with what David testified to.

11        It was easy to miss, but once briefly

12   Sergeant Mastony said that the pole was metal.  He did that

13   on direct examination.  Ms. Costner came up and did what

14   cross-examination is designed to do, find the truth.

15        Sergeant Mastony said, I was mistaken, I didn't

16   mean to say that.  I am paraphrasing it.  He said, I didn't

17   mean to say that.  If I said it, it was a mistake.  I don't

18   know what that pole was made of.  We don't have the pole.

19   It would be nice if we had the pole.  You would be able to

20   tell how flexible it is, how light it is.  You could take

21   its measurement.  We don't have that.

22        Now, you saw the evidence about how long David

23   carried that piece of conduit.  The duration of his

24   possession is appropriate for your consideration.

25   Especially when considering Counts 5, 6 and 7, it's

                    CLOSING ARGUMENT - by Mr. Knight

1    appropriate for you to consider how quickly David got rid of

2    the pole.  He dropped it.  He didn't try to hide it or

3    secret it away.

4            When he was using it, he didn't try to make it

5    more dangerous, like break it in half to create a sharp

6    edge.  He didn't fold it in half to make it more dense.

7    That was his actual use of the pole.  The videos tell the

8    story.  And the way that David used the pole should inform

9    your opinion and your findings to conclude that he did not

10   intend to use it in a way that caused serious bodily injury

11   or death.

12           It's important not to minimize the conduct.  He

13   poked with it a few times.  You didn't see him swing it.

14   You didn't see him throw it.  The government, in their

15   closing statement, mentioned how rioters were throwing

16   things all over the place, various things.  David didn't

17   throw anything.  You heard every officer testify.  He didn't

18   use a knife, a gun.  The weapon that you're considering here

19   is a flimsy piece of pipe.  That's what the issue is.

20           As a brief aside, the government presented some

21   financial numbers in evidence to you related to Safeway.

22   You heard the agent say on cross-examination that their

23   numbers compare, pre-pandemic financial numbers, to the

24   financial numbers on January 6 that were smack dab in the

25   middle of the pandemic.  That's how they say that commerce

                    CLOSING ARGUMENT - by Mr. Knight

1          was affected.  Their burden is beyond a reasonable doubt.

2                      David is presumed innocent.  At this moment in

3          time, he is still presumed innocent.  The burden to prove

4          his innocence, it just never shifts to David.  He is

5          presumed innocent of using a dangerous or deadly weapon.

6          The Court has instructed you that, if you find the

7          government has failed to prove any element of a particular

8          offense beyond a reasonable doubt, it's your duty to find

9          Mr. Geitzen not guilty.  Any element.

10                     So when you go back to deliberate, any offense for

11         which the government has failed to prove, even a single

12         element, it's your duty to find David not guilty of that

13         offense.

14                     To that end, if you go back to the jury room and

15         you hear something like, I wish I had A or I wish I had B;

16         that's not David's fault.  David has no obligation to

17         produce evidence.  If you're missing something that you

18         would like to have, that should inform your opinion as to

19         whether the government has met their burden.

20                     For Counts 4, 5, 6 and 7, the Court will instruct

21         you on what's called a lesser included offense.  The

22         government has failed to prove beyond a reasonable doubt

23         that David used a deadly or dangerous weapon in the

24         commission of those offenses in particular.

25                     When you're deliberating, listen to things that

                           CLOSING ARGUMENT - by Mr. Knight

1      don't meet the high burden of beyond a reasonable doubt.  If

2      you hear possibly something happened, possibly is not beyond

3      a reasonable doubt.  If you hear maybe something happened,

4      maybe is not beyond a reasonable doubt.

5              If you hear likely something happened, that's not

6      beyond a reasonable doubt.  If you hear probably something

7      happened, that is not beyond a reasonable doubt.  If you

8      hear I think it's highly probable that something happened,

9      that is still not beyond a reasonable doubt.  Highly

10     probable is not beyond a reasonable doubt.

11             And the Court has instructed you that, in criminal

12     cases such as this one, the government's burden of proof

13     must be more powerful than that.  Reasonable doubt is the

14     kind of doubt that would cause a reasonable person, after

15     careful and thoughtful reflection, to hesitate to act in the

16     graver or more important matters in life.  Hesitation, to

17     pause asking, Is this the right thing to do under the law?

18             If that flimsy conduit was a dangerous weapon,

19     they would have it waiving it here in front of you.  It

20     would be flopping all over the place.  If a gun was at

21     issue, they'd show it to you.  If a bat was at issue, they'd

22     show it to you.  But you don't have the pole here, and

23     that's difficult because you don't get to weigh it in your

24     hands, touch it or bend it.

25             Further, we don't have the testimony of the

                    CLOSING ARGUMENT - by Mr. Knight

1    officer who was poked at.  If you watch the video carefully,

2    it's not crystal clear where the pole makes contact.

3    There's a piece of plywood leaning over.  You will see that

4    in the video.  I think one of the officers referred to it as

5    drywall.  David said that it was plywood.

6         Remember you're the factfinder and the

7    government's burden is beyond a reasonable doubt.  That's a

8    greater standard than highly probable that the thing

9    happened.

10        In the government's video montage, you saw other

11   protestors use metal poles, a sledge hammer, bats to assault

12   officers.  It's inappropriate to attribute those depictions

13   of assault to David.  David had a rubbery, plastic pipe.

14   You saw it.  It's obvious that that piece of pipe is just

15   not in the same category as those other weapons.  Unlike a

16   sledge hammer, it's not capable of causing disfigurement or

17   causing serious bodily injury or death.

18        You may have seen the officers in the videos

19   removing, actively removing these real weapons, getting them

20   back behind the lines.  You didn't see any of the officers

21   take David's pole or do anything with it.  It just wasn't

22   important or dangerous enough.

23        Now, David is charged in eight counts.  The

24   government hasn't produced evidence sufficient to convict

25   David beyond a reasonable doubt.  So when you go back to

                    CLOSING ARGUMENT - by Mr. Knight

1    deliberate, we're requesting that you just passionately and

2    logically analyze the evidence and return verdicts of not

3    guilty.

4          Thank you.

5          **THE COURT:**  Does the government wish to do a

6    rebuttal?

7          **MS. LEDERER:**  Yes.  Briefly, Your Honor.

8          **THE COURT:**  Very briefly.

9          **MS. LEDERER:**  Thank you, Your Honor.  I'm not

10   going to replay every video and rehash every text.  I'm just

11   going to ask you to use your common sense.  To use your

12   common sense to weigh all of the evidence and to look at all

13   of the evidence and to deconstruct the defendant's

14   revisionist history of January 6th and find him guilty.

15         We know from his actions exactly why he came to

16   D.C. on January 6.  He didn't bring that helmet to protect

17   himself against Antifa.  We know that because his brother

18   didn't bring one.  His brother didn't share that same

19   concern.  We also know that from every single piece of

20   video.

21         There were officers all over the city that day.

22   He was protected by those officers.  He was also protected

23   by his like-minded election result deniers.  Thousands.  As

24   far as the eye could see.  He was immersed in that group.

25   No one was going to touch him.  He brought that helmet.  He

                    REBUTTAL ARGUMENT - By Ms. Lederer

1   brought those goggles because what?  No one else was doing

2   enough.  It was in his hands now.

3          He wasn't going to let it play out in North

4   Carolina at the state Capitol.  He wasn't going to let it

5   play out on the Senate or House floor in Washington, D.C.

6   He wasn't going to let it play out in the courts.  He was

7   not going to wait.  No, he was going to come here, and he

8   wasn't going to be disappointed by this protest.  Why?

9   Because he was going to put it in his own hands.

10          And that's what he did.  He put officers in his

11  own hands when he went and shoved officers.  At no point in

12  those instructions did you hear that we have to prove who

13  every single officer is or what their name was.

14          You heard it was chaos that day.  You heard that

15  Capitol Police had to put uniforms over their badges.  You

16  heard those were law enforcement officers.  And you heard

17  from each officer, including the defendant, that he pushed

18  and put his hands on them.  Why?  To assault.  To resist.

19  To oppose.  To interfere.  To get inside that Capitol.

20          It doesn't matter who was in front of him.  He did

21  it all intentionally because he wanted to get inside.  He

22  was going to run those officers over.  He did it once.  He

23  did it a second time.  The only part that he wants to

24  distance himself from is where his behavior really ratcheted

25  up when he grabbed that object.

              REBUTTAL ARGUMENT - By Ms. Lederer

1          It doesn't matter what it is.  Again, it is not in

2     the instructions that we have to prove exactly what it was.

3     The defendant wants to hide behind the chaos of January 6

4     and say the government didn't bring it in here.  We also

5     didn't bring the helmet in here.  Why?  Because the helmet

6     got lost in the crowd that day, and that was because of the

7     defendant's own actions.

8          He created that chaos.  He was a part of that

9     chaos.  Now they want to hide behind it and say we didn't

10    meet our burden.  No.  Everything is lit up on video, 360

11    from above and front.  When the opportunity presented itself

12    from every other of the rioters sprayed those officers in

13    their face, yeah, he was going to be a part of that too.

14         Why?  Because there was one last line before he

15    could get into that building.  He was going to get them out

16    of his way.  Not politely.  Hey, move, I want to get inside.

17    No, he was going to do it by any means necessary.  So he

18    picked up that pole and struck not once but twice.

19         You can see from Exhibit 525 from that side he got

20    right in the armpit area.  It's pretty interesting.  Capitol

21    Summers, when I was asking about the uniform, said, yeah,

22    those turtle suits do cover everything except for right

23    here.  He got that officer, boom, right in that soft spot.

24    You see the officer drop the plywood.

25         He also doesn't get brownie points because it

                   REBUTTAL ARGUMENT - By Ms. Lederer

1    wasn't a gun.  Defense just wants to hide behind apparently

2    dangerous objects.  He used what was available to him that

3    day and he used that pole.  We know it wasn't just to get

4    those officers out of the -- he just wanted them out of the

5    way.  No.  He wanted to use that pole forcefully, because

6    they were still in his way, to get to that building.

7             He was going to go over them, through them.  It

8    did not matter.  He's not ashamed of it.  We know exactly

9    what his intentions were.  He just kept going.  He went up

10   to the Lower West Terrace area to that tunnel where he

11   continued to push and push and push and push for minutes on

12   end.

13            He was very deliberate that day.  He was very

14   intentional that day.  Every single movement he made he did

15   it purposefully, and he did it with a lack of respect for

16   anyone else's safety.  He said that he did not care.  He let

17   them live that day.  Completely discarding what every single

18   officer went through on January 6th.

19            Why?  Because it was a civil war.  It was worth it

20   for him.  We ask you to find the defendant guilty.

21            Thank you.

22            **THE COURT:**  Thank you, Counsel.

23            Members of the jury, I have just a few

24   instructions for the evening, and then I'm going to give you

25   my thoughts about how I think you should proceed just in

                   FINAL INSTRUCTIONS - by The Court

1    terms of the timing.

2            And you'll see these instructions as well in what

3    we're going to provide you.  The next instruction is about

4    unanimity, which is the verdict must represent the

5    considered judgment of each juror.  In order to return a

6    verdict, each juror must agree on the verdict.  In other

7    words, your verdict on each count must be unanimous.

8            I've already described or mentioned at least that

9    I will be providing you with verdict forms or a verdict

10   form.  You'll be provided with a verdict form for use when

11   you have concluded your deliberations.  The form is not

12   evidence in this case.  Nothing in it should be taken to

13   suggest or convey any opinion by me as to what the verdict

14   should be.

15           Nothing in the form replaces the instructions of

16   law that I have already given you, and nothing in it

17   replaces or modifies the instructions about the elements

18   which the government must prove beyond a reasonable doubt.

19   The form is meant only to assist you in recording your

20   verdict.

21           I will be sending into the jury room with you the

22   exhibits that have been admitted into evidence.  You may

23   examine any or all of them as you consider your verdicts.

24   Please keep in mind that exhibits that were only marked for

25   identification but were not admitted into evidence will not

                    FINAL INSTRUCTIONS - by The Court

1      be given to you to examiner or consider in reaching your

2      verdict.

3              When you return to the jury room, you should first

4      select a foreperson to preside over your deliberations and

5      to be your spokesperson here in court.  There are no

6      specific rules regarding how you should select a foreperson.

7      That's up to you.

8              However, as you go about the task, be mindful of

9      your mission, to reach a fair and just verdict based on the

10     evidence.  Consider selecting a foreperson who will be able

11     to facilitate your discussions, who can help you organize

12     the evidence, who will encourage civility and mutual respect

13     among all of you, who will invite each juror to speak up

14     regarding his or her views about the evidence and who will

15     promote a full and fair consideration of that evidence.

16             I'm going to -- included in here, I'm not going to

17     say it in its full details, but there's another instruction

18     here about research regarding or reading about this trial.

19     Again, I'm not going to read it.  It's in here.  Cautionary

20     instruction on publicity, communication and research.  But

21     you should not research this case.  You should not go

22     looking for information about this case.  If it should, for

23     any reason, pop up in your news feed or on the news or in an

24     email, do not read it.  So I'm not going to go through all

25     of the details.  I've said it many times now.

                    FINAL INSTRUCTIONS - by The Court

1          As soon as we're done here, you are then, of

2    course, free for the first time to discuss this case with

3    your fellow jurors.  But you should not discuss this case

4    with anyone else outside the jury.  Okay?

5          If it becomes necessary during your deliberations

6    to communicate with me, you may send a note by the clerk,

7    Ms. Moore, or the marshal, signed by your foreperson or by

8    one or more members of the jury.  No member of the jury

9    should try to communicate with me except by such a signed

10   note.  And I will never communicate with any member of the

11   jury on any matter concerning the merits of this case except

12   in writing or orally here in open court.

13         Bear in mind that you are never, under any

14   circumstances, to reveal to any person, not the clerk, not

15   the marshal, not me, how jurors are voting until after you

16   have reached a unanimous verdict.  That means you should

17   never tell me in writing or in open court how the jury is

18   divided on any matter.  For example, 6/6 or 7/5 or 11/1 or

19   in any other fashion whether the verdict is for conviction

20   or acquittal or on any other issue in the case.

21         The attitude and conduct of jurors at the

22   beginning of their deliberations are matters of considerable

23   importance.  It may not be useful for a juror, upon entering

24   the jury room, to voice a strong expression of an opinion on

25   the case or to announce a determination to stand for a

                    FINAL INSTRUCTIONS - by The Court

1    certain verdict.  When one does that at the outset, a sense

2    of pride may cause that juror to hesitate and back way from

3    an announced position after discussion of the case.

4              Furthermore, many juries find it useful to avoid

5    an initial vote upon retiring to the jury room.  Calmly

6    reviewing and discussing the case at the beginning of

7    deliberations is often a more useful way to proceed.

8    Remember that you are not partisans or advocates in this

9    matter but you are judges of the facts.

10             The last thing I must do before you begin your

11   deliberations is to excuse the alternate jurors.  As I told

12   you before, the selection of alternates was an entirely

13   random process.  It's nothing personal.  We selected two

14   seats to be the alternate seats before any of you entered

15   the courtroom.  Since the rest of you have remained healthy

16   and attentive, I can now excuse those jurors in seats 13 and

17   14.

18             Before you leave, Jurors 13 and 14, I'd like

19   you -- I'm going to ask you to tear out a page from your

20   notebook and to write down your name and daytime phone

21   number and hand them to Ms. Moore.  I do this because it's

22   possible, though unlikely, that we will need to summon you

23   back to rejoin the jury in case something happens to a

24   regular juror.

25             Since that possibility exists, I am also going to

                    FINAL INSTRUCTIONS - by The Court

1    instruct you not to discuss the case with anyone until we

2    call you.  We'll call you to basically let you know that

3    there has been a verdict or at least something has happened.

4          My earlier instruction on use of the internet

5    still applies to you.  Do not research this case or

6    communicate about it on the internet.  In all likelihood,

7    we'll be calling you to tell you there has been a verdict

8    and you're now free to discuss the case.  There is, however,

9    the small chance that we will need to bring you back onto

10   the jury.

11         Thank you very much for your service and please

12   report back to the jury office to turn in your badge on your

13   way out.

14         Okay.  So jurors 13 and 14 are excused.

15     (Alternate jurors exited the courtroom.)

16         It is the end of the day.  I recognize that.

17   Juries are free to deliberate however they would like.  I,

18   however, place some parameters on that.  For example, I

19   expect everyone here tomorrow morning at 9 a.m. to begin

20   deliberations.

21         It seems to me that not a lot can be accomplished

22   in 15 minutes.  So my plan would be, unless there is

23   strenuous objection, to excuse you all for the day.  If you

24   decide, when you go back in the jury room, the 12 of you who

25   are on the jury, that you would like to spend 15 minutes

                    FINAL INSTRUCTIONS - by The Court

1    discussing the case, you may do that, but you are not

2    obligated to do so.

3              What you are obligated to do is to appear here

4    tomorrow no later than 9 a.m. to begin deliberations.  At

5    that time, we will have available to you copies of the

6    instructions that I read and copies of the verdict form.

7    Okay?

8              With that, Ms. Moore.

9              Yes.  Ms. Moore points out that she's going to

10   give you some more procedural instructions in any event,

11   which will probably take somewhere between 10 to 15 minutes

12   anyway, and then it will be 5:00 and, again, I think that

13   then you're all free to go.

14             I just want to say that I appreciate all of your

15   time already and very much appreciate your time going

16   forward.  And critically follow all of the instructions as I

17   have given them to you.  Thank you all.

18             Yes, please bring your notebooks with you.

19        (Jury exited the courtroom.)

20             **THE COURT:**  I just want to make sure they can't

21   hear us.

22             So on my list, the only thing that we need to talk

23   about but I'm happy to hear from the parties if there's

24   anything else they would like to raise is the verdict form.

25   The government had said it didn't have an objection.

                    FINAL INSTRUCTIONS - by The Court

1          Is that still the case, Ms. Eriksen?  Ms. Lederer?

2          **MS. ERIKSEN:**  Yes, Your Honor.

3          **THE COURT:**  Okay.  How about the defense?

4          **MS. COSTNER:**  Your Honor, I found one just sort

5    of, I guess it's a typo.  Under Count 4, the paragraph

6    beginning with "respect to the four counts lesser included

7    offense", the second line, it says "assaulting, resisting or

8    impeding an officer or and employee of the United States."

9    I am assuming that means and/or.

10         **THE COURT:**  Yes, thank you.

11         **MS. COSTNER:**  That's the only thing I noted.

12         **THE COURT:**  It should be "or an employee".

13         **MS. COSTNER:**  Or an, oh.

14         **THE COURT:**  Right.  Assaulting, resisting or

15   impeding an officer or an employee.

16         **MS. COSTNER:**  Oh, okay.  I obviously read it wrong

17   as well but anyway.

18         **THE COURT:**  Or we could take out "and" -- an

19   officer or employee of.

20         So with that, we will make that edit.  Any other

21   objections from the defendant to the verdict form as it

22   exists now?  We'll make that edit.

23         **MR. KNIGHT:**  No, Your Honor.

24         **THE COURT:**  Okay.  Any other topics that the

25   government would like to raise before we recess for the

1    evening?

2           Yes.  Not everyone has to be here.  Is that the

3    question?

4           **MS. ERIKSEN:**  Oh, I'll cancel my vacation then.

5           We were wondering about exhibits.  I know there's

6    one we had to screenshot that I introduced today.  How does

7    the Court want -- is that the only maybe the only thing we

8    have, but should we go over with Ms. Moore that we have the

9    same list and all of that?

10          **THE COURT:**  Yes, but let me just say, on that one,

11   my thought -- my apologies.  I should have raised this.  We

12   would call that screenshot, which again, the defense would

13   like to see a version of before it's given to the jury.

14          **MS. ERIKSEN:**  Sure.

15          **THE COURT:**  That we would call that 532.1.

16          **MS. ERIKSEN:**  Yes.

17          **THE COURT:**  The screenshot from --

18          **MS. ERIKSEN:**  And I can email that to them

19   tonight, and then we can provide a hard copy and an

20   electronic copy to chambers.

21          **THE COURT:**  Yes.

22          **MS. ERIKSEN:**  But I think we have everything else

23   to you electronically, but that's all I wanted to know how

24   you want us to --

25          **THE COURT:**  Here's what I would ask you to do,

1    which is I luckily don't -- I'm not completely involved in

2    this process so, if you could just raise with Ms. Moore what

3    she would like to do by way of making available to the jury

4    the exhibits.

5         **MS. ERIKSEN:**  Okay.

6         **THE COURT:**  She may already have them gathered and

7    ready.  She may have them partly so.  I'd just raise that

8    with her.  Okay?

9         **MS. ERIKSEN:**  Okay.  Thank you.  That was my only

10   question.

11        **THE COURT:**  The question I thought maybe you were

12   going to ask is, obviously, the jury will begin deliberating

13   in the morning.  I know people have work that they may have

14   to do at the same time.  At some general level, I leave that

15   up to you to figure it out.  Someone from each party should

16   be here at all times.

17        **MS. ERIKSEN:**  I have a plea with Your Honor at

18   1:50 tomorrow.  I'll come over tomorrow, and I can bring --

19   if there's something we need to bring, I will bring it over

20   and I can discuss it with Ms. Moore if there's something she

21   needs from us.  Like, for the jury, like, if there's

22   something additional she needs.

23        **THE COURT:**  Like doughnuts?

24        **MS. ERIKSEN:**  I don't think we're allowed to do

25   that, but for exhibits, things --

 1             **THE COURT:**  No, I know.  Yeah, no, talk to her

 2    about the exhibits.

 3             **MS. ERIKSEN:**  Thank you.  That's all.

 4             **MS. COSTNER:**  We'll eat the doughnuts.

 5             **THE COURT:**  Mr. Knight?

 6             **MR. KNIGHT:**  Your Honor, Ms. Costner and I are

 7    counsel together on another matter in front of Judge Kelly

 8    the rest of this week.

 9             **THE COURT:**  Yeah.

10             **MR. KNIGHT:**  We can definitely be available at a

11    moment's notice --

12             **THE COURT:**  Do you have a sentencing going on this

13    week or do you have something else?

14             **MR. KNIGHT:**  We have a codefendant in the Proud

15    Boys case, Your Honor.

16             **THE COURT:**  Yeah.

17             **MR. KNIGHT:**  The sentencings of those

18    individuals --

19             **THE COURT:**  I see.  Not your client but the

20    others, yes.  Okay.

21             **MR. KNIGHT:**  If we would have permission to be in

22    Judge Kelly's courtroom, Your Honor?

23             **THE COURT:**  Yes.  The answer is yes.  You'll be in

24    the courthouse.

25             **MR. KNIGHT:**  Absolutely.

1          THE COURT:  Then we can find you if we hear from

2    the jury because, obviously, there's the question of the

3    verdict and we may get questions.  And I'll just want to

4    make sure we can get you back quickly, but that sounds just

5    fine with me.  Thank you for raising that.

6          MR. KNIGHT:  We will be readily available.

7          THE COURT:  Anything else you'd like to raise from

8    the defense side?

9          MR. KNIGHT:  Not at all.

10          THE COURT:  Okay.  Thank you all.  See you

11    tomorrow perhaps.

12       (Proceedings concluded at 4:56 p.m.)

1                        **C E R T I F I C A T E**

2

3              I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10     October 21, 2023          /s/  Lorraine T. Herman
                DATE                **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. KNIGHT: [6]**
712/3 713/23 729/2
792/13 861/20 863/2
**BY MS. COSTNER: [1]**
770/23
**BY MS. ERIKSEN:**
**[46]** 716/14 720/12
720/23 721/16 722/11
724/5 725/1 725/24
727/11 728/1 732/13
735/2 736/2 736/13
737/8 738/2 738/25
739/19 740/7 742/7
743/22 744/9 746/3
746/18 747/13 748/1
748/22 749/18 750/10
751/10 752/15 755/5
757/5 758/7 760/13
761/7 762/4 763/21
765/14 766/8 769/5
769/21 781/2 782/13
783/19 784/20
**BY MS. LEDERER:**
**[52]** 693/13 696/21
697/24 699/7 699/21
700/14 701/3 706/3
707/21 708/15 709/5
709/15 710/3 810/19
823/19 824/14 827/4
829/5 829/23 830/7
830/19 831/20 832/16
832/24 833/13 834/8
834/21 837/5 837/17
838/8 839/13 839/20
841/11 842/3 842/16
842/23 843/6 844/11
844/25 846/8 846/13
846/19 848/7 850/23
853/17 854/17 855/14
856/6 856/21 857/11
859/7 860/4
**DEPUTY CLERK: [34]**
690/2 693/4 693/9
697/13 697/17 699/20
701/2 708/14 716/3
716/9 722/9 727/23
732/4 732/9 738/23
743/21 746/2 747/23
748/21 750/9 752/14
755/4 758/6 763/16
769/3 769/20 770/17
783/18 784/19 791/20
791/25 792/7 839/3

**JURORS: [2]** 692/21
898/14
**MR. KNIGHT: [56]**
690/11 691/7 692/16
697/4 699/16 700/23
705/20 705/23 708/10
712/1 715/13 722/6
724/2 724/21 728/23
731/16 749/15 786/24
787/8 787/12 787/17
788/2 789/23 790/13
791/22 792/11 810/15
823/13 828/13 831/3
851/22 852/6 852/10
861/17 861/19 862/23
864/24 865/8 868/20
869/6 869/8 870/11
870/14 870/19 912/19
912/21 912/23 937/23
940/6 940/10 940/14
940/17 940/21 940/25
941/6 941/9
**MS. COSTNER: [33]**
738/14 738/18 740/13
741/7 741/10 741/15
741/23 743/18 745/21
747/9 748/16 750/5
751/4 752/11 754/25
758/3 759/18 759/23
770/21 782/9 783/14
784/15 786/6 787/20
867/21 867/24 868/2
868/13 937/4 937/11
937/13 937/16 940/4
**MS. ERIKSEN: [102]**
690/7 691/4 692/14
715/24 720/9 720/21
722/4 722/10 723/24
724/18 724/24 725/21
727/1 727/4 727/8
727/24 731/19 732/1
734/24 735/17 735/19
736/8 736/11 736/22
737/2 737/5 737/25
738/11 738/21 738/24
739/14 739/17 740/1
740/3 740/5 740/11
740/14 740/19 740/23
741/2 742/6 743/16
743/25 744/4 744/6
745/19 745/24 746/1
746/14 746/17 747/7
747/24 748/13 748/19

751/5 752/9 754/23
757/3 758/1 759/11
760/9 760/12 761/5
762/1 763/18 765/13
766/6 769/1 769/4
769/19 783/11 784/14
786/8 786/18 791/15
839/18 841/5 867/5
867/12 867/17 868/17
869/11 869/14 869/19
870/7 898/8 898/12
898/15 937/2 938/4
938/14 938/16 938/18
938/22 939/5 939/9
939/17 939/24 940/3
**MS. LEDERER: [109]**
692/24 696/15 696/20
697/22 699/4 699/14
700/11 700/21 706/2
707/14 707/17 707/20
708/8 708/25 709/2
709/4 709/12 709/25
713/19 715/15 790/18
790/21 791/9 791/12
810/17 824/13 826/25
828/17 828/20 828/24
829/19 829/21 830/3
830/5 830/15 830/17
831/6 831/11 831/14
831/18 832/11 832/14
832/20 832/22 833/9
833/11 834/4 834/6
834/17 834/19 836/17
836/20 837/2 837/9
837/13 837/15 838/2
838/4 838/6 838/13
839/7 839/12 841/8
841/25 842/11 842/14
842/21 843/3 843/23
844/2 844/7 844/21
846/5 846/11 846/17
847/22 847/25 848/2
848/4 850/19 851/4
851/9 851/15 851/19
852/16 853/1 853/7
853/12 853/14 854/5
854/8 854/11 854/14
855/1 855/4 855/12
855/21 855/25 856/4
856/19 857/7 859/1
859/5 860/1 861/15
865/3 865/12 927/7
927/9

**MS. RIVES: [43]**
696/17 699/6 700/13
707/19 709/3 720/11
725/23 735/18 736/1
736/12 737/4 739/16
739/18 740/6 744/8
757/4 828/19 829/22
830/18 831/10 831/13
831/19 832/13 833/12
834/7 834/20 836/19
837/16 838/5 839/19
841/7 841/10 842/13
843/24 844/10 847/24
848/1 850/22 853/16
854/16 855/6 856/5
856/20
**THE COURT: [211]**
690/9 690/13 691/6
691/8 692/15 692/17
692/20 692/22 693/2
693/10 696/18 697/3
697/5 697/8 697/21
699/17 700/24 705/22
705/25 708/11 711/24
713/20 715/14 715/16
715/21 715/23 716/1
716/10 716/12 722/7
724/3 724/15 724/19
724/22 726/22 727/3
727/5 727/10 728/22
728/24 731/17 731/20
731/23 732/10 735/1
735/24 738/13 738/19
738/22 740/2 740/4
740/16 740/22 740/24
741/5 741/9 741/13
741/19 741/24 743/19
744/3 744/5 745/22
745/25 746/16 747/10
748/15 748/17 748/20
749/16 750/6 751/3
751/7 752/12 755/1
758/4 759/14 759/20
759/24 760/10 761/24
762/3 765/11 770/10
770/18 780/25 782/10
782/12 783/13 783/15
784/16 786/7 786/10
786/15 786/17 786/19
786/22 787/2 787/9
787/15 787/18 787/23
788/4 788/12 788/18
788/21 788/25 789/3
789/7 789/12 789/17

THE COURT:... [100]
789/20 789/25 790/14
790/20 791/5 791/11
791/13 791/17 791/21
791/24 792/8 792/10
810/16 823/14 824/12
827/2 828/14 829/2
831/5 836/24 837/3
838/14 839/5 839/8
839/11 851/3 851/7
851/12 851/16 851/25
852/14 852/19 853/5
853/8 854/7 854/10
854/12 855/3 855/7
857/9 858/25 859/3
861/16 861/18 862/25
864/25 865/4 865/6
865/9 865/13 866/6
867/10 867/13 867/18
867/23 868/1 868/3
868/14 868/18 868/22
869/7 869/9 869/13
869/17 869/23 870/15
870/20 870/22 898/6
898/10 912/18 912/22
927/5 927/8 930/22
936/20 937/3 937/10
937/12 937/14 937/18
937/24 938/10 938/15
938/17 938/21 938/25
939/6 939/11 939/23
940/1 940/5 940/9
940/12 940/16 940/19
940/23 941/1 941/7
941/10
THE DEFENDANT: [9]
788/17 788/20 788/24
789/2 789/6 789/11
789/16 789/19 855/23
THE WITNESS: [21]
693/8 693/11 705/21
713/21 715/20 716/8
716/11 731/22 732/8
732/11 747/12 751/9
782/11 786/14 792/6
792/9 823/15 828/15
831/4 843/25 844/6

$
$80,000 [1]  793/23

'
'Cause [2]  826/16

/
/s [1]  942/10

0
002 [2]  858/6 858/14
006 [1]  859/24
007 [3]  858/23 858/25
 859/8

1
1-B-4 [3]  757/11
 758/13 758/17
1/5/2021 [1]  761/2
10 [2]  756/11 936/11
100 [2]  770/2 845/22
100 percent [2]  832/7
 832/8
100-pound [1]  846/3
1023 [2]  742/20 792/24
104 [6]  696/16 696/18
 696/23 697/1 697/23
 710/14
10:20:01 p.m [1]
 766/17
10:20:32 p.m [1]
 766/22
10:55 [1]  770/15
11/1 [1]  933/18
116 [2]  686/4 690/3
11:15 [1]  770/12
11:16:15 a.m [1]
 763/12
11:17 [1]  770/15
11:34:43 p.m [1]
 761/12
11th [3]  734/16 742/17
 775/18
12 [1]  935/24
12:24:10 a.m [1]
 762/18
12:30 [1]  790/9
12:30 p.m [1]  702/22
12:35 [1]  839/1
12:35:33 p.m [1]
 768/13
12:54:38 p.m [1]
 765/25
13 [3]  934/16 934/18
 935/14
1301 [1]  686/13
14 [3]  934/17 934/18
 935/14
14:09 [1]  831/12

14:09:02 p.m [1]
 831/16
14:18 [1]  737/3
14:18:29 [1]  737/9
14:19:04 [1]  838/7
15 [5]  735/24 846/5
 935/22 935/25 936/11
150 [1]  863/13
15:21 [1]  831/15
16 [2]  732/18 735/24
17 [4]  735/21 862/22
 867/24 868/6
170 [1]  918/2
175 [1]  792/22
17:44 [1]  832/15
17th [1]  768/5
18 [2]  867/24 868/8
18:24 [1]  832/23
19 [1]  768/13
19:36 [1]  833/14
1:00 [2]  790/6 838/17
1:00 p.m [2]  703/3
 703/6
1:06 [2]  735/17 735/19
1:15 [5]  703/18 704/20
 704/21 705/14 705/14
1:15 p.m [1]  703/9
1:22-116 [1]  686/4
1:50 [1]  939/18
1st [1]  728/5

2
20 [4]  768/17 836/2
 842/1 859/10
20-minute [1]  897/22
200 [1]  863/13
20001 [2]  686/16
 687/13
20005 [1]  686/13
201 [7]  699/5 699/8
 699/15 699/17 699/19
 699/22 700/19
2016 [1]  794/23
202 [7]  700/12 700/15
 700/17 700/21 700/24
 701/1 701/4
202-252-7012 [1]
 686/17
202-616-4385 [1]
 686/14
2020 [18]  713/12
 726/13 729/18 729/21
 729/22 729/24 729/25
 794/7 794/19 794/21

795/3 795/4 795/15
795/18 796/24 799/8
801/11 838/12
2020/2021 [1]  712/14
2021 [57]  694/8 695/3
 695/6 696/6 696/9
 698/2 698/24 699/12
 699/23 700/18 701/20
 701/22 702/19 710/17
 712/14 716/21 717/15
 719/20 720/25 726/7
 726/13 726/20 727/14
 728/5 729/9 729/10
 733/7 738/6 742/14
 743/15 748/12 761/2
 761/11 761/17 762/18
 763/11 764/11 764/20
 765/3 765/24 766/17
 767/16 768/7 768/13
 768/14 770/6 771/3
 771/8 794/1 801/10
 811/5 823/9 860/21
 883/10 884/1 898/25
 900/19
2022 [3]  734/16 771/6
 775/18
2022-116 [1]  690/3
2023 [2]  686/5 942/10
203 [8]  707/15 707/23
 708/9 708/11 708/13
 708/18 708/20 900/21
20th [11]  762/25
 765/18 766/3 779/25
 780/7 780/14 780/18
 780/22 857/22 860/5
 860/15
21 [1]  942/10
214 [5]  701/13 702/25
 705/10 706/17 714/7
217 [8]  718/21 718/22
 719/5 719/6 730/25
 733/17 751/14 767/7
21:27 [1]  834/23
22 [1]  837/8
24 [1]  837/8
25 [1]  693/22
251 [1]  687/4
26 [1]  863/3
27101 [1]  687/4
27401 [1]  687/7
28 [2]  847/25 848/5
28:10 [1]  736/23
29 [4]  786/25 787/3
 787/11 870/15

**2**

**2:00 [4]** 704/21 710/25 838/18 838/22
**2:01 [1]** 839/1
**2:13 [2]** 883/24 901/17
**2:15 p.m [2]** 883/25 901/17
**2:23 [1]** 846/14
**2:25 p.m [2]** 708/19 714/14
**2:26:02 p.m [1]** 709/23
**2:28 p.m [3]** 841/17 884/1 902/1

**3**

**30 [2]** 686/5 792/20
**301 [1]** 687/7
**302 [3]** 736/9 847/23 850/19
**31 [4]** 740/14 854/15 856/2 856/4
**33 [1]** 843/4
**333 [1]** 687/13
**336-333-5455 [1]** 687/8
**336-631-5172 [1]** 687/5
**360 [1]** 929/10
**3:20 [1]** 898/4
**3:25:25 p.m [1]** 767/16
**3:25:30 p.m [1]** 767/20
**3:40 [2]** 897/23 898/2
**3:48 [1]** 898/4
**3:58:05 p.m [1]** 848/6

**4**

**4 p.m [1]** 725/6
**405 [2]** 736/25 831/7
**408 [1]** 838/13
**410 [1]** 687/7
**4385 [1]** 686/14
**4:11:24 p.m [1]** 832/15
**4:18 [1]** 836/18
**4:30 a.m [1]** 711/19
**4:56 p.m [1]** 941/12

**5**

**502 [3]** 850/20 853/15 856/19
**510 [5]** 720/9 720/14 839/18 839/21 901/1
**515 [4]** 828/17 828/25 901/21 902/10
**516 [2]** 735/16 735/20

**5172 [1]** 687/8
**52 [2]** 729/12 729/18
**522 [1]** 841/5
**523.1 [3]** 843/23 844/8 862/21
**525 [2]** 906/6 929/19
**531 [1]** 741/6
**532 [6]** 739/15 739/21 740/2 740/12 741/6 742/5
**532.1 [1]** 938/15
**535 [4]** 738/1 738/12 738/19 738/20
**5455 [1]** 687/8
**5:00 [1]** 936/12
**5:15 [2]** 828/25 835/1
**5:36 [1]** 830/6
**5th [11]** 726/6 726/10 726/13 726/13 726/20 728/9 729/9 761/11 761/17 763/11 800/14

**6**

**6 a.m [4]** 721/12 722/18 725/5 761/13
**6 p.m [7]** 721/11 722/18 722/20 722/21 722/23 722/25 725/5
**6/6 [1]** 933/18
**601 [1]** 686/16
**602 [4]** 724/8 724/17 724/23 724/25
**603 [6]** 724/17 724/23 724/25 725/21 727/9 729/7
**604 [6]** 724/17 724/23 724/25 727/22 728/2 728/3
**605 [4]** 723/10 724/1 724/3 724/4
**606 [4]** 721/14 722/5 722/7 722/8
**6th [28]** 695/3 695/5 712/19 715/8 715/19 726/6 726/20 726/20 728/9 728/11 729/10 730/12 761/3 780/5 781/19 794/2 794/4 794/4 800/12 807/18 809/7 810/8 813/7 859/16 898/17 911/24 927/14 930/18

**7**

**7 p.m [2]** 710/23 714/17
**7/5 [1]** 933/18
**700 [1]** 759/1
**7012 [1]** 686/17
**702 [10]** 757/3 757/7 758/2 758/4 758/5 759/13 759/22 859/3 910/3 910/3
**702.1 [7]** 759/15 760/1 760/7 763/15 763/19 764/12 765/12
**702.2 [8]** 760/1 760/7 763/23 765/10 766/9 779/21 857/3 857/13
**702.3 [7]** 760/1 760/7 767/12 768/1 858/5 858/6 859/1
**702.3-002 [2]** 858/6 858/14
**702.3-007 [3]** 858/23 858/25 859/8
**702.4 [8]** 759/1 760/1 760/7 760/15 761/8 762/1 762/6 769/18
**702.4-006 [1]** 859/24
**702.5 [4]** 759/16 760/1 760/8 766/6
**702.6 [5]** 720/2 759/14 759/25 767/8 768/24
**702.7 [4]** 759/16 760/1 760/8 768/25
**702.8 [5]** 759/16 759/22 760/2 760/8 769/11
**703 [4]** 754/14 754/24 755/1 755/3
**7th [7]** 711/18 715/9 721/12 726/7 729/11 762/18 768/13

**8**

**8 p.m [2]** 710/24 710/25
**801 [6]** 744/7 745/7 745/20 745/22 745/23 746/1
**802 [4]** 752/1 752/10 752/12 752/13
**803 [4]** 747/22 748/13 748/17 748/18
**803.1 [3]** 749/14 749/16 749/17

**804 [4]** 743/9 743/16 743/19 743/20
**804.1 [1]** 746/15
**804.2 [5]** 746/16 746/17 747/8 747/10 747/11
**805 [4]** 749/22 750/4 750/6 750/8
**805.1 [3]** 751/2 751/7 751/8
**806 [5]** 781/4 783/2 783/12 783/15 783/17
**807 [4]** 784/4 784/14 784/16 784/18
**849 [1]** 687/4
**871 [1]** 688/17
**898 [1]** 688/18
**8:39:44 p.m [1]** 768/8
**8:43:57 p.m [1]** 770/6
**8:56:35 p.m [1]** 764/11
**8:57:27 p.m [1]** 764/21
**8:58:37 p.m [1]** 765/4
**8:59 [1]** 686/7
**8th [3]** 686/13 728/5 765/24

**9**

**9 a.m [2]** 935/19 936/4
**900 [1]** 791/15
**912 [1]** 688/19
**923 [1]** 728/8
**927 [1]** 688/20
**930 [1]** 688/21
**95 [2]** 899/9 909/19
**9:12 [1]** 697/15
**9:25 [1]** 697/15
**9th [1]** 728/5

**A**

**a.m [14]** 686/7 697/15 697/15 711/19 721/12 722/18 725/5 761/13 762/18 763/12 770/15 770/15 935/19 936/4
**abilities [1]** 921/6
**ability [4]** 787/21 875/25 884/24 887/24
**able [23]** 710/5 711/4 711/13 711/20 737/15 753/18 753/19 756/25 766/24 772/6 789/13 812/19 829/4 847/20 863/6 889/8 891/15 894/10 896/11 910/22

# A

**able... [3]** 913/17 922/19 932/10
**about [179]** 691/3 691/13 691/14 691/24 692/1 698/1 703/8 705/3 706/5 710/22 710/25 713/10 714/16 714/22 718/14 721/12 728/5 729/6 733/23 740/2 746/16 748/24 751/11 753/7 760/19 767/9 774/15 775/17 778/5 779/21 781/7 781/18 782/4 784/22 787/16 789/1 792/21 792/22 792/25 793/1 794/16 795/3 795/4 795/7 795/10 795/11 795/13 797/13 798/15 798/17 799/3 799/18 800/2 800/6 800/6 802/6 802/18 803/14 803/17 803/19 803/25 804/13 804/13 804/17 805/18 807/19 807/21 808/11 810/7 810/8 810/11 810/20 810/24 811/8 811/13 811/21 812/5 812/9 812/11 813/21 816/25 817/15 818/15 818/23 819/18 820/10 823/17 823/18 824/3 824/7 826/8 832/11 834/22 836/13 836/17 837/1 838/21 840/4 841/16 842/11 842/19 842/20 843/18 844/2 845/16 845/22 849/17 850/5 852/22 856/23 861/9 861/24 863/16 865/16 865/24 867/8 869/4 869/15 869/18 870/6 871/7 871/8 874/19 875/5 875/10 877/17 878/2 879/9 879/17 893/9 898/16 900/9 900/23 901/3 901/12 901/25 902/21 903/12 903/13 903/25 904/2 904/3 904/9 904/12 904/23 905/14 905/15 906/9 906/14 907/3 907/8
909/25 910/4 911/22 911/23 912/25 913/3 917/22 918/2 918/18 922/6 922/22 929/21 930/25 931/3 931/17 932/8 932/14 932/18 932/18 932/22 935/6 936/23 937/3 938/5 940/2
**above [5]** 750/15 888/23 891/5 929/11 942/5
**above-entitled [1]** 942/5
**absolute [1]** 912/12
**absolutely [7]** 812/4 835/18 848/19 854/1 868/1 909/1 940/25
**accept [2]** 871/14 878/23
**acceptable [1]** 875/14
**access [1]** 756/25
**accessible [1]** 785/3
**accessing [1]** 755/21
**accident [1]** 883/16
**accompanying [1]** 699/2
**accomplished [1]** 935/21
**according [1]** 900/11
**account [1]** 698/10
**accuracy [1]** 878/7
**accurate [3]** 852/4 877/25 878/23
**accurately [3]** 698/1 745/16 877/16
**accusing [1]** 873/2
**aches [2]** 904/14 904/15
**achieve [1]** 916/4
**acknowledge [1]** 919/9
**acquittal [2]** 786/25 933/20
**across [2]** 703/4 825/17
**act [13]** 874/11 881/20 881/24 883/15 894/24 895/10 895/14 896/15 896/20 896/23 896/23 907/5 925/15
**acted [5]** 880/16 883/16 884/15 887/16
896/22
**acting [2]** 826/17 885/24
**action [3]** 686/3 721/8 882/20
**actions [10]** 856/23 906/21 918/24 918/25 919/1 920/2 920/3 921/9 927/15 929/7
**active [1]** 895/14
**actively [1]** 926/19
**activity [1]** 893/19
**acts [22]** 880/6 880/10 882/9 883/13 884/8 884/9 884/19 885/1 886/17 886/18 886/23 887/7 887/8 887/19 888/1 893/5 893/12 897/11 897/11 902/8 907/2 918/23
**actual [11]** 726/11 727/14 727/16 750/17 818/6 849/1 874/24 881/23 884/21 887/21 923/7
**actually [36]** 698/23 702/10 725/11 751/18 794/21 798/10 798/15 799/24 804/6 815/11 815/24 817/13 818/8 819/20 821/14 821/16 824/6 824/8 824/20 824/23 825/22 828/2 828/3 836/1 837/22 843/15 843/16 844/19 845/8 848/23 849/1 849/16 856/14 864/15 880/3 891/2
**addition [5]** 698/7 699/22 713/22 717/21 768/20
**additional [6]** 713/17 713/24 768/9 865/11 908/15 939/22
**address [19]** 691/10 772/1 772/9 772/11 772/14 772/18 772/21 772/24 773/23 774/4 774/15 774/18 774/23 783/22 784/11 784/12 785/5 790/18 790/22
**addresses [1]** 772/16
**administration [3]** 883/4 910/18 910/18
**admissible [1]** 876/20
**admission [3]** 741/21 851/17 852/3
**admit [14]** 699/15 700/21 724/17 738/11 740/12 740/17 740/24 741/20 745/19 830/1 830/10 830/12 851/21 852/18
**admits [1]** 836/9
**admitted [74]** 689/4 689/4 689/5 689/5 689/6 689/6 689/7 689/7 689/8 689/8 689/9 689/9 689/10 689/10 689/11 689/11 689/12 689/12 689/13 689/13 689/14 689/14 689/15 689/15 689/16 689/16 689/17 689/17 689/18 696/18 699/17 700/24 708/11 720/1 720/13 722/7 724/3 724/23 727/22 735/15 736/24 738/19 740/1 741/24 743/19 745/22 747/10 748/17 749/16 750/6 751/7 752/12 755/1 758/4 759/14 760/2 760/8 760/14 763/14 763/23 769/18 783/15 784/16 829/2 851/23 852/12 855/8 857/3 858/5 859/4 862/24 871/20 931/22 931/25
**admitting [4]** 740/17 741/5 759/15 759/22
**admonished [1]** 921/19
**advance [3]** 698/24 699/11 843/20
**advancing [1]** 842/25
**AdvanTech [1]** 864/13
**adversely [2]** 882/3 899/14
**advice [2]** 788/25 790/2
**advocates [1]** 934/8
**affect [3]** 875/25 876/2 879/5
**affected [4]** 882/3 899/14 899/23 924/1
**affects [1]** 877/21

**affidavit [2]** 754/18
755/6

**affirm [4]** 693/5 716/4
732/5 792/2

**AFO [3]** 733/17 751/14
767/7

**AFO-217 [3]** 733/17
751/14 767/7

**afraid [3]** 697/8 760/3
816/4

**after [45]** 691/25 705/6
705/13 711/6 711/12
711/20 712/14 722/25
733/4 735/3 762/19
764/25 768/10 780/12
793/12 794/12 794/21
797/4 800/15 801/14
807/25 810/2 828/5
835/6 840/6 849/23
858/5 866/11 869/3
874/5 874/10 875/10
876/24 886/9 889/7
891/13 891/24 894/8
896/9 901/19 901/19
909/21 925/14 933/15
934/3

**afternoon [12]** 721/9
729/5 810/20 810/21
810/22 839/14 839/15
861/21 861/22 865/21
898/13 898/14

**again [46]** 694/24
703/18 704/10 715/17
727/12 727/24 742/8
766/5 791/6 804/14
808/12 830/25 833/15
834/12 839/14 840/24
846/9 846/20 855/23
856/2 859/24 872/15
889/19 890/12 891/4
891/16 891/22 893/25
894/11 894/18 895/24
896/12 896/16 900/12
901/23 902/1 904/21
906/16 906/19 906/23
907/3 914/11 929/1
932/19 936/12 938/12

**against [30]** 788/22
789/5 789/9 789/22
790/4 801/19 822/2
828/11 828/16 835/11
835/14 848/12 848/14
876/17 877/8 879/2

884/20 887/20 894/25
895/11 900/6 901/11
905/17 905/22 909/20
915/1 918/11 921/6
922/3 927/17

**age [1]** 872/8

**agencies [3]** 694/14
712/7 717/23

**agency [3]** 732/21
882/21 883/3

**agent [39]** 715/24
716/10 716/17 717/4
718/15 718/20 719/4
719/16 720/2 720/5
720/24 721/17 722/12
723/12 725/2 728/19
729/3 729/5 732/2
732/16 732/22 732/25
744/15 747/8 748/23
754/10 770/7 770/19
770/25 780/8 781/3
786/2 786/10 845/2
845/6 852/17 899/18
899/22 923/22

**Agent Dodson [2]**
729/3 729/5

**Agent Doss [2]** 720/5
780/8

**Agent Doss' [1]**
754/10

**Agent FBI [1]** 716/17

**Agent Noyes [1]**
770/25

**agents [12]** 695/23
698/18 704/22 706/9
706/12 707/9 744/21
771/16 777/16 777/17
782/25 785/21

**ago [2]** 845/15 904/1

**agree [6]** 845/20
851/25 912/11 920/15
922/5 931/6

**agreed [1]** 897/20

**Ah [1]** 867/13

**ahead [1]** 756/4

**AI [1]** 825/3

**aided [1]** 687/18

**ain't [1]** 764/24

**air [1]** 905/6

**al [1]** 813/15

**Albertson's [1]** 725/12

**Albertsons.com [1]**
725/11

**all [109]** 691/11 697/13

716/6 718/7 718/8
722/21 722/21 724/23
725/5 730/2 731/9
731/14 734/2 735/3
735/10 747/3 751/21
753/8 753/10 759/2
759/13 765/16 770/7
775/14 776/8 776/24
777/13 778/8 780/24
796/23 798/12 809/13
809/17 811/3 813/16
818/20 824/2 827/15
830/14 837/24 838/23
839/23 846/1 849/21
851/8 855/4 857/21
859/1 859/3 859/9
865/14 865/23 867/18
870/23 871/15 871/23
872/6 873/13 874/6
874/16 875/21 876/8
877/9 880/7 880/14
881/11 883/17 889/7
891/13 894/9 896/9
898/21 901/24 904/16
904/18 905/10 905/18
906/14 909/11 909/12
910/8 912/4 912/16
913/1 915/23 918/8
920/25 921/15 923/16
925/20 927/12 927/12
927/21 928/21 931/23
932/13 932/24 935/6
935/23 936/13 936/14
936/16 936/17 938/9
938/23 939/16 940/3
941/9 941/10

**allow [5]** 759/19 787/4
852/20 853/10 876/2

**allowed [6]** 889/9
891/15 894/10 896/11
910/14 939/24

**Allowing [1]** 835/22

**allows [1]** 764/15

**almost [5]** 718/20
802/9 814/22 837/23
907/20

**alone [5]** 742/2 871/20
871/21 877/11 921/22

**along [6]** 699/24 711/6
820/6 821/2 903/10
913/6

**already [16]** 696/18
746/7 759/14 759/25
768/24 819/4 829/2

847/4 848/15 857/17
904/6 913/2 931/8
931/16 936/15 939/6

**also [60]** 690/16
694/25 698/5 700/3
704/15 706/8 709/16
717/12 723/4 726/17
736/8 742/24 744/14
749/4 750/17 753/3
754/7 764/20 768/7
768/14 769/13 776/1
784/16 784/16 796/24
798/16 811/7 816/15
818/10 825/4 825/7
835/4 835/9 845/22
859/18 862/9 872/1
877/15 878/15 882/18
884/18 884/23 886/9
887/23 889/18 891/23
894/19 899/22 904/16
904/24 905/5 906/10
917/11 917/13 922/8
927/19 927/22 929/4
929/25 934/25

**alternate [3]** 934/11
934/14 935/15

**alternates [1]** 934/12

**although [3]** 900/2
901/2 916/16

**altogether [1]** 833/22

**always [4]** 781/8
781/11 852/17 911/25

**am [37]** 691/7 707/22
717/13 723/9 724/18
732/20 756/25 760/14
763/14 763/22 767/8
792/20 811/13 817/13
823/16 830/1 830/12
832/17 835/4 837/22
840/12 848/8 850/24
854/18 858/21 870/17
891/22 894/17 897/22
902/10 903/17 912/24
912/25 913/5 922/16
934/25 937/9

**ambling [1]** 903/10

**ameliorated [1]** 817/4

**Amendment [4]**
788/22 789/9 789/21
790/4

**AMERICA [2]** 686/3
690/3

**American [2]** 768/4
823/4

**A**

**Americans [2]** 762/12
912/1
**among [1]** 932/13
**amount [2]** 714/2
718/19
**analog [1]** 857/10
**analogy [1]** 917/21
**analyze [2]** 915/7
927/2
**Andrew [3]** 817/2
817/3 817/14
**angle [2]** 907/15
918/10
**angles [1]** 901/20
**angry [3]** 796/7 908/24
911/16
**animal [1]** 909/5
**announce [1]** 933/25
**announced [1]** 934/3
**another [30]** 744/15
764/22 775/1 790/7
838/17 842/5 859/17
875/15 882/11 882/12
882/13 882/13 884/15
884/16 884/24 885/5
885/6 885/7 887/16
887/17 887/24 888/8
889/6 890/23 893/5
893/13 900/25 913/20
932/17 940/7
**answer [9]** 728/19
770/8 782/12 812/6
824/12 876/23 876/25
877/1 940/23
**answered [7]** 776/8
776/10 776/18 776/24
777/5 828/13 876/24
**answers [1]** 922/9
**anticipate [1]** 818/4
**anticipated [1]** 814/2
**Antifa [7]** 767/23
769/25 801/25 827/6
827/13 858/16 927/17
**any [141]** 691/2 691/14
691/18 692/11 694/15
695/15 695/23 706/11
715/14 717/23 721/8
724/19 728/20 731/18
734/7 738/13 741/5
741/13 748/15 751/3
753/5 759/15 764/16
764/25 768/18 770/8
775/11 779/11 779/15

780/4 780/20 781/16
783/13 785/14 787/4
789/9 789/14 791/2
795/14 796/15 797/14
800/19 801/4 802/23
803/22 805/2 806/2
807/14 808/22 814/19
819/1 820/20 827/8
827/23 833/3 833/21
844/17 848/25 859/11
865/2 865/10 866/3
867/3 869/5 871/4
871/7 871/16 871/21
872/7 872/10 872/16
872/19 873/3 873/4
873/4 873/12 873/18
875/16 877/12 877/21
877/25 878/3 878/9
878/12 878/14 878/15
878/17 878/18 879/1
879/11 879/13 879/15
879/23 880/6 880/25
881/1 881/2 881/4
881/8 882/2 882/2
882/4 882/5 882/8
882/17 882/19 882/21
883/3 883/6 885/10
885/13 890/13 892/6
892/20 895/14 896/23
899/14 901/15 902/13
902/22 907/5 916/25
924/7 924/9 924/10
926/20 929/17 931/13
931/23 932/23 933/10
933/11 933/13 933/14
933/18 933/19 933/20
934/14 936/10 937/20
937/24
**anybody [2]** 826/9
833/16
**anymore [1]** 793/20
**anyone [16]** 699/24
799/9 808/3 833/18
834/1 834/2 838/21
860/16 864/19 865/6
903/3 914/15 915/18
930/16 933/4 935/1
**anything [23]** 691/19
692/13 722/22 733/23
757/18 777/19 783/20
791/6 805/2 808/23
814/9 868/11 872/13
877/20 878/4 903/3
904/3 908/22 917/14

923/1 926/21 936/24
941/7
**anyway [3]** 908/23
936/12 937/17
**Anywhere [1]** 869/2
**apart [1]** 921/3
**apologies [4]** 697/6
697/11 860/1 938/11
**apologize [5]** 697/18
821/1 827/1 831/11
840/19
**apologized [1]** 828/2
**apparently [1]** 930/1
**appeal [1]** 764/16
**appear [6]** 747/18
749/1 769/8 777/21
853/25 936/3
**APPEARANCES [2]**
686/11 686/18
**appeared [1]** 719/1
**appears [4]** 769/9
769/15 790/2 854/2
**applies [3]** 871/13
880/21 935/5
**apply [2]** 723/4 879/13
**appreciate [2]** 936/14
936/15
**approach [3]** 691/4
697/18 744/4
**approaching [1]**
798/18
**appropriate [8]** 790/1
866/15 866/20 868/5
868/8 919/20 922/24
923/1
**approximately [3]**
701/25 711/18 733/7
**are [152]** 691/12
691/24 693/17 697/17
697/20 700/3 700/7
700/9 700/10 709/19
711/16 712/24 712/25
716/23 716/25 723/21
724/7 724/17 724/23
725/8 725/15 727/17
727/18 727/19 732/19
736/22 740/2 745/1
745/13 746/4 749/25
751/21 751/23 751/23
759/5 759/6 760/2
761/21 761/22 763/2
764/17 764/18 765/18
766/15 766/18 768/9
769/24 770/17 779/22

789/8 789/20 791/20
792/19 797/1 799/18
809/16 817/17 823/17
823/18 824/20 826/9
829/10 830/10 832/15
833/5 834/9 839/3
839/5 840/14 842/19
845/20 847/7 848/5
848/24 849/20 850/16
851/7 851/17 851/17
852/2 854/23 857/22
859/9 860/6 863/6
863/20 863/21 863/24
864/5 865/4 865/17
868/21 870/10 871/4
871/18 871/18 871/25
872/23 872/23 872/25
874/7 874/20 874/21
875/14 877/4 877/10
878/12 878/18 880/9
880/15 881/15 882/7
884/18 889/8 889/9
891/15 891/15 894/10
894/10 896/10 896/11
897/17 897/21 904/20
905/2 906/3 907/7
907/22 908/6 910/3
911/6 916/21 917/20
918/16 919/16 921/21
932/5 933/1 933/13
933/15 933/22 934/8
934/9 935/14 935/17
935/25 936/1 936/3
940/6
**area [19]** 714/1 714/2
747/15 747/16 750/16
826/6 826/12 826/15
849/8 849/23 853/4
853/25 853/25 854/2
855/23 890/14 901/16
929/20 930/10
**areas [4]** 704/16
711/10 883/12 918/7
**aren't [2]** 765/19
857/23
**argue [1]** 915/11
**argument [3]** 812/16
876/15 921/8
**arguments [6]** 812/4
812/10 865/19 872/22
897/18 897/24
**Arizona's [2]** 703/11
703/15

**A**

arm [2]  739/5 921/15
armed [2]  785/15
898/17
armor [3]  916/12 918/4
921/16
armpit [1]  929/20
arms [4]  695/22
695/23 698/17 914/19
Army [1]  717/11
around [23]  700/8
701/25 702/22 703/6
704/19 704/20 705/6
714/14 731/10 761/13
774/21 778/9 809/21
841/17 845/21 849/25
883/24 884/1 901/17
903/12 904/16 917/1
920/22
arrest [13]  734/17
742/18 742/22 745/17
746/25 771/5 775/19
778/2 778/4 781/10
782/25 783/9 785/8
arrested [6]  739/8
742/13 772/12 773/14
783/24 784/12
arrival [1]  702/14
arrive [4]  701/10
701/23 800/13 872/5
arrived [7]  702/3
702/10 702/21 702/22
781/8 800/14 800/15
article [1]  882/4
as [249]  691/4 691/7
691/8 691/22 692/6
692/7 692/10 695/7
697/12 697/12 698/14
698/18 698/18 701/13
701/23 702/11 702/12
702/21 702/24 703/17
704/3 706/20 706/20
707/1 707/1 707/4
707/4 707/15 707/23
708/3 708/16 712/10
717/6 717/21 718/15
718/24 718/25 719/4
720/1 720/13 720/17
720/25 721/5 721/14
723/10 723/21 723/21
723/25 724/6 725/9
725/15 727/22 728/9
730/25 732/10 733/10
733/10 733/17 735/15

736/24 741/16 741/21
743/9 743/12 743/23
744/13 745/7 745/11
746/9 746/14 747/22
749/10 749/22 751/12
751/14 752/1 754/13
757/6 759/1 759/25
760/14 760/21 760/22
760/23 761/19 763/14
763/23 766/13 767/7
768/10 768/21 769/22
769/22 778/4 781/4
781/18 783/2 784/4
785/6 787/11 787/11
788/4 788/8 788/8
788/14 789/9 789/13
795/6 795/6 795/7
795/7 796/14 796/14
797/3 797/6 798/17
799/16 799/16 801/13
803/17 803/17 803/19
803/19 804/4 805/15
805/15 808/10 808/10
809/14 813/4 813/8
813/10 818/13 819/21
820/7 820/22 823/8
824/17 825/22 833/24
835/8 835/8 835/15
843/20 844/14 851/19
852/11 852/12 852/16
856/10 857/3 857/13
858/5 859/16 860/24
860/24 865/4 865/17
866/7 866/21 866/21
867/14 867/24 868/9
868/21 870/24 871/5
871/14 871/15 871/17
871/20 871/23 871/23
872/8 872/14 872/15
873/3 873/4 873/25
874/3 874/23 875/14
876/23 877/2 877/17
877/24 878/23 879/5
879/7 879/11 879/17
879/23 879/24 879/25
880/22 882/25 883/7
883/13 885/21 888/4
888/15 888/22 891/4
893/5 893/13 896/9
899/3 899/8 899/24
900/4 901/6 901/11
901/13 905/22 906/2
906/4 906/17 907/13
907/23 911/25 912/10

912/10 913/20 914/12
916/24 916/24 917/1
917/7 918/18 921/19
921/23 921/23 923/20
924/18 925/12 926/4
926/15 927/23 927/24
931/2 931/13 931/23
932/8 933/1 933/1
934/11 936/16 937/17
937/21
ashamed [11]  830/1
830/10 830/12 830/25
831/2 840/10 840/12
840/14 856/22 910/14
930/8
aside [1]  923/20
ask [21]  700/6 747/8
781/5 783/20 788/9
810/7 812/6 824/3
827/23 838/21 852/21
854/6 869/11 898/21
907/8 912/15 927/11
930/20 934/19 938/25
939/12
asked [20]  705/3
776/14 781/7 782/17
784/21 785/14 828/13
849/14 858/15 861/23
861/24 862/1 875/23
876/1 876/15 878/11
906/3 909/14 910/24
919/24
askew [1]  745/6
asking [6]  697/25
798/20 812/8 824/15
925/17 929/21
asks [2]  767/21 767/23
asleep [4]  776/15
777/7 777/10 875/12
assault [18]  817/15
867/1 885/3 888/3
895/15 895/17 896/24
897/3 901/20 902/12
902/15 906/19 914/25
915/9 918/12 926/11
926/13 928/18
assaulted [16]  814/19
815/4 815/20 822/3
884/5 884/10 885/18
885/25 886/15 886/19
887/4 887/9 888/13
888/18 901/18 902/1
assaulting [9]  827/6
883/20 886/3 887/2

888/23 889/5 901/6
937/7 937/14
assaults [1]  902/4
assembled [1]  718/8
asserts [1]  874/23
assess [1]  727/19
assigned [16]  695/7
695/23 698/18 704/2
717/13 717/16 717/18
718/18 718/20 718/21
719/3 719/5 732/19
732/20 732/25 758/15
assignment [1]  695/5
assist [3]  706/12
872/23 931/19
assistant [2]  717/6
913/5
assisting [2]  885/20
885/23
assume [3]  776/12
875/3 875/8
assuming [1]  937/9
assumption [1]  690/16
assured [2]  765/17
857/21
attached [2]  700/18
766/19
attachment [1]  766/18
attachments [2]  724/7
808/22
attacked [6]  820/13
821/12 832/25 833/7
833/7 833/16
attacking [2]  833/3
856/10
attacks [1]  909/21
attempt [5]  785/9
826/2 865/10 885/3
885/6
attempted [5]  881/20
881/24 884/19 887/19
918/6
attempting [2]  741/20
862/7
attempts [3]  884/25
887/25 906/21
attend [1]  798/14
attendance [1]  714/3
attended [4]  797/22
797/22 798/6 815/9
attention [4]  867/6
912/17 915/8 916/5
attentive [1]  934/16
attest [1]  755/8

## A

**attitude [1]** 933/21
**attorneys [1]** 872/19
**attribute [3]** 918/24
919/1 926/12
**attributed [1]** 754/12
**audience [1]** 777/3
**audio [4]** 791/15
837/24 854/7 854/9
**August [4]** 686/5
733/7 771/2 771/8
**authenticate [1]**
851/19
**authenticates [1]**
852/3
**authenticity [1]** 723/15
**authority [5]** 757/23
883/5 889/25 890/10
900/3
**available [7]** 795/9
847/7 930/2 936/5
939/3 940/10 941/6
**Ave [1]** 820/7
**Avenue [4]** 686/13
687/13 820/23 820/25
**average [1]** 728/10
**avoid [1]** 934/4
**aware [19]** 704/9 707/2
711/16 712/24 713/25
714/4 731/5 754/7
754/9 779/17 780/7
795/14 796/18 797/14
802/7 871/25 872/3
883/14 897/15
**awareness [1]** 799/16
**away [11]** 714/20
714/22 849/24 863/11
863/13 863/13 901/14
903/15 909/5 915/19
923/3
**awful [6]** 907/14 908/3
912/3 918/15 919/10
919/11

## B

**bachelor's [1]** 793/6
**back [70]** 692/9 694/8
695/2 697/17 697/20
701/17 706/9 707/18
708/6 710/20 711/3
711/5 711/13 711/20
715/4 720/24 735/24
740/5 756/16 756/19
763/25 769/1 769/19

776/2 776/12 776/17
776/20 777/3 788/10
790/16 790/19 791/20
796/2 800/12 806/20
807/8 808/2 808/13
834/10 838/18 838/22
839/3 839/9 842/7
842/11 843/11 843/12
855/2 855/5 860/15
866/2 866/4 869/2
870/3 870/10 897/23
901/1 901/22 909/18
910/2 924/10 924/14
926/20 926/25 934/2
934/23 935/9 935/12
935/24 941/4
**background [7]** 767/6
769/10 769/15 781/22
849/20 863/9 863/10
**backup [1]** 908/25
**backwards [1]** 843/14
**bad [3]** 726/17 727/13
804/14
**badge [1]** 935/12
**badges [1]** 928/15
**bag [7]** 746/21 747/1
747/5 749/10 749/19
750/23 751/6
**bags [1]** 750/24
**ball [1]** 909/19
**ballot [7]** 795/22
795/23 795/25 796/2
799/23 809/10 911/12
**Bankruptcy [1]** 687/12
**barricade [1]** 825/25
**barricades [2]** 900/8
900/10
**barriers [4]** 825/16
835/11 835/14 901/2
**base [1]** 775/7
**baseball [1]** 899/9
**based [13]** 704/25
706/15 757/22 774/17
774/19 787/10 862/17
874/4 874/4 874/13
874/14 881/10 932/9
**basic [1]** 691/22
**basically [18]** 692/1
698/19 726/16 729/16
744/17 755/9 757/18
790/8 794/4 795/5
796/22 799/13 801/1
801/23 814/21 827/17
845/14 935/2

**basing [1]** 844/24
**basis [1]** 799/25
**bat [5]** 802/16 802/18
802/20 816/11 925/21
**baton [1]** 916/15
**bats [1]** 926/11
**battle [3]** 898/18
905/24 911/19
**be [248]** 690/24 692/8
692/9 693/6 693/9
694/16 695/9 695/24
696/1 696/19 697/20
698/20 698/21 699/10
699/17 700/25 701/16
701/19 708/5 708/6
708/11 708/22 711/11
713/7 714/1 714/2
716/6 716/9 717/17
718/21 719/1 719/5
720/3 720/4 721/11
722/7 722/22 722/24
723/6 724/8 724/19
724/23 726/13 726/14
726/19 726/22 727/15
728/3 729/18 731/23
732/6 732/9 737/3
738/21 738/22 741/11
741/25 742/2 742/4
743/19 745/22 747/23
747/24 750/7 752/12
755/2 755/25 757/18
758/4 759/1 760/2
760/4 761/3 763/5
768/3 768/18 769/8
769/9 770/11 770/12
773/4 783/16 784/16
786/11 787/1 787/6
788/8 789/5 789/13
790/2 791/3 792/4
792/7 794/11 796/10
796/13 797/5 797/11
797/16 798/9 798/16
798/25 800/25 802/1
802/23 803/2 804/8
804/11 804/12 810/20
811/23 812/19 813/3
813/19 815/4 817/6
817/7 817/19 817/20
818/6 819/6 819/13
819/16 820/7 820/13
820/15 820/20 821/25
822/1 822/18 822/19
822/22 823/25 824/5
824/17 824/18 825/4

825/8 826/5 826/7
826/16 829/4 835/18
835/23 835/24 836/14
836/21 836/22 836/23
842/12 847/9 847/20
848/16 848/20 848/22
851/10 851/24 852/5
852/13 853/25 859/11
859/17 861/4 861/5
864/6 865/15 866/3
866/4 866/15 868/4
872/2 873/7 874/1
874/2 875/1 875/6
875/11 876/25 877/12
879/2 879/10 879/19
880/2 881/10 885/1
888/1 889/10 889/11
890/15 890/24 891/16
891/17 893/5 893/13
893/15 894/12 897/21
900/4 900/11 900/15
900/22 901/11 901/23
902/7 906/2 906/3
907/1 908/1 910/15
910/20 910/22 910/22
916/15 916/25 919/20
919/23 919/23 919/25
920/21 922/19 922/19
925/13 925/20 928/8
929/13 931/7 931/9
931/10 931/12 931/14
931/21 932/1 932/5
932/8 932/10 933/23
934/14 935/7 935/21
935/22 936/12 937/12
938/2 939/16 940/10
940/21 940/23 941/6
**bear [5]** 903/1 909/3
909/6 909/10 933/13
**beard [2]** 720/8 734/23
**beating [1]** 909/16
**beautiful [7]** 762/11
762/12 768/12 910/11
910/11 912/3 912/4
**became [3]** 717/4
798/18 822/12
**because [88]** 691/20
696/9 706/25 711/3
713/18 718/8 743/15
748/10 751/17 755/7
781/13 796/9 797/6
797/10 798/17 800/25
801/9 802/13 805/23
806/6 811/5 811/6

**B**

**because... [66]** 811/7 811/18 812/16 812/17 814/2 816/9 816/11 820/13 821/16 826/9 836/1 836/12 836/13 836/14 836/15 837/21 837/24 838/1 838/11 838/16 841/1 843/1 843/18 847/18 849/11 849/16 849/21 850/1 859/15 860/14 860/17 861/13 862/7 865/23 876/1 879/15 879/20 880/3 900/10 900/14 900/22 901/23 902/7 904/3 905/6 906/9 908/3 908/16 910/7 914/15 915/19 919/6 919/17 925/23 927/17 928/1 928/9 928/21 929/5 929/6 929/14 929/25 930/5 930/19 934/21 941/2

**become [4]** 796/18 821/14 822/25 879/18

**becomes [2]** 906/9 933/5

**becoming [4]** 794/14 805/17 821/21 861/14

**bedroom [5]** 777/10 779/2 779/3 779/3 779/12

**been [85]** 690/17 690/25 693/19 696/18 697/25 700/18 703/20 704/15 704/23 705/7 707/2 707/15 707/22 716/18 720/1 720/6 720/13 721/13 723/9 727/21 729/22 732/17 732/18 733/16 735/15 736/24 743/8 745/5 745/6 747/21 749/21 752/1 754/13 757/1 757/6 758/14 758/25 760/14 763/14 763/22 768/3 769/17 773/25 783/1 784/3 786/4 794/5 796/25 799/7 801/10 815/19 817/14 817/15 819/4 819/4 824/11 833/6 836/10 849/16 851/23 857/3

857/8 857/12 858/4 859/3 859/5 860/11 868/20 871/11 876/3 876/24 878/24 898/23 900/19 901/3 908/11 908/12 908/19 909/7 910/10 915/10 920/24 931/22 935/3 935/7

**before [62]** 686/10 690/20 692/9 692/10 692/12 703/3 703/9 703/18 708/20 717/4 717/6 729/17 734/5 736/14 739/12 742/12 744/6 760/6 761/3 781/4 781/16 782/2 790/9 790/19 794/2 794/3 815/20 819/25 822/10 823/21 828/5 828/6 832/14 840/7 840/8 840/19 841/8 841/15 847/5 855/15 855/16 855/25 865/24 866/10 867/16 869/3 870/24 889/11 896/9 897/18 897/20 898/1 898/20 907/10 908/12 929/14 934/10 934/12 934/14 934/18 937/25 938/13

**began [1]** 703/7

**begin [5]** 898/1 934/10 935/19 936/4 939/12

**beginning [7]** 690/6 776/17 898/15 907/8 933/22 934/6 937/6

**behalf [3]** 789/4 789/8 879/19

**behavior [2]** 877/23 928/24

**behaviors [1]** 705/1

**behind [8]** 691/20 823/6 864/22 916/25 926/20 929/3 929/9 930/1

**being [38]** 701/6 704/13 706/4 707/6 715/17 718/15 718/24 767/15 774/3 796/23 802/7 809/14 813/4 813/10 822/15 823/4 835/22 851/19 852/11 852/11 855/8 855/8 855/24 858/12 858/15

866/23 860/24 862/10 885/18 888/13 899/6 903/1 903/3 904/12 905/19 905/21 906/15 919/19

**beings [1]** 871/23

**belabor [3]** 727/5 895/25 919/8

**belief [4]** 824/10 859/18 912/2 913/16

**believability [2]** 871/22 921/23

**believable [1]** 876/11

**believe [42]** 691/18 697/25 740/19 741/10 741/16 742/12 774/25 793/25 799/7 803/12 804/5 806/10 809/18 809/18 816/1 820/24 824/20 825/2 825/3 832/7 832/8 839/16 840/13 840/16 843/16 844/16 850/11 850/15 858/23 859/1 862/6 863/23 864/14 867/25 872/15 876/10 876/20 877/11 879/11 902/18 903/9 908/6

**believed [3]** 838/11 876/16 877/13

**believers [1]** 833/5

**belonged [2]** 753/20 753/23

**bench [2]** 697/19 787/22

**bend [5]** 917/4 917/7 917/8 917/9 925/24

**bended [1]** 918/11

**bends [2]** 914/12 914/13

**bendy [1]** 917/25

**beside [1]** 801/2

**best [5]** 697/11 729/20 805/13 868/21 918/6

**better [8]** 727/9 727/25 760/5 783/21 800/10 812/13 812/15 812/17

**between [23]** 701/17 704/21 705/15 710/23 717/17 721/4 721/6 725/4 726/19 728/10 738/16 761/18 762/7 771/8 810/7 814/21 844/3 852/8 878/9

878/16 882/16 936/11

**bevel [1]** 803/25

**beveled [1]** 803/24

**beyond [40]** 867/4 868/11 873/10 873/14 873/19 873/22 874/2 874/16 874/17 877/8 880/16 881/17 884/4 885/22 886/14 887/3 888/16 889/23 890/7 892/4 892/18 894/23 895/9 896/19 912/14 915/4 915/13 924/1 924/8 924/22 925/1 925/2 925/4 925/6 925/7 925/9 925/10 926/7 926/25 931/18

**bias [1]** 879/4

**biased [1]** 879/2

**biases [5]** 871/25 872/2 872/2 872/4 877/19

**Biden [1]** 859/18

**big [6]** 804/13 811/21 830/22 863/7 863/14 920/12

**bike [6]** 816/2 821/11 825/14 825/16 825/19 900/9

**biographical [1]** 781/22

**bit [18]** 703/3 703/18 703/19 703/23 713/10 724/22 725/7 726/24 751/23 802/19 838/16 842/9 844/20 849/25 866/3 907/11 909/9 916/20

**bitter [1]** 763/9

**black [6]** 726/16 730/22 815/22 815/23 843/25 864/11

**blah [3]** 814/6 814/6 814/7

**blatant [1]** 764/15

**blood [2]** 920/19 920/25

**blow [3]** 726/23 727/4 766/24

**blue [4]** 739/6 761/22 764/5 767/21

**blunt [1]** 917/11

**board [3]** 864/8 864/14

# B

**board...** [1] 883/5
**bodies** [2] 904/21 905/9
**bodily** [22] 884/24 884/25 885/4 885/5 885/7 885/9 885/10 885/11 885/13 887/24 887/25 888/7 890/23 890/25 895/15 896/25 897/6 904/6 913/25 915/16 923/10 926/17
**body** [10] 735/8 828/11 833/15 836/18 837/9 904/18 907/19 908/20 918/4 918/8
**body-worn** [4] 735/8 833/15 907/19 908/20
**boom** [1] 929/23
**both** [18] 718/4 733/13 734/16 771/17 771/18 790/24 815/1 820/5 865/17 865/19 868/4 875/13 875/18 875/22 877/1 884/1 888/10 905/19
**bottle** [3] 801/18 816/3 822/5
**bottles** [3] 816/4 816/10 903/2
**bottom** [6] 752/22 764/9 765/6 767/13 769/23 858/7
**boundary** [1] 698/8
**box** [5] 744/2 746/4 746/5 746/11 779/5
**Boy** [1] 815/22
**Boys** [1] 940/15
**braces** [1] 921/15
**brackets** [1] 868/8
**brain** [1] 845/15
**branch** [3] 694/5 882/25 883/2
**breach** [7] 703/20 704/10 704/10 704/16 705/1 706/19 906/20
**breached** [3] 705/8 711/9 900/24
**breaches** [1] 706/25
**break** [15] 705/17 790/9 790/10 867/9 869/1 869/16 869/20 869/21 870/3 897/20 897/22 902/6 909/15

**breaking** [1] 801/19
**breath** [1] 904/22
**breathe** [5] 849/21 904/20 905/5 905/7 905/7
**brief** [9] 697/7 763/20 827/3 828/23 851/10 860/3 893/8 912/20 923/20
**briefly** [3] 922/11 927/7 927/8
**briefs** [1] 787/5
**bring** [38] 692/18 707/18 788/10 790/16 790/19 799/16 799/21 800/19 801/4 801/8 802/11 816/11 816/15 816/17 816/19 816/21 816/23 828/17 831/6 842/11 843/23 847/22 850/19 855/2 855/4 869/10 905/25 905/25 914/16 927/16 927/18 929/4 929/5 935/9 936/18 939/18 939/19 939/19
**bringing** [4] 765/18 779/22 780/17 857/22
**brother** [13] 761/13 793/3 798/4 808/4 808/5 816/15 816/17 816/19 816/21 816/23 822/11 927/17 927/18
**brought** [17] 697/23 710/5 710/9 710/12 713/18 743/2 761/1 801/7 801/9 802/11 816/7 816/9 820/12 831/8 867/6 927/25 928/1
**brown** [2] 720/7 734/23
**brownie** [1] 929/25
**bruise** [1] 915/17
**bruised** [6] 835/15 860/23 860/25 904/15 904/16 909/21
**bruising** [5] 835/6 835/9 835/11 914/18 914/19
**BTW** [1] 769/24
**bucket** [3] 907/25 909/22 909/24

**buckets** [1] 907/12
**building** [56] 701/12 702/9 702/24 706/20 707/2 707/4 721/7 731/9 731/11 731/13 808/11 824/18 841/23 843/1 847/2 847/19 847/21 848/17 883/11 889/14 889/25 890/6 890/10 890/13 890/14 891/7 891/13 891/20 892/6 892/17 892/21 893/20 894/2 894/8 894/15 895/1 895/8 895/12 895/19 896/2 896/8 896/16 896/21 900/24 901/3 902/6 903/17 904/5 904/8 906/12 906/21 910/20 910/23 911/21 929/15 930/6
**buildings** [1] 897/7
**built** [1] 921/2
**Bullshit** [1] 770/1
**bunch** [1] 801/17
**burden** [15] 873/6 873/10 873/21 874/17 913/11 913/21 915/9 920/7 924/1 924/3 924/19 925/1 925/12 926/7 929/10
**bureau** [1] 883/5
**bureaucratic** [1] 800/11
**Bush** [1] 694/1
**business** [11] 723/25 755/10 782/7 892/9 892/12 892/23 893/1 899/2 899/21 899/23 900/16
**businesses** [1] 723/4
**button** [1] 787/19

# C

**C-SPAN** [1] 825/6
**call** [14] 692/23 715/24 754/10 755/11 780/8 787/13 790/16 829/16 865/7 911/7 935/2 935/2 938/12 938/15
**called** [3] 772/1 912/10 924/21
**calling** [2] 837/18 935/7

**calls** [3] 692/25 732/2 791/22
**calmer** [1] 817/17
**Calmly** [1] 934/5
**cam** [2] 836/18 837/9
**came** [11] 715/4 720/16 768/20 776/22 791/3 845/3 898/24 903/21 903/23 922/13 927/15
**camera** [5] 735/8 831/12 833/15 907/19 908/20
**campaign** [1] 799/13
**can** [135] 690/21 692/8 697/5 697/12 699/8 699/9 700/15 700/16 702/18 707/14 708/8 716/15 720/19 722/10 724/15 724/22 727/4 727/25 728/2 733/14 734/20 735/19 735/21 736/5 736/20 737/2 737/5 737/11 738/21 739/2 739/17 740/5 742/8 746/13 746/19 748/23 749/19 750/11 750/21 752/1 757/3 758/8 760/4 760/10 761/8 761/15 762/6 762/9 762/23 764/9 764/13 764/22 765/23 766/1 766/18 767/14 767/17 768/2 768/6 768/10 768/15 769/11 769/22 785/2 790/16 795/5 803/25 804/2 806/16 810/23 811/23 812/20 812/21 812/23 812/24 812/25 829/6 831/21 831/24 837/25 839/21 846/3 846/4 851/19 851/21 852/16 852/17 852/21 852/24 853/3 853/18 853/19 853/21 853/22 854/6 854/7 855/21 856/15 856/19 857/12 858/7 862/23 864/11 867/2 867/10 868/21 869/4 870/5 898/10 901/1 901/21 903/17 905/14 906/17 916/7 916/8 916/19 916/25 917/1

**C**

**can... [16]** 917/21 917/25 918/25 919/3 920/25 929/19 932/11 934/16 935/21 938/18 938/19 939/18 939/20 940/10 941/1 941/4

**can't [12]** 768/18 784/2 837/21 848/25 849/19 859/11 862/15 904/1 904/3 909/6 918/9 936/20

**cancel [1]** 938/4

**candidates [1]** 795/1

**cannot [6]** 789/4 825/20 874/7 880/2 909/17 919/22

**cap [3]** 805/2 899/9 909/19

**capabilities [3]** 888/10 905/20 914/2

**capability [1]** 879/6

**capable [6]** 888/7 890/22 890/25 904/5 913/24 926/16

**capacity [2]** 722/25 920/21

**Capitol [122]** 694/13 695/8 695/10 695/16 695/21 695/21 695/24 696/4 696/10 698/5 698/10 698/16 698/22 701/5 701/11 701/23 702/4 702/7 702/9 702/24 703/4 703/21 704/2 704/9 704/11 704/16 704/25 705/7 706/4 706/13 706/20 707/1 707/1 707/4 707/25 710/17 711/4 711/8 711/9 711/9 712/8 712/9 714/20 714/21 714/23 715/2 715/4 717/25 718/5 721/1 731/9 731/11 731/13 731/15 762/20 767/5 769/10 769/16 785/22 807/17 807/20 807/22 808/1 808/11 820/23 821/3 822/8 822/10 822/24 823/2 823/5 823/22 824/3 825/12 825/22 826/1 826/4 834/13 841/23

848/16 852/23 883/8 883/9 883/11 884/7 886/16 887/6 896/15 896/21 897/7 897/7 898/17 899/1 899/20 899/25 900/6 901/8 902/8 903/12 905/3 905/11 906/7 906/14 907/2 907/5 907/16 907/18 908/4 908/12 908/18 910/23 911/20 919/17 921/4 921/11 928/4 928/15 928/19 929/20

**capped [1]** 805/8

**caps [1]** 912/4

**Captain [3]** 710/10 721/7 899/16

**captures [1]** 757/17

**capturing [1]** 708/1

**car [3]** 773/11 773/13 808/17

**care [11]** 802/6 839/17 840/4 840/6 840/11 840/12 861/1 861/9 910/12 910/13 930/16

**cared [2]** 840/7 861/3

**careful [5]** 874/6 874/10 913/18 915/5 925/15

**carefully [1]** 926/1

**CARL [1]** 686/10

**Carolina [14]** 717/7 732/21 742/21 742/25 754/22 771/22 772/2 793/10 797/24 798/11 813/13 813/17 911/8 928/4

**Carriage [3]** 701/11 702/5 702/6

**carried [7]** 882/20 890/2 890/24 892/13 895/3 903/12 922/23

**carry [2]** 800/25 885/15

**carrying [12]** 805/22 805/25 885/20 885/21 885/23 888/15 888/17 889/14 891/8 891/20 894/3 894/16

**cars [1]** 705/4

**CART [2]** 755/11 755/14

**case [75]** 699/3 699/6 704/1 719/24 732/6 732/25 733/3 733/4 733/8 733/10 744/15 746/22 746/23 751/12 771/2 771/9 771/12 781/9 792/3 814/5 852/12 865/15 866/19 870/16 870/18 871/14 871/18 872/15 872/17 873/7 874/5 874/22 875/21 876/4 876/14 878/4 878/6 879/11 881/10 885/1 888/1 898/15 898/19 898/20 898/23 905/16 907/8 907/11 912/14 913/21 918/19 918/22 919/22 919/25 920/5 921/10 921/20 921/25 931/12 932/21 932/22 933/2 933/3 933/11 933/20 933/25 934/3 934/6 934/23 935/1 935/5 935/8 936/1 937/1 940/15

**cases [11]** 718/19 718/24 798/20 799/15 799/17 799/18 799/22 873/23 873/24 873/25 925/12

**catch [3]** 801/13 801/14 920/9

**category [4]** 907/14 908/3 910/7 926/15

**catty [1]** 864/9

**catty-corner [1]** 864/9

**cause [9]** 806/3 874/10 885/3 893/5 893/13 914/21 914/23 925/14 934/2

**caused [2]** 885/5 923/10

**causes [4]** 882/10 882/11 885/12 917/4

**causing [8]** 885/4 888/7 890/23 890/25 904/6 913/24 926/16 926/17

**Cautionary [1]** 932/19

**CC'd [1]** 700/9

**CCTV [8]** 707/11 707/23 707/25 708/16 709/7 733/13 735/6

**cell [7]** 753/6 753/8 753/8 753/10 754/12 755/15 758/15

**Cellebrite [1]** 780/2

**center [6]** 717/20 718/6 721/4 728/16 730/7 730/8

**centuries [1]** 910/16

**ceremonial [1]** 702/25

**certain [4]** 746/22 754/3 781/12 934/1

**certainly [3]** 734/2 782/24 901/10

**certainty [2]** 874/17 875/20

**certification [14]** 696/7 703/7 711/13 711/16 713/7 713/12 715/7 723/15 798/18 798/24 823/10 823/24 824/4 911/6

**certifications [1]** 712/22

**certified [2]** 715/11 724/6

**certify [3]** 713/4 900/17 942/4

**certifying [2]** 703/14 910/17

**chain [3]** 756/8 756/12 899/5

**chair [1]** 747/17

**chamber [15]** 691/9 701/16 703/2 703/5 703/8 703/12 703/13 703/17 703/22 705/15 705/18 708/2 708/6 710/20 710/21

**chambers [3]** 701/17 791/13 938/20

**chance [2]** 909/15 935/9

**change [6]** 703/19 703/23 773/3 782/20 807/14 867/16

**changed [1]** 692/4

**changing [1]** 867/7

**chanted [1]** 799/13

**chanting [2]** 797/9 838/9

**chaos [5]** 908/8 928/14 929/3 929/8 929/9

954

**characteristic [2]** 872/7 872/11
**characteristics [1]** 774/7
**characterize [2]** 797/3 907/13
**charge [19]** 876/2 883/20 886/7 889/8 889/9 889/17 891/14 891/16 891/22 894/10 894/11 894/18 894/19 896/10 896/12 906/11 906/17 907/6 913/14
**charged [7]** 867/9 873/16 884/17 887/18 913/9 919/19 926/23
**charges [17]** 691/24 865/18 875/24 877/8 880/19 881/12 881/13 886/2 889/13 891/18 894/12 894/14 896/14 899/11 901/18 901/25 907/7
**Charlotte [9]** 700/2 702/13 702/22 709/20 754/22 755/20 755/22 756/1 756/19
**chart [1]** 729/8
**checking [1]** 785/3
**checks [1]** 784/25
**chest [1]** 921/16
**choice [2]** 789/21 905/1
**choose [1]** 791/1
**chooses [2]** 765/20 857/24
**chose [2]** 836/15 922/3
**chronologically [1]** 836/21
**circle [19]** 709/9 720/19 736/5 736/20 739/23 742/8 748/23 829/9 832/17 834/24 837/9 841/13 842/4 845/17 845/18 845/19 851/2 854/18 855/17
**circled [5]** 709/13 720/21 740/9 853/22 853/23
**circling [5]** 829/24 839/24 844/12 848/8 856/7

**circulate [1]** 692/17
**circulated [3]** 691/19 692/5 866/8
**circulating [1]** 849/13
**circumstances [9]** 875/1 876/9 878/8 878/10 880/5 880/7 880/14 893/17 933/14
**circumstantial [8]** 874/20 874/22 875/2 875/11 875/13 875/17 875/19 875/22
**citizen [1]** 815/25
**city [4]** 721/2 722/17 908/5 927/21
**civil [14]** 763/1 765/16 857/20 860/6 873/23 881/14 882/1 882/2 882/8 899/12 899/12 911/22 911/23 930/19
**civility [1]** 932/12
**claims [1]** 795/7
**clarification [1]** 855/12
**clarifying [1]** 859/20
**clean [1]** 705/25
**clear [17]** 737/6 761/24 796/9 798/19 801/1 815/4 826/11 845/18 856/1 866/24 900/1 902/1 902/2 902/3 906/10 914/4 926/2
**clearer [1]** 727/10
**clearly [3]** 727/17 827/10 899/9
**clerk [2]** 933/6 933/14
**click [1]** 834/17
**client [1]** 940/19
**clip [1]** 735/20
**clock [1]** 736/23
**close [3]** 691/12 725/5 863/19
**closed [1]** 906/21
**closer [4]** 704/21 717/9 825/22 863/20
**closing [10]** 691/13 865/19 869/14 869/22 870/2 870/4 897/18 897/24 921/8 923/15
**closings [12]** 688/16 690/20 690/22 692/1 692/9 866/10 866/11 869/2 869/3 869/3 869/24 870/3

**closure [1]** 723/16
**clothes [2]** 909/11 909/12
**clothing [2]** 779/9 904/17
**clue [1]** 760/24
**co [1]** 913/6
**co-counsel [1]** 913/6
**Code [1]** 866/25
**codefendant [1]** 940/14
**cognizant [1]** 836/22
**Cohen [13]** 835/10 836/4 840/1 840/20 840/24 899/8 899/17 903/8 904/15 908/7 909/19 914/17 921/12
**Cohen's [1]** 840/21
**collar [2]** 718/17 719/4
**colleague [3]** 719/16 732/22 898/16
**collected [3]** 745/12 745/14 745/17
**collecting [1]** 745/1
**college [3]** 696/7 703/7 900/17
**colloquy [3]** 787/15 787/24 790/1
**colored [1]** 879/4
**COLUMBIA [6]** 686/1 721/21 746/10 882/16 882/17 882/18
**column [3]** 727/15 728/7 728/15
**come [25]** 690/5 694/19 702/11 717/9 718/11 718/14 756/16 770/19 777/24 788/13 790/20 816/2 827/9 839/9 869/2 869/18 870/3 870/23 897/22 898/20 911/2 919/4 921/5 928/7 939/18
**comes [6]** 708/16 765/22 767/21 844/18 858/1 920/10
**comfortable [1]** 691/7
**coming [3]** 718/19 795/8 898/17
**command [3]** 717/19 730/7 730/8
**commanding [1]** 717/16
**commerce [7]** 882/3

882/4 882/15 882/15 882/18 899/23 923/25
**commission [2]** 883/4 924/24
**commit [4]** 881/20 884/15 887/16 889/6
**committed [3]** 881/19 915/1 918/23
**commodity [1]** 882/4
**common [3]** 827/22 927/11 927/12
**commonly [1]** 804/4
**communicate [6]** 706/9 787/22 933/6 933/9 933/10 935/6
**communicating [1]** 704/8
**communication [4]** 706/11 721/4 721/6 932/20
**communications [2]** 809/6 910/2
**company [1]** 812/7
**compare [2]** 916/23 923/23
**compared [2]** 726/13 729/12
**comparison [3]** 726/12 726/19 805/13
**complain [2]** 812/11 827/20
**completely [8]** 737/19 790/1 811/6 864/6 864/7 902/18 930/17 939/1
**complex [2]** 718/17 725/9
**complicated [1]** 915/7
**complicit [2]** 813/4 813/10
**Complied [70]** 696/17 699/6 699/20 700/13 701/2 707/19 708/14 709/3 709/10 720/11 720/20 722/9 725/23 735/18 736/1 736/6 736/12 736/21 737/4 738/23 739/16 739/18 739/24 740/6 742/10 743/21 744/8 746/2 747/12 748/21 748/25 749/9 749/20 750/9 750/22 751/9 752/14 755/4 757/4 758/6

**C**

Complied... [30]
769/20 783/18 784/19
828/19 829/22 830/18
831/10 831/13 831/19
832/13 833/12 834/7
834/20 836/19 837/16
838/5 839/19 841/7
841/10 842/13 843/24
844/10 847/24 848/1
850/22 853/16 854/16
855/6 856/5 856/20
**computer [12]** 687/18
727/7 727/23 742/1
747/23 747/24 763/17
763/18 769/1 793/6
794/15 811/8
**computer-aided [1]**
687/18
**computers [2]** 811/23
811/24
**concede [2]** 765/20
857/24
**concentrate [1]**
916/22
**concept [1]** 835/21
**concern [5]** 704/25
706/19 786/3 881/6
927/19
**concerned [2]** 878/6
911/4
**concerning [1]** 933/11
**concerns [2]** 691/14
713/24
**conclude [1]** 923/9
**concluded [5]** 788/3
853/13 870/21 931/11
941/12
**conclusion [1]** 752/4
**concussion [1]** 904/14
**condition [1]** 885/10
**conditional [2]** 741/11
791/6
**conduct [27]** 871/11
882/5 883/15 891/19
892/5 892/8 892/10
892/11 892/12 892/17
892/20 892/22 892/24
892/25 893/1 893/2
893/3 893/4 893/12
893/18 894/2 897/14
897/16 906/18 907/3
923/12 933/21
**conducted [8]** 733/11

739/17 739/19 754/16
771/15 772/11 772/14
773/8
**conducting [3]** 755/10
772/16 782/25
**conducts [1]** 744/18
**conduit [10]** 804/4
804/6 804/9 914/10
915/20 916/23 918/9
919/6 922/23 925/18
**conference [1]** 790/22
**confrontation [2]**
802/10 833/22
**confrontational [1]**
821/15
**confrontations [1]**
815/10
**confusion [1]** 785/6
**Congress [15]** 764/15
765/7 767/15 769/25
813/3 813/7 849/1
858/12 858/15 883/8
899/2 899/14 905/4
911/5 911/21
**congressman's [1]**
815/23
**congressmen [1]**
703/13
**conjunction [1]** 698/5
**connect [1]** 804/2
**consciously [1]** 872/2
**consequences [2]**
762/13 880/10
**consider [62]** 797/10
800/24 861/4 871/5
871/14 872/1 873/2
873/3 875/21 876/3
876/8 877/4 877/9
877/20 877/22 878/8
878/12 878/15 878/18
878/21 878/24 879/3
879/22 880/6 880/14
880/20 881/11 883/17
886/8 886/11 888/10
888/23 888/24 889/4
889/9 889/18 889/20
891/5 891/6 891/11
891/15 891/23 892/1
894/1 894/7 894/11
894/12 894/20 895/25
896/6 896/11 905/19
906/4 906/17 914/2
914/25 915/23 918/25
923/1 931/23 932/1

**considerable [1]**
933/22
**consideration [5]**
789/1 872/13 874/6
922/24 932/15
**considerations [2]**
713/17 713/21
**considered [10]**
694/16 794/11 800/8
812/12 815/17 819/3
823/25 826/16 860/18
931/5
**considering [3]** 861/6
922/25 923/18
**consistencies [2]**
878/13 878/16
**consistent [4]** 751/14
835/23 906/20 922/10
**Constitution [6]**
687/13 820/7 820/23
820/25 920/14 921/25
**constitutional [1]**
911/17
**constructed [1]**
704/13
**consumed [1]** 809/5
**consuming [1]** 810/9
**contact [15]** 744/16
800/5 864/5 864/6
884/14 884/21 884/22
887/13 887/21 887/22
889/6 906/7 917/2
917/17 926/2
**contained [1]** 757/15
**container [2]** 746/22
779/8
**context [1]** 801/24
**continue [4]** 702/15
709/25 798/22 834/17
**continued [21]** 687/1
703/22 710/2 830/4
830/16 831/17 832/21
833/10 834/5 834/18
837/14 838/3 839/6
843/5 843/20 846/7
846/12 846/18 847/14
847/16 930/11
**continuing [3]** 759/16
759/19 759/20
**contradicted [1]**
878/25
**control [4]** 768/19
794/17 859/12 872/21

**controversy [1]**
795/14
**convenient [2]** 770/11
903/22
**conventional [1]**
824/19
**conversation [5]**
837/22 865/25 869/4
870/6 912/7
**convey [1]** 931/13
**convict [1]** 926/24
**convicted [1]** 794/5
**convicting [1]** 920/5
**conviction [3]** 881/6
881/9 933/19
**convinced [2]** 796/24
874/7
**cooperative [1]** 777/21
**coordinate [3]** 694/14
695/13 695/20
**coordinated [1]** 712/6
**coordinating [3]**
695/15 695/18 706/4
**coordination [1]**
712/13
**copies [2]** 936/5 936/6
**copy [5]** 727/2 791/14
871/2 938/19 938/20
**cordoned [1]** 890/13
**corner [2]** 843/21
864/9
**corporation [2]** 793/14
811/20
**correct [111]** 698/6
701/21 711/2 712/9
712/19 713/13 713/16
714/8 714/15 714/18
715/3 715/6 715/10
715/12 718/6 719/12
719/17 723/8 730/8
731/1 732/23 735/4
736/15 741/22 742/14
742/22 753/17 758/24
761/23 771/6 771/10
771/11 771/19 772/19
772/25 773/9 774/1
774/8 775/15 775/16
775/19 776/18 779/10
780/14 780/15 780/18
780/19 780/22 780/23
785/18 787/19 788/16
789/6 811/5 815/9
815/23 817/25 818/18
819/8 820/8 821/7

**C**

correct... [50] 821/12
822/8 823/2 823/12
824/5 824/18 825/13
826/1 826/6 827/14
829/12 829/25 831/4
832/18 833/1 833/4
834/14 834/15 835/11
835/17 836/5 839/24
840/2 840/16 841/17
841/19 841/21 842/5
843/21 844/15 845/4
845/21 847/15 847/19
848/12 849/9 849/24
850/9 856/24 857/18
858/2 858/12 858/16
858/20 859/14 859/22
860/8 860/9 893/11
942/4
correction [1] 814/15
correctly [3] 806/17
859/13 859/18
Costner [13] 687/3
688/10 690/12 738/17
781/7 782/17 784/21
785/14 852/9 867/6
913/6 922/13 940/6
could [115] 692/18
693/14 700/6 702/18
704/7 705/4 707/17
708/17 708/25 709/2
709/9 709/25 717/9
720/9 725/21 726/23
727/1 727/6 727/12
727/19 730/16 732/14
736/8 739/14 739/23
741/7 744/7 749/8
757/18 765/5 765/15
766/6 767/13 770/8
781/3 788/12 793/15
805/8 805/9 814/4
818/5 818/6 818/8
818/12 822/1 824/24
826/3 828/17 829/14
829/19 829/21 830/3
830/5 830/15 830/17
831/6 831/8 831/11
831/16 831/18 832/11
832/20 832/22 833/9
833/11 834/4 834/6
834/17 834/19 836/10
836/14 836/17 837/13
837/15 838/2 838/4
839/18 841/5 841/8
843/3 843/23 844/8
844/21 844/22 846/1
846/5 846/11 846/17
847/2 847/22 848/2
848/4 850/19 852/6
855/4 856/1 861/17
863/3 866/2 869/10
903/3 904/11 905/10
914/15 916/10 919/25
920/1 922/20 927/24
929/15 937/18 939/2
couldn't [16] 741/3
742/2 753/16 823/10
823/15 825/10 825/12
902/22 904/20 905/7
905/7 912/8 912/11
915/22 916/25 922/2
counsel [13] 690/5
697/3 697/9 728/20
761/24 788/12 788/14
788/23 789/20 790/2
913/6 930/22 940/7
counsel's [1] 788/25
count [50] 730/16
787/4 880/19 880/22
880/25 881/1 881/4
881/12 882/7 883/13
883/24 883/25 884/17
886/2 887/1 887/18
889/12 890/5 890/19
890/21 891/2 891/18
892/16 893/22 893/24
894/14 895/6 895/18
895/21 895/23 896/14
897/4 897/5 897/9
897/10 899/11 901/17
901/25 902/15 905/12
906/12 906/18 906/23
907/2 913/13 913/17
913/18 915/10 931/7
937/5
counter [14] 801/16
801/20 801/21 801/22
802/2 802/4 802/8
802/22 814/16 814/20
820/15 821/16 821/17
821/24
counter-protest [1]
821/24
counter-protestor [6]
801/20 801/21 801/22
802/22 821/16 821/17
counter-protestors [7]
801/16 802/2 802/4
802/8 804/16 814/20
820/15
counterparts [6]
695/20 698/16 700/9
704/2 704/8 711/7
counterparts' [1]
704/5
counters [2] 796/12
796/15
counting [1] 796/11
country [7] 712/21
763/2 860/7 861/8
900/18 910/16 911/25
counts [18] 880/18
883/19 883/19 884/18
888/5 889/12 898/21
901/5 906/11 912/16
913/10 913/11 913/12
914/24 922/25 924/20
926/23 937/6
Counts 5 [2] 906/11
922/25
County [1] 772/2
couple [2] 760/21
768/21
course [15] 693/22
752/6 755/9 824/13
861/18 868/3 868/5
876/21 884/1 885/24
893/19 916/6 916/8
917/8 933/2
court [35] 686/1
687/12 688/17 688/21
693/6 716/5 732/6
759/11 759/18 777/1
786/25 787/13 787/25
792/3 798/20 799/11
799/16 799/18 799/22
814/5 866/4 875/5
905/12 906/2 912/21
921/5 921/18 924/6
924/20 925/11 932/5
933/12 933/17 938/7
942/3
Court's [3] 826/25
828/22 857/7
courthouse [1] 940/24
courtroom [21] 692/19
697/14 697/16 734/18
770/14 770/16 788/7
788/11 791/19 838/25
839/2 866/5 870/9
872/5 898/3 898/5
919/19 934/15 935/15
802/8 804/16 814/20
820/15
counterparts [6]
695/20 698/16 700/9
704/2 704/8 711/7
counterparts' [1]
704/5
counters [2] 796/12
796/15
counting [1] 796/11

courts [2] 687/12
928/6
cover [3] 753/3 917/19
929/22
coverage [1] 718/3
covered [3] 904/10
904/12 918/7
covers [4] 726/5 726/6
883/24 883/25
COVID [1] 729/19
crafty [1] 920/9
Craig [6] 732/2 732/12
732/15 756/15 770/22
781/1
crazy [1] 725/7
CRC [1] 687/11
create [1] 923/5
created [2] 920/9
929/8
creates [1] 885/11
credibility [9] 789/15
871/22 877/6 877/10
877/14 877/19 877/21
879/12 921/23
credit [4] 769/25
784/25 878/17 878/25
cried [1] 828/4
crime [2] 794/5 873/2
crimes [5] 718/18
725/10 762/13 886/10
891/25
criminal [6] 686/3
686/15 690/3 873/7
873/25 925/11
critically [1] 936/16
CRM [1] 686/12
cross [19] 688/4 688/7
688/10 688/14 712/2
728/22 728/25 770/12
770/20 770/22 789/13
790/12 810/16 810/18
839/6 913/7 920/23
922/14 923/22
cross-examination
[12] 688/4 688/7
688/10 688/14 712/2
728/22 728/25 770/20
770/22 810/18 922/14
923/22
cross-examine [2]
789/13 913/7
crowd [17] 808/9
808/10 808/25 822/12

**C**

**crowd... [13]** 827/8
840/15 843/8 843/11
843/14 850/3 850/4
854/19 856/15 908/20
909/18 919/12 929/6
**crystal [1]** 926/2
**curfew [5]** 721/10
723/4 723/7 725/4
899/24
**current [2]** 785/7
840/23
**currently [7]** 694/4
717/13 732/20 833/21
843/25 854/24 856/12
**Curtice [5]** 820/6
835/5 904/14 908/10
914/22
**Curtice's [2]** 833/15
837/8
**custody [2]** 756/8
756/12

**D**

**D-O-D-S-O-N [1]**
716/16
**D.C [25]** 717/1 717/13
717/17 717/19 718/1
721/2 725/5 725/14
728/4 728/9 728/10
728/18 729/19 747/2
766/5 800/13 801/12
813/17 815/3 821/2
883/12 898/24 910/5
927/16 928/5
**dab [1]** 923/24
**damage [5]** 882/11
882/13 895/16 897/1
902/22
**danger [6]** 780/13
782/24 814/24 836/1
882/10 882/11
**dangerous [46]** 886/6
886/24 888/6 888/9
889/1 889/15 890/2
890/20 890/22 891/8
891/21 892/14 893/21
894/3 894/16 895/3
895/20 896/3 905/13
906/16 906/19 912/24
913/4 913/20 913/24
914/5 914/7 915/12
915/14 915/24 916/6
916/7 916/9 916/13

916/15 918/7 919/5
919/7 920/21 920/22
923/5 924/5 924/23
925/18 926/22 930/2
**dark [1]** 720/7
**date [10]** 761/16 762/9
762/17 762/18 768/6
768/10 768/14 783/9
900/19 942/10
**daughter [4]** 700/2
702/13 702/22 709/20
**DAVID [63]** 686/6
690/4 718/12 719/10
733/1 737/23 738/10
760/23 760/25 776/14
783/6 784/10 791/22
792/12 792/14 792/18
795/13 810/18 813/13
861/21 863/3 912/23
913/8 913/9 914/4
914/9 914/21 914/23
915/11 915/17 915/23
915/25 916/24 918/2
918/5 918/24 918/25
919/2 919/5 920/5
920/13 920/16 920/19
921/1 921/10 921/13
921/25 922/3 922/10
922/22 923/1 923/8
923/16 924/2 924/4
924/12 924/16 924/23
926/5 926/13 926/13
926/23 926/25
**David's [4]** 852/11
920/2 924/16 926/21
**day [96]** 686/9 698/11
701/18 705/17 717/23
717/24 718/3 718/9
719/1 720/24 722/19
725/6 726/15 727/20
728/11 729/16 743/3
743/13 744/22 750/14
761/3 762/12 765/3
767/20 768/12 778/20
781/16 794/2 794/3
794/22 798/23 809/1
810/8 810/12 810/13
822/20 823/18 825/9
832/3 832/5 834/12
836/22 840/25 845/7
845/23 845/25 848/16
848/18 850/9 850/10
854/3 858/11 860/11
860/11 860/22 861/2

861/23 862/4 869/24
899/10 899/19 899/21
899/25 900/2 900/15
900/17 901/9 902/7
904/16 904/18 905/22
908/6 909/12 910/11
910/13 911/24 911/25
912/3 912/4 914/5
914/8 918/21 918/22
919/4 919/13 919/21
920/10 927/21 928/14
929/6 930/3 930/13
930/14 930/17 935/16
935/23
**days [3]** 726/5 726/11
797/8
**daytime [1]** 934/20
**DC [4]** 686/5 686/13
686/16 687/13
**dcd.uscourts.gov [1]**
687/14
**deadly [37]** 885/6
886/5 886/24 888/6
888/9 889/1 889/15
890/2 890/20 890/22
891/8 891/20 892/13
893/21 894/3 894/16
895/3 895/20 896/2
906/15 912/24 913/4
913/19 913/23 914/5
914/7 915/12 915/14
915/24 916/6 916/7
916/13 919/6 919/7
920/21 924/5 924/23
**deal [1]** 800/11
**death [8]** 885/12 887/7
890/23 890/25 896/25
913/25 923/11 926/17
**debate [1]** 905/15
**December [3]** 799/8
801/11 816/2
**decide [12]** 787/10
787/10 798/14 871/19
871/20 871/21 872/15
875/16 880/12 910/19
910/19 935/24
**decided [3]** 813/12
813/16 910/19
**deciding [1]** 883/16
**decision [7]** 706/22
706/24 787/2 788/18
790/3 799/2 919/5
**decisions [3]** 706/5
706/8 706/12

**declaration [4]** 721/10
722/1 722/15 722/16
**declines [1]** 729/8
**deconstruct [1]**
927/13
**decontaminate [1]**
909/15
**dedicated [1]** 908/4
**deep [1]** 819/12
**defend [2]** 827/25
921/6
**defendant [140]** 686/7
687/3 690/12 692/15
692/16 719/17 729/23
734/25 736/17 743/3
759/15 767/24 787/6
790/1 791/1 791/2
842/22 855/10 867/8
867/19 867/22 868/7
868/9 873/6 873/8
877/8 879/17 879/18
879/20 879/22 880/19
880/24 881/6 881/13
881/16 881/19 883/16
883/18 883/20 884/2
884/5 884/7 884/9
884/14 885/17 885/24
886/2 886/12 886/14
886/17 886/18 886/23
886/25 887/4 887/6
887/8 887/13 888/8
888/11 888/12 888/18
888/24 889/2 889/4
889/13 889/21 889/24
890/1 890/2 890/5
890/9 890/11 890/24
891/2 891/6 891/9
891/11 891/12 891/18
892/2 892/5 892/7
892/13 892/15 892/19
892/21 894/1 894/4
894/6 894/7 894/14
894/21 894/24 895/1
895/2 895/6 895/10
895/12 896/1 896/4
896/6 896/7 896/15
896/17 896/20 896/22
897/14 897/15 898/17
898/21 899/11 899/13
901/1 901/13 901/16
901/18 902/3 902/16
902/17 903/9 904/24
905/10 905/16 905/24
906/6 906/10 906/25

**defendant... [13]**
907/6 909/25 912/3
912/5 912/12 914/1
914/3 918/17 918/18
928/17 929/3 930/20
937/21
**defendant's [8]** 787/21
874/8 879/24 881/23
892/10 892/24 927/13
929/7
**defendants [1]** 921/4
**defender [1]** 913/6
**DEFENDERS [2]** 687/3
687/6
**defending [1]** 826/18
**defense [20]** 697/9
728/20 759/11 770/8
786/23 788/19 789/18
790/25 791/21 791/22
865/6 866/21 868/11
868/18 870/16 904/9
930/1 937/3 938/12
941/8
**defer [2]** 787/2 787/7
**definitely [3]** 809/8
836/15 940/10
**definition [3]** 867/1
897/6 915/9
**definitions [4]** 882/7
884/18 890/12 893/2
**deflect [5]** 904/4 917/3
917/6 917/6 917/20
**defrauded [2]** 795/19
796/25
**defrauding [1]** 826/10
**degree [4]** 793/6
875/20 882/3 912/5
**delay [1]** 761/12
**delayed [2]** 882/3
899/13
**delegitimizing [1]**
861/8
**delete [2]** 868/6 868/8
**deliberate [6]** 692/1
889/11 924/10 927/1
930/13 935/17
**deliberating [2]**
924/25 939/12
**deliberation [1]** 877/2
**deliberations [15]**
866/16 871/2 872/22
877/5 881/2 881/8
898/1 931/11 932/4

934/11 935/20 936/4
**demeanor [1]** 877/22
**democracy [1]** 861/6
**deniers [2]** 833/4
927/23
**dense [2]** 916/20
923/6
**department [5]** 882/21
882/24 882/25 883/3
883/10
**departments [1]**
882/25
**depend [1]** 791/7
**depending [3]** 760/3
852/24 868/25
**depends [2]** 807/19
826/7
**depict [1]** 698/1
**depicted [12]** 796/3
797/9 801/15 803/5
808/19 809/13 815/25
833/6 833/24 833/25
862/9 914/6
**depicting [2]** 751/14
769/14
**depictions [1]** 926/12
**depicts [1]** 859/18
**deployed [1]** 820/6
**describe [4]** 733/15
739/2 752/2 863/4
**described [11]** 877/17
890/19 893/22 893/23
895/17 895/21 895/22
897/3 897/8 897/10
931/8
**description [1]** 745/13
**deserve [1]** 872/6
**deserves [1]** 879/25
**designed [3]** 917/20
918/11 922/14
**desire [2]** 789/17
879/5
**despite [3]** 820/16
826/14 902/24
**destruction [2]** 895/16
897/1
**detail [4]** 694/1 695/13
698/18 903/22
**detailed [1]** 695/12
**details [7]** 695/20
695/24 726/25 728/4
878/11 932/17 932/25
**Detective [1]** 857/17

**detector [3]** 819/17
820/17 820/19
**detectors [3]** 819/17
819/19 820/16
**deter [1]** 901/15
**determination [3]**
754/1 757/22 933/25
**determine [15]** 719/6
733/21 753/18 753/19
753/22 772/4 785/1
871/17 872/12 874/21
876/9 877/11 879/4
921/20 921/22
**determined [3]** 757/12
771/21 876/7
**determining [4]** 877/7
878/23 880/15 888/9
**Detroit [8]** 795/22
795/23 795/23 809/20
818/14 818/23 818/24
819/1
**devices [2]** 753/3
753/5
**diameter [2]** 804/14
804/17
**dictate [1]** 919/22
**did [251]** 695/15 696/9
698/23 698/25 701/22
701/24 702/10 702/14
702/17 705/11 707/8
710/22 714/19 714/20
714/25 715/1 718/11
718/14 719/6 719/22
721/8 722/24 723/2
723/4 729/16 732/24
733/3 733/5 733/9
733/11 733/15 733/22
733/24 734/7 734/9
734/12 734/14 737/18
737/20 739/7 739/9
742/18 743/23 744/21
746/8 748/8 748/8
749/4 749/10 750/17
751/16 751/19 753/2
753/4 753/5 753/22
753/25 756/16 756/18
772/9 772/10 775/2
775/2 775/4 775/5
775/7 775/11 775/24
776/3 776/6 776/7
777/6 777/7 777/8
777/11 777/12 777/13
777/13 777/21 777/23
777/25 778/1 778/3

778/9 778/11 778/17
778/25 778/25 779/1
779/11 779/13 779/14
779/15 779/16 779/21
780/4 780/13 781/18
782/2 782/4 785/19
785/20 785/21 786/2
790/22 790/23 790/24
793/5 793/12 793/17
793/22 793/24 794/8
794/19 794/23 795/3
796/5 796/17 796/18
797/19 798/3 798/5
798/14 799/6 799/9
799/12 800/5 800/13
800/15 800/19 800/22
800/22 801/4 801/5
801/8 801/14 802/5
802/11 802/23 803/1
805/1 806/2 806/5
806/10 806/14 806/24
807/1 807/3 807/5
807/7 807/10 807/11
807/12 807/16 807/17
807/25 807/25 808/3
808/5 808/14 808/16
808/22 810/2 811/16
812/2 812/2 812/10
813/6 816/15 816/17
816/19 816/21 816/23
818/2 818/4 818/7
818/16 818/24 819/2
820/23 821/2 821/8
821/14 822/15 822/24
822/25 826/2 826/11
826/14 827/21 827/23
828/7 834/1 834/13
836/8 836/11 839/17
840/11 841/1 842/8
845/23 858/25 859/12
860/9 862/18 864/3
867/21 880/11 880/11
883/18 884/7 884/9
886/17 886/18 887/6
887/8 890/1 890/11
892/7 892/21 895/1
895/12 903/6 904/4
905/12 908/13 909/14
910/25 911/2 911/7
911/7 911/8 911/9
911/9 912/24 914/9
915/25 916/16 918/24
922/12 922/13 923/9
928/10 928/12 928/20

**D**

**did... [6]** 928/22
928/23 930/8 930/14
930/15 930/16
**didn't [62]** 747/3
785/19 796/16 801/13
802/6 802/13 806/6
807/14 808/12 808/22
808/24 812/1 818/17
818/19 818/23 819/1
820/18 820/19 821/9
823/21 825/3 827/7
836/4 836/8 836/11
840/8 840/25 841/2
848/23 849/23 853/5
859/21 861/1 901/16
905/25 908/8 914/5
914/15 914/16 914/21
914/23 915/21 916/4
919/5 920/19 922/15
922/16 922/2 923/4
923/6 923/13 923/14
923/16 923/17 926/20
927/16 927/18 927/18
929/4 929/5 929/9
936/25
**die [4]** 763/2 860/7
860/20 861/12
**difference [1]** 907/4
**differences [1]** 878/20
**different [26]** 690/18
691/18 691/20 693/23
694/14 713/10 774/4
774/14 782/7 798/16
799/1 799/20 799/20
801/11 804/10 804/19
816/12 816/12 816/13
822/20 840/11 844/3
872/20 901/20 901/20
921/9
**difficult [3]** 772/4
919/3 925/23
**digital [1]** 844/18
**dimensional [1]**
917/13
**dining [3]** 747/16
747/16 747/17
**dire [1]** 908/17
**direct [28]** 688/4 688/7
688/10 688/14 693/12
716/13 732/12 788/10
789/14 790/11 790/11
792/12 812/10 828/20
846/25 850/7 850/15

658/18 874/19 874/22
874/25 875/6 875/13
875/17 875/20 875/22
908/6 922/13
**direction [4]** 794/15
811/8 811/19 812/5
**directly [2]** 800/7
880/2
**disability [1]** 872/9
**disagreed [1]** 811/8
**disappointed [6]**
798/12 813/23 813/25
814/2 814/11 928/8
**disavowed [1]** 860/10
**disbelieved [1]** 879/19
**discarding [1]** 930/17
**discuss [8]** 690/17
788/6 913/20 933/2
933/3 935/1 935/8
939/20
**discussed [2]** 788/21
810/5
**discussing [7]** 708/21
800/3 810/9 810/11
839/16 934/6 936/1
**discussion [10]**
714/22 738/16 786/21
788/3 851/6 852/8
853/13 870/13 870/21
934/3
**discussions [3]**
714/24 800/2 932/11
**disfigure [1]** 807/3
**disfigurement [4]**
885/12 913/25 915/17
926/16
**disgrace [6]** 837/18
837/25 907/23 912/10
912/12 912/13
**disgraced [1]** 737/19
**dislikes [1]** 871/24
**disobey [1]** 897/12
**disorder [6]** 881/14
882/1 882/2 882/8
899/12 899/12
**disorderly [9]** 891/19
892/5 892/16 892/19
893/2 893/4 893/12
894/2 906/18
**disposal [1]** 755/19
**disputable [1]** 914/8
**disregard [1]** 897/13
**disrupt [3]** 892/8
892/22 899/1

**disrupted [2]** 892/19
892/25
**disruptive [8]** 891/19
892/5 892/17 892/20
893/17 893/18 894/2
906/18
**distance [2]** 818/6
928/24
**distinction [1]** 841/24
**distribution [2]** 728/15
728/16
**DISTRICT [8]** 686/1
686/1 686/10 687/12
721/21 882/16 882/17
882/18
**disturb [1]** 893/3
**disturbance [2]** 882/8
893/18
**disturbing [1]** 910/6
**divided [1]** 933/18
**division [9]** 694/3
694/3 694/4 694/8
694/9 694/10 694/11
695/2 718/17
**divisions [1]** 693/23
**do [224]** 690/22
690/25 690/25 691/1
691/25 692/10 693/5
694/11 696/22 696/24
696/25 697/2 699/10
704/19 706/4 706/8
706/13 709/6 709/16
716/4 716/8 718/3
720/2 720/14 720/16
720/25 721/1 721/17
724/10 726/2 726/9
727/6 727/24 732/5
732/8 734/18 734/19
736/3 736/4 736/17
736/19 738/3 738/7
738/8 739/20 739/22
740/8 740/10 741/13
741/19 743/9 743/10
744/1 745/7 745/9
746/11 746/12 748/2
748/3 749/6 749/7
749/22 749/24 750/19
751/11 752/21 755/13
755/14 756/1 756/2
756/3 756/5 756/6
756/6 756/7 756/9
756/10 756/11 756/13
756/20 756/20 757/7
757/8 757/22 758/11

759/21 760/10 760/15
760/16 763/18 767/1
769/6 769/11 770/11
777/1 777/2 779/22
781/4 781/12 781/15
783/2 783/4 783/5
783/20 783/22 783/23
784/4 784/25 784/25
787/3 787/6 787/10
787/23 788/7 788/18
789/3 789/3 789/7
789/12 790/6 790/7
791/13 792/2 792/21
792/23 793/2 793/20
795/17 796/10 798/5
799/12 800/15 800/17
803/1 803/6 803/8
805/19 806/24 808/16
809/11 809/15 810/8
811/23 812/19 812/25
813/5 813/12 814/6
817/4 820/11 821/1
827/15 830/13 834/16
834/24 835/13 835/18
836/11 836/11 836/12
836/15 836/25 838/16
840/4 845/6 852/18
852/20 852/20 860/9
862/3 862/5 863/11
864/9 864/19 865/16
865/17 865/21 865/22
868/22 870/3 880/11
880/23 889/3 889/8
890/1 890/11 891/10
891/15 894/5 894/10
896/5 896/11 897/12
898/22 902/4 905/1
905/3 907/24 908/13
910/9 912/5 916/4
919/4 919/23 919/24
922/14 925/17 926/21
927/5 929/17 929/22
932/24 934/10 934/21
935/5 936/1 936/2
936/3 938/25 939/3
939/14 939/24 940/12
940/13
**document [30]** 720/14
720/17 721/17 721/23
723/12 723/14 723/19
724/10 725/25 726/8
726/10 726/19 726/23
728/6 728/12 743/9
745/13 752/2 752/4

**D**

**document... [11]**
752/16 754/15 754/15
755/8 760/3 765/11
791/7 791/10 866/9
866/12 866/13
**documents [3]** 723/21
758/20 866/8
**Dodson [12]** 715/25
716/13 716/16 720/2
720/24 721/18 722/12
728/19 729/1 729/3
729/5 899/22
**does [50]** 691/6
692/13 694/11 697/9
698/1 698/3 701/4
701/7 722/13 744/24
745/16 747/18 747/20
755/7 759/14 761/10
763/4 763/6 763/10
764/5 765/6 766/10
766/14 767/24 769/8
782/20 787/21 791/1
791/13 853/25 864/15
865/6 865/10 866/23
867/3 867/19 868/15
868/18 869/7 873/11
875/15 875/19 883/15
897/15 908/22 911/10
911/11 927/5 934/1
938/6
**doesn't [15]** 692/9
796/15 801/25 853/2
902/20 902/21 903/12
908/25 911/14 916/20
917/24 922/1 928/20
929/1 929/25
**doing [25]** 735/3 777/9
808/8 808/9 813/9
819/4 828/3 829/12
829/15 829/15 829/16
829/17 835/15 835/16
835/21 836/12 843/13
858/11 868/4 883/14
886/23 901/9 903/17
920/13 928/1
**DOJ [1]** 686/12
**DOJ-CRM [1]** 686/12
**dome [1]** 907/19
**domestic [1]** 764/24
**don't [85]** 691/2
691/18 705/25 710/8
727/5 729/23 735/24
741/10 741/16 741/20

764/16 770/10 773/2
773/24 774/3 774/5
774/25 778/13 779/24
781/13 786/20 787/23
790/16 800/18 800/24
802/16 803/2 804/5
806/25 807/11 809/1
809/17 810/24 814/23
818/4 820/24 821/22
826/9 826/9 832/7
832/8 833/23 835/3
836/24 836/25 840/11
840/12 842/8 843/10
844/17 845/8 845/10
845/11 849/17 850/11
852/21 856/15 856/18
863/12 864/25 868/22
902/11 903/20 903/20
910/12 911/3 911/14
913/13 918/24 919/1
920/4 920/15 921/5
922/17 922/18 922/21
925/1 925/22 925/23
925/25 939/1 939/24
**Donald [4]** 818/6
849/11 849/14 855/20
**done [16]** 691/12
691/12 698/13 730/2
752/6 838/13 851/11
872/14 880/6 902/8
902/9 902/9 902/22
907/9 910/15 933/1
**door [10]** 731/12 776/3
776/8 776/10 776/18
776/22 776/24 777/5
777/14 782/6
**doors [4]** 708/4 708/21
708/22 708/24
**doorway [1]** 847/16
**Doss [4]** 719/16 720/5
732/22 780/8
**Doss' [1]** 754/10
**doubt [49]** 873/10
873/15 873/19 873/22
874/2 874/3 874/3
874/4 874/8 874/9
874/9 874/13 874/13
874/14 874/16 874/18
877/8 880/16 881/18
884/4 885/22 886/14
887/3 888/16 889/23
890/8 892/4 892/18
894/23 895/9 896/19

512/1 3 975/5 915/7 916/1
924/1 924/8 924/22
925/1 925/3 925/4
925/6 925/7 925/9
925/10 925/13 925/14
926/7 926/25 931/18
**doughnuts [2]** 939/23
940/4
**down [31]** 714/1
714/10 715/22 727/18
727/19 728/11 739/5
755/22 766/14 766/18
776/3 786/16 787/19
811/1 820/22 820/23
821/3 821/6 821/12
822/3 822/6 822/8
822/24 838/24 850/19
851/20 856/19 865/5
907/10 908/18 934/20
**draft [1]** 866/14
**drain [1]** 805/14
**draw [1]** 873/4
**drawers [1]** 778/14
**drawn [2]** 777/18
875/1
**dress [1]** 908/18
**dressed [2]** 905/24
908/13
**drive [2]** 798/2 813/16
**driver's [9]** 772/7
772/9 772/21 772/24
783/6 783/22 783/24
785/5 785/7
**driving [1]** 773/15
**drop [2]** 806/5 929/24
**dropped [3]** 847/10
916/5 923/2
**drove [2]** 798/12 910/9
**drywall [1]** 926/5
**due [5]** 701/10 722/16
794/15 822/13 900/15
**duration [2]** 744/17
922/23
**during [27]** 704/3
710/16 713/11 718/1
723/6 734/10 748/5
750/2 771/8 774/22
784/7 794/4 822/13
852/12 867/9 871/2
871/20 872/21 876/21
880/13 881/2 881/14
882/1 890/3 892/14
895/3 933/5
**duties [8]** 881/25

883/16 883/23 884/13
886/5 886/22 887/12
887/16
**duty [16]** 871/14
873/16 873/20 881/8
885/20 885/21 885/23
885/24 888/15 888/17
901/7 905/3 905/11
915/8 924/8 924/12

**E**

**E-X-T-R-O-N [1]**
793/16
**each [26]** 744/6 744/24
810/8 828/16 845/22
863/14 876/7 879/7
880/19 880/20 880/22
881/17 884/3 886/13
889/22 892/3 894/22
896/18 897/19 913/10
928/17 931/5 931/6
931/7 932/13 939/15
**earlier [18]** 729/13
760/21 808/10 809/5
818/20 833/8 848/21
850/7 850/15 854/3
855/10 862/7 866/7
869/15 871/23 872/15
877/18 935/4
**early [3]** 723/16
729/22 826/22
**earned [1]** 793/6
**easel [2]** 857/2 857/4
**easier [1]** 788/7
**easily [3]** 727/6 916/7
916/8
**east [1]** 704/24
**easy [1]** 922/11
**eat [1]** 940/4
**edge [2]** 916/22 923/6
**edges [1]** 917/23
**edit [2]** 937/20 937/22
**education [1]** 872/10
**effect [1]** 921/22
**effective [4]** 806/6
806/7 847/9 916/3
**effectively [1]** 819/25
**effectuate [3]** 742/18
744/11 782/7
**effectuated [1]** 743/6
**efficient [1]** 871/12
**effort [2]** 904/4 916/10
**efforts [4]** 889/7
891/14 894/9 896/10

**eight [7]** 728/12
805/20 844/22 844/22
907/7 913/9 926/23
**eight-page [1]** 728/12
**Eighteen [1]** 868/2
**either [14]** 692/11
759/9 764/25 790/11
795/1 799/7 832/9
854/5 854/24 856/8
866/18 870/5 879/2
879/14
**elapsed [1]** 878/9
**election [60]** 712/14
712/20 712/22 713/3
713/4 713/7 715/8
715/11 765/20 794/7
794/8 794/11 794/14
794/19 794/21 794/22
795/3 795/4 795/7
795/15 795/19 796/11
796/25 797/5 797/7
797/10 798/18 798/23
799/15 799/22 800/3
800/6 809/10 809/14
809/21 809/22 810/5
810/10 812/11 813/5
813/11 814/10 822/2
823/24 826/10 826/18
827/18 828/1 833/3
833/5 835/22 836/13
838/12 840/20 848/14
857/24 861/4 861/7
910/25 927/23
**election's [1]** 798/21
**elections [1]** 910/16
**electoral [4]** 696/7
703/7 900/17 910/17
**electrical [3]** 793/7
914/10 919/6
**electronic [3]** 753/3
753/5 938/20
**electronically [1]**
938/23
**Electronics [1]** 793/13
**element [8]** 873/15
873/18 884/16 887/17
913/22 924/7 924/9
924/12
**elements [28]** 690/21
690/22 690/23 692/3
865/18 881/15 881/17
884/4 886/8 886/10
886/14 887/3 889/18

889/23 890/7 891/23
891/25 892/4 892/18
894/18 894/23 895/8
896/19 897/19 913/12
913/13 913/19 931/17
**Eleven [1]** 716/19
**Elizabeth [2]** 686/12
690/7
**Ellipse [4]** 714/2 731/9
819/14 852/4
**Elm [1]** 687/7
**ELMO [7]** 727/2
727/23 745/24 760/10
761/5 763/16 769/19
**else [20]** 691/1 699/24
743/5 762/16 766/12
771/9 775/3 775/4
812/4 815/7 856/13
860/24 865/6 877/20
928/1 933/4 936/24
938/22 940/13 941/7
**else's [1]** 930/16
**email [13]** 691/9
698/15 699/2 699/10
700/9 700/19 724/13
725/3 725/11 867/9
867/11 932/24 938/18
**emergency [2]** 721/10
721/10
**emotional [2]** 918/16
919/9
**emotions [5]** 919/14
919/16 919/18 919/20
919/21
**employed [1]** 716/20
**employee [13]** 764/18
882/23 883/21 884/12
886/4 886/21 887/11
887/14 915/3 937/8
937/12 937/15 937/19
**employees [2]** 765/20
857/24
**empty [2]** 723/3 723/3
**encountered [2]** 802/2
802/4
**encourage [1]** 932/12
**end [22]** 691/25
734/12 763/9 763/10
801/11 803/23 803/23
805/2 814/9 814/20
816/1 844/19 870/16
870/18 898/19 898/20
902/16 911/24 912/9
924/14 930/12 935/16

**ended [2]** 711/18
849/8
**ends [5]** 763/11
804/22 805/7 814/21
917/23
**energy [1]** 916/21
**enforcement [10]**
700/9 711/7 717/18
717/23 719/2 721/4
881/13 881/22 881/24
928/16
**enforcing [1]** 883/12
**engaged [12]** 881/25
883/22 884/13 886/4
886/22 887/12 887/15
892/5 892/19 894/24
895/10 896/20
**engaging [7]** 833/21
837/22 894/15 895/7
896/1 896/7 899/21
**engineering [2]** 793/7
793/7
**enjoyed [1]** 911/25
**enough [15]** 791/11
813/9 813/12 818/11
821/15 838/1 840/5
840/16 840/18 847/4
861/4 869/25 917/8
926/22 928/2
**ensure [3]** 698/8
865/23 869/24
**ensured [1]** 711/8
**entailed [1]** 721/25
**enter [3]** 731/15 881/7
906/21
**entered [11]** 692/19
697/16 770/16 791/19
839/2 870/9 889/24
890/9 898/5 906/12
934/14
**entering [6]** 889/13
890/6 891/6 891/12
894/7 933/23
**enters [2]** 731/13
744/18
**entire [4]** 822/16
826/20 826/24 861/8
**entirely [2]** 880/12
934/12
**entirety [2]** 710/17
850/8
**entities [1]** 694/14
**entitled [2]** 879/8
942/5

**entity [1]** 883/7
**entry [1]** 756/11
**epicenter [1]** 823/5
**equal [1]** 875/18
**equipped [4]** 800/10
812/13 812/15 812/17
**erase [1]** 920/5
**erected [2]** 862/10
900/14
**Eriksen [9]** 686/12
688/7 688/10 688/11
688/18 690/8 898/6
898/10 937/1
**escalate [1]** 802/9
**escorted [1]** 900/22
**especially [3]** 690/20
727/14 922/25
**essential [1]** 722/23
**essentially [3]** 757/1
801/18 826/17
**establish [3]** 696/10
733/19 853/3
**established [10]** 696/2
696/8 698/2 698/4
712/10 712/16 712/17
856/22 885/21 888/16
**establishment [1]**
883/4
**estimate [2]** 806/1
862/17
**et [1]** 813/15
**ethnic [1]** 872/8
**evaluate [1]** 877/18
**evaluated [1]** 879/10
**evaluating [4]** 877/14
878/7 879/12 879/21
**even [19]** 719/4 770/3
812/25 813/6 824/8
824/11 845/8 845/16
848/21 848/22 864/6
903/20 903/20 908/15
911/14 911/15 916/4
916/21 924/11
**evening [5]** 715/5
715/8 722/25 930/24
938/1
**event [16]** 696/3 696/5
712/17 714/1 742/3
878/8 878/9 878/10
878/11 879/14 881/6
881/9 893/19 902/13
919/10 936/10
**events [6]** 718/4 718/9
758/23 762/19 794/21

**E**

events... [1] 899/25
eventually [7] 711/13
711/17 714/25 715/11
778/3 841/17 849/8
ever [7] 781/16 782/2
794/5 800/5 805/13
919/24 920/24
every [22] 712/20
713/2 713/5 718/20
752/6 795/5 795/9
862/3 862/5 873/6
873/15 902/25 907/15
916/20 923/17 927/10
927/10 927/19 928/13
929/12 930/14 930/17
everybody [5] 812/4
813/15 860/10 860/24
899/5
everybody's [1]
813/14
everyday [1] 885/15
everyone [8] 690/9
690/13 692/20 762/15
766/12 790/15 935/19
938/2
everyone's [2] 708/17
855/17
everything [12] 691/16
722/22 727/14 815/7
815/15 847/7 905/25
906/9 910/3 929/10
929/22 938/22
everywhere [2] 800/25
920/22
evidence [142] 689/4
689/4 689/5 689/5
689/6 689/6 689/7
689/7 689/8 689/8
689/9 689/9 689/10
689/10 689/11 689/11
689/12 689/12 689/13
689/13 689/14 689/14
689/15 689/15 689/16
689/16 689/17 689/17
689/18 691/12 699/15
708/9 719/23 744/1
745/1 745/3 745/11
746/24 747/4 748/9
750/4 751/12 756/7
757/11 758/11 759/12
780/16 780/20 785/14
787/10 829/3 850/20
851/18 851/23 852/12

852/17 858/24 859/6
865/11 865/15 865/18
870/23 871/20 871/21
872/13 872/20 872/20
872/23 872/24 872/25
873/3 873/4 873/13
874/5 874/5 874/7
874/20 874/20 874/22
874/22 874/25 874/25
875/2 875/6 875/11
875/14 875/15 875/17
875/19 875/20 875/22
876/3 876/6 876/9
876/16 876/19 877/4
878/17 878/25 879/11
880/8 880/13 880/14
880/20 881/10 883/17
897/19 898/23 900/1
902/3 902/24 906/24
907/11 907/12 907/25
909/25 910/7 913/20
914/4 915/13 915/21
915/23 915/24 918/18
918/19 921/23 922/9
922/10 922/22 923/21
924/17 926/24 927/2
927/12 927/13 931/12
931/22 931/25 932/10
932/12 932/14 932/15
exact [5] 710/8 809/17
818/11 850/12 920/11
exactly [8] 785/12
821/5 862/15 898/22
903/8 927/15 929/2
930/8
examination [26]
688/4 688/4 688/7
688/7 688/10 688/10
688/11 688/14 688/14
693/12 712/2 716/13
728/22 728/25 732/12
770/20 770/22 781/1
792/12 810/18 846/22
850/7 858/18 922/13
922/14 923/22
examine [3] 789/13
913/7 931/23
examiner [5] 754/19
755/8 755/11 755/14
932/1
example [6] 728/8
802/17 875/3 877/22
933/18 935/18
except [3] 929/22

excerpt [1] 760/18
excerpts [2] 759/6
759/7
exchange [3] 762/10
763/10 763/11
exclusive [1] 872/18
exclusively [1] 881/9
excuse [10] 747/16
787/23 814/14 852/21
865/22 869/4 920/2
934/11 934/16 935/23
excused [5] 715/21
786/12 786/12 865/4
935/14
execute [1] 775/18
executed [3] 734/16
771/6 778/5
executive [2] 694/6
882/25
exercising [1] 911/17
exhausted [1] 904/7
exhaustion [3] 849/16
850/3 904/25
exhibit [100] 689/3
696/16 696/23 697/1
697/23 699/5 699/15
699/17 699/19 700/12
701/1 708/13 710/14
720/2 720/3 720/9
720/14 721/14 721/15
722/5 722/8 723/10
723/11 724/1 724/4
724/8 724/9 725/21
727/9 735/20 736/9
736/14 737/1 738/1
738/12 738/20 739/12
739/21 742/5 743/20
744/7 745/7 745/19
745/23 746/1 746/15
747/11 747/22 748/13
748/17 748/18 749/14
749/17 749/22 750/4
750/8 751/8 751/25
752/13 754/14 754/24
755/3 758/5 758/17
761/25 762/6 762/23
763/15 763/23 765/9
765/10 766/7 767/8
768/1 768/2 768/15
768/25 769/11 769/17
769/18 781/4 783/2
783/12 783/17 784/18
831/6 841/5 847/22

533/9 933/1/23
850/20 851/23 853/15
857/13 863/1 900/1
900/25 901/1 901/21
902/10 906/6 929/19
Exhibit 202 [1] 700/12
Exhibit 535 [1] 738/12
Exhibit 605 [1] 724/1
exhibits [16] 724/25
735/10 735/11 759/2
759/3 760/7 877/2
899/4 910/3 912/6
931/22 931/24 938/5
939/4 939/25 940/2
exist [1] 817/13
existence [1] 779/17
exists [2] 934/25
937/22
exited [8] 697/14
770/14 788/11 838/25
866/5 898/3 935/15
936/19
expect [1] 935/19
expense [2] 813/19
835/24
experience [5] 717/5
725/12 772/23 782/8
815/1
experienced [1]
908/11
explain [9] 746/19
750/11 778/1 886/8
889/18 891/23 894/18
894/19 912/25
explained [3] 776/12
776/17 871/23
explore [1] 919/20
exposed [1] 909/7
expressed [1] 872/16
expression [4] 778/13
807/15 872/9 933/24
extent [2] 866/8
877/12
exterior [1] 707/1
extra [1] 751/18
extraction [7] 754/3
754/19 755/10 756/21
756/23 756/24 780/2
extremely [2] 822/12
862/17
Extron [1] 793/13
eye [1] 927/24
eyes [1] 802/13
eyewitness [1] 874/23

**F**

faces [1] 718/25
facial [2] 807/14
 807/15
facilitate [1] 932/11
facilities [1] 694/15
facility [1] 694/2
facing [4] 781/13
 842/17 842/18 842/20
fact [28] 707/9 773/6
 802/7 813/6 813/10
 819/6 825/14 828/7
 830/12 840/4 841/16
 852/22 873/24 874/24
 875/14 879/22 880/24
 885/22 888/17 892/11
 892/25 902/22 902/24
 904/4 904/19 911/7
 922/1 922/3
factfinder [2] 919/19
 926/6
facts [11] 871/18
 871/19 872/12 874/21
 874/25 876/8 880/7
 880/13 921/20 921/21
 934/9
failed [5] 873/18
 915/19 924/7 924/11
 924/22
failing [1] 859/16
fair [12] 791/11 798/16
 871/12 872/6 872/12
 875/25 876/4 910/16
 919/1 919/25 932/9
 932/15
fairly [4] 713/8 805/17
 863/8 879/8
fake [2] 762/14 815/17
falling [2] 875/4 875/6
falsehood [1] 878/20
familiar [2] 725/8
 725/15
family [11] 694/25
 699/24 701/6 702/10
 709/17 710/13 763/25
 899/5 900/22 910/4
 911/23
fan [1] 795/1
far [8] 728/15 734/22
 735/11 793/5 798/2
 863/11 912/10 927/24
fashion [1] 933/19
fast [5] 691/2 697/12
 810/23 837/7 868/25

fast-forwarded [1]
 837/7
faster [1] 909/6
fault [1] 924/16
favor [1] 875/15
FBI [14] 716/17 716/18
 716/20 717/4 717/6
 717/18 717/22 732/16
 732/17 732/18 744/21
 776/4 785/3 790/23
FBI's [1] 730/8
fear [3] 885/7 893/6
 893/14
federal [15] 687/3
 687/6 694/14 795/18
 881/15 883/12 883/23
 885/20 885/23 886/6
 889/15 891/21 894/17
 896/16 913/5
federally [4] 882/5
 882/19 899/14 899/19
feed [2] 827/21 932/23
feeds [1] 911/1
feel [5] 761/13 796/5
 802/5 871/8 907/20
feelings [1] 800/6
feet [9] 805/17 805/18
 805/19 805/20 846/4
 854/25 856/9 863/4
 863/13
fell [1] 841/17
fellow [8] 698/9 706/9
 706/12 707/8 707/8
 909/2 910/4 933/3
felony [5] 884/16
 884/16 887/17 887/17
 889/6
felt [4] 794/14 803/17
 803/19 904/18
fencing [3] 704/11
 705/1 900/8
few [16] 691/24 737/9
 737/10 762/19 781/5
 788/5 796/1 797/8
 801/14 814/21 820/2
 866/11 889/12 916/2
 923/13 930/23
field [6] 693/25 716/25
 717/1 717/19 718/15
 718/21
Fifteen [1] 771/25
Fifth [7] 788/22 789/9
 789/21 790/4 884/14
 886/23 887/13

fight [3] 763/8 814/22
 815/11 920/24 920/24
fighting [1] 904/25
figure [2] 910/25
 939/15
figures [1] 729/12
file [1] 733/10
filed [1] 754/18
files [1] 771/12
fill [2] 698/16 745/12
final [6] 690/15 690/19
 691/10 768/15 866/9
 866/22
finalized [1] 692/8
Finally [3] 727/21
 883/13 896/14
financial [7] 695/1
 718/18 725/9 726/8
 923/21 923/23 923/24
find [68] 753/5 771/18
 772/6 773/4 779/1
 779/11 785/9 790/1
 790/5 793/12 808/5
 817/4 817/17 873/14
 873/16 873/17 873/20
 876/10 876/13 880/13
 880/24 881/15 881/16
 884/2 884/3 884/23
 886/12 886/13 886/25
 887/2 887/23 889/2
 889/3 889/21 889/22
 890/4 890/7 891/9
 891/11 892/2 892/3
 892/15 892/18 894/4
 894/6 894/21 894/22
 895/6 895/8 896/4
 896/6 896/17 896/18
 898/21 902/20 907/6
 913/21 914/15 918/18
 919/4 922/14 924/6
 924/8 924/12 927/14
 930/20 934/4 941/1
findings [1] 923/9
fine [3] 737/5 740/22
 941/5
finger [1] 907/23
finish [2] 790/11
 824/12
fire [2] 904/18 909/13
firearm [3] 780/5
 782/17 782/18
firearms [1] 779/11
firmly [1] 874/7
first [39] 724/8 729/6

733/18 733/25 734/7
 742/12 742/15 742/16
 758/9 773/4 774/20
 795/7 851/7 851/8
 866/12 871/1 881/19
 884/5 886/14 887/4
 888/24 889/8 889/24
 890/9 891/6 891/14
 892/4 892/19 894/1
 894/10 894/24 895/10
 895/25 896/10 896/20
 903/14 910/25 932/3
 933/2
five [9] 693/21 788/8
 805/16 805/18 809/12
 809/15 819/25 842/11
 913/18
fix [1] 697/5
fixed [1] 697/12
flag [6] 758/20 803/20
 808/19 808/23 809/2
 903/2
flagpole [2] 806/5
 808/25
flags [4] 832/2 832/5
 832/6 903/2
flat [8] 804/22 804/23
 805/7 917/11 917/13
 917/15 917/23 920/8
flex [1] 916/20
flexes [1] 914/13
flexible [2] 913/4
 922/20
flimsy [4] 915/20
 916/1 923/19 925/18
flinch [1] 807/12
floor [9] 686/13 701/13
 702/23 703/4 812/21
 812/23 813/7 864/14
 928/5
flop [1] 917/1
flopping [1] 925/20
floppy [2] 863/5 922/7
flown [1] 813/19
flying [1] 903/2
focus [2] 737/10 921/9
focused [4] 730/21
 764/7 902/15 921/8
fold [1] 923/6
folks [2] 730/9 864/17
follow [8] 744/13
 794/8 847/14 871/6
 871/16 920/3 920/6
 936/16

**F**

**followed [5]** 744/14 755/9 768/13 841/21 841/22
**following [16]** 718/11 722/16 729/19 757/10 787/5 881/17 884/3 886/13 887/3 889/22 890/7 892/4 892/18 894/22 895/8 896/19 908/5
**footage [8]** 707/11 707/23 707/25 708/16 709/7 721/5 731/14 799/23
**forbids [1]** 897/12
**force [10]** 884/19 884/20 884/20 884/21 887/19 887/20 887/20 887/21 916/22 917/3
**forcefully [2]** 887/7 930/5
**forcibly [11]** 884/8 884/19 885/1 885/18 885/25 886/17 887/19 888/1 888/13 888/18 902/8
**forearm [1]** 921/15
**foregoing [1]** 942/4
**forensic [3]** 754/19 755/18 755/22
**foreperson [4]** 932/4 932/6 932/10 933/7
**Forget [2]** 910/15 910/15
**forgot [1]** 905/25
**form [32]** 690/16 692/6 698/15 699/1 700/8 745/12 756/7 756/8 756/12 866/14 866/15 866/17 868/15 868/16 868/19 868/24 869/5 869/25 870/6 875/15 889/10 891/17 894/13 896/12 931/10 931/10 931/11 931/15 931/19 936/6 936/24 937/21
**formal [2]** 873/1 883/7
**formed [2]** 795/20 795/21
**former [14]** 694/18 694/24 695/25 701/6 702/14 706/22 708/23 709/6 709/16 849/11 850/1 850/14 855/20

**forms [2]** 698/23 931/9
**forth [4]** 701/17 706/9 763/25 811/25
**forward [7]** 690/5 713/18 733/19 788/13 791/3 799/22 831/11 832/11 836/17 844/20 844/21 854/6 854/14 917/3 917/7 936/16
**forwarded [1]** 837/7
**found [11]** 751/18 753/6 773/6 778/6 782/18 783/7 783/8 793/13 803/8 803/9 937/4
**four [19]** 712/20 713/2 713/5 728/10 751/16 751/16 751/17 751/21 793/1 804/13 804/17 805/16 805/18 810/12 810/13 819/25 849/17 920/10 937/6
**four-inch [1]** 804/17
**Fourth [4]** 884/10 886/19 887/9 892/13
**frame [1]** 864/4
**fraud [25]** 764/15 765/20 795/7 795/13 797/5 797/7 797/11 809/14 810/10 812/11 813/5 813/11 814/10 822/2 826/18 827/18 828/1 833/5 835/22 836/13 840/20 848/14 857/24 861/4 861/7
**Fraudster [1]** 859/21
**fraudulent [3]** 823/25 824/1 910/25
**free [7]** 871/8 877/19 910/16 933/2 935/8 935/17 936/13
**fricking [1]** 845/11
**friends [3]** 763/25 910/4 911/23
**friendship [1]** 878/5
**front [11]** 819/23 826/1 829/6 855/16 864/8 864/17 902/6 925/19 928/20 929/11 940/7
**fuck [1]** 831/24
**fucking [4]** 737/19 837/18 837/25 912/10
**fulfill [1]** 905/10

**full [9]** 752/16 817/22 864/17 864/19 918/4 921/6 932/15 932/17
**function [8]** 871/11 871/17 882/6 882/19 882/20 885/13 899/15 899/20
**functions [4]** 892/9 892/12 892/23 893/1
**fundamentally [1]** 920/21
**funnily [1]** 821/15
**further [6]** 731/19 770/4 786/8 861/15 865/8 925/25
**Furthermore [1]** 934/4
**future [4]** 765/22 850/5 858/1 859/17

**G**

**gain [1]** 878/4
**game [1]** 919/1
**gas [2]** 843/7 905/8
**gates [1]** 835/6
**gathered [1]** 939/6
**gathering [1]** 704/23
**gave [1]** 921/18
**gear [9]** 801/4 802/16 864/17 864/19 864/21 918/4 918/7 921/12 921/15
**GEITZEN [125]** 686/6 690/4 718/12 719/10 719/11 719/22 720/17 733/1 733/16 734/5 734/13 734/18 734/25 736/3 736/17 737/23 738/10 739/2 739/8 739/20 740/8 742/9 742/13 742/19 748/11 750/14 751/15 753/23 754/5 754/10 757/12 760/25 761/18 762/7 762/23 763/6 763/7 767/4 767/7 769/9 769/14 771/19 774/7 775/12 775/21 776/14 777/7 778/9 778/23 779/14 780/5 780/8 780/10 780/12 780/13 780/17 780/21 781/16 783/25 784/10 784/22 785/15 787/13 787/18

**full [9]** 752/16 817/22 864/17 864/19 918/4 921/6 932/15 932/17
788/12 790/8 790/17 790/23 791/23 791/24 791/25 792/12 792/18 810/18 810/21 810/23 811/4 813/13 824/9 824/15 828/25 829/6 831/21 832/17 832/25 833/14 834/9 834/22 835/5 837/7 838/9 838/20 839/9 839/14 839/18 839/21 841/12 842/17 842/21 844/5 844/12 845/2 848/8 850/24 853/18 854/4 854/18 855/15 856/7 857/12 858/7 859/8 865/4 873/12 873/16 873/20 873/22 880/7 880/16 898/24 900/3 900/8 901/2 912/23 924/9
**Geitzen's [14]** 743/13 745/17 758/15 760/23 761/21 764/13 766/4 772/7 773/11 773/13 779/11 783/6 789/21 873/4
**gender [1]** 872/9
**general [15]** 690/24 717/17 757/17 794/12 794/13 797/16 797/17 802/15 810/12 811/9 812/3 822/2 835/21 907/16 939/14
**generally [11]** 715/19 744/13 751/17 753/25 755/6 755/14 772/24 773/1 773/3 863/20 871/25
**generate [2]** 757/16 758/19
**generated [3]** 718/25 757/10 825/4
**gentlemen [5]** 788/4 870/23 898/13 912/23 914/4
**Georgia [1]** 809/18
**get [54]** 697/10 697/12 703/19 703/24 711/4 735/21 739/12 741/3 744/6 753/16 755/23 764/16 765/7 781/13 787/3 795/4 802/13 802/16 806/19 815/11

**G**

**get... [34]** 817/22
823/20 826/10 841/8
843/18 849/4 851/4
861/17 869/21 899/1
901/5 903/7 903/14
903/15 903/16 903/17
904/5 904/8 911/19
914/1 915/8 916/12
916/25 925/23 928/19
928/21 929/15 929/15
929/16 929/25 930/3
930/6 941/3 941/4
**gets [3]** 755/25 908/20
908/23
**getting [12]** 703/25
704/7 707/5 785/10
802/18 805/16 901/3
905/9 909/3 916/5
917/12 926/19
**give [41]** 690/20
691/13 693/6 716/5
732/6 742/2 769/25
790/23 792/3 805/13
817/3 834/22 865/16
865/24 866/10 866/10
866/11 866/15 868/9
868/23 868/24 869/2
870/2 870/3 871/21
875/3 875/16 875/18
879/7 879/14 879/24
886/9 889/20 894/13
894/19 897/17 897/23
898/1 913/8 930/24
936/10
**given [8]** 696/3 696/5
891/25 913/10 931/16
932/1 936/17 938/13
**giving [7]** 765/21
817/5 830/22 857/25
889/11 891/17 907/22
**glance [1]** 917/15
**glass [2]** 801/18
802/13
**glassed [1]** 801/17
**glasses [1]** 761/2
**gleaned [1]** 796/23
**glitched [1]** 845/18
**go [82]** 695/15 695/18
697/11 702/16 703/14
705/11 708/4 711/13
711/20 730/5 735/24
737/2 744/11 756/4
763/3 773/4 777/11

781/9 786/20 793/5
797/19 798/3 799/6
806/16 807/25 811/16
812/1 812/2 812/10
814/5 817/10 817/17
818/24 819/17 819/20
819/22 820/6 820/19
820/23 823/17 825/20
831/8 831/11 836/5
838/18 841/5 843/11
844/20 844/21 847/18
847/25 848/17 849/12
852/24 860/7 860/15
866/2 889/3 889/4
891/10 891/11 894/5
894/6 896/5 896/6
898/2 901/1 905/1
908/17 909/17 911/20
920/25 924/10 924/14
926/25 930/7 932/8
932/21 932/24 935/24
936/13 938/8
**goal [2]** 872/5 916/4
**goals [1]** 822/20
**goes [5]** 728/12
731/12 755/21 877/6
912/11
**goggles [15]** 739/6
739/10 748/6 748/10
748/11 749/4 751/18
778/11 778/20 801/7
802/11 802/12 826/21
899/6 928/1
**going [162]** 691/11
698/21 703/15 705/1
711/11 714/10 720/24
721/5 721/13 724/17
724/19 725/7 727/8
727/21 730/5 735/17
736/24 737/25 740/25
743/8 745/5 747/21
747/23 747/24 754/13
761/5 761/13 762/5
762/5 763/14 763/22
765/9 766/9 766/18
767/12 769/17 769/19
770/3 774/13 774/13
787/2 787/7 791/3
798/9 798/22 798/24
800/2 800/9 802/9
803/1 803/3 813/3
814/5 814/5 814/6
814/22 817/19 817/20
819/6 819/13 819/16

819/20 820/13 820/14
822/18 822/19 823/10
823/22 824/3 829/9
832/17 834/23 835/19
836/5 836/21 836/23
837/9 838/18 840/25
842/4 843/16 845/17
845/19 846/16 850/11
851/2 851/17 852/2
854/18 855/17 856/2
857/1 857/1 857/2
858/4 858/5 858/23
859/16 859/20 859/24
860/14 860/17 864/16
865/21 868/24 870/17
881/12 886/7 888/22
889/17 891/4 891/22
894/17 897/22 898/22
899/21 901/22 907/21
908/8 911/6 911/19
911/20 911/20 911/21
912/25 912/25 913/18
914/10 914/11 915/5
917/9 917/15 917/16
918/9 927/10 927/11
927/25 928/3 928/4
928/6 928/7 928/22
928/8 928/9 928/22
929/13 929/15 929/17
930/7 930/9 930/24
931/3 932/16 932/16
932/19 932/24 934/19
934/25 936/9 936/15
939/12 940/12
**gone [1]** 855/15
**good [37]** 690/2 690/7
690/9 690/10 690/11
690/13 692/20 692/21
693/10 693/11 693/14
693/16 704/23 712/4
712/5 716/10 716/11
726/17 729/5 732/10
732/11 770/24 771/1
792/8 792/14 792/15
810/20 810/20 810/22
839/14 839/15 839/23
861/21 861/22 898/13
898/14 916/4
**goods [1]** 920/17
**got [34]** 730/2 753/19
755/15 756/19 765/1
820/1 822/8 822/10
822/13 822/24 825/22
835/15 850/12 860/23

864/1 864/8
864/16 864/19 902/21
904/19 907/17 908/13
909/10 909/17 910/9
914/5 917/23 918/4
918/5 923/1 929/6
929/19 929/23
**gotten [3]** 705/7 820/1
904/11
**government [71]**
690/6 692/13 692/23
692/25 721/21 722/5
723/25 731/24 732/2
741/19 786/17 786/18
786/19 786/22 788/5
789/13 794/16 861/24
865/10 866/20 866/23
866/23 866/25 867/3
868/16 873/9 873/14
873/18 873/21 874/15
877/7 880/15 881/17
883/7 884/3 886/13
889/22 892/3 892/9
892/12 892/23 893/1
894/22 896/18 897/13
897/14 912/5 912/14
913/11 913/21 914/16
915/4 915/11 915/13
915/21 918/20 920/7
921/7 921/17 923/14
923/20 924/7 924/11
924/19 924/22 926/24
927/5 929/4 931/18
936/25 937/25
**government's [82]**
692/12 699/19 700/24
701/1 708/13 715/23
720/2 720/14 721/14
722/8 723/10 724/4
724/25 727/22 729/7
735/16 736/9 736/25
738/1 738/19 738/20
739/15 741/6 742/5
743/20 744/7 745/7
745/23 746/15 747/11
747/22 748/13 748/17
748/18 749/14 749/17
749/22 750/4 750/6
750/8 751/8 752/1
752/10 752/13 754/14
754/24 755/1 755/3
757/7 758/5 759/1
760/1 760/7 760/15
763/15 763/23 765/10

**G**

**government's... [25]**
766/9 767/8 768/25
769/11 781/4 782/2
783/12 783/15 783/17
784/4 784/18 791/4
811/14 852/14 855/9
855/11 862/21 870/18
874/1 913/9 915/9
921/8 925/12 926/7
926/10
**Government's 202 [1]**
700/24
**Government's 532 [1]**
739/15
**Government's 702 [1]**
757/7
**Government's 702.1 [1]** 760/1
**Government's 702.2 [1]** 766/9
**Government's 702.4 [1]** 759/1
**grab [2]** 778/18 843/12
**grabbed [1]** 928/25
**grabbing [2]** 830/20 843/7
**graduated [1]** 793/12
**graver [2]** 874/11 925/16
**gray [6]** 709/14 739/4 746/10 750/15 916/13 922/6
**great [4]** 790/14 813/19 831/14 870/7
**greater [4]** 875/19 876/12 879/14 926/8
**green [20]** 720/7 720/22 730/22 730/24 734/23 737/11 737/15 737/20 739/4 746/7 746/8 746/10 760/24 761/22 765/15 767/4 767/14 768/2 768/16 778/5
**Greensboro [1]** 687/7
**grenades [1]** 849/21
**gritted [1]** 912/8
**gritting [1]** 837/21
**grocery [2]** 725/13 725/20
**ground [7]** 721/6 803/9 846/2 862/18 875/9 875/10 908/1

**grounds [40]** 706/13 710/10 714/20 714/21 807/20 807/22 823/2 824/3 825/12 825/17 826/4 834/13 848/16 849/24 883/11 889/14 889/25 890/7 890/10 890/13 890/14 891/7 891/13 891/20 892/6 892/17 892/21 893/20 894/3 894/8 894/16 895/1 895/8 895/12 895/19 896/2 896/8 896/16 896/21 897/8 900/4 900/15 906/13 906/19 906/24 907/3 907/5 907/5
**groundwork [1]** 695/25
**group [3]** 714/10 817/17 927/24
**groups [1]** 882/9
**Guard [5]** 717/12 717/14 717/17 717/18 717/22
**guards [3]** 770/2 921/16 921/16
**guess [4]** 770/24 804/13 864/3 937/5
**guesswork [1]** 874/13
**guidelines [1]** 879/13
**guilt [5]** 873/4 873/5 874/8 874/15 874/17
**guilty [47]** 787/4 873/10 873/17 873/20 873/22 880/24 880/25 881/3 881/3 881/16 884/2 886/12 887/1 888/24 889/2 889/4 889/4 889/21 890/5 891/6 891/9 891/11 891/12 892/2 892/15 894/1 894/4 894/6 894/7 894/21 895/6 896/1 896/4 896/6 896/7 896/17 898/21 906/10 907/6 907/9 912/16 913/15 924/9 924/12 927/3 927/14 930/20
**gun [7]** 780/17 780/21 914/14 916/6 923/18 925/20 930/1
**guns [5]** 765/18

**guns... [5]** 779/22 857/22 913/17
**guy [1]** 806/17
**guys [1]** 909/16

**H**

**had [136]** 690/25 692/9 692/22 695/18 697/25 703/20 704/12 704/15 704/23 705/7 705/7 706/19 707/2 707/3 707/6 711/7 711/9 712/6 712/6 712/21 712/23 713/11 714/9 714/13 718/6 720/6 729/7 729/8 730/22 733/16 734/4 742/15 742/22 751/17 776/13 778/1 780/5 781/16 781/17 781/24 782/7 785/17 786/4 790/23 795/24 795/25 796/1 796/25 801/14 801/16 801/17 802/2 805/1 806/10 806/18 808/9 808/18 808/20 812/17 813/5 813/18 815/19 816/2 816/13 818/21 819/19 819/22 819/23 822/20 825/11 826/20 826/21 826/22 826/23 827/9 835/6 835/9 835/10 836/12 842/7 843/11 847/4 848/22 849/14 849/16 850/15 850/16 851/14 852/23 855/15 860/10 860/10 861/25 862/14 875/5 875/11 875/12 878/1 899/6 899/8 900/3 900/10 900/18 900/22 901/10 902/7 904/9 904/14 904/15 904/20 905/21 908/11 908/12 909/7 909/9 909/19 909/20 909/23 910/19 911/5 911/25 913/3 913/7 914/9 916/2 917/2 919/4 920/20 921/14 922/19 924/15 924/15 926/13 928/15 936/25 938/6
**hadn't [1]** 922/2
**hair [5]** 709/14 720/8

**half... [5]** 734/1 734/10
**half [6]** 793/1 793/18 864/3 917/24 923/5 923/6
**hallway [2]** 703/4 770/1
**hammer [2]** 926/11 926/16
**hand [14]** 693/4 716/3 728/15 732/4 744/2 792/1 856/9 863/7 863/15 873/17 874/25 903/11 905/2 934/21
**handed [2]** 733/11 746/4
**handle [1]** 744/1
**hands [11]** 804/16 828/9 847/4 854/24 864/2 905/15 925/24 928/2 928/9 928/11 928/18
**hanging [1]** 824/2
**happen [5]** 714/25 715/1 803/3 853/9 875/7
**happened [23]** 718/21 719/5 721/1 762/15 794/22 798/7 816/12 861/1 861/3 902/19 904/1 909/1 910/9 910/13 919/10 920/5 925/2 925/3 925/5 925/2 925/8 926/9 935/3
**happening [6]** 713/11 801/13 843/15 899/10 901/13 919/13
**happens [3]** 770/2 911/16 934/23
**happy [2]** 810/25 936/23
**hard [14]** 691/2 726/24 727/1 735/22 804/6 804/7 804/9 815/17 849/20 864/12 905/5 919/23 921/11 938/19
**hardest [1]** 919/24
**harm [8]** 806/2 884/24 884/25 887/24 887/25 895/15 896/25 897/6
**harmed [1]** 893/15
**harmless [1]** 902/19
**has [75]** 690/18 696/18 709/13 719/17 728/8

**has... [70]** 733/25
734/1 734/25 739/4
741/14 747/21 752/16
752/17 752/19 755/25
758/14 760/14 763/22
786/22 788/5 842/22
857/3 859/3 866/23
870/23 871/11 873/9
873/14 873/18 873/21
876/3 877/7 877/15
877/25 878/3 878/3
878/5 878/24 879/1
879/4 879/18 879/22
880/16 884/23 887/23
890/18 890/20 893/23
895/17 895/22 897/3
897/9 898/23 900/19
901/3 903/25 904/9
908/21 909/1 909/2
911/12 912/14 913/18
918/20 924/6 924/7
924/11 924/16 924/19
924/22 925/11 935/3
935/3 935/7 938/2

**hasn't [9]** 692/4
851/23 859/5 913/11
913/21 915/10 915/13
920/7 926/24

**hats [2]** 832/2 832/3
**have [261]**
**haven't [3]** 833/15
833/18 867/11

**having [10]** 698/7
741/12 794/16 800/2
823/17 833/6 835/6
835/11 864/12 877/25

**Hawa [23]** 693/1
693/12 693/16 693/19
696/22 697/25 699/4
699/8 699/22 700/11
700/15 701/4 707/22
708/16 709/6 709/16
712/2 712/4 715/17
786/2 899/18 900/13
906/14

**he [307]**
**he's [16]** 734/20
734/21 734/22 739/4
739/5 903/9 904/3
908/19 908/21 908/22
910/10 911/10 911/13
911/16 918/4 930/8

**head [9]** 698/15

706/17 769/3 801/17
816/3 816/5 822/5
850/12 854/23

**headquarters [2]**
717/19 755/20
**heads [3]** 694/19
694/25 801/19
**health [1]** 797/12
**healthy [1]** 934/15
**hear [31]** 704/7 737/11
737/15 737/18 763/1
768/17 785/21 786/2
810/24 819/20 831/21
831/24 833/23 837/21
837/25 859/10 860/5
862/8 898/16 910/10
912/9 924/15 925/2
925/3 925/5 925/6
925/8 928/12 936/21
936/23 941/1

**heard [41]** 719/16
732/22 737/19 787/1
798/15 798/17 799/3
820/5 820/7 835/5
835/10 836/4 840/24
841/15 857/17 859/15
860/21 860/23 865/14
899/8 899/16 899/22
900/7 900/13 901/6
902/24 904/11 905/18
908/15 914/17 914/22
915/17 917/18 922/4
922/5 923/17 923/22
928/14 928/14 928/16
928/16

**hearing [6]** 704/4
721/5 790/7 795/11
838/17 897/21
**hearsay [1]** 705/24
**heave [1]** 904/21
**heave-ho [1]** 904/21
**heavy [8]** 803/14
803/17 803/19 862/16
862/17 915/10 916/11
916/20
**held [3]** 799/13 805/14
922/2
**Hello [1]** 792/9
**helmet [34]** 720/22
730/23 739/6 775/12
775/15 801/7 801/8
801/9 816/2 816/7
816/15 816/17 816/21
820/12 826/19 850/8

856/13 851/10 856/8
852/23 854/23 856/8
856/13 861/25 862/4
862/6 899/6 918/5
918/8 921/15 927/16
927/25 929/5 929/5
**helmets [2]** 765/1
856/14
**help [4]** 694/14 846/25
898/10 932/11
**helpful [1]** 726/22
**helping [1]** 770/1
**her [12]** 705/23 722/16
776/12 777/1 777/8
777/23 782/4 886/22
887/12 932/14 939/8
940/1
**here [71]** 691/24 692/3
694/13 697/10 701/19
715/17 717/1 725/14
726/5 728/21 737/5
741/6 741/14 745/6
749/6 763/7 766/15
786/11 801/24 817/13
829/9 829/25 836/25
837/9 838/9 845/19
856/10 856/17 856/18
864/1 864/16 866/16
881/15 893/11 895/24
898/24 899/6 900/12
900/25 903/23 905/13
906/5 907/4 909/17
910/1 910/4 910/9
912/2 915/3 917/13
917/21 919/17 920/2
920/3 923/18 925/19
925/22 928/7 929/4
929/5 929/23 932/5
932/16 932/18 932/19
933/1 933/12 935/19
936/3 938/2 939/16
**Here's [1]** 938/25
**herman [5]** 687/11
687/14 942/3 942/10
942/10
**herself [1]** 879/1
**hesitate [3]** 874/11
925/15 934/2
**Hesitation [1]** 925/16
**Hey [5]** 761/12 814/5
817/12 820/6 929/10
**hide [4]** 923/2 929/5
929/9 930/1
**high [1]** 925/1

**highest [1]** 694/23
**highlight [2]** 726/23
726/23
**highly [6]** 873/25
915/2 915/4 925/8
925/9 926/8
**him [94]** 699/24
702/11 702/12 707/6
709/9 714/13 714/19
714/22 719/14 733/18
733/21 733/25 734/7
734/8 734/20 736/5
736/20 739/23 742/13
742/15 742/17 744/2
772/12 773/6 773/14
774/20 774/21 775/1
775/15 775/24 776/15
777/11 778/1 780/5
781/18 781/21 784/12
785/19 787/15 797/6
797/6 806/4 807/3
807/5 807/7 807/8
807/10 807/12 808/5
808/9 808/12 808/12
818/4 818/7 822/16
824/12 829/3 835/7
835/11 836/8 841/2
843/14 843/17 845/8
851/10 851/18 851/20
852/4 852/21 853/3
873/17 879/1 900/11
901/3 903/15 903/15
903/16 903/20 904/21
905/25 909/8 909/14
909/20 910/9 910/24
918/10 922/3 923/13
923/14 927/14 927/25
928/20 930/2 930/20
**himself [9]** 780/17
853/4 899/3 900/9
902/5 907/1 910/9
927/17 928/24
**his [142]** 698/10
698/10 699/24 701/6
701/8 701/12 701/15
702/10 702/16 702/24
705/10 705/11 705/15
705/16 706/17 706/21
707/7 709/14 709/20
710/13 710/17 710/18
710/20 711/3 711/5
711/6 711/12 733/19
733/20 733/23 734/1
734/17 742/20 743/7

# H

**his... [108]** 745/17 750/14 752/25 754/7 764/14 765/19 767/5 772/9 772/9 772/21 773/18 774/21 775/17 775/21 776/1 776/11 776/17 776/24 777/10 779/2 779/3 779/3 780/2 782/2 783/8 783/9 784/22 785/6 789/21 790/4 822/21 836/7 840/22 840/23 842/7 843/12 851/10 851/13 852/22 857/24 873/12 875/5 875/10 879/18 879/19 879/21 879/23 880/8 883/15 883/22 884/13 885/24 886/5 886/22 887/12 887/15 892/11 892/25 897/16 899/5 899/6 899/6 900/22 900/22 900/23 902/2 902/5 903/11 903/13 904/17 904/18 904/18 905/1 905/8 905/10 908/14 908/20 908/25 909/1 910/1 910/4 910/21 911/7 911/17 912/8 914/18 914/19 916/25 920/2 922/3 922/4 922/6 922/23 923/7 924/4 927/15 927/17 927/18 927/23 928/2 928/9 928/10 928/18 928/24 929/16 930/6 930/9 932/14

**history [2]** 823/11 927/14

**hit [5]** 739/17 802/16 802/18 802/20 827/5

**ho [1]** 904/21

**hold [5]** 740/22 787/19 851/3 869/17 876/17

**holding [3]** 804/16 832/5 832/6

**hollow [11]** 803/23 803/24 804/24 804/25 805/11 902/19 916/1 916/14 917/25 922/7 922/9

**home [11]** 742/24 743/5 744/12 753/2

808/14 830/5 846/25 841/1 849/12 903/7 908/9

**Homeland [1]** 883/1

**honest [4]** 835/22 864/7 874/6 897/21

**Honor [121]** 690/2 690/7 690/11 691/5 692/14 692/24 692/25 696/20 697/17 697/22 699/14 700/22 706/2 708/8 712/1 713/19 715/13 715/15 715/24 722/4 723/24 724/21 724/24 727/1 728/23 731/16 731/19 731/22 732/1 732/11 734/24 738/11 738/15 738/18 740/3 740/11 741/7 741/15 741/23 743/16 743/25 745/19 746/14 747/7 748/14 749/13 750/3 751/1 752/9 754/23 758/1 759/11 759/18 759/23 765/13 770/21 783/11 784/14 786/9 786/14 786/18 786/25 787/8 787/12 787/17 787/20 788/2 789/24 790/13 790/18 790/25 790/25 791/9 791/22 792/11 810/15 810/17 826/25 828/22 828/24 836/20 838/13 839/3 839/7 839/12 851/22 852/7 852/10 852/16 853/1 854/5 855/1 855/13 857/7 861/19 862/23 864/24 865/3 865/8 865/12 867/5 867/17 867/21 868/13 868/17 868/20 869/6 869/11 870/8 870/11 870/19 912/19 927/7 927/9 937/2 937/4 937/23 939/17 940/6 940/15 940/22

**HONORABLE [1]** 686/10

**hood [1]** 746/10

**hope [1]** 692/22

**hoped [1]** 692/10

**hostile [1]** 905/16

**hostility [1]** 878/5

**Hotel [5]** 776/15 800/16 808/2 808/6 808/13

**hour [2]** 735/21 807/23

**hours [12]** 730/14 730/16 731/2 733/12 762/19 801/14 807/24 810/12 810/13 819/25 849/17 920/10

**house [21]** 695/22 698/17 701/17 703/5 703/8 703/12 703/13 704/4 705/14 707/4 710/21 745/17 773/9 778/12 785/11 812/21 823/6 824/5 824/8 845/3 928/5

**housekeeping [2]** 789/25 790/6

**how [78]** 692/1 692/2 693/19 698/13 703/24 716/18 718/14 732/17 744/1 746/16 746/19 753/13 753/25 754/9 756/6 777/16 781/7 782/20 784/25 792/19 792/21 792/25 793/5 793/17 793/22 794/10 794/16 795/3 795/20 796/5 802/5 803/1 803/14 805/11 805/18 805/19 805/25 807/17 808/5 808/8 808/16 809/11 810/8 810/24 824/24 839/17 863/7 863/11 863/14 864/2 865/17 867/8 868/25 872/14 875/16 894/12 897/18 899/5 903/23 909/4 910/8 910/9 910/25 911/18 912/2 922/20 922/20 922/22 923/1 923/15 923/25 930/25 932/6 933/15 933/17 937/3 938/6 938/23

**however [19]** 797/4 800/8 812/22 849/15 874/12 875/8 879/21 880/12 891/1 891/10 894/6 896/5 919/18 921/4 921/13 932/8 935/8 935/17 935/18

**huh [1]** 730/4

**human [2]** 871/23 909/4

**hundred [2]** 820/2 903/11

**hundreds [2]** 821/3 824/5

**hurt [11]** 841/3 860/19 860/20 860/22 903/5 903/5 904/11 914/15 915/18 918/21 920/20

**husher [2]** 786/20 788/15

---

# I

**I'd [14]** 720/1 735/15 758/19 758/25 768/24 783/11 784/14 790/8 854/5 862/21 868/22 908/2 934/18 939/7

**I'll [17]** 691/13 700/6 715/13 731/16 781/5 787/24 823/20 857/13 864/24 870/2 870/3 871/8 894/19 906/8 938/4 939/18 941/3

**I'm [105]** 691/1 691/11 692/6 693/16 697/8 720/13 721/13 727/8 727/21 730/2 732/16 736/24 737/25 740/3 743/8 745/5 746/14 747/21 754/13 755/17 757/6 760/2 761/5 762/5 762/5 762/22 763/7 763/23 764/6 765/9 766/9 767/12 769/17 773/16 774/13 774/13 778/25 782/11 783/1 787/2 787/7 794/12 794/13 800/9 803/25 804/8 806/17 806/19 808/24 810/25 817/16 823/7 824/2 824/10 824/15 824/16 824/23 828/3 829/9 834/23 836/24 837/9 838/13 842/4 845/17 845/19 848/23 848/24 849/2 851/2 851/11 855/17 857/1 858/4 858/5 858/23 859/2 859/24 860/1 862/21 864/6 864/12 868/23 886/7 888/22 889/17

969

**I**

**I'm... [19]** 891/4 901/22 910/13 911/19 911/20 911/20 911/21 914/10 914/11 927/9 927/10 930/24 932/16 932/16 932/19 932/24 934/19 936/23 939/1

**I've [14]** 690/17 691/19 693/25 725/10 730/2 732/18 746/4 768/3 793/1 857/8 863/3 866/13 931/8 932/25

**ID [1]** 746/22

**idea [7]** 802/23 821/23 901/10 908/21 909/1 909/2 915/25

**identical [2]** 751/21 866/18

**identification [12]** 721/14 723/10 737/25 743/9 745/7 747/22 749/22 752/1 759/1 783/2 784/4 931/25

**identified [7]** 719/22 730/25 733/16 734/25 761/19 772/18 774/6

**identify [1]** 734/20

**identifying [5]** 708/20 734/7 750/13 760/22 767/7

**identity [2]** 719/7 872/9

**ignorance [1]** 883/15

**ignore [6]** 782/12 871/6 871/16 872/17 876/22 876/25

**illegal [1]** 826/17

**illegitimate [1]** 911/19

**illness [1]** 885/9

**image [1]** 741/17

**images [1]** 824/21

**imaginary [1]** 874/12

**imagine [1]** 795/6

**immediate [4]** 882/10 882/11 893/7 893/14

**immediately [1]** 773/3

**immersed [1]** 927/24

**imminent [1]** 885/7

**impact [1]** 909/23

**impactful [1]** 809/7

**impair [1]** 807/7

**impairment [2]** 885/10 885/13

**impartial [5]** 872/6 874/6 876/1 876/4 919/25

**impeach [3]** 791/2 851/13 851/18

**impeachable [2]** 791/3 791/6

**impeaching [2]** 789/15 851/8

**impeachment [6]** 791/16 850/21 852/17 853/2 853/2 855/9

**impede [4]** 885/14 888/3 892/8 892/22

**impeded [11]** 884/6 884/11 885/19 886/1 886/15 887/5 887/10 888/14 888/19 892/11 892/25

**impeding [9]** 881/21 883/21 886/3 887/2 888/25 889/5 901/6 937/8 937/15

**implicit [1]** 872/1

**implies [1]** 874/3

**importance [1]** 933/23

**important [18]** 794/11 794/15 797/11 819/8 840/5 840/16 840/21 840/22 840/23 860/18 861/4 874/12 913/16 919/9 921/7 923/12 925/16 926/22

**imposed [1]** 886/20

**imposing [1]** 881/8

**impresses [1]** 877/24

**improbability [1]** 878/22

**improvised [1]** 902/25

**inappropriate [1]** 926/12

**Inaugural [2]** 843/21 845/21

**inauguration [8]** 704/13 704/14 712/15 768/18 780/17 780/21 859/11 862/12

**inception [1]** 900/18

**inch [1]** 804/17

**inches [1]** 804/14

**incident [1]** 882/1

**include [4]** 714/1 754/3 775/11 785/9

**included [21]** 866/19

**I'm... [5]** 889/1 890/4 890/7 891/10 891/16 891/24 892/16 893/25 894/5 894/11 894/19 895/5 895/24 896/5 896/12 906/3 906/17 924/21 932/16 937/6

**includes [8]** 882/24 883/1 883/3 883/6 890/17 893/4 893/12 915/16

**including [6]** 704/16 878/9 882/16 882/17 883/17 928/17

**income [1]** 872/10

**inconsistencies [3]** 878/13 878/16 878/18

**Incorrect [1]** 848/19

**increasingly [2]** 794/14 861/14

**incredibly [3]** 823/25 849/20 908/2

**incrimination [4]** 788/22 789/9 789/22 790/4

**independent [1]** 883/4

**indicate [2]** 790/24 880/8

**indicated [4]** 714/6 804/13 866/7 872/16

**indicating [2]** 709/12 872/14

**indictment [14]** 867/8 867/14 873/1 873/3 880/19 880/25 881/2 883/20 886/2 889/12 891/18 894/14 896/14 899/11

**individual [18]** 709/13 730/21 731/8 731/12 731/15 733/17 745/14 761/19 839/24 844/12 848/8 849/1 856/7 882/11 882/13 895/16 896/25 915/1

**individual's [4]** 731/5 882/12 882/14 918/7

**individuals [16]** 694/20 695/21 698/20 704/12 704/24 707/3 711/8 714/3 719/1 796/1 799/21 831/21 831/24 914/6 919/21 940/18

**indulgence [3]** 826/25 828/22 857/7

**ineffective [2]** 915/20 916/17

**infer [3]** 880/4 880/9 880/9

**inference [1]** 873/4

**inferences [1]** 875/1

**inflict [4]** 884/24 884/25 887/24 887/25

**infliction [4]** 895/15 896/24 896/25 897/5

**influence [2]** 881/1 881/7

**inform [2]** 923/8 924/18

**information [23]** 703/24 703/25 704/7 706/15 729/9 746/23 754/4 755/24 757/1 780/4 780/16 780/20 781/20 781/23 781/24 784/22 785/17 795/4 859/15 867/7 903/25 913/8 932/22

**informed [1]** 787/20

**infrastructure [1]** 695/1

**initial [4]** 719/19 732/25 767/7 934/5

**initially [3]** 702/16 744/15 779/18

**initiated [2]** 721/11 722/18

**injure [1]** 807/5

**injured [3]** 904/13 909/21 915/22

**injuries [5]** 914/17 914/20 914/21 914/22 914/23

**injury [17]** 806/3 882/10 882/12 885/4 885/5 885/8 885/9 885/11 885/11 888/7 890/23 890/25 904/6 913/25 915/16 923/10 926/17

**innocence [3]** 873/8 873/12 924/4

**innocent [4]** 873/7 924/2 924/3 924/5

**inside [18]** 698/21 708/24 722/13 746/4 747/5 776/3 777/8

970

**I**

**inside...** [11] 777/18 794/20 847/18 899/1 900/5 901/3 901/8 902/7 928/19 928/21 929/16
**insinuates** [1] 694/12
**inspection** [1] 694/4
**inspector** [22] 693/16 693/17 693/19 696/15 696/22 697/25 699/4 699/8 699/22 700/11 700/15 701/4 707/15 707/22 708/16 709/6 709/16 712/4 715/17 899/18 900/13 906/14
**Inspector Agent Hawa** [1] 899/18
**Inspector Hawa** [2] 900/13 906/14
**instance** [1] 843/18
**instances** [1] 802/8
**instantaneous** [1] 734/9
**instead** [3] 812/16 911/16 922/3
**instruct** [17] 866/4 870/24 871/13 871/15 880/22 886/7 886/9 888/22 889/17 889/19 891/4 891/22 891/24 894/18 905/12 924/20 935/1
**instructed** [5] 877/18 906/2 913/23 924/6 925/11
**instruction** [11] 868/7 868/9 874/19 877/6 879/9 879/17 880/18 931/3 932/17 932/20 935/4
**instructions** [52] 688/16 690/15 690/16 690/19 690/20 691/8 691/10 691/13 691/15 691/23 691/23 691/25 865/16 865/19 865/24 866/9 866/22 867/1 867/15 867/20 868/23 870/2 870/4 871/2 871/3 871/4 871/5 871/7 871/9 871/15 890/19 893/22 893/24 895/15 895/21 895/23

897/4 897/9 897/10 897/17 897/25 913/10 921/18 928/12 929/2 930/24 931/2 931/15 931/17 936/6 936/10 936/16
**instructor** [1] 694/1
**instructs** [1] 900/5
**instrumentality** [2] 882/22 883/6
**integrity** [1] 911/10
**intend** [10] 691/25 787/13 788/15 807/1 807/3 807/5 807/7 866/9 897/17 923/10
**intended** [9] 701/5 701/20 702/11 702/15 847/11 847/13 872/23 881/20 902/3
**intends** [2] 865/7 880/10
**intent** [10] 880/2 880/4 880/8 884/15 887/16 889/6 890/24 892/8 892/22 897/11
**intention** [3] 798/8 806/2 836/12
**intentional** [2] 878/20 930/14
**intentionally** [10] 880/11 880/11 884/10 885/25 886/19 886/23 887/9 888/18 902/9 928/21
**intentions** [2] 826/8 930/9
**interacted** [1] 781/21
**interactions** [1] 719/2
**interest** [4] 794/20 878/3 879/3 879/22
**interested** [3] 764/17 795/6 911/10
**interesting** [3] 903/13 904/23 929/20
**interfere** [3] 885/15 888/4 928/19
**interfered** [10] 884/6 884/11 885/19 886/1 886/16 886/20 887/5 887/10 888/14 888/19
**interfering** [1] 881/21
**interior** [1] 707/1
**international** [1] 718/17

**internet** [7] 815/7 815/13 815/14 911/3 920/10 935/4 935/6
**interpreted** [1] 809/14
**interrupted** [1] 900/20
**interrupts** [1] 893/19
**interviews** [2] 733/11 771/12
**intimidate** [1] 885/15 888/4
**intimidated** [10] 884/6 884/11 885/19 886/1 886/15 886/19 886/1 886/15 886/20 887/5 887/10 888/14 888/19
**introduce** [3] 690/5 716/15 732/14
**introduced** [1] 938/6
**investigate** [1] 718/12
**investigation** [4] 719/19 733/1 757/19 771/10
**investigative** [2] 694/2 733/9
**investigator** [1] 725/9
**invite** [2] 777/13 932/13
**invited** [2] 777/15 781/8
**involved** [5] 698/20 717/12 719/2 812/18 939/1
**involves** [1] 913/19
**involving** [4] 882/9 895/15 896/24 897/1
**Ira** [3] 687/6 690/11 913/5
**IRL** [1] 762/15
**ironically** [1] 828/25
**irrelevant** [2] 836/6 861/14
**irritants** [3] 905/6 905/8 909/11
**is** [551]
**isn't** [3] 757/24 854/21 915/4
**issue** [17] 764/17 791/18 797/11 810/3 811/11 811/12 840/5 840/16 840/18 860/18 860/19 861/4 915/7 923/19 925/21 925/21 933/20
**issued** [2] 721/9 742/24

**issues** [1] 901/15
**it** [553]
**it's** [132] 690/24 692/2 697/9 702/8 708/24 712/24 724/13 725/5 725/20 726/16 726/16 726/17 726/24 727/7 728/17 729/15 729/24 730/19 735/22 745/11 747/24 751/25 752/22 757/20 757/21 758/8 758/9 766/23 770/24 784/1 788/7 788/18 791/15 791/15 798/2 801/1 801/1 803/1 803/1 805/14 805/14 809/1 811/12 811/17 811/22 817/11 817/12 821/15 824/1 827/19 827/22 831/8 832/15 836/15 837/23 840/5 843/10 843/25 844/19 845/10 845/11 845/14 847/6 851/20 852/3 853/18 853/19 853/19 855/8 855/16 857/8 858/6 861/9 861/11 862/24 863/8 863/19 870/24 875/15 900/1 908/23 909/6 910/8 913/16 914/14 915/5 915/7 915/8 915/17 916/14 916/18 916/18 916/19 916/20 916/24 916/24 917/9 917/11 917/11 917/11 917/12 917/13 917/13 917/15 917/16 917/23 917/23 917/23 917/25 918/9 918/11 918/14 919/7 920/1 920/8 921/3 922/1 922/25 923/12 924/8 924/12 925/8 926/2 926/12 926/14 926/16 929/20 932/19 934/13 934/21 937/5 938/13
**item** [10] 743/14 743/23 745/12 746/9 747/14 747/15 755/25 756/2 757/11 844/14
**items** [13] 739/7 744/7 744/20 745/13 745/16 746/4 749/23 750/11

**I**

**items... [5]** 750/17
751/5 752/17 759/13
779/9

**its [12]** 692/23 731/24
852/2 866/16 873/24
874/17 912/14 913/21
916/19 920/7 922/21
932/17

**itself [5]** 705/7 731/9
740/18 875/25 929/11

**J**

**J-E-S-S-E [1]** 716/16
**jacket [19]** 720/7
720/22 730/22 730/24
737/11 737/16 737/20
739/4 739/10 743/12
743/15 746/8 746/8
746/10 747/5 747/18
749/11 767/5 778/5

**Jan [4]** 768/13 768/17
859/10 860/11

**January [123]** 694/8
695/3 695/5 696/6
696/9 698/2 698/8
698/24 699/12 699/23
700/18 701/20 701/22
702/19 710/17 710/24
711/18 712/18 712/19
715/19 716/20 717/2
717/15 717/16 718/2
718/4 718/11 718/19
719/20 720/25 721/11
721/12 722/20 722/21
726/6 726/6 726/7
727/13 728/5 729/9
729/10 729/18 729/21
729/22 729/25 730/5
730/12 731/6 738/6
743/15 748/12 758/23
761/3 761/11 761/17
762/18 763/11 764/11
764/20 765/3 765/24
766/17 767/16 768/5
768/7 768/13 768/14
770/6 779/25 780/4
780/7 780/14 780/18
780/22 781/19 785/15
785/19 793/25 794/4
797/18 798/14 798/15
800/14 801/10 807/18
809/7 810/8 811/5
811/7 813/3 813/7

**I** (col 2 cont)
816/5 818/22 823/9
823/23 851/20 856/23
856/24 858/8 859/16
860/21 883/10 884/1
898/17 898/25 899/21
900/19 910/1 911/24
912/11 912/24 918/15
919/9 920/6 921/4
923/24 927/14 927/16
929/3 930/18

**January 5th [1]** 763/11
**January 6 [41]** 699/12
699/23 700/18 701/20
701/22 702/19 716/20
720/25 743/15 748/12
764/11 764/20 765/3
766/17 767/16 768/7
770/6 811/5 813/3
813/20 814/25 815/3
818/22 823/9 851/20
856/23 856/24 858/8
860/21 883/10 884/1
899/21 910/1 912/11
912/24 918/15 919/9
920/6 921/4 927/16
929/3

**January 6th [6]** 695/3
726/6 729/10 794/4
859/16 898/17

**January 7th [1]** 762/18
**jeans [1]** 739/6
**Jesse [4]** 715/25
716/13 716/16 729/1
**Jesse Dodson [1]**
716/16
**job [23]** 711/5 716/23
781/12 793/12 793/13
793/22 811/4 811/7
811/16 811/18 812/1
812/2 829/12 829/15
829/15 829/16 829/17
829/18 865/17 868/4
907/24 916/5 919/3
**Joe [9]** 742/20 768/19
785/5 792/24 859/12
859/18 859/21 859/21
920/8
**joke [1]** 767/19
**JOSEPH [3]** 686/6
690/4 792/18
**JUDGE [4]** 686/10
742/25 940/7 940/22
**judges [4]** 871/18

**Judging [1]** 877/14
**judgment [4]** 877/20
879/8 879/25 931/5
**Julia [1]** 766/12
**July [5]** 726/13 726/13
726/20 726/20 726/20
**jumbotron [1]** 855/17
**jump [3]** 735/17
832/11 836/17
**juries [2]** 934/4 935/17
**jurisdiction [1]** 799/25
**juror [6]** 931/5 931/6
932/13 933/23 934/2
934/24
**jurors [10]** 865/17
921/19 933/3 933/15
933/21 934/11 934/16
934/18 935/14 935/15
**jury [90]** 686/9 690/22
692/9 692/18 692/19
693/15 696/19 697/14
697/16 700/25 708/12
716/5 716/15 726/24
732/14 733/15 740/25
741/4 741/14 741/25
742/4 748/19 750/11
755/7 760/2 760/5
761/21 770/14 770/16
787/24 787/25 788/4
788/9 788/11 790/16
790/19 791/19 792/3
829/3 838/15 838/25
839/2 851/24 852/21
853/9 853/11 855/2
855/7 857/10 862/24
865/14 866/2 866/5
866/9 866/10 866/15
866/22 867/14 867/15
868/23 869/10 870/4
870/9 870/22 871/17
875/24 898/3 898/5
924/14 930/23 931/21
932/3 933/4 933/8
933/8 933/11 933/17
933/24 934/5 934/23
935/10 935/12 935/24
935/25 936/19 938/13
939/3 939/12 939/21
941/2
**just [176]** 690/14
691/8 691/17 691/22
692/1 697/12 705/17
708/24 709/22 717/9

**I** (col 4)
724/15
727/6 728/8 729/7
733/25 735/19 735/20
735/21 737/10 738/14
738/21 739/2 740/9
740/19 741/11 742/1
742/8 746/19 746/20
748/23 748/24 753/16
754/4 755/6 755/9
755/15 759/19 761/21
761/24 762/1 762/19
763/18 764/7 774/13
778/17 779/5 781/22
788/5 788/7 788/14
789/25 790/6 790/9
790/18 791/9 791/12
796/11 796/15 797/10
797/17 798/17 800/25
801/18 801/18 802/15
804/14 806/4 806/6
807/7 808/6 809/2
810/20 810/25 811/11
812/10 813/14 814/9
815/17 816/11 817/8
817/11 817/18 822/1
822/13 822/18 823/11
823/15 824/2 824/16
824/21 824/24 825/10
825/11 825/12 827/22
828/21 829/12 829/15
829/16 831/9 835/1
835/21 836/20 836/24
840/4 844/3 846/14
851/13 851/18 852/6
852/16 853/1 853/14
854/8 855/21 859/5
859/8 859/9 859/24
860/1 861/4 861/23
866/2 867/5 867/10
867/11 868/23 869/14
869/17 869/20 870/1
870/14 872/5 873/22
879/11 889/12 893/9
893/10 902/19 903/21
904/20 906/25 906/25
907/10 908/17 908/23
910/1 910/13 915/18
917/3 917/15 919/7
919/14 919/15 924/4
926/14 926/21 927/1
927/10 930/1 930/3
930/4 930/9 930/23
930/25 932/9 936/14
936/20 937/4 938/10

**J**

**just... [4]** 939/2 939/7 941/3 941/4
**justice [1]** 921/2
**justify [1]** 920/2

**K**

**keep [8]** 756/1 756/2 855/21 868/20 905/4 909/4 918/13 931/24
**keeping [2]** 796/1 810/3
**Kelly [1]** 940/7
**Kelly's [1]** 940/22
**kept [1]** 930/9
**key [1]** 750/13
**kick [3]** 776/3 846/2 846/3
**kicking [1]** 903/10
**kill [8]** 764/25 807/1 836/2 836/8 841/2 916/7 916/8 916/10
**killed [1]** 836/10
**Kimberly [2]** 743/7 752/24
**kind [16]** 703/14 746/21 758/8 764/15 779/5 798/24 810/2 811/7 812/13 819/4 823/16 824/10 864/8 873/3 874/9 925/14
**kitchen [1]** 747/15
**knee [16]** 720/7 750/1 750/14 751/11 778/22 778/25 779/1 801/7 802/14 802/15 816/9 816/19 816/23 820/12 826/23 837/11
**knees [1]** 816/10
**knew [10]** 812/4 819/16 826/5 848/15 885/18 888/13 897/14 901/11 901/12 911/5
**knife [2]** 916/7 923/18
**Knight [15]** 687/6 688/4 688/7 688/14 688/19 690/10 690/11 711/25 728/24 738/16 852/8 869/15 912/18 913/5 940/5
**knock [1]** 776/6
**knocked [4]** 776/22 782/6 850/12 904/16
**know [95]** 700/7 705/3

718/8 720/6 728/4 729/23 731/23 733/22 737/11 744/1 752/21 755/15 778/12 778/13 781/13 782/4 786/11 788/5 790/25 791/9 794/12 795/6 795/11 797/4 797/5 797/12 798/19 800/8 801/25 803/2 803/2 803/19 803/24 806/25 807/23 808/10 809/1 809/15 810/25 814/4 819/13 820/24 821/18 821/22 822/22 823/5 824/25 827/8 829/24 835/3 836/5 840/25 843/15 844/17 845/10 845/12 849/17 855/15 856/15 857/4 863/6 863/12 864/1 867/14 869/16 870/5 871/1 902/21 903/12 903/19 903/20 903/20 905/6 905/21 908/8 911/3 911/14 912/9 916/17 918/14 918/14 920/4 920/9 921/1 922/18 927/15 927/17 927/19 930/3 930/8 935/2 938/5 938/23 939/13 940/1
**knowing [7]** 789/22 789/23 790/3 790/5 826/14 880/3 903/10
**knowingly [19]** 826/18 881/19 883/13 883/17 885/4 890/1 890/2 890/11 890/18 892/7 892/13 892/21 893/23 895/2 895/13 895/22 896/22 897/9
**knowledge [8]** 705/24 763/24 781/18 799/25 874/24 880/2 880/4 880/8
**known [2]** 725/12 858/11
**knows [3]** 761/21 902/21 902/22

**L**

**labeled [1]** 791/16
**lack [3]** 874/5 901/4 930/15

**lacked [1]** 920/2
**ladies [5]** 788/4 870/22 898/13 912/23 914/4
**Lady [4]** 700/2 702/12 702/22 709/21
**laid [1]** 697/11
**Lancaster [1]** 728/17
**Lanelle [4]** 693/1 693/12 693/16 712/2
**lanky [1]** 918/3
**lapses [1]** 878/19
**laptop [1]** 861/17
**large [5]** 796/13 796/22 803/2 904/12 918/7
**largely [2]** 721/2 751/21
**larger [3]** 798/9 814/4 863/20
**last [15]** 737/24 751/25 756/11 758/9 765/5 765/11 793/24 794/2 794/3 797/8 902/15 909/24 913/19 929/14 934/10
**late [1]** 764/14
**later [15]** 715/4 721/9 755/7 768/1 768/18 801/16 821/10 859/11 859/17 860/11 860/11 871/9 875/5 878/10 936/4
**laughing [1]** 821/18
**law [41]** 700/8 711/7 717/18 717/23 719/2 721/4 870/25 871/13 871/13 871/14 873/11 875/13 875/15 881/13 881/15 881/21 881/24 883/12 883/12 883/23 886/6 889/16 891/21 894/17 896/17 897/12 897/13 897/16 900/4 900/4 900/6 906/2 910/15 918/13 918/17 920/3 920/6 921/2 925/17 928/16 931/16
**lawful [3]** 881/25 889/25 890/10
**lawn [2]** 815/23 899/4
**laws [1]** 882/20
**lawyer [2]** 876/16 876/17
**lawyer's [2]** 876/19

**lawyers [4]** 690/25 872/22 872/25 876/14
**layers [1]** 908/16
**laying [1]** 695/25
**lead [1]** 863/23
**leaders [1]** 694/23
**leading [1]** 809/6
**leaning [1]** 926/3
**learn [1]** 782/21
**learned [1]** 762/13
**least [9]** 731/10 744/15 748/11 754/3 900/11 908/10 908/11 931/8 935/3
**leave [13]** 710/22 728/21 752/3 761/13 796/12 827/16 827/19 827/19 849/15 849/24 850/2 934/18 939/14
**leaving [3]** 747/2 849/8 849/15
**Lederer [11]** 686/15 688/4 688/14 688/20 690/8 898/16 907/7 909/14 910/12 910/24 937/1
**Lee [1]** 772/2
**left [14]** 708/7 708/17 728/15 733/3 793/22 793/25 807/25 820/22 839/16 849/23 850/1 850/3 850/4 904/24
**left-hand [1]** 728/15
**leg [1]** 921/16
**legal [2]** 872/7 915/5
**legally [1]** 919/22
**legible [1]** 760/5
**legislative [1]** 883/2
**legitimate [1]** 911/18
**Lemon [1]** 772/1
**length [1]** 805/15
**lengths [1]** 805/16
**lengthy [4]** 757/13 757/14 812/3 812/9
**less [2]** 811/23 849/6
**lesser [28]** 866/19 879/15 886/9 886/25 887/1 888/21 889/3 889/9 889/19 890/4 890/5 891/10 891/16 891/24 892/16 893/25 894/5 894/11 894/19 895/5 895/6 895/24

**L**

**lesser... [6]** 896/5 896/11 906/3 906/17 924/21 937/6
**let [25]** 720/21 734/24 737/6 737/11 749/21 776/20 781/4 783/20 790/25 791/9 796/1 810/25 824/12 845/18 857/3 858/11 869/17 875/3 893/10 928/3 928/4 928/6 930/16 935/2 938/10
**let's [15]** 697/11 697/18 724/7 741/19 787/23 812/9 837/3 838/14 842/11 851/4 852/20 853/9 866/22 870/1 898/2
**letter [3]** 813/1 814/6 911/9
**lettering [2]** 750/15 751/13
**letters [1]** 864/11
**level [2]** 872/10 939/14
**liaising [1]** 717/21
**liaison [7]** 694/3 694/8 694/10 694/11 695/2 706/4 717/17
**license [10]** 772/7 772/9 772/21 772/24 773/3 783/6 783/22 783/24 785/6 785/7
**licensed [1]** 717/7
**lie [1]** 920/12
**life [4]** 840/21 840/22 874/12 925/16
**light [5]** 803/15 803/17 805/11 898/8 922/20
**lightweight [1]** 916/14
**like [130]** 690/25 691/1 691/4 692/11 713/15 719/24 720/1 723/2 725/7 730/7 733/22 735/15 741/17 742/1 750/23 756/1 758/19 758/25 760/3 760/5 761/14 767/1 768/14 768/24 777/19 778/12 778/14 779/5 779/8 779/9 784/25 786/24 787/1 787/6 787/14 790/7 790/8 791/7 795/7 795/9 795/11

796/4 797/12 799/22 800/1 801/1 801/24 801/25 802/6 802/9 802/16 802/21 803/1 803/1 803/17 804/12 804/13 804/13 805/3 805/13 805/16 807/20 807/23 807/24 808/10 808/23 811/17 811/21 811/23 813/18 814/4 814/7 814/22 815/10 815/11 817/10 817/12 818/10 819/25 825/11 826/8 828/2 833/17 833/19 833/21 836/9 837/20 842/18 842/19 842/20 843/2 845/10 845/14 846/4 847/8 849/17 852/19 853/8 861/13 862/21 863/12 863/16 864/12 864/15 865/18 867/3 868/22 898/6 901/22 907/20 908/22 909/12 918/5 920/1 921/12 923/5 924/15 924/18 927/23 934/18 935/17 935/25 936/24 937/25 938/13 939/3 939/21 939/21 939/23 941/7
**like-minded [1]** 927/23
**liked [1]** 903/24
**likelihood [1]** 935/6
**likely [10]** 729/24 763/1 787/4 790/10 856/8 860/6 873/24 893/15 893/16 925/5
**likes [1]** 871/24
**Likewise [1]** 877/2
**limit [1]** 853/5
**limited [2]** 897/25 919/18
**line [16]** 698/1 712/7 758/9 770/2 819/24 825/25 827/5 829/9 836/25 841/16 843/2 906/20 912/7 920/23 929/14 937/7
**lines [1]** 926/20
**Lisa [3]** 687/3 690/12 913/6
**list [3]** 701/5 936/22 938/9
**listed [4]** 728/7 746/9

**listen [3]** 908/3 910/8 924/25
**listening [1]** 787/18
**lists [1]** 722/16
**lit [1]** 929/10
**literally [1]** 820/21
**little [21]** 703/2 703/9 703/18 705/6 713/10 717/9 724/22 725/7 726/24 735/22 751/23 771/25 788/8 798/8 802/19 838/15 842/9 844/20 854/6 907/11 909/9
**live [29]** 772/25 792/23 792/24 793/2 793/3 793/3 795/22 795/24 796/4 797/24 801/13 809/8 809/8 809/9 815/2 815/25 818/14 818/20 825/1 825/2 825/4 827/21 861/6 903/23 911/1 911/13 911/14 919/17 930/17
**lived [4]** 771/19 784/22 792/25 793/1
**lives [2]** 815/22 908/4
**living [1]** 748/7
**loaded [1]** 916/6
**lobbying [1]** 813/3
**local [1]** 800/5
**located [12]** 701/9 702/6 709/19 716/23 728/16 743/13 745/15 747/14 747/15 748/7 754/20 754/21
**locates [1]** 744/16
**location [12]** 705/5 710/8 710/16 710/18 710/20 710/22 714/14 714/16 746/23 751/20 775/1 848/11
**locations [3]** 782/14 785/4 809/17
**lodge [2]** 812/20 812/23
**log [2]** 745/12 746/9
**logically [1]** 927/2
**long [26]** 693/19 716/18 720/7 732/17 734/23 741/21 792/25 793/17 805/19 805/25 807/17 812/3 812/9

819/24 829/9 845/20 885/21 888/15 914/9 915/19 916/12 916/23 916/24 922/7 922/8 922/22
**longer [5]** 711/10 759/6 760/18 790/8 838/16
**look [12]** 697/10 708/17 723/2 724/7 725/21 741/8 778/9 808/25 898/6 901/21 920/19 927/12
**looked [13]** 733/21 733/22 771/18 774/1 784/21 802/9 842/18 842/19 843/2 847/8 875/4 875/8 918/5
**looking [8]** 699/22 701/4 720/6 734/2 765/14 858/14 864/16 932/22
**looks [6]** 744/19 760/3 760/5 767/1 768/14 814/22
**lorraine [5]** 687/11 687/14 942/3 942/10 942/10
**loss [2]** 823/16 885/13
**lost [4]** 808/9 808/12 850/12 929/6
**lot [19]** 730/19 799/10 801/24 815/12 815/13 821/9 828/2 832/2 832/3 832/5 832/6 902/21 903/25 904/9 905/15 907/13 916/19 921/9 935/21
**lots [3]** 721/4 730/9 903/25
**loud [2]** 838/1 893/17
**love [1]** 825/1
**Lower [2]** 847/14 930/10
**luck [1]** 866/4
**luckily [1]** 939/1
**lumped [1]** 751/19
**lunch [4]** 838/16 840/6 840/7 867/9
**lying [1]** 920/22

**M**

**ma'am [11]** 734/6 734/19 735/14 742/10

**M**

**ma'am... [7]** 743/24
757/14 770/9 774/11
774/16 776/2 777/4
**mace [3]** 800/21
800/22 800/23
**made [31]** 704/12
705/13 706/22 706/24
707/3 745/3 751/11
754/4 764/25 780/8
787/9 793/23 797/14
799/2 803/11 803/12
812/3 841/23 864/5
864/6 870/18 876/15
876/18 878/15 880/6
884/14 887/13 901/3
917/2 922/18 930/14
**magnetometer [1]**
785/25
**mail [1]** 784/10
**mailing [1]** 772/1
**main [8]** 687/4 701/11
702/24 703/4 706/20
707/1 707/4 755/20
**majority [2]** 796/13
820/18
**make [36]** 690/18
691/15 706/5 747/3
753/25 757/22 785/10
786/24 793/22 796/15
796/16 796/17 802/5
814/4 818/5 818/8
818/12 826/2 841/1
847/16 854/8 864/11
867/15 869/1 869/17
893/9 908/8 916/17
917/8 920/4 923/4
923/6 936/20 937/20
937/22 941/4
**makes [5]** 744/16
869/24 915/12 917/17
926/2
**making [13]** 690/17
704/9 706/8 706/12
790/2 812/9 848/24
849/2 889/7 891/13
894/9 896/9 939/3
**male [1]** 709/13
**malicious [1]** 796/10
**man [1]** 763/8
**managers [2]** 724/13
725/3
**manifest [1]** 728/3
**manner [13]** 795/9

871/12 877/24 888/6
888/11 890/25 891/3
893/5 893/13 902/25
905/20 914/1 914/3
**many [16]** 735/10
753/13 762/14 777/16
799/20 805/19 809/11
835/8 841/4 864/2
899/6 903/23 913/11
921/3 932/25 934/4
**map [3]** 696/12 696/22
698/1
**march [3]** 729/24
762/25 860/5
**mark [2]** 737/25
746/22
**marked [23]** 707/15
707/23 721/13 723/9
743/8 745/5 745/6
747/21 749/10 749/21
750/23 752/1 754/13
757/6 758/25 781/4
783/1 784/3 827/11
857/3 857/13 858/5
931/24
**marking [2]** 746/14
758/8
**marshal [2]** 933/7
933/15
**mask [6]** 709/14 843/7
843/12 904/18 905/8
909/19
**masks [1]** 713/14
**massive [1]** 714/2
**Mastony [10]** 820/5
821/5 840/15 840/19
904/16 905/7 909/10
914/20 922/12 922/15
**Mastony's [1]** 914/21
**match [1]** 814/21
**matched [1]** 734/2
**material [3]** 757/2
791/3 803/11
**mathematical [1]**
874/16
**matter [19]** 713/8
789/10 790/7 794/12
815/23 818/7 825/5
838/17 852/18 881/11
918/10 928/20 929/1
930/8 933/11 933/18
934/9 940/7 942/5
**matters [8]** 789/14
800/11 874/12 877/17

878/2 948/22 925/13
933/22
**Matthews [3]** 742/20
785/5 792/24
**may [113]** 692/23
696/15 696/19 697/20
697/21 697/23 699/4
699/17 700/11 700/21
700/25 708/11 716/9
716/12 722/7 724/23
728/24 732/9 734/16
738/14 738/21 738/22
741/25 742/3 742/4
742/13 742/17 743/19
744/4 744/5 745/22
745/24 745/25 748/19
748/20 750/6 752/12
755/1 758/4 760/2
760/4 770/19 771/6
775/18 783/15 784/16
788/8 790/5 790/18
791/21 792/10 828/24
829/3 836/23 839/8
853/10 853/14 854/14
855/1 855/3 861/18
862/25 869/1 869/11
869/13 871/2 871/3
871/5 871/16 872/2
872/13 872/14 873/3
874/21 875/1 876/10
877/20 877/22 878/8
878/12 878/15 878/18
878/20 878/24 879/3
879/21 880/4 880/6
880/9 880/24 881/3
883/17 884/23 887/23
888/10 901/11 905/19
912/21 915/11 919/20
919/23 919/23 922/4
926/18 931/22 933/6
933/23 934/2 936/1
939/6 939/7 939/13
941/3
**maybe [13]** 727/24
760/4 768/14 803/17
845/10 845/11 869/23
910/8 916/11 925/3
925/4 938/7 939/11
**mayor [4]** 721/8 721/9
722/1 722/15
**mayor's [2]** 725/4
899/24
**MDNC [1]** 687/3
**me [72]** 691/1 704/9

705/3 716/24 720/5
727/10 736/5 737/6
739/23 744/2 747/16
749/21 760/22 761/12
776/20 777/10 781/5
783/20 787/1 791/5
795/9 795/11 796/9
796/17 804/10 804/14
805/7 807/21 810/24
810/25 814/14 821/15
827/7 827/9 828/16
837/20 840/3 842/18
842/20 842/20 843/2
845/9 845/18 845/18
845/20 852/23 857/4
857/4 864/14 866/22
866/18 867/11 869/17
870/24 871/8 871/9
872/19 875/3 881/9
893/10 897/21 903/15
903/21 905/5 931/13
933/6 933/9 933/15
933/17 935/21 938/10
941/5
**mean [30]** 765/7
791/13 793/4 795/17
799/10 802/6 809/22
815/9 815/10 815/15
816/13 817/10 818/21
819/9 820/11 822/1
823/16 825/2 825/19
826/7 826/17 828/15
836/6 836/8 840/12
847/6 847/7 853/5
922/16 922/17
**meaning [10]** 759/7
888/4 890/18 890/21
890/21 893/23 895/17
895/22 897/3 897/9
**meaningful [1]** 878/2
**meanings [4]** 885/16
893/21 895/20 897/8
**means [23]** 726/16
798/17 801/18 804/9
833/7 875/14 877/14
882/8 882/15 882/18
882/19 883/11 885/3
885/9 885/11 890/13
895/14 896/23 904/7
918/17 929/17 933/16
937/9
**meant [6]** 703/11
746/17 795/9 909/4
909/4 931/19

**measurement [1]** 922/21
**measures [1]** 820/3
**media [4]** 759/8 809/6 810/9 824/19
**medium [1]** 795/5
**meet [7]** 782/2 799/9 808/3 897/6 913/13 925/1 929/10
**meeting [2]** 734/12 742/16
**member [6]** 708/3 815/22 824/8 885/14 933/8 933/10
**members [13]** 694/25 698/9 698/17 824/5 838/15 855/7 857/9 865/14 870/22 905/4 911/5 930/23 933/8
**memory [5]** 872/20 872/21 877/25 878/7 878/19
**menace [1]** 885/7
**mention [3]** 690/14 729/6 837/20
**mentioned [9]** 742/12 760/21 795/13 797/1 799/1 808/18 809/5 923/15 931/8
**merely [3]** 873/1 879/15 879/19
**merits [1]** 933/11
**mess [1]** 908/7
**message [18]** 761/11 762/9 762/11 764/9 764/22 765/5 766/10 766/11 766/14 766/19 767/13 767/15 767/18 767/19 768/12 769/24 770/5 779/23
**messages [12]** 754/2 757/18 759/7 759/10 760/22 761/21 768/9 768/20 779/20 780/1 851/11 857/2
**met [13]** 702/5 703/2 719/11 742/13 742/15 781/16 799/10 808/4 913/11 913/21 915/10 920/7 924/19
**metal [13]** 805/2 808/23 819/16 819/18 819/23 820/16 820/17

920/19 845/20 916/6 917/22 922/12 926/11
**metal-tipped [1]** 916/9
**methods [1]** 785/8
**Metropolitan [1]** 883/9
**microphone [2]** 717/10 898/11
**middle [3]** 853/22 907/23 923/25
**might [22]** 698/21 728/20 770/8 773/4 779/8 782/20 794/12 794/20 804/8 810/20 814/24 815/11 816/9 816/11 817/16 824/10 847/9 876/13 901/23 903/7 916/15 916/24
**Mike [5]** 695/16 701/6 709/7 899/18 900/16
**Mike Pence [2]** 899/18 900/16
**mile [1]** 901/13
**military [2]** 768/19 859/12
**mind [9]** 690/22 784/2 880/1 880/17 907/11 910/18 918/13 931/24 933/13
**minded [1]** 927/23
**mindful [1]** 932/8
**minimize [1]** 923/12
**minute [4]** 834/22 836/23 857/8 897/22
**minutes [16]** 735/21 737/9 740/14 771/25 788/8 806/1 831/8 832/12 837/8 847/25 848/5 916/2 930/11 935/22 935/25 936/11
**miss [1]** 922/11
**missing [1]** 924/17
**mission [2]** 694/21 932/9
**mistake [3]** 878/19 883/15 922/17
**mistaken [1]** 922/15
**misunderstanding [1]** 878/19
**mixing [1]** 804/9
**Model [1]** 866/25
**modifies [1]** 931/17
**moment [9]** 738/14 742/1 837/1 850/12 852/6 856/17 856/18

865/22 924/21 926/20
**moment's [1]** 940/11
**moments [1]** 907/22
**monitor [2]** 697/4 697/9
**monitors [1]** 819/21
**montage [1]** 926/10
**months [2]** 720/6 813/5
**Moore [12]** 692/18 788/9 866/6 869/10 898/10 933/7 934/21 936/8 936/9 938/8 939/2 939/20
**moral [4]** 900/3 900/11 905/10 910/14
**morally [2]** 848/19 910/21
**morals [3]** 835/19 835/20 835/23
**more [49]** 700/6 711/23 735/12 735/13 739/12 751/23 769/17 781/22 797/17 811/13 811/17 811/22 812/18 812/18 812/19 813/8 814/8 814/9 817/4 817/10 840/21 840/22 840/22 849/6 854/6 863/24 866/19 873/24 874/1 874/11 876/11 881/21 882/9 889/12 893/2 897/25 899/7 906/10 906/24 908/3 909/18 912/12 923/5 923/6 925/13 925/16 933/8 934/7 936/10
**morning [37]** 690/2 690/7 690/9 690/10 690/11 690/13 692/7 692/20 692/21 693/10 693/11 693/14 693/16 701/8 712/4 712/5 715/8 715/18 716/10 716/11 731/21 732/10 732/11 741/2 770/11 770/24 770/24 771/1 786/11 792/8 792/14 792/15 822/16 826/22 826/24 935/19 939/13
**most [22]** 690/20 690/25 758/22 781/24 796/22 799/24 806/18 809/7 820/20 850/3

380/4 850/10 856/8 860/12 860/13 865/18 866/10 908/10 910/6 916/2 916/2 917/19
**mostly [2]** 726/21 781/21
**mother [9]** 743/7 752/25 776/1 776/11 776/18 776/24 782/2 793/3 858/15
**motion [8]** 786/24 787/3 787/7 787/9 870/12 870/14 870/15 870/18
**motivated [1]** 879/3
**motorcade [4]** 702/5 704/17 704/23 705/4
**motorized [1]** 722/22
**move [29]** 699/15 701/15 703/12 705/4 707/9 707/11 708/9 714/19 726/20 733/19 738/11 740/12 745/19 750/4 752/9 758/1 759/12 773/2 783/11 805/23 806/4 806/17 834/10 846/23 847/1 903/15 903/16 904/7 929/16
**moved [13]** 691/20 702/23 703/4 705/4 705/16 705/18 706/16 707/6 710/16 710/18 714/9 714/13 904/21
**movement [3]** 705/13 882/4 930/14
**movements [8]** 698/11 698/19 698/21 702/19 731/5 756/2 756/2 907/17
**moves [3]** 722/5 723/25 917/2
**moving [6]** 705/3 714/22 767/17 806/8 846/25 847/9
**MPD [4]** 718/1 820/6 901/15 908/11
**Mr [10]** 688/4 688/7 688/14 688/19 734/25 742/18 754/10 810/23 824/9 940/5
**Mr. [126]** 690/10 711/25 719/11 719/22 720/17 728/24 733/16

# M

**Mr.... [119]** 734/5
734/13 734/18 736/3
736/17 738/16 739/2
739/8 739/20 740/8
742/9 742/13 743/13
745/17 748/11 750/14
751/15 753/23 754/5
757/12 758/15 760/23
761/18 761/21 762/7
762/23 763/6 763/7
764/13 766/4 767/4
767/7 769/9 769/14
771/19 772/7 773/11
773/13 774/7 775/12
775/21 776/14 777/7
778/9 778/23 779/11
779/14 780/5 780/8
780/10 780/12 780/13
780/17 780/21 781/16
783/25 784/22 785/15
787/13 787/18 788/12
789/21 790/8 790/17
790/23 791/24 791/25
810/21 811/4 813/13
824/15 828/25 829/6
831/21 832/17 832/25
833/14 834/9 834/22
835/5 837/7 838/9
838/20 839/9 839/14
839/18 839/21 841/12
842/17 842/21 844/5
844/12 845/2 848/8
850/24 852/8 853/18
854/4 854/18 855/15
856/7 857/12 858/7
859/8 865/4 869/15
873/4 873/12 873/16
873/20 873/22 880/7
880/16 898/24 900/3
900/8 901/2 912/18
924/9

**Mr. David [3]** 760/23
776/14 813/13

**Mr. Geitzen [104]**
719/11 719/22 720/17
733/16 734/5 734/13
734/18 736/3 736/17
739/2 739/8 739/20
740/8 742/9 742/13
748/11 750/14 751/15
753/23 754/5 757/12
761/18 762/7 762/23
763/6 763/7 767/4

767/7 769/9 769/14
771/19 774/7 775/12
775/21 777/7 778/9
778/23 779/14 780/5
780/8 780/10 780/12
780/13 780/17 780/21
781/16 783/25 784/22
785/15 787/13 787/18
788/12 790/8 790/17
790/23 791/24 791/25
810/21 811/4 824/15
828/25 829/6 831/21
832/17 832/25 833/14
834/9 834/22 835/5
837/7 838/9 838/20
839/9 839/14 839/18
839/21 841/12 842/17
842/21 844/5 844/12
845/2 848/8 850/24
853/18 854/4 854/18
855/15 856/7 857/12
858/7 859/8 865/4
873/12 873/16 873/20
873/22 880/7 880/16
898/24 900/3 900/8
901/2 924/9

**Mr. Geitzen's [12]**
743/13 745/17 758/15
761/21 764/13 766/4
772/7 773/11 773/13
779/11 789/21 873/4

**Mr. Knight [7]** 690/10
711/25 728/24 738/16
852/8 869/15 912/18

**Ms [10]** 688/4 688/7
688/10 688/10 688/11
688/14 688/18 688/20
784/21 898/6

**Ms. [30]** 692/18 738/17
781/7 782/17 785/14
788/9 852/9 855/4
855/21 866/6 867/6
869/10 898/10 898/10
898/16 907/7 909/14
910/12 910/24 922/13
933/7 934/21 936/8
936/9 937/1 937/1
938/8 939/2 939/20
940/6

**Ms. Costner [8]**
738/17 781/7 782/17
785/14 852/9 867/6
922/13 940/6

**Ms. Eriksen [2]** 898/10

**Ms. Lederer [6]** 898/16
907/7 909/14 910/12
910/24 937/1

**Ms. Moore [12]** 692/18
788/9 866/6 869/10
898/10 933/7 934/21
936/8 936/9 938/8
939/2 939/20

**Ms. Rives [2]** 855/4
855/21

**much [26]** 694/12
727/10 782/4 792/21
793/22 795/9 797/10
798/8 798/9 799/16
800/10 810/8 813/18
825/1 860/12 861/7
861/13 863/24 866/21
875/16 879/24 897/25
901/2 909/6 935/11
936/15

**multi [1]** 754/14

**multi-page [1]** 754/14

**multiple [8]** 718/7
725/10 725/18 726/11
841/15 847/5 862/6
880/18

**muscle [2]** 904/14
904/15

**must [34]** 873/2 874/1
874/2 876/2 876/3
876/17 876/23 877/4
877/9 881/16 884/3
885/1 886/8 886/13
887/2 888/1 889/18
889/22 890/7 891/23
892/3 892/18 894/22
895/8 896/18 897/13
918/13 920/6 925/13
931/4 931/6 931/7
931/18 934/10

**mutual [1]** 932/12

**my [92]** 690/14 690/19
690/24 690/25 691/10
697/5 697/10 703/10
704/5 704/8 711/22
721/3 729/23 732/15
740/4 756/15 757/10
757/12 760/25 761/1
761/13 774/19 775/10
785/6 790/2 792/18
793/3 793/3 794/3
794/16 794/20 795/18
797/5 798/4 798/8

799/23 800/7 800/8
800/16 802/13 806/1
808/2 808/4 811/7
811/20 812/2 812/7
813/14 817/21 822/22
827/20 833/25 837/21
845/15 847/16 849/15
850/12 853/1 854/24
854/25 856/8 856/9
856/9 859/18 860/1
860/17 861/7 861/17
862/5 862/17 866/14
866/25 868/4 870/11
871/2 871/11 871/19
898/15 907/11 909/11
909/12 909/16 913/5
913/6 930/25 935/4
935/22 936/22 938/4
938/11 938/11 939/9

**myself [2]** 725/12
797/3

# N

**N-95 [2]** 899/9 909/19

**N-O-Y-E-S [1]** 732/15

**name [14]** 693/14
694/12 719/22 732/15
746/23 756/14 756/15
760/25 792/16 792/18
874/3 913/5 928/13
934/20

**named [2]** 718/12
762/7

**names [1]** 700/7

**nation [1]** 797/12

**nation's [1]** 694/23

**national [7]** 694/13
717/12 717/13 717/17
717/18 717/21 872/8

**natural [1]** 880/10

**nature [4]** 713/18
875/24 876/2 883/14

**Naval [1]** 711/21

**NC [3]** 687/4 687/7
792/24

**NCSU [1]** 793/9

**near [2]** 704/16 921/17

**necessarily [5]** 802/1
841/22 853/2 853/9
876/6

**necessary [6]** 873/23
880/17 885/17 888/12
929/17 933/5

**need [21]** 697/8 697/9

# N

**need... [19]** 697/10
727/5 742/3 760/10
788/6 819/10 838/15
846/25 847/1 857/4
870/14 891/2 897/15
907/4 909/17 934/22
935/9 936/22 939/19
**needed [1]** 908/17
**needs [2]** 939/21
939/22
**negative [1]** 726/18
**neglected [1]** 870/11
**negligently [1]** 885/5
**Neiss [2]** 743/7 752/24
**never [21]** 719/11
719/14 731/12 731/14
768/3 781/21 784/2
824/8 836/1 873/11
900/19 908/12 908/19
908/22 909/7 910/10
910/18 924/4 933/10
933/13 933/17
**new [2]** 686/13 768/14
**news [5]** 762/14
769/25 824/19 932/23
932/23
**next [29]** 692/12
692/23 715/23 725/6
731/24 762/1 762/25
764/12 764/19 765/9
765/17 766/13 766/14
767/17 768/4 770/3
851/25 857/21 860/5
860/11 865/15 874/19
877/6 879/9 879/17
880/18 902/12 919/17
931/3
**nice [2]** 692/22 922/19
**NICHOLS [1]** 686/10
**Nichols' [1]** 691/9
**night [7]** 692/22
801/16 809/10 809/22
836/5 903/7 908/9
**no [191]** 686/4 692/14
699/16 700/23 708/10
711/10 711/23 715/15
719/13 719/15 722/6
724/2 724/21 730/18
734/9 738/18 740/13
741/15 741/15 743/18
745/2 745/21 746/9
747/9 748/16 749/15
750/5 751/4 752/11

758/3 759/23 765/21
767/19 767/25 774/5
775/13 776/5 777/15
777/20 778/24 779/16
780/6 780/16 780/20
781/17 781/22 782/3
782/5 783/14 784/1
784/15 785/17 785/20
786/8 787/2 790/8
791/10 793/21 794/6
794/20 794/24 800/20
800/21 800/25 802/25
803/1 804/8 804/8
804/8 805/4 806/4
806/12 807/2 807/4
807/6 807/9 807/11
807/13 808/24 808/24
811/12 811/17 812/2
812/12 813/4 813/10
813/25 813/25 814/20
815/6 815/9 815/24
815/24 815/24 815/24
816/11 816/16 816/18
816/20 816/22 816/24
817/9 818/14 818/16
818/16 818/16 818/19
818/25 820/14 821/12
821/13 821/23 822/3
822/4 822/5 822/7
826/20 827/2 827/6
827/8 827/17 827/22
832/25 833/2 833/3
833/21 833/24 834/2
835/18 835/21 836/12
836/15 840/10 842/8
846/4 848/23 849/6
852/18 856/10 856/13
856/14 857/25 858/16
860/20 861/3 865/3
865/8 865/12 867/5
867/21 868/13 868/17
872/4 875/9 877/1
879/14 880/3 898/9
901/10 904/10 907/4
908/16 908/21 909/1
909/2 910/13 911/8
911/9 911/11 911/19
916/13 917/22 917/22
918/10 924/16 927/25
928/1 928/7 928/11
929/10 929/17 930/5
932/5 933/8 936/4
937/23 940/1 940/1

**nobody [1]** 690/1
**Nods [1]** 769/3
**none [4]** 785/22
785/25 786/4 833/5
**nonetheless [1]**
834/15
**Nope [1]** 764/14
**normal [6]** 752/6 755/9
770/3 796/11 823/18
893/19
**normally [2]** 817/8
825/19
**north [17]** 687/4 687/7
704/24 717/7 732/21
742/21 742/25 754/22
771/21 772/2 793/10
797/24 798/11 813/13
813/16 911/8 928/3
**northeast [1]** 702/8
**not [274]**
**notated [1]** 729/15
**note [5]** 832/7 867/22
871/8 933/6 933/10
**notebook [1]** 934/20
**notebooks [1]** 936/18
**noted [4]** 701/13
759/17 759/20 937/11
**nothing [13]** 691/17
692/16 693/7 716/6
731/19 732/7 792/4
798/19 861/15 931/12
931/15 931/16 934/13
**notice [7]** 723/17
726/18 733/22 751/11
783/20 790/25 940/11
**noticed [1]** 867/5
**notification [4]** 698/15
703/19 705/7 705/9
**notified [2]** 704/15
704/22
**notifying [2]** 725/4
725/5
**November [5]** 799/7
809/23 809/25 810/2
810/8
**now [85]** 693/6 697/17
697/20 699/22 700/6
701/22 710/4 710/8
716/5 732/6 742/8
763/14 765/17 768/17
770/17 771/8 775/17
779/20 787/7 787/11
791/20 792/3 796/18
807/17 807/19 812/19

833/14 833/24 834/1
834/9 834/23 837/20
838/14 838/23 839/3
840/6 842/19 843/20
844/4 844/4 844/5
850/7 850/25 851/14
853/19 855/16 856/22
857/21 858/18 859/10
859/24 864/2 867/11
868/15 868/21 870/10
870/23 870/24 881/12
888/21 897/18 897/20
904/9 913/9 913/23
914/1 914/17 915/2
915/17 916/15 916/23
918/2 921/10 921/17
922/22 926/23 928/2
929/9 932/25 934/16
935/8 937/22
**Noyes [11]** 732/2
732/12 732/15 748/23
756/15 770/22 770/25
781/1 845/2 845/6
857/17
**nudge [1]** 846/4
**number [27]** 713/25
718/21 718/22 719/3
719/5 719/6 726/18
728/8 730/16 734/4
746/24 754/7 754/11
754/11 758/11 758/15
761/25 796/22 820/1
861/23 864/17 876/7
876/11 876/12 908/25
909/1 934/21
**numbers [10]** 726/18
727/16 728/7 730/2
817/11 902/13 923/21
923/23 923/23 923/24
**numerous [1]** 733/12
**NW [2]** 686/16 687/13

# O

**object [18]** 741/20
759/21 813/6 851/22
852/10 876/19 888/6
888/7 888/9 888/11
890/21 890/22 891/3
905/20 911/6 913/24
914/2 928/25
**objected [2]** 866/24
876/14
**objecting [1]** 876/16

# O

**objection [53]** 699/16
700/23 703/10 705/20
705/22 708/10 713/19
722/6 724/2 724/19
724/21 738/13 738/18
740/13 741/5 741/11
741/13 741/15 741/16
743/18 745/21 747/9
748/15 748/16 749/15
750/5 751/3 751/4
752/11 754/25 758/3
759/15 759/17 759/19
759/20 782/9 783/13
783/14 784/15 786/6
823/13 828/13 831/3
852/2 852/5 852/13
867/2 867/4 867/21
876/22 877/3 935/23
936/25
**objections [11]** 691/15
812/20 812/23 813/3
867/3 867/19 868/16
868/18 869/5 876/17
937/21
**objects [3]** 866/25
917/20 930/2
**obligated [2]** 936/2
936/3
**obligation [1]** 924/16
**obliterated [1]** 912/2
**observation [1]**
775/15
**Observatory [1]**
711/21
**observe [3]** 807/14
834/1 878/2
**observed [3]** 733/25
748/11 877/16
**observers [2]** 795/25
796/2
**observing [1]** 796/14
**obstructed [3]** 882/3
899/13 904/19
**obstructing [2]** 881/13
881/21
**obtain [2]** 739/7
755/23
**obvious [4]** 754/4
760/24 798/24 926/14
**obviously [10]** 691/17
692/8 708/21 787/9
829/3 836/21 866/23
937/16 939/12 941/2

**occasion [1]** 722/4
**occasionally [1]**
814/18
**occupational [1]**
717/5
**occupy [8]** 765/8
847/2 847/20 849/6
902/8 905/11 910/22
911/21
**occur [1]** 696/6
**occurred [5]** 706/19
801/12 801/15 892/10
892/24
**occurrence [1]** 705/21
**occurring [1]** 823/24
**October [1]** 942/10
**odd [1]** 740/20
**OFC [1]** 687/3
**off [21]** 706/15 708/22
722/22 738/16 768/21
770/3 815/23 817/17
831/25 839/16 850/12
852/8 854/9 855/22
859/8 861/25 862/4
862/6 890/13 917/16
918/10
**offense [50]** 690/21
873/15 873/17 873/19
880/20 880/20 881/16
884/2 884/17 886/9
886/12 886/25 887/1
887/18 888/21 888/22
889/2 889/3 889/19
889/21 890/3 890/4
890/5 891/1 891/1
891/9 891/10 891/24
892/3 892/14 892/15
893/25 894/4 894/5
894/21 895/4 895/5
895/6 895/24 896/4
896/5 896/17 897/4
897/5 897/19 924/8
924/10 924/13 924/21
937/7
**offenses [6]** 692/3
866/19 888/23 891/5
906/3 924/24
**offensive [1]** 920/8
**offer [8]** 740/12 743/16
747/7 748/13 749/14
751/1 754/24 784/14
**offered [1]** 876/15
**office [35]** 687/6
693/25 701/12 701/15

702/16 702/24 702/25
705/10 705/12 705/15
705/16 706/17 706/21
707/7 708/5 708/23
710/4 710/18 710/20
711/3 711/6 711/12
716/25 717/1 717/2
717/19 718/16 718/21
732/19 755/20 755/21
795/23 795/25 900/22
935/12
**officer [73]** 744/15
764/25 805/23 806/2
806/8 806/14 807/1
807/10 830/23 833/15
834/2 835/5 837/8
837/19 837/23 840/15
840/18 842/5 842/7
842/17 842/24 879/16
881/24 882/22 883/21
884/6 884/12 884/15
884/20 885/22 885/23
886/1 886/3 886/16
886/21 887/5 887/11
887/14 887/20 888/16
888/20 901/18 903/14
903/16 904/7 904/14
904/15 904/16 906/7
908/10 908/11 909/19
912/10 914/17 914/20
914/21 914/22 915/2
915/19 916/16 917/18
918/3 921/13 923/17
926/1 928/13 928/17
929/23 929/24 930/18
937/8 937/15 937/19
**Officer Cohen [3]**
904/15 909/19 914/17
**Officer Curtice [3]**
835/5 904/14 908/10
**Officer Curtice's [1]**
833/15
**Officer Mastony [3]**
840/15 904/16 914/20
**officer's [5]** 830/20
843/7 879/10 879/12
902/2
**officers [86]** 721/6
785/21 795/24 802/24
821/10 825/23 827/10
827/15 828/7 828/9
828/12 829/10 830/11
831/22 831/24 833/23
834/1 834/10 834/13

835/14 835/25
839/17 840/4 841/16
841/19 841/21 841/22
843/20 846/14 846/20
847/11 847/14 848/12
848/14 860/21 861/2
861/3 864/5 881/14
881/22 881/24 885/20
887/2 888/25 889/5
899/7 901/6 901/7
902/25 903/4 904/6
904/11 905/2 905/18
905/21 906/20 906/25
907/21 908/1 909/2
909/23 912/7 913/7
915/22 916/3 918/14
919/4 919/11 919/15
920/20 921/10 921/11
922/8 926/4 926/12
926/18 926/20 927/21
927/22 928/10 928/11
928/16 928/22 929/12
930/4
**officers' [2]** 879/9
922/9
**offices [3]** 695/23
698/18 809/10
**official [21]** 687/12
722/24 800/11 881/25
883/10 883/22 884/13
885/20 885/21 885/23
886/5 886/22 887/12
887/16 888/15 888/17
892/9 892/12 892/23
893/1 942/3
**often [1]** 934/7
**oftentimes [1]** 921/4
**oh [11]** 782/11 818/16
820/14 827/7 834/2
840/7 910/13 911/1
937/13 937/16 938/4
**okay [107]** 691/6 691/8
697/5 697/12 726/8
727/12 735/13 737/13
739/11 740/23 741/24
742/6 746/1 752/23
754/6 756/6 759/24
760/9 760/12 763/22
769/2 770/12 774/17
776/20 778/4 778/25
779/19 785/13 786/19
786/22 787/7 787/11
788/1 789/25 790/12
791/17 795/20 800/12

**O**

okay... **[69]** 801/3
803/4 803/10 803/13
803/16 803/21 804/16
804/22 804/24 805/10
805/21 806/9 808/9
809/4 811/1 811/2
811/10 812/9 815/16
817/6 821/5 827/25
829/6 829/14 829/17
834/12 836/6 837/6
838/19 838/22 840/14
843/10 843/10 845/13
849/7 851/7 851/16
853/7 853/11 853/12
854/8 854/11 857/1
857/5 857/16 859/5
864/16 865/25 867/10
867/13 867/16 868/14
869/9 869/19 870/6
870/7 898/1 920/1
933/4 935/14 936/7
937/3 937/16 937/24
939/5 939/8 939/9
940/20 941/10
old **[3]** 792/19 792/20
857/9
once **[7]** 718/18
719/22 831/8 905/17
922/11 928/22 929/18
one **[105]** 697/3
698/23 700/6 708/22
724/8 728/9 728/11
733/6 737/24 739/12
744/15 750/13 751/25
753/15 753/22 754/10
754/11 755/15 755/17
760/6 760/23 763/1
765/2 765/5 765/6
765/7 768/4 769/17
772/17 773/4 779/24
790/19 797/17 797/22
798/11 803/19 804/1
804/12 805/14 809/18
809/18 809/19 809/20
814/1 814/13 814/14
817/18 817/18 818/14
819/24 821/12 822/3
822/5 822/12 824/7
828/21 832/25 833/3
833/21 836/3 837/20
844/19 845/23 845/25
856/10 856/13 857/8
859/5 860/6 864/3

864/4 865/16 866/9
874/1 875/15 875/23
876/11 880/18 880/25
881/21 882/16 882/24
885/2 888/2 898/25
898/25 902/17 906/1
907/14 908/25 911/7
912/6 912/8 913/13
925/12 926/4 927/18
927/25 928/1 929/14
933/8 934/1 937/4
938/6 938/10
one's **[1]** 858/8
ones **[4]** 749/1 797/21
862/18 870/4
ongoing **[1]** 799/15
online **[4]** 795/10
810/9 814/25 815/8
only **[28]** 708/22
740/12 741/20 814/13
814/14 816/25 819/23
820/2 864/4 872/23
873/23 876/3 898/25
902/3 907/4 908/13
917/6 917/12 920/16
921/21 928/23 931/19
931/24 936/22 937/11
938/7 938/7 939/9
open **[9]** 691/2 723/6
733/13 735/4 778/14
787/25 907/15 933/12
933/17
open-source **[1]** 735/4
open-sourced **[1]**
907/15
opened **[2]** 747/1
747/2
operate **[1]** 782/21
operates **[1]** 883/7
operation **[2]** 734/10
882/20
operations **[4]** 717/20
718/6 718/17 721/3
opinion **[12]** 775/7
775/10 794/16 795/18
795/20 795/21 813/9
872/16 923/9 924/18
931/13 933/24
opinions **[1]** 871/24
opportunity **[8]** 691/14
719/23 741/12 847/6
878/2 913/7 920/20
929/11
oppose **[3]** 885/14

opposed **[10]** 884/5
884/11 885/18 885/25
886/15 886/20 887/4
887/10 888/14 888/19
opposing **[1]** 801/23
opposite **[3]** 876/13
917/23 922/2
orally **[1]** 933/12
orator **[1]** 822/19
order **[25]** 691/20
733/18 733/19 755/23
755/23 826/17 881/15
886/10 888/22 889/9
889/10 889/20 891/4
891/16 892/1 892/2
892/15 894/11 894/20
895/5 896/13 896/17
899/12 905/4 931/5
ordered **[1]** 877/3
orderly **[5]** 871/12
892/8 892/11 892/22
892/25
ordinarily **[1]** 880/2
ordinary **[1]** 885/15
organ **[1]** 885/14
organization **[7]**
712/22 796/19 800/10
800/10 812/14 813/1
819/3
organizations **[3]**
799/21 812/12 812/15
organize **[1]** 932/11
orientation **[1]** 872/10
origin **[1]** 872/8
originally **[1]** 795/21
other **[73]** 692/11
704/16 712/6 713/21
717/23 722/23 728/10
740/20 744/21 746/25
750/23 761/22 764/4
771/15 775/8 779/8
781/5 781/19 781/20
787/12 796/14 797/19
798/17 799/10 803/20
803/23 804/1 807/7
808/19 810/5 811/24
813/18 813/21 821/25
823/7 828/16 833/3
841/4 843/18 848/11
848/13 856/14 859/15
863/14 872/10 873/17
874/25 876/13 876/15
878/5 878/17 878/25

888/3 928/13
879/1 879/3 879/3

879/23 880/7
881/1 882/17 883/6
895/15 896/24 901/17
905/2 905/21 908/23
918/23 926/10 926/15
929/12 931/6 933/19
933/20 937/20 937/24
others **[9]** 751/24
800/3 806/11 860/19
860/20 871/6 893/16
919/1 940/20
otherwise **[6]** 759/21
768/12 796/13 859/11
880/23 890/14
our **[30]** 694/2 694/13
694/15 695/20 697/4
698/16 703/21 704/22
705/2 718/15 734/2
745/12 746/20 755/20
755/20 764/15 770/10
852/12 852/13 867/6
869/21 900/18 902/3
909/23 909/24 911/25
912/2 920/11 921/2
929/10
out **[68]** 694/2 698/16
718/19 722/16 722/25
728/4 734/1 741/3
745/12 746/13 749/8
750/21 760/19 760/22
771/18 777/24 778/10
779/15 788/9 803/12
805/23 806/4 806/8
806/18 818/5 818/8
818/12 826/17 847/1
847/9 847/13 857/4
860/12 860/14 864/11
867/7 875/4 875/8
882/20 885/20 885/21
885/23 888/15 888/17
899/4 899/7 900/22
901/15 901/23 907/16
909/18 909/23 910/25
912/7 920/8 920/19
920/25 928/3 928/5
928/6 929/15 930/4
930/4 934/19 935/13
936/9 937/18 939/15
outcome **[2]** 878/4
879/23
outline **[1]** 698/19
outlined **[2]** 697/1
698/10
outnumbered **[2]**

**O**

**outnumbered... [2]** 836/2 836/16

**outset [1]** 934/1

**outside [5]** 708/2 787/24 788/6 865/25 933/4

**over [37]** 693/22 701/15 703/1 703/5 703/12 703/17 704/3 704/8 705/14 733/4 733/8 733/11 771/2 771/9 778/12 778/18 797/8 818/9 818/12 822/5 824/2 846/1 849/22 861/5 875/15 920/5 923/16 925/20 926/3 927/21 928/15 928/22 930/7 932/4 938/8 939/18 939/19

**Over-convicting [1]** 920/5

**overall [2]** 694/21 786/12

**overarching [1]** 755/16

**Overruled [5]** 713/20 786/7 823/14 828/14 831/5

**overwhelming [1]** 898/23

**own [9]** 788/19 789/4 789/8 789/18 872/20 879/19 928/9 928/11 929/7

**owns [1]** 725/12

**P**

**P R O C E E D I N G S [1]** 689/20

**p.m [44]** 702/22 703/3 703/6 703/9 708/19 709/23 710/23 710/24 710/25 714/14 714/17 721/11 722/18 722/20 722/21 722/23 722/25 725/5 725/6 761/12 764/11 764/21 765/4 765/25 766/17 766/22 767/16 767/20 768/8 768/13 770/6 831/16 832/15 839/1 839/1 841/17 848/6 883/25 884/1 898/4 898/4

**PA [1]** 717/7

**packaged [1]** 746/19

**padding [1]** 750/15

**pads [18]** 720/7 730/22 750/1 750/14 751/11 751/16 778/22 778/25 779/1 801/7 802/14 802/15 816/9 816/19 816/23 820/12 826/23 837/11

**page [28]** 688/2 688/16 689/3 727/8 728/12 754/14 756/11 756/11 758/2 761/8 762/2 762/5 762/6 762/22 763/24 764/12 764/12 766/13 768/1 768/15 857/14 858/6 859/9 859/25 867/12 868/6 868/8 934/19

**pain [1]** 885/9

**pair [1]** 751/18

**pandemic [6]** 713/11 713/18 713/22 729/23 923/23 923/25

**paragraph [1]** 937/5

**parameters [1]** 935/18

**paraphrasing [1]** 922/16

**Pardon [1]** 716/24

**Parks [1]** 717/25

**parsing [1]** 915/6

**part [29]** 695/25 705/2 717/21 718/15 719/19 724/6 750/15 764/2 767/17 774/6 774/12 775/7 775/10 776/19 782/14 786/3 817/7 821/10 822/22 838/1 843/16 877/2 893/16 900/14 901/5 908/13 928/23 929/8 929/13

**partially [1]** 811/6

**participate [1]** 764/7

**participated [3]** 712/13 712/21 715/7

**particular [21]** 748/6 751/13 753/7 760/19 795/2 795/23 803/22 821/10 833/2 833/6 834/3 843/17 849/1 849/15 864/4 871/4 873/15 873/19 875/16

**particularly [4]** 794/18 802/6 811/14 902/16

**parties [13]** 690/17 690/21 690/23 691/1 691/14 787/5 788/6 865/20 866/8 866/14 869/1 897/23 936/23

**parties' [1]** 865/23

**partisans [1]** 934/8

**partly [1]** 939/7

**partners [1]** 694/13

**parts [4]** 740/20 750/13 760/21 917/19

**party [5]** 692/11 797/6 866/18 876/18 939/16

**pass [5]** 715/13 731/16 810/15 864/24 865/1

**passionately [1]** 927/1

**past [1]** 777/8

**path [1]** 710/5

**Patriot [4]** 761/20 762/7 763/4 763/5

**pause [36]** 697/7 707/17 709/2 724/15 735/19 736/11 739/17 763/20 827/3 828/23 829/21 830/5 830/17 831/9 831/18 832/22 833/11 834/6 834/19 837/15 838/4 841/8 841/25 843/3 844/8 844/21 844/22 846/5 848/4 854/14 856/2 856/4 860/3 893/8 912/20 925/17

**paused [7]** 709/17 741/14 830/6 848/5 853/19 856/10 863/3

**pausing [3]** 737/9 842/4 846/14

**Pay [1]** 915/8

**peace [1]** 893/3

**peaceful [2]** 910/17 912/1

**Pedo [4]** 768/19 859/12 859/21 920/8

**pedophile [1]** 859/19

**Penal [1]** 866/25

**Pence [10]** 695/16 701/6 709/7 709/20 714/7 714/9 786/3 899/18 900/16 900/21

**Pence's [1]** 695/8

**pending [1]** 716/6

**Pennsylvania [1]** 728/18

**people [78]** 694/16 713/14 714/10 722/21 761/22 764/25 765/18 770/3 772/23 773/2 779/22 781/9 782/14 785/22 786/4 796/13 796/22 801/17 801/24 803/20 806/18 809/2 810/5 810/12 811/24 812/18 814/4 814/22 816/4 817/3 817/17 818/3 818/4 818/10 818/16 818/21 820/1 821/3 821/14 822/2 823/8 824/16 824/20 827/18 827/19 832/3 832/5 832/6 834/10 843/19 847/7 848/13 848/24 849/5 849/20 850/5 856/14 856/23 857/22 872/6 878/6 901/8 903/23 907/16 907/22 908/4 908/5 908/24 911/11 914/7 918/20 918/21 918/23 919/14 920/18 921/3 921/9 939/13

**people's [1]** 801/19

**pepper [3]** 903/1 904/17 909/10

**per [5]** 797/4 814/10 817/5 817/18 825/5

**perceived [1]** 883/18

**percent [2]** 832/7 832/8

**percentage [1]** 726/11

**percentages [1]** 729/8

**perception [1]** 878/20

**Perfect [1]** 837/2

**performance [8]** 881/25 882/5 883/22 884/13 886/5 886/22 887/12 887/15

**performed [1]** 780/2

**perhaps [6]** 690/23 691/12 727/6 767/23 869/3 941/11

**perimeter [21]** 696/1 696/3 696/8 696/10 696/12 696/25 698/2 698/4 703/21 705/2

**P**

**perimeter... [11]**
706/20 710/13 711/1
712/7 712/10 712/11
712/16 900/2 900/5
900/12 900/14
**period [4]** 811/11
811/12 883/24 883/25
**permanent [1]** 885/12
**permanently [1]** 807/5
**permission [2]** 900/11
940/21
**permit [1]** 759/12
**permitted [4]** 723/6
765/21 857/25 875/18
**person [72]** 718/12
719/11 720/5 720/16
720/19 725/15 733/18
734/5 734/13 737/10
737/15 737/20 738/7
744/24 754/20 754/21
755/11 764/4 774/20
781/18 785/11 794/13
794/19 818/5 819/8
819/21 848/25 858/19
858/21 858/22 873/2
874/10 875/3 880/3
880/9 883/13 884/10
884/19 884/23 885/1
885/18 886/19 887/9
887/14 887/19 887/23
888/1 888/8 888/13
890/15 890/16 890/23
893/4 893/5 893/6
893/12 893/13 893/14
894/25 895/11 897/11
899/19 900/15 903/22
905/16 913/25 914/16
918/6 920/11 920/16
925/14 933/14
**person's [3]** 719/7
893/6 893/14
**personal [8]** 705/24
871/24 872/4 872/7
872/10 895/16 897/1
934/13
**personally [3]** 821/9
827/7 827/9
**personnel [1]** 744/21
**persons [1]** 882/10
**perspective [4]** 690/14
721/3 855/9 868/12
**phone [35]** 753/16
754/2 754/3 754/7

754/10 754/11 754/16
754/12 754/19 755/10
755/15 755/21 755/23
756/16 756/21 756/22
756/23 756/24 757/11
757/19 757/20 758/15
758/22 760/23 760/25
761/19 768/21 769/13
779/23 780/2 780/8
787/21 851/5 857/18
934/20
**phones [9]** 753/6
753/8 753/8 753/10
753/19 753/22 763/25
818/12 818/21
**photo [13]** 736/3
737/24 738/6 738/7
739/3 740/8 748/8
748/9 767/6 767/9
769/6 769/12 769/13
**photograph [6]** 743/12
748/2 748/5 750/1
766/20 784/7
**photographs [8]**
768/21 773/8 773/11
774/25 775/2 775/5
775/8 775/11
**photos [7]** 719/24
734/4 757/17 759/7
766/15 774/21 775/14
**phrase [2]** 810/24
920/9
**physical [41]** 698/7
733/12 733/14 733/23
743/25 756/21 774/7
785/9 802/10 817/12
822/22 822/25 826/3
833/22 840/23 884/14
884/21 884/21 885/6
885/9 885/10 887/13
887/21 887/21 888/10
889/5 894/15 894/24
895/7 895/10 895/14
896/1 896/7 896/15
896/20 896/23 902/5
905/20 906/23 907/2
914/2
**physically [10]** 733/18
817/14 818/7 824/20
824/23 828/9 828/11
828/15 833/19 848/23
**physician [1]** 717/6
**pick [2]** 845/23 904/5
**picked [6]** 845/7

902/20 903/12 903/21
906/1 929/18
**picking [1]** 845/25
**picture [7]** 720/4 746/7
767/1 767/4 783/3
783/5 840/3
**pictures [1]** 899/3
**piece [13]** 845/10
845/11 847/8 902/19
913/4 914/9 916/1
919/6 922/23 923/19
926/3 926/14 927/19
**pipe [18]** 803/18 804/1
805/8 805/9 805/14
844/15 844/16 844/17
844/18 913/4 914/10
916/1 916/14 916/23
919/7 923/19 926/13
926/14
**pipes [1]** 804/2
**piss [1]** 770/3
**place [18]** 710/5
710/12 712/17 729/19
756/1 823/11 823/16
835/16 846/1 872/5
899/24 908/18 911/11
911/18 919/18 923/16
925/20 935/18
**places [3]** 773/4 775/9
867/1
**Plaintiff [2]** 686/4
686/12
**plan [8]** 690/25 703/22
786/23 791/4 822/21
822/22 870/1 935/22
**planning [4]** 790/9
817/2 817/6 817/7
**plans [3]** 697/11 725/6
814/4
**plastic [6]** 803/18
805/1 902/19 916/14
917/25 926/13
**plates [1]** 921/16
**platform [1]** 704/13
**platoon [1]** 908/25
**play [42]** 708/25
709/25 735/25 818/17
818/19 829/19 830/3
830/15 831/16 832/14
832/20 833/9 834/4
834/17 837/13 838/2
841/15 841/25 842/14
843/3 844/8 844/22
846/5 846/11 846/17

852/21 853/3
854/6 854/7 854/12
854/14 855/25 856/1
877/1 901/22 902/11
914/11 919/14 928/3
928/5 928/6
**played [14]** 707/16
709/1 735/23 736/10
737/7 737/14 818/14
829/20 842/2 844/24
848/3 855/8 856/3
914/11
**player [1]** 811/21
**playing [15]** 710/2
830/4 830/16 831/17
832/21 833/10 834/5
834/18 837/14 838/3
843/5 846/7 846/12
846/18 853/19
**plea [1]** 939/17
**please [65]** 690/5
692/18 692/23 693/4
693/9 693/14 699/5
700/12 707/17 709/2
709/9 710/1 716/1
716/3 716/15 720/10
720/19 725/22 728/19
732/4 732/14 734/20
736/5 736/20 739/17
739/23 744/3 749/8
749/19 751/5 752/2
765/15 766/6 788/13
790/20 791/25 792/7
792/16 824/12 828/17
828/18 829/19 830/5
830/17 831/6 831/7
831/16 831/18 832/12
832/20 832/22 839/11
841/6 844/23 847/22
848/2 853/15 866/2
871/9 912/21 918/13
922/6 931/24 935/11
936/18
**Plus [1]** 735/13
**plywood [3]** 926/3
926/5 929/24
**pocket [2]** 800/22
800/22
**podium [1]** 788/13
**point [41]** 691/11
703/16 705/11 710/19
718/11 720/6 721/8
730/11 733/6 741/8
741/18 776/16 778/1

**P**

point... **[28]** 779/15
780/20 787/3 796/18
797/11 799/14 816/14
822/13 822/18 825/9
826/19 847/8 849/16
849/18 851/21 859/17
861/13 862/7 867/11
868/25 869/2 870/5
895/25 897/23 901/24
907/18 917/22 928/11
**pointed [4]** 778/10
867/7 917/11 917/12
**points [4]** 816/12
862/6 929/25 936/9
**pointy [1]** 804/22
**poke [1]** 806/14
**poked [5]** 807/10
914/16 921/13 923/13
926/1
**pokes [1]** 918/10
**poking [2]** 806/15
918/4
**pole [53]** 803/6 803/8
804/19 805/19 806/10
806/13 806/21 807/1
807/3 808/18 808/19
845/7 845/9 846/3
846/15 846/20 847/12
863/4 864/1 902/17
902/18 902/23 903/16
904/2 904/3 905/14
906/6 913/3 914/12
914/14 914/15 914/17
915/12 915/14 915/22
916/13 917/3 921/14
922/7 922/8 922/12
922/18 922/18 922/19
923/2 923/7 923/8
925/22 926/2 926/21
929/18 930/3 930/5
**poles [8]** 803/20
808/19 809/2 862/14
863/24 903/2 905/21
926/11
**police [45]** 695/21
695/21 696/10 698/5
698/16 704/2 704/5
704/9 712/9 717/25
717/25 795/24 802/23
820/16 821/6 821/9
825/23 825/25 826/2
826/11 826/14 827/5
827/11 828/7 828/9

828/12 829/10 831/22
837/19 841/16 879/9
879/10 879/16 883/8
883/9 884/7 886/17
887/6 901/18 902/6
905/1 905/17 906/7
916/15 928/15
**police's [1]** 826/8
**policing [1]** 883/11
**polite [1]** 781/9
**politely [1]** 929/16
**political [5]** 794/13
794/18 814/3 858/19
858/21 858/22
**politician [1]** 920/9
**politics [1]** 861/14
**polling [1]** 911/18
**pop [1]** 932/23
**portion [5]** 765/15
768/2 768/16 854/2
871/4
**pose [1]** 780/13
**position [8]** 707/5
800/7 800/8 801/23
811/13 840/23 853/1
934/3
**possessed [1]** 780/21
**possession [5]** 743/23
749/4 756/17 893/15
922/24
**possibility [2]** 872/1
934/25
**possible [6]** 726/24
791/16 799/16 881/5
904/8 934/22
**possibly [2]** 925/2
925/2
**post [3]** 717/15 870/4
870/16
**post-closing [1]** 870/4
**posted [3]** 814/25
815/8 890/13
**posture [1]** 734/1
**potential [2]** 782/24
850/5
**potentially [2]** 824/6
901/15
**pound [1]** 846/3
**pounds [4]** 792/22
845/22 903/11 918/2
**power [3]** 910/17
912/1 916/19
**powerful [2]** 874/1
925/13

practice **[2]** 690/19
690/24
**pre [2]** 870/2 923/23
**pre-closing [1]** 870/2
**pre-pandemic [1]**
923/23
**precautions [1]**
781/12
**precede [1]** 865/19
**precludes [1]** 918/8
**preference [1]** 820/7
**preferences [1]** 872/4
**prejudice [1]** 879/4
**prejudiced [1]** 879/2
**prejudices [3]** 871/24
872/4 877/19
**preliminary [1]** 921/18
**prepare [3]** 698/23
741/1 741/3
**prepared [3]** 699/11
700/18 742/3
**presence [13]** 733/23
787/25 788/7 817/11
817/12 820/16 821/6
822/23 822/25 823/11
826/3 866/1 906/11
**present [11]** 743/5
775/25 776/14 817/14
819/14 824/21 884/24
885/2 887/24 888/2
915/21
**presentations [1]**
869/21
**presented [8]** 743/2
795/11 875/22 876/4
900/1 915/24 923/20
929/11
**presents [1]** 782/24
**preserve [1]** 827/17
**preserved [2]** 691/16
867/2
**preside [1]** 932/4
**president [46]** 694/1
694/24 694/24 695/8
698/9 699/23 701/6
701/8 701/10 701/22
702/3 703/1 703/3
703/21 705/8 705/11
706/13 706/16 706/21
706/22 707/9 709/7
710/6 710/9 710/12
711/5 711/11 711/13
711/20 714/7 714/9
786/3 797/13 818/2

817/9 818/7 819/20
825/7 825/11 849/11
850/1 855/20 890/17
900/16 900/21 920/11
**president's [15]** 694/1
695/13 696/1 699/11
702/14 702/19 704/17
706/5 708/5 708/23
709/17 710/4 818/17
818/19 850/14
**presidential [3]** 794/7
795/19 796/24
**presidents [4]** 694/18
694/18 694/18 694/24
**press [34]** 708/25
829/19 829/21 830/3
830/5 830/15 830/17
831/9 831/16 831/18
832/14 832/20 832/22
833/9 833/11 834/4
834/6 834/19 837/13
837/15 838/2 838/4
841/15 841/25 842/14
843/3 844/8 846/5
846/11 846/17 848/2
848/4 855/25 856/1
**presumed [4]** 873/7
924/2 924/3 924/5
**presumption [1]** 873/8
**pretend [1]** 766/13
**pretrial [1]** 790/22
**pretty [13]** 694/12
795/8 798/2 805/15
819/8 821/15 823/7
860/12 861/7 866/4
907/14 909/6 929/20
**previous [8]** 712/22
726/12 727/16 802/3
815/1 815/2 815/5
878/14
**previously [10]** 691/19
694/8 707/15 707/23
742/16 815/19 857/3
857/12 858/4 858/18
**pride [1]** 934/2
**primarily [1]** 759/9
**print [1]** 741/3
**printouts [1]** 844/18
**prior [13]** 692/4 717/5
717/7 717/11 729/18
747/2 771/10 785/5
801/9 813/5 813/20
815/3 822/15
**probability [1]** 878/22

**P**

**probable [7]** 873/25 880/10 915/2 915/4 925/8 925/10 926/8
**probably [21]** 703/8 704/21 729/24 761/1 801/10 805/20 806/1 807/23 807/24 809/12 810/11 810/12 863/12 869/23 897/21 901/13 913/2 916/9 920/15 925/6 936/11
**problem [2]** 727/7 827/2
**procedural [1]** 936/10
**procedure [5]** 744/10 744/13 782/15 799/23 911/13
**proceed [13]** 697/21 701/12 716/12 728/24 786/17 791/21 792/10 839/5 839/8 839/11 898/7 930/25 934/7
**proceedings [3]** 687/17 941/12 942/5
**process [10]** 703/14 711/14 711/16 711/18 796/14 823/10 824/4 893/20 934/13 939/2
**produce [3]** 873/12 893/16 924/17
**produced [3]** 687/18 915/13 926/24
**programming [1]** 812/5
**programs [1]** 844/3
**progress [2]** 841/23 847/2
**progressing [1]** 798/21
**projected [3]** 726/14 727/15 727/16
**projectile [1]** 902/25
**promote [1]** 932/15
**proof [4]** 873/6 874/1 880/1 925/12
**proper [1]** 876/16
**properly [1]** 786/4
**property [7]** 882/12 882/14 893/6 893/14 894/25 895/17 897/2
**proposed [1]** 866/18
**protect [8]** 694/19 694/23 694/25 901/7

905/3 905/4 918/11 927/16
**protected [9]** 882/5 882/19 890/15 890/16 899/7 899/19 900/15 927/22 927/22
**protectee [2]** 694/17 698/21
**protectees [2]** 694/15 700/3
**protecting [3]** 825/25 899/20 908/4
**protection [2]** 698/8 819/10
**protective [5]** 712/10 801/4 802/16 899/14 899/20
**protest [27]** 768/4 770/3 798/25 801/12 801/23 803/2 811/16 811/17 812/1 812/2 817/7 817/8 817/10 817/18 817/20 817/21 818/24 821/24 822/23 823/8 847/20 849/14 849/17 859/17 860/24 860/24 928/8
**protested [1]** 812/6
**protesting [3]** 798/23 848/13 860/16
**protestor [8]** 801/20 801/21 801/22 802/22 817/5 821/16 821/17 822/19
**protestors [24]** 798/20 799/10 801/16 802/2 802/4 802/8 813/18 814/16 814/20 820/15 826/3 835/9 836/2 836/8 836/10 841/2 841/4 847/2 849/14 859/15 860/13 864/21 910/22 926/11
**protests [7]** 713/25 714/4 797/17 816/13 818/21 850/5 901/12
**protracted [1]** 885/13
**proud [7]** 815/22 899/5 902/4 902/5 907/1 907/1 940/14
**prouder [2]** 768/3 910/10
**prove [16]** 873/12 873/18 873/23 874/15

874/1 897/15 899/12 913/22 915/13 924/3 924/7 924/11 924/22 928/12 929/2 931/18
**proved [10]** 877/7 880/2 880/16 881/17 884/3 886/13 889/22 892/3 894/22 896/18
**proven [3]** 873/10 873/14 912/14
**provide [4]** 867/15 871/1 931/3 938/19
**provided [9]** 720/5 723/16 725/10 757/1 767/6 778/8 778/23 867/16 931/10
**providing [1]** 931/9
**proving [2]** 873/21 875/14
**proximity [4]** 892/6 892/20 894/25 895/11
**public [11]** 687/3 687/6 721/10 722/2 722/17 726/4 882/8 893/3 893/4 907/16 913/6
**publicity [1]** 932/20
**publicly [1]** 911/5
**publish [9]** 742/4 745/24 748/19 853/10 854/6 854/10 854/13 855/2 862/23
**published [26]** 696/19 699/18 700/25 708/11 721/15 722/7 723/11 724/9 724/23 737/1 738/21 738/22 741/25 742/4 743/19 745/22 750/7 752/12 755/2 758/4 760/2 766/7 783/16 784/17 851/24 863/1
**pull [10]** 720/1 720/9 736/8 739/14 740/5 744/7 757/3 778/14 779/15 781/5
**pulled [1]** 860/12
**punishment [2]** 881/5 881/11
**purpose [4]** 789/15 881/20 898/25 898/25
**purposefully [1]** 930/15
**purposely [1]** 885/4

**purposes [9]** 758/14 790/10 850/21 855/9 869/14 884/16 887/17 891/1 897/4
**push [14]** 770/1 777/8 806/19 828/7 835/14 843/14 847/13 861/5 915/18 916/3 930/11 930/11 930/11 930/11
**pushed [11]** 828/11 828/15 828/16 828/16 835/6 835/11 839/17 848/11 848/13 909/20 928/17
**pushing [12]** 807/8 828/5 830/8 830/11 835/1 840/1 840/3 840/9 901/2 906/20 917/3 917/7
**put [19]** 727/1 746/21 790/25 801/1 826/19 828/9 858/21 865/10 885/7 899/24 907/12 908/16 909/22 910/6 916/19 928/9 928/10 928/15 928/18
**PVC [12]** 803/12 803/18 804/8 805/14 809/2 844/15 844/16 844/17 844/18 845/11 847/8 847/12

**Q**

**quarter [1]** 864/14
**Quasi [1]** 857/10
**question [20]** 700/7 725/8 810/7 810/24 818/3 820/11 833/25 853/6 869/12 876/1 876/15 876/22 876/23 876/24 877/1 881/5 938/3 939/10 939/11 941/2
**questions [18]** 706/1 711/23 728/20 770/8 780/24 781/6 783/21 786/8 836/25 853/8 861/23 861/24 862/1 871/7 871/13 872/24 875/23 941/3
**quick [2]** 845/18 869/11
**quickly [4]** 906/5 906/8 923/1 941/4

**Q**

quit [5]  794/4 811/4
811/6 811/7 811/18
quite [4]  861/23
866/21 866/24 900/1
quote [1]  910/21
quotes [1]  908/6

**R**

race [3]  776/3 872/8
908/18
rack [2]  845/15 909/20
racks [5]  821/11
825/14 825/16 825/19
900/9
radio [5]  704/4 704/5
704/8 721/6 795/12
raise [11]  691/14
692/12 693/4 716/3
732/4 791/25 936/24
937/25 939/2 939/7
941/7
raised [1]  938/11
raising [1]  941/5
Raleigh [4]  732/20
793/14 797/22 799/5
rallies [12]  797/19
800/1 802/3 813/21
813/24 814/12 814/17
814/19 815/2 815/5
815/10 816/12
rally [35]  718/4 765/17
765/19 797/15 798/6
798/10 798/14 798/15
798/16 799/2 799/4
801/10 814/4 815/3
816/1 817/25 819/7
819/13 819/14 819/17
820/3 820/19 820/22
825/11 850/14 850/14
851/10 851/14 851/20
852/4 852/24 854/1
857/22 857/23 901/12
random [1]  934/13
ratcheted [1]  928/24
rather [3]  737/10
841/22 876/8
reach [7]  875/25 889/7
891/14 894/9 896/10
920/12 932/9
reached [1]  933/16
reaching [3]  875/20
876/4 932/1
react [1]  807/10

read [26]  761/3 762/6
762/9 762/23 764/5
764/13 764/23 765/5
765/15 767/13 767/18
768/2 768/6 768/10
768/15 769/22 822/21
859/12 867/14 868/4
868/25 893/10 932/19
932/24 936/6 937/16
readily [1]  941/6
reading [7]  755/6
761/1 779/24 795/10
795/10 810/11 932/18
reads [1]  764/6
ready [8]  731/24
786/17 839/5 898/7
911/19 911/22 911/22
939/7
real [6]  845/18 895/16
897/1 914/18 920/24
926/19
realized [1]  916/3
realizes [1]  883/14
really [23]  728/5
729/24 740/20 764/7
795/1 799/3 799/14
803/15 804/11 804/12
811/20 825/4 828/3
845/15 845/15 858/19
864/12 904/1 909/16
911/10 917/5 919/23
928/24
reason [12]  722/16
802/25 818/3 849/15
874/4 874/4 874/14
878/1 904/2 904/24
910/14 932/23
reasonable [50]
873/10 873/15 873/19
873/22 874/2 874/3
874/8 874/9 874/10
874/17 875/1 877/8
880/16 881/18 884/4
885/22 886/14 887/3
888/16 889/7 889/23
890/8 891/14 892/4
892/18 893/6 893/13
894/9 894/23 895/9
896/9 896/19 912/15
915/5 915/14 924/1
924/8 924/22 925/1
925/3 925/4 925/6
925/7 925/9 925/10
925/13 925/14 926/7

reasonableness [1]
878/21
reasonably [1]  914/15
reasons [3]  705/16
706/18 850/4
Rebekah [2]  686/15
690/8
rebuttal [1]  927/6
recall [18]  704/19
718/3 720/25 721/1
728/2 733/6 767/1
773/24 774/3 778/19
779/22 779/24 809/17
845/6 852/17 878/11
922/6 922/7
recalled [1]  877/16
receipt [2]  752/3 752/5
receive [2]  706/11
879/8
received [28]  699/19
701/1 705/8 706/15
708/13 722/8 724/4
724/25 738/20 742/5
743/20 745/23 747/1
748/18 749/17 750/8
751/8 752/13 755/3
758/5 783/17 784/10
784/18 880/8 880/13
914/18 914/21 914/23
recess [13]  697/8
697/11 697/15 770/11
770/15 837/3 838/14
838/15 838/23 839/1
898/2 898/4 937/25
recklessly [1]  885/4
recognize [33]  696/13
696/22 696/25 699/2
699/10 707/12 709/16
720/3 720/4 720/14
720/16 721/17 724/10
726/2 736/3 736/17
737/20 738/3 738/7
740/8 743/9 745/8
748/2 749/23 757/7
760/15 769/6 769/12
783/3 784/4 821/1
866/17 935/16
recognizes [1]  853/4
recollect [1]  729/20
recollection [2]  852/11
852/22 853/3
recollections [1]
878/10

record [37]  690/6
691/15 697/20 708/21
709/12 709/22 720/21
722/2 723/25 724/7
734/24 735/1 736/22
738/16 745/3 761/24
770/12 770/17 787/11
791/20 792/17 831/15
832/14 832/23 834/23
838/6 838/18 839/4
842/21 848/5 852/8
856/4 866/3 866/7
866/24 870/10 942/5
recorded [1]  687/17
recording [2]  791/10
931/19
recordkeeping [1]
758/14
records [2]  723/15
740/4
recover [1]  739/10
recross [1]  865/2
red [8]  698/1 712/7
726/17 726/18 726/21
727/13 727/14 727/17
redacted [1]  700/7
redirect [6]  688/11
715/14 731/18 780/25
781/1 861/16
redundant [1]  819/5
reestablish [1]  843/2
refer [7]  690/23 698/14
702/24 708/3 801/24
871/3 871/4
reference [5]  779/25
848/24 849/2 859/14
872/19
referenced [1]  723/22
referred [4]  724/6
804/4 909/9 926/4
referring [9]  695/9
713/1 725/13 799/19
808/24 818/20 844/14
850/16 902/10
refers [2]  884/16
887/17
reflect [7]  720/21
722/13 734/24 735/1
745/16 869/25 896/12
reflected [4]  741/6
889/10 891/16 894/12
reflection [2]  874/11
925/15
reflects [1]  787/11

**985**

**refocus [1]** 860/2
**refresh [2]** 852/11 853/2
**refreshes [1]** 852/22
**refusal [1]** 789/4
**refuse [1]** 871/16
**refused [2]** 796/1 836/2
**regard [3]** 837/8 905/12 906/16
**regarded [1]** 798/21
**regarding [8]** 712/7 797/14 798/20 799/15 799/22 932/6 932/14 932/18
**regardless [1]** 872/7
**region [1]** 694/13
**register [3]** 721/22 722/14 723/18
**registered [3]** 773/19 773/23 774/3
**regular [1]** 934/24
**regularly [1]** 796/11
**rehash [1]** 927/10
**rejected [1]** 799/25
**rejoin [1]** 934/23
**related [4]** 810/10 868/6 915/23 923/21
**relates [1]** 794/17
**relation [4]** 863/6 890/3 892/14 895/3
**relationship [1]** 811/15
**Relative [1]** 863/14
**releasing [1]** 849/22
**relevance [1]** 748/6
**relevant [9]** 744/20 757/2 757/17 757/19 757/23 758/20 758/23 880/15 882/7
**religion [1]** 872/8
**relocate [1]** 706/22
**remain [2]** 807/17 868/2
**remained [4]** 889/24 890/9 906/12 934/15
**remaining [5]** 889/13 890/6 891/7 891/12 894/8
**remains [1]** 873/8
**remember [19]** 764/18 800/17 803/6 803/8 806/2 809/19 845/2

845/9 850/11 855/24 862/3 862/5 862/15 901/24 902/20 904/1 904/3 926/6 934/8
**remembered [1]** 762/12
**remembers [1]** 903/22
**remove [4]** 747/8 749/19 751/5 796/12
**removed [3]** 711/9 765/1 795/25
**removing [2]** 926/19 926/19
**rendered [2]** 711/11 871/10
**rendezvous [1]** 761/15
**renew [2]** 870/11 870/14
**renewed [1]** 870/15
**reopen [1]** 725/6
**repeat [1]** 810/25
**repeatedly [1]** 909/20
**rephrase [1]** 823/20
**replaces [2]** 931/15 931/17
**replay [1]** 927/10
**replayed [2]** 842/15 914/12
**replaying [1]** 818/11
**reply [1]** 763/6
**report [9]** 723/17 726/3 757/10 757/13 757/15 758/20 759/6 760/18 935/12
**Reported [1]** 687/11
**Reporter [2]** 687/12 942/3
**represent [1]** 931/4
**representative [3]** 800/6 812/20 861/6
**representatives [5]** 812/11 813/2 813/6 819/1 911/7
**represents [1]** 876/18
**requesting [1]** 927/1
**require [5]** 873/11 875/19 913/18 914/24 922/1
**required [5]** 787/11 874/15 880/9 884/22 887/22
**research [4]** 932/18 932/20 932/21 935/5
**researching [1]** 795/8

**reserve [1]** 870/17
**residence [16]** 733/19 733/20 734/17 742/20 743/13 744/16 744/19 748/7 752/5 773/13 774/13 774/22 775/18 775/21 776/15 783/8
**residences [1]** 784/23
**resident [1]** 732/20
**residents [1]** 785/4
**residing [1]** 772/19
**resist [3]** 885/14 888/3 928/18
**resisted [10]** 884/5 884/10 885/18 885/25 886/15 886/19 887/4 887/9 888/13 888/18
**resisting [8]** 883/20 886/3 887/2 888/25 889/5 901/6 937/7 937/14
**resources [2]** 785/2 812/18
**respect [15]** 690/15 690/19 778/11 778/22 779/20 780/1 780/7 881/1 881/3 918/13 918/16 919/3 930/15 932/12 937/6
**respecting [1]** 918/16
**respond [2]** 763/4 767/24
**responded [3]** 711/7 766/2 858/16
**responds [2]** 763/5 763/7
**response [7]** 764/13 764/14 766/3 766/4 767/21 767/23 852/14
**responsibility [4]** 871/19 872/18 876/19 921/19
**responsible [1]** 811/21
**rest [4]** 722/17 908/24 934/15 940/8
**restate [1]** 867/2
**rested [2]** 786/22 788/5
**restricted [30]** 711/1 889/14 889/25 890/6 890/10 890/12 890/14 891/7 891/13 891/19 892/6 892/17 892/20 893/20 894/2 894/8

904/18 895/1 895/7 895/11 895/19 896/2 896/8 900/2 900/5 900/12 906/12 906/15 906/23 907/4
**restrictions [2]** 729/19 729/25
**rests [3]** 786/18 786/19 881/9
**result [5]** 814/3 814/20 878/19 899/24 927/23
**resulted [1]** 812/16
**results [3]** 800/3 882/12 882/13
**resume [1]** 790/11
**retire [1]** 889/11
**retiring [1]** 934/5
**retreating [2]** 841/19 843/21
**return [10]** 808/14 871/9 880/21 881/3 907/9 912/15 913/14 927/2 931/5 932/3
**returned [2]** 710/19 711/6
**returning [1]** 711/12
**reveal [1]** 933/14
**revenue [2]** 726/12 726/14
**review [11]** 691/22 719/23 731/14 756/25 757/1 757/11 757/12 774/19 775/5 868/21 913/20
**reviewed [19]** 721/23 722/12 723/12 723/19 725/25 730/12 733/10 733/12 734/5 735/3 736/14 747/19 754/15 758/22 759/2 771/12 775/8 781/19 781/25
**reviewing [5]** 726/8 729/7 754/2 865/17 934/6
**revisionist [1]** 927/14
**rewind [1]** 842/9
**rid [1]** 923/1
**right [94]** 693/4 704/20 708/4 708/6 708/22 708/24 712/8 713/12 716/3 726/5 728/13 729/9 729/10 729/13 730/7 730/23 731/6 731/13 732/4 736/11

# R

right... **[74]** 755/12
769/14 771/13 776/8
776/24 778/8 785/11
785/11 785/12 785/15
788/22 789/9 789/21
790/4 792/1 801/1
811/3 811/22 819/22
822/1 829/10 829/24
830/13 830/14 832/18
833/24 833/25 834/9
834/16 835/13 835/21
836/9 838/10 841/1
841/12 842/19 847/6
849/24 850/25 852/19
853/19 856/10 856/17
856/18 858/5 862/12
864/2 864/17 867/18
867/22 868/7 869/2
869/24 879/18 893/10
900/10 902/7 909/18
910/19 910/19 911/17
913/1 915/8 916/18
917/15 918/14 919/17
920/4 920/13 925/17
929/20 929/22 929/23
937/14
**rightful [1]** 838/11
**rigid [5]** 804/11 804/12
805/12 805/15 916/20
**riot [15]** 806/16 806/18
806/19 806/21 846/16
846/21 864/17 864/19
864/21 904/24 916/12
918/4 918/5 918/7
921/12
**rioters [8]** 848/11
849/12 850/2 901/17
908/24 910/4 923/15
929/12
**rise [1]** 697/13
**risk [3]** 722/17 806/11
885/11
**risked [1]** 707/6
**Rives [2]** 855/4 855/21
**road [4]** 742/20 792/24
820/24 821/2
**rocks [1]** 903/1
**role [2]** 730/5 744/24
**roll [2]** 869/24 918/10
**room [16]** 714/7
747/16 747/16 747/17
748/7 788/9 808/2
808/7 808/13 866/3
924/14 931/21 932/3
933/24 934/5 935/24
**rotten [1]** 920/17
**rough [1]** 805/5
**rounded [4]** 804/22
917/14 917/23 918/11
**routine [3]** 712/24
712/25 713/8
**RPR [1]** 687/11
**rubbery [3]** 916/13
921/13 926/13
**rule [6]** 691/2 786/25
787/3 787/11 870/15
871/12
**ruled [1]** 876/25
**rules [1]** 932/6
**run [8]** 722/18 725/4
777/8 778/18 784/5
906/8 909/6 928/22

# S

**S-214 [5]** 701/13
702/25 705/10 706/17
714/7
**safe [3]** 710/5 711/11
905/8
**safety [9]** 706/6
806/11 806/11 835/24
836/1 836/7 893/4
900/23 930/16
**Safeway [13]** 723/16
723/17 723/17 723/25
724/14 725/3 725/8
725/13 725/13 725/15
726/3 899/23 923/21
**said [89]** 691/17 694/7
700/8 705/6 712/6
714/13 715/4 759/25
761/16 771/12 771/18
774/10 785/17 788/14
794/18 795/20 801/20
802/11 804/24 805/1
805/11 805/18 808/20
809/15 809/21 811/4
811/18 812/19 813/20
813/23 814/1 814/11
814/16 815/12 815/19
820/12 821/6 821/18
823/21 836/4 840/8
840/10 840/13 840/19
846/22 848/15 848/21
850/15 855/10 858/12
859/21 860/22 862/14
862/15 868/5 869/16
869/20 869/23 870/24
872/14 872/15 873/22
883/18 903/19 904/24
905/5 906/2 908/7
908/7 908/8 908/11
908/22 909/15 910/12
910/13 911/4 911/6
912/8 916/4 919/25
922/12 922/15 922/16
922/17 926/5 929/21
930/16 932/25 936/25
**sails [2]** 860/12 860/14
**Salem [1]** 687/4
**sales [6]** 723/17 726/3
726/4 727/18 727/19
729/12
**same [34]** 718/1
729/16 762/22 763/7
765/3 767/20 772/14
774/15 778/11 818/11
824/17 835/2 835/3
855/17 857/14 859/9
859/25 879/13 888/4
890/18 893/21 893/23
895/17 895/20 895/22
897/3 897/8 897/9
907/3 921/5 926/15
927/18 938/9 939/14
**Sanford [9]** 742/21
771/21 771/25 772/1
774/14 774/15 774/23
784/11 792/24
**sat [1]** 911/12
**satisfaction [1]** 914/24
**satisfied [2]** 780/13
789/20
**saving [1]** 813/8
**saw [40]** 710/14
713/14 714/11 731/14
734/5 734/8 762/15
768/24 795/24 796/3
797/8 803/5 804/16
814/25 815/7 815/12
815/13 815/14 825/14
825/16 825/23 825/25
875/4 875/7 875/9
875/9 900/9 900/9
903/2 905/22 906/1
908/20 912/6 915/3
918/25 919/12 920/18
922/22 926/10 926/14
**say [53]** 695/9 696/5
704/20 705/19 710/23
712/25 718/22 719/17
809/20 869/23 870/24
761/10 763/6 765/6
766/10 766/14 774/13
774/15 778/25 786/11
793/4 802/25 802/25
803/1 807/22 815/9
820/6 821/8 821/20
824/24 833/7 840/11
840/12 840/24 858/25
859/21 859/21 864/11
867/13 868/23 874/7
908/2 915/18 917/22
922/16 922/17 923/22
923/25 929/4 929/9
932/17 936/14 938/10
**saying [19]** 737/12
737/16 764/6 817/12
817/16 818/9 818/11
818/13 822/10 824/16
824/23 837/25 840/11
840/20 848/23 848/25
866/20 909/10 912/9
**says [13]** 728/15
745/11 758/10 765/16
767/18 767/19 771/5
852/24 853/10 864/15
875/13 903/14 937/7
**scaffolding [13]** 845/7
845/7 845/11 845/19
845/21 862/10 862/14
863/10 863/11 863/12
863/14 863/24 903/10
**scared [2]** 903/6 903/6
**scenario [1]** 744/14
**schedule [2]** 701/20
702/15 703/18 836/23
**scheduled [6]** 696/5
699/24 701/23 702/1
824/17 824/18
**scheduling [1]** 712/21
**school [2]** 793/5 857/9
**scientific [1]** 874/16
**scoped [1]** 758/22
**scratched [1]** 751/24
**screaming [4]** 797/9
831/21 833/23 907/22
**screen [22]** 697/23
699/8 700/15 708/5
708/17 741/25 756/9
766/23 818/17 818/19
824/21 839/21 844/1
844/4 844/5 850/25
853/18 853/20 853/22
853/23 855/17 856/1

**screened [1]** 786/4
**screenshot [13]**
740/19 740/24 741/1
741/6 741/8 741/17
741/20 741/21 741/24
742/2 938/6 938/12
938/17
**scroll [2]** 722/10
766/13
**scrum [1]** 907/21
**scrutiny [1]** 913/18
**se [5]** 797/4 814/10
817/5 817/18 825/5
**sea [1]** 908/24
**seal [1]** 746/24
**sealed [1]** 749/10
**search [26]** 733/20
734/17 739/9 742/24
743/13 744/11 744/18
744/19 746/20 748/6
750/2 752/4 752/7
753/2 757/23 771/5
772/12 775/18 776/13
778/2 778/4 778/15
781/9 782/25 784/7
785/7
**searched [4]** 753/8
753/11 753/13 753/15
**seated [6]** 693/9
697/20 716/9 732/9
734/22 792/7
**seats [4]** 790/15
934/14 934/14 934/16
**second [34]** 697/3
700/2 701/13 702/12
702/21 702/23 703/4
709/21 724/15 727/15
728/7 740/16 817/23
828/21 851/3 858/6
866/13 869/17 881/23
884/7 886/17 887/6
890/1 890/11 892/7
892/21 895/1 895/12
896/21 903/19 907/25
909/22 928/23 937/7
**second-floor [1]** 703/4
**seconds [18]** 735/21
735/25 737/10 740/15
837/8 842/1 842/12
843/4 844/9 844/22
844/22 846/6 848/6
854/15 856/2 856/4
862/22 863/3

**secret [19]** 693/18
693/20 693/23 694/5
694/7 694/21 696/9
698/5 698/9 700/4
819/10 819/13 883/2
890/15 890/17 899/18
900/13 900/23 923/3
**section [1]** 758/9
**secure [7]** 705/5 710/5
710/18 710/19 710/22
711/4 901/16
**secured [2]** 714/13
714/16
**securing [1]** 782/14
**security [13]** 696/1
696/3 696/8 703/20
704/10 705/16 705/21
713/24 785/23 820/3
823/17 825/11 883/1
**see [100]** 697/5 699/8
700/15 708/4 709/6
720/5 725/10 726/25
727/4 727/13 727/25
728/7 733/18 734/18
736/20 739/2 739/20
740/25 741/17 741/21
742/3 742/8 745/6
746/21 756/9 756/11
758/8 764/9 765/23
766/1 766/18 766/24
777/1 777/8 783/5
783/22 785/19 805/8
805/9 807/12 808/12
811/20 817/2 818/2
818/4 818/7 821/9
824/24 826/2 827/21
829/4 829/6 832/2
834/24 837/20 839/21
844/17 848/23 849/19
853/4 853/9 853/18
853/20 853/23 856/15
856/18 857/12 858/7
862/18 863/6 864/9
864/12 864/19 864/21
900/12 901/1 905/13
911/18 913/12 914/6
917/1 917/1 917/2
917/5 917/6 917/6
917/9 917/25 918/1
923/13 923/14 926/3
926/20 927/24 929/19
929/24 931/2 938/13
940/19 941/10
**seeing [4]** 718/3 803/6

**seek [4]** 724/17 791/2
851/17 851/21
**seeking [2]** 740/17
851/13
**seem [1]** 864/15
**seemed [5]** 797/16
799/23 815/11 860/9
866/18
**seems [8]** 690/24
765/16 770/11 791/5
852/19 857/20 861/13
935/21
**seen [18]** 735/11
742/15 746/7 750/24
806/13 820/7 824/8
833/16 833/18 867/11
875/5 875/11 902/13
907/13 908/22 913/2
913/8 926/18
**seize [3]** 746/8 750/17
751/19
**seized [8]** 745/13
747/5 750/2 750/12
753/6 768/21 769/13
778/21
**select [2]** 932/4 932/6
**selected [1]** 934/13
**selecting [2]** 875/24
932/10
**selection [1]** 934/12
**self [8]** 764/17 788/22
789/9 789/22 790/4
790/24 879/3 902/5
**self-incrimination [4]**
788/22 789/9 789/22
790/4
**self-interest [1]** 879/3
**self-interested [1]**
764/17
**self-suppressed [1]**
790/24
**semantics [1]** 791/12
**semi [2]** 858/21 858/22
**semi-political [2]**
858/21 858/22
**Senate [24]** 695/22
698/17 701/11 701/11
701/13 701/16 701/17
702/5 702/6 702/8
702/23 703/2 703/12
703/17 704/4 705/14
705/15 705/18 707/5
708/2 708/6 710/20

**senators [8]** 703/2
703/3 703/11 703/22
762/13 824/17 824/17
848/21
**send [6]** 692/8 698/14
698/16 814/6 871/8
933/6
**sender [1]** 760/24
**sending [2]** 813/1
931/21
**senior [1]** 815/25
**sense [12]** 742/1
786/12 796/15 796/16
796/17 812/7 827/22
869/1 869/24 927/11
927/12 934/1
**sensitive [1]** 917/19
**sent [20]** 691/9 700/8
755/25 755/25 761/2
761/11 764/10 765/2
765/23 765/24 766/21
766/22 767/16 767/20
768/9 768/14 858/2
859/10 866/13 867/9
**sentence [2]** 881/8
893/10
**sentencing [1]** 940/12
**sentencings [1]**
940/17
**separate [2]** 880/19
880/22
**separated [3]** 822/11
822/13 822/15
**separately [1]** 880/21
**sergeant [23]** 695/22
695/22 698/17 820/5
820/6 821/5 835/10
836/4 840/1 840/19
840/19 840/20 840/21
840/24 899/8 899/17
903/8 905/7 908/7
909/10 921/12 922/12
922/15
**Sergeant Cohen [3]**
899/8 899/17 908/7
**Sergeant Cohen's [1]**
840/21
**Sergeant Curtice [1]**
820/6
**Sergeant Mastony [7]**
820/5 821/5 840/19
905/7 909/10 922/12
922/15

**series [6]** 691/22 759/2 759/13 791/15 859/3 910/3
**serious [10]** 885/7 885/10 885/12 888/7 890/23 890/25 913/24 915/16 923/10 926/17
**served [2]** 693/23 693/25
**service [22]** 693/18 693/20 693/22 693/24 694/5 694/7 694/21 696/9 698/5 698/9 700/4 715/18 715/19 819/10 819/13 883/2 890/15 890/17 899/18 900/14 900/23 935/11
**set [4]** 696/3 698/7 708/22 853/8
**sets [1]** 921/3
**setting [1]** 788/1
**settle [1]** 764/16
**seven [4]** 805/16 805/18 805/20 908/12
**several [4]** 711/7 720/6 772/16 900/7
**sex [1]** 872/9
**sexual [1]** 872/9
**shall [2]** 716/5 735/1
**shaped [2]** 803/22 916/21
**shapes [1]** 917/13
**share [1]** 927/18
**sharp [1]** 923/5
**she [26]** 705/24 722/17 776/18 777/5 777/6 777/7 777/10 777/11 777/12 777/13 777/15 777/21 777/23 867/6 867/9 876/18 878/3 879/16 898/19 898/19 911/4 939/3 939/6 939/7 939/20 939/22
**she's [4]** 705/23 744/10 869/18 936/9
**sheet [3]** 698/19 701/9 702/1
**shield [9]** 806/16 806/19 806/22 830/20 846/16 846/21 918/5 918/11 921/15
**shields [1]** 806/19
**shifts [2]** 873/11 924/4

**shins [1]** 914/10
**shipment [2]** 723/18 728/3
**shipments [4]** 728/4 728/8 728/11 728/17
**shirt [1]** 734/23
**shop [2]** 725/16 725/18
**short [6]** 805/15 869/16 869/20 869/20 870/4 916/18
**shorthand [1]** 687/17
**shortly [1]** 764/22
**shot [8]** 735/20 739/20 740/12 740/17 740/18 742/1 902/12 918/9
**should [69]** 690/23 691/10 692/1 761/1 763/2 763/18 782/12 829/4 851/24 860/7 861/5 871/1 871/8 871/15 872/1 872/12 872/14 872/17 872/21 875/21 876/8 876/22 876/25 876/25 877/1 877/12 877/18 879/6 879/10 879/12 879/14 879/19 879/24 880/14 880/20 880/21 880/25 881/7 881/10 881/11 886/11 888/23 888/23 889/20 891/5 891/5 892/1 894/1 894/20 895/25 897/18 919/21 923/8 924/18 930/25 931/12 931/14 932/3 932/6 932/21 932/21 932/22 933/3 933/9 933/16 937/12 938/8 938/11 939/15
**shoulder [4]** 704/6 730/22 739/5 921/16
**shoulders [3]** 813/13 813/14 813/14
**shouldn't [1]** 764/6
**shouting [1]** 814/21
**shove [2]** 803/25 830/22
**shoved [3]** 840/14 842/24 928/11
**shoving [2]** 842/5 906/20
**show [58]** 696/12 699/1 700/11 707/11

727/21 735/15 736/24 737/24 739/12 743/8 745/5 747/21 749/21 751/25 754/13 758/19 758/25 762/5 762/5 763/14 763/22 765/9 766/9 767/12 768/24 769/17 784/3 799/14 800/9 802/8 817/11 817/11 828/24 829/3 839/18 855/10 857/1 857/2 857/13 858/4 858/6 858/23 859/24 862/21 885/17 888/12 897/13 899/4 899/13 901/21 906/24 907/4 914/10 925/21 925/22
**showed [3]** 808/6 814/16 845/9
**showing [15]** 707/22 720/13 723/9 741/13 757/6 760/14 762/22 767/8 781/3 783/1 843/25 850/24 898/24 900/21 900/25
**shown [11]** 696/15 699/4 707/15 778/17 801/16 837/23 853/15 862/9 879/1 899/3 901/19
**shows [4]** 726/10 801/22 836/9 907/17
**sic [2]** 763/23 902/1
**sick [1]** 897/21
**side [29]** 701/11 701/14 702/8 702/9 702/23 703/20 704/11 704/24 705/2 705/14 705/14 707/4 707/5 708/6 734/22 778/16 821/25 826/1 834/24 842/22 876/8 876/11 876/13 876/15 879/2 907/18 922/4 929/19 941/8
**Sidebar [6]** 786/21 788/3 851/6 853/13 870/13 870/21
**sign [4]** 752/5 752/19 815/23 899/4
**signage [1]** 900/8
**signature [1]** 723/16
**signed [3]** 752/21

**significance [2]** 726/19 728/6
**significant [2]** 706/25 743/14
**significantly [1]** 836/16
**signs [1]** 799/13
**similar [12]** 728/10 747/18 748/10 749/1 778/21 798/10 808/18 809/13 853/25 854/2 855/24 890/21
**similarly [4]** 749/10 750/23 796/24 872/24
**simply [3]** 812/17 822/13 827/18
**simultaneously [1]** 809/12
**since [11]** 778/20 798/23 826/22 836/25 838/20 857/8 869/24 888/21 900/18 934/15 934/25
**single [12]** 795/5 795/9 818/8 824/8 836/3 862/3 862/5 924/11 927/19 928/13 930/14 930/17
**sir [4]** 729/4 730/15 730/18 774/24
**sit [2]** 907/10 909/17
**site [2]** 695/7 695/9
**sitting [3]** 704/22 734/20 778/16
**situation [3]** 704/10 818/15 908/17
**six [3]** 728/8 728/11 805/16
**size [7]** 746/10 798/10 814/2 814/7 814/12 863/16 916/19
**sizeable [1]** 863/24
**skin [1]** 909/12
**sledge [2]** 926/11 926/16
**sleep [1]** 875/9
**slept [1]** 800/16
**slide [1]** 905/13
**slight [1]** 761/12
**slightly [3]** 691/20 774/14 794/3
**slogans [1]** 799/14
**slow [1]** 811/1

**S**

smack [1] 923/24
small [4] 758/9 766/23
915/17 935/9
smaller [1] 876/11
smash [1] 816/10
smashed [2] 816/3
822/5
smashing [1] 816/4
smoke [1] 849/21
smooth [3] 805/5
805/6 808/20
snippets [1] 818/12
snow [5] 875/4 875/6
875/9 875/10 900/8
snowed [1] 875/12
so [209] 690/21 690/25
691/8 691/10 695/19
696/18 701/10 702/21
703/17 704/1 704/21
705/4 708/2 708/3
710/25 713/7 714/4
716/20 717/21 723/6
724/6 724/22 726/13
726/18 727/12 727/18
727/25 728/3 728/3
729/24 730/2 735/1
735/3 735/10 735/11
740/16 741/16 741/19
741/21 742/12 745/1
746/4 746/7 746/20
752/16 753/7 755/21
756/16 758/19 759/14
759/21 759/25 761/3
761/21 761/24 762/19
765/11 768/24 770/11
771/9 771/18 772/17
774/25 775/14 785/6
786/11 787/9 787/18
788/12 788/14 789/25
790/4 790/7 791/3
794/10 795/20 796/3
797/10 799/1 800/1
800/12 801/10 801/20
803/25 804/2 808/10
809/15 809/23 810/7
810/20 810/23 811/11
811/24 811/25 812/6
813/9 813/12 816/4
816/25 817/6 817/14
819/4 819/10 819/24
820/1 820/24 821/20
822/18 823/9 823/21
825/1 825/7 825/10
827/5 835/18 836/11
836/11 836/12 836/12
836/16 836/22 838/18
839/18 840/6 840/14
840/20 841/4 841/19
842/24 843/11 844/4
846/22 847/1 847/10
851/13 851/25 852/18
854/12 855/7 857/13
859/9 859/20 859/25
860/9 861/13 863/23
865/14 866/2 866/22
867/13 868/3 868/6
869/10 870/16 879/5
885/21 888/15 889/8
890/1 890/1 890/11
890/11 891/15 892/7
892/10 892/21 892/24
894/10 895/2 895/12
896/11 897/18 897/22
898/2 898/8 903/15
903/17 904/18 905/10
906/1 907/7 908/2
908/17 908/17 908/25
909/11 909/17 909/20
909/22 911/16 912/8
913/1 916/5 917/14
917/21 924/10 926/25
929/17 932/24 935/14
935/22 936/2 936/22
937/20 939/2 939/7
soaked [2] 904/17
909/11
soaking [1] 918/2
social [1] 835/21
society [1] 794/16
soft [1] 929/23
sold [1] 920/17
sole [3] 871/18 872/17
877/10
solely [2] 872/12
881/10
solemnly [4] 693/5
716/4 732/5 792/2
solid [3] 804/24
916/18 921/14
some [70] 691/11
694/23 701/16 704/4
704/7 704/11 705/13
705/25 708/21 710/19
710/23 718/11 719/23
721/8 729/6 733/11
740/20 741/7 741/18
746/21 751/23 755/25
764/4 766/15 774/3
781/20 784/10 796/12
796/14 796/18 797/8
802/8 803/5 815/10
817/17 821/14 825/9
828/3 850/10 856/23
859/17 861/24 866/7
871/6 873/24 882/7
893/2 897/25 899/7
901/11 905/6 905/14
906/3 906/8 907/21
908/2 909/18 913/3
914/6 915/5 916/9
916/21 919/17 920/18
921/11 921/18 923/20
935/18 936/10 939/14
somebody [6] 697/10
740/25 771/9 773/4
775/2 775/4
somebody's [1]
740/25
somehow [1] 903/21
someone [16] 720/22
752/5 752/16 752/17
752/19 762/7 766/1
781/10 785/9 801/22
815/19 816/2 854/18
861/5 916/8 939/15
someone's [4] 744/12
853/3 880/1 880/4
something [40] 691/1
713/10 746/21 760/4
766/19 773/25 787/6
795/13 796/9 796/10
801/1 804/9 804/11
809/13 810/25 815/7
817/5 824/22 850/13
855/10 861/9 861/11
897/12 911/25 917/5
917/7 917/9 924/15
924/17 925/2 925/3
925/5 925/6 925/8
934/23 935/3 939/19
939/20 939/22 940/13
sometimes [4] 773/2
804/5 844/17 876/14
somewhat [2] 760/23
798/13
somewhere [5] 781/14
817/4 825/20 908/24
936/11
son [1] 777/23
soon [6] 795/6 795/7
764/21 751/23 755/25
905/18 808/10 866/4
933/1
sorry [16] 724/16
727/24 740/3 746/17
747/25 773/16 778/25
782/11 804/8 828/3
839/22 843/9 844/2
893/9 899/17 909/17
sort [13] 733/8 745/6
764/16 774/10 805/2
806/14 809/6 818/5
820/20 824/19 833/22
905/14 937/4
sorts [1] 905/18
sound [3] 725/7
855/22 898/9
sounds [2] 800/1
941/4
source [2] 733/13
735/4
sourced [1] 907/15
sources [1] 911/3
south [1] 771/25
SPAN [1] 825/6
speak [5] 818/2 838/21
870/16 906/22 932/13
speakers [2] 818/9
819/21
speaking [1] 797/13
spear [3] 916/9 917/21
917/25
special [18] 715/24
716/17 719/16 720/2
720/24 721/17 722/12
723/12 728/19 732/2
732/16 732/22 786/2
845/2 845/6 899/17
899/22 915/8
specially [1] 917/20
specialty [1] 755/17
specific [10] 695/5
695/20 820/24 828/20
849/23 897/16 914/25
915/1 915/22 932/6
specifically [9] 695/12
745/14 779/21 779/24
809/19 820/17 824/3
859/6 899/23
speculate [1] 876/23
speculation [1] 874/13
speech [8] 817/3
817/5 817/8 817/12
819/20 820/1 820/18
850/16

**S**

speeches [1] 822/21
speed [1] 724/22
spell [1] 793/15
spend [3] 810/2
822/15 935/25
spent [1] 810/9
spiked [2] 794/21
797/6
spin [1] 762/14
spine [1] 762/12
spoke [2] 780/10
845/4
spoken [2] 719/14
719/17
spokesperson [1]
932/5
spot [1] 929/23
spray [6] 903/1 903/2
904/17 909/3 909/10
909/11
sprayed [3] 909/3
909/8 929/12
Springs [1] 772/1
squad [3] 718/18
718/18 719/4
square [1] 917/15
stabilize [1] 843/17
stage [3] 843/21
845/21 862/12
stair [2] 807/20 807/23
staircase [2] 708/3
836/14
stake [1] 797/12
stamp [2] 762/9
762/17
stand [17] 690/15
692/25 693/3 716/2
732/3 786/13 787/13
789/8 789/18 791/25
838/20 839/9 839/10
877/23 902/17 907/24
933/25
standard [4] 746/23
782/15 785/10 926/8
standing [2] 764/8
849/20
stands [3] 734/1
760/19 878/4
start [18] 691/13
692/12 697/11 701/8
707/18 722/18 731/24
733/9 737/5 763/1
781/3 805/15 805/17

855/5 855/5 866/6
866/22 921/17
started [11] 703/19
703/19 703/23 703/24
729/24 795/8 795/8
808/11 841/9 841/19
850/5
starting [4] 720/25
763/24 859/8 862/22
state [15] 691/15
693/14 694/19 694/25
698/15 700/17 703/11
703/15 792/16 793/10
880/1 880/17 882/16
882/17 928/4
State's [1] 764/18
stated [3] 702/21
778/19 779/22
statement [9] 779/23
790/23 790/24 791/2
851/7 851/9 851/13
880/6 923/15
statements [3] 797/14
872/22 878/14
states [48] 686/1
686/3 686/10 690/3
690/8 693/18 693/20
694/19 695/1 695/10
700/3 717/11 717/25
717/25 752/24 760/25
761/12 762/11 762/25
764/24 765/7 766/11
766/15 767/15 768/3
768/12 768/17 769/24
799/20 813/15 823/5
882/21 882/22 883/1
883/5 883/8 883/9
883/21 884/7 884/12
886/4 886/16 886/21
887/6 887/11 887/15
915/4 937/8
stationed [1] 717/24
stature [3] 734/1
774/10 904/12
statute [1] 914/24
stay [4] 703/13 714/20
764/7 905/8
stayed [5] 714/16
714/21 715/2 826/15
834/15
stays [2] 744/17
758/13
Ste [1] 687/4
Steal [21] 718/4

798/6 798/10 798/16
798/19 799/2 800/1
801/12 802/3 812/13
815/1 815/3 816/1
819/3 819/12 819/14
819/17 901/12
stenotype [1] 687/17
step [4] 777/14 788/9
852/1 865/15
stepped [4] 715/22
786/16 833/24 865/5
steps [5] 714/10 733/9
807/20 807/24 850/11
Steve [4] 761/20 762/7
763/4 763/5
Steve Patriot [2]
761/20 762/7
stick [4] 806/21 913/17
916/11 918/9
sticker [2] 857/13
858/7
sticking [1] 917/16
still [36] 692/6 709/17
710/9 710/13 731/23
735/20 739/20 740/12
740/17 740/18 761/14
762/1 762/7 770/24
786/11 789/17 803/24
820/10 820/14 830/8
830/10 830/13 830/25
831/2 835/13 837/9
860/17 861/9 861/11
902/12 919/4 924/3
925/9 930/6 935/5
937/1
stood [3] 760/22 840/8
909/12
stop [22] 718/4 796/18
797/17 797/19 798/6
798/9 798/16 798/19
799/1 800/1 801/12
802/3 812/13 815/1
815/2 816/1 819/3
819/12 819/14 819/17
901/12 901/16
stopped [1] 736/22
store [8] 724/13 725/3
725/14 725/20 728/6
728/8 728/12 728/13
stores [4] 725/6 728/4
728/9 728/10
stormed [3] 767/15
858/12 858/15

storming [1] 769/25
story [2] 922/4 923/8
straight [1] 816/14
stream [11] 795/22
795/24 796/4 801/13
815/2 815/25 818/14
825/2 825/5 911/13
911/14
streams [6] 809/8
809/8 809/9 818/20
825/1 903/23
street [8] 686/16 687/4
687/7 765/17 820/21
857/21 908/13 908/18
streets [3] 722/23
722/25 723/3
strenuous [1] 935/23
stricken [2] 876/25
877/3
strike [1] 916/21
strikes [4] 917/8
917/14 917/15 918/6
striking [1] 916/22
strong [6] 763/8
916/24 917/24 919/14
919/16 933/24
struck [5] 846/14
846/20 917/5 917/7
929/18
structural [1] 862/19
structured [1] 692/2
stuff [1] 740/20
subject [9] 718/25
719/3 719/5 730/25
731/2 744/16 744/17
759/16 789/14
submit [6] 746/24
787/5 904/2 906/6
907/9 908/17
subpoenas [1] 725/10
substantial [3] 862/16
885/11 917/24
substantially [4]
747/18 748/10 749/1
778/20
substantive [3] 691/21
691/23 852/12
Substantively [1]
691/18
successfully [3]
753/10 753/13 753/15
such [24] 823/11
823/15 872/8 872/16
873/25 874/23 876/17

**S**

such... **[17]** 879/4 879/7 882/25 883/7 884/8 884/9 885/1 886/17 886/18 886/23 887/7 887/8 888/1 893/5 893/13 925/12 933/9

sufficient **[7]** 884/21 887/21 897/6 899/9 906/24 907/6 926/24

suffocated **[1]** 905/9

suggest **[1]** 931/13

suit **[2]** 709/13 921/14

Suite **[1]** 687/7

suits **[2]** 904/10 929/22

sum **[1]** 722/13

summary **[1]** 758/9

summation **[1]** 751/22

Summers **[3]** 899/16 906/14 929/21

summon **[1]** 934/22

supervisor **[1]** 695/7

support **[8]** 694/3 797/5 797/16 799/14 800/9 801/23 814/5 915/25

supported **[1]** 878/25

supporter **[2]** 797/2 797/4

supporters **[5]** 796/23 797/1 821/20 821/22 832/9

supposed **[11]** 701/19 721/11 825/8 826/5 826/7 835/16 835/18 848/16 848/17 848/19 910/21

supposedly **[1]** 851/8

suppressed **[1]** 790/24

sure **[22]** 690/18 691/16 702/20 727/3 741/9 747/3 764/25 785/10 819/9 819/11 823/7 842/10 842/12 854/9 859/2 864/5 864/6 869/18 893/9 936/20 938/14 941/4

surprise **[2]** 794/12 794/20

surprised **[1]** 845/14

Surprisingly **[1]** 798/8

surrounding **[3]**

surveillance **[19]** 733/12 733/14 733/18 734/10 742/16 771/13 771/15 772/15 772/17 773/8 774/12 774/17 774/22 775/14 785/9 799/23 811/13 811/22 812/5

suspicious **[1]** 799/24

sustained **[3]** 782/10 876/21 877/3

swear **[4]** 693/5 716/4 732/5 792/2

swing **[2]** 916/19 923/13

switch **[2]** 761/5 769/1

switching **[1]** 844/3

sworn **[2]** 901/7 905/3

system **[3]** 756/25 872/7 921/2

**T**

table **[8]** 717/24 718/1 734/22 747/16 747/17 778/16 779/4 779/6

tactical **[1]** 717/20

tail **[1]** 801/11

take **[44]** 691/10 697/8 721/8 726/9 733/3 733/9 743/23 746/13 748/8 748/9 749/4 749/8 750/21 751/12 751/16 770/10 775/2 781/12 789/17 790/9 790/10 790/15 834/23 837/3 838/14 850/19 851/4 856/19 869/1 869/16 870/3 872/13 897/20 897/22 904/22 909/15 915/5 916/12 918/17 918/25 922/20 926/21 936/11 937/18

taken **[11]** 719/1 738/6 748/5 774/21 774/25 775/8 784/7 788/25 839/1 893/15 931/12

taking **[3]** 712/17 789/7 801/18

talk **[14]** 729/5 764/15 799/18 810/23 812/9 817/18 841/16 871/8 897/21 904/12 907/10 912/25 936/22 940/1

talked **[7]** 747/6 795/3 869/15 900/9 904/9 906/9 909/3

talking **[18]** 740/2 748/24 753/7 767/9 774/15 780/12 803/25 807/19 810/11 818/15 818/23 823/17 823/18 826/8 837/19 850/5 863/16 907/3

talks **[1]** 867/8

tall **[1]** 918/3

tandem **[1]** 696/10

tantamount **[1]** 861/7

target **[1]** 806/15

taser **[1]** 914/14

task **[1]** 932/8

team **[3]** 744/18 755/17 782/20

tear **[1]** 934/19

technology **[10]** 794/15 794/17 811/8 811/11 811/12 811/14 811/17 811/19 811/22 812/5

teeth **[2]** 837/21 912/8

tell **[17]** 762/15 767/14 767/14 777/7 784/2 807/21 879/6 886/10 891/25 900/3 908/5 920/25 922/3 922/20 923/7 933/17 935/7

telling **[4]** 831/24 845/6 878/1 907/23

tells **[1]** 909/25

temperature **[1]** 814/3

temporarily **[1]** 890/16

tend **[1]** 810/23

tends **[1]** 893/3

term **[17]** 882/8 882/15 882/19 882/24 883/3 883/6 883/10 885/3 890/12 890/16 890/18 890/20 893/22 895/14 895/21 896/23 897/9

terminology **[2]** 804/9 804/15

terms **[8]** 692/3 885/14 888/3 893/20 895/19 897/7 910/16 931/1

Terrace **[3]** 731/10 847/15 930/10

terrible **[2]** 911/24 919/13

terribly **[1]** 794/13

Terrific **[1]** 692/17

terrorism **[1]** 764/24

testified **[21]** 733/3 771/2 774/6 775/17 778/5 779/21 812/10 845/3 845/3 850/7 858/19 875/5 877/10 877/15 877/17 878/3 914/20 921/25 922/2 922/8 922/10

testifies **[1]** 791/8

testify **[27]** 732/23 785/21 786/2 788/15 788/19 789/1 789/4 789/4 789/8 789/10 789/13 789/18 790/3 790/5 790/8 791/1 820/8 835/5 835/10 867/22 868/7 905/18 914/22 916/16 917/18 922/1 923/17

testifying **[5]** 705/23 705/24 876/7 877/24 878/5

testimony **[36]** 693/5 715/18 716/4 731/21 732/5 786/10 789/14 792/2 838/21 874/24 875/6 875/10 876/10 876/12 877/9 878/13 878/14 878/17 878/22 879/5 879/7 879/10 879/10 879/13 879/15 879/19 879/21 879/23 879/24 902/2 902/2 903/13 908/2 910/8 922/6 925/25

Texas **[7]** 797/23 798/1 809/19 814/1 814/3 814/13 814/14

text **[14]** 757/17 759/2 759/9 760/19 760/22 768/20 779/20 779/22 780/1 851/11 857/2 899/5 910/1 927/10

texted **[2]** 856/23 911/23

texting **[1]** 763/25

than **[29]** 691/19 722/23 746/25 751/24 760/6 768/4 768/18 781/19 790/9 797/17 807/7 838/16 840/11

**T**

**than... [16]** 840/21
840/22 840/23 859/11
866/20 873/24 874/1
875/20 876/12 899/7
906/10 906/24 909/6
925/13 926/8 936/4
**thank [92]** 692/24
693/9 696/20 697/22
707/20 709/4 709/11
711/23 711/24 712/1
715/14 715/16 715/17
715/18 715/20 715/21
716/9 724/24 728/19
728/23 730/1 731/17
731/20 731/21 732/9
736/7 738/24 739/25
742/11 759/24 761/6
763/13 767/11 769/4
769/19 770/7 770/10
770/12 770/18 770/21
780/24 786/10 786/14
786/15 790/21 791/17
791/18 792/7 792/11
792/23 810/17 814/14
823/20 823/21 831/12
837/4 838/6 838/23
839/12 841/24 844/2
844/7 853/12 855/12
855/22 856/19 859/20
861/15 861/16 861/19
862/25 864/23 865/9
866/6 868/14 869/6
870/7 870/20 912/17
912/19 912/22 927/4
927/9 930/21 930/22
935/11 936/17 937/10
939/9 940/3 941/5
941/10
**Thanks [1]** 766/11
**that [1209]**
**that's [116]** 692/2
698/6 711/22 713/13
714/15 718/6 723/8
726/17 726/24 730/2
730/8 731/1 732/15
740/22 745/11 746/17
746/19 746/23 748/5
751/17 751/19 752/5
753/17 756/7 756/15
757/1 758/24 761/1
761/11 761/23 766/20
768/7 769/2 769/17
771/11 772/18 772/24

775/16 779/10 780/16
780/19 780/23 780/24
785/6 785/10 785/12
785/18 791/3 798/23
799/2 799/3 802/15
804/11 804/12 804/14
804/16 809/23 809/25
812/7 815/9 816/7
818/3 821/5 824/2
828/6 829/25 830/8
831/14 832/17 833/25
836/6 839/24 840/10
842/4 846/9 846/22
847/18 849/2 850/4
851/25 854/21 864/19
864/20 865/21 866/11
898/22 901/8 902/10
903/7 903/17 907/14
908/3 909/4 909/6
909/22 909/25 912/2
914/8 914/23 916/13
918/18 919/1 920/8
921/1 921/7 923/19
923/25 924/16 925/5
925/23 926/7 928/10
932/7 937/11 938/23
940/3
**their [55]** 690/22 700/2
702/12 702/22 703/14
704/5 704/6 704/12
704/25 705/4 707/3
726/11 726/14 727/19
755/18 762/12 765/1
765/18 766/3 772/24
773/3 779/17 790/15
806/18 816/3 818/12
818/21 829/12 829/15
829/16 836/1 850/4
857/22 881/25 885/15
897/24 901/7 905/3
907/24 908/2 908/4
913/11 916/5 917/19
917/20 918/24 921/12
923/14 923/22 924/1
924/19 928/13 928/15
929/13 933/22
**them [94]** 691/18
691/22 725/4 725/5
725/10 728/21 745/13
745/14 749/6 749/8
750/21 751/12 764/16
772/17 778/18 778/21
779/14 779/15 779/15
779/15 785/25 796/22

802/1 802/7 806/19
809/12 809/15 809/18
813/1 813/4 813/10
817/18 818/21 820/8
824/24 826/16 826/22
827/23 828/2 828/3
828/5 828/16 832/7
832/8 833/5 836/2
836/3 836/16 840/9
846/2 847/5 847/7
847/9 847/13 848/24
856/15 856/18 860/13
860/22 865/24 867/16
868/9 868/24 869/4
871/16 876/18 877/4
886/11 889/20 892/1
894/20 899/20 900/10
903/1 905/22 907/22
907/23 907/23 912/8
916/21 920/18 926/19
928/18 929/15 930/4
930/7 930/7 930/17
931/23 934/21 936/17
938/18 939/6 939/7
**themselves [3]** 691/9
906/22 921/6
**then [96]** 690/21
691/23 691/24 692/6
692/10 695/23 698/15
701/12 701/15 701/16
702/15 702/23 703/2
703/6 703/8 703/12
703/22 710/19 715/8
734/12 739/5 744/14
744/16 744/18 746/24
752/19 756/19 759/16
760/25 762/22 764/12
764/19 765/5 766/4
766/13 767/21 768/9
769/11 774/19 776/15
782/2 787/24 788/10
790/10 790/12 790/16
796/12 807/23 808/3
817/6 818/2 822/8
830/22 837/3 844/8
850/1 851/11 851/11
851/20 852/17 853/4
853/10 856/1 866/3
866/11 866/13 869/1
870/3 874/8 875/9
883/22 884/12 886/4
886/21 887/11 887/15
900/16 901/25 903/19
905/9 907/19 909/9

909/12 909/14 909/21
909/24 910/10 911/4
913/13 930/24 933/1
936/12 936/13 938/4
938/19 941/1
**there [221]** 691/2
691/24 701/16 703/1
703/10 703/20 704/10
704/15 704/23 704/25
705/17 706/22 707/2
711/10 713/10 713/17
713/21 713/24 714/2
714/19 714/20 714/22
714/24 718/1 721/3
723/16 724/7 724/19
725/18 726/11 729/8
729/15 729/19 729/25
730/9 735/22 735/25
735/25 736/11 740/20
741/5 746/23 751/18
758/8 760/21 762/14
762/15 763/5 763/24
764/1 765/21 768/9
770/1 771/9 772/16
774/21 774/25 776/1
776/12 777/17 780/16
782/6 782/18 784/22
784/24 785/14 791/6
792/25 793/1 793/17
793/18 793/20 793/24
793/25 795/22 795/24
798/5 798/7 798/24
798/25 799/1 799/6
799/9 799/11 799/12
799/20 800/14 801/11
801/15 802/7 802/8
804/9 804/17 806/18
808/3 808/6 813/18
813/19 814/3 814/7
814/21 817/10 818/5
818/10 818/16 819/16
819/19 820/2 820/3
820/14 820/20 821/6
821/14 823/20 823/24
823/25 824/4 824/6
824/8 824/11 824/16
824/17 824/21 824/24
824/24 825/3 825/8
826/9 827/6 827/8
829/24 832/6 832/18
833/21 834/15 835/4
835/18 835/19 836/9
836/14 841/12 843/15
844/4 845/20 848/20

**T**

**there... [76]** 848/22
848/22 848/24 848/25
849/2 849/4 849/5
849/13 849/22 852/25
855/24 856/14 857/25
859/16 860/16 862/6
862/6 863/4 863/9
864/8 869/15 874/20
878/12 880/3 882/7
884/18 886/25 890/4
895/5 895/24 898/9
899/8 900/7 900/11
901/9 901/11 904/10
904/20 905/3 905/6
906/2 906/5 906/7
906/15 907/1 907/4
907/7 907/24 908/16
908/23 909/23 910/2
910/15 910/22 911/5
911/12 914/7 914/8
914/18 915/9 917/22
918/6 918/20 918/21
919/12 919/13 919/15
919/16 920/22 927/21
929/14 932/5 935/3
935/7 935/8 935/22
**there's [21]** 691/22
691/23 708/21 785/2
785/8 809/2 825/6
833/24 864/25 902/12
905/15 910/14 917/22
926/3 932/17 936/23
938/5 939/19 939/20
939/21 941/2
**thereafter [2]** 703/23
764/22
**thereof [1]** 882/23
**these [35]** 704/1
704/23 728/21 739/7
744/6 749/23 750/11
751/11 759/2 763/25
768/20 781/19 795/24
800/1 801/15 814/12
814/17 814/19 824/20
829/9 833/3 857/8
867/14 871/3 871/25
884/18 886/10 891/25
903/3 904/6 906/8
908/6 918/14 926/19
931/2
**they [156]** 691/14
692/1 700/3 700/9
700/10 703/13 704/5

704/9 705/9 705/3
705/4 709/19 718/25
719/2 723/6 727/15
728/10 728/11 729/16
749/25 751/23 753/19
755/14 755/18 755/22
759/5 759/6 764/15
764/17 764/18 764/25
769/24 772/25 773/2
778/16 778/17 778/20
778/24 779/3 779/4
781/5 796/1 798/22
801/17 802/9 803/5
803/25 804/23 805/8
805/8 805/17 807/11
809/2 809/13 809/16
811/23 811/23 812/16
812/17 812/17 812/19
812/20 812/21 812/23
812/24 812/25 813/5
813/9 814/23 815/11
816/9 816/11 819/23
821/16 821/22 821/23
821/24 822/1 824/6
824/10 824/16 824/24
826/9 826/9 826/17
827/9 827/13 827/17
827/18 827/19 827/23
827/25 828/2 828/16
833/7 836/9 836/11
836/11 836/11 836/12
836/15 836/16 845/22
846/1 846/22 846/25
847/1 859/16 860/23
862/16 862/16 862/17
863/21 872/23 876/19
877/1 901/8 901/10
901/10 901/11 901/11
901/12 902/9 902/9
903/5 903/5 903/5
903/6 903/6 903/7
903/7 904/9 904/10
904/10 907/24 908/15
908/17 908/17 908/18
909/17 909/18 910/2
911/7 913/13 914/18
917/19 918/24 921/12
923/25 925/19 929/9
930/6 935/17 936/20
936/24 939/13
**they'd [2]** 925/21
925/21
**they're [14]** 691/18
691/19 725/13 755/17

808/23 811/21 817/22
824/21 824/24 829/15
829/17 849/21 864/21
907/23
**thick [4]** 804/12
817/19 822/12 916/11
**thickening [1]** 808/11
**thicker [2]** 908/21
908/21
**thin [1]** 863/8
**thing [31]** 774/10
787/12 790/19 802/25
806/17 808/25 817/2
818/4 818/11 819/18
819/19 819/23 824/7
824/7 830/13 834/16
835/13 835/22 837/20
840/11 845/9 847/6
903/11 919/24 920/13
925/17 926/8 934/10
936/22 937/11 938/7
**things [24]** 690/15
703/18 713/15 720/25
729/6 778/14 788/6
799/22 801/24 802/9
805/14 814/7 814/25
815/17 863/20 865/16
871/25 903/25 908/5
919/13 923/16 923/16
924/25 939/25
**think [44]** 691/2 691/5
726/22 727/5 740/1
770/7 785/6 793/18
794/3 797/12 805/19
807/11 809/11 810/9
817/3 820/2 840/4
842/8 845/16 848/21
863/11 864/25 866/24
867/9 867/12 869/20
872/14 880/15 898/8
901/23 901/24 902/12
903/3 903/7 905/14
906/9 908/15 910/21
925/8 926/4 930/25
936/12 938/22 939/24
**thinking [5]** 798/9
802/21 820/14 836/24
880/4
**thinks [1]** 910/14
**third [10]** 882/2 884/9
886/18 887/8 890/1
892/10 892/24 895/2
909/2 909/24
**this [338]**

**thoroughly [1]** 788/21
**those [92]** 690/22
694/15 694/20 698/23
706/8 706/18 708/24
729/12 746/4 749/1
749/4 750/19 751/21
753/7 753/8 753/10
753/18 753/22 759/9
768/10 775/2 775/5
775/11 778/19 778/22
786/4 799/16 799/24
805/14 809/11 812/15
813/23 815/5 815/10
818/20 827/15 835/14
835/23 841/21 845/23
845/25 849/19 850/11
861/1 862/1 862/14
862/19 865/19 865/24
868/4 883/12 897/17
901/2 902/4 902/8
905/8 905/21 906/19
907/16 907/21 907/22
908/16 909/12 911/2
913/10 913/12 914/6
914/23 917/18 917/20
918/15 918/22 918/23
919/3 919/10 919/15
920/17 920/18 922/9
924/24 926/12 926/15
927/22 928/1 928/12
928/16 928/22 929/12
929/22 930/4 934/16
940/17
**though [11]** 772/18
801/14 803/24 804/19
809/19 815/4 818/10
818/10 832/7 833/7
934/22
**thought [13]** 727/6
820/13 821/16 821/24
822/19 824/15 902/7
903/19 910/24 920/13
920/14 938/11 939/11
**thoughtful [2]** 874/10
925/15
**thoughts [2]** 913/3
930/25
**thousands [3]** 823/7
835/8 927/23
**thread [4]** 760/20
762/23 766/1 767/17
**threat [4]** 885/1 888/1
896/24 897/5
**threatened [2]** 884/20

**T**

**threatened... [1]** 887/20

**threatens [2]** 884/25 887/25

**three [22]** 723/21 724/7 726/5 753/6 753/14 777/17 793/18 805/16 805/18 807/24 810/12 810/13 813/21 816/13 849/17 864/14 882/9 904/11 907/12 908/3 917/13 918/6

**three-dimensional [1]** 917/13

**three-quarter [1]** 864/14

**through [42]** 702/15 702/18 703/14 703/15 720/5 722/18 725/12 728/5 731/9 731/12 756/7 757/12 759/15 774/7 785/3 785/23 785/25 795/5 795/8 798/17 805/8 805/9 806/21 819/21 819/22 820/19 823/17 836/22 843/14 849/13 855/16 883/7 883/15 900/10 906/8 907/21 910/1 916/12 921/10 930/7 930/18 932/24

**throughout [5]** 701/18 759/21 809/1 873/9 873/11

**throw [4]** 860/17 902/5 923/14 923/17

**throwing [3]** 817/21 817/22 923/15

**thrown [3]** 779/5 903/1 903/3

**thumbnail [1]** 766/20

**thumbs [2]** 767/5 899/4

**thumbs-up [1]** 899/4

**tied [1]** 809/2

**time [103]** 699/14 700/21 701/25 704/19 705/13 707/14 708/8 710/22 710/23 711/23 713/11 718/16 718/24 722/4 723/24 733/6 733/16 734/8 740/11 742/13 742/15 742/16

746/25 747/7 749/13 750/3 751/1 751/20 752/9 754/21 754/23 758/1 759/12 762/24 764/9 764/19 765/2 765/18 766/21 768/6 768/7 768/10 770/11 771/8 774/20 775/22 780/21 783/11 785/7 795/2 798/21 802/21 808/12 810/2 810/8 815/18 825/3 826/20 827/5 835/2 835/3 837/23 845/16 847/8 850/11 850/18 851/4 852/20 852/23 854/5 855/1 855/8 856/9 856/15 857/23 860/10 862/3 862/5 864/12 869/25 870/23 875/7 878/9 881/2 881/23 883/24 883/25 885/19 888/15 908/16 910/4 912/17 916/12 924/3 928/23 933/2 936/5 936/15 936/16 939/14

**times [8]** 698/20 725/18 782/6 847/5 904/20 923/13 932/25 939/16

**timestamp [12]** 708/18 709/22 737/2 764/19 764/20 766/16 766/17 767/14 769/22 770/5 828/21 831/12

**timing [1]** 931/1

**tip [2]** 767/7 917/22

**tipped [1]** 916/9

**tips [1]** 917/14

**tired [2]** 904/25 904/25

**title [2]** 693/15 726/4

**today [17]** 691/11 730/11 734/18 749/6 750/19 750/24 762/11 770/2 777/1 786/2 789/18 790/3 841/1 869/15 902/16 910/1 938/6

**today's [1]** 768/4

**together [5]** 751/19 808/14 869/21 870/17 940/7

**told [22]** 777/10 805/7

827/23 845/6 849/7 850/2 864/13 898/16 898/19 898/20 901/11 901/13 903/5 903/8 904/17 904/18 906/14 907/7 909/16 918/20 920/19 934/11

**tomorrow [5]** 935/19 936/4 939/18 939/18 941/11

**tonight [1]** 938/19

**too [8]** 751/18 762/14 764/14 766/12 815/13 822/2 840/7 929/13

**took [17]** 693/3 716/2 733/8 751/17 752/4 752/17 771/2 771/9 773/8 773/11 815/22 839/10 862/3 862/5 899/3 909/16 909/18

**tools [3]** 755/18 755/22 921/5

**top [13]** 700/7 701/4 708/3 708/17 725/11 737/3 745/11 751/13 762/23 767/18 767/19 768/2 847/17

**topics [2]** 692/11 937/24

**toss [2]** 778/12 778/13

**total [1]** 852/19

**touch [3]** 847/11 925/24 927/25

**touched [1]** 903/20

**touching [1]** 903/16

**toward [2]** 878/5 918/6

**towards [11]** 733/19 808/11 816/1 817/21 819/23 821/3 821/11 841/23 843/1 847/16 860/17

**town [2]** 771/25 774/14

**track [2]** 756/1 756/2

**tracked [1]** 731/8

**tradition [1]** 900/18

**traffic [1]** 704/4

**training [1]** 694/2

**trampled [1]** 843/18

**transcript [3]** 686/9 687/18 942/4

**transcription [1]** 687/18

**transfer [2]** 910/17

**Transfers [1]** 916/20

**transitioning [1]** 718/16

**transpire [1]** 721/1

**trapped [1]** 707/6

**travel [2]** 747/3 882/15

**treason [2]** 765/21 857/25

**treated [2]** 781/7 918/15

**treatment [1]** 872/6

**trial [16]** 686/9 693/6 716/5 732/18 787/5 792/3 871/11 871/20 873/9 873/11 876/21 879/3 879/23 880/13 921/17 932/18

**tried [1]** 741/2

**tripping [1]** 843/17

**trouble [4]** 734/7 755/21 826/10 917/16

**truck [2]** 773/15 773/20

**true [5]** 852/3 855/11 873/24 878/23 942/4

**Trump [20]** 765/19 796/23 797/1 797/1 797/3 797/13 818/2 818/6 821/20 821/22 832/3 832/5 832/6 832/18 838/9 849/11 849/14 855/20 857/23 860/10

**Trump's [2]** 819/20 820/18

**trust [1]** 764/16

**trusted [1]** 815/14

**truth [17]** 693/7 693/7 693/7 716/6 716/6 716/7 732/7 732/7 732/7 792/4 792/4 792/5 818/6 873/25 878/1 879/6 922/14

**truthfully [1]** 877/15

**try [12]** 697/12 755/23 762/14 785/8 800/5 822/21 901/15 902/6 907/24 923/2 923/4 933/9

**trying [27]** 769/24 799/16 799/21 806/16 806/17 806/19 806/21 817/3 817/4 834/10

**T**

**trying... [17]** 843/2
843/13 843/17 849/4
860/1 868/20 868/21
901/4 901/5 903/14
903/14 903/15 904/4
905/3 905/8 915/18
920/11
**tube [1]** 863/15
**tunnel [3]** 904/19
905/10 930/10
**turn [5]** 778/12 794/7
800/12 881/12 935/12
**turned [2]** 842/22
854/9
**turning [5]** 764/12
868/15 873/6 880/1
883/19
**turtle [4]** 904/10
921/14 921/14 929/22
**TV [2]** 795/10 919/16
**TVs [2]** 718/7 818/5
**Twenty [1]** 693/21
**Twenty-five [1]** 693/21
**twice [2]** 905/17
929/18
**two [24]** 750/23 753/14
768/9 797/22 804/2
806/1 807/24 808/14
813/5 832/11 844/3
844/8 845/15 864/3
865/16 866/8 874/20
884/18 904/1 904/11
908/23 909/1 920/4
934/13
**type [2]** 694/16 920/11
**types [1]** 874/20
**typical [1]** 746/20
**typically [5]** 695/19
698/14 704/1 825/21
838/16
**typo [2]** 867/6 937/5
**tyrants [1]** 764/17

**U**

**U.S [4]** 687/12 695/21
704/2 883/11
**U.S. [3]** 769/10 769/16
902/8
**U.S. Capitol [3]**
769/10 769/16 902/8
**Uh [1]** 730/4
**Uh-huh [1]** 730/4
**ultimately [6]** 719/6

734/12 739/7 756/16
771/24 782/17
**Um [2]** 794/3 807/22
**unanimity [1]** 931/4
**unanimous [3]** 919/5
931/7 933/16
**unauthorized [4]**
704/12 704/24 707/2
711/8
**unclear [1]** 910/8
**under [10]** 694/5 779/4
779/5 786/25 878/10
882/20 893/17 925/17
933/13 937/5
**underlying [1]** 723/21
**undermine [1]** 893/3
**understand [22]** 773/2
774/14 788/14 788/18
789/3 789/7 789/12
791/18 813/2 819/7
823/4 823/9 823/21
823/22 824/1 824/2
824/4 825/7 825/10
825/19 913/1 920/16
**understandably [1]**
920/15
**understanding [4]**
703/10 711/22 836/21
872/24
**understood [7]** 823/8
827/6 827/10 832/10
834/12 848/17 849/3
**Unfortunately [3]**
765/16 857/20 860/10
**unidentified [4]**
718/25 719/3 719/5
730/25
**uniform [4]** 704/6
827/11 908/14 929/21
**uniforms [1]** 928/15
**uninvited [1]** 707/3
**unique [3]** 733/23
733/25 774/7
**UNITED [33]** 686/1
686/3 686/10 690/3
690/8 693/18 693/20
694/19 695/1 695/10
700/3 717/11 717/25
717/25 813/15 823/5
882/21 882/22 883/1
883/5 883/8 883/9
883/21 884/7 884/12
886/4 886/16 886/21
887/6 887/11 887/14

915/3 917/8 917/21
**University [2]** 717/7
793/10
**unlawful [2]** 897/14
906/11
**unless [7]** 763/2
824/23 860/6 873/9
880/22 917/14 935/22
**unlike [3]** 891/1 897/5
926/15
**unlikely [1]** 934/22
**unreasonableness [1]**
878/21
**unreasonably [1]**
893/17
**unscreened [1]** 707/3
**until [17]** 697/15 703/8
714/16 763/8 770/15
790/10 808/12 821/10
838/22 839/1 873/9
898/2 898/4 900/19
904/21 933/15 935/1
**unwieldy [1]** 916/24
**up [88]** 697/10 697/23
698/7 703/2 705/25
708/16 711/17 720/1
720/9 724/22 726/12
726/23 727/4 728/21
734/12 736/8 739/14
740/5 744/7 751/24
757/3 760/6 765/21
766/11 766/24 767/5
770/19 776/20 777/11
777/23 777/24 781/5
790/20 801/16 801/22
802/8 804/9 804/16
806/19 808/6 809/6
810/3 813/16 814/16
816/2 816/14 818/24
827/9 828/17 831/6
831/8 839/9 843/23
845/7 845/19 845/21
845/23 845/25 847/14
847/22 849/8 850/11
850/20 857/25 868/21
870/24 875/10 880/12
899/4 901/10 902/20
903/11 903/21 904/5
904/12 906/1 909/20
911/20 921/14 922/13
928/25 929/10 929/18
930/9 932/7 932/13
932/23 939/15
**upcoming [1]** 704/14

**uphold [2]** 830/13
921/2
**upholding [1]** 920/14
**uploaded [1]** 756/24
**upon [8]** 702/14
757/22 884/24 884/25
887/24 887/25 933/23
934/5
**us [23]** 691/5 702/18
704/3 731/23 737/11
741/11 759/19 761/14
762/14 764/18 767/6
767/14 767/25 777/15
785/8 824/2 858/16
865/15 909/17 919/15
936/21 938/24 939/21
**USAO [1]** 686/15
**use [26]** 691/17 728/21
760/10 851/18 852/16
857/1 866/25 879/12
884/19 884/20 887/20
887/20 904/7 912/24
913/19 914/5 919/5
923/7 923/10 923/18
926/11 927/11 927/11
930/5 931/10 935/4
**used [35]** 754/4 789/5
811/24 845/7 847/4
852/11 857/8 859/6
884/19 886/23 887/19
888/8 888/11 888/11
890/2 890/24 891/2
892/13 895/2 905/16
905/19 905/20 905/22
906/1 913/3 914/1
914/2 914/3 914/7
915/12 915/23 923/8
924/23 930/2 930/3
**useful [3]** 933/23
934/4 934/7
**uses [1]** 893/15
**using [13]** 754/11
803/20 847/7 886/5
888/25 889/14 891/7
891/20 894/3 894/16
906/6 923/4 924/5
**utilize [3]** 755/18
755/22 785/3
**utilized [1]** 757/12

**V**

**vacation [1]** 938/4
**validity [4]** 795/14
798/22 799/15 799/23

**V**

value [1] 921/22
vantage [1] 907/18
various [12] 755/18
782/14 784/22 785/2
785/8 809/5 867/1
886/8 889/18 911/1
911/3 923/16
vector [1] 918/16
vehicle [3] 773/16
773/18 773/19
vehicles [2] 705/5
722/22
vein [1] 913/17
venture [1] 705/19
verdict [54] 690/16
692/6 787/4 866/14
866/15 866/17 868/15
868/16 868/19 868/24
869/4 869/25 870/6
871/10 872/6 872/17
875/21 876/1 876/3
876/5 881/1 881/3
881/10 889/8 889/10
891/14 891/17 894/9
894/13 896/10 896/12
912/15 913/14 919/22
931/4 931/6 931/6
931/7 931/9 931/9
931/10 931/13 931/20
932/2 932/9 933/16
933/19 934/1 935/3
935/7 936/6 936/24
937/21 941/3
verdicts [4] 880/22
907/9 927/2 931/23
verification [1] 820/20
verify [2] 848/25 849/4
version [3] 692/4
760/5 938/13
versus [2] 690/3
911/13
very [43] 693/2 727/6
748/11 754/4 757/14
762/3 766/23 767/7
782/7 787/4 790/10
791/17 796/7 797/10
797/11 798/10 798/18
801/11 804/19 809/13
811/13 812/3 812/3
812/3 812/3 820/17
836/10 845/14 863/5
865/13 868/4 869/9
903/21 904/12 906/5

906/8 907/20 916/4
927/8 930/13 930/13
935/11 936/15
vice [46] 694/18
694/24 695/7 695/13
695/25 698/8 699/11
699/23 701/6 701/8
701/10 701/22 702/3
702/14 702/18 703/1
703/3 703/21 704/17
705/8 705/11 706/5
706/13 706/16 706/21
706/22 707/9 708/5
708/23 709/6 709/17
710/4 710/6 710/9
710/12 711/4 711/10
711/12 711/20 714/6
714/9 786/3 825/7
890/17 900/16 900/21
video [107] 707/16
709/1 710/2 713/14
714/11 730/12 730/16
731/2 733/13 735/4
735/23 736/10 736/18
737/7 737/14 740/16
740/18 740/21 741/14
741/16 774/19 791/10
791/14 793/13 796/3
796/6 825/4 829/1
829/7 829/20 830/4
830/16 831/9 831/15
831/17 831/22 831/25
832/2 832/21 832/25
833/2 833/4 833/6
833/10 833/18 833/22
833/24 833/25 834/3
834/5 834/9 834/18
837/14 837/19 837/22
837/24 838/3 842/2
842/8 842/15 842/18
842/20 843/5 844/4
844/20 844/24 845/10
846/7 846/12 846/18
848/3 848/6 849/13
849/19 850/24 852/4
853/19 855/7 856/3
856/16 862/7 862/8
862/9 862/22 863/3
863/17 863/20 901/19
901/19 901/19 902/14
905/23 906/5 906/25
907/12 914/11 914/11
915/3 917/1 917/10
918/1 926/1 926/4

929/10
videoed [1] 901/23
videos [28] 719/24
734/3 734/4 747/19
749/2 751/14 757/18
771/13 775/14 781/19
797/8 801/14 803/5
803/5 806/13 809/1
902/1 907/15 907/17
910/7 913/2 914/6
914/6 918/16 919/12
920/18 923/7 926/18
view [7] 690/18 790/2
827/20 855/11 861/7
866/14 897/19
viewed [5] 797/6 813/4
813/8 813/10 859/16
viewing [1] 774/20
views [2] 865/24
932/14
violated [1] 897/16
violation [7] 881/14
883/23 886/6 889/15
891/21 894/17 896/16
violence [23] 722/16
812/16 814/8 814/9
814/10 816/25 820/10
882/9 893/16 894/15
894/25 895/7 895/11
895/14 896/2 896/7
896/15 896/21 896/23
906/23 907/2 907/5
918/23
violent [5] 719/2 817/6
821/21 914/7 918/22
visceral [1] 907/20
visible [1] 760/4
visit [11] 695/8 695/16
695/18 695/19 696/1
698/10 698/20 699/11
699/24 704/3 710/17
visiting [4] 694/25
695/24 699/23 890/16
visitors [1] 701/5
visits [3] 694/15
695/13 704/1
visor [2] 918/8 921/15
visors [1] 917/19
voice [1] 933/24
voluntarily [4] 884/9
886/18 887/8 902/10
voluntary [3] 789/22
789/23 790/3

volunteer [1] 911/11
volunteering [1]
911/17
vote [8] 794/19 794/23
900/17 910/17 911/11
911/15 911/17 934/5
votes [6] 696/7 703/7
703/11 703/15 703/15
796/12
voting [2] 911/10
933/15
vs [1] 686/5

**W**

wait [11] 697/18
740/16 761/14 775/24
777/13 819/25 851/12
851/12 851/12 904/21
928/7
waive [2] 789/21 790/3
waiver [1] 790/5
waiving [2] 789/8
925/19
wake [3] 777/11
777/23 777/23
walk [8] 702/18 817/17
821/2 821/12 822/13
823/11 823/15 825/12
walked [4] 777/18
823/2 849/25 900/10
walking [5] 703/17
704/3 821/3 825/17
908/21
wallet [1] 801/2
want [41] 690/17 710/8
710/23 714/19 728/21
729/5 729/6 737/10
744/1 744/2 794/7
800/12 802/13 802/16
810/7 812/6 826/9
826/10 826/12 826/15
827/25 834/13 838/9
865/22 865/22 865/23
865/25 871/3 893/9
902/11 907/10 914/12
919/8 920/19 929/9
929/16 936/14 936/20
938/7 938/24 941/3
wanted [19] 690/14
805/23 806/4 814/8
814/9 817/16 827/15
827/17 827/18 827/19
827/23 836/11 847/18
847/20 910/22 928/21

**W**

**wanted... [3]** 930/4
930/5 938/23
**wants [4]** 740/25
928/23 929/3 930/1
**war [7]** 763/1 765/16
857/20 860/6 911/22
911/23 930/19
**wardrobe [1]** 750/14
**warehouse [2]** 723/17
728/17
**warrant [29]** 733/20
734/17 734/17 739/9
742/22 742/24 744/11
744/18 744/19 746/20
748/6 750/2 752/4
752/7 753/2 757/23
771/5 771/5 775/18
775/19 776/13 778/2
778/2 778/4 778/5
784/8 840/5 840/17
840/18
**was [554]**
**Washington [19]**
686/5 686/13 686/16
687/13 693/25 716/25
717/1 717/19 718/15
718/20 728/18 729/19
747/2 801/12 813/17
815/20 821/2 898/24
928/5
**wasn't [22]** 804/7
806/6 806/7 811/20
814/7 821/10 827/18
840/10 847/10 901/4
915/18 916/3 918/15
920/16 920/23 926/21
928/3 928/4 928/6
928/8 930/1 930/3
**waste [1]** 852/19
**watch [5]** 903/24 910/7
914/12 921/11 926/1
**watched [11]** 730/17
731/2 809/11 809/12
809/15 833/14 834/22
835/1 854/1 911/12
919/16
**watching [5]** 721/5
795/10 795/22 796/5
834/10
**water [1]** 903/2
**watermark [1]** 829/24
**way [49]** 704/12 707/3
731/9 747/3 774/6

771/14 779/15 789/25
790/6 792/22 798/12
803/22 805/24 806/4
806/8 806/18 808/25
813/16 821/6 822/3
822/5 824/19 833/17
847/1 847/9 847/13
847/16 855/5 858/21
873/1 880/3 881/8
882/2 882/2 904/10
912/11 915/11 916/3
918/14 920/25 923/8
923/10 929/16 930/5
930/6 934/2 934/7
935/13 939/3
**ways [1]** 899/7
**we [330]**
**we'd [4]** 747/7 751/1
758/1 786/24
**we'll [19]** 691/17 697/5
727/4 730/5 788/10
817/22 823/20 854/8
866/3 866/4 867/15
869/16 870/2 870/5
897/22 935/2 935/7
937/22 940/4
**we're [40]** 691/13
735/17 737/9 761/13
767/9 774/15 797/13
814/5 814/5 814/6
818/23 828/3 828/25
830/5 831/15 832/23
833/14 834/23 836/25
838/6 838/18 838/22
838/23 856/1 856/10
857/1 857/2 857/13
858/14 859/25 865/21
881/12 897/22 898/22
907/3 917/12 927/1
931/3 933/1 939/24
**we've [13]** 691/9
735/10 735/11 746/7
750/24 806/13 856/22
868/20 900/1 906/9
907/13 910/15 913/7
**weapon [46]** 800/24
885/6 886/6 886/24
888/6 888/10 889/1
889/15 890/3 890/20
890/22 891/8 891/21
892/14 893/21 894/4
894/17 895/3 895/20
896/3 903/1 904/5
905/13 906/1 906/16

906/16 906/19 912/24
913/4 913/20 913/24
914/5 915/12 915/15
915/24 916/8 916/9
916/14 916/16 916/18
919/6 919/7 923/18
924/5 924/23 925/18
**weapons [7]** 800/19
905/19 905/22 914/7
920/22 926/15 926/19
**wear [2]** 704/5 917/19
**wearing [17]** 713/14
720/7 734/21 734/23
739/3 739/4 739/5
767/4 775/12 779/14
832/3 850/8 850/10
850/18 854/23 856/13
921/12
**websites [1]** 907/16
**week [5]** 725/18 801/9
815/20 940/8 940/13
**weeks [2]** 729/12
729/18
**weigh [4]** 792/21
845/22 925/23 927/12
**weighs [2]** 903/10
918/2
**weight [14]** 817/21
817/21 817/22 860/17
871/21 875/16 875/18
876/6 879/7 879/15
879/25 916/25 921/6
921/22
**weird [2]** 818/3 819/22
**weirdly [1]** 818/11
**well [56]** 691/4 691/7
691/21 692/8 692/10
693/2 698/18 700/6
706/20 707/1 707/4
723/21 732/10 743/23
760/3 762/3 768/11
768/22 769/22 791/17
794/11 795/21 796/14
798/15 802/15 817/16
818/13 821/24 822/21
823/8 825/1 825/2
825/6 829/15 835/8
835/15 836/10 845/17
846/1 850/3 860/24
865/4 865/13 867/2
868/4 869/9 900/9
906/4 906/17 909/14
910/24 911/4 915/4
921/23 931/2 937/17

**went [25]** 703/1 711/3
711/21 733/15 733/22
772/11 775/17 777/23
785/22 785/25 798/4
800/16 808/2 812/12
813/20 814/1 817/25
820/22 875/9 903/23
909/18 921/10 928/11
930/9 930/18
**were [273]**
**weren't [7]** 794/18
813/9 833/7 835/16
848/15 848/22 921/12
**west [7]** 703/20 704/11
731/10 826/1 847/15
907/18 930/10
**wet [1]** 918/3
**what [252]** 690/24
693/22 694/5 694/9
694/11 694/12 694/16
694/22 695/5 695/18
696/5 698/14 702/10
704/19 705/11 706/13
706/18 708/3 708/17
710/22 712/25 717/4
717/15 718/23 720/2
721/1 721/20 721/25
722/13 723/2 723/14
724/12 725/2 725/17
725/19 726/2 726/9
726/14 729/6 729/16
732/19 733/8 733/15
733/22 734/2 734/21
737/11 737/15 737/18
738/5 739/2 741/21
743/11 744/10 744/13
744/14 745/10 746/17
747/21 748/4 748/23
749/25 751/11 751/17
751/19 752/4 754/17
755/7 755/14 756/19
757/9 757/15 757/23
757/23 758/10 758/23
759/5 760/14 760/17
760/19 761/10 761/16
761/25 762/15 762/17
762/23 763/4 763/6
763/22 764/5 764/7
764/9 764/19 765/2
765/6 766/1 766/4
766/9 766/10 766/11
766/14 766/16 766/21
766/24 767/1 767/3
767/18 767/22 767/24

# W

**what... [143]** 768/17
769/8 769/15 770/2
770/5 777/8 778/13
781/13 781/24 783/5
783/20 784/6 784/9
786/23 790/7 791/7
794/21 795/12 795/17
796/21 796/23 797/4
798/5 798/7 799/12
799/18 800/2 800/15
801/6 801/15 803/11
803/25 806/7 808/24
809/9 811/23 812/7
815/14 815/24 817/3
817/16 818/8 818/12
820/11 821/17 821/25
822/18 823/16 823/22
824/23 826/7 826/8
827/23 833/17 836/9
840/12 840/13 843/13
843/15 845/8 848/24
849/2 850/6 851/7
852/2 852/4 852/18
852/24 853/10 855/24
857/3 858/11 859/10
861/1 861/3 862/15
864/11 864/15 865/21
865/22 866/20 871/17
871/19 871/20 874/21
875/5 875/11 876/23
880/3 880/12 883/14
883/17 886/10 892/1
898/22 899/9 901/8
901/10 903/8 903/23
904/4 905/15 907/21
908/13 908/21 909/1
909/6 909/22 909/22
909/25 910/9 910/12
910/15 911/12 911/13
911/16 912/9 914/9
915/24 916/17 917/21
918/23 919/10 920/5
921/3 921/10 922/10
922/13 922/18 923/19
928/1 928/10 928/13
929/1 929/2 930/2
930/9 930/17 931/2
931/13 936/3 938/25
939/2
**what's [41]** 705/22
707/15 707/22 720/1
720/13 721/13 721/25
722/13 723/9 727/21
735/4 736/24 743/8
745/5 745/6 749/21
754/13 757/6 758/25
763/14 781/3 783/1
784/3 801/20 803/2
809/24 825/15 827/7
831/1 845/24 852/14
857/12 858/4 863/9
864/16 903/13 904/23
910/19 911/18 911/19
924/21
**whatever [5]** 795/11
799/24 869/21 904/7
917/16
**whatnot [4]** 801/25
811/22 819/22 822/22
**whatsoever [3]** 827/8
830/2 830/12
**when [115]** 691/11
692/8 695/9 695/19
696/5 700/7 702/3
702/10 703/6 703/24
705/8 705/13 705/18
708/20 711/3 711/16
712/25 718/22 726/16
726/17 730/5 733/8
733/14 733/21 733/25
734/4 734/15 739/7
739/9 742/13 743/5
744/11 746/21 753/15
755/14 755/25 756/19
763/10 765/21 765/23
770/2 772/23 775/17
776/18 777/18 777/23
780/1 781/8 781/9
781/13 782/6 782/21
787/10 793/22 793/24
795/21 796/5 798/14
799/2 799/3 799/6
799/18 800/12 802/7
806/10 807/10 822/24
823/10 823/21 825/16
845/2 845/9 850/4
857/25 858/15 867/8
867/14 870/23 871/9
874/23 875/23 876/14
892/10 892/24 893/4
893/12 900/23 901/1
902/16 902/20 903/20
904/19 906/1 908/23
909/14 910/12 912/6
915/7 916/2 917/8
919/24 920/6 922/25
923/4 924/10 924/25
926/23 928/17 928/25
929/11 929/21 931/10
932/3 934/1 935/24
**where [89]** 690/15
695/12 698/21 701/8
702/3 702/6 704/16
705/3 705/8 706/15
707/6 707/25 708/22
709/19 710/9 716/23
726/11 726/14 726/15
728/16 733/15 733/22
734/20 736/20 741/14
742/8 742/18 745/14
747/14 752/24 754/20
760/24 762/12 766/3
771/19 772/11 772/14
772/19 772/24 773/6
773/13 778/13 779/1
779/3 779/21 783/7
783/24 784/12 784/21
787/3 792/23 793/8
797/11 799/4 800/17
802/8 803/8 803/25
805/14 807/25 809/16
814/22 818/7 819/19
821/5 824/20 825/11
837/20 839/16 842/19
849/19 850/16 861/5
867/10 872/5 890/14
900/21 902/20 903/23
904/19 904/20 907/22
909/2 911/2 911/11
920/9 926/2 928/24
930/10
**wherever [1]** 711/21
**whether [36]** 788/19
789/1 791/6 852/22
861/25 862/15 875/17
875/24 877/7 877/11
877/15 877/16 877/24
877/25 878/1 878/3
878/12 878/18 878/23
878/24 879/4 880/15
883/16 888/9 888/24
889/4 891/6 891/11
894/1 894/7 896/1
896/6 914/25 915/23
924/19 933/19
**which [82]** 701/12
701/13 702/8 703/11
704/5 727/15 728/7
729/7 729/18 740/14
745/14 751/14 757/11
767/6 776/19 789/10
795/9 795/15 797/9
797/21 801/17 809/7
809/13 812/13 820/24
823/25 840/4 848/6
849/14 850/20 852/19
858/23 866/10 866/11
866/14 872/2 873/16
874/4 874/21 875/1
876/9 877/2 877/12
877/17 878/2 878/11
880/8 880/21 881/14
882/10 883/1 883/7
883/23 885/11 885/12
886/6 887/1 888/11
888/22 889/15 889/20
891/5 891/21 893/10
894/17 894/20 896/16
901/12 901/25 905/1
907/12 907/19 911/6
913/19 914/3 918/10
924/11 931/4 931/18
936/11 938/12 939/1
**while [25]** 706/13
706/21 714/19 744/10
753/2 781/5 788/14
795/25 797/13 842/24
864/1 871/3 871/19
875/12 886/5 888/25
889/14 891/7 891/20
894/3 894/16 897/13
905/9 909/20 919/20
**white [9]** 718/19 719/4
720/22 730/23 739/5
750/15 751/13 775/12
823/6
**white-collar [2]** 718/17
719/4
**who [73]** 693/17
695/21 698/20 700/1
704/22 711/9 719/1
719/9 737/22 738/9
743/5 752/21 753/18
753/19 761/18 762/15
764/17 776/10 793/2
796/13 796/24 798/3
799/21 801/22 802/20
813/18 815/22 815/25
817/17 818/16 820/1
821/14 821/20 821/23
833/17 837/18 860/10
876/17 877/9 883/22
884/12 884/23 884/24
886/4 886/21 887/11
887/14 887/15 887/23

999

**W**

**who... [24]** 887/24
899/7 903/22 904/6
905/2 905/6 905/24
907/1 908/4 908/10
911/5 914/6 919/16
920/25 921/3 926/1
928/12 928/20 932/10
932/11 932/12 932/13
932/14 935/24
**who's [1]** 920/25
**whole [10]** 693/7
716/6 732/7 744/2
757/20 792/4 852/23
871/5 871/16 913/14
**wholly [1]** 882/18
**whom [1]** 904/12
**Whose [1]** 756/14
**why [41]** 705/25
706/24 718/8 735/24
743/14 748/8 748/8
750/11 751/16 770/10
776/12 782/23 785/6
786/19 787/23 790/15
794/25 796/8 797/9
801/8 802/11 805/22
806/5 816/7 817/15
836/11 836/24 836/25
845/23 846/25 868/22
903/17 903/17 903/22
922/4 927/15 928/8
928/18 929/5 929/14
930/19
**wide [2]** 820/18 821/2
**wiggles [1]** 914/13
**wild [1]** 909/5
**will [95]** 692/7 693/6
693/6 695/19 698/14
707/7 716/6 725/4
726/21 727/24 728/20
732/6 732/6 740/24
741/3 741/4 742/2
755/7 760/4 762/14
762/15 763/5 763/8
764/17 768/19 784/3
787/4 787/10 788/9
789/13 790/16 791/7
792/3 792/4 828/20
832/7 833/7 836/21
837/20 851/10 852/20
855/18 855/25 859/12
865/15 865/16 865/19
867/13 868/3 868/6
868/7 868/9 868/23

671/14 886/8 886/10
889/10 889/10 889/20
890/15 891/16 891/17
891/23 891/25 894/12
894/13 896/12 897/23
897/25 900/3 901/21
906/2 906/3 910/2
919/8 920/25 924/20
926/3 931/9 931/21
931/25 932/10 932/12
932/13 932/14 933/10
934/22 935/9 936/5
936/11 936/12 937/20
939/12 939/19 941/6
**willfully [2]** 896/22
897/11
**willing [7]** 763/2 860/7
860/19 860/20 861/5
861/11 920/23
**wind [2]** 837/21
860/12
**window [2]** 875/4
875/8
**winner [1]** 838/11
**Winston [1]** 687/4
**Winston-Salem [1]**
687/4
**wish [6]** 690/23 852/18
865/10 924/15 924/15
927/5
**within [9]** 693/23
710/13 710/25 718/20
760/22 828/25 841/12
882/18 896/21
**without [11]** 755/6
765/19 775/15 812/25
851/10 853/9 854/7
857/23 864/21 889/25
890/10
**witness [54]** 688/2
692/12 692/23 693/3
697/18 709/13 715/13
715/22 715/23 716/2
731/16 731/25 734/25
744/4 786/9 786/16
810/15 838/24 839/9
839/10 853/14 854/12
864/24 864/25 865/5
867/24 868/9 874/23
876/24 877/12 877/12
877/15 877/16 877/17
877/21 877/23 877/23
877/24 877/25 878/1
878/3 878/11 878/15

878/22 878/24 879/6
879/5 879/6 879/7
879/14 879/15 879/18
879/18 879/24
**witness's [7]** 874/24
877/14 877/23 878/7
878/13 878/14 878/16
**witnessed [1]** 797/5
**witnesses [13]** 865/8
871/22 876/7 876/10
876/11 876/12 877/7
877/9 877/11 877/19
900/7 901/20 921/24
**wobbly [1]** 805/17
**woke [1]** 875/10
**women [1]** 703/13
**won't [3]** 786/11 917/9
920/5
**wondering [1]** 938/5
**wooden [2]** 916/11
917/24
**woods [1]** 909/5
**word [5]** 765/17 768/4
818/8 857/21 867/7
**words [3]** 868/8
893/15 931/7
**work [17]** 691/6
694/12 695/15 695/22
696/9 702/15 704/3
729/23 735/3 793/17
793/20 793/24 806/6
811/23 811/24 869/7
939/13
**worked [4]** 717/6
793/18 793/25 912/2
**worker [1]** 911/12
**workers [1]** 722/23
**working [8]** 692/7
695/2 697/4 697/10
716/18 717/22 717/22
744/10
**works [3]** 691/5
898/12 911/18
**worksheet [3]** 700/17
701/5 701/19
**world [4]** 763/8 765/22
811/14 858/1
**worn [5]** 735/8 743/15
833/15 907/19 908/20
**worried [6]** 802/18
811/13 816/25 817/15
820/10 900/23
**worry [1]** 843/10
**worth [1]** 930/19

**would [161]** 691/1
691/25 692/11 694/16
695/9 695/13 695/24
696/1 696/13 698/9
698/13 698/20 699/2
699/14 700/8 700/18
701/12 701/15 701/16
703/11 703/14 704/20
705/19 706/11 706/12
707/12 708/5 708/6
708/22 711/11 713/4
713/7 714/1 714/2
724/8 726/13 726/19
726/22 727/15 728/3
729/18 729/22 737/3
740/11 741/10 741/11
741/16 741/17 743/16
749/13 750/3 751/5
754/23 755/14 759/1
759/12 759/12 759/18
761/3 773/3 773/25
773/25 786/25 787/5
787/6 787/13 787/15
788/8 790/7 791/1
792/16 796/10 796/10
796/12 796/13 797/3
799/7 800/7 801/10
802/20 802/23 804/11
804/12 807/22 812/19
814/3 817/14 819/4
819/7 819/10 819/13
819/24 819/25 821/20
821/25 823/9 824/4
824/5 824/25 825/2
825/10 835/22 835/24
836/22 838/21 845/20
846/23 846/25 851/22
852/5 852/12 853/8
863/23 864/14 866/10
866/11 866/15 867/3
868/2 869/23 874/9
875/6 875/11 875/25
876/24 897/20 898/16
898/20 902/18 903/9
904/2 906/6 907/8
907/13 908/1 908/1
910/6 912/15 916/12
916/17 917/5 917/6
917/6 920/1 922/19
922/19 924/18 925/14
925/19 925/20 935/17
935/22 935/25 936/24
937/25 938/12 938/12
938/15 938/25 939/3

**W**

would... [1] 940/21
wouldn't [5] 817/15
825/4 829/16 852/10
868/4
wrapped [1] 711/17
write [3] 819/1 911/9
934/20
writes [2] 762/24
911/22
writing [3] 764/4
933/12 933/17
written [1] 912/4
wrong [4] 747/4
902/13 918/24 937/16
wronged [1] 797/6
wrongs [1] 920/4
wrote [4] 857/20 860/5
860/8 910/4

**X**

XL [1] 746/10

**Y**

yea [1] 804/13
yeah [34] 713/4 728/17
776/21 799/10 811/18
811/20 812/22 815/13
817/20 820/4 820/14
821/4 822/1 822/1
822/21 825/2 825/21
826/9 826/13 826/16
826/16 828/15 836/8
844/2 853/5 856/12
860/20 860/23 864/13
929/13 929/21 940/1
940/9 940/16
year [6] 690/3 712/14
726/13 727/16 729/16
793/23
years [15] 693/21
693/22 712/20 713/2
713/5 716/19 732/18
792/20 793/1 793/19
816/13 816/13 845/15
904/1 908/12
yell [1] 776/4
yelling [2] 834/1 834/2
Yep [1] 858/9
yes [481]
yesterday [8] 719/17
732/23 740/1 759/17
785/22 835/6 841/16
899/8

yet [6] 834/11 850/20
852/21 854/13 859/6
904/13
York [1] 686/13
you [1525]
you'd [3] 901/22 917/2
941/7
you'll [11] 726/17
728/7 731/23 786/11
900/25 905/13 913/12
913/21 931/2 931/10
940/23
you're [45] 715/21
727/12 731/5 740/17
740/17 755/15 761/14
764/7 781/13 785/10
786/12 786/12 787/18
807/19 812/8 819/12
821/1 822/10 826/8
835/19 837/9 838/9
838/20 840/20 843/16
851/13 854/23 856/22
858/19 861/11 863/16
875/17 898/6 907/20
909/5 913/17 919/19
920/2 920/3 923/18
924/17 924/25 926/6
935/8 936/13
you've [26] 719/11
719/14 722/12 723/19
730/11 730/17 730/21
730/21 731/2 731/8
736/14 752/17 758/22
771/12 809/5 864/1
864/8 864/16 901/6
902/13 905/18 907/17
913/2 913/2 913/8
920/24
your [294]
Your Honor [115]
690/2 690/7 690/11
691/5 692/14 692/24
692/25 696/20 697/17
697/22 699/14 700/22
706/2 708/8 712/1
715/13 715/15 715/24
722/4 723/24 724/24
727/1 728/23 731/16
731/19 732/1 732/11
734/24 738/11 738/15
738/18 740/3 741/7
741/15 741/23 743/16
743/25 745/19 746/14
747/7 748/14 749/13

756/3 757/1 757/5
754/23 758/1 759/11
759/18 759/23 765/13
770/21 784/14 786/9
786/14 786/18 786/25
787/8 787/12 787/17
787/20 788/2 789/24
790/13 790/18 790/25
790/25 791/9 791/22
792/11 810/15 810/17
826/25 828/22 828/24
836/20 839/3 839/7
839/12 851/22 852/7
852/10 852/16 853/1
854/5 855/1 855/13
857/7 861/19 862/23
864/24 865/3 865/8
865/12 867/5 867/17
867/21 868/13 868/17
868/20 869/6 869/11
870/8 870/11 870/19
912/19 927/7 927/9
937/2 937/4 937/23
939/17 940/6 940/15
940/22
yours [1] 881/7
yourself [3] 716/15
732/14 834/24
yourselves [2] 690/6
905/23

**Z**

zoom [1] 857/4