11404229

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC FM3:18
RECEIVED NOV 15 '23

| United States of America | ) |
|---|---|
| v. | ) |
| David Joseph Gietzen | ) Case No. CR 22-116 (CJN) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   David Joseph Gietzen
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☑ Order of the Court

This offense is briefly described as follows:
Failure to comply with Order to Self-Surrender


Date: 11/15/2023

*Courtney Moore*
*Issuing officer's signature*

City and state:  Washington, DC

Courtney Moore   Courtroom Deputy
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11-15-23, and the person was arrested on *(date)* 12-12-2023
at *(city and state)* SANFORD, NC

Date: 12-12-2023

*William Andes*
*Arresting officer's signature*

WILLIAM ANDES, DUSM
*Printed name and title*