11404229

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC FM3:18
RECEIVED NOV 15 '23

United States of America
v.
David Joseph Gietzen

Case No. CR 22-116 (CJN)

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  David Joseph Gietzen
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment           ☐ Superseding Indictment     ☐ Information      ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:
Failure to comply with Order to Self-Surrender


Date: 11/15/2023

*Issuing officer's signature*

City and state: Washington, DC

Courtney Moore   Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 11-15-23 , and the person was arrested on *(date)* 12-12-2023
at *(city and state)* SANFORD, NC

Date: 12-12-2023

*Arresting officer's signature*

WILLIAM ANDES, DUSM
*Printed name and title*

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF NORTH CAROLINA

FILED
DEC 13 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.
By _____

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 1:23MJ511-1 |
| | ) | | |
| DAVID JOSEPH GIETZEN | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING AN IDENTITY HEARING

An identity hearing in this case is scheduled before Magistrate Judge Joe L. Webster as follows:

| Place: | U.S. District Court<br>323 E. Chapel Hill Street<br>Durham, NC | Courtroom No.: | Second Floor |
|---|---|---|---|
| | | Date and Time: | Thursday, December 21, 2023 at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Dec. 13, 2023

_____
*Judge's signature*

Joe L. Webster, United States Magistrate Judge
_____
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                          ) | 1:23MJ511-1 |
| ) | |
| ) | Charging District's |
| DAVID JOSEPH GIETZEN ) | Case No. 1:22-CR-116 |

## ORDER

On October 19, 2023, United States District Judge Carl J. Nichols for the District of Columbia entered an order that Defendant David Joseph Gietzen ("Mr. Gietzen") self-surrender by October 20, 2023, at 12:00 p.m., pending sentencing for his conviction related to his conduct on January 6, 2021. After failing to comply with the Order to self-surrender, Judge Nichols ordered that an arrest warrant be issued for Mr. Gietzen on November 15, 2023. Mr. Gietzen was arrested in this district on or about December 13, 2023, and proceedings were held under Rule 5 of the Federal Rules of Criminal Procedure. Mr. Gietzen requested that his identity hearing be held in this district.[1] Thereafter, the case came before the Court for an identity hearing pursuant to Fed. R. Crim. P. 5(c)(3)(D)(ii). At the end of the hearing, the Court orally found that there was probable cause to believe that Mr. Gietzen was the individual named in the arrest warrant as David Joseph Gietzen, and ordered that Mr. Gietzen be

---

[1] The docket in this district reflects a motion for detention by the government. However, both the government and defense counsel concur that Mr. Gietzen is not entitled to a detention hearing under the circumstances, and the only issue before the Court is the determination of identity.

transferred to the District of Columbia. The Court now enters this written order memorializing such ruling.

As to Rule 5 regarding arrests that occur outside the district of the commission of the alleged offense, "[i]f the initial appearance occurs in a district other than where the offense was allegedly committed," the Court must, among other things, "transfer the defendant to the district where the offense was allegedly committed if: (i) the government produces the warrant, a certified copy of the warrant . . .; and (ii) the judge finds that the defendant is the same person named in the indictment, information, or warrant." Fed. R. Crim. P. 5(c)(3)(D)(i)-(ii). "This rule guarantees that an individual who has been arrested will not be forcibly removed to a different state until the Government produces a warrant[,] and the court determines that the arrested individual is the same person named in the warrant, information, or indictment[.]" *United States v. Hilliard*, No. 7:23-MJ-1064-RJ, 2023 WL 5453086, at *2 (E.D.N.C. Mar. 17, 2023).

Courts have applied the probable cause standard in determining whether a defendant is the person named in an out-of-district warrant. *See generally id.*, at *1 n.3 ("Although it does not appear that the Fourth Circuit has addressed directly the question of what standard to apply for determining identity under Rule 5(c)(3)(D)(ii), most courts addressing the issue apply the probable cause standard."); *United States v. Saldana-Beltran*, 37 F. Supp. 3d 1180, 1186 (S.D. Cal. 2014) ("Of the small number of courts to address the issue, most have applied a probable cause standard."); *United States v. Antoine*, 796 F. Supp. 2d 417, 420 (E.D.N.Y. 2011) ("Therefore, this court finds that the magistrate judge properly applied the standard of probable cause to determine whether removal was warranted."). "Hearsay evidence is

generally admissible during a removal hearing," *Saldana-Beltran*, 37 F. Supp. 3d at 1187 (citation omitted); however, "[o]nce the Government has introduced reliable evidence of identity, the burden of persuasion is shifted to the defendant to rebut the presumption." *Id.* (citation omitted).

At the identity hearing,[2] the government presented the testimony of Special Agent Craig Noyes, with the Federal Bureau of Investigation, who assisted in the investigation of Mr. Gietzen regarding his underlining conviction related to the January 6, 2021, incident. Agent Noyes identified Mr. Gietzen during the identity hearing as the individual sitting at the defense table with long hair and "white." Agent Noyes confirmed that Mr. Gietzen was the individual that Agent Noyes investigated and was ultimately charged in the District of Columbia under an eight-count indictment. Agent Noyes was present during Mr. Gietzen's trial and observed the same individual that was present during the identity hearing in this district. During the trial, Mr. Gietzen on one occasion raised his hand when his name was mentioned, and he also testified on his own behalf. While it is common practice for a defendant to state his name for the record while testifying on his own behalf, Agent Noyes cannot recall if Mr. Gietzen did so during his trial. Agent Noyes testified that Mr. Gietzen was found guilty of all 8 counts in his indictment, was not ordered immediately detained, but was ordered to self-report on October 20, 2023, and failed to do so. As a result, a warrant was issued leading to the proceedings in this district. The government also presented a copy of the October 19, 2023 Order instructing Mr. Gietzen to self-surrender.

---

[2] There was no dispute regarding the production of the warrant.

Based on the record before the Court, the undersigned finds probable cause to believe that David Joseph Gietzen, appearing before the undersigned for the purpose of an identity hearing, is the same individual named in the arrest warrant issued on November 15, 2023, out of the District of Columbia, and the individual who was convicted of eight counts relating to his conduct on January 6, 2021, ordered to self-surrender, and failed to do so. Defendant has submitted no evidence to the contrary. Accordingly,

**IT IS THEREFORE ORDERED** that having found probable cause to believe that David Joseph Gietzen, appearing before the undersigned for the purpose of an identity hearing, is the same individual named in the arrest warrant issued on November 15, 2023, out of the District of Columbia, the undersigned will issue an order requiring the United States Marshal to transport Defendant David Joseph Gietzen to the District of Columbia.[3]

/s/ Joe L. Webster<br>United States Magistrate Judge

December 22, 2023
Durham, North Carolina

---

[3] The oral motion for detention shall be terminated.

4

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:23MJ511-1 |
| DAVID JOSEPH GIETZEN | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.  1:22-CR-116 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of  Columbia  ,
*(if applicable)*  _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant:   ☐ will retain an attorney.
                  ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  12/22/2023

*Judge's signature*

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

CLOSED

# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00511-JLW All Defendants

Case title: USA v. GIETZEN

Other court case number: 1:22-CR-116 DISTRICT OF COLUMBIA

Date Filed: 12/13/2023

Date Terminated: 12/22/2023

Assigned to: MAG/JUDGE JOE L. WEBSTER

**Defendant (1)**

DAVID JOSEPH GIETZEN
*TERMINATED: 12/22/2023*

represented by LISA S. COSTNER
Federal Public Defender - NCM
251 N. Main St., Ste 849
WINSTON-SALEM, NC 27101
336-631-5172
Email: lisa_costner@fd.org
*TERMINATED: 12/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Arrest | |

**Plaintiff**

USA                                      represented by   **TERRY MICHAEL MEINECKE**
U. S. ATTORNEY'S OFFICE - MDNC
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336-333-5351
Email: terry.meinecke@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2023 | | Arrest (Rule 5) of DAVID JOSEPH GIETZEN. (dk) (Entered: 12/13/2023) |
| 12/13/2023 | | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER in Durham: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DAVID JOSEPH GIETZEN held on 12/13/2023. Defendant advised of rights and charges. Defendant, through counsel, has requested that his Identity/Detention Hearing be held in the Middle District of North Carolina. (AUSA Terry Meinecke; Counsel for defendant AFPD Lisa Costner; Proceedings Recorded) (dk) (Entered: 12/13/2023) |
| 12/13/2023 | | Oral Motion for Detention by USA as to DAVID JOSEPH GIETZEN. (dk) (Entered: 12/13/2023) |
| 12/13/2023 | 1 | SEALED FINANCIAL AFFIDAVIT by DAVID JOSEPH GIETZEN. (dk) (Entered: 12/13/2023) |
| 12/13/2023 | 2 | ORDER appointing Assistant Federal Public Defender LISA S. COSTNER for DAVID JOSEPH GIETZEN. Signed by MAG/JUDGE JOE L. WEBSTER on 12/13/2023. (dk) (Entered: 12/13/2023) |
| 12/13/2023 | 3 | **ORDER SCHEDULING IDENTITY HEARING** as to DAVID JOSEPH GIETZEN. Identity Hearing set for 12/21/2023 10:00 AM in Durham Courtroom #1 before MAG/JUDGE JOE L. WEBSTER. Signed by MAG/JUDGE JOE L. WEBSTER on 12/13/2023. (dk) (Entered: 12/13/2023) |
| 12/21/2023 | 4 | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER in Durham: Identity Hearing as to DAVID JOSEPH GIETZEN held on 12/21/2023 (see Exhibit/Witness List). Based upon the evidence presented, the Court does find probable cause and the Defendant shall be transported in custody to the District of Columbia for further proceedings. Written Order forthcoming. (AUSA Ashley Waid; Counsel for defendant AFPD(s) Lisa Costner and Ira Knight; Proceedings Recorded) (dk) (Entered: 12/21/2023) |
| 12/22/2023 | 5 | **ORDER** as to DAVID JOSEPH GIETZEN signed by MAG/JUDGE JOE L. WEBSTER on 12/22/2023; that having found probable cause to believe that David Joseph Gietzen, appearing before the undersigned for the purpose of an identity hearing, is the same individual named in the arrest warrant issued on November 15, 2023, out of the District of Columbia, the undersigned will issue an order requiring the United States Marshal to transport Defendant David Joseph Gietzen to the District of Columbia. (sh) (Entered: 12/22/2023) |
| 12/22/2023 | 6 | **COMMITMENT TO ANOTHER DISTRICT** as to DAVID JOSEPH GIETZEN. Defendant committed to District of DISTRICT OF COLUMBIA. Signed by MAG/JUDGE JOE L. WEBSTER on 12/22/2023. (sh) (Entered: 12/22/2023) |

| 12/22/2023 | 7 | Notice to DISTRICT OF COLUMBIA of a Rule 5 Appearance as to DAVID JOSEPH GIETZEN. Your case number is: 1:22-CR-116. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to interdistrict_NCMD@ncmd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (sh) (Entered: 12/22/2023) |