IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-116 (CJN) |
| | ) | |
| DAVID JOSEPH GIETZEN, | ) | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant David Joseph Gietzen by and through undersigned counsel, hereby requests that the Court extend the time to respond to the draft presentence report ("PSR") from March 25, 2024 to March 27, 2024, and in support of this motion says as follows:

1. The draft PSR (Doc. #71) was disclosed to counsel on March 11, 2024. Responses to the draft PSR are due on March 25, 2024.

2. Mr. Gietzen is currently in custody in the Correctional Treatment Facility in the District of Columbia. Counsel for Mr. Gietzen is located in Winston Salem, North Carolina.

3. Due to previously scheduled court commitments, the earliest counsel can travel to meet with Mr. Gietzen is March 25, 2024, the date responses to the draft PSR are due. Counsel is in need of two additional days after meeting with Mr. Gietzen to draft and file their response.

4. Counsel for Mr. Gietzen has consulted opposing counsel, who advises that the Government does not object to this motion.

WHEREFORE Mr. Gietzen respectfully requests that the Court extend the time to file their response to the draft PSR from March 25, 2024 to March 27, 2024.

Respectfully submitted, March 14, 2024.

Louis C. Allen III
Federal Public Defender

/s/ Lisa S. Costner

_____

LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5172
Email: lisa_costner@fd.org

/s/ Ira Knight

_____

IRA KNIGHT
Assistant Federal Public Defender
North Carolina State Bar No. 43817
301 North Elm St., Ste 410
Greensboro, NC 27410
(336) 333-5455
Email: ira_knight@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Ericksen
Rebekah Lederer
Assistant United States Attorneys

        Respectfully submitted,

                LOUIS C. ALLEN III
                Federal Public Defender

                <u>/s/ Lisa S. Costner</u>
                LISA S. COSTNER
                Assistant Federal Public Defender