IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-116 (CJN) |
| | ) | |
| DAVID JOSEPH GIETZEN, | ) | |

**ORDER**

Upon motion of the Defendant, without objection by the Government, the deadline for counsel to respond to the draft presentence report is extended from March 25, 2024 to March 27, 2024.

SO ORDERED, this the _____ day of March 2024.

_____
United States District Judge