North Carolina State University
Name: David Joseph Gietzen

Official Transcript
Student ID: 2███████

Page 1 of 2
Birthdate: XXXX-08-02

- - - - - - - - - Degrees Awarded - - - - - - - - -

Degree:         Bachelor of Science
Confer Date:    2017-05-13
Degree Honors:  Summa Cum Laude
Plan:           Computer Engineering

Degree:         Bachelor of Science
Confer Date:    2017-05-13
Degree Honors:  Summa Cum Laude
Plan:           Electrical Engineering

Transfer Credit From: Central Carolina Cmty College - - - - Transfer Credits - - - -

| Transfer Totals: | Attempted | Earned | Points |
|---|---|---|---|
|  | 85.000 | 85.000 | 0.000 |

- - - - - - Beginning of Undergraduate Record - - - - - -

**Plan:** Computer Engineering, Bachelor of Science
**Session:** Regular Academic Session

### 2014 Fall Term

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| CSC 226 | Discrete Math CSC | 3.000 | 3.000 | A+ | 12.999 |
| E 115 | Computing Environ | 1.000 | 1.000 | S | 0.000 |
| EC 205 | Fund of Econ | 3.000 | 3.000 | A+ | 12.999 |
| ECE 109 | Intro Comp Sys | 3.000 | 3.000 | A+ | 12.999 |
| ECE 200 | Intro Sig Circ Sys | 4.000 | 4.000 | A+ | 17.332 |

**Session:** Eight Week - First

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| E 201 | Engineering Transfer to Succes | 1.000 | 1.000 | A- | 3.667 |

**Term GPA:** 4.000    **Term Totals:** 15.000   15.000   14.000   59.996
Semester Dean's List

**Plan:** Computer Engineering, Bachelor of Science
**Session:** Regular Academic Session

### 2015 Spring Term

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ECE 209 | Comp Sys Prog | 3.000 | 3.000 | A+ | 12.999 |
| ECE 211 | Electric Circuits | 4.000 | 4.000 | B- | 10.668 |
| ECE 212 | Fund Logic Design | 3.000 | 3.000 | A | 12.000 |
| ECE 220 | Analy Fnd of ECE | 3.000 | 3.000 | A+ | 12.999 |

**Term GPA:** 3.744    **Term Totals:** 13.000   13.000   13.000   48.666
Semester Dean's List

**Plan:** Computer Engineering, Bachelor of Science
**Session:** Regular Academic Session

### 2015 Fall Term

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ECE 301 | Linear Systems | 3.000 | 3.000 | A | 12.000 |
| ECE 302 | Microelectronics | 4.000 | 4.000 | A- | 14.668 |
| ECE 309 | Oo Prog For ECE | 3.000 | 3.000 | A+ | 12.999 |
| ST 371 | Intro Prob Dist Th | 3.000 | 3.000 | A | 12.000 |

**Term GPA:** 3.974    **Term Totals:** 13.000   13.000   13.000   51.667
Semester Dean's List

**Plan:** Computer Engineering, Bachelor of Science
**Session:** Regular Academic Session

### 2016 Spring Term

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ECE 303 | Electromag Fields | 3.000 | 3.000 | A+ | 12.999 |
| ECE 306 | Intro Embedded Sys | 3.000 | 3.000 | A+ | 1███ |
| ECE 310 | DN Complex Dig Sys | 3.000 | 3.000 | A+ | 1 |
| ECE 381 | Engineer Prof Cpe | 1.000 | 1.000 | A | 4.███ |
| ECE 407 | Intro Computer Networking | 3.000 | 3.000 | A | 12.000 |

**Term GPA:** 4.000    **Term Totals:** 13.000   13.000   13.000   53.998
Semester Dean's List

**Plan:** Computer Engineering, Bachelor of Science
**Session:** Regular Academic Session

### 2016 Fall Term

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ECE 421 | Intr Signal Proces | 3.000 | 3.000 | A+ | 12.999 |
| ECE 464 | Asic Design | 3.000 | 3.000 | A+ | 12.999 |
| ECE 484 | ECE Senior Design Project I | 3.000 | 3.000 | A+ | 12.999 |
| ENG 331 | Commun Engr & Tech | 3.000 | 3.000 | A | 12.000 |

**Term GPA:** 4.000    **Term Totals:** 12.000   12.000   12.000   50.997
Semester Dean's List

**Plan:** Computer Engineering, Bachelor of Science
**Session:** Regular Academic Session

### 2017 Spring Term

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ECE 308 | Elements of Control Systems | 3.000 | 3.000 | A+ | 12.█99 |
| ECE 402 | Communication Engr | 3.000 | 3.000 | B+ | 1███ |
| ECE 463 | Microarch | 3.000 | 3.000 | A- | 11.001 |
| ECE 470 | Internetworking | 3.000 | 3.000 | A- | 11.001 |
| ECE 485 | ECE Senior Design Project II | 3.000 | 3.000 | A+ | 12.999 |

**Term GPA:** 3.867    **Term Totals:** 15.000   15.000   15.000   57.999
Semester Dean's List

**Undergraduate Career Totals**
Cum GPA: 4.000    Cum Totals:   166.000   166.000   80.000   323.323

*signature: Charles E. Clift, IV*

IRA KNIGHT

Print Date: 2024-04-03