14 Feb 2024

Honorable Carl Nichols,

My son, David Joseph Gietzen, was born at Madigan Army Hospital at Fort Lewis in Washington State. He has four younger sisters, and two sisters, three brothers older than him. David's father was a Special Forces Medic and I, his mother, do not have a specific career. I have worked any job conducive to raising my children.

David, even as a very young child, showed himself to be very intelligent. He crawled, walked, and talked earlier than his brothers and sisters. He was barely two years old when he able to climb a chair in front of the computer desk and use a computer mouse to click the program he wanted to open. He enjoyed Reader Rabbit and the small math games. David read at an early age. Before he was six, he could read small books. David was always a happy, loving, joyful child. David had a wonderful imagination and creativity. He was always busy drawing and writing. He loved to figure out how things worked and fix them.

1 of 4

With these natural abilities, David completed the GED program at the age of sixteen and enrolled into Central Carolina Community College. He excelled and transfered to NC State and graduated with Honors of Outstanding Senior and Summa Cum Laude with a Bachelor of Science in Computer Engineering.

I am very proud of David and all his accomplishments because he had to overcome the tradgedy and turmoil of his parents separation and subsequent divorce at the age of eight. He overcame the extreme lack of means and graduated from a University. I could deliniate many other points but the fact that he had to endure the chaos of a single mother home should communicate enough to you what obstacles he had in front of him and what his home life was like.

I must add that as my family endured hardship and painful realities and lack of means, we all are very, very close and all my children are instantly ready to come to each other's rescue no matter the circumstance.

For David this is especially true. He will drop whatever he is doing to drive hours to help his sister in Missouri or an hour and a half to help his sister in Durham or minutes away to help his brother in Sanford. David is quick to forgive and forget. He always gives everyone the benefit of expecting goodness which is a stark contrast to myself. I am not as trusting towards the world as David is. Which brings me to the point of this letter.

    I am David's mother and I love him with all my being. I love each of my children in this way. As David's mother I do have an inkling of his inner life by how he treats himself and others. Mothers know their children intimately even when there are no words or acts to convey motivation.

    David lives by pursuing the truth and honor at all times. David is very strict on himself. He has extraordinary self discipline.

there are times when I am in complete awe of his moral fortitude and tenacity. And there are times that I am pained to feel for him when I think he is being too hard upon himself.

I ask the Court to bear in mind compassion, goodwill and leniency for David, for his family and for me, his mother. We as a family are together as close as ever awaiting David's return home.

Sincerely,

Kimberly M. Neiss
David's Mom

# Lisa Costner

| | |
|---|---|
| **From:** | Mary Scrivens <mescrivens@yahoo.com> |
| **Sent:** | Wednesday, April 3, 2024 4:48 PM |
| **To:** | Ira Knight; Lisa Costner |
| **Subject:** | David Gietzen Character Letter from Mary Scrivens |

**EXTERNAL SENDER**

Good Afternoon,

My name is Mary Scrivens. I am David Gietzen's oldest sister. I am writing this letter on behalf of my brother David Gietzen who was found guilty of eight charges that occurred at the Capitol on January 6th, 2021. I am writing in regards to his sentencing, and hoping that understanding who David is will aid in deciding David's sentence.

My brother David has always been bright, funny, energetic, and hard working. My brother has helped me personally in my life at different times. From helping me garden, when he was a kid and I was a teenager, by helping our neighbors with their lawns and gardens to when I was in the process of getting a divorce from my former husband. In 2013 - 2014, David lived with me in Rolla, MO for 6 months to a year (possibly longer) to help me care for my sons, Glenn and Jonathon, who at the time were 8 yrs and 2 yrs old. David helped me care for them, while I worked two part-time jobs, and attended school full-time. David and Andrew Gietzen (our other brother) helped me get back on feet when I was just beginning to be financially stable again. He was there to help with dinner preparation, school work, laundry, schedules for tv and bathing, all that encompasses raising kids. I could not have succeeded as well as I have in school and with my career without my brother David's help. During this time, there was a moment when he kept me calm when my washing machine broke, and fixed it for me with some parts from Lowes. This thought still brings tears to my eyes because I did not have any money for a new washer, and I was unsure of what to do next. The washing machine worked for six more years. David helped me raise two good natured, sweet boys, who are doing well. My oldest is working full time and will be attending college in the Fall 2024. My youngest is doing well in school and has fun with being on the track team. My boys have bright futures ahead of them and I credit my brother David for my family's success and happiness. He saw what was needed and helped me until he knew I could continue on my own. He is still close with the boys and myself. He recently called me to tell me to not let Glenn over-schedule his classes in the fall, because this would be too much for Glenn. David encourages Jon to be good, and to go outside. David is loved for his commitment to his family. I want what is best for my brother. And, I hope David's future will have the opportunity for him to be present with his family in the future. Thank you for your time, thoughts, and consideration.

Thank you,
Mary Scrivens

573-337-2083
mescrivens@yahoo.com

Dear Honorable Judge Nichols

My name is Andrew Gietzen. I have known David all his life. We are essentially kindred spirits. My intention with this letter is to truthfully vouch for David's commitment to the truth, for what is good, and to express that he is a benefit to society, not a detriment.

David is extremely averse to anything he sees as a commonly accepted lie, I would say obsessively so. When David was little, about 4, I and several others got into a long argument with him about how 'years' work. I tried to explain that there was no year zero because the first year of the calendar would be part of year one. He vehemently argued that the year should start at zero. It turned out that we were rehashing old arguments about indexing at zero, which became very relevant to David's future academic and programming career. David has a consistent contender for cause of truth. He will always argue, no matter how unpopular, for what he sees as the truth. He believes that everyone is an arbiter of truth, that there is objective truth, and that the truth is good. David always had a knack for coming up with arguments that are hard to come by otherwise, which I feel ill equipped to summarize. I wish you could meet him in a nicer context, and you will see what I am talking about.

When David said in court and numerous other times hat he was not a political person, it is absolutely true that he holds no special love for politicians or for the process, which he abhors. As it goes, many political issues are issues of implementation of ideals, and philosophy forms the foundations of those ideals. Me and David have walked and talked for a long time about political theory and philosophy since we were younger. When David was in his young teens, me and him were considering arguments about the soul, and the potential of sentience of animals. In our talk, we encountered arguments we couldn't defeat, and that day became vegans. We also gained a strong anti-abortion stance that day. There are numerous examples of decisions David has made that have essentially made his life much more difficult physically, in exchange for a clear conscience. David has always lived like a monk, in a way. When David was working at Extron, he was offered a job and 6 figures to work for Facebook. He declined. David has instead opted to quit Extron out of principle. If you are curious as to why, it's because of the use of technology to lie and oppress the people of China via the social credit system, and the fear of it happening here. Also the widespread use and extension of AI, which David has thought and written about considerably. There are various other reasons, but if you asked David, where he is now, whether he would quit that job again, he would, because he saw it as the right thing to do. After the events of Jan 6, David took on AC repair with a family friend. Whatever David made, and almost nobody knows this, he saved 20% for charity. He once gave $240 to a homeless woman, and I'm sure he's given more than that without ever mentioning it to me. The reason is because he wants to help people that nobody else would help.

It is possibly hard to believe, considering the outcome of the case, but David is not and was never a violent person. He is not someone who revels in violence even in fiction. I've seen David get in exactly 1 fight in my life, and it was a drunk man that attacked him. David never threw a punch. David has also never shot a gun, to my knowledge. He had one, and never used it, and it's gone. David has never stolen, nor used drugs besides infrequent social drinking and caffeine. David has never gotten a speeding ticket, and drove like a (responsible and salient)grandma. David tries like hell to make good on every promise he's had. The more I say, the more it seems unreal, but it is the truth, to the best of my knowledge.

**Lisa Costner**

| | |
|---|---|
| **From:** | Tony Adames <tadames@nuvotronics.com> |
| **Sent:** | Wednesday, April 3, 2024 5:16 PM |
| **To:** | Lisa Costner |
| **Subject:** | Character Witness Letter for David Gietzen |

Tony Adames

12 Trescott Drive

Durham, NC 27703

laadames@gmail.com

336-624-4112

April 3, 2024

Lisa S. Costner

Assistant Federal Public Defender

Middle District of North Carolina

251 N. Main Street, Suite 849

Winston-Salem, NC 27101

Subject: Character Witness Letter for David Gietzen

To whom it may concern,

I am writing this letter in support of David Gietzen, whom I have known for several years. My intention is to provide you with a nuanced understanding of David's character, particularly in light of recent events that have led to his involvement in the legal system.

David possesses a whimsical sense of humor that is unique; he crafts jokes that are often understood only by those closest to him, such as his siblings, who share in his laughter and joy. This facet of his personality illuminates his ability to find lightness and camaraderie even in situations that others might find daunting.

Central to David's character is his strong moral compass, which guides him more steadfastly towards discerning right from wrong than most. This trait is especially remarkable given the challenging conditions of poverty and violence under which he and his nine siblings were raised. Yet, it was in this environment that David's

1

kindness, politeness, and sincerity were not only preserved but also nurtured. These qualities are a testament to his resilience and the loving support of his family.

David, like many in our modern era, relies on the internet for information. The online world, with its vast array of voices and perspectives, can be both a place of learning and a maze of confusion. Unfortunately, David's moral compass was misled by the myriad of opinions masquerading as facts within these digital communities. His actions, although misguided, stemmed from a genuine belief that he was contributing to a just cause.

It is crucial to recognize that David's involvement in criminal activities was not born out of selfishness or malice but from a misplaced call to action. This distinction is vital. It speaks to the character of a young man who, despite being led astray, acted out of a desire to do what he believed was right.

In conclusion, while David's actions cannot be undone, it is my firm belief that his intentions were never rooted in malice. His character, shaped by hardship yet underscored by a profound sense of kindness and moral integrity, suggests a capacity for positive growth and redemption. I urge you to consider these aspects of his character as you make your decisions regarding his case.

Thank you for taking the time to consider my perspective on David Gietzen. I am available for any further information or clarification you may require.

Sincerely,

**Tony Adames**
**Assembly and Packaging Operations Manager**



Cubic Corporation
M +1 (336) 624-4112
cubic.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments.

I've known David since 2016, and in that time, I've seen that he's a reliable person to his friends and family. He goes above and beyond what people ask of him and is always very grateful and appreciative of anything that's given to him.

He's a very honest, trustworthy friend that I'd never worry about having any ulterior motives in helping me or my family. There are few people in my life I'd trust as much as David. He is the sort of person I could leave with something as sensitive as my bank card, and not have to worry he'd abuse it. I've also seen how much he cares about his family, and what an incredible asset he is to all of them.

David Gietzen is a rare sort of person, and I truly believe he is an irreplaceable pillar within his family, and his friend group. You would be hard pressed to find someone as caring, compassionate, genuinely thankful, or giving as David Gietzen.


Joseph Snouwaert

919-428-7913

I have known David Gietzen for nearly a decade now. He, along with his family, have always been very generous, kind, and giving to us. David has always brought joy, laughter and an overall sense of sincere kindness to any event he attends.

In the time I've known David, he's always offered us a helping hand by helping us haul things to our local dump in his truck and offering to help us clean up or get ready for the numerous parties we've hosted.

David, from my experience with him, is a truly sincere and kind person who always brightened any event his attended with his amazing sense of humor. He has never hesitated to offer his help to us when we needed it, and I have always considered him, and his family, extremely kind and giving people.

David is the kind of person you know will have your back if you call him up for any kind of favor, and he will always be happy to help. He is the kind of person I would trust to have my back, and to be willing to put others before himself.

Jacqueline Koller

919-428-7841

I have known David Gietzen for more than eight years, and during that time I have never known him to be anything but kind, honest, and friendly. There have been many occasions when I have personally seen him go above and beyond what anyone could have reasonably expected to offer help and support to friends and family alike.

If I found myself facing some emergency and needed to call on someone I could count on for help of any kind, David is the first person outside of my immediate family who would come to mind. I have no doubt that he would respond, no matter the inconvenience to himself. I know I could trust him to look after anything I own or anyone I care about.

I am not a particularly sociable person, and I find making small talk difficult, and yet I have had a number of heart-to-heart talks with David, some of them lasting hours. During all those conversations, I never heard David express an insincere or malicious thought. In short, he is one of the few people I am happy and proud to count as a true friend.

Sincerely,

John Snouwaert

919-357-4926

Honorable Carl Nichols,

My name is Thomas Gietzen. I am a father of one girl, two boys, and we are ecstatically waiting for our fourth that we've learned will be a boy. I am the second oldest of ten, and I'm David Gietzen's oldest brother. I have been very lucky to have been brought up in a large family, to have known all of my siblings, and to have someone as special as my mom.  I love all my siblings and love how we've all generally have stayed close. While growing up, I would be closer to my younger brothers to where I would even treat them as friends, and with fondest I would highlight David as a particular favorite person.

David has always been a thoughtful kind person. I've known him to have a great wit and humor. He was good company to share jokes or he would use these to bring light to bad situations. When I grew up and moved from the family. I lived on my own, would work and attend community college, and ultimately join the Navy. I would still keep in contact with my mom and brothers. During this period, David was such a source of pride because he attended NC State University and graduated with two degrees. I knew he was intelligent, but I was so proud to see him actually finish a degree. It's a feat I didn't complete. I know also during this time he was developing a deeper sense of sentiment with the world around him. He picked up being a vegan, I believe because he had a conflict with eating animals. This isn't a value I've ever held and I've always saw this as a man building his character, setting a bar for integrity.

David was always a person who would spend as much time as he could visiting family and finding a spot to help-out when he could. When my older sister Mary had young kids, David would head to Missouri to play with his nephews and help around the house while my sister would work and go to school. This is a behavior he repeated when another of my sisters, Theresa, had quadruplets.

This event with January 6 has been a heart wrenching ordeal. I would've never had fathomed that David would have been in a situation of being sentenced for assault. I've haven't let my kids yet know what has happened to David. He is their favorite uncle. David had such great energy to play with all the kids. He would share his interest in video games and he always ready to play with them in any game they would call-out. My kids would be so excited if they knew David was coming to visit, and shortly after arriving my kids would already be getting him to play hide-and-seek or tag. My kids have been raised in Sanford, NC in very close proximity to my family and it's been the world to see how great my kids have grown up in thanks to them spending time with their aunts and uncles.

I understand that the judgement has been cast as guilty. I would like to ask this statement of his character to be considered during his sentencing.

Thomas Gietzen

February 9, 2024

To whom it may concern,

      I have known David Gietzen for about eight years now and have become familiar with his character over this period. David is a remarkably positive, hardworking and supportive person. For three years, David has been a rock for his sister, Teresa, helping her and her husband however he can in raising quadruplet baby girls. This is characteristic of how David conducts himself.

      Having spent time with him over the years, I believe him to be a sweet and caring individual, and someone who can make friends with anyone. When you speak with David, he gives you his entire focus. Always curious and inquisitive, he demonstrates both intelligence and creativity on a consistent basis. He is warm to everyone he meets, loves to exchange ideas with others, and is remarkably gentle as a person.

      It is my conviction that the offenses David committed on the day of 1/6/2021 were the product of a fleeting lapse in his judgment and not illustrative of David's character as a whole. He is not a violent person and I have no concerns whatsoever regarding him rejoining society. Having gotten to know him over the better part of a decade, it is my opinion that he is not a danger to anyone. Because of this, I ask for his sentencing to be minimal.

Sincerely,

Kevin Collins

I've known David Gietzen since 2018. He has always been kind and demonstrated a caring and responsible presence. He has always shown me and those around him a great amount of generosity and compassion.

He often goes out of his way to be helpful to his family and friends, including picking up my sister from a bus stop at the last minute with no warning. He is the sort of person who will drop everything to help you out, even if he doesn't know you that well.

After the COVID-19 pandemic David made a big effort to organize family and friends to get together and build back relationships after a long time apart. He demonstrated a great amount of care and compassion for everyone's mental wellbeing. I've also seen what a central figure David is to his own family. His mother, many siblings, and many nieces and nephews share an extremely close bond with him and after spending several vacations with them I've seen what an incredible brother and uncle he is. He is always attentive to everyone's safety and well-being, especially his nieces and nephews.

Another great thing David brings to any gathering he attends is his amazing sense of humor. Anyone who knows him can recall the many times he's had everyone around him laughing. In my opinion, he is a authentically funny, kind individual that cares deeply about those around him, and has touched my life in a truly positive way.

Kiley Button

919-945-9400

# Lisa Costner

| | |
|---|---|
| **From:** | Patrick Gietzen <patgietzen@gmail.com> |
| **Sent:** | Saturday, January 20, 2024 4:09 PM |
| **To:** | Lisa Costner |
| **Subject:** | My Character letter for David Gietzen |

**EXTERNAL SENDER**

From: Patrick Gietzen
Age: 36 (At this time of this letter)
Relationship to David: Brother

To The Honorable Carl Nichols

I am David's second oldest brother and he is my youngest brother. I know what his childhood was like. I know what his Grade-School life was like. I know what his friends are like. I know what hobbies he likes.

Ever since he was young, he was always able to understand more than other people about what his own life experiences were like as compared to what other childern had lived through. Our family's home life was harsh in one way or another constaned by how much money we had and how there was turmoil involving our mother and father. This would however not deter him to pursue a way to remove himself from this situation. He would make friends, be outgoing, played video games, board games, and sports with his family and friends. David is very intelligent as proven by the grades he would always get. By the time he left school and went to college he went into a field of Software Engineering where he always excelled in his classes. All of these experiences in turn had formed a man who would time again and time again help others when they needed it most. He would always make sure that he was the last to eat to ensure that our younger sisters would always get something to eat first. He at one time would go against my advice and help a friend of his by providing rent, money, food, and advice to set his friend on a better path. David has proven himself to be honest, loyal, and loving to his family. He is my brother. And like a good brother David is, I can always depend on him to do the right thing by his family and his convictions.

1